## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOMETIC CORPORATION,<br><br>　　　　Defendant. | C.A. No. 25-0484-RGA<br><br>**JURY TRIAL DEMANDED** |

### SEAKEEPER, INCORPORATED'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Seakeeper, Incorporated ("Plaintiff" or "Seakeeper") hereby moves the Court to enter a preliminary injunction pursuant to 35 U.S.C. § 283 and Federal Rule of Civil Procedure 65(a), barring Defendant Dometic Corporation ("Defendants" or "Dometic") from launching and shipping its infringing D3 gyrostabilizer product and to maintain the status quo.

The grounds for this motion are set forth in Seakeeper's opening brief in support of this motion for preliminary injunction and the exhibits, declarations, and other materials submitted herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 474-6300<br><br><br>Dated: May 5, 2025 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff*<br>*Seakeeper, Inc*. |