IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>  Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>  Defendant. | C.A. No. 25-0484-RGA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING SEAKEEPER, INCORPORATED'S MOTION FOR A PRELIMINARY INJUNCTION**

The Court, having considered Seakeeper, Incorporated's Motion for a Preliminary Injunction, as well as submissions related thereto, and good cause having been found therefor,

IT IS HEREBY ORDERED this ___ day of _____, 2025 that:

1. Seakeeper, Incorporated's Motion for a Preliminary Injunction is GRANTED.

2. Defendant Dometic Corporation ("Defendant" or "Dometic"), and Dometic's officers, agents, servants, employees and attorneys, all parent, subsidiary, and affiliate companies and other related business entities, and all other persons or entities acting in concert, participation or in privity with one or more of them, and their successors and assigns, are each prohibited, pending final determination of the patent infringement claims in the above-captioned matter or otherwise ordered by this Court, from:

   a. Marketing, advertising, selling, offering for sale, making within or importing into the United States products with features that infringe claims 11 and 17 of U.S. Patent No. 7,54,6,782 ("the '782 Patent") or claim 1 of

    U.S. Patent No. 8,117,930 ("the '930 Patent") or practices each step of the method claimed in claim 14 of the '930 Patent, including but not limited to its DG3 gyrostabilizer product;

b.  Inducing other persons to market, advertise, sell, or offer for sale within the United States products with features that infringe claims 11 and 17 of the '782 Patent" or claim 1 of the '930 Patent or practices each step of the method claimed in claim 14 of the '930 Patent, including but not limited to its DG3 gyrostabilizer product; and

c.  Contributing to any acts of other persons marketing, advertising, selling, or offering for sale within the United States products with features that infringe claims 11 and 17 of the '782 Patent" or claim 1 of the '930 Patent or practices each step of the method claimed in claim 14 of the '930 Patent, including but not limited to its DG3 gyrostabilizer product.

 

_____
The Honorable Richard G. Andrews