# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOMETIC CORPORATION,<br><br>　　　　Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 7, 2025, true and correct unredacted copies of 1) Seakeeper, Incorporated's Motion for a Preliminary Injunction; 2) Seakeeper, Incorporated's Opening Brief in Support of Its Motion for a Preliminary Injunction; 3) Declaration of Nick Troche; 4) Declaration of Andrew Semprevivo; 5) Declaration of Will Cimino; 6) Declaration of Rebecca Smitha; and 7) Declaration of Thomas L. Duston were caused to be served on the counsel listed below in the manner indicated pursuant to D. Del. L.R. 26.2:

**BY E-MAIL**
Andrew C. Mayo
Brian A. Biggs
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

|  |  |
|---|---|
| OF COUNSEL:<br><br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 474-6300<br><br><br>Dated: May 9, 2025 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff*<br>*Seakeeper, Inc.* |