IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAKEEPER INC.                          )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )    C.A. No. 25-484-JCB
                                        )
DOMETIC CORPORATION,                    )
                                        )
            Defendant.                  )

## STIPULATED ORDER

IT IS HEREBY STIPULATED by Plaintiff Seakeeper Inc. and Defendant Dometic

Corporation, subject to the approval and Order of the Court, that the deadline for Defendant to

move, answer, or otherwise respond to the Complaint shall be extended to June 12, 2025. This

extension shall not effect or delay, nor be argued to effect or asserted in support of a delay of,

proceedings on Plaintiff's separate Motion for Preliminary Injunction.


RICHARDS, LAYTON & FINGER, P.A.          ASHBY & GEDDES

*/s/ Kelly E. Farnan*                    */s/ Andrew C. Mayo*

_____         _____
Kelly E. Farnan (#4395)                  Andrew C. Mayo (#5207)
Christine D. Haynes (#4697)              Brian A. Biggs (#5591)
One Rodney Square                        500 Delaware Avenue, 8th Floor
920 North King Street                    PO Box 1150
Wilmington, DE 19801                     Wilmington, DE 19899
(302) 651-7700                           (302) 654-1888
farnan@rlf.com                           amayo@ashbygeddes.com
haynes@rlf.com                           bbiggs@ashbygeddes.com


*Attorney for Plaintiff*                 *Attorney for Defendant*

{02120563;v1 }

**SO ORDERED** this _____ day of _____, 2025.

_____
United States District Judge