## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

        Plaintiff,

    v.

DOMETIC CORPORATION,

        Defendant.

C.A. No. 25-cv-0484-RGA

**REDACTED VERSION**

**Jury Trial Demanded**

## DECLARATION OF ANDREW SEMPREVIVO

I, Andrews Semprevivo, state that I have personal knowledge of the following facts and if called could competently testify thereto:

### EMPLOYMENT BACKGROUND

1.      I am currently employed by Plaintiff, Seakeeper, Incorporated. I have been employed with Seakeeper since 2008, when Seakeeper first commercialized its gryostablizer product.

2.      Since 2018, I have served as President and Chief Executive Officer of Seakeeper. In that role, I am responsible for setting the company's vison, strategic direction, and overall performance. I oversee all core functions of the business from operations and finance to innovation and growth - most directly leading our product strategy and team development.

3.      Prior to assuming the role of CEO, I served as Vice President of Sales and Marketing for Seakeeper. In that role, I was responsible for the global sales and marketing of the Seakeeper gyrostabilizer product. As a consequence, I developed deep expertise in our go-to-market strategy, customer base, and the key drivers behind their decisions. I also served as our

product expert, translating customer needs into actionable insights for engineering and ensuring our offerings were aligned with real-world demand.

4.      During my career with Seakeeper, I have attended thousands of sea trials of Seakeeper gyrostabilizers.  In my seventeen years with Seakeeper, I have become familiar with the technology underlying the Seakeeper gyrostabilizer products, having been called upon to frequently explain that technology to customers and potential customers in my role as Vice President of Sales and Marketing and through my management of Seakeeper's research and development efforts in my more recent role as CEO. As a consequence of this experience, I am knowledgeable concerning the technical reasons behind the commercial success of the Seakeeper gyrostabilizer product.

5.      I have been involved in the Marine industry for decades.  Prior to joining Seakeeper, I served as the International and West Coast Sales and Project Manager for the Viking Yacht Company.  At that time, Viking was the largest sportfish boat builder in the world. Sportfish boats are less than 100ft in length and 200 tons displacement and are specifically outfitted for recreational fishing.

## SEAKEEPER'S FOUNDING

6.      Seakeeper is a corporation organized and existing under the laws of the Delaware, having its principal place of business at 5460 Pottsville Pike, Leesport, PA 19533.

7.      Seakeeper was founded in 2003 by two marine industry veterans, Shepard ("Shep") McKenney and naval architect John Adams known for his expertise in boat motion control.  Initially inspired by the need to minimize boat roll, Seakeeper's founders developed advanced gyroscopes which effectively counteracted the rolling motion experienced at sea. Their innovative gyroscopic stabilizer forever changed recreational boating, virtually eliminating

2

boat roll and dramatically improving onboard comfort. The company they founded, Seakeeper, has become the global leader in marine motion control technology.

## SEAKEEPER'S INNOVATIONS

8. Seakeeper was started with a clear mission: to transform the boating experience by eliminating the debilitating roll of boats and making rides smoother and safer.

9. Prior to Seakeeper's innovations, other, less than satisfactory solutions to the problem of boat roll had been attempted. For example, external hull fins had traditionally been employed. These stabilization systems were largely limited to large yachts and commercial vessels. They created added drag, were vulnerable to damage, and only worked while underway. Their effectiveness was limited, especially for smaller vessels.

10. McKenney and Adams, initially working from a small workshop on Solomons Island, Maryland, sought to develop a practical, modern gyro system that could stabilize recreational boats without those drawbacks. Their vision was to eliminate up to 95% of boat roll, the rocking that causes seasickness and fatigue, thereby making boating far more enjoyable for everyone.

11. They invested years in research and development. Ultimately, in 2006, Seakeeper's first prototype was installed on a 43-foot Viking sportfish yacht. The experiment was a success.

12. By 2008, after years of further research and development, Seakeeper officially launched its first commercial product (the Seakeeper M7000 gyro). In that year, Seakeeper secured its first boatbuilder partnership.

**SEAKEEPER'S PATENTS**

13.    On January 12, 2006, Seakeeper filed a patent application directed to this advance in control moment gyro technology. On June 16, 2009, the U.S. Patent & Trademark Office issued U.S. Patent No. 7,546,782 ("the '782 patent") titled "Cooling bearings, motors and other rotating heat generating components." The '782 patent lists Shepard McKenney and John Adams as inventors. A true and correct copy of the '782 patent is attached as Attachment AS-1.

14.    The '782 patent claims are directed to a cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member.

15.    On June 15, 2009, Seakeeper filed a further patent application directed to this advance in control moment gyro technology. On February 21, 2012, the U.S. Patent & Trademark Office issued U.S. Patent No. 8,117,930 ("the '930 patent") titled "Cooling bearings, motors and other rotating heat generating components." The '930 patent lists Shepard McKenney and John Adams as inventors. A true and correct copy of the '930 patent is attached as Attachment AS-2.

16.    The '930 patent claims are directed to a cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member.

**EXPLANATION OF SEAKEEPER'S TECHNOLOGY**

17.    A control moment gyro (CMG) amplifies torque.  A control moment gyro works by using a flywheel, held in place by bearings, that spins at high speeds and creates strong forces that hold boats steady by reducing side-to-side rolling.

4

18.     Before Seakeeper's innovations, the few marine gyros in use were big, heavy and limited to large vessels.  Their flywheels spun in air.  As a consequence, they were subject to air resistance.  This resistance constrained their speeds.  Air friction is a dominant factor in maintenance of flywheel speed.  Air friction increases exponentially as a function of the flywheel's revolutions per minute.  This friction is a major reason for the large power requirements for gyros spinning in ambient air.

19.     Gyrostabilizers act through angular momentum.  The total force they can apply is best measured in newton meter per second or (N-M-S).

20.     Because the speed of flywheels spinning in air are limited, achieving sufficient angular momentum to steady a ship required that these flywheels be both large and heavy.  This is due to the fact that, for a given weight of the flywheel, increasing the diameter of the flywheel is the most energy efficient way to increase its angular momentum, and thus its effectiveness.  The reason is that (all other things being equal) the angular momentum goes up with the square of the radius of gyration of the flywheel. Such flywheels were only practical on larger ships that could more easily accommodate large flywheels.

21.     The resulting power required to operate these gyros was also beyond the capacity of most boats.  Ships, with their extensive power plants, had large generators available to power such gyro stabilizers, whereas many small boats have minimum electrical resources.

22.     While it is possible to reduce both the weight and size of a flywheel, to achieve sufficient force for stabilization it therefore becomes necessary to increase the speed at which the flywheel spins.  However, while angular momentum goes up arithmetically with rpm, the power required to overcome air friction rises exponentially, requiring even more power.

23.     Thus, small boats were caught in a bind. If the weight of the flywheel was increased, the device would be too heavy. If the diameter of the flywheel was increased, it would be too large.  If the flywheel was spun faster, it would require too much power. Collectively, prior to the innovations of McKenney and Adams, these problems appeared insurmountable for small boats.

24.     McKenney and Adams conceived of employing a vacuum enclosure to achieve high flywheel speeds with reduced size and power requirements.  Seakeeper's M7000 gyro features a flywheel spinning at high speeds within a vacuum-sealed enclosure, generating gyroscopic torque to counteract vessel movement. The introduction of the Seakeeper M7000 in 2008 effectively created a new market: gyroscopic stabilizers in recreational and smaller commercial boats.

25.     McKenney and Adams patented their concept. For example, on June 4, 2003, they filed U.S. Patent Application No. 10/454,905 which was duly issued on December 13, 2005 by the United States Patent Office as U.S. Patent No. 6,973,847, entitled "Gyroscopic Roll Stabilizer for Boats."

## SEAKEEPER'S FURTHER ESSENTIAL INNOVATIONS IN COOLING

26.     Having conquered problems relating to a high-torque stabilization system through use of a vacuum enclosure, among other advances, McKenney and Adams observed that the high heat produced by the moving parts within the system presented a unique problem with such vacuum-sealed environments.  Flywheels racing at thousands of RPM generate not only stabilizing torque but also intense thermal energy.

27.     Flywheels supported in an ambient environment can dissipate heat by air convection. If the flywheel is enclosed in a partial vacuum, such as described in U.S. Pat. No.

6,973,847, there is not enough air to permit adequate convection. Seakeeper's design, with its nearly airless vacuum chamber, could not vent or dissipate this heat simply through air.

28.     These fast-moving flywheels spin on bearings.  Bearings are positioned between the rotating flywheel and a stationary support.  This stationary support is conductively connected to the device's outer enclosure.  Because the stationary support is thermally connected to the outer enclosure, heat located at its interface with the bearings can be more effectively drawn off, than can the heat building up where the rotating flywheel and bearing meet.  These rising temperature differences can threaten the gyro's precise tolerances. and lead to premature product failure.

29.     McKenney and Adams' use of a vacuum allowed smaller, lighter gyros to generate massive stabilizing force, but only if they could conquer the thermal challenge.

30.     McKenney and Adams overcame this additional challenge through further extensive research. McKenney and Adams determined traditional cooling methods were unsuitable for a vacuum environment. Bearings supporting the heavy flywheel must survive high rates of speed.  Conventional cooling lubricants, such as oil, would vaporize in the vacuum at the temperatures encountered. While a special grease ultimately solved the need for lubrication, the problem of carrying away the excessive heat remained.

31.     After years of work, McKenney and Adams achieved what many thought impossible. McKenney and Adams conceived of an apparatus having a first heat transfer element attached to and spinning with the spinning member. This first heat transfer element moves relative to a second heat transfer element that is stationary and thermally connected to the enclosure.  The first and second heat transfer elements are shaped and positioned in close

proximity to one another so that substantial heat is transferred from the first heat transfer element to the second heat transfer element.

32.     The close proximity of the two promotes heat transfer by conduction. This conduction becomes more efficient as the temperature increases.

33.     The relative rotational movement, combined with this proximity, creates rotating cavity flows.  Rotating cavity flows will exist in the small gaps between the fixed and rotating vanes even in a partial vacuum. The rotating flow circulates the gas molecules still present in the partial vacuum, so they are continuously transported from the hot rotating vanes to the cooler stationary vanes. The resulting convection augments the conduction cooling.

34.     Heat is thus conducted from the heat generating components to the rotating vanes by solid conduction, then across the air gap to the stationary vanes by conduction and convection and then by conduction and convection to the atmosphere or a heat sink.

35.     The design permits heat to be removed passively without circulating any fluids inside the enclosure. This considerably simplifies the device or machine, as a coolant pump, motor, filter and heat exchanger are not required. Grease can replace oil as a lubricant, reducing frictional torque.

36.     Seakeeper's breakthrough—compact, fully internal gyros with efficient vacuum-enclosed flywheels and a proprietary cooling system—made stabilization viable for vessels of all sizes at rest or low speed. By solving the long-standing issue of boat roll in a compact, self-contained package, Seakeeper introduced an entirely new category of marine technology, transforming expectations for comfort and usability across the boating world.

37.     With friction no longer causing overheating from within, the founders' vision to bring gyroscopic stabilizers to recreational and smaller commercial boats could be realized. The

8

gyroscopic stabilizers could now run without overheating, even in the hottest engine rooms or tropical climates.

38.     By reason of this innovative cooling, the improved Seakeeper gyro could spin roughly three times faster than an equivalent non-vacuum gyro without extra power. It could deliver the same stabilization as a flywheel weighing only one-third of that required for a flywheel spinning in ambient atmosphere.  It needed less than half the electrical power to operate, making it feasible on much smaller boats.

39.     These advances turned the Seakeeper® into a must-have technology. What had begun as an idea in a Maryland garage in 2002 was, by the late 2000s, a practical reality.

40.     The marine industry's reception evolved from skepticism to fervent adoption as the benefits were demonstrated. Fishermen and yacht owners who long previously accepted nauseating roll as just part of boating, had a product that could provide rock-solid decks and steady stomachs. This was all enabled by the innovations developed by McKenney and Adams to remove heat from within the vacuum enclosure.

41.     ███████████████████████████████████ and the pace of adoption has accelerated since. In the following years, the company expanded its product line from one flagship model to a whole family of gyros, scaling the technology to both larger and smaller boats. Today, Seakeeper® gyros can be found on vessels from 23-foot center-console fishing boats to 200-foot mega-yachts.

42.     From a business standpoint, solving the overheating problem was the key to Seakeeper's success. It gave the young company a proprietary, patented solution no competitor had, and the commercial success enjoyed has justified the years of investment made.

## FAMILIARITY WITH TECHNOLOGY AND MARKET

43.     I am a small boater myself and started boating when I was 9 years old. Since 9, I have owned a total of 15 small boats.  Today, I own a Phenom 34' that is equipped with a Seakeeper 3 gyro. I am avid fishman and use the Phenon for offshore fishing.  I am intimately familiar with the performance of Seakeeper's gyrostabilizer and its success in reducing boat roll.

44.     In my roles with Seakeeper, and before that in my roles with Viking, I have surveyed small boat consumers to understand the technical attributes they look at in deciding which marine components to purchase. For gyrostabilizers, the four attributes that consumers and small boat builders look at are weight, size, power, and performance. Consumers and small boat builders want to be sure that an accessory like a gyrostabilizer provides the highest level of roll reduction (i.e. performance) given the weight it adds to the boat, the space it takes up, the power it consumes and of course the cost. In other words, consumers and boat builders want the gyro stabilizer that provides the most N-M-S of angular momentum per unit of weight, volume, power, and cost.

45.     Small boats, particularly planing boats, are extremely weight sensitive, and when weight is added there is a direct negative correlation to a vessel's speed. Seakeeper gyrostabilizers weigh significantly less that the weight which would be required to produce the same angular momentum in a gyrostabilizer operating in ambient air.  For a given angular momentum, the Seakeeper units weigh approximately half that of those other designs:

|  | Angular Momentum (N-M-S) | Weight (lbs.) | N-M-S per pound |
|---|---|---|---|
| Non-vacuum Gyrostabilizer | 5,000 | 1,534 | 3.24 |
| Seakeeper 6 | 6,000 | 870 | 6.9 |
| Non-vacuum Gyrostabilizer | 7,500 | 2,006 | 3.74 |
| Seakeeper 10 | 10,000 | 1,288 | 7.76 |

46.    Power to weight ratio is a leading factor for builders and consumers when deciding on mechanical equipment to install. How much weight will I be adding? How will this added weight impact the performance of the vessel? Mechanical equipment manufacturers such as outboard motors clearly market lightweight as an advantage:

## *LIGHTEST WEIGHT IN CLASS*

From the top of the cowling to the tip of the propeller shaft, every ounce of weight-savings has been realized for maximum performance without sacrificing durability. There's even a new advanced polymer composite lower engine pan that lowers weight and increases corrosion resistance. The 4.2-liter V6's are up to 73 pounds lighter than other four strokes in their class, at 562 pounds (digitaL and 551 pounds (mechanical).

https://yamahaoutboards.com/en-us/home/outboards/350-150-hp/v6-4-2l

47.    Yamaha's advertising touts an 11% lighter weight as a marketable advantage of its crafts over those of competing manufactures. Such weight advantages are key to builders and other customer in selecting gyrostabilizers.

48.    Size is another driving factor in mechanical equipment selection processes. Space is at a premium on boats, so builders and other consumers of gyrostabilizer's pay close attention to the footprint of all the mechanical equipment being installed onboard. Seakeeper gyrostabilizers are significantly smaller for a given angular momentum when compared to gyrostabilizers operating in ambient air, because they spin their flywheels in an enclosure with a partial vacuum which is only possible due to the cooling technology described in the '782 and

11

'930 Patents.  Seakeeper units are more than a third smaller than those that operate in ambient air:

|  | Angular Momentum (N-M-S) | Volume (Cubic Feet) | N-M-S per Cubic Foot |
|---|---|---|---|
| Non-vacuum Gyrostabilizer | 5,000 | 19.09 | 261.92 |
| Seakeeper 6 | 6,000 | 12.6 | 475 |
| Non-vacuum Gyrostabilizer | 7,500 | 26.9 | 278.81 |
| Seakeeper 10 | 10,000 | 14.75 | 677 |

49.    Power capacity is at a premium on every vessel under 100 feet. Power capacity must satisfy ever increasing consumer demands for such things as air conditioning, refrigeration, Audio/Video, lighting, as well as gyrostabilization. Commentators have noted that "[Boaters'] appetite for amperes is really way up there,"  and that boaters want "all the conveniences that they have at home on board the boat." *See* Landry, C (2011, November 28), *Managing Your Boats Power Consumption,* https://www.soundingsonline.com/features/managing-your-boats-power-consumption. Power on a boat is limited, particular due to space and weight concerns with respect to larger capacity generators (if present) and/or batteries (which unlike generators, cannot replenish depleted energy).

50.    Moreover, most of the marine market is comprised of boats operating without AC generators. These boats rely exclusively on DC power (12 Volts in the USA) supplied by batteries that are charged by alternators mounted on the engine(s). Approximately 112,000 boats are built per year operating on DC power compared to just 4,650 boats operating on AC power. Until the advent of Seakeeper's innovations, gyrostabilizers had never penetrated this large market.  Power required by gyrostabilizers operating in ambient air were too great for onboard DC voltage capacities.

51.     Because of this, the power consumption of a gyro stabilizer is a critical factor in the consumers' decision process and Seakeeper has a clear advantage thanks to the patented cooling technology that enables it to operate effectively in a partial vacuum.  The Seakeeper product is able to reduce its power consumption by more than half that required of a gyrostabilizer operating in ambient air:

|  | Angular Momentum (N-M-S) | Max Power (KW) | N-M-S per KW |
|---|---|---|---|
| Non-vacuum Gyrostabilizer | 5,000 | 4.8 | 1041.67 |
| Seakeeper 6 | 6,000 | 2.3 | 2,608.69 |
| Non-vacuum Gyrostabilizer | 7,500 | 5.5 | 1363.64 |
| Seakeeper 10 | 10,000 | 3.5 | 2,867.14 |

52.     The Seakeeper design, which spins the flywheel in a structural enclosure in a below ambient pressure and density gas, is only possible due to the cooling technology described in Seakeeper's patents. Seakeper's design is very efficient in terms of angular momentum per KW of power. In 2017, Seakeeper introduced the first-ever DC powered gyrostabilizer (the SK 3) opening an entire new and expansive market for gyro stabilization. The SK 3 uses a maximum of 900 watts of power for spool-up and only 400 to 750 watts for stabilization. The SK 3 Technical Specifications are attached as AS-3.

53.     Seakeeper has had great success in the marketplace. When compared to gyrostabilizers operating in ambient air, Seakeeper's products incorporating its partial vacuum technology made possible by its innovative cooling system result in less negative impact on vessel performance.

54.     Seakeeper's product line has revolutionized boating through gyroscopic stabilizers that eliminate up to 95% of boat roll, significantly enhancing comfort and reducing

seasickness for those on board. Seakeeper's gyrostabilizing technology has been widely adopted, with tens of thousands of units installed and demand rapidly growing.

55.     Consumers buy gyrostabilizers for roll reduction. The amount of Angular Momentum (N-M-S) installed on a vessel will ultimately determine the amount of roll reduction achieved. The added weight and power requirements of a gyrostabilizer operating in ambient air results in a sacrifice of performance in terms of N-M-S delivered.  Seakeeper gyrostabilizers provide substantially more N-M-S for their weight, size, and power as compared to any gyrostabilizer not incorporating technical features outlined in patent '782.

56.     Seakeeper's gyrostabilizers achieve a level of performance equal to 65-95% roll reduction. This level of roll reduction has now become minimum consumer expectation.  The impact of the Seakeeper gyrostabilizers on boat roll is illustrated below:



57.     Gyrostabilizers that spin in ambient air are unable to match this without adding too much weight, consuming too much space and requiring too much power.  The advantages achieved by the partial vacuum enabled by Seakeeper's patented cooling technology has enabled Seakeeper to become the worldwide market leader in gyro stabilization.  Commentators have recognized Seakeeper's dominance. *See, e.g.,*  Greenwood, B (2016, December), Technical Sector, published in IBI (International Boating Industry) ("For gyroscope stabilization, arguments for and against have gone on for years and doubtless will continue, but there's little

14

doubt that of all the systems available to boaters these are the most prolific in the market. In terms of numbers of units sold, there's one company that is the clear market leader: Seakeeper."), Attachment AS-4

58.    ███████████████████████████ ████████████████████████████████ Our achieved position is as the clear market share leader in supplying gyrostabilizers to new build and retrofit marine applications. ████████████████████████ ███████████████████████████████████ ████████████████████████████████

59.    The ███████, for example, is one of the world's largest production yacht builders with yearly revenue of $1.3 Billion across their (7) brands of boats ranging in size from 27-250'. The ███████ had initially employed gyrostabilizers that spun in ambient air.  In 2014, ███████ abandoned those products in favor of Seakeeper's partial vacuum gyrostabilizers with their patented cooling technology. █████'s decision was not due to differences in warranty or price, because Seakeeper's warranty and pricing terms were comparable.

60.    The ███████s decision was due to Seakeeper's advantage on size (36% smaller), weight (49% lighter), power (56% less), and performance, all possible due to the cooling technology described and claimed in Seakeeper's patents. Seakeeper's growth with the



61.     To provide further context to our commercial success, I am providing the below raw sales data (organized annually). Seakeeper's total sales in millions of dollars and gyro units by year since the product was introduced are provided in the following graph:



62.    The sales in the above graphs are for all gyrostabilizers we sell, all of which incorporate the technical features described by the claims of Seakeeper's cooling patents. Seakeeper's growth is directly linked to the patented cooling features which enable a partial vacuum gyroscope that is lighter, smaller, requires less power, and provides very high levels of roll reduction (65-95%) through the angular momentum achieved.

63.    Another testament to Seakeeper's success is refit sales to existing boat owners, which have increased dramatically since the product was introduced, and last year refit sales accounted for ███████ total gyro unit revenue. On refit applications, weight, size, and power are critical because when these boats were initially designed, minimal additional payload, space, and power capacities were built in. The technical features set forth in Seakeeper's cooling patents have made it possible to size the gyro for a high level of roll reduction even in an existing boat where weight, space, and electrical power are limited. The below graph highlights our growth in annual refit gyrostabilizer shipments.



**DOMETIC'S ACCESS TO SEAKEEPER CONFIDENTIAL INFORMATION**

64.    ████████████████████████████████

65.     In January 2024, Dometic's parent expressing an interest in acquiring Seakeeper. Dometic represented that it wished to discuss incorporating Seakeeper's gyrostabilizing products into its marine product line.

66.     On February 4, 2024, as part of their discussions concerning a potential acquisition, Dometic and Seakeeper entered into a confidentiality agreement under which Seakeeper shared its confidential and proprietary business and technical information with Dometic.  Dometic agreed to only use Seakeeper's confidential information for the purpose of "evaluating, negotiating and consummating a Potential Transaction between the parties." *See* Attachment AS-5 at 2.

67.     Discussions were thereafter held between representatives of Seakeeper and Dometic in Miami, Florida in February, 2024.

68.     ███████████████████████████████████████████
████████████████████████████████████████
██████████████████████████

69.     ████████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████
█████████████████

70.    In reliance upon the terms of the Non-Disclosure Agreement and the representations of Dometic's executives, Seakeeper shared confidential financial and technical information with Dometic.  This information encompassed information concerning the sales of Seakeeper® products, its profit margins, its assessment of the market for gyrostabilizers, its plans for future developments and new products, its marketing plans and intended target segments, its market assessments and competitive intelligence, as well as details concerning Seakeeper's technical advances essential to Seakeeper's market dominance.

71.    In those discussions, Seakeeper specifically shared its strategy for future research and development. ███████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

72.    ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

██████████████████████    In this market, once a company such as Seakeeper has

established itself with an OEM for a particular boat model, that OEM is unlikely to undertake

often time consuming and costly efforts to redesign its boat model to accommodate a competitive

offering.  ████████████████████████████████

████████████████████████████████████████

████████████████████████████████  ████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████

73.    ████████████████████████████████

████████████████████████████████████████

██████████████████████

74.    As discussed below, however, Dometic's actions have forced Seakeeper to

compete with its own technology, embodied in Dometic's infringing product, and to divert its

attention and resources from the penetration of new products in into the marketplace. The

consequent loss of advantage and future market share may well never be recovered.

75.    Following these discussions and its receipt of confidential Seakeeper information

and plans, Dometic discontinued discussions. A little over one year later, in February 2025,

Dometic announced its DG3 gyrostabilizer product. As noted above, Dometic's DG3 product

incorporated Seakeeper's patented cooling technology.  In launching its DG3 product, Dometic

directly targeted the market segment serviced by the Seakeeper 3 (*i.e.* boats of 31-41 feet).  ██

████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████

76.    At the time of its discussions with Seakeeper in February 2024, Dometic was apparently seeking to develop its own gyrostabilizer. In conjunction with Dometic's launch of its DG3 product in February, 2025, Eric Fetchko was reported to have revealed that Dometic had by that time spent two years researching and designing its DG3. *See* *Steady as She Goes: Dometic's New Gyrostabilizer | Center Console Life Magazine* at

*https://www.centerconsolelifemag.com/news/steady-as-she-goes-dometics-new-gyrostabilizer/#:~:text=Fetchko%20said%20Dometic%20spent%20more%20than%20two%20years,the%20power%20draw%2C%20a%20common%20complaint%20about%20gyrostabilizers*.

(accessed 4/29/25).

77.    It appears Dometic incorporated Seakeeper's innovative cooling technology into its gyrostabilizer design only after it received confidential information from Seakeeper.  In a patent application filed May 31, 2024, Dometic depicted the then current state of its design for a gyrostabilizer as one that lacked the multiple cooling vanes employed in Seakeeper's patented products.

78.    In Figure 66 of this patent application, which did not become public until shortly before Dometic announced the introduction of its DG3 product, the cooling techniques employed in Dometic's design did not use interleaved vanes as a means of cooling the heat generating components:



FIG. 66

U.S. Patent Appl. No. 2024/0400167 (the "Dometic Patent App.") at Figure 66, Attachment AS-6.

79.    Within a year of its confidential discussions with Seakeeper, however, Dometic had apparently radically overhauled its design to now copy the patented cooling technologies embodied in the Seakeeper products.

80.    On February 12, 2025, Dometic issued a press release announcing the DG3 product, which "marks Dometic's entry into the rapidly growing vessel stabilizer market." *See* Attachment AS-7. Eric Fetchko, the President of Dometic's Marine Division, emphasized that Dometic is "not just launching a new product, we're taking Dometic into an important new category for the global boating business." *Id.*  A day earlier, on February 11, 2025, Dometic had, for the first time, revealed its DG3 to the public at the 2025 Miami International Boat Show. *See* https://www.youtube.com/watch?v=mcfgMCTFv0M (Fetchko Speech at 2025 Miami Boat Show). Prior to this date, Dometic had never offered a gyrostabilizer product.

81.    Moreover, Dometic has announced that this represents only the beginning.  Again, Mr. Fetchko declared in Dometic's press release that its DG3 represent only "the first in a planned series of advanced gyrostabilizers[.]"  *See* AS-7.  Dometic further emphasized its intent to use other products in its portfolio employed by boat builders to leverage sales of its DG3. *Id.* (noting Dometic's intent to "seamlessly integrate[] [its DG3} with Dometic's extensive portfolio of world-class steering systems.")

82.    ███████████████████████████████████████
█████████████████████████████████████

83.    Dometic's actions further targeted a specific customer of Seakeeper's, Regulator Marine.  Dometic persuaded that customer to purchase its DG3 product, rather than those of Seakeeper, for Regulator's new 35 foot boat model. Previously, Regulator purchased all of its gyrostabilizer products from Seakeeper.

84.    █████████████████████████████████████████
██████████████████████████████████████████████
█████████████    ████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████

**DEFENDANT'S INFRINGING PRODUCT**

85.    The Dometic DG3 is a marine gyrostabilizer designed to enhance boat stability by minimizing roll motion at sea. Dometic's DG3 was presented in various videos as having the following internal structure:



*See* Dometic YouTube Video, https://www.youtube.com/watch?v=6c1JaSP0cOo, at 1:08.

86.    As depicted the above, the Dometic DG3 employs a first and second plurality of vanes to dissipate heat.  The first plurality is attached to the spinning flywheel (green).  The second set is stationary and attached to the enclosure:



87.     Dometic acknowledges that its use of Seakeeper's patent cooling technology

makes its device possible.  In February, 2025, Dometic's Eric Fetchko, explained that

> With heat gradients in the bearings between the inner and outer race, if they
> sped up how fast the current ones on the market ramped up or slowed it down,
> it could explode their bearings because the differential can only be a few
> degrees between the inner race and the outer race. As the tolerances are so
> tight, you'd explode the ceramic balls. **We got around that with our cooling
> methods.**

*See* Eric Fetchko Q&A - Trade Only Today at https://tradeonlytoday.com/post-type-feature/eric-

fetchko-q-a/ (emphasis added).

### SEAKEEPER VALUE DEPENDENT ON GYROSTABILIZERS

88.     ███████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███████████████



I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____

Andrew Semprevivo