# ATTACHMENT AS-1

US007546782B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,546,782 B2**
Adams et al.                       (45) **Date of Patent:**     **Jun. 16, 2009**

(54) **COOLING BEARINGS, MOTORS AND OTHER ROTATING HEAT GENERATING COMPONENTS**

(75) Inventors: **John D. Adams**, Lusby, MD (US); **Shepard W. McKenney**, Drayden, MD (US)

(73) Assignee: **Seakeeper, Inc.**, Solomons, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 395 days.

(21) Appl. No.: **11/330,896**

(22) Filed: **Jan. 12, 2006**

(65) **Prior Publication Data**

US 2007/0157749 A1     Jul. 12, 2007

(51) **Int. Cl.**
*F16C 15/00*     (2006.01)
*H02K 1/32*     (2006.01)
(52) **U.S. Cl.** .......................................... **74/5.95;** 310/64
(58) **Field of Classification Search** ................. 74/5.22, 74/5.34, 5.37, 5.7, 5.95, 572.1, 572.11; 310/52, 310/55, 64, 65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,330,121 | A | * | 9/1943 | Heintz | 310/52 |
| 3,062,507 | A | | 11/1962 | Andrus | |
| 3,421,578 | A | * | 1/1969 | Marton | 165/186 |
| 3,706,231 | A | | 12/1972 | Noar et al. | 74/5 R |
| 3,999,400 | A | * | 12/1976 | Gray | 62/115 |
| 4,262,483 | A | * | 4/1981 | DeGeus | 60/641.8 |
| 4,290,316 | A | * | 9/1981 | Noar et al. | 74/5.46 |
| 4,569,639 | A | | 2/1986 | Hannibal et al. | |
| 6,373,158 | B1 | | 4/2002 | Hsu et al. | |
| 6,527,865 | B1 | | 3/2003 | Sajoto et al. | |
| 6,664,680 | B1 | | 12/2003 | Gabrys | |
| 6,973,847 | B2 | | 12/2005 | Adams et al. | |
| 2005/0040776 | A1 | | 2/2005 | Sibley | |
| 2005/0271528 | A1 | | 12/2005 | Stones | |

* cited by examiner

*Primary Examiner*—Roger Pang
(74) *Attorney, Agent, or Firm*—Fish & Richardson P.C.

(57) **ABSTRACT**

Cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member. The apparatus may include a first heat transfer element attached to and spinning with the spinning member, a second heat transfer element stationary with respect to the spinning member, wherein the first and second heat transfer elements move relative to one another, and wherein the first and second heat transfer elements are shaped and positioned in close proximity to one another so that substantial heat is transferred from the first heat transfer element to the second heat transfer element. Alternatively, the apparatus may include a set of rotating vanes mounted to rotate with the spinning member, an orifice configured to direct a spray of cooling liquid onto the rotating vanes, wherein the cooling liquid is sprayed onto the rotating vanes at a radially inward location, so that the liquid flows radially outward over the surface of the vanes as a thin film of liquid, and is thrown off the vanes by centrifugal action, and collecting apparatus configured to collect the liquid thrown off of the vanes.

**23 Claims, 8 Drawing Sheets**





FIG. 1



*FIG. 2*



*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*



*FIG. 12*



*FIG. 13*

71,72



71, 72

*FIG. 14*

US 7,546,782 B2

**1**

## COOLING BEARINGS, MOTORS AND OTHER ROTATING HEAT GENERATING COMPONENTS

### TECHNICAL FIELD

This invention relates to methods and apparatus for cooling bearings, motors, and other heat generating components that support and drive rotating machinery, e.g., flywheels that are enclosed in a partial vacuum.

### BACKGROUND

A control moment gyro ("CMG") used for roll attenuation in boats is dependent on a heavy flywheel operating at high rotational speeds. The spinning flywheel is supported by bearings that are subjected to high axial and radial loads. As a result, these bearings produce a substantial amount of friction-generated heat, which must be dissipated in order to avoid dangerous heat build up. If the flywheel is supported in a conventional, ambient environment, the heat can be dissipated by air convection, which can be assisted by having a fan blow air across the outer and inner bearing races and the adjacent metal members. But if the flywheel is enclosed in a partial vacuum, e.g., as described in our patent, U.S. Pat. No. 6,973,847, there may not be enough air to permit convection. The same cooling problem may exist in other devices in which flywheels spin in partially evacuated enclosures (e.g., mechanical energy storage devices) and manufacturing processes that use evacuated chambers containing spinning elements that require heat generating bearings. At present, flywheel energy storage devices typically use expensive magnetic bearings (which do not generate frictional heat) instead of much less expensive rolling element bearings. One reason is that there are no proven methods of removing the heat from the inner races of rolling element bearings in a partial vacuum except by jetting or circulating cooling oil through the bearings, and this tends to create large power losses.

Two types of heat flow—conduction and convection—need to be distinguished. Heat conduction occurs by molecules bumping into other molecules. Thus, when you place your hand on a warm radiator, the fast moving molecules in the warm metal bump into molecules in your skin, transferring energy to them. Heat convection occurs when molecules are moved as a consequence of air (or other gas or liquid) flowing from one location to another. Thus, the warm radiator heats a room by conduction of heat to air immediately adjacent the surface of the radiator, and then by convection as that warmed air flows around the room. The warmth in the air is transferred to the occupants of the room by conduction, when the molecules in warm air contact the skin or clothing of the person. Heat conduction may occur through a gas, liquid, or solid. When it occurs through a gas, it can be called gaseous conduction. When it occurs through a solid (e.g., through a metal or other good conductor of heat), it can be called solid conduction.

Fourier's law of heat conduction defines one dimensional heat transfer between two parallel surfaces by gaseous conduction:

$$Q = K A \, \Delta T / \Delta X$$

Where Q=heat transfer (watts)

K=thermal conductivity of the gas (watts/m−Deg C.)

A=area of the parallel surface (m2)

$\Delta T$=temperature differential between the two heat transfer surfaces (deg C.)

$\Delta X$=distance between the heat transfer surfaces (m)

**2**

As shown in the equation, the amount of heat transferred is directly proportional to the thermal conductivity of the gas, the area of the surfaces, and the temperature difference between the surfaces, and is inversely proportional to the distance between the surfaces. The thermal conductivity of the gas (K) is constant irrespective of pressure until the pressure is so low that the gas molecular mean free path is equal to or greater than the distance between the surfaces ($\Delta X$). This means that the amount of heat transferred will be independent of pressure until the gas mean free path is equal to or greater than the distance between the surfaces. Below the pressure where the gas molecular mean free path is greater than the distance between the surfaces, the gas molecules will continue to conduct heat but now there is a reduction in thermal conductivity (and the amount heat transferred) with further reductions in the gas pressure.

### SUMMARY

We have discovered practical techniques for transferring heat away from heat generating components, e.g., bearings and motors, that support and drive rotating machinery such as flywheels. Typically, heat will build up on the inner races of the bearings that support the flywheel (but other sources of heat, such as motor heat, air drag or windage are also possible). Such a build up of heat on the inner races can lead to failure of the apparatus, as a large temperature differential can result between the inner and outer bearing races. The outer races typically remain cooler because heat can flow (by conduction through abutting metal members) from the outer races to the exterior of the enclosure, where the heat is dissipated by convection (air passing across the warm exterior surface). Only a small amount of heat is conducted across the bearings (from the inner to outer races), and thus the inner races and the flywheel to which they are attached tend to rise in temperature. The rising temperatures can destroy the effectiveness of bearing lubricant, and can also subject the inner race to thermal expansions not seen by the cooler outer race with resulting catastrophic destruction of the bearings and apparatus.

Known cooling techniques include immersing the bearings in a circulating oil bath or jetting oil through the bearings (as in a gas turbine engine) or pumping a large volume of air/oil mist through the bearings (as in machine tool spindles) to lubricate and cool them. However, these methods are complicated and they tend to increase the heat generated by the bearing as the viscous drag of the rolling elements churning through the oil substantially increases the power required to drive the flywheel or other spinning member. The air/oil mist method is not applicable to vacuum applications as it requires substantial air flow. Some machine tool manufacturers pump water down a hole that is gun drilled through the spindle shaft to remove heat from the bearings and motor. This is also difficult to apply to vacuum applications as the water must be maintained at ambient pressure to prevent it from vaporizing.

In a first aspect, the invention features cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member. The apparatus comprises a first heat transfer element attached to and spinning with the spinning member, a second heat transfer element stationary with respect to the spinning member, wherein the first and second heat transfer elements move relative to one another, and wherein the first and second heat transfer elements are shaped and positioned in close proximity to one another so that substantial heat is transferred from the first heat transfer element to the second heat transfer element. The close proximity of the two

US 7,546,782 B2

**3**

surfaces or elements promotes heat transfer by gaseous conduction. The relative rotational movement and close proximity of the elements creates rotating cavity flows that promote heat transfer by gaseous convection. These rotating flows continually circulate air molecules from the hotter first element to the cooler second element.

In preferred implementations, one or more of the following may be incorporated. Heat transfer between the first and second heat transfer elements may occur both by gaseous conduction and convection. Heat transfer between the first and second heat transfer element may be primarily by gaseous conduction. The first and second heat transfer elements may have closely spaced exposed surfaces across which heat is transferred. The first heat transfer element may comprise a plurality of first vanes, the second heat transfer element may comprise a plurality of second vanes, the first vanes may move with respect to the second vanes, the first vanes may extend into gaps between the second vanes so that the first and second vanes are interleaved, and substantial heat may be transferred from the first vanes to the second vanes. An enclosure may surround the spinning member, the first heat transfer element may comprise the outer surface of the spinning member, and the second heat transfer element may comprise the inner surface of the enclosure spaced by a small gap from the spinning member so that substantial heat is transferred by gaseous conduction from the spinning member to the enclosure. The separation between the first vanes and second vanes may be greater than 0.025 mm but less than 10 mm. The spinning member may be enclosed within an enclosure containing a gas at below-ambient pressure or below-ambient density, the first heat transfer element and first vanes may spin relative to the enclosure, the second heat transfer element and second vanes may be fixed relative to the enclosure, and the second heat transfer element may be positioned so that heat can be readily transferred from the second heat transfer element to the exterior of the enclosure. The gas may be both below-ambient pressure and below-ambient density. The axis of rotation about which the spinning member spins may define an axial direction, the first vanes may be cylindrical elements extending in a first axial direction from a first base attached to the spinning member, the second vanes may be cylindrical elements extending in a second axial direction, opposite the first axial direction, from a second base attached to the enclosure, and the gaps between the second vanes may be cylindrical channels shaped and positioned to receive the cylindrical first vanes. The axis of rotation about which the spinning member spins may define an axial direction, the first and second vanes may be planar elements extending in radial directions perpendicularly to the axial direction, and the gaps between the second vanes may be planar channels shaped and positioned to receive the planar first vanes. The first and second heat transfer elements may be located adjacent a bearing that supports the spinning member, the bearing may have an inner race and an outer race, the first vanes and inner race may be attached to the spinning member so heat flows by conduction from the inner race to the first vanes and from the spinning member to the first vanes, the outer race may be attached to the enclosure, and the inner race, spinning member, first vanes and second vanes may be sized and positioned so that heat from the inner race of the bearing flows by solid conduction from the inner race to the spinning member and to the first vanes, by solid conduction from the spinning member to the first vanes, and by gaseous conduction and convection from the first vanes to the second vanes, and by solid conduction from the second vanes to the exterior of the enclosure. The apparatus may comprise at least two bearings, each with its own first and second heat transfer elements as described.

**4**

The spinning member may be a flywheel and the flywheel and enclosure may be part of gyroscopic roll stabilizer for a boat. The invention may further comprise a heat sink to which heat flows from the second vanes. The heat sink may comprise air-cooled fins on the exterior of the enclosure. The gas between the first and second transfer elements may have a molecular mean free path equal to or less than the distance between the heat transfer elements. The invention may further comprise a plurality of sets of first and second vanes. The gas may have a higher thermal conductivity than air. The heat generating component may comprise one or more bearings. The heat generating component may comprise one or more electrical motors.

The gap between the hotter rotating vanes and the cooler non-rotating vanes may be kept very small, and thus provide a heat path to the exterior of the device as long as the rotating vanes are hotter than the stationary vanes. Heat may be conducted from the heat generating components to the rotating vanes by solid conduction, then across the air gap to the stationary vanes by gaseous conduction and convection and then by conduction and convection to the atmosphere or a heat sink.

This first aspect of the invention has significant advantages. For example, as applied to ambient and above ambient pressure conditions, it does not require pumping large volumes of air or cooling fluid to cool the heat generating components. However, even greater advantages are found at below ambient pressure, wherein convective cooling with air becomes more difficult because of the reduced pressure, and radiant heat transfer may be negligible because the temperature differentials may not be large enough to transfer a significant amount of heat. Reliance on gaseous conduction benefits from the fact that the thermal conductivity of a gas increases with temperature so that as the gas warms up it will conduct more heat across the gap (for a fixed temperature differential) between the rotating and stationary vanes. This helps stabilize thermal behavior.

Rotating cavity flows will exist in the small gaps between the fixed and rotating vanes even in a partial vacuum. In some applications, the gas density and/or rotational speed will be high enough that gaseous convection will augment the gaseous conduction cooling. The rotating flow circulates the gas molecules so they are continuously transported from the hot rotating vanes to the cooler stationary vanes.

The first aspect permits heat to be removed passively without circulating any fluids inside the enclosure. This considerably simplifies the device or machine, as a coolant pump, motor, filter and heat exchanger are not required. Grease lubricated bearings can be used and these will have less frictional torque than oil lubricated bearings.

In a second aspect, the invention features cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member. The apparatus comprises a set of rotating vanes mounted to rotate with the spinning member, an orifice configured to direct a spray of cooling liquid onto the rotating vanes, wherein the cooling liquid is sprayed onto the rotating vanes at a radially inward location, so that the liquid flows radially outward over the surface of the vanes as a thin film of liquid, and is thrown off the vanes by centrifugal action; and collecting apparatus configured to collect the liquid thrown off of the vanes.

Preferred implementations of this aspect of the invention may incorporate one or more of the following. The invention may further comprise cooling apparatus configured to cool the liquid collected by the collecting apparatus, and wherein the cooled liquid may be returned to the orifice. There may be

US 7,546,782 B2

5

a plurality of sprays of cooling liquid, each stream may be narrower than the gap between the rotating vanes, and each stream may be directed so that it generally travels between the vanes to the radially inward location. The cooling liquid may be an oil. The spinning member may be enclosed within an enclosure containing a gas at below-ambient pressure or below-ambient density, the rotating vanes may rotate with the spinning member within the enclosure, and the orifice may be fixed relative to the enclosure. The vapor pressure of the cooling liquid may be lower than the operating pressure of the gas within the enclosure. There may be a plurality of sets of rotating vanes. The oil used for cooling may also be used for lubrication of at least one bearing.

The liquid cooling aspect of the invention has significant advantages. For example, the cooler liquid film moving at high speed across the hotter surface of the rotating vanes makes for a very efficient heat exchanger. The oil exiting the vanes can be readily collected and cooled, either passively or actively, and then returned to the orifice to be sprayed on the vanes again.

For very high-speed flywheel bearings, oil lubrication is mandatory and in this case the liquid cooling scheme has an advantage, as oil can be used for cooling and lubricating the bearings. The amount of oil required to lubricate the bearings is very small. Therefore, jetting the oil onto the rotating vanes for cooling requires far less power than jetting or circulating the oil through the bearings as in traditional bearing cooling schemes.

Both the first and second aspects of the invention overcome the problem of cooling rotating components that generate heat and are enclosed in a partial vacuum. They both will permit the development of control moment gyros (CMGs) for stabilizing small boats and the development of flywheel energy storage devices that use rolling element bearings, as now there is a way of removing the heat from these rotating components that does not increase operating power requirements. Additionally, the invention may assist in cooling the inner races of bearings, motors and other rotating heat generating components that operate in confined spaces at ambient or above ambient pressure (e.g. machine tool spindles).

Other features and advantages of the invention will be found in the detailed description, drawings, and claims.

DESCRIPTION OF DRAWINGS

FIG. 1 is a cross-sectional view of a boat stability CMG incorporating an implementation of the first aspect of the invention.

FIG. 2 is an enlargement of the upper bearing portion 2-2 of FIG. 1.

FIG. 3 is an enlargement of the lower bearing portion 3-3 of FIG. 1.

FIG. 4 is a cross-sectional view (taken along 4-4 in FIG. 5) through the outer heat transfer element of the implementation of FIG. 1.

FIG. 5 is a plan view (taken along 5-5 in FIG. 4) looking up at the vanes of the heat transfer element of FIG. 4.

FIG. 6 is an elevation view of the heat transfer element of FIG. 4.

FIG. 7 is a plan view (taken along 7-7 in FIG. 6) looking down at the top surface of the heat transfer element of FIG. 4.

FIG. 8 is a cross-sectional view (taken along 8-8 in FIG. 9) through the inner heat transfer element of the implementation of FIG. 1

FIG. 9 is a plan view (taken along 9-9 in FIG. 8) looking down at the top surface of the inner heat transfer element of FIG. 8.

6

FIG. 10 is a cross-sectional view of a boat stability CMG incorporating a liquid cooling implementation of the second aspect of the invention.

FIG. 11 is an enlargement of the upper bearing portion 11-11 of FIG. 10.

FIG. 12 is an enlargement of the upper bearing portion 12-12 of FIG. 10

FIG. 13 is an elevation of the set of rotating vanes of the implementation of FIG. 10.

FIG. 14 is a cross-sectional view of the set of rotating vanes of FIG. 13.

DETAILED DESCRIPTION

There are a great many possible implementations of the invention, too many to describe herein. Some possible implementations that are presently preferred are described below. It cannot be emphasized too strongly, however, that these are descriptions of implementations of the invention, and not descriptions of the invention, which is not limited to the detailed implementations described in this section but is described in broader terms in the claims.

Shown in FIG. 1 is a gyroscopic roll stabilizer 10 for small boats (of the type described in U.S. Pat. No. 6,973,847, incorporated herein by reference). A steel flywheel 12 spins within an aluminum enclosure 14, which is evacuated to a below-ambient pressure, and may include a below-ambient density gas (e.g., helium or hydrogen) to reduce friction on the spinning flywheel. An electric motor (frameless DC brushless) 16 integrated within the interior of the enclosure drives the flywheel, which is supported by an upper bearing assembly 18 and lower bearing assembly 20.

As shown in the enlargements of FIGS. 2-3, each bearing assembly includes an outer housing 22, 24, outer race 26, 28, inner race 30, 32, and balls 34. Seals 36 are provided on both the top and bottom of each bearing. Upper and lower retainers 40, 42 hold the upper bearing in place. These bearings are lubricated by a grease pack.

Heat generated by the bearing inner races and electric motor rotor, is transferred to the exterior by cooling collar assemblies 50, 52 (one of many implementations of the heat transfer elements) located adjacent each bearing. Each cooling collar assembly includes an inner rotating collar 54, 56, and an outer stationary collar 58, 60 that also forms the enclosure end cap. Collars 54, 56, 58, 60 may be constructed of a variety of materials with good heat conductivity (e.g., aluminum, copper, or plastic).

As shown in FIGS. 4-5, the outer collars 58, 60 have ten cylindrical vanes 62, each of a different radius. Cylindrical gaps 64 are formed between the vanes. The vanes are approximately 2.77 mm in radial thickness, and the radial separation between vanes (i.e., the radial width of the gaps) is approximately 4.78 mm. The vanes 62 are about 32 mm in length along the axial direction.

The inner collars 54, 56 have eleven cylindrical vanes 66 and cylindrical gaps 68 between the vanes (FIGS. 2-3), each of a different radius, and sized and positioned so that the vanes 66 mate with vanes 62 of the mating outer collars. Vanes 66 are approximately the same length (32 mm), width, and radial thickness as vanes 62, and are received in gaps 64 between vanes 62.

After inner and outer collars are mated, with vanes interleaved, the radial separation between a rotating vane from one collar and a stationary vane from another is approximately 1 mm. To improve heat transfer by gaseous conduction, this separation may be made as small as possible subject to practical limitations such as machining and operating tolerances.

7

8

In partial vacuum applications, the separation is typically not less than the mean free path of the gas molecules at the operating pressure. This small separation ensures that the gas thermal conductivity is not reduced by the vacuum pressure and assists heat transfer by gaseous convection.

In one implementation, the operating pressure is 1 Torr, the operating temperature is 100 C., and the molecular mean free path of air is 0.066 mm, which is significantly less that the 1 mm radial separation In practice, the distance may vary from these general guidelines so long as substantial heat is transferred across the separation.

As shown in FIGS. 6-7, the exterior surfaces of outer collars 58, 60 have additional heat transfer vanes 70, which transfer heat from the collar to the surrounding atmosphere (by conduction at the surface of the vanes, with convection moving air past the vanes).

In the implementation shown, the rotating and stationary vanes 66, 62 each have a total surface area of 0.34 square meters. A typical temperature differential between the rotating and stationary vanes is 15 C., and air conduction alone will transfer 153 watts across the gap to cool the bearing inner race at this differential. If it is necessary to provide more cooling, the stationary vanes could be actively cooled by blowing air over them (outside the containment) to create a bigger temperature differential between the rotating and stationary vanes. A 30 C. temperature differential would transfer 306 watts by gaseous conduction alone. Alternatively, the amount of heat transfer could be increased by back filling the vacuum chamber with helium or hydrogen after the initial pump down. Helium's thermal conductivity is approximately 5.6 times that of air, and therefore a 15 C. temperature differential would transfer 855 watts of heat by gaseous conduction alone. If further increases in heat transfer were required the radial separation between the fixed and rotating vanes could be reduced from 1 mm to 0.5 mm. It is typically feasible to operate with that small a radial separation as machines like CMGs and flywheel energy storage devices are typically manufactured to very tight tolerances (less than 0.025 mm typically), and their flywheels are supported in very high precision rolling element bearings. If the flywheel is enclosed in helium at 1 Torr, the radial separation is 0.5 mm, and the temperature differential is 15 C., then 1710 watts of heat can be transferred from the bearing inner races by gaseous conduction alone. It is also possible to adjust the amount of heat transferred by increasing or decreasing the surface area of the vanes.

These examples show how the cooling method and apparatus can be adjusted to provide the amount of cooling that the heat generating components require in order to achieve stable operating temperatures. The designer can vary the vane area, radial separation, gas type, gas density and the temperature difference between the rotating and stationary vanes to get the optimum solution for a specific application.

FIGS. 10-14 show an implementation of the liquid cooling scheme. The liquid cooling implementation also depends on cooling collars on the rotating shaft adjacent to the primary source of heat, i.e., the inner race of the flywheel bearings. However, with liquid cooling, the fins on the collars consist of spaced planar disks extending radially outward from the shaft, and there are no mating fixed fins attached to the flywheel containment. Rather, cooling is accomplished by oil jets positioned on the containment outboard of the disks which squirt streams of oil between the rotating disks and toward the center of the flywheel shaft, thus conducting the heat from the disks to the oil, which is then flung by centrifugal force outward to be collected by an inner liner inside the containment but outside the perimeter of the flywheel. This,

in turn, forces the hot oil to follow the inner curvature of the containment on its downward gravitational path, where it transfers the heat to the containment, aided by interior ridges on the containment which increase the surface area contacted by the oil. The oil is collected in a sump at the bottom of the device, where it is pumped back up to the oil jets, completing the cooling cycle.

Turning to FIG. 10, the heat generated by the bearing inner races and electric motor rotor, is transferred to upper and lower cooling collar assemblies 71, 72 located adjacent to the upper and lower bearing inner races 73, 74. In the case of the upper bearing, a stationary housing 75 surrounds the upper cooling collar and forms the enclosure end cap. In the case of the lower bearing, the stationary housing 76 surrounding the lower cooling collar is part of the oil reservoir assembly 77.

The reservoir assembly also contains the cooling oil 78, cooling pump 79, cooling pump motor 80, and a filter and valves (not shown). The cooling collar assemblies 71, 72 may be constructed of a variety of materials that have good thermal conductivity (e.g. aluminum and copper).

As shown in more detail in FIGS. 11-14, the cooling collar assemblies each have 4 horizontal vanes that form 3 gaps between the vanes. The inner radius of the gaps is 54 mm, the outer radius is 89 mm, and the width of the gaps is 2.4 mm. The upper and lower stationary housings that surround the cooling collars each contain 3 oil jets 81 (one per gap). These jets are mounted and oriented such that they spray a stream of cooling oil into and parallel to the gaps between the horizontal vanes. The jet orifice diameter is 0.64 mm where the stream exits.

The very thin stream of cooling oil contacts the bottom of each gap in the cooling collar vanes and is redirected by the high speed of rotation such that it creates a thin film that completely covers the vane surfaces before centrifugal forces throw the film off. The cooler oil film moving at high speed across the hotter vane surface picks up heat by conduction and carries it away by convection. The result is very efficient heat transfer from the inner race of the bearing to the cooling collar, and then to the cooling oil.

The heated oil exiting the upper collar vanes strikes the stationary housing 75, drops through holes in the bearing housing 82 and is collected by an inner liner 83 inside the containment but outside the perimeter of the flywheel 84. The liner is mounted to interior ribs of the containment 85 to increase the surface area in contact with the oil. This liner/rib arrangement forces the hot oil to follow the inner curvature of the containment on its downward gravitational path to the reservoir below the lower bearing. As the oil follows this contour, it transfers heat to the cooler containment, which steadily decreases the oil temperature until it reaches the reservoir 77.

There may also be a bypass oil flow that is sprayed on the containment between the ribs and liner just below the upper bearing. This bypass flow increases the amount of oil in contact with the containment and helps cool the oil in the reservoir.

The hot oil exiting the vanes of the lower collar 72 drops into the reservoir 77 without significant cooling. At any point in time, the reservoir contains a mix of oil from the upper collar that has been cooled by the containment, bypass oil that has been cooled by the containment, and oil from the lower collar that has not been cooled. The containment's internal and external surface areas and external cooling may be designed so that sufficient heat is extracted from the oil exiting the upper collar and from the bypass oil flow to cool the mix of oil in the reservoir. The oil in the reservoir is picked up by the pump and pumped back up to the oil jets and sprayed

US 7,546,782 B2

**9**

on the upper and lower collars and through the bypass jets, thus completing the cooling cycle.

This particular cooling collar implementation has a total vane surface area of 0.093 square meters in contact with oil. The oil pump delivers 0.5 liter per minute per collar or 0.165 liter per minute per jet. The temperature of the oil increases 15 deg C. (from its entry onto the vanes to its exit from the vanes) to transfer 250 watts of heat from the bearing inner race and maintain the inner race at a temperature in the range of 80-100 C.

Like the scheme of FIGS. 1-9, the liquid cooling scheme is flexible if it is necessary to provide more cooling. The cooling vane area, number of gaps/jets, and cooling flow rate can all be increased to increase the rate of heat transfer from the bearing inner races and motor to the containment. If the oil used for heat transfer is not sufficiently cooled by the containment, then forced air cooling can be applied to the exterior of the containment. Alternatively, the reservoir oil can be circulated through a dedicated oil/air or oil/water heat exchanger to extract more heat from the oil and further lower the oil's temperature prior to spraying it on the collars.

Additionally, in some very high-speed flywheel applications, it may be necessary to use oil instead of grease to lubricate the bearings. In these cases, the same oil used for heat transfer with the cooling collars can be used for lubricating the bearings. The amount of oil required to lubricate the bearings is very small. Therefore it can be delivered by a number of methods including jetting, micro dosing, wicking or by letting a small amount of the oil exiting the collar vanes enter the bearing.

Many other implementations other than those described above are within the invention, which is defined by the following claims. As mentioned earlier, it is not possible to describe here all possible implementations of the invention, but a few possibilities not mentioned above include the following:

Implementations of the first aspect of the invention may include multiple vane or collar assemblies installed on a single shaft to cool a number of heat generating components or improve cooling of one component. Gases which have higher thermal conductivities and specific heats than air (e.g. helium and hydrogen) may be used to improve the heat transfer in partial vacuum and enclosed applications. The vane assemblies may be constructed of good heat conducting metals (such as copper and aluminum) or thermally conductive plastics.

Gaseous conduction and convective cooling may be provided by keeping the gap between the flywheel and its enclosure very small, thereby permitting heat to flow from the flywheel rim and/or disc to the cooler enclosure. This arrangement may provide a second path of heat transfer or it may be the principal heat transfer path.

Liquid cooling implementations may include multiple vane or collar assemblies installed on a single shaft to cool a number of heat generating components or improve cooling of one component. If oil is used as the coolant fluid, it can also be used to lubricate the bearings. The vane assemblies may be constructed of good heat conducting metals (such as copper and aluminum) or thermally conductive plastics. The fluid used for cooling could be oil, water, or a heat transfer fluid.

Both the first and second aspects of the invention will work in a pressured environment, at ambient pressure, or in a partial vacuum.

As used in the claims, when an element is said to be "attached to" another element that includes the case of there

**10**

being one or more intermediate elements between the elements, as well as the case in which the elements are in direct contact.

Not all of the features described above and appearing in some of the claims below are necessary to practicing the invention. Only the features recited in a particular claim are required for practicing the invention described in that claim. Features have been intentionally left out of claims in order to describe the invention at a breadth consistent with the inventors' contribution. For example, although in some implementations, interleaved vanes are used to transfer heat, such interleaved vanes are not required to practice the invention of other claims. Although in some implementations, liquid coolant is circulated over vanes, liquid coolant is not required to practice the invention of other claims.

What is claimed is:

**1**. Cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member; the apparatus comprising:

an enclosure enclosing the spinning member, the enclosure containing a gas at below-ambient pressure or below-ambient density;

a first plurality of vanes attached to the spinning member such that the first plurality of vanes spin with the spinning member relative to the enclosure;

a second plurality of vanes fixed relative to the enclosure and the spinning member such that the first vanes move with respect to the second vanes, the second vanes defining gaps into which the first vanes extend so that the first and second vanes are interleaved; and

wherein:

the first and second vanes are located adjacent a bearing that supports the spinning member,

the bearing has an inner race and an outer race,

the first vanes and inner race are attached to the spinning member so heat flows by conduction from the inner race to the first vanes and from the spinning member to the first vanes,

the outer race is attached to the enclosure, and

the inner race, spinning member, first vanes and second vanes are sized and positioned so that heat from the inner race of the bearing flows by solid conduction from the inner race to the spinning member and to the first vanes, by solid conduction from the spinning member to the first vanes, and by gaseous conduction and convection from the first vanes to the second vanes, and by solid conduction from the second vanes to the exterior of the enclosure.

**2**. The apparatus of claim **1** wherein heat transfer between the first and second vanes is primarily by gaseous conduction.

**3**. The apparatus of claim **1** wherein the first and second vanes have closely spaced exposed surfaces across which heat is transferred.

**4**. The apparatus of claim **1** wherein the separation between the first vanes and second vanes is greater than 0.025 mm but less than 10 mm.

**5**. The apparatus of claim **1** wherein the gas is both below-ambient pressure and below-ambient density.

**6**. The apparatus of claim **1** wherein the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat.

**7**. The apparatus of claim **1** further comprising a heat sink to which heat flows from the second vanes.

**8**. The apparatus of claim **7** wherein the heat sink comprises air-cooled fins on the exterior of the enclosure.

US 7,546,782 B2

**11**

**9**. The apparatus of claim **1** wherein the gas has a molecular mean free path equal to or less than the distance between the first and second vanes.

**10**. The apparatus of claim **1** wherein the gas has a higher thermal conductivity than air.

**11**. Cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member; the apparatus comprising:

an enclosure enclosing the spinning member, the enclosure containing a gas at below-ambient pressure or below-ambient density, wherein an axis of rotation about which the spinning member spins defines an axial direction;

a first plurality of vanes attached to the spinning member such that the first plurality of vanes spin with the spinning member relative to the enclosure, wherein the first vanes are cylindrical elements extending in a first direction substantially parallel to the axial direction;

a second plurality of vanes fixed relative to the enclosure and the spinning member such that the first vanes move with respect to the second vanes, wherein the second vanes are cylindrical elements extending in a second direction substantially parallel to the axial direction and opposite the first direction, the second vanes defining cylindrical shaped channels into which the first vanes extend so that the first and second vanes are interleaved; and

wherein the first and second vanes are positioned in close proximity to one another so that substantial heat is transferred from the first vanes to the second vanes and the second vanes are configured such that that heat can be readily transferred from the second vanes to the exterior of the enclosure.

**12**

**12**. The apparatus of claim **11** wherein heat transfer between the first and second vanes occurs both by gaseous conduction and convection.

**13**. The apparatus of claim **12** wherein heat transfer between the first and second vanes is primarily by gaseous conduction.

**14**. The apparatus of claim **12** wherein the first and second vanes have closely spaced exposed surfaces across which heat is transferred.

**15**. The apparatus of claim **14** wherein the separation between the first vanes and second vanes is greater than 0.025 mm but less than 10 mm.

**16**. The apparatus of claim **11** wherein the gas is both below-ambient pressure and below-ambient density.

**17**. The apparatus of claim **11** wherein the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat.

**18**. The apparatus of claim **11** further comprising a heat sink to which heat flows from the second vanes.

**19**. The apparatus of claim **18** wherein the heat sink comprises air-cooled fins on the exterior of the enclosure.

**20**. The apparatus of claim **11** wherein the gas has a molecular mean free path equal to or less than the distance between the first and second vanes.

**21**. The apparatus of claim **11** wherein the gas has a higher thermal conductivity than air.

**22**. The apparatus of claim **11** wherein the heat generating component comprises one or more bearings.

**23**. The apparatus of claim **11** wherein the heat generating component comprises one or more electrical motors.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,546,782 B2                                   Page 1 of 1
APPLICATION NO. : 11/330896
DATED                  : June 16, 2009
INVENTOR(S)       : John D. Adams

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 11, line 31, in claim 11 delete 2nd "that" and insert --the--.

Signed and Sealed this

Sixth Day of October, 2009

David J. Kappos
*Director of the United States Patent and Trademark Office*

# ATTACHMENT AS-2

US008117930B2

## (12) United States Patent
### Adams et al.

(10) Patent No.: **US 8,117,930 B2**

(45) Date of Patent: **Feb. 21, 2012**

(54) **COOLING BEARINGS, MOTORS AND OTHER ROTATING HEAT GENERATING COMPONENTS**

(75) Inventors: **John D. Adams**, Lusby, MD (US); **Shepard W. McKenney**, Drayden, MD (US)

(73) Assignee: **Seakeeper, Inc.**, Solomons, MD (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 83 days.

(21) Appl. No.: **12/484,501**

(22) Filed: **Jun. 15, 2009**

(65) **Prior Publication Data**

US 2009/0301373 A1    Dec. 10, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 11/330,896, filed on Jan. 12, 2006, now Pat. No. 7,546,782.

(51) **Int. Cl.**
| | |
|---|---|
| *F16C 15/00* | (2006.01) |
| *B63B 43/02* | (2006.01) |
| *H02K 1/32* | (2006.01) |

(52) **U.S. Cl.** ............................ 74/5.95; 114/360; 310/64

(58) **Field of Classification Search** .................. 74/5.22, 74/5.7, 5.95, 572.1, 572.11; 114/360; 244/165, 244/3.23, 79; 310/55, 64, 65
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,330,121 A | 9/1943 | Heintz | |
| 3,062,507 A | 11/1962 | Andrus | |
| 3,421,578 A | 1/1969 | Marton | |
| 3,706,231 A | 12/1972 | Noar et al. | |
| 3,999,400 A | 12/1976 | Gray | |
| 4,262,483 A | 4/1981 | DeGeus | |
| 4,290,316 A | 9/1981 | Noar et al. | |
| 4,569,639 A | 2/1986 | Hannibal et al. | |
| 5,628,267 A * | 5/1997 | Hoshio et al. ................. 114/122 |
| 6,373,158 B1 | 4/2002 | Hsu et al. | |
| 6,527,865 B1 | 3/2003 | Sajoto et al. | |
| 6,619,221 B2* | 9/2003 | Umemura et al. ........... 114/121 |
| 6,664,680 B1 | 12/2003 | Gabrys | |
| 6,973,847 B2 | 12/2005 | Adams et al. | |
| 7,546,782 B2 * | 6/2009 | Adams et al. ................. 74/5.95 |
| 2005/0040776 A1 | 2/2005 | Sibley | |
| 2005/0271528 A1 | 12/2005 | Stones | |

* cited by examiner

*Primary Examiner* — Roger Pang

(74) *Attorney, Agent, or Firm* — Fish & Richardson P.C.

(57) **ABSTRACT**

Cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member. The apparatus may include a first heat transfer element attached to and spinning with the spinning member, a second heat transfer element stationary with respect to the spinning member, wherein the first and second heat transfer elements move relative to one another, and wherein the first and second heat transfer elements are shaped and positioned in close proximity to one another so that substantial heat is transferred from the first heat transfer element to the second heat transfer element. Alternatively, the apparatus may include a set of rotating vanes mounted to rotate with the spinning member, an orifice configured to direct a spray of cooling liquid onto the rotating vanes, wherein the cooling liquid is sprayed onto the rotating vanes at a radially inward location, so that the liquid flows radially outward over the surface of the vanes as a thin film of liquid, and is thrown off the vanes by centrifugal action, and collecting apparatus configured to collect the liquid thrown off of the vanes.

**17 Claims, 8 Drawing Sheets**





FIG. 1



*FIG. 2*

*FIG. 3*



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*



*FIG. 12*



*FIG. 13*

71,72



71, 72

*FIG. 14*

US 8,117,930 B2

**1**

## COOLING BEARINGS, MOTORS AND OTHER ROTATING HEAT GENERATING COMPONENTS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation application of and claims priority to U.S. application Ser. No. 11/330,896, filed on Jan. 12, 2006, now allowed, all of which is hereby incorporated by reference.

### TECHNICAL FIELD

This invention relates to methods and apparatus for cooling bearings, motors, and other heat generating components that support and drive rotating machinery, e.g., flywheels that are enclosed in a partial vacuum.

### BACKGROUND

A control moment gyro ("CMG") used for roll attenuation in boats is dependent on a heavy flywheel operating at high rotational speeds. The spinning flywheel is supported by bearings that are subjected to high axial and radial loads. As a result, these bearings produce a substantial amount of friction-generated heat, which must be dissipated in order to avoid dangerous heat build up. If the flywheel is supported in a conventional, ambient environment, the heat can be dissipated by air convection, which can be assisted by having a fan blow air across the outer and inner bearing races and the adjacent metal members. But if the flywheel is enclosed in a partial vacuum, e.g., as described in our patent, U.S. Pat. No. 6,973,847, there may not be enough air to permit convection. The same cooling problem may exist in other devices in which flywheels spin in partially evacuated enclosures (e.g., mechanical energy storage devices) and manufacturing processes that use evacuated chambers containing spinning elements that require heat generating bearings. At present, flywheel energy storage devices typically use expensive magnetic bearings (which do not generate frictional heat) instead of much less expensive rolling element bearings. One reason is that there are no proven methods of removing the heat from the inner races of rolling element bearings in a partial vacuum except by jetting or circulating cooling oil through the bearings, and this tends to create large power losses.

Two types of heat flow—conduction and convection— need to be distinguished. Heat conduction occurs by molecules bumping into other molecules. Thus, when you place your hand on a warm radiator, the fast moving molecules in the warm metal bump into molecules in your skin, transferring energy to them. Heat convection occurs when molecules are moved as a consequence of air (or other gas or liquid) flowing from one location to another. Thus, the warm radiator heats a room by conduction of heat to air immediately adjacent the surface of the radiator, and then by convection as that warmed air flows around the room. The warmth in the air is transferred to the occupants of the room by conduction, when the molecules in warm air contact the skin or clothing of the person. Heat conduction may occur through a gas, liquid, or solid. When it occurs through a gas, it can be called gaseous conduction. When it occurs through a solid (e.g., through a metal or other good conductor of heat), it can be called solid conduction.

**2**

Fourier's law of heat conduction defines one dimensional heat transfer between two parallel surfaces by gaseous conduction:

$$Q = KA\Delta T/\Delta X$$

Where

Q=heat transfer (watts)

K=thermal conductivity of the gas (watts/m-Deg C)

A=area of the parallel surface (m2)

ΔT=temperature differential between the two heat transfer surfaces (deg C)

ΔX=distance between the heat transfer surfaces (m)

As shown in the equation, the amount of heat transferred is directly proportional to the thermal conductivity of the gas, the area of the surfaces, and the temperature difference between the surfaces, and is inversely proportional to the distance between the surfaces. The thermal conductivity of the gas (K) is constant irrespective of pressure until the pressure is so low that the gas molecular mean free path is equal to or greater than the distance between the surfaces (ΔX). This means that the amount of heat transferred will be independent of pressure until the gas mean free path is equal to or greater than the distance between the surfaces. Below the pressure where the gas molecular mean free path is greater than the distance between the surfaces, the gas molecules will continue to conduct heat but now there is a reduction in the thermal conductivity (and the amount heat transferred) with further reductions in the gas pressure.

### SUMMARY

We have discovered practical techniques for transferring heat away from heat generating components, e.g., bearings and motors, that support and drive rotating machinery such as flywheels. Typically, heat will build up on the inner races of the bearings that support the flywheel (but other sources of heat, such as motor heat, air drag or windage are also possible). Such a build up of heat on the inner races can lead to failure of the apparatus, as a large temperature differential can result between the inner and outer bearing races. The outer races typically remain cooler because heat can flow (by conduction through abutting metal members) from the outer races to the exterior of the enclosure, where the heat is dissipated by convection (air passing across the warm exterior surface). Only a small amount of heat is conducted across the bearings (from the inner to outer races), and thus the inner races and the flywheel to which they are attached tend to rise in temperature. The rising temperatures can destroy the effectiveness of bearing lubricant, and can also subject the inner race to thermal expansions not seen by the cooler outer race with resulting catastrophic destruction of the bearings and apparatus.

Known cooling techniques include immersing the bearings in a circulating oil bath or jetting oil through the bearings (as in a gas turbine engine) or pumping a large volume of air/oil mist through the bearings (as in machine tool spindles) to lubricate and cool them. However, these methods are complicated and they tend to increase the heat generated by the bearing as the viscous drag of the rolling elements churning through the oil substantially increases the power required to drive the flywheel or other spinning member. The air/oil mist method is not applicable to vacuum applications as it requires substantial air flow. Some machine tool manufacturers pump water down a hole that is gun drilled through the spindle shaft to remove heat from the bearings and motor. This is also difficult to apply to vacuum applications as the water must be maintained at ambient pressure to prevent it from vaporizing.

US 8,117,930 B2

**3**

In a first aspect, the invention features cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member. The apparatus comprises a first heat transfer element attached to and spinning with the spinning member, a second heat transfer element stationary with respect to the spinning member, wherein the first and second heat transfer elements move relative to one another, and wherein the first and second heat transfer elements are shaped and positioned in close proximity to one another so that substantial heat is transferred from the first heat transfer element to the second heat transfer element. The close proximity of the two surfaces or elements promotes heat transfer by gaseous conduction. The relative rotational movement and close proximity of the elements creates rotating cavity flows that promote heat transfer by gaseous convection. These rotating flows continually circulate air molecules from the hotter first element to the cooler second element.

In preferred implementations, one or more of the following may be incorporated. Heat transfer between the first and second heat transfer elements may occur both by gaseous conduction and convection. Heat transfer between the first and second heat transfer element may be primarily by gaseous conduction. The first and second heat transfer elements may have closely spaced exposed surfaces across which heat is transferred. The first heat transfer element may comprise a plurality of first vanes, the second heat transfer element may comprise a plurality of second vanes, the first vanes may move with respect to the second vanes, the first vanes may extend into gaps between the second vanes so that the first and second vanes are interleaved, and substantial heat may be transferred from the first vanes to the second vanes. An enclosure may surround the spinning member, the first heat transfer element may comprise the outer surface of the spinning member, and the second heat transfer element may comprise the inner surface of the enclosure spaced by a small gap from the spinning member so that substantial heat is transferred by gaseous conduction from the spinning member to the enclosure. The separation between the first vanes and second vanes may be greater than 0.025 mm but less than 10 mm. The spinning member may be enclosed within an enclosure containing a gas at below-ambient pressure or below-ambient density, the first heat transfer element and first vanes may spin relative to the enclosure, the second heat transfer element and second vanes may be fixed relative to the enclosure, and the second heat transfer element may be positioned so that heat can be readily transferred from the second heat transfer element to the exterior of the enclosure. The gas may be both below-ambient pressure and below-ambient density. The axis of rotation about which the spinning member spins may define an axial direction, the first vanes may be cylindrical elements extending in a first axial direction from a first base attached to the spinning member, the second vanes may be cylindrical elements extending in a second axial direction, opposite the first axial direction, from a second base attached to the enclosure, and the gaps between the second vanes may be cylindrical channels shaped and positioned to receive the cylindrical first vanes. The axis of rotation about which the spinning member spins may define an axial direction, the first and second vanes may be planar elements extending in radial directions perpendicularly to the axial direction, and the gaps between the second vanes may be planar channels shaped and positioned to receive the planar first vanes. The first and second heat transfer elements may be located adjacent a bearing that supports the spinning member, the bearing may have an inner race and an outer race, the first vanes and inner race may be attached to the spinning member so heat flows by

**4**

conduction from the inner race to the first vanes and from the spinning member to the first vanes, the outer race may be attached to the enclosure, and the inner race, spinning member, first vanes and second vanes may be sized and positioned so that heat from the inner race of the bearing flows by solid conduction from the inner race to the spinning member and to the first vanes, by solid conduction from the spinning member to the first vanes, and by gaseous conduction and convection from the first vanes to the second vanes, and by solid conduction from the second vanes to the exterior of the enclosure. The apparatus may comprise at least two bearings, each with its own first and second heat transfer elements, as described. The spinning member may be a flywheel and the flywheel and enclosure may be part of gyroscopic roll stabilizer for a boat. The invention may further comprise a heat sink to which heat flows from the enclosure. The heat sink may comprise air-cooled fins on the exterior of the enclosure. The gas between the first and second transfer elements may have a molecular mean free path equal to or less than the distance between the heat transfer elements. The invention may further comprise a plurality of sets of first and second vanes. The gas may have a higher thermal conductivity than air. The heat generating component may comprise one or more bearings. The heat generating component may comprise one or more electrical motors.

The gap between the hotter rotating vanes and the cooler non-rotating vanes may be kept very small, and thus provide a heat path to the exterior of the device as long as the rotating vanes are hotter than the stationary vanes. Heat may be conducted from the heat generating components to the rotating vanes by solid conduction, then across the air gap to the stationary vanes by gaseous conduction and convection and then by conduction and convection to the atmosphere or a heat sink.

This first aspect of the invention has significant advantages. For example, as applied to ambient and above ambient pressure conditions, it does not require pumping large volumes of air or cooling fluid to cool the heat generating components. However, even greater advantages are found at below ambient pressure, wherein convective cooling with air becomes more difficult because of the reduced pressure, and radiant heat transfer may be negligible because the temperature differentials may not be large enough to transfer a significant amount of heat. Reliance on gaseous conduction benefits from the fact that the thermal conductivity of a gas increases with temperature so that as the gas warms up it will conduct more heat across the gap (for a fixed temperature differential) between the rotating and stationary vanes. This helps stabilize thermal behavior.

Rotating cavity flows will exist in the small gaps between the fixed and rotating vanes even in a partial vacuum. In some applications, the gas density and/or rotational speed will be high enough that gaseous convection will augment the gaseous conduction cooling. The rotating flow circulates the gas molecules so they are continuously transported from the hot rotating vanes to the cooler stationary vanes.

The first aspect permits heat to be removed passively without circulating any fluids inside the enclosure. This considerably simplifies the device or machine, as a coolant pump, motor, filter and heat exchanger are not required. Grease lubricated bearings can be used and these will have less frictional torque than oil lubricated bearings.

In a second aspect, the invention features cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member. The apparatus comprises a set of rotating vanes mounted to rotate with the spinning member, an orifice

US 8,117,930 B2

5

configured to direct a spray of cooling liquid onto the rotating vanes, wherein the cooling liquid is sprayed onto the rotating vanes at a radially inward location, so that the liquid flows radially outward over the surface of the vanes as a thin film of liquid, and is thrown off the vanes by centrifugal action; and a collecting apparatus configured to collect the liquid thrown off of the vanes.

Preferred implementations of this aspect of the invention may incorporate one or more of the following. The invention may further comprise cooling apparatus configured to cool the liquid collected by the collecting apparatus, and wherein the cooled liquid may be returned to the orifice. There may be a plurality of sprays of cooling liquid, each stream may be narrower than the gap between the rotating vanes, and each stream may be directed so that it generally travels between the vanes to the radially inward location. The cooling liquid may be an oil. The spinning member may be enclosed within an enclosure containing a gas at below-ambient pressure or below-ambient density, the rotating vanes may rotate with the spinning member within the enclosure, and the orifice may be fixed relative to the enclosure. The vapor pressure of the cooling liquid may be lower than the operating pressure of the gas within the enclosure. There may be a plurality of sets of rotating vanes. The oil used for cooling may also be used for lubrication of at least one bearing.

The liquid cooling aspect of the invention has significant advantages. For example, the cooler liquid film moving at high speed across the hotter surface of the rotating vanes makes for a very efficient heat exchanger. The oil exiting the vanes can be readily collected and cooled, either passively or actively, and then returned to the orifice to be sprayed on the vanes again.

For very high-speed flywheel bearings, oil lubrication is mandatory and in this case the liquid cooling scheme has an advantage, as oil can be used for cooling and lubricating the bearings. The amount of oil required to lubricate the bearings is very small. Therefore, jetting the oil onto the rotating vanes for cooling requires far less power than jetting or circulating the oil through the bearings as in traditional bearing cooling schemes.

Both the first and second aspects of the invention overcome the problem of cooling rotating components that generate heat and are enclosed in a partial vacuum. They both will permit the development of control moment gyros (CMGs) for stabilizing small boats and the development of flywheel energy storage devices that use rolling element bearings, as now there is a way of removing the heat from these rotating components that does not increase operating power requirements. Additionally, the invention may assist in cooling the inner races of bearings, motors and other rotating heat generating components that operate in confined spaces at ambient or above ambient pressure (e.g. machine tool spindles).

Other features and advantages of the invention will be found in the detailed description, drawings, and claims.

DESCRIPTION OF DRAWINGS

FIG. **1** is a cross-sectional view of a boat stability CMG incorporating an implementation of the first aspect of the invention.

FIG. **2** is an enlargement of the upper bearing portion **2-2** of FIG. **1**.

FIG. **3** is an enlargement of the lower bearing portion **3-3** of FIG. **1**

FIG. **4** is a cross-sectional view (taken along **4-4** in FIG. **5**) through the outer heat transfer element of the implementation of FIG. **1**.

6

FIG. **5** is a plan view (taken along **5-5** in FIG. **4**) looking up at the vanes of the heat transfer element of FIG. **4**.

FIG. **6** is an elevation view of the heat transfer element of FIG. **4**.

FIG. **7** is a plan view (taken along **7-7** in FIG. **6**) looking down at the top surface of the heat transfer element of FIG. **4**.

FIG. **8** is a cross-sectional view (taken along **8-8** in FIG. **9**) through the inner heat transfer element of the implementation of FIG. **1**

FIG. **9** is a plan view (taken along **9-9** in FIG. **8**) looking down at the top surface of the inner heat transfer element of FIG. **8**.

FIG. **10** is a cross-sectional view of a boat stability CMG incorporating a liquid cooling implementation of the second aspect of the invention.

FIG. **11** is an enlargement of the upper bearing portion **11-11** of FIG. **10**.

FIG. **12** is an enlargement of the upper bearing portion **12-12** of FIG. **10**.

FIG. **13** is an elevation of the set of rotating vanes of the implementation of FIG. **10**.

FIG. **14** is a cross-sectional view of the set of rotating vanes of FIG. **13**.

DETAILED DESCRIPTION

There are a great many possible implementations of the invention, too many to describe herein. Some possible implementations that are presently preferred are described below. It cannot be emphasized too strongly, however, that these are descriptions of implementations of the invention, and not descriptions of the invention, which is not limited to the detailed implementations described in this section but is described in broader terms in the claims.

Shown in FIG. **1** is a gyroscopic roll stabilizer **10** for small boats (of the type described in U.S. Pat. No. 6,973,847, incorporated herein by reference). A steel flywheel **12** spins within an aluminum enclosure **14**, which is evacuated to a below-ambient pressure, and may include a below-ambient density gas (e.g., helium or hydrogen) to reduce friction on the spinning flywheel. An electric motor (frameless DC brushless) **16** integrated within the interior of the enclosure drives the flywheel, which is supported by an upper bearing assembly **18** and lower bearing assembly **20**.

As shown in the enlargements of FIGS. **2-3**, each bearing assembly includes an outer housing **22**, **24**, outer race **26**, **28**, inner race **30**, **32**, and balls **34**. Seals **36** are provided on both the top and bottom of each bearing. Upper and lower retainers **40**, **42** hold the upper bearing in place. These bearings are lubricated by a grease pack.

Heat generated by the bearing inner races and electric motor rotor, is transferred to the exterior by cooling collar assemblies **50**, **52** (one of many implementations of the heat transfer elements) located adjacent each bearing. Each cooling collar assembly includes an inner rotating collar **54**, **56**, and an outer stationary collar **58**, **60** that also forms the enclosure end cap. Collars **54**, **56**, **58**, **60** may be constructed of a variety of materials with good heat conductivity (e.g., aluminum, copper, or plastic).

As shown in FIGS. **4-5**, the outer collars **58**, **60** have ten cylindrical vanes **62**, each of a different radius. Cylindrical gaps **64** are formed between the vanes. The vanes are approximately 2.77 mm in radial thickness, and the radial separation between vanes (i.e., the radial width of the gaps) is approximately 4.78 mm. The vanes **62** are about 32 mm in length along the axial direction.

US 8,117,930 B2

7

The inner collars **54**, **56** have eleven cylindrical vanes **66** and cylindrical gaps **68** between the vanes (FIGS. **2-3**), each of a different radius, and sized and positioned so that the vanes **66** mate with vanes **62** of the mating outer collars. Vanes **66** are approximately the same length (32 mm), width, and radial thickness as vanes **62**, and are received in gaps **64** between vanes **62**.

After inner and outer collars are mated, with vanes interleaved, the radial separation between a rotating vane from one collar and a stationary vane from another is approximately 1 mm. To improve heat transfer by gaseous conduction, this separation may be made as small as possible subject to practical limitations such as machining and operating tolerances. In partial vacuum applications, the separation is typically not less than the mean free path of the gas molecules at the operating pressure. This small separation ensures that the gas thermal conductivity is not reduced by the vacuum and assists heat transfer by gaseous convection.

In one implementation, the operating pressure is 1 Torr, the operating temperature is 100 C, and the molecular mean free path of air is 0.066 mm, which is significantly less that the 1 mm radial separation In practice, the distance may vary from these general guidelines so long as substantial heat is transferred across the separation.

As shown in FIGS. **6-7**, the exterior surfaces of outer collars **58**, **60** have additional heat transfer vanes **70**, which transfer heat from the collar to the surrounding atmosphere (by conduction at the surface of the vanes, with convection moving air past the vanes).

In the implementation shown, the rotating and stationary vanes **66**, **62** each have a total surface area of 0.34 square meters. A typical temperature differential between the rotating and stationary vanes is 15 C, and air conduction alone will transfer 153 watts across the gap to cool the bearing inner race at this differential. If it is necessary to provide more cooling, the stationary vanes could be actively cooled by blowing air over them (outside the containment) to create a bigger temperature differential between the rotating and stationary vanes. A 30 C temperature differential would transfer 306 watts by gaseous conduction alone. Alternatively, the amount of heat transfer could be increased by back filling the vacuum chamber with helium or hydrogen after the initial pump down. Helium's thermal conductivity is approximately 5.6 times that of air, and therefore a 15 C temperature differential would transfer 855 watts of heat by gaseous conduction alone. If further increases in heat transfer were required the radial separation between the fixed and rotating vanes could be reduced from 1 mm to 0.5 mm. It is typically feasible to operate with that small a radial separation as machines like CMGs and flywheel energy storage devices are typically manufactured to very tight tolerances (less than 0.025 mm typically), and their flywheels are supported in very high precision rolling element bearings. If the flywheel is enclosed in helium at 1 Torr, the radial separation is 0.5 mm, and the temperature differential is 15 C, then 1710 watts of heat can be transferred from the bearing inner races by gaseous conduction alone. It is also possible to adjust the amount of heat transferred by increasing or decreasing the surface area of the vanes.

These examples show how the cooling method and apparatus can be adjusted to provide the amount of cooling that the heat generating components require in order to achieve stable operating temperatures. The designer can vary the vane area, radial separation, gas type, gas density and the temperature difference between the rotating and stationary vanes to get the optimum solution for a specific application.

8

FIGS. **10-14** show an implementation of the liquid cooling scheme. The liquid cooling implementation also depends on cooling collars on the rotating shaft adjacent to the primary source of heat, i.e., the inner race of the flywheel bearings. However, with liquid cooling, the fins on the cooling collars consist of spaced planar disks extending radially outward from the shaft, and there are no mating fixed fins attached to the flywheel containment. Rather, cooling is accomplished by oil jets positioned on the containment outboard of the disks which squirt streams of oil between the rotating disks and toward the center of the flywheel shaft, thus conducting the heat from the disks to the oil, which is then flung by centrifugal force outward to be collected by an inner liner inside the containment but outside the perimeter of the flywheel. This, in turn, forces the hot oil to follow the inner curvature of the containment on its downward gravitational path, where it transfers the heat to the containment, aided by interior ridges on the containment which increase the surface area contacted by the oil. The oil is collected in a sump at the bottom of the device, where it is pumped back up to the oil jets, completing the cooling cycle.

Turning to FIG. **10**, the heat generated by the bearing inner races and electric motor rotor, is transferred to upper and lower cooling collar assemblies **71**, **72** located adjacent to the upper and lower bearing inner races **73**, **74**. In the case of the upper bearing, a stationary housing **75** surrounds the upper cooling collar and forms the enclosure end cap. In the case of the lower bearing, the stationary housing **76** surrounding the lower cooling collar is part of the oil reservoir assembly **77**.

The reservoir assembly also contains the cooling oil **78**, cooling pump **79**, cooling pump motor **80**, and a filter and valves (not shown). The cooling collar assemblies **71**, **72** may be constructed of a variety of materials that have good thermal conductivity (e.g. aluminum and copper).

As shown in more detail in FIGS. **11-14**, the cooling collar assemblies each have 4 horizontal vanes that form 3 gaps between the vanes. The inner radius of the gaps is 54 mm, the outer radius is 89 mm, and the width of the gaps is 2.4 mm. The upper and lower stationary housings that surround the cooling collars each contain 3 oil jets **81** (one per gap). These jets are mounted and oriented such that they spray a stream of cooling oil into and parallel to the gaps between the horizontal vanes. The jet orifice diameter is 0.64 mm where the stream exits.

The very thin stream of cooling oil contacts the bottom of each gap in the cooling collar vanes and is redirected by the high speed of rotation such that it creates a thin film that completely covers the vane surfaces before centrifugal forces throw the film off. The cooler oil film moving at high speed across the hotter vane surface picks up heat by conduction and carries it away by convection. The result is very efficient heat transfer from the inner race of the bearing to the cooling collar, and then to the cooling oil.

The heated oil exiting the upper collar vanes strikes the stationary housing **75**, drops through holes in the bearing housing **82** and is collected by an inner liner **83** inside the containment but outside the perimeter of the flywheel **84**. The liner is mounted to interior ribs of the containment **85** to increase the surface area in contact with the oil. This liner/rib arrangement forces the hot oil to follow the inner curvature of the containment on its downward gravitational path to the reservoir below the lower bearing. As the oil follows this contour, it transfers heat to the cooler containment, which steadily decreases the oil temperature until it reaches the reservoir **77**.

There may also be a bypass oil flow that is sprayed on the containment between the ribs and liner just below the upper

US 8,117,930 B2

**9**

bearing. This bypass flow increases the amount of oil in contact with the containment and helps cool the oil in the reservoir.

The hot oil exiting the vanes of the lower collar **72** drops into the reservoir **77** without significant cooling. At any point in time, the reservoir contains a mix of oil from the upper collar that has been cooled by the containment, bypass oil that has been cooled by the containment, and oil from the lower collar that has not been cooled. The containment's internal and external surface areas and external cooling may be designed so that sufficient heat is extracted from the oil exiting the upper collar and from the bypass oil flow to cool the mix of oil in the reservoir. The oil in the reservoir is picked up by the pump and pumped back up to the oil jets and sprayed on the upper and lower collars and through the bypass jets, thus completing the cooling cycle.

This particular cooling collar implementation has a total vane surface area of 0.093 square meters in contact with oil. The oil pump delivers 0.5 liter per minute per collar or 0.165 liter per minute per jet. The temperature of the oil increases 15 deg C. (from its entry onto the vanes to its exit from the vanes) to transfer 250 watts of heat from the bearing inner race and maintain the inner race at a temperature in the range of 80-100 C.

Like the scheme of FIGS. **1-9**, the liquid cooling scheme is flexible if it is necessary to provide more cooling. The cooling vane area, number of gaps/jets, and cooling flow rate can all be increased to increase the rate of heat transfer from the bearing inner races and motor to the containment. If the oil used for heat transfer is not sufficiently cooled by the containment, then forced air cooling can be applied to the exterior of the containment. Alternatively, the reservoir oil can be circulated through a dedicated oil/air or oil/water heat exchanger to extract more heat from the oil and further lower the oil's temperature prior to spraying it on the collars.

Additionally, in some very high-speed flywheel applications, it may be necessary to use oil instead of grease to lubricate the bearings. In these cases, the same oil used for heat transfer with the cooling collars can be used for lubricating the bearings. The amount of oil required to lubricate the bearings is very small. Therefore it can be delivered by a number of methods including jetting, micro dosing, wicking or by letting a small amount of the oil exiting the collar vanes enter the bearing.

Many other implementations other than those described above are within the invention, which is defined by the following claims. As mentioned earlier, it is not possible to describe here all possible implementations of the invention, but a few possibilities not mentioned above include the following:

Implementations of the first aspect of the invention may include multiple vane or collar assemblies installed on a single shaft to cool a number of heat generating components or improve cooling of one component. Gases which have higher thermal conductivities and specific heats than air (e.g. helium and hydrogen) may be used to improve the heat transfer in partial vacuum and enclosed applications. The vane assemblies may be constructed of good heat conducting metals (such as copper and aluminum) or thermally conductive plastics.

Gaseous conduction and convective cooling may be provided by keeping the gap between the flywheel and its enclosure very small, thereby permitting heat to flow from the flywheel rim and/or disc to the cooler enclosure. This arrangement may provide a second path of heat transfer or it may be the principal heat transfer path.

**10**

Liquid cooling implementations may include multiple vane or collar assemblies installed on a single shaft to cool a number of heat generating components or improve cooling of one component. If oil is used as the coolant fluid, it can also be used to lubricate the bearings. The vane assemblies may be constructed of good heat conducting metals (such as copper and aluminum) or thermally conductive plastics. The fluid used for cooling could be oil, water, or a heat transfer fluid.

Both the first and second aspects of the invention will work in a pressured environment, at ambient pressure, or in a partial vacuum.

As used in the claims, when an element is said to be "attached to" another element that includes the case of there being one or more intermediate elements between the elements, as well as the case in which the elements are in direct contact.

Not all of the features described above and appearing in some of the claims below are necessary to practicing the invention. Only the features recited in a particular claim are required for practicing the invention described in that claim. Features have been intentionally left out of claims in order to describe the invention at a breadth consistent with the inventors' contribution. For example, although in some implementations, interleaved vanes are used to transfer heat, such interleaved vanes are not required to practice the invention of other claims. Although in some implementations, liquid coolant is circulated over vanes, liquid coolant is not required to practice the invention of other claims.

What is claimed is:

**1**. A gyroscopic roll stabilizer for a boat, the stabilizer comprising:

a flywheel, the flywheel being configured to be spun about a spin axis;

a first plurality of vanes coupled to the flywheel such that the first plurality of vanes spin with the flywheel relative to an enclosure;

a second plurality of vanes fixed relative to the enclosure and the flywheel such that the first plurality of vanes spin with respect to the second plurality of vanes, the second plurality of vanes defining gaps into which the first plurality of vanes extend so that the first and second plurality of vanes are interleaved;

at least one rotating heat generating component coupled to the flywheel and positioned such that heat is transferred from the heat generating component to the first plurality of vanes;

the enclosure surrounding the first plurality of vanes, the second plurality of vanes, the heat generating component, and a portion or all of the flywheel, the enclosure containing a below-ambient density gas and maintaining a below-ambient pressure, wherein the below ambient density gas has a thermal conductivity at least 5 times greater than air; and

wherein the flywheel, the first plurality of vanes, the second plurality of vanes, the heat generating component, the enclosure, and the gimbal structure are configured so that, when installed in the boat, the stabilizer damps roll motion of the boat.

**2**. The stabilizer of claim **1** wherein:

the heat generating component includes at least one bearing supporting the flywheel, the bearing having an inner race and an outer race; and

the bearing is located adjacent the first plurality of vanes such that heat flows from the inner race to the first plurality of vanes, from the first plurality of vanes to the second plurality of vanes, and from the second plurality of vanes to the exterior of the enclosure.

US 8,117,930 B2

11

**3**. The stabilizer of claim **2** wherein the first plurality of vanes and the second plurality of vanes are sized and spaced such that heat flows from the first plurality of vanes to the second plurality of vanes by gaseous conduction.

**4**. The stabilizer of claim **3** wherein the below-ambient density gas is hydrogen.

**5**. The stabilizer of claim **3** wherein the below-ambient density gas includes helium.

**6**. The stabilizer of claim **5** wherein:

the first plurality of vanes are cylindrical elements extending in a first direction substantially parallel to the spin axis;

the second plurality of vanes are cylindrical elements extending in a second direction substantially parallel to the spin axis and opposite the first direction.

**7**. The stabilizer of claim **5** further comprising a heat sink configured such that heat flows from the second plurality of vanes to the heat sink.

**8**. The stabilizer of claim **7** wherein the heat sink comprises air-cooled fins on the exterior of the enclosure.

**9**. The stabilizer of claim **5** wherein a distance between the first plurality of vanes and the second plurality of vanes is less than 5 mm.

**10**. The stabilizer of claim **5** wherein the enclosure maintains a below-ambient pressure of less than 390 torr (0.5 atmosphere).

**11**. The stabilizer of claim **1** wherein the first plurality of vanes and the second plurality of vanes are sized and spaced such that heat flows from the first plurality of vanes to the second plurality of vanes by gaseous conduction.

**12**. The stabilizer of claim **11** wherein a distance between the first plurality of vanes and the second plurality of vanes is less than 5 mm.

**13**. The stabilizer of claim **1** further comprising:

a flywheel drive motor configured to spin the flywheel about a spin axis; and

a device for applying a torque to the flywheel.

12

**14**. A method of stabilizing a boat, the method comprising:

spinning a flywheel about a spin axis;

permitting flywheel precession;

spinning a first plurality of vanes with the flywheel relative to an enclosure, wherein at least one rotating heat generating component is positioned such that heat is transferred from the heat generating component to the first plurality of vanes;

maintaining a second plurality of vanes fixed relative to the enclosure and the flywheel such that the first plurality of vanes spin with respect to the second plurality of vanes, the second plurality of vanes defining gaps into which the first plurality of vanes extend so that the first and second plurality of vanes are interleaved; and

wherein the enclosure surrounds the first plurality of vanes, the second plurality of vanes, the heat generating component, and a portion or all of the flywheel, the enclosure containing a below-ambient density gas and maintaining a below-ambient pressure, wherein the below ambient density gas has a thermal conductivity at least 5 times greater than air.

**15**. The method of claim **14** wherein:

the heat generating component includes at least one bearing supporting the flywheel, the bearing having an inner race and an outer race; and

the bearing is located adjacent the first plurality of vanes such that heat flows from the inner race to the first plurality of vanes, from the first plurality of vanes to the second plurality of vanes, and from the second plurality of vanes to the exterior of the enclosure.

**16**. The method of claim **15** wherein the first plurality of vanes and the second plurality of vanes are sized and spaced such that heat flows from the first plurality of vanes to the second plurality of vanes by gaseous conduction.

**17**. The method of claim **16** wherein the below-ambient density gas includes helium.

*    *    *    *    *

# ATTACHMENT AS-3

## Seakeeper 3

**Technical Specifications**    Drawings

### Specifications

| | |
|---|---|
| Max Rated Speed | 8,450 RPM |
| Angular Momentum at Max Rated RPM | 3,000 N-M-S |
| Spool-up Time to Max Rated RPM | 50 minutes (8,450 RPM) |
| Spool-up Time to Stabilization | 29 minutes (6,337 RPM) |
| Power Consumption | |
| Spool-Up Power | 900 Watts Max |
| Spool-Up Power Input | 12 VDC @ 75 Amps Max |
| Operating Power | 400 - 900 Watts (Sea State Dependent) |
| DC Power Input | 12 VDC @ 33-75 Amps |
| Control Power | 125 Watts |
| Control Power Input | 12 VDC @ 15 Amps Max |
| Seawater Pump Power Input<br>*Over Current Protection based on installed pump rating* | 12 VDC @ 15 Amps Max |
| Weight | 550 lbs (249 kg) |
| Envelope Dimensions | 26.8 L x 27.0 W x 23.1 H (inches)<br>0.680 L x 0.688 W x 0.587 H (meters) |
| Noise Output | ~72 dB at 1 meter |
| Seawater Supply to Heat Exchanger | 2 GPM (7.6 LPM) minimum<br>6 GPM (22.7 LPM) maximum |
| Ambient Air Temperature | 32° - 140° F (0° - 60° C) |

# ATTACHMENT AS-4

## TECHNICAL

### SECTOR SPOTLIGHT | STABILISATION

# Dynamic business growth

THE BUSINESS OF COUNTERACTING WAVE MOTION TO STABILISE CRAFT HAS GROWN VIGOROUSLY IN THE RECREATIONAL BOATING IN RECENT YEARS. ONCE THE PRESERVE OF SUPERYACHTS AND LARGER VESSELS, CRUISERS OF 40FT, AND SOMETIMES EVEN SMALLER, ARE NOW INCREASINGLY BEING FITTED WITH STABILISATION SYSTEMS

**WORDS: BOB GREENWOOD**




▲ Since launching in 2008, Seakeeper has led the stabilisation revolution, shifting the market's view of stability from a luxury, to a must-have item

**WHETHER AT REST** or planing at full throttle, or indeed anywhere between those two states, more and more boat owners are now glad to have spent money on systems that reduce the risk of motion sickness. Globally, stabilisers are now seen by many recreational boaters as just as important to overall comfort afloat as, for example, air conditioning and all the other comforts and conveniences of home.

And, whereas motion control has long been regarded as given in the superyacht and megayacht sectors, in recent years it has become a must-have in the semi-production, large-cruiser market too. Some of the 12 companies that responded to *IBI*'s request for comment and information for this article are even supplying stabilisation for boats in the 30ft-40ft boat segment.

As the market for boat stabilisers has grown, so too has the technology that supplies, and indeed generates, the growing demand for them. The fundamental principles of the two main mechanical approaches to stabilisation have been long established, but systems are

> " *In recent years, motion control has become a must-have in the semi-production, large cruiser market* "

continually being refined.

Gyroscopic stabilisers have been keeping ships stable since the early 20th century. These are effective at zero speed when boats are at anchor, at moderate speeds and at higher speeds in more even sea states.

Active-fin stabilisation, where external fins below the waterline continually work to steady the boat when moving through the water, has also been around for several decades


STABILIZATION

**OUR BIGGEST SMALLEST THING YET** | INTRODUCING THE SEAKEEPER 3
25% smaller.  30% lighter.

and is now proving popular among owners of medium-to-large planing cruisers and can also work at low and zero speed. But because they are relatively large through-hull fittings whose fins create some drag and require machinery housings behind them, they are generally considered impractical for cruisers of around 30ft.

More recently, a third technology has been advancing in the recreational cruiser market. This uses the Magnus effect, where rotating cylinders extending from the hull below the waterline create lift as they spin. The same force is also used by skilled tennis players, for example, when they strike the ball to give it topspin to make it dip early and bounce higher.

Magnus-effect stabilisers are considered to be most effective at lower vessel speeds. However, the three technologies are by no means mutually exclusive. Sometimes boat owners will have combinations of them in order to exploit the advantages of each in varying operational and sea conditions.

Naiad Dynamics, a US company whose work in the vessel stabilisation market goes back at least to the 1970s when it was formed to combine Sperry Marine and the UK's Vosper Thornycroft stabiliser businesses, is firmly committed to active fin technology. Over the years the company has applied this expertise extensively across the commercial, naval and yachting sectors. Having sold more than 12,000 stabiliser systems, it is acknowledged as market world leader.

For the yachting market the company offers its proprietary AtRest and AtSpeed ranges of stabilisers which are aimed at craft from 50ft to over 500ft. John Venables, CEO of Naiad Dynamics, claims that his is "the world's first company to successfully supply a fin stabiliser system for active use both when making way and when at rest."

He continues: "Naiad Dynamics (ND) has been routinely supplying

active stabilisers for boats from about 40ft for decades and has successfully fitted stabilisers for boats as small as 35ft.

"While gyroscope stabilisers provide a degree of stabilisation while the boat is at rest, this advantage quickly fades when you need effective stabilisation while cruising, or when the vessel represents a large mass to stabilise," he says. "The lift force of underwater effectors such as fins increases as the square of the vessel's speed, so fins rapidly become more efficient with speed."

He points out that: "Fins are also effective at rest, typically sized to reduce roll motion by 60% or more. In some cases due to the shape of the hull there is limited space to fit fins, so the required total surface area needs to be achieved by using two pair of fins each with smaller area, or gyros. However, boats that have such limited space for fins are typically hard chine planning hulls, so the gyro will not satisfy the full range of stabiliser speeds.

"For efficient stabilisation of these boats," he maintains, "active interceptors or smaller fins sized for at-speed use (when the gyro is less effective) can be fitted in addition to the gyro."

Naiad Dynamics has also had involvement with Magnus-effect stabilisers, through its purchase of KoopNautic, which is now the Naiad Dynamics Dutch office. "This was the first company to introduce Magnus-effect stabilisers in the 1980s," John Venables says. He adds that these "are suitable in situations where stabilization is only needed at very low speeds. A sport fishing yacht that needs stabilisation while trolling could be an example. However, once vessel speed approaches typical motoryacht cruising speeds, the cylinders create far too much drag and must be shut down and retracted."

By contrast, he says, "Fins are shaped as airfoils, hydro-dynamically efficient through a wide range of speeds, and with ND's proportional

**JOHN VENABLES** | CEO
## NAIAD DYNAMICS

*Fins are also effective at rest, typically sized to reduce roll motion by 60% or more*

➡


**OUR BIGGEST SMALLEST THING YET** | INTRODUCING THE SEAKEEPER 3 25% smaller. 30% lighter. | **SEAKEEPER** STABILIZATION

# TECHNICAL

SECTOR SPOTLIGHT | **STABILISATION**

controls they are angled only to the extent required to neutralise the roll."

Venables explains: "Thus with increasing speed they are self-regulated to minimise drag. The blunt cylindrical shape of Magnus-effect stabilisers and resulting objectionable drag with speed will render them primarily restricted to a slow-speed specialty solution. This is why ND discontinued its line of Magnus effect stabilisers in favour of other more efficient and effective stabilisation solutions."

Venables observes that "For many decades fin stabilisers were routinely fitted to boats over 100ft, both during construction and, if not originally fitted, as a retrofit. Over time the benefit of active fin stabilisation was recognised for smaller vessels. In the 1980s fin stabilisers were becoming so popular and being retrofitted to so many vessels in the 40ft-80ft range that most OEMs began offering them on their new builds.

"Fin stabilisers are most easily fitted during the build process, but they can also be readily added at any time after delivery of the boat," he points out. "In fact, years ago several builders began providing the hull foundation (reinforcement structure) for ND fin stabilisers to ease installation after delivery of the boat, because the expectation was that, if not ordered as an option with the new vessel, it would only be a matter of time before the owner decided to add the fin stabiliser. While standard equipment on any yacht of mid-large size, to this day ND continues to supply fin stabilisers for smaller vessels both to the OEM and to owners as a retrofit."

Indeed, Naiad Dynamics operates its own service organisation in Florida where retrofit installations are routinely performed. "Also increasingly common are upgrades of older fin systems that were originally supplied as AtSpeed stabilisers to add the AtRest capability," says Venables.

While the great majority of stabiliser systems offered by Naiad and, indeed,

> ❝ *Fin stabilisers are most easily fitted during the build process, but they can be added at any time after delivery of the boat* ❞

most other stabiliser manufacturers, are fitted to powerboats, there's also a minority market for them in sailing cruisers too. Bearing in mind that heeling motion is an essential part of the whole sailing experience, one wonders why this would be so. However, Venables says that his company has fitted stabilisers to many sailboats, although he explains that these are not typical active stabiliser applications, since when under sail the vessel predominately experiences static heel, not dynamic roll motion. "Although ND controls measure and integrate roll angle, roll velocity and roll acceleration, using the fins to correct static heel of a sailing vessel underway is not particularly helpful."

Even so, motorsailers, he says, are better suited to benefit from active stabilisers while motoring, since the vessel will experience dynamic roll. "ND has fitted motor-sailing yachts on several occasions including, for example, Lurssen Yachts' 93m MS *Eos*. In some cases, ND has provided special sailing features to utilise the fins while sailing, such as angling the fins to assist tacking and other sailing manoeuvres." He predicts that as the demand for AtRest stabilisation continues, it is likely more sailing vessels will utilise active stabilisation systems.

A company that has adopted a dual technologies approach to boat stabilisation is DMS Holland. For displacement and semi-displacement craft from 12m (39ft) up to 30m (98ft) typically operating in the speed range from 3-12 knots, be they GRP, steel or aluminium-hulled, this Dutch company developed its MagnusMaster rotor stabiliser. In this market segment, says Marcel Vrijsen, who handles the company's sales and marketing, the MagnusMaster out-performs all other systems. Moreover, he adds, it is "fully electrical and can be mounted at the stern and is retractable underneath the hull."

DMS launched MagnusMaster at METSTRADE 2015, yet in the 12 months in which it has been on the ➡


**SEAKEEPER** STABILIZATION

**OUR BIGGEST SMALLEST THING YET**

INTRODUCING THE SEAKEEPER 3
25% smaller. 30% lighter.

# TECHNICAL

## SECTOR SPOTLIGHT | STABILISATION

**MARCEL VRIJSEN** | MARKETING
**DMS HOLLAND**

*We advise people to buy a gyroscope stabiliser when they are only interested in going fast and lying at anchor*

market, Vrijsen says it has proved capable of taking over the existing Dutch market with rotor stabilisers. "We have seen this growth continue as DMS Holland invested in product development for smaller displacement and semi-displacement yachts, with a 2.0 version of which we have sold more than 40 just this year." Now, he adds, "it's growing into global exports with projects all across Europe, South America, North America and even New Zealand."

While the MagnusMaster product has been rapidly gaining market traction, Vrijsen points out that other stabilisation technologies also have their strengths.

"Even at DMS Holland we advise people to buy a gyroscope stabiliser when they are only interested in going very fast and lying at anchor (zero-speed)," he says, "especially when customers approach us with a fast yacht that has a very quick roll period, we advise them to have a gyroscope stabiliser for zero-speed."

Before it developed the MagnusMaster rotary stabilisation system for mid-size craft, DMS had already gained success in the super- and mega-yacht sector with its AntiRoll retractable fin stabiliser. This system, which is aimed at craft from 35m (114ft) up to 150m (495ft), is designed for zero-speed, low-speed, cruising and high-speed operation. Marcel Vrijsen says: "In offering optimal stability at the full range of speeds, AntiRoll is unique."

He adds: "Because of its innovative character, DMS Holland has received several requests from Dutch shipyards for engineering and calculating the AntiRoll system for their new designs and refit projects. Because this system is unique it has been included in the design of the DART 65 and 80 projects at the Dutch yard Royal Huisman.

As for the new-build versus retrofit dynamic of stabiliser business, Vrijsen comments that views vary according to companies' perspectives, but he says that in the wider recreational market

much depends on refit "because of the many yachts that have been sold the last decades without stabilisers."

He adds: "During the past five years a lot has changed in the market, and because of this market change I do believe that strong growth will become visible in the next couple of years as we continue to talk with shipyards that build yachts from 12m (39ft) up to 30m (98ft) where the customer demands are growing for comfort, safety and ecological systems.

"When I look at the super- and mega-yacht industry, this market mainly fits stabilisers during the build of a new yacht and is currently holding on to conventional systems with zero-speed, but eventually they will see that only AntiRoll can deliver the best performance without having to make any compromises." Vrijsen further remarks: "AntiRoll is part of the momentum gaining evolution in yacht-building history."

Sleipner Motor, the Norwegian company which established itself as European brand leader in the mid-to-large production fast cruiser market a few decades ago with its Side Power thrusters, has over the past few years been doing the same with its Vector active-fin boat stabilisation system. "Our stabiliser products have strong benefits in all areas and segments of the market, but they are especially beneficial in high-speed vessels," says Ronny Skauen, the company's vice president of international operations and product development. "This is the natural first segment where we have grown the most, therefore it is only natural that our initial focus has been on partnering with the larger production builders, which generally make most of the high-speed boats on the market."

In this sector, Skauen sees his company's products as one of the top players by sales volume, although he concedes: "It is difficult to have a complete overview of the total market because you have to decide if you want to split the fin stabiliser and gyro ➤


SEAKEEPER
STABILIZATION

OUR BIGGEST SMALLEST THING YET

INTRODUCING THE SEAKEEPER 3
25% smaller.  30% lighter.

# TECHNICAL

## SECTOR SPOTLIGHT | STABILISATION

stabiliser market into two independent markets, which they sometimes are, and sometimes not."

Although small numbers of craft of between 30ft and 40ft have been fitted with active-fin stabilisers, Skauen believes that 45ft is where they start to become a serious proposition for powerboats. He adds, however: "While it is clear that ever smaller boats are now getting stabilisers, we have to attribute most of this development to smaller gyros – at least if you look at the larger volume markets, not counting trawlers that do not require at-anchor stabilisation."

The reason for this, he says, is that "gyro stabilisers are passive, so they do not need to be actively controlled to react to a roll as does an active stabilisation product." He explains that it is far more difficult to stabilise a small boat that a larger because they have a shorter roll period times. He adds: "The peak force that you have to apply is comparably higher in smaller boats than in larger ones that have longer roll period times. This means also that the cost of the gear is relatively higher for smaller boats, so that to stabilise a smaller boat is typically quite a lot higher in percentage terms of the total boat cost."

### SMALLER END OF THE MARKET
In spite of this and the physical difficulties that need to be overcome, particularly for smaller boats, Skauen says: "I think stabilisation will continue to grow for a long time to come, not least because we all expect more and more comfort in every aspect of our lives, and stabilisation of your recreational boat is just an absolute game changer for those precious days most of us get on the water."

Continued growth at the smaller-boat end of the market, he believes, is a matter of "how fast somebody comes up with cost-effective technologies other than gyro stabilisation for these smaller boats because customers will not be totally satisfied with the

limitation in cruising stabilisation that the gyro technology naturally has."

Even so, Skauen is confident that the market for stabilisation in small boats will expand. He emphasises: "It will be down to approximately 30ft-35ft when new small gyros become available. You also have small and inexpensive 'old-fashioned' fin stabilisers that are used in slow trawler-style boats (with relatively long roll period times) down to about 40ft for cruising use only."

Meanwhile, for planing boats of below 70ft, Skauen maintains that his company's invention of the Vector fin has done much to expand the mid-size boat market for stabilisation. "Vector fins," he maintains, "are really the only type offered by any major builder of boats below 70ft." The reasons for this have to do with design of the fin, which gracefully curves outwards from the hull. As previously mentioned, "mid-size (smaller) boats (compared to the traditional fin stabiliser boats of 80ft-plus) have shorter roll periods, and need a comparatively higher peak force as you can only apply the total force over a shorter periods than on big boats. As these boats have also become lighter in recent years, with traditional fins applying an almost horizontal force, you get some negative side-effects like yaw and sway when you have to apply a high force pulse horizontally, which is then uncomfortable in the boat."

On the other hand, because Vector fins are shaped to apply a more vertical force, "these side-effects are dramatically reduced to a point where they are not felt anymore," Skauen states. "Also, you can have smaller fins, with less power consumption that deliver the same stabilisation force as bigger ones. And by creating lift they offset the drag factor, often actually improving fuel efficiency." All in all, he believes, Vector fins are more designed for modern boats.

As the boating market for stabiliser continues to grow, Skauen observes that for his company: "The

> **I always tell boats owners to get stabilisers now, because they will have to when they want to resell the boat**


**SEAKEEPER** STABILIZATION

**OUR BIGGEST SMALLEST THING YET**

INTRODUCING THE SEAKEEPER 3
25% smaller.  30% lighter.

majority of volume is for new boats, but the retrofit market is growing continuously, especially when quite new boats are being re-sold and there are other boats in the same age/size offered with stabilisers. I always tell boat owners to get them now, because they will have to when they want to resell the boat, so they might as well enjoy the fantastic comfort themselves also in the meantime."

He's more sceptical, however, about future prospects for Magnus-effect stabilisation. "These stabilisers are made for slower vessels," Skauen says, and are not really good for fast vessels, so I do not believe they will become mainstream products anytime soon." That's also due, he believes, to their relative technical complexity and cost.

Like Sleipner with its Vector stabilisers, Italian company CMC Marine is also convinced that active-fins are the best technology option for the stabilisation of mid- to large yachts across the broad spread of operating conditions. CMC claims to have been the first one of its kind to develop and market a fin stabiliser with an electrical actuator. This gives its Stabilis Electra fin stabiliser performance, size, weight and reduced mechanical complexity advantages over traditional hydraulic systems.

## FROM ZERO TO LOW OPERATION
Since CMC Marine obtained a European patent for its Stabilis Electra system and introduced the product in 2012, Alessandro Cappiello, CMC Marine CEO, says: "We have installed our system on board thousands of vessels, collaborating with the world's most renown shipyards. At the moment CMC Marine retains a more than 50% share of the market in Italy, and we are also doing increasingly well abroad."

Cappiello points out that Stabilis is designed to provide optimum motion stability in all phases of yacht operation, from zero to low, cruising and sprint speeds. "The new trend is for yachts that can be enjoyed all the time, not only when cruising," he says.

"Stabilisation at anchor is no longer just a simple option. The idea behind the use of an electrical drive instead of a hydraulic one comes from the aim to offer a system with a higher dynamic and a more accurate response, that can give exceptional performance even when the yacht is at anchor."

"In terms of the benefit-cost ratio," Cappiello asserts, "it's the best system and one which can also ensure better performances."

Following its introduction of Stabilis Electra, CMC has gone on to develop the stabiliser and its DIA-LOG control system (also patented). These are now installed in yachts from 62ft to 60m. CMC stabilisers are now primarily installed in new-builds, with just 20% of the system being retrofitted into existing yachts, Cappiello adds.

While both Sleipner Motor, with its Vector system, and CMC, with its Stabilis Electra product, are fully committed to active-fin stabilisation for all phases of yacht operation and see limited value in the main alternatives such as gyros and rotors, US boat stabilisation specialist Quantum Marine has a more mixed approach with its product offering. It offers fixed-fin proprietary Zero Speed stabilisers both at-anchor and underway operation as well as its Maglift rotary for both stationary and low-speed ride control.

For active-fin stabilisers, Mark Armstrong, Quantum's technical sales manager, says that the argument for them is "simply put, excellent performance for both Zero Speed and underway ride control for most applications.

Equally, he also says that there is a strong stabilisation argument for the Magnus effect: "We do see a steady growth pattern when certain requirements are needed, such as low speed where fins and/or gyro systems would not be practical and, in case of emergencies, using the fully retractable system for Zero Speed stability in exceptional circumstances."

As for business patterns, Armstrong

comments that for Quantum, new-fit and refit are "both important areas of business. We see many retrofits taking place where the owners realize the existing stabilisers are not adequate or that stabilisers were originally installed for underway duty only."

One company that has gone further than developing Magnus-effect stabilisation in order to extend its operational capabilities is RotorSwing Marine. This Dutch company, founded by Theo Koop, its CEO and developer of its stabiliser products, offers two main alternatives.

Together with Quantum Marine, it holds patents for its electrical RotorSwing Magnus, which was invented for roll damping while cruising at low throttle. Now it is also available with a Zero-speed option that's designed to give exceptional roll damping at anchor and has a patented Rake function which semi-retracts the rotor cylinder and automatically engages while cruising at higher speeds in order to decrease drag.

The second RotorSwing product is the Wing yacht stabiliser. This 'wags' a foil to control both roll and pitch at anchor.

The company targets boats from 10m-35m which are mainly trawler-type vessels. "We think that common fin stabilisers cannot perform satisfactorily in zero-speed mode," says Theo Koop. To do this, he adds, "our products use the Magnus effect and high aspect ratio retractable fins."

Gyroscopes, he comments, "are great stabilisers on vessels with a short rolling period, but their precession depends on the speed of rolling. They can be, unfortunately, very uncomfortable in following and quartering seas. At-anchor roll damping is their place in the market."

Koop predicts that Magnus effect will become more important for typical displacement vessels cruising at low speeds. "An interesting market opens in the 'fins and pins' where fast vessels use fins for medium- and high-speed roll damping and where the Magnus ➡


OUR BIGGEST SMALLEST THING YET | INTRODUCING THE SEAKEEPER 3 25% smaller. 30% lighter.    SEAKEEPER STABILIZATION

# TECHNICAL

## SECTOR SPOTLIGHT | STABILISATION

**THEO KOOP** | CEO
**ROTORSWING MARINE**

*We think that common fin stabilisers cannot perform satisfactorily in zero-speed mode*

pins take over for roll damping at low speed from 3 knots upwards," he says. "RotorSwing Marine has patented the rake of the rotors where they retract at an angle under the hull, lowering the high resistance of the rotor quite a bit."

RotorSwing's motion control products are offered at affordable prices, which drives sales volumes. For boat owners, says Koop, "Simple technology, decreasing prices of control devices and heavy competition are making the selling price interesting."

For gyroscope stabilisation, arguments for and against have gone on for years and doubtless will continue, but there's little doubt that of all the systems available to boaters these are the most prolific in the market. In terms of numbers of units sold, there's one company that is the clear market leader: Seakeeper.

"Since launching in 2008, Seakeeper has led the stabilisation revolution, shifting the market's view of stability from a luxury item to a must-have item," says Andrew Semprevivo, vice president of sales and marketing. "Seakeeper stabilisation changes the experience of being on a boat by virtually eliminating boat roll and the seasickness, fatigue, and anxiety that go with it. In the past five years we have seen our shipments increase by about 50% year-over-year, and we now have roughly 4,000 units in operation with over 1,000 of these units in shipping in 2016 alone."

He continues: "With recent and upcoming product launches, Seakeeper is bringing stabilisation to the mainstream boating community (boats under 50ft) for the first time. We are very excited about our future in this market segment."

Seakeeper targets a broad range of boating segments, from recreational to military to commercial vessels. Says Semprevivo: "The smallest Seakeeper is optimised for boats between 30ft and 39ft and we've stabilised boats up to 220ft by installing multiples of our largest model, which is designed for

boats over 85ft.

"Over the last five years, we have seen stabilisation grow from luxury niche to absolute 'must-have' for boats larger than 50ft. Virtually every brand and model built today offers some type of stabilisation as an option, and some select builders are now installing stabilisers as standard equipment."

Semprevivo adds: "Looking forward, we expect more and more builders will offer stabilisation as part of the standard package, which will continue the high rate of growth we have seen.

"We are also seeing a growing number of consumers looking to modernise their existing boat, which has led to a sharp increase in our refit business. In 2016, refits will account for roughly 25% of our business and we expect this percentage to increase over the next several years."

He further reveals: "In boats smaller than 50ft, our business has doubled over the past year alone, and we expect that to accelerate even more with our latest Seakeeper 3 launch. I believe that, much like the stabilisation revolution we have seen in the 50ft-70ft market, stabilisation will quickly become a 'must-have' item in the 30ft-50ft market as well."

While there are limitations for gyroscopes in boat stabilisation, as there are for all systems. Andrew Semprevivo says: "We believe in 100% transparency and honesty in our approach. We're more interested in making sure a Seakeeper is the right fit for a given boat than making a sale. Since customer satisfaction is our top priority, we consider vessel size, speed, roll period, and intended use on every project to make sure the gyro's performance will meet and exceed a customer's expectations."

He adds: "We review every project against the established sizing guidelines aimed at eliminating 70%-90% of roll in the boat's intended use. We have also developed a mobile app for obtaining sea trial reports that we then share on our website so


**SEAKEEPER** STABILIZATION    OUR BIGGEST SMALLEST THING YET    INTRODUCING THE SEAKEEPER 3 25% smaller. 30% lighter.

clients can see real-world performance on hundreds of different models in varying sea conditions.

"We firmly believe that the smaller and faster the boat, the more necessary the gyro stabilisation. The market trend we have seen is boats under 80ft are most suitable for gyro stabilisation, boats in the 80ft-170ft range can take advantage of either gyros or fins (the determination is usually based on intended use and speed of the vessel), and boats over 170ft are typically more suited to fin stabilisation. Gyro stabilisation in planing hulls is particularly desirable. As Seakeeper stabilisation requires no external appendages, it has virtually no impact on speed or efficiency, a prime consideration for builders and consumers in their decision process."

The biggest Seakeeper sees in stabilisation, says Semprevivo, is with boats under 50ft. "Due to hull design, speed, power limitations, shorter roll period, and installation location restrictions, gyroscopic stabilisation is the ideal solution for this size range," he maintains.

Other gyro manufacturers have also realised strong business potential in the recreational boating area. Among them is US-based Gyro Gale. "We do not have a specific target, we cater to all – trawlers, cruisers, high-speed boats, says Zeyad Metwally, vice president of engineering. "If it rolls it should be stabilised."

Gyro Gale's market position in the boating industry, he affirms, is "very strong. We are constantly stabilising boats here in the US and abroad."

Drawing from its comprehensive range of gyroscopic stabilisers and associated equipment, the company is able to tailor its systems to suit the individual requirements for most customers' boats to provide stabilisation both at rest and underway. To highlight what can be achieved, Zeyad Metwally cites a recent example of a Sunseeker 82. "With the speed of reaction that we've achieved with our new

electronic system and our Tab-Fins we are performing above and beyond underway and at rest." For the Sunseeker the company was able to reduce motion, he says, by "90% underway and 80% at rest in 5ft-6ft seas. No other system can provide these benefits like Gyro Gale," he asserts, adding: "We also reduced the vessel's pitching motions – which, of course, is part of the reason why it gained speed."

Metwally points out that the key to successful stability is stopping the roll before it even begins. "With Gyro Gale being the only air-operated stabiliser system worldwide, we are very well known for how fast our system responds," he says. "Now we've coupled it with even more speed (with an electronic gyro) and power (Tab-Fins). This simple system responds faster than any on the market."

Business for Gyro Gale, Metwally says, is expanding in both the new-build and retrofit markets. "Both sectors are stabilising as more and more boat owners are being familiarised with stabilisers and are either focused on purchasing new boats with them or actively searching to fit them on."

Smart Gyro, an Italian producer of gyroscopic stabilisers for boats, has also been refining the performance of this technology. Its R&D effort has been focused on four main aspects, says Carlo Gazerro, CEO, namely control electronics, the braking system around the precession axis, the cooling system, and the flywheel bearings.

This emphasis on product development has helped Smart Gyro to increase its market presence. "The adoption of stabilisers for small boats, sometimes as small as 30ft, will be a growing market for us," Gazerro says, "but for now we believe that the most important growth for this segment is the American market, where there is a high number of very expensive boats, such as Contender, Boston Whaler and Tiara, which may justify a stabiliser. "Our opinion is that in Europe this still

> **We firmly believe that the smaller and faster the boat, the more necessary the gryro stabilisation**


OUR BIGGEST SMALLEST THING YET | INTRODUCING THE SEAKEEPER 3  25% smaller.  30% lighter.     SEAKEEPER  STABILIZATION

# TECHNICAL

## SECTOR SPOTLIGHT | STABILISATION

small market will remain so for the next 18 months."

For his company, Gazerro says that "the most interesting applications are stabilisation at rest and underway, especially at low speeds (1-5 knots) where the gyroscopic stabiliser is more effective than the stabilising fins." These, he says, "are not very efficient with low speeds because they go into stall."

While most attention focuses on gyro, fin and rotor stabilisation, it's easy to overlook the fact that for planing craft, trim tabs and interceptors also provide a measure of stability. The tabs have been used probably for as long as there have been planing powerboats, but some producers have been refining them to provide better motion dampening. One of these is Zipwake, a Swedish company.

"Zipwake represents a change in technology for optimising running trim and actively dampening vessel motion at the sea," says sales manager Göran Fredin. "The Zipwake Dynamic Trim Control Systems are aimed mainly at replacing the technology represented by old conventional and traditional trim tab systems," he adds.

Here, the company offers its S-series of straight and v-shaped interceptors. These work by substantially raising the pressure under the boat while it's underway and assist in lifting the boat in planing mode very quickly. At the same time, they automatically compensate for boat heal and heading.

"Increased comfort in manoeuvring, increased performance and safety as well as fuel saving are all arguments that are in focus for our products and future developments," Göran Fredin says.

To enhance stabilisation the Zipwake system also incorporates a gyroscope. This, says Fredin, is housed in the control panel "and should not be compared with bigger gyros installed in engine rooms."

The Zipwake interceptor system is designed for boats as small as 18ft, where there would be no space to fit

active-fin stabilisers, but going up to as large as 60ft. "We see ourselves taking the lead in developing, mass-producing and marketing this method of stabilisation at an affordable price," states Fredin.

For US company Nauticus, which manufactures Smart Tabs that have self-regulating nitrogen gas-filled dampers, the core business is powerboats from 18ft-25ft.

"Nauticus Smart Tabs are the only product of its type that does not require hydraulic or electric controls," says John deAgro, company president. "The nitrogen gas-filled actuator is regulated by the water pressure and sea conditions and are 100% active as the boat is underway."

He predicts: "Improved ride, handling, and safe control will always be in demand, especially as technology improves. As manufacturers are pressured to improve fuel economy stabilising devices will become more common."

Finally, another Swedish company Gecea Euro Trading, also pitches into stabilisation sector with ranges of conventional and technically advanced trim tabs to keep planing boat from 15ft-125ft on the straight and level. Its InstaTrim XP2-series tabs employ single hydraulic cylinders, as opposed to the conventional twin-cylinder tabs to produce the same levelling effect, allowing cost and weight savings.

Jonas Fredriksson, Gecea managing director, observes that while owners of 25-footers "sometimes install 'at speed' active stabilisers, it's usually only at 35ft and above that they begin to install active stabilisation systems."

It's evident that, while demand for boat stabilisation continues to grow vigorously, the technical approaches to improving it differ considerably. What's certain is that no single system perfectly suits every type and size of boat and every mode of operation. All have virtues and shortcomings. Choosing the best for individual applications requires quite a bit of research.  **IBI**

> *The adoption of stabilisers for small boats, sometimes as small as 30ft, will be a growing market for us*



**SEAKEEPER** STABILIZATION    **OUR BIGGEST SMALLEST THING YET**    INTRODUCING THE SEAKEEPER 3 25% smaller.  30% lighter.

# ATTACHMENT AS-5

Redacted in its Entirety

# ATTACHMENT AS-6

US 20240400167A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2024/0400167 A1
LAPPIN et al. (43) **Pub. Date:** **Dec. 5, 2024**

(54) **ROLL STABILIZATION AND RELATED APPARATUSES**

(71) Applicant: **Dometic Marine Canada Inc.,** Richmond (CA)

(72) Inventors: **Derry William LAPPIN**, Vancouver (CA); **Mark Isaac DYCK**, Delta (CA); **Trevor Daniel BOLEAC**, Langley (CA); **Noam Dean DAVIDSON**, Vancouver (CA); **Kevin Sean STOPP**, Richmond (CA); **Mackenzie Douglas HART**, Vancouver (CA); **Ray Tat Lung WONG**, Richmond (CA)

(21) Appl. No.: **18/680,517**

(22) Filed: **May 31, 2024**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 18/713,331, filed on Jan. 1, 1, filed as application No. PCT/ CA2022/051725 on Nov. 23, 2022.

(60) Provisional application No. 63/283,181, filed on Nov. 24, 2021.

**Publication Classification**

(51) **Int. Cl.**
*B63B 39/06* (2006.01)
*B63B 39/04* (2006.01)
(52) **U.S. Cl.**
CPC .............. *B63B 39/06* (2013.01); *B63B 39/04* (2013.01)

(57) **ABSTRACT**

This disclosure relates generally to roll stabilization and related apparatuses.





**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



FIG. 9



**FIG. 10**



**FIG. 11**

**FIG. 12**



**FIG. 13**



**FIG. 14**



**FIG. 15**



**FIG. 16**



FIG. 17



**FIG. 18**



**FIG. 19**



**FIG. 20**



**FIG. 21**



**FIG. 22**



**FIG. 23**



**FIG. 24**



**FIG. 25**



**FIG. 26**



**FIG. 27**



**FIG. 28**



**FIG. 29**



**FIG. 30**



FIG. 31

FIG. 32



**FIG. 33**

**FIG. 34**



**FIG. 35**



**FIG. 36**



**FIG. 37**



**FIG. 38**



**FIG. 39**



**FIG. 40**



**FIG. 41**



**FIG. 42**



**FIG. 43**



**FIG. 44**



**FIG. 45**



FIG. 46



**FIG. 47**

**FIG. 48**



**FIG. 49**



**FIG. 50**



**FIG. 51**



**FIG. 52**



**FIG. 53**



FIG. 54



**FIG. 55**



FIG. 56



FIG. 57



FIG. 58



FIG. 59



**FIG. 60**



FIG. 61



FIG. 62



**FIG. 63**

**FIG. 64**



**FIG. 65**



FIG. 66



**FIG. 67**



476

FIG. 68



**FIG. 69**



FIG. 70



**FIG. 71**



**FIG. 72**



**FIG. 73**



**FIG. 74**



**FIG. 75**



**FIG. 76**

US 2024/0400167 A1

1

# ROLL STABILIZATION AND RELATED APPARATUSES

## CROSS-REFERENCE TO RELATED APPLICATION

[0001]   This application is a continuation-in-part of U.S. patent application Ser. No. 18/713,331 filed May 24, 2024, which is the United States national stage of PCT international patent application no. PCT/CA2022/051725 filed Nov. 23, 2022, which claims the benefit of, and priority to, U.S. provisional patent application No. 63/283,181 filed Nov. 24, 2021. The entire contents of U.S. provisional patent application No. 63/283,181 and of PCT international patent application no. PCT/CA2022/051725 are incorporated by reference herein.

## FIELD

[0002]   This disclosure relates generally to roll stabilization and related apparatuses.

## RELATED ART

[0003]   A marine vessels may include a roll-stabilization apparatus. However, some known roll-stabilization apparatuses have some disadvantages.

## SUMMARY

[0004]   According to at least one embodiment, a roll-stabilizer apparatus comprises: a rotation-support body; a flywheel body surrounding at least a portion of the rotation-support body, wherein the rotation-support body supports the flywheel body for rotation relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body; and a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation.

[0005]   According to at least one embodiment, a roll-stabilizer apparatus comprises: a flywheel body having a spin axis of rotation; a flywheel-support body having a central-rotation axis and comprising at least one magnetic bearing operable to support the flywheel body, the flywheel-support body permitting rotation of the flywheel body relative to the flywheel-support body around the spin axis of rotation at least when the spin axis of rotation is colinear with the central-rotation axis of the flywheel-support body; and a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the central-rotation axis of the flywheel-support body.

[0006]   According to at least one embodiment, a roll-stabilizer apparatus comprises: a flywheel body; a flywheel-support body supporting the flywheel body and permitting rotation of the flywheel body relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body; a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation; and at least one precession-control device oper-

able to control rotation of the flywheel-support body relative to the mounting body. The at least one precession-control device comprises: at least one actuator rotatably attached to the mounting body; and a first force-transfer body and a second force-transfer body, the first force-transfer body rotatably attached to each of the flywheel-support body, the at least one actuator, and the second force-transfer body, and the second force-transfer body further rotatably attached to the mounting body. The first force-transfer body is operable to transfer force at least between the at least one actuator and the flywheel-support body.

[0007]   According to at least one embodiment, a roll-stabilizer apparatus comprises: a flywheel body; a flywheel-support body supporting the flywheel body and permitting rotation of the flywheel body relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body; a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation; and at least one precession-control device operable to control rotation of the flywheel-support body relative to the mounting body. The at least one precession-control device comprises: at least one actuator rotatably attached to the mounting body; and a first force-transfer body and a second force-transfer body, the first force-transfer body rotatably attached each of the mounting body, the at least one actuator, and the second force-transfer body, and the second force-transfer body further rotatably attached to the flywheel-support body. The first force-transfer body and the second force-transfer body are operable to transfer force at least between the at least one actuator and the flywheel-support body.

[0008]   According to at least one embodiment, a roll-stabilizer apparatus comprises: a flywheel body; a flywheel-support body supporting the flywheel body and permitting rotation of the flywheel body relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body; a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation; at least one precession bearing operable to support the flywheel-support body for rotation relative to the mounting body around the precession axis; and at least one precession-control device operable to control rotation of the flywheel-support body relative to the mounting body and operable to apply a force at least partly overlapping a dimension of the at least one precession bearing along the precession axis.

[0009]   According to at least one embodiment, a roll-stabilizer apparatus comprises: a flywheel body; a flywheel-support body supporting the flywheel body and permitting rotation of the flywheel body relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body; a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation; and at least one precession bearing operable to support the flywheel-support body for rotation relative to the

mounting body around the precession axis, the at least one precession bearing comprising an outer precession body surrounding an inner precession body, the outer precession body rotatable relative to the inner precession body and relative to the mounting body.

[0010] According to at least one embodiment, a flywheel apparatus comprises a flywheel body rotatable around a spin axis of rotation and comprises a peripheral surface spaced apart from the spin axis of rotation, wherein the flywheel body defines a groove recessed in the peripheral surface.

[0011] According to at least one embodiment, a flywheel apparatus comprises a flywheel body rotatable around a central-rotation axis of the flywheel body, the flywheel body comprising: a central portion; a wheel portion spaced apart from the central portion radially relative to the central-rotation axis of the flywheel body; and at least one radial portion coupling the wheel portion to the central portion; wherein the wheel portion has a maximum radial thickness relative to the central-rotation axis of the flywheel body, the wheel portion extends to a maximum radius from the central-rotation axis of the flywheel body, and a ratio of the maximum radial thickness to the maximum radius is less than 0.27.

[0012] According to at least one embodiment, a flywheel apparatus comprises a flywheel body rotatable around a central-rotation axis of the flywheel body, the flywheel body comprising: a central portion; a wheel portion spaced apart from the central portion radially relative to the central-rotation axis of the flywheel body; and at least one radial portion coupling the wheel portion to the central portion; wherein the wheel portion has a maximum radial thickness relative to the central-rotation axis of the flywheel body and a maximum height along the central-rotation axis of the flywheel body, and a ratio of the maximum radial thickness to the maximum height is less than 0.23.

[0013] According to at least one embodiment, an axial-magnetic-bearing apparatus comprises: an annular bearing body; and a plurality of electromagnets, each one of the plurality of electromagnets comprising a respective different electrical conductor, each one of the plurality of electromagnets positioned on the annular bearing body in a respective different annular sector of a plurality of annular sectors of the annular bearing body, the plurality of annular sectors surrounding a central-rotation axis of the annular bearing body. The electrical conductor of each one of the plurality of electromagnets extends transversely to the central-rotation axis of the annular bearing body such that each one of the plurality of electromagnets becomes magnetized in a direction along the central-rotation axis of the annular bearing body in response to, at least, an electrical current through the electrical conductor.

[0014] According to at least one embodiment, a roll-stabilizer controller apparatus is programmed to, at least, cause at least one precession-control device to apply a torque to a flywheel-support body relative to a mounting body, the flywheel-support body supporting a flywheel body and permitting rotation of the flywheel body relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body.

[0015] According to at least one embodiment, a roll-stabilizer apparatus comprises: a flywheel body; a flywheel-support body supporting the flywheel body and permitting rotation of the flywheel body relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body; a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation; at least one precession-control device operable to control rotation of the flywheel-support body relative to the mounting body; and a roll-stabilizer controller programmed to, at least, cause the at least one precession-control device to apply the torque to the flywheel-support body relative to the mounting body.

[0016] According to at least one embodiment, a marine vessel comprises: at least one hull; and the apparatus, wherein the mounting body is attached to the at least one hull.

[0017] Other aspects and features will become apparent to those ordinarily skilled in the art upon review of the following description of illustrative embodiments in conjunction with the accompanying figures.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0018] FIG. 1 is a schematic illustration of a marine vessel according to one embodiment.

[0019] FIG. 2 is a perspective view of a roll-stabilizer apparatus of a roll-stabilizer assembly of the marine vessel of FIG. 1.

[0020] FIG. 3 is a cross-sectional view of the roll-stabilizer apparatus of FIG. 2, taken along the line labeled FIG. 3 in FIG. 2.

[0021] FIG. 4 is a perspective view of a mounting body of the roll-stabilizer apparatus of FIG. 2.

[0022] FIG. 5 is an exploded perspective view of a flywheel assembly of the roll-stabilizer apparatus of FIG. 2.

[0023] FIG. 6 is a cross-sectional view of a flywheel body of the flywheel assembly of FIG. 5.

[0024] FIG. 7 is an exploded perspective view of a flywheel-support body of the roll-stabilizer apparatus of FIG. 2.

[0025] FIG. 8 is an exploded perspective view of a radial active magnetic bearing including a rotor of the flywheel assembly of FIG. 5 and a stator of the flywheel-support body of FIG. 7.

[0026] FIG. 9 is a cross-sectional view of the radial active magnetic bearing of FIG. 8, taken along the line labeled FIG. 9 in FIG. 10 and in FIG. 11.

[0027] FIG. 10 is another cross-sectional view of the radial active magnetic bearing of FIG. 8, taken along the line labeled FIG. 10 in FIG. 9.

[0028] FIG. 11 is another cross-sectional view of the radial active magnetic bearing of FIG. 8, taken along the line labeled FIG. 11 in FIG. 9.

[0029] FIG. 12 is a perspective view of an electric coil of the radial active magnetic bearing of FIG. 8.

[0030] FIG. 13 is an exploded perspective view of a radial active magnetic bearing according to another embodiment.

[0031] FIG. 14 is a cross-sectional view of the radial active magnetic bearing of FIG. 13, taken along the line labeled FIG. 14 in FIG. 15.

[0032] FIG. 15 is another cross-sectional view of the radial active magnetic bearing of FIG. 13, taken along the line labeled FIG. 15 in FIG. 14.

[0033] FIG. 16 is a perspective view of an annular-sector stator body of the radial active magnetic bearing of FIG. 13.

[0034]  FIG. 17 is an exploded perspective view of an axial active magnetic bearing of the flywheel-support body of FIG. 7.

[0035]  FIG. 18 is a plan view of an assembled annular-sector body of the axial active magnetic bearing of FIG. 17, including the annular-sector body of FIG. 19.

[0036]  FIG. 19 is a cross-sectional view of the axial active magnetic bearing of FIG. 17, taken along the line labeled FIG. 19 in FIG. 17.

[0037]  FIG. 20 is a perspective view of an annular-sector body of the axial active magnetic bearing of FIG. 17.

[0038]  FIG. 21 is an enlarged fragmentary view of FIG. 19.

[0039]  FIG. 22 is the fragmentary view of FIG. 21, with the axial active magnetic bearing of FIG. 17 positioned in a groove of the flywheel body of FIG. 6.

[0040]  FIG. 23 illustrates an example of changes over time in magnetic field experienced by a point on the flywheel body of FIG. 6.

[0041]  FIG. 24 illustrates use of negative stiffness according to one embodiment.

[0042]  FIG. 25 is a perspective view of a roll-stabilizer apparatus according to another embodiment.

[0043]  FIG. 26 is an exploded perspective view of the roll-stabilizer apparatus of FIG. 25.

[0044]  FIG. 27 is a cross-sectional view of a flywheel body and a flywheel-support body of the roll-stabilizer apparatus of FIG. 25, taken along the line labelled FIG. 27 in FIG. 25.

[0045]  FIG. 28 is an enlarged fragmentary view of a bearing of the flywheel-support body of FIG. 27.

[0046]  FIG. 29 is a fragmentary perspective view of a housing body of the flywheel-support body of FIG. 27 and a precession bearing of the roll-stabilizer apparatus of FIG. 25.

[0047]  FIG. 30 is an enlarged fragmentary view of a portion of the flywheel-support body of FIG. 27 and another precession bearing of the roll-stabilizer apparatus of FIG. 25.

[0048]  FIG. 31 is an exploded perspective view of a precession-control device of the roll-stabilizer apparatus of FIG. 25.

[0049]  FIG. 32 is an exploded perspective view of another precession-control device of the roll-stabilizer apparatus of FIG. 25.

[0050]  FIG. 33 is a side view of the roll-stabilizer apparatus of FIG. 25 with the precession-control device of FIG. 32 in an intermediate position.

[0051]  FIG. 34 is a side view of the roll-stabilizer apparatus of FIG. 25 with the precession-control device of FIG. 32 in an extended position.

[0052]  FIG. 35 is a side view of the roll-stabilizer apparatus of FIG. 25 with the precession-control device of FIG. 32 in a contracted position.

[0053]  FIG. 36 is a circuit diagram of a braking circuit for an electric motor/generator of the roll-stabilizer apparatus of FIG. 25.

[0054]  FIG. 37 is a circuit diagram of a damping circuit for an actuator motor of the roll-stabilizer apparatus of FIG. 25.

[0055]  FIG. 38 is a perspective view of a roll-stabilizer apparatus according to another embodiment.

[0056]  FIG. 39 is an exploded perspective view of a precession-control device of the roll-stabilizer apparatus of FIG. 38.

[0057]  FIG. 40 schematically illustrates an example of identifying dynamic vessel characteristics according to one embodiment.

[0058]  FIG. 41 illustrates roll dynamic mobility of a marine vessel as a function of experienced torque frequency in one embodiment.

[0059]  In FIG. 42 illustrates a phase difference between motion of a marine vessel and net torque applied to a marine vessel in one embodiment.

[0060]  FIG. 43 illustrates schematically adjustment of phase of motion of a marine vessel according to at least one or more properties of the marine vessel in one embodiment.

[0061]  FIG. 44 illustrates schematically estimation of wave torque according to one embodiment.

[0062]  FIG. 45 illustrates schematically phase-corrected control according to one embodiment.

[0063]  FIG. 46 illustrates implementation of phase-shift control to align anti-roll torque with wave torque in one embodiment.

[0064]  FIGS. 47 and 48 illustrate a marine vessel including stabilizing fins according to one embodiment.

[0065]  FIGS. 49 and 50 illustrate stabilization of roll of a marine vessel according to some embodiments.

[0066]  FIGS. 51 and 52 illustrate examples of operation according to the example of FIG. 49.

[0067]  FIG. 53 illustrates schematically a possible embodiment of roll stabilization using stabilizing fins.

[0068]  FIGS. 54 and 55 are partial cross-sectional views of flywheel bodies according to some embodiments.

[0069]  FIG. 56 is a perspective view of a roll-stabilizer assembly according to one embodiment.

[0070]  FIG. 57 is a side view of a flywheel-support body and a portion of a mounting body according to one embodiment.

[0071]  FIG. 58 is a front view of the flywheel-support body of FIG. 57.

[0072]  FIG. 59 is a top view of the flywheel-support body and the mounting body of FIG. 57.

[0073]  FIG. 60 illustrates a cooling system for a roll-stabilizer apparatus according to one embodiment.

[0074]  FIGS. 61 and 62 are partial cross-sectional views of roll-stabilizer apparatuses according to other embodiments.

[0075]  FIGS. 63 to 65 are cross-sectional views of rotation-support bodies according to different embodiments.

[0076]  FIG. 66 is a partial cross-sectional view of a rotation-support body according to another embodiment.

[0077]  FIG. 67 is a partial cross-sectional view of the rotation-support body of FIG. 63.

[0078]  FIG. 68 is a perspective view of a compressible body of the rotation-support body of FIG. 67.

[0079]  FIGS. 69 to 73 schematically illustrate power management according to some embodiments.

[0080]  FIG. 74 illustrates stabilization of roll of a marine vessel according to one embodiment.

[0081]  FIG. 75 illustrates marine vessel and wave angles according to one embodiment.

[0082]  FIG. 76 illustrates stabilization of roll of a marine vessel according to one embodiment.

## DETAILED DESCRIPTION

[0083]  Referring to FIG. 1, a marine vessel according to one embodiment is shown generally at 100. The marine vessel 100 includes a hull 101 having a bow shown generally

4

at 102. The hull 101 also has a stern shown generally at 103 and opposite the bow 102. At the stern 103, the marine vessel 100 includes a marine engine 104 operable to apply a thrust to the hull 101. The marine engine 104 in the embodiment shown is an outboard motor, but alternative embodiments may vary and may, for example, include one or more motors that may not necessarily be outboard motors. The marine vessel 100 also includes a main energy-storage device 105 that may be electrically connected to a starter motor of the marine engine 104 to power the starter motor, or that may be electrically connected to one or more other electrical devices of the marine vessel 100. The marine engine 104 may include an alternator to charge the main energy-storage device 105, or one or more other sources of electric current may charge the main energy-storage device 105. However, in alternative embodiments. the marine engine 104 may include an electric motor operable to apply a thrust to the hull 101, and the main energy-storage device 105 may be electrically connected to the electric motor to power the electric motor.

[0084]  Herein, "electrically connected" may refer to any direct or indirect connection that permits a transfer of electrical energy, such as a direct electrical connection or an electrical connection involving inductive power transfer or other wired or wireless energy transfer, for example.

[0085]  Also herein, "energy-storage device" may refer to one or more electrochemical cells, one or more batteries, one or more fuel cells, or one or more other devices operable to store electrical energy or other energy as described herein, or a combination of two or more thereof.

[0086]  The marine vessel 100 has a longitudinal axis 106 extending between the bow 102 and the stern 103 of the hull 101. In general, "roll" herein may refer to movement that includes rotation of the hull 101 around the longitudinal axis 106.

[0087]  The marine vessel 100 is an example only, and alternative embodiments may differ. For example, alternative embodiments are not limited to marine vessels and may not necessarily include marine vessels, and "roll" may refer to other types of movement of marine vessels or of other types of bodies. Some alternative embodiments may include more than one hull.

Roll-Stabilizer Assembly

[0088]  The marine vessel 100 also includes a roll-stabilizer assembly 107 including a roll-stabilizer apparatus 108, a roll-stabilizer controller 109, and a roll-stabilizer energy-storage device 110 distinct from the main energy-storage device 105. An alternator of the marine engine 104, one or more other sources of electric current, or both may charge the roll-stabilizer energy-storage device 110. The roll-stabilizer energy-storage device 110 may additionally or alternatively be charged as described below.

[0089]  In some embodiments, some or all of the roll-stabilizer apparatus 108, the roll-stabilizer controller 109, and the roll-stabilizer energy-storage device 110 may be integrated into a single unit that may be attached directly or indirectly to the hull 101. Such an integrated unit may, in some embodiments, simplify installation, for example because such an integrated unit may require fewer electrical connections with other components of the marine vessel 100, or such an integrated unit may require less assembly. Further, such an integrated unit may, in some embodiments, allow transmission of electrical energy between the roll-stabilizer apparatus 108 and the roll-stabilizer energy-storage device 110 with shorter electrical conductors, and thus less wasted energy, when compared to other roll-stabilizer assemblies that involve external sources of electrical energy for a roll-stabilizer apparatus and longer electrical conductors. Further, such an integrated unit including the roll-stabilizer apparatus 108 and the roll-stabilizer energy-storage device 110 may, in some embodiments, reduce or avoid electrical energy required from external sources of electrical energy, and may continue to function despite a failure of an external source of electrical energy.

[0090]  The marine vessel 100 also includes an inertial measurement unit 111 in communication with the roll-stabilizer controller 109 and operable to provide, to the roll-stabilizer controller 109, one or more signals indicating measurements, relative to an inertial frame of reference or another frame of reference, of linear acceleration, of rotational acceleration, of orientation, or a combination of two or more thereof of the hull 101 or of one or more other locations on the marine vessel 100 that may move with the hull 101. For example, the inertial measurement unit 111 may include one or more gyroscopes, one or more accelerometers, one or more other devices operable to measure linear acceleration, rotational acceleration, orientation, or a combination of two or more thereof of the hull 101 relative to an inertial frame of reference or another frame of reference. The inertial measurement unit 111 may be positioned at any location on the marine vessel 100. For example, in some embodiments, the inertial measurement unit 111 may be positioned on one or both of housing bodies 136 and 137 described below, or on one or both of housing bodies 244 and 245 described below. Further, in some embodiments, the inertial measurement unit 111 may include more than one device at one or more locations. However, alternative embodiments may omit the inertial measurement unit 111 or include one or more alternatives to the inertial measurement unit 111.

[0091]  The roll-stabilizer controller 109 may include one or more processor circuits that may include one or more central processing unit (CPUs) or microprocessors, one or more machine learning chips, discrete logic circuits, or one or more application-specific integrated circuit (ASICs), or combinations of two or more thereof, for example, and that may include one or more of the same or different computer-readable storage media, which in various embodiments may include one or more of a read-only memory (ROM), a random access memory (RAM), a hard disc drive (HDD), a solid-state drive (SSD), and other computer-readable and/or computer-writable storage media. For example, one or more such computer-readable storage media may store program codes that, when executed, cause one or more processor circuits of the roll-stabilizer controller 109 to implement functions as described herein, for example, in which case the roll-stabilizer controller 109 may be programmed, configured, or operable to implement such functions. Of course the roll-stabilizer controller 109 may be configured or otherwise operable to implement other functions and to implement functions in other ways. For example, the roll-stabilizer controller 109 may be a single device or may include more than one device. In general, any apparatus, controller, or other device may include one or more processor circuits that may be programmed, configured, or operable as described above.

US 2024/0400167 A1

Dec. 5, 2024

5

[0092] The roll-stabilizer controller 109 may include a wireless transmitter, a wireless receiver, a wireless transceiver, or two or more thereof to allow the roll-stabilizer controller 109 to receive one or more wireless signals directly or indirectly from, or transmit one or more wireless signals directly or indirectly to, a remote device 112. The remote device 112 may be a smartphone, a tablet computer, a smart watch, or smart glasses, for example. In the embodiment shown, the remote device 112 is detached from the marine vessel 100 and usable from outside of the marine vessel 100 and is therefore remote from the marine vessel 100. However, alternative embodiments may differ. For example, alternative embodiments may include one or more wired or other connections between the remote device 112 and the roll-stabilizer controller 109, and alternative embodiments may include devices on or integrated into the marine vessel 100 instead of the remote device 112.

[0093] Referring to FIG. 2 and to FIG. 3, the roll-stabilizer apparatus 108 includes a flywheel-support body 113, a mounting body 114, and a flywheel assembly 115 in the flywheel-support body 113.

Mounting Body

[0094] Referring to FIG. 4, the mounting body 114 includes a base 116 attachable to one or more other structures in the roll-stabilizer assembly 107, which may be attached to the hull 101 directly or indirectly to attach the mounting body 114, and thus the roll-stabilizer apparatus 108, to the hull 101. However, in alternative embodiments, the roll-stabilizer apparatus 108 may be attached directly or indirectly to the hull 101 in other ways, or the roll-stabilizer apparatus 108 may not be attached to any hull or to any marine vessel. Therefore, in some embodiments, measurements of linear acceleration, of rotational acceleration, of orientation, or a combination of two or more thereof of the hull 101, relative to an inertial frame of reference or another frame of reference, by the inertial measurement unit 111 may indicate such acceleration, orientation, or both of the mounting body 114 relative to such a frame of reference. Therefore, references herein to movement, acceleration, or orientation of the mounting body 114, relative to an inertial frame of reference or another frame of reference, may refer to movement, acceleration, or orientation, relative to such a frame of reference, of the inertial measurement unit 111 or of any other location that may be attached directly or indirectly to the mounting body 114 or that may otherwise move with mounting body 114.

[0095] The mounting body 114 also includes mounting brackets 117 and 118, each supported by a respective precession bearing and rotatable relative to the base 116 around a precession axis of rotation (or simply a precession axis) 119. The mounting brackets 117 and 118 are spaced apart from each other to define a space between the mounting brackets 117 and 118 to receive the flywheel-support body 113, and the mounting brackets 117 and 118 are each attachable to the flywheel-support body 113 such that when the flywheel-support body 113 is attached to the mounting brackets 117 and 118, the flywheel-support body 113 is attached to the mounting body 114 while the mounting body 114 permits the flywheel-support body 113 to rotate around the precession axis of rotation 119 relative to the base 116.

[0096] In some embodiments, movement of the flywheel-support body 113 relative to the mounting body 114 may be constrained to rotation of the flywheel-support body 113 relative to the mounting body 114 around the precession axis of rotation 119. However, alternative embodiments may differ. For example, in alternative embodiments, the flywheel-support body 113 may be mounted for both translation and rotation relative to the mounting body 114, for example using a linkage such as a four-bar linkage.

[0097] The mounting body 114 also includes precession-control devices 120 and 121. In general, a precession-control device may include an actuator, which may be a linear actuator or a torsional actuator, and which may be an electromechanical actuator, a screw actuator, a hydraulic actuator, or a pneumatic actuator. Further, a precession-control device may include a shock absorber, a damper, an electric generator, or another device that can apply a resistive torque to the flywheel-support body 113 relative to the mounting body 114 to dampen the rotation of the flywheel-support body 113 relative to the mounting body 114.

[0098] The precession-control device 120 is a linear actuator rotatably attached to the base 116 and rotatably attached to the mounting bracket 118 at a distance away from the precession axis of rotation 119 such that linear extension or contraction of the precession-control device 120 may cause rotation of the mounting bracket 118 (and thus of the flywheel-support body 113) around the precession axis of rotation 119 relative to the base 116, and such that rotation of the flywheel-support body 113 (and thus of the mounting bracket 118) around the precession axis of rotation 119 relative to the base 116 may cause linear extension or contraction of the precession-control device 120.

[0099] Also, the precession-control device 121 is a linear actuator rotatably attached to the base 116 and rotatably attached to the mounting bracket 118 at a distance away from the precession axis of rotation 119 such that linear extension or contraction of the precession-control device 121 may cause rotation of the mounting bracket 118 (and thus of the flywheel-support body 113) around the precession axis of rotation 119 relative to the base 116, and such that rotation of the flywheel-support body 113 (and thus of the mounting bracket 118) around the precession axis of rotation 119 relative to the base 116 may cause linear extension or contraction of the precession-control device 121.

[0100] In some embodiments, each of the precession-control devices 120 and 121 may be a roller-screw actuator as described in United States patent application publication no. US 2020/0102053 A1, for example, and may be self-locking. For example, the actuators may be backdrivable and may include brakes to resist or prevent rotation of the flywheel-support body 113 relative to the mounting body 114. Such actuators may be simpler than other actuators, such as hydraulic actuators that may require handling hydraulic fluid and producing pressurized hydraulic fluid.

[0101] Each of the precession-control devices 120 and 121 is in communication with the roll-stabilizer controller 109 (shown in FIG. 1) to receive one or more control signals from the roll-stabilizer controller 109. Further, each of the precession-control devices 120 and 121 is an electromechanical actuator operable to extend and contract to apply a torque to, and to rotate, the mounting bracket 118 (and thus the flywheel-support body 113) around the precession axis of rotation 119 relative to the base 116 in response to, at least, one or more control signals from the roll-stabilizer controller 109. Such a torque applied by the precession-control devices 120 and 121 may differ from a resistive

US 2024/0400167 A1

Dec. 5, 2024

6

torque because, for example, a torque applied by the pre-cession-control devices **120** and **121** may cause rotation of the mounting bracket **118** around the precession axis of rotation **119** relative to the base **116** in a same direction as the applied torque, and the applied torque may be independent of rotation of the mounting bracket **118** around the precession axis of rotation **119** relative to the base **116**.

[0102]  Further, each of the precession-control devices **120** and **121** is operable to generate electrical energy from rotation of the flywheel-support body **113** (and thus of the mounting bracket **118**) around the precession axis of rotation **119** relative to the base **116** and thereby dampen precession of the flywheel-support body **113** around the precession axis of rotation **119** relative to the base **116**. The precession-control devices **120** and **121** are electrically connected to the roll-stabilizer energy-storage device **110** such that electrical energy generated by the precession-control devices **120** and **121** may be stored by the roll-stabilizer energy-storage device **110**.

[0103]  In some embodiments, minimizing backlash or lost motion between the flywheel-support body **113** and the precession-control devices **120** and **121**, or between the mounting body **114** and the precession-control devices **120** and **121**, may be important for control stability.

[0104]  However, alternative embodiments may differ. For example, alternative embodiments may include more or fewer precession-control devices that may differ from the precession-control devices **120** and **121**. For example, a precession-control device according to an alternative embodiment may include a different electromechanical actuator, a different electric generator, or both, and some embodiments may omit such precession-control devices. Further, alternative embodiments may differ and may include hydraulic actuators, torsional actuators, or both, for example. Also, precession-control devices of alternative embodiments need not be actuators, but could apply only resistive forces or torques that simply resist or dampen movement of the flywheel-support body **113** relative to the mounting body **114**.

Flywheel Assembly

[0105]  Referring to FIG. **5** and to FIG. **6**, the flywheel assembly **115** includes a flywheel body **122**, rotors **123** and **124**, and touchdown bearings in touchdown-bearing assemblies **125** and **126**. The flywheel body **122** has a shaft **127** extending along a spin axis of rotation **128** between opposite ends shown generally at **129** and **130** of the shaft **127**. The rotor **123** may be attached to the shaft **127** at the end **129**, and the rotor **124** attached to the shaft **127** at the end **130**. The spin axis of rotation **128** may be through a center of mass of the flywheel assembly **115** and through centers of the opposite ends **129** and **130**, although the flywheel assembly **115** does not necessarily have to spin around spin axis of rotation **128**. In some embodiments, the flywheel assembly **115** may spin in other ways.

[0106]  A wheel portion **131** surrounds the shaft **127** and the spin axis of rotation **128**, and much of the wheel portion **131** is spaced apart from the spin axis of rotation **128** to increase a moment of inertia of the flywheel body **122**. An outer (or outermost) peripheral surface **132** of the wheel portion **131** also surrounds the shaft **127** and the spin axis of rotation **128**, and is generally cylindrical around the spin axis of rotation **128**. However, the wheel portion **131** of the flywheel body **122** defines a groove (or taper cut) shown

generally at **133** and recessed in the outer peripheral surface **132**. Alternative embodiments may differ. For example, a wheel portion of an alternative embodiment may include a groove in a peripheral surface that is not necessarily an outer or outermost peripheral surface of the wheel portion, and that may be an inner surface of a flywheel body, for example. Such a surface may be cylindrical, or may be generally cylindrical (for example, not exactly cylindrical but similar to cylindrical).

[0107]  Because the wheel portion **131** of the flywheel body **122** defines the groove **133**, a point of peak stress of the flywheel body **122** during rotation of flywheel body **122** around the spin axis of rotation **128** may be at a location **134**, as opposed to a location **135** that may be a point of peak stress of the flywheel body **122** if the flywheel body **122** omitted the groove **133**. The location **134** is closer to a surface of the wheel portion **131** than the location **135**, so the point of peak stress at the location **134** may be preferable to the point of peak stress at the location **135**, for example because the location **134** is closer to a surface of the wheel portion **131** that may be heat-treated.

[0108]  The flywheel assembly **115** is an example only, and alternative embodiments may differ.

Flywheel Body

[0109]  Referring to FIG. **54**, a flywheel body according to one embodiment is shown generally at **395** and includes a central portion **396** rotatable around a central-rotation axis **397** of the flywheel body **395**. The flywheel body **395** may be rotationally symmetric around the central-rotation axis **397** or otherwise configured to rotate around the central-rotation axis **397** in a roll-stabilizer apparatus such as those described herein or in gyroscope or another flywheel application. The flywheel body **395** also includes a wheel portion **398** spaced apart from the central portion **396** radially relative to the central-rotation axis **397**. The flywheel body **395** also includes at least one radial portion **399** coupling the wheel portion **398** to the central portion **396**.

[0110]  The wheel portion **398** has a maximum radial thickness **400** relative to the central-rotation axis **397**, and the wheel portion **398** extends to a maximum radius **401** from the central-rotation axis **397**. In some embodiments, a ratio of the maximum radial thickness **400** to the maximum radius **401** is less than 0.27, less than 0.27, less than 0.26, less than 0.25, less than 0.24, less than 0.23, less than 0.22, less than 0.21, less than 0.20, less than 0.19, less than 0.18, less than 0.17, less than 0.16, or less than 0.15.

[0111]  Referring to FIG. **55**, a flywheel body according to one embodiment is shown generally at **402** and includes a central portion **403** rotatable around a central-rotation axis **404** of the flywheel body **402**. The flywheel body **402** may be rotationally symmetric around the central-rotation axis **404** or otherwise configured to rotate around the central-rotation axis **404** in a roll-stabilizer apparatus such as those described herein or in gyroscope or another flywheel application. The flywheel body **402** also includes a wheel portion **405** spaced apart from the central portion **403** radially relative to the central-rotation axis **404**. The flywheel body **402** also includes at least one radial portion **406** coupling the wheel portion **405** to the central portion **403**.

[0112]  The wheel portion **405** has a maximum radial thickness **407** relative to the central-rotation axis **404**, and the wheel portion **405** has maximum height **408** along the central-rotation axis **404**. In some embodiments, a ratio of

7

the maximum radial thickness **407** to the maximum height **408** is less than 0.23, less than 0.22, less than 0.21, less than 0.20, less than 0.19, less than 0.18, less than 0.17, or less than 0.16.

[0113]    Embodiments such as those described above may balance a high proportion of moment of inertia to mass of a flywheel body or a maximum rotational speed of the flywheel body with possible challenges such as potentially damaging vibration modes or manufacturing challenges.

Flywheel-Support Body

[0114]    Referring to FIG. **7**, the flywheel-support body **113** includes housing bodies **136** and **137** that, when assembled as shown in FIG. **2** and in FIG. **3**, form a housing that houses the flywheel assembly **115**. The housing bodies **136** and **137** may be hemispheric bodies in some embodiments, and the housing formed by the housing bodies **136** and **137** may include very low air pressure, a slippery gas, helium, some other gas or mixture of gases, or a vacuum in some embodiments. More specifically, the housing formed by the housing bodies **136** and **137** may form a seal to contain an internal environment different than an ambient external environment. For example, the seal may be an air-tight seal, and the internal environment may have a different pressure than ambient pressure, or may contain gases or mixtures of gases different than ambient air. Thus, for example, in some embodiments the housing formed by the housing bodies **136** and **137** may enclose the flywheel assembly **115** in an environment that has a pressure lower than ambient pressure, such as a vacuum, or that includes a slippery gas, helium, or some other gas or mixture of gases. The flywheel-support body **113** also includes, within the housing formed by the housing bodies **136** and **137**, stators **138** and **139** and an axial active magnetic bearing **140**. In general, the flywheel-support body **113** has a central-rotation axis **141**. The central-rotation axis **141** is perpendicular to the precession axis of rotation **119**. In alternative embodiments, the central-rotation axis **141** may be non-parallel to, and not necessarily perpendicular to, the precession axis of rotation **119**. The central-rotation axis **141** is not necessarily at an exact center of the flywheel-support body **113** or of any other structure.

[0115]    The flywheel-support body **113** is operable to support the flywheel assembly **115** such that the flywheel assembly **115** is rotatable within the flywheel-support body **113** at least when the spin axis of rotation **128** is colinear with the central-rotation axis **141**. However, the spin axis of rotation **128** does not necessarily have to be colinear with the central-rotation axis **141**, and a target axis for the spin axis of rotation **128** may be colinear with the central-rotation axis **141**, or close to but not necessarily colinear with the central-rotation axis **141**.

[0116]    The flywheel-support body **113** also includes an electric motor/generator **142** electrically connected (either directly or indirectly, such as indirectly through the roll-stabilizer controller **109**) to the roll-stabilizer energy-storage device **110** (shown in FIG. **1**) such that the electric motor/generator **142** may use electric energy stored by the roll-stabilizer energy-storage device **110** to apply a torque to the flywheel assembly **115** (and thus to the flywheel body **122**) around the spin axis of rotation **128** relative to the flywheel-support body **113**. In some embodiments, the electric motor/generator **142** may have multiple different windings to facilitate generating different torque profiles, which may provide higher rates of acceleration or deceleration. As used

herein, the term "electric motor/generator" excludes any electrical or other connections, such as wires, studs, or plugs.

[0117]    Further, the electric motor/generator **142** may convert rotational kinetic energy, from rotation of the flywheel assembly **115** (and thus from the flywheel body **122**) around the spin axis of rotation **128** relative to the flywheel-support body **113**, to electrical energy, and the electric motor/generator **142** is electrically connected to the roll-stabilizer energy-storage device **110** such that the roll-stabilizer energy-storage device **110** may receive and store such electrical energy converted from such rotational kinetic energy.

[0118]    In some embodiments, the electric motor/generator **142** may be located entirely within the housing formed by the housing bodies **136** and **137**. As such, when the housing formed by the housing bodies **136** and **137** encloses the flywheel assembly **115** in an internal environment different than an ambient external environment, the electric motor/generator **142** may also be contained in this internal environment. In such embodiments, electrical connections (not shown) to the electric motor/generator **142** could pass through one or both of the housing bodies **136** and **137**.

[0119]    The electric motor/generator **142** is an example only, and alternative embodiments may differ. For example, an alternative embodiment may include only an electric motor, or may include an electric motor and an electric generator separate from the electric motor. Further, an alternative embodiment may include more than one electric motor, more than one electric generator, or more than one electric motor/generator that may differ from the electric motor/generator **142**. Also, alternative embodiments could generate torque in other ways. For example, alternative embodiments may include a hydraulic pump and motor, or could use air power. Further, as described below for example, one or more magnetic bearings may apply a torque to the flywheel assembly **115**. Also, in some embodiments, a motor may have an output shaft that is spaced apart from the central-rotation axis **141**.

[0120]    More generally, the flywheel-support body **113** is an example only, and alternative embodiments may differ.

[0121]    The flywheel-support body **113** may also include one or more proximity sensors, one or more position sensors, or both that are operable to provide, to the roll-stabilizer controller **109** (shown in FIG. **1**), one or more signals indicating measurements of proximity or position of the flywheel assembly **115** relative to the flywheel-support body **113**. For example, such one or more sensors may include one or more optical sensors, one or more magnetic sensors (such as one or more eddy-current sensors, for example), one or more capacitive sensors, one or more inductive sensors (for example, one or more sensors of inductance of one or more magnetic bearings as described herein), one or more other proximity sensors, one or more other position sensors, or a combination of two or more thereof.

Power Management

[0122]    In some embodiments, power transfer from and to the main energy-storage device **105** (also referred to as a Boat House Battery (BHB)) and the roll-stabilizer energy-storage device **110** (also referred to as a Device Dedicated Battery (DDB)) may be coordinated.

[0123]    For example, FIG. **69** illustrates how power from the main energy-storage device **105** and the roll-stabilizer

energy-storage device **110** may be used by a roll-stabilizer apparatus such as the roll-stabilizer apparatus **108**. A battery controller **478** includes a DCDC converter **479**, which may step up voltage from the main energy-storage device **105** and the roll-stabilizer energy-storage device **110** to a higher voltage for us by the roll-stabilizer apparatus.

[0124] FIG. 70 illustrates schematically a standby mode according to one embodiment. During such a standby mode, energy is not transferred to or from rotational kinetic energy of a flywheel body. As shown at **480** in FIG. 70, in the standby mode, if the main energy-storage device **105** is being charged, the battery controller **478** may cause the roll-stabilizer energy-storage device **110** to be charged up to a standby-maximum charge threshold. For example, the standby-maximum charge threshold at **480** may be 80% of a maximum charge level of the roll-stabilizer energy-storage device **110**, 100% of a maximum charge level of the roll-stabilizer energy-storage device **110**, or some other charge threshold as may be recommended or chosen to extend a usable lifetime of the roll-stabilizer energy-storage device **110** or for some other reason.

[0125] FIG. 71 illustrates schematically a startup mode according to one embodiment. During such a startup mode, energy is transferred to rotational kinetic energy of a flywheel body from the main energy-storage device **105**, from the roll-stabilizer energy-storage device **110**, or from both until the flywheel body reaches a threshold minimum angular speed or angular momentum for roll stabilization. During such a spin-up mode, if a level of charge of the roll-stabilizer energy-storage device **110** is not (as shown at **481**) at least a roll-stabilizer-energy-storage-device minimum threshold, then energy may be transferred to rotational kinetic energy of the flywheel body from at least (or only) the main energy-storage device **105**. As shown at **482**, if a voltage of the main energy-storage device **105** is not at least a minimum-voltage threshold, then a rate of energy transfer to rotational kinetic energy of the flywheel body from the main energy-storage device **105** may be reduced. As shown at **483**, if the voltage of the main energy-storage device **105** is at least the minimum-voltage threshold, then a rate of energy transfer to rotational kinetic energy of the flywheel body from the main energy-storage device **105** may be increased up to a maximum power transfer from the main energy-storage device **105**.

[0126] As shown at **484**, if the level of charge of the roll-stabilizer energy-storage device **110** is at least the roll-stabilizer-energy-storage-device minimum threshold, then energy from the roll-stabilizer energy-storage device **110** may be transferred to rotational kinetic energy of the flywheel body. As shown at **485**, if an electric current demand for roll stabilization is less than available electric current from the roll-stabilizer energy-storage device **110** or a voltage of the main energy-storage device **105** is at least a minimum-voltage threshold, then energy may be transferred to rotational kinetic energy of the flywheel body from at least (or only) the roll-stabilizer energy-storage device **110**. Herein, "electric current demand for roll stabilization" may refer to electric current for increasing rotational kinetic energy of a flywheel body, for maintaining a target angular speed or angular momentum for roll stabilization, for active actuation or precession control, or for other purposes related to roll stabilization.

[0127] However, if the electric current demand for roll stabilization is at least the available electric current from the

main energy-storage device **105** and from the roll-stabilizer energy-storage device **110**, of if the voltage of the main energy-storage device **105** is not at least the minimum-voltage threshold, then as shown at **486**, a rate of energy transfer to rotational kinetic energy of the flywheel body from the main energy-storage device **105** may be reduced until the electric current demand for roll stabilization is no more than the available electric current from the main energy-storage device **105** and from the roll-stabilizer energy-storage device **110**. Also, if the electric current demand for roll stabilization is no more than the available electric current from the main energy-storage device **105** and from the roll-stabilizer energy-storage device **110**, and if the voltage of the main energy-storage device **105** is at least the minimum-voltage threshold, then as shown at **487**, then energy may be transferred to rotational kinetic energy of the flywheel body using the maximum available power from the roll-stabilizer energy-storage device **110** and using power from the main energy-storage device **105** as required.

[0128] FIG. 72 illustrates schematically an operation mode according to one embodiment. During such an operation mode, energy may be transferred to the flywheel body to maintain a target angular speed or angular momentum for roll stabilization. As shown at **488**, if the voltage of the main energy-storage device **105** is not at least a minimum-voltage threshold, and if a level of charge of the roll-stabilizer energy-storage device **110** is not at least a roll-stabilizer-energy-storage-device minimum threshold, then angular speed or angular momentum of the flywheel body may be reduced. However, as shown at **489**, if the voltage of the main energy-storage device **105** is not at least the minimum-voltage threshold but the level of charge of the roll-stabilizer energy-storage device **110** is at least the roll-stabilizer-energy-storage-device minimum threshold, then energy may be transferred to rotational kinetic energy of the flywheel body using power from at least (or only) the roll-stabilizer energy-storage device **110**.

[0129] As shown at **490**, if the voltage of the main energy-storage device **105** is at least the minimum-voltage threshold, and if non-charging power transfer (for example, power transfer for roll stabilization functions excluding charging the roll-stabilizer energy-storage device **110**) is at least a maximum power transfer from the main energy-storage device **105**, then the roll-stabilizer energy-storage device **110** is not charged.

[0130] However, as shown at **491**, if the voltage of the main energy-storage device **105** is at least the minimum-voltage threshold, and if non-charging power transfer (for example, power transfer for roll stabilization functions excluding charging the roll-stabilizer energy-storage device **110**) is less than the maximum power transfer from the main energy-storage device **105**, then the roll-stabilizer energy-storage device **110** may be charged up to a roll-stabilizer-energy-storage-device operation-maximum threshold that may be less than the standby-maximum charge threshold. The roll-stabilizer-energy-storage-device operation-maximum threshold may be determined based on an estimate of rotational kinetic energy of the flywheel body and on an estimate of efficiency of conversion of the rotational kinetic energy of the flywheel body to electrical energy to be stored by the roll-stabilizer energy-storage device **110**, such that the the roll-stabilizer energy-storage device **110**, when charged to the roll-stabilizer-energy-storage-device operation-maximum threshold, may be recharged with the rotational kinetic

9

energy of the flywheel body, at the efficiency of conversion of the rotational kinetic energy of the flywheel body to electrical energy to be stored by the roll-stabilizer energy-storage device 110, to the standby-maximum charge threshold or without exceeding the standby-maximum charge threshold.

[0131]    FIG. 73 illustrates schematically a spin-down mode in which an angular speed or angular momentum of the flywheel body is decreasing. During operation, the the roll-stabilizer energy-storage device 110 may be charged from decreasing angular speed or angular momentum of the flywheel body to no more than the roll-stabilizer-energy-storage-device operation-maximum threshold, and during shutdown, the the roll-stabilizer energy-storage device 110 may be charged from decreasing angular speed or angular momentum of the flywheel body to no more than the standby-maximum charge threshold.

Homopolar Radial Magnetic Bearing

[0132]    Referring to FIG. 8, to FIG. 9, to FIG. 10, and to FIG. 11, the rotor 123 (also shown in FIG. 5) is a cylindrically shaped assembly of steel laminations stacked in a direction along the central-rotation axis 141. The rotor 124 (also shown in FIG. 5) may be similar to the rotor 123. However, the rotor 123 is an example only, and alternative embodiments may differ. For example, alternative embodiments may include more or fewer components, or one or more alternatives to the components described above. For example, an alternative embodiment may include materials that differ from the materials described above.

[0133]    The stator 138 (also shown in FIG. 7) includes a row of permanent magnets 143 in a generally annular shape around the central-rotation axis 141. However, alternative embodiments may include one or more electromagnets or other magnets additionally or alternatively to the permanent magnets 143. The permanent magnets 143 are magnetized in a direction along the central-rotation axis 141 and create a bias magnetic field as shown by magnetic-field arrows 144. The magnetization direction of the permanent magnets 143 as shown in FIG. 9, in FIG. 10, and in FIG. 11 is an example only, and the magnetization direction may be opposite or otherwise different in other embodiments.

[0134]    Steel pieces 145 and 146 are on opposite sides, along the central-rotation axis 141, of the permanent magnets 143. The steel pieces 145 and 146 may function as back-iron flux distributors.

[0135]    Also on opposite sides, along the central-rotation axis 141, of the permanent magnets 143 are cylindrically shaped axially stacked lamination-steel bodies 147 and 148. The lamination-steel bodies 147 and 148 could additionally or alternatively be made of soft-magnetic-composite (SMC), similar low-loss magnetic steels, sintered magnetic materials, laminations, or other materials, and alternative embodiments may have topologies that differ from the topology shown. The lamination-steel body 147 is between the steel piece 145 and the rotor 123, and the lamination-steel body 148 is between the steel piece 146 and the rotor 123. The lamination-steel body 147 is generally annular, and an inner surface of the lamination-steel body 147 defines axially extending grooves shown generally at 149, 150, 151, and 152. The lamination-steel body 148 is also generally annular, and an inner surface of the lamination-steel body 148 defines axially extending grooves shown generally at 153, 154, 155, and 156.

[0136]    The rotor 123 and the lamination-steel bodies 147 and 148 may be sized and positioned such that a gap (which may be an air gap in some embodiments) is between the rotor 123 and the lamination-steel bodies 147 and 148. Such a gap may facilitate generation of magnetic forces as described herein, for example.

[0137]    Referring to FIG. 8, to FIG. 10, to FIG. 11, and to FIG. 12, the stator 138 also includes an electric coil 157 including an electric conductor (such as copper) coiled around an axis 158 extending through and across the electric coil 157. The coil has axial portions 159 and 160 and peripheral portions 161 and 162 between the axial portions 159 and 160. When an electric current passes through the electric coil 157 in a clockwise direction from the perspective of the central-rotation axis 141 (or clockwise in the orientation of FIG. 12), the electric coil 157 produces a magnetic field as shown by magnetic-field arrows 163, and when an electric current passes through the electric coil 157 in a counter-clockwise direction from the perspective of the central-rotation axis 141 (or counter-clockwise in the orientation of FIG. 12), the electric coil 157 produces a magnetic field opposite the magnetic-field arrows 163 in FIG. 12. The axial portion 159 is received in the groove 152, and the axial portion 160 is received in the groove 149. The peripheral portions 161 and 162 are therefore on opposite sides, along the central-rotation axis 141, of the lamination-steel body 147.

[0138]    The stator 138 also includes an electric coil 164 that may be similar to the electric coil 157, although axial portions of the electric coil 164 are received in the grooves 149 and 150.

[0139]    The stator 138 also includes an electric coil 165 that may be similar to the electric coil 157, although axial portions of the electric coil 165 are received in the grooves 150 and 151.

[0140]    The stator 138 also includes an electric coil 166 that may be similar to the electric coil 157, although axial portions of the electric coil 166 are received in the grooves 151 and 152.

[0141]    The stator 138 also includes electric insulators shown generally at 167, each for surrounding and electrically insulating a respective one of the electric coils 157, 164, 165, and 166.

[0142]    The stator 138 also includes an electric coil 168 that may be similar to the electric coil 157, although axial portions of the electric coil 168 are received in the grooves 153 and 156, and peripheral portions of the electric coil 168 are on opposite sides, along the central-rotation axis 141, of the lamination-steel body 148.

[0143]    The stator 138 also includes an electric coil 169 that may be similar to the electric coil 168, although axial portions of the electric coil 169 are received in the grooves 153 and 154.

[0144]    The stator 138 also includes an electric coil 170 that may be similar to the electric coil 168, although axial portions of the electric coil 170 are received in the grooves 154 and 155.

[0145]    The stator 138 also includes an electric coil 171 that may be similar to the electric coil 168, although axial portions of the electric coil 171 are received in the grooves 155 and 156.

[0146]   The stator **138** also includes electric insulators shown generally at **172**, each for surrounding and electrically insulating a respective one of the electric coils **168**, **169**, **170**, and **171**.

[0147]   The stator **138** also includes wire guides shown generally at **173** for guiding wires or other electric conductors electrically connected to one, more than one, or all of the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, and **171**. The electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, and **171** are electrically connected to the roll-stabilizer energy-storage device **110** (either directly or indirectly, such as indirectly through the roll-stabilizer controller **109**) and may receive electric current from the roll-stabilizer energy-storage device **110** (shown in FIG. **1**), and the roll-stabilizer controller **109** (also shown in FIG. **1**) may control electric current through each of the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, and **171** independently such that electric current through one of the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, and **171** may be independent from electric current through one, more than one, or all of the others of the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, and **171**.

[0148]   When the stator **138** is assembled as shown in FIG. **9**, in FIG. **10**, and in FIG. **11**, peripheral portions of the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, and **171** that are axially between the lamination-steel bodies **147** and **148** are also radially between the rotor **123** and the permanent magnets **143**.

[0149]   The stator **138** also includes a radial sensor mount **174** that may be used to mount one or more sensors, and a clamp **175** may be used for retention.

[0150]   Referring to FIG. **9**, to FIG. **10**, and to FIG. **11**, the bias magnetic field as shown by the magnetic-field arrows **144** is generally toroidal (or generally rectangular in a cross-section along the central-rotation axis **141**) and passes through the permanent magnets **143**, through the lamination-steel body **147**, through the rotor **123** and around the peripheral portions of the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, and **171** that are axially between the lamination-steel bodies **147** and **148**, through the lamination-steel body **148**, and back through the permanent magnets **143**.

[0151]   In general, the bias magnetic field as shown by the magnetic-field arrows **144** creates magnetic forces that are generally radial relative to the spin axis of rotation **128** and that attract the rotor **123** towards the stator **138** radially relative to the spin axis of rotation **128**. Such attractive magnetic forces from the bias magnetic fields as shown by the magnetic-field arrows **144** may be uniform or similar around the spin axis of rotation **128**, so the rotor **123** and the stator **138** therefore may function as a radial magnetic bearing (that may be known as a homopolar magnetic bearing) that may align the spin axis of rotation **128** to the central-rotation axis **141**.

[0152]   Referring to FIG. **9**, to FIG. **10**, and to FIG. **11**, when an electric current passes through the electric coil **157** in a counter-clockwise direction from the perspective of the central-rotation axis **141** (or counter-clockwise in the orientation of FIG. **12**), when an electric current passes through the electric coil **165** in a clockwise direction from the perspective of the central-rotation axis **141**, when an electric current passes through the electric coil **168** in a clockwise direction from the perspective of the central-rotation axis **141**, and when an electric current passes through the electric

coil **170** in a counter-clockwise direction from the perspective of the central-rotation axis **141**,

[0153]   1. a control magnetic field as shown by magnetic-field arrows **176** passes around the axial portion **160** of the electric coil **157**, through the rotor **123**, around an axial portion of the electric coil **165**, through the lamination-steel body **147**, and back around the axial portion **160** of the electric coil **157**,

[0154]   2. a control magnetic field as shown by magnetic-field arrows **177** passes around the axial portion **159** of the electric coil **157**, through the rotor **123**, around an axial portion of the electric coil **165**, through the lamination-steel body **147**, and back around the axial portion **159** of the electric coil **157**,

[0155]   3. a control magnetic field as shown by magnetic-field arrows **178** passes around an axial portion of the electric coil **168**, through the lamination-steel body **148**, around an axial portion of the electric coil **170**, through the rotor **123**, and back around the axial portion of the electric coil **168**, and

[0156]   4. a control magnetic field as shown by magnetic-field arrows **179** passes around an axial portion of the electric coil **168**, through the lamination-steel body **148**, around an axial portion of the electric coil **170**, through the rotor **123**, and back around the axial portion of the electric coil **168**.

[0157]   As shown in FIG. **9**, in FIG. **10**, and in FIG. **11**, on a side of the stator **138** having the electric coils **157** and **168**, the control magnetic fields as shown by the magnetic-field arrows **176**, **177**, **178**, and **179** are in the same direction as the bias magnetic fields as shown by the magnetic-field arrows **144**, so the control magnetic fields as shown by the magnetic-field arrows **176**, **177**, **178**, and **179** complement or enhance the bias magnetic fields as shown by the magnetic-field arrows **144** and strengthen the magnetic attraction of the rotor **123** towards the side of stator **138** having the electric coils **157** and **168**.

[0158]   As also shown in FIG. **9**, in FIG. **10**, and in FIG. **11**, on a side of the stator **138** having the electric coils **165** and **170** (opposite the side of the stator **138** having the electric coils **157** and **168**), the control magnetic fields as shown by the magnetic-field arrows **176**, **177**, **178**, and **179** are in an opposite direction from the bias magnetic fields as shown by the magnetic-field arrows **144**, so the control magnetic fields as shown by the magnetic-field arrows **176**, **177**, **178**, and **179** counter or diminish the bias magnetic fields as shown by the magnetic-field arrows **144** and weaken the magnetic attraction of the rotor **123** towards the side of stator **138** having the electric coils **157** and **168**.

[0159]   As a result, when an electric current passes through the electric coil **157** in a counter-clockwise direction from the perspective of the central-rotation axis **141** (or counter-clockwise in the orientation of FIG. **12**), when an electric current passes through the electric coil **165** in a clockwise direction from the perspective of the central-rotation axis **141**, when an electric current passes through the electric coil **168** in a clockwise direction from the perspective of the central-rotation axis **141**, and when an electric current passes through the electric coil **170** in a counter-clockwise direction from the perspective of the central-rotation axis **141**, the electric coils **157**, **165**, **168**, and **170** cause a net magnetic force **180** radially towards the side of the stator **138** having the electric coils **157** and **168**, so the rotor **123** and the stator **138** therefore may function as an active radial magnetic

bearing having radial forces controllable at least in part by controlling electric currents through the electric coils **157, 165, 168,** and **170.**

[0160]    If directions of the electric currents through the electric coils **157, 165, 168,** and **170** are reversed from the directions described in the example above, then the electric currents would cause a net magnetic force opposite the net magnetic force **180** and radially towards the side of the stator **138** having the electric coils **165** and **170.** Further, the example described above involves electric currents through the electric coils **157, 165, 168,** and **170,** but similar radial forces towards or away from a side of the stator **138** having the electric coils **164** and **169** or a side of the stator **138** having the electric coils **166** and **171** may be controlled at least in part by controlling electric currents through the electric coils **164, 166, 169,** and **171.**

[0161]    In general, diametrically opposed electric coils may cooperate to control radial magnetic forces. Therefore, in some embodiments, the electric coils **157, 165, 168,** and **170** may be electrically connected to each other, the electric coils **164, 166, 169,** and **171** may be electrically connected to each other, and the roll-stabilizer controller **109** (also shown in FIG. 1) may control electric current through the electric coils **157, 165, 168,** and **170** independently from electric current through the electric coils **164, 166, 169,** and **171.**

[0162]    The stator **139** (also shown in FIG. 7) may be similar to the stator **138.** However, the stator **138** is an example only, and alternative embodiments may differ. For example, alternative embodiments may include more or fewer components, or one or more alternatives to the components described above. For example, an alternative embodiment may include materials that differ from the materials described above. Alternative embodiments may also include passive magnetic bearings in place of or in addition to the rotor **123** and the stator **138.**

E-Core Radial Magnetic Bearing

[0163]    Referring to FIG. 13, to FIG. 14, and to FIG. 15, an alternative embodiment includes a rotor **181** and a stator **182.** In the embodiment of FIG. 13, FIG. 14, and FIG. 15, the flywheel assembly **115** may include the rotor **181** as an alternative to the rotor **123,** to the rotor **124,** or to both, so FIG. 13, FIG. 14, and FIG. 15 illustrate the spin axis of rotation **128** as in the embodiment of FIG. 8, FIG. 9, FIG. 10, and FIG. 11. Likewise, in the embodiment of FIG. 13, FIG. 14, and FIG. 15, the flywheel-support body **113** may include the stator **182** as an alternative to the stator **138,** to the stator **139,** or to both, so FIG. 13, FIG. 14, and FIG. 15 illustrate the central-rotation axis **141** as in the embodiment of FIG. 8, FIG. 9, FIG. 10, and FIG. 11.

[0164]    The rotor **181** includes lamination rings **183, 184,** and **185.** The rotor **181** also includes a solid-steel ring **186** inside the lamination ring **183,** a solid-steel ring **187** inside the lamination ring **184,** and a solid-steel ring **188** inside the lamination ring **185.** The rotor **181** also includes a non-magnetic ring (such as a stainless-steel ring) **189** between the lamination rings **183** and **184,** and a non-magnetic ring (such as a stainless-steel ring) **190** between the lamination rings **184** and **185.** The rotor **181** also includes an annular permanent magnet **191** inside the non-magnetic ring **189,** between the lamination rings **183** and **184,** and between the solid-steel rings **186** and **187.** The rotor **181** also includes an annular permanent magnet **192** inside the non-magnetic ring

**190,** between the lamination rings **184** and **185,** and between the solid-steel rings **187** and **188.** The annular permanent magnets **191** and **192** are magnetized in opposite directions along the central-rotation axis **141.** The magnetization directions of the permanent magnets **191** and **192** as shown in FIG. **14** and in FIG. **15** are an example only, and the magnetization directions may be opposite or otherwise different in other embodiments. Further, alternative embodiments may include one or more electromagnets or other magnets additionally or alternatively to one or both of the permanent magnets **191** and **192.**

[0165]    More generally, the rotor **181** is an example only, and alternative embodiments may differ. For example, alternative embodiments may include more or fewer components, or one or more alternatives to the components described above. For example, an alternative embodiment may include materials that differ from the materials described above.

[0166]    Still referring to FIG. 13, to FIG. 14, and to FIG. 15, the stator **182** includes four annular-sector stator bodies **193, 194, 195,** and **196.** The annular-sector stator bodies **194** and **196** are omitted from FIG. 13 for simplicity of illustration. The annular-sector stator body **193** includes SMC bodies **197** and an electric coil **198.** The annular-sector stator body **194** includes SMC bodies **199** and an electric coil **200.** The annular-sector stator body **195** includes SMC bodies **201** and an electric coil **202.** The annular-sector stator body **196** includes SMC bodies **203** and an electric coil **204.** The SMC bodies may be made from other materials, such as similar low-loss magnetic steels, sintered magnetic materials, or laminations, and alternative embodiments may have topologies that differ from the topology shown.

[0167]    The lamination rings **183, 184,** and **185** and the annular-sector stator bodies **193, 194, 195,** and **196** may be sized and positioned such that a gap (which may be an air gap in some embodiments) is between the lamination rings **183, 184,** and **185** and the annular-sector stator bodies **193, 194, 195,** and **196.** Such a gap may facilitate generation of magnetic forces as described herein, for example.

[0168]    The electric coils **198, 200, 202,** and **204** are electrically connected to the roll-stabilizer energy-storage device **110** (either directly or indirectly, such as indirectly through the roll-stabilizer controller **109**) and may receive electric current from the roll-stabilizer energy-storage device **110** (shown in FIG. 1), and the roll-stabilizer controller **109** (also shown in FIG. 1) may control electric current through each of the electric coils **198, 200, 202,** and **204** independently such that electric current through one of the electric coils **198, 200, 202,** and **204** may be independent from electric current through one, more than one, or all of the others of the electric coils **198, 200, 202,** and **204.**

[0169]    Referring to FIG. 16, the annular-sector stator body **193** is illustrated, and the annular-sector stator bodies **194, 195,** and **196** may be similar to the annular-sector stator body **193.** The electric coil **198** includes an electric conductor coiled around an axis **205** extending through and across the electric coil **198** the such that when an electric current passes through the electric coil **198** in a clockwise direction from the perspective of the central-rotation axis **141** (or clockwise in the orientation of FIG. 16), the electric coil **198** produces a magnetic field as shown by magnetic-field arrows **206** in FIG. 16, and when an electric current passes through the electric coil **198** in a counter-clockwise direction from the perspective of the central-rotation axis **141** (or

12

counter-clockwise in the orientation of FIG. **16**), the electric coil **198** produces a magnetic field opposite the magnetic-field arrows **206** in FIG. **16**.

[0170] Referring back to FIG. **14** and to FIG. **15**, the permanent magnet **191** creates a bias magnetic field as shown by magnetic-field arrows **207**. The bias magnetic field as shown by the magnetic-field arrows **207** is generally toroidal (or generally rectangular in a cross-section along the central-rotation axis **141**) and passes through the permanent magnet **191**, around the non-magnetic ring **189**, through the lamination ring **184**, around the electric coils **198**, **200**, **202**, and **204**, through the SMC bodies **197**, **199**, **201**, and **203**, through the lamination ring **183**, and back through the permanent magnet **191**. The solid-steel rings **186** and **187** may, in some embodiments, facilitate flow of magnetic flux, through the permanent magnet **191**, from the bias magnetic field as shown by the magnetic-field arrows **207**. The non-magnetic ring **189** may, in some embodiments, create a magnetic-flux barrier to shape the bias magnetic field as shown by the magnetic-field arrows **207**.

[0171] Further, the permanent magnet **192** creates a bias magnetic field as shown by magnetic-field arrows **208**. The bias magnetic field as shown by the magnetic-field arrows **208** is generally toroidal (or generally rectangular in a cross-section along the central-rotation axis **141**, and opposite in direction to the bias magnetic field as shown by the magnetic-field arrows **207**) and passes through the permanent magnet **192**, around the non-magnetic ring **190**, through the lamination ring **184**, around the electric coils **198**, **200**, **202**, and **204**, through the SMC bodies **197**, **199**, **201**, and **203**, through the lamination ring **185**, and back through the permanent magnet **192**. The solid-steel rings **187** and **188** may, in some embodiments, facilitate flow of magnetic flux, through the permanent magnet **192**, from the bias magnetic field as shown by the magnetic-field arrows **208**. The non-magnetic ring **190** may, in some embodiments, create a magnetic-flux barrier to shape the bias magnetic field as shown by the magnetic-field arrows **208**.

[0172] In general, the bias magnetic fields as shown by the magnetic-field arrows **207** and **208** create magnetic forces that are generally radial relative to the spin axis of rotation **128** and that attract the rotor **181** towards the stator **182** radially relative to the spin axis of rotation **128**. Such attractive magnetic forces from the bias magnetic fields as shown by the magnetic-field arrows **207** and **208** may be uniform or similar around the spin axis of rotation **128**, so the rotor **181** and the stator **182** therefore may function as a radial magnetic bearing (that may be known as a homopolar magnetic bearing) that may align the spin axis of rotation **128** to the central-rotation axis **141**.

[0173] Referring to FIG. **14**, to FIG. **15**, and to FIG. **16**, when an electric current passes through the electric coil **198** in a clockwise direction from the perspective of the central-rotation axis **141** (or clockwise in the orientation of FIG. **16**), and when an electric current passes through the electric coil **202** in a counter-clockwise direction from the perspective of the central-rotation axis **141**,

[0174] 1. control magnetic fields as shown by magnetic-field arrows **209** and **210** pass around the electric coil **198**, through the SMC bodies **197**, through the lamination ring **183**, through the SMC bodies **201**, around the electric coil **202**, through the lamination ring **184**, and back around the electric coil **198**, and

[0175] 2. control magnetic fields as shown by magnetic-field arrows **211** and **212** pass around the electric coil **198**, through the SMC bodies **197**, through the lamination ring **185**, through the SMC bodies **201**, around the electric coil **202**, through the lamination ring **184**, and back around the electric coil **198**.

[0176] As shown in FIG. **14**, in the annular-sector stator body **193**, the control magnetic fields as shown by the magnetic-field arrows **209** and **211** are in the same direction as the bias magnetic fields as shown by the magnetic-field arrows **207** and **208**, so the control magnetic fields as shown by the magnetic-field arrows **209** and **211** complement or enhance the bias magnetic fields as shown by the magnetic-field arrows **207** and **208** in the annular-sector stator body **193** and strengthen the magnetic attraction of the rotor **181** towards the annular-sector stator body **193** of the stator **182**.

[0177] As also shown in FIG. **14**, in the annular-sector stator body **195**, the control magnetic fields as shown by the magnetic-field arrows **209** and **211** are in an opposite direction from the bias magnetic fields as shown by the magnetic-field arrows **207** and **208**, so the control magnetic fields as shown by the magnetic-field arrows **209** and **211** counter or diminish the bias magnetic fields as shown by the magnetic-field arrows **207** and **208** in the annular-sector stator body **195** and weaken the magnetic attraction of the rotor **181** towards the annular-sector stator body **195** of the stator **182**.

[0178] As a result, when an electric current passes through the electric coil **198** in a clockwise direction from the perspective of the central-rotation axis **141** (or clockwise in the orientation of FIG. **16**), and when an electric current passes through the electric coil **202** in a counter-clockwise direction from the perspective of the central-rotation axis **141**, the electric coils **198** and **202** cause a net magnetic force **213** radially towards the annular-sector stator body **193**, so the rotor **181** and the stator **182** therefore may function as an active radial magnetic bearing (that may be known as an e-core active radial magnetic bearing) having radial forces controllable at least in part by controlling electric currents through the electric coils **198** and **202**.

[0179] If directions of the electric currents through the electric coils **198** and **202** are reversed from the directions described in the example above, then the electric currents would cause a net magnetic force opposite the net magnetic force **213** and radially towards the annular-sector stator body **195**. Further, the example described above involves electric currents through the electric coils **198** and **202**, but similar radial forces towards or away from the annular-sector stator bodies **194** and **196** may be controlled at least in part by controlling electric currents through the electric coils **200** and **204**.

[0180] In general, diametrically opposed electric coils may cooperate to control radial magnetic forces. Therefore, in some embodiments, the electric coils **198** and **202** may be electrically connected to each other, the electric coils **200** and **204** may be electrically connected to each other, and the roll-stabilizer controller **109** (also shown in FIG. **1**) may control electric current through the electric coils **198** and **202** independently from electric current through the electric coils **200** and **204**.

[0181] In some embodiments, an e-core active radial magnetic bearing as described above may involve shorter paths for magnetic flux than other homopolar active magnetic bearings, so an e-core active radial magnetic bearing as

US 2024/0400167 A1

Dec. 5, 2024

13

described above may involve less material and be smaller than other homopolar active magnetic bearings.

[0182] The stator 182 is an example only, and alternative embodiments may differ. For example, an alternative embodiment may include more or fewer annular-sector stator bodies. Further, alternative embodiments may include more or fewer components, or one or more alternatives to the components described above. For example, an alternative embodiment may include materials that differ from the materials described above. As one example, alternative embodiments may include sets of laminations aligned in a radial direction instead of the SMC bodies. Also, an alternative embodiment may include more or fewer magnets than the embodiment described above.

Axial Magnetic Bearing

[0183] Referring to FIG. 17, the axial active magnetic bearing 140 includes four annular-sector bodies 214, 215, 216, and 217, which may be made from steel. When assembled as shown in FIGS. 18 and 19, the annular-sector bodies 214, 215, 216, and 217 collectively form an annular bearing body having a plurality of annular sectors surrounding the central-rotation axis 141. The sectors may be overlapping in some embodiments.

[0184] The annular-sector body 214 includes an electric coil 218. The electric coil 218 includes an electric conductor coiled around an axis parallel to the central-rotation axis 141 (or, more generally, extending transversely to the central-rotation axis 141) such that when an electric current passes through the electric coil, the electric coil magnetizes the annular-sector body 214 in a direction along such an axis parallel to the central-rotation axis 141. The annular-sector body 214 and the electric coil 218 thus function as an electromagnet positioned on the annular bearing body in one of the annular sectors of the annular bearing body.

[0185] The annular-sector body 215 includes an electric coil 219. The electric coil 219 includes an electric conductor coiled around an axis parallel to the central-rotation axis 141 (or, more generally, extending transversely to the central-rotation axis 141) such that when an electric current passes through the electric coil, the electric coil magnetizes the annular-sector body 215 in a direction along such an axis parallel to the central-rotation axis 141. The annular-sector body 215 and the electric coil 219 thus function as an electromagnet positioned on the annular bearing body in one of the annular sectors of the annular bearing body.

[0186] The annular-sector body 216 includes an electric coil 220. The electric coil 220 includes an electric conductor coiled around an axis parallel to the central-rotation axis 141 (or, more generally, extending transversely to the central-rotation axis 141) such that when an electric current passes through the electric coil, the electric coil magnetizes the annular-sector body 216 in a direction along such an axis parallel to the central-rotation axis 141. The annular-sector body 216 and the electric coil 220 thus function as an electromagnet positioned on the annular bearing body in one of the annular sectors of the annular bearing body.

[0187] The annular-sector body 217 includes an electric coil 221. The electric coil 221 includes an electric conductor coiled around an axis parallel to the central-rotation axis 141 (or, more generally, extending transversely to the central-rotation axis 141) such that when an electric current passes through the electric coil, the electric coil magnetizes the annular-sector body 217 in a direction along such an axis

parallel to the central-rotation axis 141. The annular-sector body 217 and the electric coil 221 thus function as an electromagnet positioned on the annular bearing body in one of the annular sectors of the annular bearing body.

[0188] The electric coils 218, 219, 220, and 221 are electrically connected to the roll-stabilizer energy-storage device 110 (either directly or indirectly, such as indirectly through the roll-stabilizer controller 109) and may receive electric current from the roll-stabilizer energy-storage device 110 (shown in FIG. 1), and the roll-stabilizer controller 109 (also shown in FIG. 1) may control electric current through each of the electric coils 218, 219, 220, and 221 independently such that electric current through one of the electric coils 218, 219, 220, and 221 may be independent from electric current through one, more than one, or all of the others of the electric coils 218, 219, 220, and 221.

[0189] Referring to FIG. 20, to FIG. 21, and to FIG. 22, the annular-sector body 214 is illustrated, and the annular-sector bodies 215, 216, and 217 are similar to the annular-sector body 214. The annular-sector body 214 has an annular-sector surface 222 on one side, along an axis parallel to the central-rotation axis 141, of the electric coil 218, and an annular-sector surface 223 on an opposite side, along the axis parallel to the central-rotation axis 141, of the electric coil 218 from the annular-sector surface 222. An annular permanent magnet 224 may be positioned against annular-sector surfaces (such as the annular-sector surface 222) on one side of the electric coil 218 along an axis parallel to the central-rotation axis 141, and an annular permanent magnet 225 may be positioned against annular-sector surfaces (such as the annular-sector surface 223) on an opposite side of the electric coil 218 from the annular-sector surface 222 along the axis parallel to the central-rotation axis 141.

[0190] The annular permanent magnets 224 and 225 are magnetized in opposite directions along the central-rotation axis 141 (shown in FIG. 17) such that the annular permanent magnet 224 creates a bias magnetic field through the flywheel body 122 and through the annular-sector body 214 as shown by magnetic-field arrows 341 in FIG. 22, and the annular permanent magnet 225 creates a bias magnetic field through the flywheel body 122 and through the annular-sector body 214 as shown by magnetic-field arrows 342 in FIG. 22. Also, when an electric current passes through the electric coil 218, a control magnetic field as shown by magnetic-field arrows 343 in FIG. 22 passes through the flywheel body 122 and through the annular-sector body 214. As shown in FIG. 22, the control magnetic field as shown by the magnetic-field arrows 343 is in an opposite direction from the bias magnetic field as shown by the magnetic-field arrows 341 and in the same direction as the bias magnetic field as shown by the magnetic-field arrows 342, so the bias magnetic fields shown by magnetic-field arrows 342 and 343 and the control magnetic field as shown by the magnetic-field arrows 343 create a magnetic force 344 that is generally axial relative to the spin axis of rotation 128 and that attracts the rotor 123 upwards. However, alternative embodiments may include one or more electromagnets or other magnets additionally or alternatively to one or both of the permanent magnets 224 and 225. Further, the magnetization directions of the permanent magnets 224 and 225, and the control magnetic field as shown by the magnetic-field arrows 343, as shown in FIG. 22 are examples only, and the magnetization directions and magnetic fields may be opposite or otherwise different in other embodiments.

US 2024/0400167 A1

Dec. 5, 2024

14

[0191]   Referring to FIG. 17 and to FIG. 21, the axial active magnetic bearing 140 also includes a solid-steel ring 226 (which may be formed from four pieces as shown) on the annular permanent magnet 224 such that the annular permanent magnet 224 is between the annular-sector body 214 and the solid-steel ring 226. The axial active magnetic bearing 140 also includes a solid-steel ring 227 on the annular permanent magnet 225 such that the annular permanent magnet 225 is between the annular-sector body 214 and the solid-steel ring 227. The annular permanent magnets 224 and 225 may be segmented, which may create some discontinuities in magnetic flux density, so the solid-steel rings 226 and 227 may, in some embodiments, more uniformly distribute magnetic flux density between the annular-sector bodies 214, 215, 216, and 217 and the flywheel body 122. The axial active magnetic bearing 140 also includes a wire shield 228 between the electric coils 218, 219, 220, and 221 and the central-rotation axis 141 such that the wire shield 228 may retain and protect the electric coils 218, 219, 220, and 221.

[0192]   Referring now to FIG. 22, when the roll-stabilizer apparatus 108 is assembled as shown in FIG. 3, at least a portion of the axial active magnetic bearing 140 may be positioned in the groove 133 so that magnetic fields produced by the axial active magnetic bearing 140 may exert axial forces on the flywheel body 122 to maintain the flywheel assembly 115 away from the touchdown bearings in the touchdown-bearing assemblies 125 and 126. In some embodiments, positioning the axial active magnetic bearing 140 in the groove 133 may permit a more-compact roll-stabilizer apparatus 108 when compared to other roll-stabilizer apparatuses having similar capacities for roll stabilization.

[0193]   The groove 133, the solid-steel ring 226, and the annular-sector bodies 214, 215, 216, and 217 may be sized and positioned such that a gap (which may be an air gap in some embodiments) is between: the flywheel body 122 and the solid-steel ring 226; and the annular-sector bodies 214, 215, 216, and 217. Such a gap may facilitate generation of magnetic forces as described herein, for example.

[0194]   The axial active magnetic bearing 140 is an example only, and alternative embodiments may differ. For example, the electromagnets of the axial active magnetic bearing 140 are in four annular sectors, but alternative embodiments may include more or fewer annular sectors. The number of sectors may be an even number in some embodiments. Further, in alternative embodiments, the annular sectors may not be equal to each other in size but rather may differ in size from each other. More generally, alternative embodiments may include more or fewer components, or one or more alternatives to the components described above. For example, an alternative embodiment may include materials that differ from the materials described above. Also, an alternative embodiment may include more or fewer magnets than the embodiment described above. Some alternative embodiments may include more than one axial magnet bearing, and may include stacks of axial magnetic bearings to increase axial force and/or torque output.

Torque from Axial Magnetic Bearing

[0195]   In some embodiments, the axial active magnetic bearing 140 may apply a torque to the flywheel assembly 115, for example to complement a radial magnetic bearing including the rotor 123 and the stator 138, a radial magnetic bearing including the rotor 124 and the stator 139, or both, or more generally to function similarly to one or more radial bearings.

[0196]   For example, one or more electric coils on a first side of the axial active magnetic bearing 140 may produce one or more magnetic fields that differ from one or more magnetic fields produced by one or more electric coils on a second side of the axial active magnetic bearing 140 opposite the first side of the axial active magnetic bearing 140. For example, one side of the axial active magnetic bearing 140 may include the electric coils 218 and 219, and an opposite side of the axial active magnetic bearing 140 may include the electric coils 220 and 221. As another example, one side of the axial active magnetic bearing 140 may include the electric coils 219 and 220, and an opposite side of the axial active magnetic bearing 140 may include the electric coils 218 and 221.

[0197]   The one or more magnetic fields produced by the one or more electric coils on one side of the axial active magnetic bearing 140 may differ from the one or more magnetic fields produced by the one or more electric coils on an opposite side of the axial active magnetic bearing 140 in direction, in strength, or in both. Such different magnetic fields may cause the axial active magnetic bearing 140 to exert, in addition to any net axial force on the flywheel body 122, torque on the flywheel body 122 (and thus on the flywheel assembly 115) around an axis between the two sides of the axial active magnetic bearing 140 as described above, for example.

[0198]   In some embodiments, because the axial active magnetic bearing 140 may apply a torque to the flywheel assembly 115, other radial bearings may be smaller, and the roll-stabilizer apparatus 108 may better control positions of the flywheel assembly 115 in the flywheel-support body 113. For example, the roll-stabilizer apparatus 108 may experience significant external forces, and the axial active magnetic bearing 140 functioning as a radial bearing may, in some embodiments, allow the roll-stabilizer apparatus 108 to accommodate such external forces.

Wire Guide

[0199]   FIGS. 57, 58, and 59 illustrate a flywheel-support body 411 according to one embodiment. The flywheel-support body 411 may be similar to a flywheel-support body as described herein, for example. A wire guide 412 includes one or more wires extending between a mounting body 414 (that may be similar to a mounting body as described herein, for example) and the flywheel-support body 411. FIG. 57 shows a portion of the mounting body 414, which is shown more fully in FIG. 59. Stringers under the mounting body 414 may attach the mounting body 414 to a hull or other structure of a marine vessel. The flywheel-support body 411 is rotatable relative to the mounting body 414 around a precession axis of rotation 415.

[0200]   The one or more wires of the wire guide 412 may convey electrical power to one or more electric motors inside the flywheel-support body 411, receive electrical power from one or more electric generators inside the flywheel-support body 411, receive signals from one or more sensors inside the flywheel-support body 411, transmit control signals to one or more motor drivers or sensors inside or on the flywheel-support body 411, or two or more thereof, for example.

US 2024/0400167 A1

Dec. 5, 2024

15

[0201]   The wire guide 412 is attached or attachable to the flywheel-support body 411 at a location shown generally at 413 and is attached or attachable to the mounting body 414 at a location shown generally at 416. The location 413 is spaced apart from the location 416 along the precession axis of rotation 415. The wire guide 412 curves around the precession axis of rotation 415 between the location 416 and the location 413. The location 413 is, or is positioned to be, between the flywheel-support body and the mounting body 414. The location 416 is above at least a portion of the mounting body 414. The location 416 overlaps at least partially along the precession axis of rotation 415 with a bearing supporting the flywheel-support body for rotation around the precession axis of rotation 415 relative to the mounting body 414.

Operation

[0202]   Referring back to FIG. 1, to FIG. 2, and to FIG. 3, the roll-stabilizer assembly 107 may be attached to the hull 101 directly or indirectly such that the precession axis of rotation 119 is not parallel to the longitudinal axis 106. In some embodiments, the precession axis of rotation 119 may extend horizontally and perpendicular to the longitudinal axis 106, namely transversely relative to the hull 101. However, alternative embodiments may differ. For example, in some embodiments, the precession axis of rotation 119 may extend vertically or in another direction that is not parallel (and that may be perpendicular) to the longitudinal axis 106 of the marine vessel 100.

[0203]   In operation, the electric motor/generator 142 may apply a torque to the flywheel assembly 115 (and thus to the flywheel body 122) around the spin axis of rotation 128 relative to the flywheel-support body 113, which may cause the flywheel assembly 115 to spin around the spin axis of rotation 128 relative to the flywheel-support body 113, thus causing the flywheel assembly 115 to have angular momentum along the spin axis of rotation 128.

[0204]   In general, when waves or other external forces apply torque to the marine vessel 100, the hull 101 (and thus the mounting body 114) may rotate or roll around a roll axis (which may be close to the longitudinal axis 106). Such rotation of the mounting body 114 around the roll axis causes the flywheel-support body 113 (and thus the flywheel body 122) to rotate around the roll axis, and conservation of angular momentum of the flywheel body 122 causes the flywheel body 122 (and thus the flywheel-support body 113) to precess relative to the mounting body 114 around the precession axis of rotation 119 in response to such rotation of the flywheel body 122 around the roll axis. Such precession of the flywheel body 122 relative to an intertial reference frame, and around the precession axis of rotation 119, causes a torque to be exerted by the flywheel body 122 (and thus by the flywheel-support body 113 and the mounting body 114) on the hull 101 in a direction opposite the rotation of the hull 101 (and thus the mounting body 114) around the roll axis. The angular momentum of the flywheel body 122 may thus resist the rotation of the hull 101 (and thus the mounting body 114) around the roll axis, and the roll-stabilizer apparatus 108 may stabilize the marine vessel 100 by resisting roll around the roll axis. However, other torques and movements may arise, for example in response to yaw or pitch motion of the hull 101.

[0205]   When the flywheel assembly 115 is being prepared to spin, or is spinning, around the spin axis of rotation 128

relative to the flywheel-support body 113, the roll-stabilizer controller 109 may, in response to, at least, one or more signals indicating measurements of proximity or position of the flywheel assembly 115 in the flywheel-support body 113 from one or more proximity sensors, one or more position sensors, or both as described above, control electric currents through one or more of the electric coils 157, 164, 165, 166, 168, 169, 170, 171, 198, 200, 202, 204, 218, 219, 220, and 221, as described herein for example, to maintain the spin axis of rotation 128 along the central-rotation axis 141 (or along any other axis that may be desired as described below, for example) and to maintain the flywheel assembly 115 away from the touchdown bearings in the touchdown-bearing assemblies 125 and 126.

[0206]   As indicated above, the rotor 123 and the stator 138 may function as a magnetic bearing. As also indicated above, the rotor 124 may be similar to the rotor 123, and the stator 139 may be similar to the stator 138. Therefore, the rotor 124 and the stator 139 may also function as a magnetic bearing. As also indicated above, the rotor 181 may be an alternative to the rotor 123, and the stator 182 may be an alternative to the stator 138, so the rotor 181 and the stator 182 may also function as a magnetic bearing. The axial active magnetic bearing 140 is also a magnetic bearing.

[0207]   In some embodiments, such magnetic bearings may allow the flywheel assembly 115 to spin around the spin axis of rotation 128 relative to the flywheel-support body 113 with less friction when compared to other types of bearings. Such reduced friction may, in some embodiments, allow the flywheel assembly 115 to spin around the spin axis of rotation 128 relative to the flywheel-support body 113 with less power to the electric motor/generator 142 and with less cooling than a roll-stabilizer apparatus having other types of bearings. Further, in some embodiments, magnetic bearings such as those described herein may last longer than other bearings (such as mechanical bearings) and reduce or avoid cumbersome replacement of worn bearings. Also, in some embodiments, magnetic bearings such as those described herein may vibrate less and generate less noise than such other bearings, and may tolerate higher operating temperatures than such other bearings. Overall, the roll-stabilizer apparatus 108 may, in some embodiments, have a longer usable life or require less maintenance than a roll-stabilizer apparatus having other types of bearings.

[0208]   Also, magnetic bearings such as those described herein may, in some embodiments, permit the flywheel assembly 115 to spin around the spin axis of rotation 128 relative to the flywheel-support body 113 faster than a roll-stabilizer apparatus having other types of bearings. Such faster spin of the flywheel assembly 115 around the spin axis of rotation 128 relative to the flywheel-support body 113 may, in some embodiments, permit, when compared to a roll-stabilizer apparatus having other types of bearings, greater angular momentum (and therefore greater capacity for roll stabilization) for the same mass of the flywheel assembly 115, or similar angular momentum (and therefore similar capacity for roll stabilization) for a reduced mass of the flywheel assembly 115. Therefore, the roll-stabilizer apparatus 108 may have a reduced mass compared to a roll-stabilizer apparatus having other types of bearings but similar capacity for roll stabilization.

[0209]   When the roll-stabilizer apparatus 108 is not in operation, and in case such magnetic bearings are insufficient or fail for some reason, the touchdown bearings in the

16

touchdown-bearing assemblies **125** and **126** may constrain movement of the flywheel assembly **115** relative to the flywheel-support body **113** to reduce or avoid any possible damage to the flywheel assembly **115** or to the flywheel-support body **113** from excessive movement of the flywheel assembly **115** relative to the flywheel-support body **113**.

## Startup

[0210]  In general, "startup" may refer to a process that involves controlling electric currents through electric coils to maintain the spin axis of rotation **128** along (namely colinear with, or close to but not necessarily colinear with) the central-rotation axis **141** and to maintain the flywheel assembly **115** away from the touchdown bearings in the touchdown-bearing assemblies **125** and **126**, and that involves causing the flywheel assembly **115** (and thus the flywheel body **122**) to spin around the spin axis of rotation **128** relative to the flywheel-support body **113** until the flywheel assembly **115** reach a threshold minimum angular speed or angular momentum for roll stabilization.

[0211]  In some embodiments, the remote device **112** may be used to initiate such startup by transmitting one or more wired, wireless, or other signals directly or indirectly to the roll-stabilizer controller **109** to indicate initiation of startup. For example, an application may be installed on the remote device **112** that causes remote device **112** to transmit one or more signals directly or indirectly to the roll-stabilizer controller **109**. Startup may take some time because the flywheel assembly **115** may take some time to reach the threshold minimum angular speed or angular momentum for roll stabilization. Therefore, remote initiation may allow for remote initiation of startup, which may reduce or avoid time spent waiting for the flywheel assembly **115** to reach the threshold minimum angular speed or angular momentum for roll stabilization. Further, remote initiation may allow for a slower startup and thus reduced electrical power during startup.

## Remote Diagnostics

[0212]  The remote device **112** may also receive one or more wired, wireless, or other signals directly or indirectly from the roll-stabilizer controller **109** to indicate diagnostic information regarding the roll-stabilizer assembly **107**. Such diagnostic information may include, for example, operation status, a time when the flywheel assembly **115** (and thus the flywheel body **122**) is predicted to reach a threshold minimum angular speed or angular momentum for roll stabilization, a battery charge or other condition of the roll-stabilizer energy-storage device **110**, one or more indications of any faults, or a combination of two or more thereof. For example, an application may be installed on the remote device **112** that causes remote device **112** to indicate such diagnostic information in response to one or more wired, wireless, or other signals received by the remote device **112** directly or indirectly from the roll-stabilizer controller **109**.

[0213]  In some embodiments, such remote diagnostics may permit more-efficient maintenance or reductions in required maintenance, easier diagnosis by a manufacturer or maintenance provider, and possible remote maintenance to reduce or avoid time required for in-person maintenance.

## Energy Management

[0214]  As indicated above, the electric motor/generator **142** is electrically connected to the roll-stabilizer energy-storage device **110**, which is distinct from the main energy-storage device **105** in the embodiment shown (although alternative embodiments may differ). As also indicated above, the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, **171**, **198**, **200**, **202**, **204**, **218**, **219**, **220**, and **221** are also electrically connected to the roll-stabilizer energy-storage device **110** (either directly or indirectly, such as indirectly through the roll-stabilizer controller **109**) and may receive electric current from the roll-stabilizer energy-storage device **110**. The electric energy used by the electric motor/generator **142** and by the electric coils **157**, **164**, **165**, **166**, **168**, **169**, **170**, **171**, **198**, **200**, **202**, **204**, **218**, **219**, **220**, and **221** is used for roll stabilization. The electric motor/generator **142** may also provide electric energy to the roll-stabilizer controller **109** or to the inertial measurement unit **111** or otherwise provide electric energy for roll stabilization.

[0215]  Therefore, energy stored by the roll-stabilizer energy-storage device **110** may be for roll stabilization. In some embodiments, energy stored by the roll-stabilizer energy-storage device **110** is only for one or more such roll-stabilization functions and unavailable for functions other than roll-stabilization, such as for a starter motor of the marine engine **104**, for the marine engine **104** if the marine engine **104** includes an electric motor, or for other functions such as for navigation or lights, for example.

[0216]  In some embodiments, the roll-stabilizer energy-storage device **110**, distinct from the main energy-storage device **105**, may reduce power draws on the main energy-storage device **105** when the electric motor/generator **142** is apply a torque to the flywheel assembly **115** (and thus to the flywheel body **122**) around the spin axis of rotation **128** relative to the flywheel-support body **113**.

[0217]  Further, in some embodiments, the roll-stabilizer energy-storage device **110**, distinct from the main energy-storage device **105**, may provide greater electrical power than the main energy-storage device **105**. In some embodiments, such greater electrical power may permit greater torque and therefore greater acceleration of flywheel assembly **115** (and thus to the flywheel body **122**) around the spin axis of rotation **128** relative to the flywheel-support body **113**, which may prepare the roll-stabilizer apparatus **108** for roll stabilization faster than other roll-stabilizer apparatuses that omit the roll-stabilizer energy-storage device **110**.

[0218]  Further, in some embodiments, the roll-stabilizer energy-storage device **110**, distinct from the main energy-storage device **105**, may facilitate recovery of rotational kinetic energy, from rotation of the flywheel assembly **115** (and thus from the flywheel body **122**) around the spin axis of rotation **128** relative to the flywheel-support body **113**, by converting such rotational kinetic energy to electrical energy and storing such electrical energy in the roll-stabilizer energy-storage device **110**. Such recovery of rotational kinetic energy may be more difficult or impossible in other roll-stabilizer apparatuses that omit the roll-stabilizer energy-storage device **110**. Further, such recovery of rotational kinetic energy may, in some embodiments, generate less heat than other roll-stabilizer apparatuses that omit the roll-stabilizer energy-storage device **110**, so the roll-stabilizer apparatus **108** may require less cooling than a roll-stabilizer apparatus that does not recover of rotational kinetic energy.

Eddy-Current Brake

[0219]    As indicated above, the electric motor/generator 142 may convert rotational kinetic energy, from rotation of the flywheel assembly 115 (and thus from the flywheel body 122) around the spin axis of rotation 128 relative to the flywheel-support body 113, to electrical energy, and the electric motor/generator 142 may therefore function as a brake.

[0220]    However, in some situations, further braking forces may be desired. In such cases, the roll-stabilizer controller 109 may cause at least some of the electric coils 218, 219, 220, and 221 (shown in FIG. 17) to produce different magnetic fields, for example by causing respective electric currents through at least some of the electric coils 218, 219, 220, and 221 to differ.

[0221]    For example, the roll-stabilizer controller 109 may cause the electric coils 218 and 220 to produce magnetic fields in a first direction along an axis parallel to the central-rotation axis 141 while causing the electric coils 219 and 221 to produce magnetic fields in a second direction opposite the first direction along the axis parallel to the central-rotation axis 141. As another example, the roll-stabilizer controller 109 may cause the electric coils 218 and 220 to produce magnetic fields having a first strength while causing the electric coils 219 and 221 to produce magnetic fields having a second strength different from the first strength. In some embodiments, magnetic fields produced by some or all of the electric coils 218, 219, 220, and 221 may, in a direction around the central-rotation axis 141, alternate between two different types of magnetic fields. For example, magnetic fields produced by some or all of the electric coils 218, 219, 220, and 221 may, in a direction around the central-rotation axis 141, alternate between different directions, different strengths, or both.

[0222]    When the flywheel body 122 is rotating around the spin axis of rotation 128 relative to the flywheel-support body 113, and when the roll-stabilizer controller 109 causes at least some of the electric coils 218, 219, 220, and 221 to produce different magnetic fields, a point on the flywheel body 122 may experience changes in magnetic field over time. In FIG. 23, a line 229 illustrates an example of changes over time (indicated by t in FIG. 23) in magnetic field (indicated by B in FIG. 23) experienced by a point on the flywheel body 122 when the flywheel body 122 is rotating around the spin axis of rotation 128 relative to the flywheel-support body 113 and when the roll-stabilizer controller 109 causes at least some of the electric coils 218, 219, 220, and 221 to produce different magnetic fields, and a line 230 illustrates an average magnetic field over a period of time when the flywheel body 122 is rotating around the spin axis of rotation 128 relative to the flywheel-support body 113 and when the roll-stabilizer controller 109 causes at least some of the electric coils 218, 219, 220, and 221 to produce different magnetic fields.

[0223]    Such changes over time in magnetic field, as illustrated by the line 229 for example, may induce eddy currents in the flywheel body 122, which may result in a torque on the flywheel body 122 (and thus on the flywheel assembly 115) in a direction opposite a direction of rotation of the flywheel body 122 is rotating around the spin axis of rotation 128 relative to the flywheel-support body 113. Therefore, by causing at least some of the electric coils 218, 219, 220, and 221 to produce different magnetic fields, the roll-stabilizer

controller 109 may cause the axial active magnetic bearing 140 to function as an eddy-current brake.

[0224]    Such an eddy-current brake may, in some embodiments, allow for fast braking when desired. Also, such an eddy-current brake may, in some embodiments, reduce or avoid wear on physical brakes, or allow physical brakes to be reduced in size, simplified, or avoided altogether. Also, in some embodiments, heat generated from such an eddy-current brake may be absorbed by the flywheel body 122, which may be able to accommodate such heat better than other components of the roll-stabilizer apparatus 108.

Movement Estimation and Prediction

[0225]    As indicated above, measurements of linear acceleration, of rotational acceleration, of orientation, or a combination of two or more thereof, relative to an inertial frame of reference or another frame of reference, of the hull 101 by the inertial measurement unit 111 may indicate such acceleration, orientation, or both of the mounting body 114 relative to such a frame of reference. In some embodiments, the roll-stabilizer controller 109 may estimate, predict, or both movement of the hull 101, of the mounting body 114, of one or more other locations on the marine vessel 100, or of a combination of two or more thereof, relative to an inertial frame of reference or another frame of reference, for example in response to, at least, one or more signals indicating measurements (by the inertial measurement unit 111 shown in FIG. 1, for example) of linear acceleration, of rotational acceleration, of orientation, or of two or more thereof of the hull 101 relative to such a frame of reference. In some embodiments, such movement estimation, movement prediction, or both may involve an open-loop system of the roll-stabilizer controller 109, at least one predictive model of the roll-stabilizer controller 109, a time history of measurements, or two or more thereof, for example. For example, such prediction or estimation may involve analysis or consideration of measurements of acceleration, velocity, or both by the inertial measurement unit 111.

[0226]    For example, in response to, at least, one or more signals indicating measurements by the inertial measurement unit 111, the roll-stabilizer controller 109 may detect periodic movement (for example, from waves causing roll of the hull 101) of the hull 101, of the mounting body 114, of one or more other locations on the marine vessel 100, or of a combination of two or more thereof, relative to an inertial frame of reference or another frame of reference, and predicted movement may be movement of the hull 101, of the mounting body 114, of one or more other locations on the marine vessel 100, or of a combination of two or more thereof, relative to such a frame of reference and according to such detected periodic movement. Such movement may include roll of the hull 101 around the longitudinal axis 106 or other movement such as linear or other rotational movement, and such movement may not necessarily be periodic.

[0227]    In general, movement of the hull 101, of the mounting body 114, of one or more other locations on the marine vessel 100, relative to an inertial frame of reference or another frame of reference, may cause precession of the flywheel assembly 115 relative to the flywheel-support body 113 and relative to the mounting body 114. Therefore, when the roll-stabilizer controller 109 predicts movement of the hull 101, of the mounting body 114, of one or more other locations on the marine vessel 100, or of a combination of two or more thereof, relative to an inertial frame of reference

or another frame of reference, the roll-stabilizer controller **109** may also predict resulting precession of the flywheel assembly **115** relative to the flywheel-support body **113** and relative to the mounting body **114** in a predicted direction of precession.

[0228]    Alternative embodiments may differ and may, for example, estimate or predict movement of the hull **101**, of the mounting body **114**, of one or more other locations on the marine vessel **100**, or of a combination of two or more thereof in other ways. For example, in some embodiments, movement of the hull **101**, of the mounting body **114**, of one or more other locations on the marine vessel **100**, or of a combination of two or more thereof may be estimated or predicted using one or more measurements, relative to an inertial frame of reference or another frame of reference, of linear acceleration, of rotational acceleration, of orientation, or a combination of two or more thereof of the flywheel-support body **113**.

Flywheel Force, Torque, or Movement in Response to Predicted Movement

[0229]    As indicated above, the roll-stabilizer controller **109** may, in response to, at least, one or more signals indicating measurements of proximity or position of the flywheel assembly **115** in the flywheel-support body **113** from one or more proximity sensors, one or more position sensors, or both as described above, control electric currents through one or more of the electric coils **157, 164, 165, 166, 168, 169, 170, 171, 198, 200, 202, 204, 218, 219, 220,** and **221**, as described herein for example, to maintain the spin axis of rotation **128** along a target axis, which may be colinear with the central-rotation axis **141** or close to but not necessarily colinear with the central-rotation axis **141**, and to maintain the flywheel assembly **115** away from the touchdown bearings in the touchdown-bearing assemblies **125** and **126**. However, in some embodiments, the roll-stabilizer controller **109** may control electric currents through one or more of the electric coils **157, 164, 165, 166, 168, 169, 170, 171, 198, 200, 202, 204, 218, 219, 220,** and **221** in response to other measurements, detections, or predictions, such as acceleration, velocity, or both of the flywheel-support body **113** relative to inertial ground as measured by an inertial measurement unit similar to the inertial measurement unit **111**, for example.

[0230]    In general, movement of the hull **101**, of the mounting body **114**, of one or more other locations on the marine vessel **100**, or of a combination of two or more thereof, relative to an inertial frame of reference or another frame of reference, may cause the flywheel-support body **113** to move relative to the flywheel assembly **115** in a direction of such movement. Therefore, in some embodiments, in response to, at least, predicting predicted movement of the hull **101**, of the mounting body **114**, of one or more other locations on the marine vessel **100**, or of a combination of two or more thereof in a predicted direction relative to an inertial frame of reference or another frame of reference, the roll-stabilizer controller **109** may control electric currents through one or more of the electric coils **157, 164, 165, 166, 168, 169, 170, 171, 198, 200, 202, 204, 218, 219, 220,** and **221** to cause at least one magnetic bearing to exert one or more forces, one or more torques, or both on, or to move, the flywheel assembly **115** (and thus the flywheel body **122**) generally in the predicted direction of movement (for example, in the predicted direction of move-

ment or in a direction close to the predicted direction of movement) relative to the flywheel-support body **113**, for example to maintain the spin axis of rotation **128** along (namely colinear with, or close to but not necessarily colinear with) the central-rotation axis **141** and to maintain the flywheel assembly **115** away from the touchdown bearings in the touchdown-bearing assemblies **125** and **126**. In some embodiments, the roll-stabilizer controller **109** may do so independently of any measurement of position of the flywheel assembly **115** or of the flywheel body **122** relative to the flywheel-support body **113**.

[0231]    Also, in general, rotation of the flywheel assembly **115** (and thus of the flywheel body **122**), relative to an inertial frame of reference or another frame of reference, may cause the flywheel assembly **115** (and thus of the flywheel body **122**) to move in a direction of precession relative to the flywheel-support body **113** and relative to the mounting body **114**. Therefore, in some embodiments, in response to, at least, predicting predicted precession of the flywheel assembly **115** (and thus of the flywheel body **122**) relative to the flywheel-support body **113** and relative to the mounting body **114** in a predicted direction of precession, the roll-stabilizer controller **109** may control electric currents through one or more of the electric coils **157, 164, 165, 166, 168, 169, 170, 171, 198, 200, 202, 204, 218, 219, 220,** and **221** to cause at least one magnetic bearing to exert one or more forces, one or more torques, or both on, or to move, the flywheel assembly **115** (and thus the flywheel body **122**) generally opposite the predicted direction of precession (for example, opposite the predicted direction of precession or in a direction close to opposite the predicted direction of precession) relative to the flywheel-support body **113** to maintain the spin axis of rotation **128** along (namely colinear with, or close to but not necessarily colinear with) the central-rotation axis **141** and to maintain the flywheel assembly **115** away from the touchdown bearings in the touchdown-bearing assemblies **125** and **126**. In some embodiments, the roll-stabilizer controller **109** may do so independently of any measurement of position of the flywheel assembly **115** or of the flywheel body **122** relative to the flywheel-support body **113**.

[0232]    In some embodiments, such flywheel movement in response to predicted movement, predicted precession, or both may reduce undesired physical contact between the flywheel assembly **115** and the flywheel-support body **113**.

Negative Stiffness

[0233]    Referring back to FIG. **3**, to FIG. **10**, to FIG. **11**, and to FIG. **12**, if the rotor **123** moves in a radial direction relative to the stator **138** such that the spin axis of rotation **128** is not along the central-rotation axis **141** within the rotor **123** and the stator **138**, then magnetic forces created by the bias magnetic fields as shown by the magnetic-field arrows **144** are stronger on a side of the rotor **123** that is closer to the stator **138** and are weaker on a side of the rotor **123** that is farther from the stator **138**, so magnetic forces will tend to attract the rotor **123** to the stator **138** towards the side of the rotor **123** that is closer to the stator **138**.

[0234]    The rotor **123** and the stator **138** are part of an example shown in FIG. **3**, in FIG. **10**, in FIG. **11**, and in FIG. **12**, but likewise if the rotor **124** moves in a radial direction relative to the stator **139** such that the spin axis of rotation **128** is not along the central-rotation axis **141** within the rotor **124** and the stator **139**, magnetic forces will tend to attract

19

the rotor **124** to the stator **139** towards the side of the rotor **124** that is closer to the stator **139**. Likewise, if the rotor **181** moves in a radial direction relative to the stator **182** such that the spin axis of rotation **128** is not along the central-rotation axis **141** within the rotor **181** and the stator **182**, magnetic forces will tend to attract the rotor **181** to the stator **182** towards the side of the rotor **181** that is closer to the stator **182**.

[0235]  Such tendencies may be referred to as "negative stiffness", which may cause undesired contact between a rotor and a stator, or undesired misalignment of a rotor relative to a stator. However, in some embodiments, negative stiffness may facilitate alignment of the rotor **123** and the stator **138**, alignment of the rotor **124** and the stator **139**, alignment of the rotor **181** and the stator **182**, or two or more thereof.

[0236]  As indicated above, in some embodiments, in response to, at least, predicting the predicted movement of the mounting body **114**, the roll-stabilizer controller **109** may control electric currents through one or more of the electric coils **157, 164, 165, 166, 168, 169, 170, 171, 198, 200, 202, 204, 218, 219, 220,** and **221** to cause the at least one magnetic bearing to move the flywheel assembly **115** (and thus the flywheel body **122**) in the predicted direction of movement, in the predicted direction of precession, or both relative to the flywheel-support body **113** to maintain the spin axis of rotation **128** along the central-rotation axis **141** and to maintain the flywheel assembly **115** away from the touchdown bearings in the touchdown-bearing assemblies **125** and **126**. In some embodiments, the roll-stabilizer controller **109** may do so in response to predicted magnetic forces that result from such movement.

[0237]  For example, referring to FIG. **24**, the roll-stabilizer controller **109** may predict movement of the flywheel assembly **115** or of the flywheel body **122** relative to the flywheel-support body **113** in a predicted direction **231** different from a direction around the spin axis of rotation **128**. In the example of FIG. **24**, in response predicting predicted movement of the flywheel body **122** relative to the flywheel-support body **113** in the predicted direction **231**, the roll-stabilizer controller **109** may cause at least one radial magnetic bearing (such as a radial magnetic bearing including the rotor **123** and the stator **138**, a radial magnetic bearing including the rotor **124** and the stator **139**, or both) to rotate the flywheel assembly **115** (and thus the flywheel body **122**) relative to the flywheel-support body **113** in a direction as shown by arrows **232** and opposite the predicted direction **231** such that the flywheel body **122** is farther from the at least one radial magnetic bearing in the predicted direction than in a direction opposite the predicted direction **231**.

[0238]  Rotation of the flywheel assembly **115** (and thus the flywheel body **122**) relative to the flywheel-support body **113** in the direction as shown by the arrows **232** may cause negative stiffness because magnetic forces in the radial magnetic bearings may tend to cause the flywheel assembly **115** (and thus the flywheel body **122**) to rotate further relative to the flywheel-support body **113** in the direction as shown by the arrows **232**. However, such negative stiffness may resist the predicted movement of the flywheel body **122** relative to the flywheel-support body **113** in the predicted direction **231** such that the radial magnetic bearings require less electric current, may be smaller, or may be simpler than would be required to resist the predicted movement of the

flywheel body **122** relative to the flywheel-support body **113** in the predicted direction **231** without such negative stiffness.

[0239]  In some embodiments, such negative stiffness may result from moving the flywheel assembly **115** (and thus the flywheel body **122**) relative to the flywheel-support body **113**

[0240]  1. generally in a predicted direction of motion of the flywheel-support body **113**, and

[0241]  2. generally in a direction opposite a predicted direction of precession of the flywheel assembly **115** (and thus the flywheel body **122**) relative to the fly-wheel-support body **113**.

[0242]  In some embodiments, negative stiffness as described above may facilitate alignment of the flywheel body **122** because the magnetic forces caused by the resulting negative stiffness may tend to resist the predicted movement of the flywheel assembly **115** (and thus of the flywheel body **122**) relative to the flywheel-support body **113** and require less electric current through one or more of the electric coils **157, 164, 165, 166, 168, 169, 170, 171, 198, 200, 202, 204, 218, 219, 220,** and **221** to control positions of the flywheel assembly **115** relative to the flywheel-support body **113**. Such a reduction in electric current may, in some embodiments, conserve energy and also reduce generation of heat in the roll-stabilizer apparatus **108**. Further, such use of negative stiffness may, in some embodiments, permit smaller or simpler magnetic bearings than would be required in a roll-stabilizer apparatus that does not use of negative stiffness as described above, for example.

[0243]  In the example of FIG. **24**, the predicted direction **231** is a rotational direction and the arrows **232** also indicate a rotational direction. However, alternative embodiments may differ, and for example the predicted direction may be linear or a combination of rotational and linear.

Active Actuation

[0244]  Referring back to FIG. **4**, as indicated above, each of the precession-control devices **120** and **121** is operable to apply a torque to, and to rotate, the mounting bracket **118** (and thus the flywheel-support body **113**) around the precession axis of rotation **119** relative to the base **116** in response to, at least, one or more control signals from the roll-stabilizer controller **109**.

[0245]  In some embodiments, the roll-stabilizer controller **109** may cause such rotation of the mounting bracket **118** around the precession axis of rotation **119** relative to the base **116** to counteract detected or predicted roll of the marine vessel **100** around the longitudinal axis **106**, or for other reasons.

[0246]  For example, the roll-stabilizer controller **109** may cause such rotation of the mounting bracket **118** around the precession axis of rotation **119** relative to the base **116** to facilitate identification of a roll factor of the marine vessel **100**, and the roll-stabilizer controller **109** may use such a roll factor of the marine vessel **100** to determine how to control rotation of the mounting bracket **118** around the precession axis of rotation **119** relative to the base **116** to counteract detected or predicted roll of the marine vessel **100** around the longitudinal axis **106**.

[0247]  As another example, the roll-stabilizer controller **109** may cause such rotation of the mounting bracket **118**

around the precession axis of rotation 119 relative to the base 116 to cause desired roll of the marine vessel 100 around the longitudinal axis 106.

[0248] FIG. 40 schematically illustrates an example of identifying dynamic vessel characteristics according to one embodiment. Such dynamic vessel characteristics may facilitate active actuation in some embodiments.

[0249] As shown at 345 in FIG. 40, a roll-stabilizer apparatus (as described herein, for example) may apply an anti-roll torque 346 to a marine vessel. A wave torque 347 applied to the marine vessel, less the anti-roll torque 346, results in a net torque 348 on the marine vessel. The marine vessel has certain properties (or vessel dynamics) shown at 349, such as moment of inertia of the marine vessel, one or more roll-damping properties of the marine vessel, distribution of weight of the marine vessel, center of gravity (KG), center of buoyancy (KB), transverse metacenter (KMT), metacentric height (GM), volume of displacement (V), righting moment (RM), righting arm (GZ), radius of gyration (k), added radius of gyration (a), orientation of a roll axis relative to the vessel, restoring torque on the marine vessel from buoyancy of the marine vessel, one or more other properties or vessel dynamics, or any two or more thereof. Those properties 349 determine a response (such as motion of the marine vessel, a roll angle around a roll axis, an angular speed around the roll axis, an angular acceleration around the roll axis, natural period of rolling, one or more other responses, or two or more thereof) in response to the net torque 348. As shown at 350, one or more such responses may be measured (by the inertial measurement unit 111, for example) and one or more controllers (such as the roll-stabilizer controller 109, for example) may infer (as shown at 351) one or more properties (or vessel dynamics) of the marine vessel, such as moment of inertia of the marine vessel, one or more roll-damping properties of the marine vessel, distribution of weight of the marine vessel, orientation of a roll axis relative to the vessel, restoring torque on the marine vessel from buoyancy of the marine vessel, one or more other properties or vessel dynamics, or any two or more thereof.

[0250] In some embodiments, the anti-roll torque 346 may be applied to the marine vessel by a roll-stabilizer apparatus as shown at 345 to facilitate identification of one or more properties (or vessel dynamics) of the marine vessel as shown at 351. However, one or more properties (or vessel dynamics) of a marine vessel may be identified in other ways.

[0251] In FIG. 41, a line 352 illustrates roll dynamic mobility (on a vertical axis 353) of a marine vessel as a function of experienced torque frequency (on a horizontal axis 354) in one embodiment. Roll dynamic compliance may be a ratio of roll angle to torque and may be an inverse of roll dynamic stiffness, whereas roll dynamic mobility may be a ratio of roll rate to torque. As shown in FIG. 41, the marine vessel in the embodiment shown has a natural frequency 355 at which roll dynamic stiffness is minimal or roll dynamic mobility is at a maximum. Of course, alternative embodiments may differ.

[0252] As indicated above, when waves or other external forces apply torque to the marine vessel 100, the hull 101 (and thus the mounting body 114) may rotate or roll around a roll axis (which may be close to the longitudinal axis 106), and conservation of angular momentum of the flywheel body 122 causes the flywheel-support body 113 (and thus

the flywheel body 122) to precess relative to the mounting body 114 around the precession axis of rotation 119 in response to rotation of the flywheel-support body 113 around the roll axis, which causes a torque to be exerted by the flywheel body 122 (and thus by the flywheel-support body 113 and the mounting body 114) on the hull 101 in a direction opposite the rotation of the hull 101 (and thus the mounting body 114) around the roll axis.

[0253] Absent active actuation such as active actuation as described herein for example, precession of the flywheel-support body 113 (and thus of the flywheel body 122) relative to the mounting body 114 around the precession axis of rotation 119 and resulting anti-roll torque 346 may be out of phase with wave torque 347 or other torque applied to a marine vessel. Such a phase difference between anti-roll torque 346 and wave torque 347 or other torque applied to the marine vessel may cause an undesired net torque 348 on the marine vessel, resulting in undesired movement of the marine vessel caused by the undesired net torque 348. The net torque 348 may be defined as the anti-roll torque 346 subtracted from the wave torque 347.

[0254] In FIG. 42, a line 356 illustrates a phase difference between motion of the marine vessel (such as a mounting body of the marine vessel, or structure that moves with the mounting body) around the roll axis and net torque 348 (on a vertical axis 357) as a function of roll frequency (on a horizontal axis 358) in one embodiment. As shown in FIG. 42, the phase difference may be zero at the natural frequency 355 and may be non-zero at other frequencies. Of course, alternative embodiments may differ.

[0255] In some embodiments, active actuation may involve applying a torque to the flywheel-support body 113 (and thus of the flywheel body 122) relative to an inertial reference frame around the precession axis of rotation 119 such that resulting motion of the flywheel-support body 113 (and thus of the flywheel body 122) relative to the inertial reference frame around the precession axis of rotation 119 has an absolute precession rate at a phase, shifted relative to a measured or predicted motion of the hull 101 (and thus the mounting body 114 or structure that moves with the mounting body) around a roll axis, by a phase shift responsive to at least such measured or predicted motion.

[0256] FIG. 43 illustrates schematically an embodiment showing at 359 adjustment of phase of motion of a marine vessel according to at least one or more properties (or vessel dynamics) 351 of the marine vessel in one embodiment.

[0257] FIG. 44 illustrates schematically estimation of wave torque according to one embodiment.

[0258] FIG. 45 illustrates schematically phase-corrected control according to one embodiment.

[0259] FIG. 46 illustrates implementation of phase-shift control to align anti-roll torque with wave torque in one embodiment. In some embodiments, one or more input signals 360 may indicate angular speed $\omega_n$ of the hull 101 (and thus the mounting body 114 or structure that moves with the mounting body) around a roll axis over time t and may be expressed as $\omega_h = A \sin(\omega_w t)$ where $\omega_w$ is an angular frequency of motion of the hull 101 (and thus the mounting body 114 or structure that moves with the mounting body) and A is an amplitude of the angular speed $\omega_h$.

[0260] As shown at 361, a gain k may be applied to the input signal to produce $Ak \sin(\omega_w t)$, and at 362 an anti-derivative of $Ak \sin(\omega_w t)$ may be calculated as

$$\int Ak\sin(\omega_w t)dt = -\frac{Ak}{\omega_w}\cos(\omega_w t) + C,$$

for some constant C, which can be disregarded. At **363**, the input A $\sin(\omega_w t)$ may be added to the antiderivative

$$-\frac{Ak}{\omega_w}\cos(\omega_w t)$$

to produce an output

$$A\sin(\omega_w t) - \frac{Ak}{\omega_w}\cos(\omega_w t),$$

which may be scaled by B as

$$AB\sin(\omega_w t) - \frac{ABk}{\omega_w}\cos(\omega_w t)$$

to compensate for addition of the antiderivative.

[0261]    Because    $\sin(a+b)=\sin(a)\cos(b)+\cos(a)\sin(b)$, applying embodiments the gain k at **361** causes the scaled output

$$AB\sin(\omega_w t) - \frac{ABk}{\omega_w}\cos(\omega_w t)$$

to have a phase shift $\phi$ relative to the input A $\sin(\omega_w t)$ such that the scaled output

$$AB\sin(\omega_w t) - \frac{ABk}{\omega_w}\cos(\omega_w t) = A\sin(\omega_w t + \phi)$$

where $\cos(\phi)=B$ and

$$\sin(\phi) = -\frac{ABk}{\omega_w}.$$

[0262]    In other words, for a desired phase shift $\phi$, by choosing B=$\cos(\phi)$ and the gain

$$k = -\frac{\omega_w \sin(\phi)}{AB},$$

the input A $\sin(\omega_w t)$ is shifted by the phase shift $\phi$ to the output A $\sin(\omega_w t+\phi)$ by applying the gain, adding the antiderivative, and scaling as described above. Of course, alternative embodiments may differ and may, for example, shift phase in other ways.

[0263]    The phase shift $\phi$ may be chosen according to the line **356**. For example, if a frequency (such as a dominant frequency or other frequency) of motion of the marine vessel (such as a mounting body of the marine vessel, or structure that moves with the mounting body) around the roll axis is identified, the line **356** may identify, for that dominant frequency, a phase difference between motion of the marine

vessel (such as a mounting body of the marine vessel, or structure that moves with the mounting body) around the roll axis and the wave torque **347**. That identified phase difference may be used to determine the phase shift phase shift $\phi$ so that, by shifting the input A $\sin(\omega_w t)$ by the phase shift $\omega$ to the output A $\sin(\omega_w t+\phi)$ as described above for example, the output A $\sin(\omega_w t+\phi)$ may be used to generate the anti-roll torque **346** such that the anti-roll torque **346** is in phase with the wave torque **347**. As a result, the net torque **348** may be reduced, which may in some embodiments reduce undesired net torque **348** and undesired movement of the marine vessel caused by the undesired net torque **348**. However, in at least some embodiments, a frequency (such as a dominant frequency or other frequency) need not be explicitly identified. In other words, in at least some embodiments, the phase shift $\phi$ may be identified by procedures that do not explicitly identify any frequency but that may rather, for example, respond to at least a frequency.

Active Actuation with Stabilizing Fins

[0264]    FIGS. 47 and 48 illustrate a marine vessel **364** according to one embodiment. The marine vessel **364** includes a hull **376**. The marine vessel **364** also includes roll-stabilizer assembly **365** that may be similar to the roll-stabilizer assembly **107**, for example. However, the marine vessel **364** includes a starboard-side stabilizing fin **366** on a starboard side of the marine vessel **364** and a port-side stabilizing fin **367** on a port side of the marine vessel **364**. The starboard-side stabilizing fin **366** has a range of motion relative to the hull **376** from an uppermost vertical position shown generally at **368** to a lowermost vertical position shown generally at **369**, with intermediate positions between the vertical positions **368** and **369** including a horizontal position shown generally at **370**. Likewise, the port-side stabilizing fin **367** has a range of motion relative to the hull **376** from an uppermost vertical position shown generally at **371** to a lowermost vertical position shown generally at **372**, with intermediate positions between the vertical positions **371** and **372** including a horizontal position shown generally at **373**. Of course, alternative embodiments may differ and may, for example, have different types of stabilizing fins, a different number of stabilizing fins, or different ranges of motion, for example.

[0265]    The roll-stabilizer assembly **365** includes a roll-stabilizer apparatus **374** that may be similar to the roll-stabilizer apparatus **108** and that includes a flywheel-support body **384** that may be similar to the flywheel-support body **113** and a mounting body **385** that may be similar to the mounting body **114**. The roll-stabilizer assembly **365** also includes a roll-stabilizer controller **375** that may be similar to the roll-stabilizer controller **109**, but the roll-stabilizer controller **375** may be programmed to control movement of the stabilizing fins **366** and **367** relative to the hull **376**, to control one or more precession-control devices (such as the precession-control devices **120** or **121** or other precession-control devices such as those described herein, for example), or both.

[0266]    FIG. 49 illustrates stabilization of roll of a marine vessel as a function of time according to one embodiment. In FIG. 49, a line **377** illustrates roll angle of a marine vessel around a roll axis (on a vertical axis **378**) as a function of time (on a horizontal axis **379**) in one embodiment. In that embodiment, at a point **380** (top point TP), the marine vessel is rolled around the roll axis to a greatest extent to one side and is beginning to roll to the other side. The top point and the bottom point illustrate examples of positive and negative roll motion position extremes from tilting to starboard and to port respectively. Depending on the reference frame, a

22

zero-roll position may refer to the vessel at its upright position or at a mid-point between the roll motion extremes.

[0267]   At the point 380, the stabilizing fins 366 and 367 may be at or near respective ends of their range of motion relative to the hull 376 such that moving the stabilizing fins 366 and 367 relative to the hull 376 towards an opposite end of the range of motion would resist roll of the marine vessel around the roll axis to a side opposite the side of the point 380. For example, at the point 380, the marine vessel may be rolled around the roll axis to a greatest extent to a starboard side, in which case the starboard-side stabilizing fin 366 may be at its lowermost vertical position 369 relative to the hull 376 and the port-side stabilizing fin 367 may be at its uppermost vertical position 371 relative to the hull 376.

[0268]   During some or all of a portion shown generally at 381 between the point 380 and a point 382 in time after the point 380 but before a point 383 (bottom point BT) when the marine vessel is rolled around the roll axis to a greatest extent to a side opposite the side of the point 380, the roll-stabilizer controller 375 may cause one or both of the stabilizing fins 366 and 367 to move relative to the hull 376 in a direction resisting roll of the marine vessel around the roll axis in the direction of roll between the points 380 and 382 while precession of the flywheel-support body 384 relative to the mounting body 385 in a direction that would resist such roll.

[0269]   During some or all of the portion 381, the roll-stabilizer controller 375 may cause the flywheel-support body 384 to be held at or near an end of a range of precession of the flywheel-support body 384 relative to the mounting body 385 such that precession of the flywheel-support body 384 relative to the mounting body 385 towards an opposite end of the range of precession would resist roll of the marine vessel around the roll axis in the direction of roll between the points 380 and 382.

[0270]   Such a range of precession is not necessarily a physically maximum range of precession between hard stops but may be a range equal to or less than such a physically maximum range. For example, in some embodiments, roll stabilization may be accomplished partly but not entirely by the stabilizing fins 366 and 367. In such embodiments, roll stabilization by the roll-stabilizer apparatus 374 may be most efficient when the stabilizing fin 366 is at either its uppermost vertical position 368 or its lowermost vertical position 369 relative to the hull 376, and when the port-side stabilizing fin 367 is at either its uppermost vertical position 371 or its lowermost vertical position 372 relative to the hull 376. Therefore, when roll stabilization may be accomplished partly but not entirely by the stabilizing fins 366 and 367, roll stabilization may be most efficient by using the maximum ranges of motion of the stabilizing fins 366 and 367, a physically maximum range of precession of the roll-stabilizer apparatus 374 may be unnecessary. Therefore, a range of precession of the roll-stabilizer apparatus 374 may be less than a physically maximum range of precession between hard stops, and an end of a range of precession is

not necessarily at a physical hard stop but may instead be an end of a range less than a physically maximum range of precession.

[0271]   At the point 382 at the end of the portion 381, one or both of the stabilizing fins 366 and 367 may reach or be near ends of their respective ranges of motion relative to the hull 376 opposite the ends of the ranges of motion at the point 380. For example, if at the point 380 the marine vessel was rolled around the roll axis to the greatest extent to the starboard side, then at point 382 the starboard-side stabilizing fin 366 may be at its uppermost vertical position 368 relative to the hull 376 and the port-side stabilizing fin 367 may be at its lowermost vertical position 372 relative to the hull 376.

[0272]   At the point 382 at the end of the portion 381, the marine vessel has rolled around the roll axis a portion of an amount from the point 380 to the side opposite the side of the point 380, but one or both of the stabilizing fins 366 and 367 may be at or near ends of their respective ranges of motion relative to the hull 376 opposite the ends of the ranges of motion at the point 380.

[0273]   Therefore, during some or all of a portion shown generally at 386 between the point 382 and the point 383, the roll-stabilizer controller 375 may cause precession of the flywheel-support body 384 relative to the mounting body 385 in a direction that resist roll of the marine vessel around the roll axis in the direction of roll between the points 380 and 382 and between the points 382 and 383. At the point 383 at the end of the portion 386, the flywheel-support body 384 may be at or near an end of its range of precession relative to the mounting body 385 opposite the end of the range of precession of points 380 and 382 and of the range 381. During some or all of the portion 386, the roll-stabilizer controller 375 may cause one or both of the stabilizing fins 366 and 367 to be held in their positions relative to the hull 376 of point 382.

[0274]   During portions shown generally at 387 and 388, the marine vessel roll may around the roll axis in a direction opposite the direction of roll of the portions 381 and 386. During some or all of the portion 387, the roll-stabilizer controller 375 may cause one or both of the stabilizing fins 366 and 367 to move relative to the hull 376 in directions opposite the directions of the portion 381 while causing the flywheel-support body 384 to be held at or near its position relative to the mounting body 385 of the point 383. During some or all of the portion 388, which ends at a point 390, the roll-stabilizer controller 375 may cause precession of the flywheel-support body 384 relative to the mounting body 385 in a direction opposite the direction of the portion 386 while causing one or both of the stabilizing fins 366 and 367 to be held at or near their positions relative to the hull 376 at a point 389 at the end of the portion 387.

[0275]   As shown in FIG. 49, the portions 381, 386, 387, and 388 are not necessary equal in time or in associated amount of roll of the marine vessel around the roll axis.

[0276]   The example of FIG. 49 may be summarized as follows.

| Roll Angle | Point or Portion | Position(s) of Stabilizing Fin(s) | Point or Portion | Precession Position |
|---|---|---|---|---|
| Greatest extent to first side (for example, starboard) | 380 | At or near first end (for example, 369 and 371) of range of motion | 380 | At or near first end of range of precession |
| Moving from first side to second side (for example, port) opposite first side | 381 | Moving towards second end (for example, 368 and 372) of range of motion opposite first end of range of motion | 381 | |

US 2024/0400167 A1

23

Dec. 5, 2024

-continued

| Roll Angle | Point or Portion | Position(s) of Stabilizing Fin(s) | Point or Portion | Precession Position |
|---|---|---|---|---|
| | 382 | At or near second end | 382 | |
| | 386 | of range of motion | 386 | Moving towards second end of range of precession opposite first end of range of precession |
| Greatest extent to second side | 383 | | 383 | At or near second end of range of precession |
| Moving from second side to | 387 | Moving towards first end of range of motion | 387 | |
| first side | 389 | At or near first end | 389 | |
| | 388 | of range of motion | 388 | Moving towards first end of range of precession |
| Greatest extent to first side | 390 | | 390 | At or near first end of range of precession |

[0277]   FIGS. **51** and **52** illustrate examples of operation according to the example of FIG. **49**.

[0278]   FIG. **50** illustrates an example including portions shown generally at **391**, **392**, **393**, and **394** that are reversed with respect to order of use of the stabilizing fins and roll-stabilizer apparatus **374**. In the example of FIG. **50**, the portion **391** is similar to the portion **386**, the portion **392** is similar to the portion **381** but after the portion **391**, the portion **393** is similar to the portion **388**, and the portion **394** is similar to the portion **387** but after the portion **393**. Still other embodiments may differ.

[0279]   FIG. **74** illustrates an example including

   [0280]   1. a portion shown generally at **498** between a point **496** and a point **499** after the point **496**,

   [0281]   2. a portion shown generally at **500** between the point **499** and a point **501** after the point **499**,

   [0282]   3. a portion shown generally at **502** between the point **501** and a point **503** after the point **501**,

   [0283]   4. a portion shown generally at **504** between the point **503** and a point **505** after the point **503**, and

   [0284]   5. a portion shown generally at **506** between the point **505** and a point **507** after the point **505**.

[0285]   The portion **500** includes a point **497** at which the roll direction changes. Therefore, the portion **500** includes roll in a first direction (the direction of the portion **498** and **506**) and then roll in a second direction (the direction of the portion **502**) opposite the first direction. Also, the portion **504** includes a point **508** at which the roll direction changes again. Therefore, the portion **504** includes roll in the second direction (the direction of the portion **502**) and then roll in the first direction (the direction of the portion **498** and **506**), and in general such portions may include roll only in one direction or roll in two directions.

[0286]   In the example of FIG. **74**, roll stabilization of the marine vessel **364** may involve using the roll-stabilizer apparatus **374** during some or all of the portions **498**, **502**, and **506** and using the stabilizing fins **366** and **367** during some or all of the portions **500** and **504**. Therefore, the example of FIG. **74** may be summarized as follows.

| Roll Angle or Angular Speed | Point or Portion | Position(s) of Stabilizing Fin(s) | Point or Portion | Precession Position |
|---|---|---|---|---|
| Moving towards first side (for example, starboard) | 499 | At or near first end (for example, 369 and 371) of range of motion | 499 | At or near first end of range of precession. |
| Moving towards and reaching (at 497) first side and then (after 497) moving towards second side | 500 | Moving towards second end (for example, 368 and 372) of range of motion opposite first end of range of motion | 500 | |
| (for example, port) | 501 | At or near second end | 501 | |
| opposite first side | 502 | of range of motion | 502 | Moving towards second end of range of precession opposite first end of range of precession |
| Moving towards second side | 503 | | 503 | At or near second end of range of precession |
| Moving towards and reaching (at 508) | 504 | Moving towards first end of range of motion | 504 | |
| second side and then | 505 | At or near first end | 505 | |
| (after 508) moving towards first side | 506 | of range of motion | 506 | Moving towards first end of range of precession |
| Moving towards first side | 507 | | 507 | At or near first end of range of precession |

24

[0287] In some embodiments, roll stabilization using the stabilizing fins **366** and **367** and the roll-stabilizer apparatus **374** may be responsive to a rate of change of an angle between a marine vessel and waves. For example, FIG. **75** illustrates an angle $\theta_{vessel}$ of roll of the marine vessel **364** relative to a horizontal line **492**. FIG. **75** illustrates an angle $\theta_{wave}$ of a wave **493** relative to a horizontal line **494**.

[0288] In some embodiments, $\theta_{vessel}$ may be estimated as

$$\theta_{vessel} = \theta_{wave} * \frac{C_{vessel}s + K_{vessel}}{I_{vessel}s^2 + C_{vessel}s + K_{vessel}} + \frac{(\tau_{fin} + \tau_{gyro})}{I_{vessel}s^2 + C_{vessel}s + K_{vessel}}$$

where $C_{vessel}$ is a damping coefficient of the marine vessel **364** due to viscous forces on the hull from water for example, $K_{vessel}$ is a spring constant (from a restoring buoyancy, for example) of the marine vessel **364**, $I_{vessel}$ is rotational inertia of the marine vessel **364**, $\tau_{fin}$ is torque applied by one or both of the stabilizing fins **366** and **367** on the marine vessel **364**, $\tau_{gyro}$ is torque applied by the roll-stabilizer apparatus **374** on the marine vessel **364**, and s is a Laplace variable.

[0289] Also, in some embodiments, $\theta_{wave}$ may be estimated as

$$\theta_{wave} = \theta_{vessel} * \frac{(I_{vessel}s^2 + C_{vessel}s + K_{vessel})}{C_{vessel}s + K_{vessel}} - \frac{(\tau_{fin} + \tau_{gyro})}{C_{vessel}s + K_{vessel}}.$$

[0290] In some embodiments, $\theta_{relative} = \theta_{wave} - \theta_{vessel}$ may represent a roll angle of the marine vessel **364** relative to the wave **493**, and $\theta_{relative}$ may be an estimate of $\theta_{relative}$. In such embodiments, the derivative of $\hat{\theta}_{relative}$ in time t, namely

$$\frac{\partial \hat{\theta}_{relative}}{\partial t}$$

or $\hat{\dot{\theta}}_{relative}$, may be an estimate of a rate of water flow laterally across the hull **376** of the marine vessel **364**.

[0291] In some embodiments, roll stabilization of the marine vessel **364** using the stabilizing fins **366** and **367** may relatively more efficient when the marine vessel **364** is rolling in a direction opposite a change in $\theta_{relative}$, namely when

$$\frac{\partial \theta_{vessel}}{\partial t}$$

or $\dot{\theta}_{vessel}$ (the derivative of $\theta_{vessel}$ in time t) and $\hat{\dot{\theta}}_{relative}$ are opposite in sign, and roll stabilization of the marine vessel **364** using the stabilizing fins **366** and **367** may relatively less efficient when the marine vessel **364** is rolling in the same direction as a change in $\theta_{relative}$, namely $\dot{\theta}_{vessel}$ and $\hat{\dot{\theta}}_{relative}$ are have the same sign.

[0292] In general some embodiments may involve prioritizing the stabilizing fins **366** and **367** when the stabilizing fins **366** and **367** are relatively more efficient (for example when $\dot{\theta}_{vessel}$ and $\hat{\dot{\theta}}_{relative}$ are opposite in sign) and prioritizing the roll-stabilizer apparatus **374** when the stabilizing fins **366** and **367** are relatively less efficient (for example when $\dot{\theta}_{vessel}$ and $\hat{\dot{\theta}}_{relative}$ have the same sign). Further, the stabilizing fins **366** and **367** may dampen roll relatively little

when in uppermost (**368** and **371**) or lowermost (**369** and **372**) vertical positions and may dampen roll relatively more when in intermediate positions such as the horizontal positions **370** and **373**.

[0293] Therefore, some embodiments may involve decreasing damping (for example by positioning the stabilizing fins **366** and **367** in uppermost (**368** and **371**) or lowermost (**369** and **372**) vertical positions) when waves are contributing to roll (for example when $\dot{\theta}_{vessel}$ and $\hat{\dot{\theta}}_{relative}$ have the same sign) and increasing damping (for example by positioning the stabilizing fins **366** and **367** in intermediate positions such as the horizontal positions **370** and **373**) when waves are counteracting to roll (for example when $\dot{\theta}_{vessel}$ and $\hat{\dot{\theta}}_{relative}$ are opposite in sign).

[0294] FIG. **76** illustrates an embodiment that may be responsive to an estimate of a rate of water flow laterally across the hull **376** of the marine vessel **364**. Such an estimate of flow rate may be according to $\hat{\dot{\theta}}_{relative}$ as described above, or some other estimate.

[0295] During a portion shown generally at **509** between points **510** and **511**, flow rate is in a first direction and relatively small but increasing. During the portion **509**, because the flow rate is relatively small, the stabilizing fins **366** and **367** may be relatively more efficient than in a relatively high flow rate. Therefore, roll stabilization of the marine vessel **364** may involve using stabilizing fins **366** and **367** during some or all of the portion **509**.

[0296] However, during some or all of a portion shown generally at **512** between the point **511** and a point **513** after the point **511**, the flow rate is relatively high. During the portion **511**, because the flow rate is relatively high, the stabilizing fins **366** and **367** may be relatively less efficient than in a relatively low flow rate. Therefore, roll stabilization of the marine vessel **364** may involve using the roll-stabilizer apparatus **374** during some or all of the portion **512**.

[0297] During the portion **512**, the flow rate changes direction, and during a portion shown generally at **514** between the point **513** and a point **515** after the point **513**, the flow rate is relatively low and in a direction opposite the direction of the portion **510**. During the portion **514**, because the flow rate is relatively small, the stabilizing fins **366** and **367** may be relatively more efficient than in a relatively high flow rate, so roll stabilization of the marine vessel **364** may involve using stabilizing fins **366** and **367** during some or all of the portion **514**.

[0298] During some or all of a portion shown generally at **516** between the point **515** and a point **517** after the point **515**, the flow rate is relatively high, so roll stabilization of the marine vessel **364** may involve using the roll-stabilizer apparatus **374** during some or all of the portion **516**.

[0299] During a portion shown generally at **518** between the point **517** and a point **519** after the point **517**, the flow rate is relatively low and in a direction opposite the direction of the portion **514**. During the portion **518**, because the flow rate is relatively small, roll stabilization of the marine vessel **364** may involve using stabilizing fins **366** and **367** during some or all of the portion **518**.

[0300]   The example of FIG. 76 may be summarized as follows.

| Flow Rate | Point or Portion | Position(s) of Stabilizing Fin(s) | Point or Portion | Precession Position |
|---|---|---|---|---|
| In first direction, magnitude low but increasing | 509 | Moving towards first end (for example, 369 and 371) of range of motion | 509 | At or near first end of range of precession |
| | 511 | At or near first end of range of motion | 511 | |
| In first direction, high in magnitude | 512 | | 512 | Moving towards second end of range of precession opposite first end of range of precession |
| In first direction, magnitude decreasing | 513 | | 513 | At or near second end of range of precession |
| Low in magnitude, changing from first direction to second direction opposite first direction | 514 | Moving towards second end (for example, 368 and 372) of range of motion opposite first end of range of motion | 514 | |
| In second direction, magnitude increasing | 515 | At or near second end of range of motion | 515 | |
| In second direction, high in magnitude | 516 | | 516 | Moving towards first end of range of precession |
| In second direction, magnitude decreasing | 517 | | 517 | At or near first end of range of precession |
| In second direction, magnitude low and decreasing | 518 | Moving towards first end of range of motion | 518 | |

Internally Supported Flywheel Body

[0301]   Referring now to FIGS. 25, 26, and 27, a roll-stabilizer apparatus according to another embodiment is shown generally at 233 and includes a flywheel-support body 234, a flywheel body 235 inside the flywheel-support body 234, and a mounting body 236. The roll-stabilizer apparatus 233 may be used, for example, in place of the roll-stabilizer apparatus 108 in the roll-stabilizer assembly 107 of the marine vessel 100, and may be controlled by the roll-stabilizer controller 109 as described above with respect to the roll-stabilizer apparatus 108.

[0302]   Referring to FIGS. 26 and 27, the flywheel body 235 is generally symmetrical about a spin axis of rotation 237, and includes a shaft 238 extending along the spin axis of rotation 237 between a first end, shown generally at 239, and a second end, shown generally at 240, of the shaft 238. The spin axis of rotation 237 may be through a center of mass of the flywheel body 235 and through centers of the first and second ends 239 and 240, although the flywheel body does not necessarily have to spin around the spin axis of rotation 237. The shaft 238 defines an axial through hole, shown generally at 241, extending along the spin axis of rotation 237 from the first end 239 to the second end 240. However, alternative embodiments may differ. For example, a shaft of an alternative embodiment may define an axial hole that extends along only part of a distance between a first end and a second end of the shaft, such as from the first end to a midpoint of the shaft. In other alternative embodiments, the shaft may include more than one axial hole, such as a first axial hole extending inward from the first end and a second axial hole extending inward from the second end.

[0303]   The flywheel body 235 also includes a wheel portion 242 surrounding the shaft 238 and the spin axis of rotation 237. Much of the wheel portion 242 is spaced apart from the spin axis of rotation 237 to increase a moment of inertia of the flywheel body 235. An outer (or outermost)

peripheral surface 243 of the wheel portion 242 also surrounds the shaft 238 and the spin axis of rotation 237, and is generally cylindrical around the spin axis of rotation 237. However, alternative embodiments may differ. For example, a wheel portion of an alternative embodiment may include a groove such as the groove 133 of the wheel portion 131 of the flywheel body 122, or may include a groove in a peripheral surface that is not necessarily an outer or outermost peripheral surface of the wheel portion, and that may be an inner surface of a flywheel body, for example.

[0304]   Referring to FIGS. 25, 26, and 27, the flywheel-support body 234 includes housing bodies 244 and 245 that, when assembled as shown in FIG. 25 and in FIG. 27, form a housing body 246 that defines an internal cavity, shown generally at 247. In some embodiments, the flywheel-support body 234 may include a central-rotation axis 248, which may extend through a center of the housing body 244 and a center of the housing body 245 when the housing bodies 244 and 245 are assembled to form the housing 246, and which may be colinear with the spin axis of rotation 237 of the flywheel body 235. As with the central-rotation axis 141 of the flywheel-support body 113 of the roll-stabilizer apparatus 108, the central-rotation axis 248 of the flywheel-support body 234 is not necessarily at an exact center of the housing body 244, the housing body 245, the flywheel-support body 234, or of any other structure. Of course, the embodiment shown is an example only, and alternative embodiments may vary. For example, alternative embodiments may include a different number of housing bodies forming the housing 246.

[0305]   The housing 246 surrounds and houses the flywheel body 235 within the internal cavity 247. That is, the flywheel body 235 is located entirely within the internal cavity 247. The housing 246 may form a seal around the internal cavity 247 to enable the internal cavity 247 to contain an internal environment different than an ambient external environment. For example, the seal may be an air-tight seal, and the internal environment may have a different pressure than ambient pressure, or may contain gases or mixtures of gases different than ambient air. Thus,

26

for example, the housing **246** may enclose the flywheel body **235** in an environment that has a pressure lower than ambient pressure, such as a vacuum, or that includes a slippery gas, helium, or some other gas or mixture of gases. In the embodiment shown, the flywheel-support body **234** includes valves, such as valve **249**, which are in fluid communication with the internal cavity **247**. The valve **249** is operable to control movement of gases into or out of the internal cavity **247**. For example, the valve **249** may be operable to evacuate the internal cavity **247** to generate an environment having a pressure lower than ambient pressure.

[0306]    The flywheel-support body **234** also includes a rotation-support body **250** extending from the center of the housing body **244** to the center of the housing body **245** within the internal cavity **247** when the housing bodies **244** and **245** are assembled to form the housing **246**. The rotation-support body **250** is generally centered along the spin axis of rotation **237** of the flywheel body **235** (and/or the central-rotation axis **248** of the flywheel-support body **234**) and extends through the axial through hole **241** of the flywheel body **235**, such that an enclosed portion **251** of the rotation-support body **250** is positioned through the axial through hole **241**. That is, the flywheel body **235** surrounds the enclosed portion **251** of the rotation-support body **250**. In the embodiment shown, the flywheel-support body **234** also includes bearings **252** and **253** disposed along the enclosed portion **251** of the rotation-support body **250** within the axial through hole **241** of the flywheel body **235**. The bearings **252** and **253** interface with the flywheel body **235** and are operable to support rotation of the flywheel body **235** relative to the rotation-support body **250**, as well as axial loads between the flywheel body **235** and the rotation-support body **250**. More specifically, the bearings **252** and **253** are operable to support the flywheel body **235** on the rotation-support body **250** such that the flywheel body **235** is rotatable within and relative to the flywheel-support body **234** around the spin axis of rotation **237**, and such that the flywheel body **235** is maintained aligned with the flywheel-support body **234**. In the embodiment shown, the bearings **252** and **253** and the rotation-support body **250** generally maintain the flywheel body **235** positioned relative to the flywheel-support body **234** such that the spin axis of rotation **237** of the flywheel body **235** is colinear with the central-rotation axis **248** of the flywheel-support body **234**. This configuration can facilitate assembly, as it allows many rotating elements of the roll-stabilizer apparatus **233** (e.g., the flywheel body **235**, the bearings **252** and **253**, and the rotation-support body **250**) to be assembled outside of the housing **246**, thus eliminating a requirement for precision alignment of the housing bodies **244** and **245**. Of course, the embodiment shown is an example only, and alternative embodiments may vary. For example, alternative embodiments may include a rotation-support body extending through only a part of the axial through hole **241**, or may include more than one rotation-support body.

[0307]    In the embodiment shown, the rotation-support body **250** defines an internal fluid conduit shown generally at **254**. The internal fluid conduit **254** extends through an entirety of the rotation-support body **250** along the spin axis of rotation **237** and includes a first opening **255** where the rotation-support body **250** interfaces with the housing body **244** and a second opening **256** where the rotation-support body **250** interfaces with the housing body **245**. The internal fluid conduit **254** is operable to convey a fluid through the rotation-support body **250** between the first opening **255** and the second opening **256**. In some embodiments, the roll-stabilizer apparatus **233** may also include a fluid reservoir

(not shown) fluidly connected to the internal fluid conduit **254**, and a fluid pump (not shown) fluidly connected to both internal fluid conduit **254** and the fluid reservoir and operable to pump the fluid from the fluid reservoir to the internal fluid conduit **254**. In some embodiments, the fluid conveyed through the internal fluid conduit **254** may be a coolant, and the internal fluid conduit **254**, fluid reservoir, and fluid pump may function as a cooling system operable to cool the bearings **252** and **253**. Such a cooling system may be used in conjunction with a heat exchanger and a separate cooling circuit.

[0308]    Referring now to FIGS. **27** and **28**, the bearings **252** and **253** in the embodiment shown are mechanical bearings. More specifically, the bearings **252** and **253** are ball bearings. Considering as an example the bearing **253** as shown in greater detail in FIG. **28**, the bearing **253** includes an outer race **257** and an inner race **258**. The outer race **257** is fixed to the shaft **238** of the flywheel body **235**, while the inner race **258** interfaces with the rotation-support body **250**. In some embodiments, the inner race **258** may be fixed to the rotation-support body **250**. However, in other embodiments, the inner race **258** may be a "floating" inner race, movable axially along the rotation-support body **250** (i.e., along the central-rotation axis **248** of the flywheel-support body **234**). A "floating" inner race may be required to accommodate thermal expansion in some embodiments. The outer race **257** is operable to rotate relative to the inner race **258** and relative to the rotation-support body **250** and thus the flywheel-support body **234**. As such, each of the bearings **252** and **253** includes an outer body (i.e., the outer race **257** of the bearing **253**) that is rotatable relative to the flywheel-support body **234**, and rotation of these outer bodies enables the flywheel body **235** to rotate relative to the flywheel-support body **234**. In some embodiments, a majority of the heat generated in the bearings **252** and **253**, such as about ⅔, for example, of the heat generated in the bearings **252** and **253**, may be generated in inner races of the bearings **252** and **253**, such as the inner race **258** of the bearing **253**. Because these inner races are fixed to (i.e., in contact with) the rotation-support body **250**, in embodiments where the internal fluid conduit **254**, fluid reservoir, and fluid pump function as a cooling system operable to cool the bearings **252** and **253** as described above, cooling of the bearings **252** and **253** may be improved due to direct cooling of the inner races through conduction. Such improved cooling may increase an operating life of the bearings **252** and **253**. Of course, the embodiment shown is an example only, and alternative may differ. For example, alternative embodiments may include a different number of bearings, or other types of mechanical bearings, such as cylindrical roller bearings or tapered roller bearings. Other alternative embodiments may include bearings other than mechanical bearings. For example, some alternative embodiments may include magnetic bearings, such as the axial active magnetic bearing **140** or the radial magnetic bearings of the roll-stabilizer apparatus **108** described above.

[0309]    FIG. **60** illustrates a cooling system for a roll-stabilizer apparatus according to one embodiment. In FIG. **60**, a coolant source (such as a coolant pump) **417** is operable to pump cooling fluid to a coolant destination **418**, which may include a coolant reservoir, a heat exchanger or both. Also in FIG. **60**, a roll-stabilizer apparatus **419** includes a rotation-support body **420** that may function similarly to the rotation-support body **250**. For example, the roll-stabilizer apparatus **419** includes bearings **421** and **422** that may function similarly to the bearings **252** and **253**. The bearing **421** includes an inner race **495**. The roll-stabilizer

27

apparatus **419** also includes a flywheel body **423** that may be similar to a flywheel body as described herein for example.

[0310]   However, the rotation-support body **420** defines a first internal fluid conduit **424** on a first side of the flywheel body **423** and a second internal fluid conduit **425** on a second side of the flywheel body **423** opposite the first side. The first internal fluid conduit **424** extends only on the first side of the flywheel body **423**, and the second internal fluid conduit **425** extends only on the second side of the flywheel body **423**, although alternative embodiments may differ. The first internal fluid conduit **424** has first and second openings shown generally at **426** and **427** on the first side of the flywheel body **423**, and the second internal fluid conduit **425** has third and fourth openings shown generally at **428** and **429** on the second side of the flywheel body **423**.

[0311]   The first internal fluid conduit **424** includes a separator body **430** separating first and second portions shown generally at **431** and **432** of the first internal fluid conduit **424**. The first portion **431** is in fluid communication with the first opening **426**. The second portion **432** is in fluid communication with the second opening **427**. A transition portion shown generally at **433** is in fluid communication with the first and second portions **431** and **432**. As a result, cooling fluid from the coolant source **417** may be directed into the first opening **426**, from the first opening **426** through the first portion **431** to the transition portion **433**, from the transition portion **433** through the second portion **432**, and from the second portion **432** out the second opening **427**. The second internal fluid conduit **425** also includes a first portion in fluid communication with the third opening **428**, a second portion in fluid communication with the fourth opening **429**, and a transition portion in fluid communication with the first and second portions so that cooling fluid from the coolant source **417** may be directed into the third opening **428**, through the second internal fluid conduit **425**, and out the fourth opening **429** as described above with respect to the first internal fluid conduit **424**.

[0312]   The first internal fluid conduit **424** is surrounded by and positioned near the bearing **421**, and the second internal fluid conduit **425** is surrounded by and positioned near the bearing **422**. Therefore, cooling fluid passing through the first and second internal fluid conduits **424** and **425** may cool the bearings **421** and **422** respectively. Because the first internal fluid conduit **424** extends only on the first side of the flywheel body **423** and the second internal fluid conduit **425** extends only on the second side of the flywheel body **423**, cooling may be focused on the bearings **421** and **422**, although alternative embodiments may differ.

[0313]   In the embodiment of FIG. **60**, cooling fluid from the coolant source **417** is directed through the first and second internal fluid conduits **424** and **425** in parallel because a portion of cooling fluid from the coolant source **417** is directed through the first internal fluid conduit **424** to the coolant destination **418**, and a different portion of cooling fluid from the coolant source **417** is directed through the second internal fluid conduit **425** to the coolant destination **418**. However, in an alternative embodiment, cooling fluid from the coolant source **417** may be directed through the first and second internal fluid conduits **424** and **425** in series because at least some cooling fluid from the coolant source **417** may be directed through the first internal fluid conduit **424** and then through the second internal fluid conduit **425** to the coolant destination **418**, or through the second internal fluid conduit **425** and then through the first internal fluid conduit **424** to the coolant destination **418**.

[0314]   FIG. **61** illustrates a roll-stabilizer apparatus **434** according to another embodiment. The roll-stabilizer appa-

ratus **434** may be similar to the roll-stabilizer apparatus **419** and includes a first internal fluid conduit **435** that may be similar to the first internal fluid conduit **424**. The first internal fluid conduit **435** has first and second openings shown generally at **436** and **437** and includes a separator body **438** separating first and second portions shown generally at **439** and **440** of the first internal fluid conduit **435**. The first portion **439** is in fluid communication with the first opening **436**. The second portion **440** is in fluid communication with the second opening **437**. A transition portion shown generally at **441** is in fluid communication with the first and second portions **439** and **440**. As a result, cooling fluid from the coolant source **417** may be directed into the first opening **436**, from the first opening **436** through the first portion **439** to the transition portion **441**, from the transition portion **441** through the second portion **440**, and from the second portion **440** out the second opening **437**. However, unlike the separator body **430**, the separator body **438** is twisted and may include a turbulator, for example.

[0315]   FIG. **62** illustrates a roll-stabilizer apparatus **444** according to another embodiment. The roll-stabilizer apparatus **444** may be similar to the roll-stabilizer apparatus **419** and includes a first internal fluid conduit **445** that may be similar to the first internal fluid conduit **424**. The first internal fluid conduit **445** has first and second openings shown generally at **446** and **447** and includes a separator body **448** separating first and second portions shown generally at **449** and **450** of the first internal fluid conduit **445**. The first portion **449** is in fluid communication with the first opening **446**. The second portion **450** is in fluid communication with the second opening **447**. A transition portion shown generally at **451** is in fluid communication with the first and second portions **449** and **450**. As a result, cooling fluid from the coolant source **417** may be directed into the first opening **446**, from the first opening **446** through the first portion **449** to the transition portion **451**, from the transition portion **451** through the second portion **450**, and from the second portion **450** out the second opening **447**. However, unlike the separator body **430**, the separator body **448** is tubular such that the first and second portions **449** and **450** may be concentric, for example.

[0316]   In general, the second internal fluid conduit **425**, or other second internal fluid conduits as described herein for example, may include separator bodies such as the separator body **438** or **448**.

[0317]   FIG. **63** illustrates the rotation-support body **420** including a unitary body **452** including the first and second internal fluid conduits **424** and **425**.

[0318]   FIG. **64** illustrates a rotation-support body **453** according to another embodiment. The rotation-support body **453** may function similarly to the rotation-support body **420** but includes first and second rotation-support-body portions **454** and **455**. The first rotation-support-body portion **454** includes a first internal fluid conduit **456** that may be similar to the first internal fluid conduit **424**, **435**, or **445**, for example. The first rotation-support-body portion **454** is attached or fixed to a bearing **457** that may function similarly to the bearing **252** or **421**, for example. The second rotation-support-body portion **455** includes a second internal fluid conduit **458** that may be similar to the second internal fluid conduit **425**, for example. The second rotation-support-body portion **455** is attached or fixed to a bearing **459** that may function similarly to the bearing **253** or **422**, for example.

[0319]   The first and second rotation-support-body portions **454** and **455** are slidable relative to each other along a central-rotation axis **460** of the rotation-support body **453**,

which may also be a central-rotation axis of a flywheel-support body (such as the flywheel-support body **234**) including the rotation-support body **453**. In the embodiment shown, portions of the first and second rotation-support-body portions **454** and **455** are telescopically slidable, but alternative embodiments may differ. Such sliding of the first and second rotation-support-body portions **454** and **455** are slidable relative to each other may accommodate differential thermal expansion and contraction without requiring the bearing **457** or **459** to slide relative to a unitary body such as the unitary body **452**.

[0320] Because sliding of the first and second rotation-support-body portions **454** and **455** relative to each other may accommodate differential thermal expansion and contraction without requiring the bearing **457** or **459** to slide relative to a unitary body such as the unitary body **452**, an inner race **474** of the bearing **457** may be fixed to the first rotation-support-body portion **454** and an inner race **475** of the bearing **459** may be fixed to the second rotation-support-body portion **455**, for example by interference press-fitting. Because the inner race **474** may be fixed to the first rotation-support-body portion **454** and the inner race **475** may be fixed to the second rotation-support-body portion **455**, one or more compressible bodies may be positioned between the inner race **474** and the first rotation-support-body portion **454** and between the inner race **475** and the second rotation-support-body portion **455**. For example, FIG. **67** illustrates two compressible bodies **476** and **477** between the inner race **495** and the unitary body **452**. Such a compressible body may include a tolerance ring as shown in FIG. **68**.

[0321] FIG. **65** illustrates a rotation-support body **461** according to another embodiment. The rotation-support body **453** includes first and second rotation-support-body portions **462** and **463** may function similarly to the rotation-support body **453**, although the rotation-support body **461** defines an internal fluid conduit shown generally at **464** that, like the internal fluid conduit **254**, extends to opposite sides of a flywheel body supported by the rotation-support body **461**.

[0322] FIG. **66** illustrates a rotation-support body **465** according to another embodiment. The rotation-support body **465** may be similar to other rotation-support bodies as described herein and includes an internal fluid conduit **466** including first and second portions shown generally at **467** and **468**. The first portion **467** may receive a cooling fluid as described above with reference to the first portion of the second internal fluid conduit **425**. However, instead of passing cooling fluid from the first portion **467** to a transition portion such as the transition portion **433**, **441**, or **451**, cooling fluid from the first portion **467** passes through a through-opening shown generally at **469** in the rotation-support body **465** to a heat-transfer body **470** that may surround a portion of the rotation-support body **465**. The heat-transfer body **470** defines a fluid channel shown generally at **471** in fluid communication with the through-opening **469**. The fluid channel **471** extends within the heat-transfer body **470** partly around the rotation-support body **465** and is in fluid communication with a through-opening shown generally at **472** in the rotation-support body **465** and in fluid communication with the second portion **468**.

[0323] Therefore, cooling fluid received at an opening (such as the third opening **428**) may enter the first portion **467** from such an opening and pass through the first portion **467**, from the first portion **467** through the through-opening **469** to the fluid channel **471**, through the fluid channel **471** to the through-opening **472**, through the through-opening **472** to the second portion **468**, through the second portion

**468** to an opening (such as the fourth opening **429**), and out such an opening. As a result, such cooling fluid may cool at least the heat-transfer body **470**.

[0324] The heat-transfer body **470** is positioned thermally coupled to a bearing **473** that may be similar to the bearing **253** or **422** so that cooling the heat-transfer body **470** may cool the bearing **473**. The heat-transfer body **470** may be thermally coupled to the bearing **473** by direct contact or indirect contact through one or more heat-conducting bodies, a heat-conducting pad, a heat-conducting paste, or two or more thereof. At least some thermal contact between the heat-transfer body **470** and bearing **473** is independent of the rotation-support body **465**. At least some thermal contact between the heat-transfer body **470** and bearing **473** is radially outward from the rotation-support body **465**. At least a portion of the heat-transfer body **470** overlaps radially with at least a portion of bearing **473**. At least a portion of the fluid channel is radially outward from the rotation-support body **465**. At least a portion of the fluid channel overlaps radially with at least a portion of bearing **473**.

Electric Motor/Generator

[0325] Referring back to FIGS. **26** and **27**, the flywheel-support body **234** also includes electric motor/generator and **259** electrically connected (either directly or indirectly, such as indirectly through the roll-stabilizer controller **109**) to the roll-stabilizer energy-storage device **110** (shown in FIG. **1**) such that the electric motor/generator **259** may use electric energy stored by the roll-stabilizer energy-storage device **110** to apply a torque to the flywheel body **235** around the spin axis of rotation **237** relative to the flywheel-support body **234**. In some embodiments, the electric motor/generator **259** may have multiple different windings to facilitate generating different torque profiles, which may provide higher rates of acceleration or deceleration. As used herein, the term "electric motor/generator" excludes any electrical or other connections, such as wires, studs, or plugs.

[0326] Further, the electric motor/generator **259** may convert rotational kinetic energy, from rotation of the flywheel body **235** around the spin axis of rotation **237** relative to the flywheel-support body **234**, to electrical energy, and the electric motor/generator **259** is electrically connected to the roll-stabilizer energy-storage device **110** such that the roll-stabilizer energy-storage device **110** may receive and store such electrical energy converted from such rotational kinetic energy. Of course, the embodiment shown is an example only, and alternative embodiments may vary. For example, in some alternative embodiments, the electric motor/generator **259** may be electrically connected to a dedicated roll-stabilizer energy-storage device (not shown) that is external to the roll-stabilizer assembly **107** and distinct from both the main energy-storage device **105** and the roll-stabilizer energy-storage device **110**.

[0327] In the embodiment shown, the electric motor/generator **259** is located entirely within the internal cavity **247** of the flywheel-support body **234**. As such, when the internal cavity **247** contains the flywheel body **235** in an internal environment different than an ambient external environment, the electric motor/generator **259** will also be contained in this internal environment. In such embodiments, electrical connections (not shown) to the electric motor/generator **259** could pass through the housing **246** into the internal cavity **247**.

[0328] The electric motor/generator **259** is an examples only, and alternative embodiments may differ. For example, an alternative embodiment may include only electric motors, or may include an electric motor and an electric generator

29

separate from the electric motor. Further, an alternative embodiment may include numbers of electric motors, electric generators, or electric motor/generators that may differ from the electric motor/generator **259**. Also, alternative embodiments could generate torque in other ways. For example, alternative embodiments may include a hydraulic pump and motor, or could use air power.

Mounting Body

[0329]    Referring now to FIGS. **25** to **27** and **29** to **31**, the mounting body **236** includes a base **260** attachable to one or more other structures in the roll-stabilizer assembly **107**, which may be attached to the hull **101** directly or indirectly to attach mounting body **236**, and thus the roll-stabilizer apparatus **233**, to the hull **101**. However, in alternative embodiments, the roll-stabilizer apparatus **233** may be attached directly or indirectly to the hull **101** in other ways, or the roll-stabilizer apparatus **233** may not be attached to any hull or to any marine vessel. Therefore, in some embodiments, measurements of linear acceleration, of rotational acceleration, of orientation, or a combination of two or more thereof of the hull **101**, relative to an inertial frame of reference or another frame of reference, by the inertial measurement unit **111** may indicate such acceleration, orientation, or both of the mounting body **236** relative to such a frame of reference. In other embodiments, the roll-stabilizer apparatus **233** may itself have an onboard inertial measurement unit (not shown), for example attached to the flywheel-support body **234**. Therefore, references herein to movement, acceleration, or orientation of the mounting body **236**, relative to an inertial frame of reference or another frame of reference, may refer to movement, acceleration, or orientation, relative to such a frame of reference, of the inertial measurement unit **111** or of any other location that may be attached directly or indirectly to the mounting body **236** or that may otherwise move with mounting body **236**.

[0330]    The base **260** includes base structures **261**, **262**, **263**, and **264**, which, when assembled together, form the base **260**. The base structure **263** includes a precession bearing mount **265**, and the base structure **264** includes a precession bearing mount **266**. The mounting body **236** further includes precession bearings **267** and **268** mounted on the precession bearing mounts **265** and **266**, respectively. The precession bearings **267** and **268** interface with the flywheel-support body **234** and are operable to support rotation of the flywheel-support body **234** relative to the base **260** of the mounting body **236** around a precession axis **269**.

[0331]    The base structures **261**, **262**, **263**, and **264** are spaced apart from each other to define a space between the base structures **261**, **262**, **263**, and **264** to receive the flywheel-support body **234**. The space between the base structures **261**, **262**, **263**, and **264** is sized and shaped to permit rotation of the flywheel-support body **234** relative to the mounting body **236** around the precession axis **269**. In the embodiment shown, the precession axis **269** is generally perpendicular to the spin axis of rotation **237** of the flywheel body **235**. However, in alternative embodiments, the precession axis **269** may be non-parallel to, and not necessarily perpendicular to, the spin axis of rotation **237**.

[0332]    In some embodiments, movement of the flywheel-support body **234** relative to the mounting body **236** may be constrained to rotation of the flywheel-support body **234** relative to the mounting body **236** around the precession axis **269**. However, alternative embodiments may differ. For example, in alternative embodiments, the flywheel-support body **234** may be mounted for both translation and rotation

relative to the mounting body **236**, for example using a linkage such as a four-bar linkage.

Precession Bearings

[0333]    Referring now to FIGS. **26**, **27**, **29**, and **30**, in the embodiment shown, the precession bearings **267** and **268** support the flywheel-support body **234** by being positioned in and interfacing with precession bearing sockets, shown generally at **270** and **271**, which are integrated directly into the housing body **244** of the flywheel-support body **234**. FIG. **29** provides a more detailed view of the precession bearing socket **271** for precession bearing **268**. The precession bearings **267** and **268** in the embodiment shown are mechanical bearings. Considering as an example the precession bearing **267** as shown in greater detail in FIG. **30**, the precession bearing **267** includes an outer precession race **272** and an inner precession race **273**. The outer precession race **272** is fixed to the housing body **244** within the precession bearing socket **270**, while the inner precession race **273** interfaces with the precession bearing mount **265** of the base structure **263** of the mounting body **236**. In some embodiments, the inner precession race **273** may be fixed to the precession bearing mount **265**. However, in other embodiments, the inner precession race **273** may be a "floating" inner precession race, movable axially along the precession bearing mount **265** (i.e., along the precession axis **269**). A "floating" inner race may be required to accommodate thermal expansion. The outer precession race **272** is operable to rotate relative to the inner precession race **273** and thus relative to the precession bearing mount **265** and, ultimately, the mounting body **236**. As such, each of the precession bearings **267** and **268** includes an outer precession body (i.e., the outer precession race **272** of the precession bearing **267**) that is rotatable relative to the mounting body **236**, and rotation of these outer precession bodies enables the flywheel-support body **234** to rotate relative to the mounting body **236**. Of course, the embodiment shown is an example only, and alternative may differ. For example, alternative embodiments may include a different number of precession bearings. Other alternative embodiments may include bearings other than mechanical bearings.

Precession-Control Devices

[0334]    Referring now to FIGS. **25** to **27** and **31** to **35**, the mounting body **236** also includes precession-control devices **274** and **275** operable to control rotation of the flywheel-support body **234** relative to the mounting body **236** around the precession axis **269**. In general, a precession-control device may include an actuator, which may be a linear actuator or a torsional actuator, and which may be an electromechanical actuator, a screw actuator, a hydraulic actuator, or a pneumatic actuator. Further, a precession-control device may include a shock absorber, a damper, an electric generator, or another device that can apply a resistive torque to the flywheel-support body **234** relative to the mounting body **236** to dampen the rotation of the flywheel-support body **234** relative to the mounting body **236**.

[0335]    The precession-control device **274** includes a linear actuator **276** (such as a screw actuator, for example) and a precession linkage **277**. The linear actuator **276** includes a mounting body end **278** and a force-transfer body end **279**. The precession linkage **277** includes a first force-transfer body **280** and a second-force transfer body **281**. The first force-transfer body **280** includes a flywheel-support body end **282** and an actuator end **283**. The second-force transfer body **281** includes a force-transfer linkage end **284** and a

constraining end **285**. The mounting body end **278** of the linear actuator **276** is rotatably attached to the base structure **263** of the base **260**. The flywheel-support body end **282** of the first force-transfer body **280** is rotatably attached to the flywheel-support body **234**. The actuator end **283** of the first force-transfer body **280** is rotatably attached to the force-transfer body end **279** of the linear actuator **276** and also to the force-transfer linkage end **284** of the second force-transfer body **281**. The constraining end **285** of the second force-transfer body **281** is rotatably attached to the base structure **263** of the base **260**. Through the rotatable connections described above, the first force-transfer body **280** is connected to both the linear actuator **276** and the flywheel-support body **234**, and is therefore operable to transfer force between the linear actuator **276** and the flywheel-support body **234**. Further, the rotatable connection between the first force-transfer body **280** and the flywheel-support body **234** is positioned at a distance away from the precession axis **269**, such that linear extension or contraction of the linear actuator **276** may, by transferring force through the first force-transfer body **280**, apply a torque to and cause and/or resist rotation of the flywheel-support body **234** relative to the base **260** of the mounting body **236**, and, correspondingly, such that rotation of the flywheel-support body **234** around the precession axis **269** relative to the base **260** may cause linear extension or contraction of the linear actuator **276**. The rotatable connection between the mounting body end **278** of the linear actuator **276** and the base structure **263**, together with the second-force transfer body **281** and its rotatable connections to the first force-transfer body **280** and the base structure **263**, constrain a range of motion of the flywheel-support body **234**, the linear actuator **276**, and the first force-transfer body **280** such that the force transferred through the first force-transfer body **280** may be close to linearly related to the torque applied to the flywheel-support body **234**.

[0336]    Similarly, the precession-control device **275** includes a linear actuator **286** and a precession linkage **287**. The linear actuator **286** includes a mounting body end **288** and a force-transfer body end **289**. The precession linkage **287** includes a first force-transfer body **290** and a second force-transfer body **291**. The first force-transfer body **290** includes a flywheel-support body end **292** and an actuator end **293**. The second force-transfer body **291** includes a force-transfer linkage end **294** and a constraining end **295**. The mounting body end **288** of the linear actuator **286** is rotatably attached to the base structure **264** of the base **260**. The flywheel-support body end **292** of the first force-transfer body **290** is rotatably attached to the flywheel-support body **234**. The actuator end **293** of the first force-transfer body **290** is rotatably attached to the force-transfer body end **289** of the linear actuator **286** and also to the force-transfer linkage end **294** of the second force-transfer body **291**. The constraining end **295** of the second force-transfer body **291** is rotatably attached to the base structure **264** of the base **260**. Through the rotatable connections described above, the first force-transfer body **290** is connected to both the linear actuator **286** and the flywheel-support body **234**, and is therefore operable to transfer force between the linear actuator **286** and the flywheel-support body **234**. Further, the rotatable connection between the first force-transfer body **290** and the flywheel-support body **234** is positioned at a distance away from the precession axis **269**, such that linear extension or contraction of the linear actuator **286** may, by transferring force through the first force-transfer body **290**, apply a torque to and cause rotation of the flywheel-support body **234** around the precession axis **269** relative to the base **260**

of the mounting body **236**, and, correspondingly, such that rotation of the flywheel-support body **234** around the precession axis **269** relative to the base **260** may cause linear extension or contraction of the linear actuator **286**. The rotatable connection between the mounting body end **288** of the linear actuator **286** and the base structure **264**, together with the second force-transfer body **291** and its rotatable connections to the first force-transfer body **290** and the base structure **263**, constrain a range of motion of the flywheel-support body **234**, the linear actuator **286**, and the first force-transfer body **290** such that the force transferred through the first force-transfer body **290** may be close to linearly related to the torque applied to the flywheel-support body **234**. FIGS. 33 to 35 provide a demonstration of this force-transfer relationship.

[0337]    In the embodiment, each of the rotatable connections between the flywheel-support body **234** and the first force-transfer bodies **280** and **290** of the precession-control devices **274** and **275**, respectively, is positioned such that it at least partly overlaps with a width of the precession bearings **267** and **268**, respectively, along the precession axis **269**. More specifically, as shown in particular in FIG. 2, the housing body **244** of the flywheel-support body **234** includes a linkage socket shown generally at **296** which is positioned such that it at least partly overlaps with a width of the precession bearing **267** along the precession axis **269**, and also includes a linkage socket shown generally at **297** which is positioned such that it at least partly overlaps with a width of the precession bearing **268** along the precession axis **269**. The flywheel-support body ends **282** and **292** of the first force-transfer bodies **280** and **290**, respectively, are rotatably connected to the housing body **244** within the linkage sockets **296** and **297**, respectively. Similarly, each of the rotatable connections between the first force transfer bodies **280** and **290** and the second force-transfer bodies **281** and **291**, between the first force transfer bodies **280** and **290** and the linear actuators **276** and **286**, between the linear actuators **276** and **286** and the base structures **263** and **264**, and between the second force-transfer bodies **281** and **291** and the base structures **263** and **264** is positioned such that it at least partly overlaps with a width of the precession bearings **267** and **268** along the precession axis **269**.

[0338]    Thus, each of the precession-control devices **274** and **275** is operable to apply a force at least partly overlapping a width of a respective precession bearing (i.e., the precession bearing **267** or the precession bearing **268**, respectively) along the precession axis **269**. Furthermore, because the precession bearings **267** and **268** are fixed to the flywheel-support body **234** within the precession bearing sockets **270** and **271**, respectively, which are integrated directly into the flywheel-support body **234**, the precession-control devices **274** and **275** are operable to apply forces to the flywheel-support body **234** at least partly overlapping a width of the precession bearings along the precession axis **269**. Compared to other embodiments that have linkages occupying space between the mounting body **236** and the flywheel-support body **234** (and thus requiring a gap along the precession axis **269** between the mounting body **236** and the flywheel-support body **234**), the configuration of the embodiment shown may permit a larger allowable size of the flywheel body **235** for a given size of the roll-stabilizer apparatus **233**.

[0339]    For example, with reference to FIG. 25, the size of the roll-stabilizer apparatus **233** may be considered to be represented by a width W of the base **260** of the mounting body **236** along the precession axis **269**, extending from an outermost surface of the base structure **263** to an outermost

US 2024/0400167 A1

Dec. 5, 2024

31

surface of the base structure **264**. Similarly, with reference to FIG. **27**, the size of the flywheel body **235** may be considered to be represented by a diameter D of the flywheel body **235**. Using these definitions, the configuration of the embodiment shown may allow a ratio of the diameter D to the width W to be greater than 62%. For example, in the embodiment shown, the ratio D:W may be about 63%, about 64%, about 65%, about 66%, about 67%, about 68%, about 69%, about 70%, about 71%, about 72%, about 73%, or about 74%. A larger flywheel body (i.e., with a larger radius) may generally allow a greater moment of inertia. Because of this, larger flywheel bodies may generally require a lower rotation speed to achieve a given angular momentum for roll stabilization. Lower operational rotation speeds may be advantageous because they can correspond to longer bearing life and lower power draw. Additionally, at lower speeds, there is less energy stored in the flywheel, which corresponds to shorter spin-up/spin-down times, as well as greater safety.

[0340]    The description above refers to widths of precession bearings along the precession axis **269** and refers to a width W of the base **260** along the precession axis **269**. Such widths may describe embodiments in which the precession axis **269** extends horizontally and perpendicular to the longitudinal axis **106**, namely transversely relative to the hull **101**. However, references to widths of precession bearings and to a width W of a base may be understood more generally as references to dimensions that may be but are not necessarily widths. For example, in an embodiment in which a precession axis is vertical, generally vertical, or normal to or otherwise outside of a plane including longitudinal and transverse axes of at least one hull, references to widths of precession bearings and to a width W of a base may be understood as references to vertical or other dimensions that are not necessarily widths.

[0341]    FIG. 56 illustrates a roll-stabilizer assembly shown generally at **409** that may be similar to the roll-stabilizer assembly **107** or that may include a different roll-stabilizer apparatus such as a roll-stabilizer apparatus as described herein for example. The roll-stabilizer apparatus of the roll-stabilizer assembly **409** includes a flywheel body such as one of the flywheel bodies described herein for example, and the flywheel body has a mass m and a moment of inertia I. The roll-stabilizer apparatus of the roll-stabilizer assembly **409** also includes a flywheel-support body such as one of the flywheel-support bodies described herein for example, and the flywheel-support body has a central-rotation axis such as the central-rotation axis **141** or **248**, for example. The roll-stabilizer assembly **409** has a largest transverse dimension **410** (or w) transverse to the central-rotation axis of the flywheel-support body of the roll-stabilizer apparatus of the roll-stabilizer assembly **409**.

[0342]    In some embodiments, a ratio of

$$\frac{I}{mw^2}$$

is greater than 0.34, greater than 0.35, greater than 0.36, greater than 0.37, greater than 0.38, greater than 0.39, greater than 0.40, greater than 0.41, greater than 0.42, greater than 0.43, greater than 0.44, greater than 0.45, greater than 0.46, greater than 0.47, greater than 0.48, greater than 0.49, greater than 0.50, greater than 0.51, greater than 0.52, greater than 0.54, or greater than 0.54.

Flywheel Controller

[0343]    Referring now to FIGS. **25** and **26**, in the embodiment shown, the flywheel-support body **234** includes a flywheel controller **298** in communication with the roll-stabilizer controller **109** (shown in FIG. **1**) and with the electric motor/generator **259**. The flywheel controller **298** may receive one or more control signals from the roll-stabilizer controller **109**, and the flywheel controller **298** may in turn send one or more control signals to the electric motor/generator **259** to control the torque applied by the electric motor/generator **259** to the flywheel body **235** around the spin axis of rotation **237**, and/or the speed of rotation of the flywheel body **235** around the spin axis of rotation **237**. Mounting of the flywheel controller **298** directly on the flywheel-support body **234** may minimize an amount of wiring required to provide control of the electric motor/generator **259**. In some embodiments, the flywheel controller **298** may send one or more control signals to the electric motor/generator **259** to control the electric motor/generator **259** to vary the speed at which the flywheel body **235** rotates around the spin axis of rotation **237** depending on sea conditions. For example, the flywheel controller **298** may send control signals to the electric motor/generator **259** to cause the flywheel body **235** to rotate slowly in calm seas, which may save energy, and may send control signals to the electric motor/generator **259** to cause the flywheel body **235** to rotate quickly in rough seas, thus providing greater stabilization. This variable rotation speed control of the flywheel body **235** provided by the flywheel controller **298** may include multiple flywheel body **235** rotation speeds, or a continuous range of flywheel body **235** rotation speeds.

Brake Circuit

[0344]    Referring now to FIG. **36**, in some embodiments, the electric motor/generator **259** may also be in electrical communication with a brake circuit such as brake circuit **299**. The brake circuit **299** includes a resistor bank **300** and a switch bank **301**. In the embodiment shown, the resistor bank **300** includes resistors **302**, **303**, and **304**, and the switch bank **301** includes switches **305**, **306**, and **307**. The switches **305**, **306**, and **307** are operable to reversibly electrically connect the electric motor/generator **259** to the resistors **302**, **303**, and **304**. Connection of the electric motor/generator **259** to the resistors **302**, **303**, and **304** may short circuit phase windings **308**, **309**, and **310** of the electric motor/generator **259** and may thus cause the electric motor/generator **259** to apply a resistive torque to the flywheel body **235** relative to the flywheel-support body **234** to dampen the rotation of the flywheel body **235** relative to the flywheel-support body **234**. In the embodiment shown in FIG. **36**, the brake circuit **299** is in communication with the roll-stabilizer controller **109** to receive one or more control signals from the roll-stabilizer controller **109**. For example, the roll-stabilizer controller **109** may be operable to provide braking signals to the brake circuit **299**. In response to these braking signals, the switches **305**, **306**, and **307** of the brake circuit **299** may be configured to connect the electric motor/generator **259** to the resistors **302**, **303**, and **304**. The switches **305**, **306**, and **307** may also be configured to connect the electric motor/generator **259** to the resistors **302**, **303**, and **304** in response to, for example, a failure of the roll-stabilizer controller **109**.

Operation

[0345]    Each of the precession-control devices **274** and **275** is also in communication with the roll-stabilizer controller **109** to receive one or more control signals from the roll-stabilizer controller **109**. The one or more control signals received from the roll-stabilizer controller **109** may be used to control the precession-control devices **274** and **275**, as described above with respect to the precession-control devices **120** and **121** of the roll-stabilizer apparatus **108**. Further, each of the precession-control devices **274** and **275** is an electromechanical actuator operable to extend and contract to apply a torque to, and to rotate, the flywheel-support body **234** around the precession axis **269** relative to the base **260** in response to, at, least, one or more control signals from the roll-stabilizer controller **109**. Such a torque applied by the precession-control devices **274** and **275** may differ from a resistive torque because, for example, a torque applied by the precession-control devices **274** and **275** may cause rotation of the flywheel-support body **234** around the precession axis **269** relative to the base **260** in a same direction as the applied torque, and the applied torque may be independent of rotation of the flywheel-support body **234** around the precession axis **269** relative to the base **260**.

[0346]    Further, each of the precession-control devices **274** and **275** is operable to generate electrical energy from rotation of the flywheel-support body **234** around the precession axis **269** relative to the base **260** and thereby dampen precession of the flywheel-support body **234** around the precession axis **269** relative to the base **260**. The precession-control devices **274** and **275** are electrically connected to the roll-stabilizer energy-storage device **110** such that electrical energy generated by the precession-control devices **274** and **275** may be stored by the roll-stabilizer energy-storage device **110**.

[0347]    Referring now to FIG. **37**, in some embodiments, each of the linear actuators **276** and **286** of the precession-control devices **274** and **275** may have an actuator motor, such as actuator motor **311**. The actuator motor **311** may be in electrical communication with a damping circuit such as damping circuit **312**. The damping circuit **312** includes a resistor bank **313** and a switch bank **314**. In the embodiment shown, the resistor bank **313** includes resistors **315**, **316**, and **317**, and the switch bank **314** includes switches **318**, **319**, and **320**. The switches **318**, **319**, and **320** are operable to reversibly electrically connect the actuator motor **311** to the resistors **315**, **316**, and **317**. Connection of the actuator motor **311** to the resistors **315**, **316**, and **317** may short circuit phase windings **321**, **322**, and **323** of the actuator motor **311** and may thus cause the actuator motor **311** to apply a resistive torque to the flywheel-support body **234** relative to the mounting body **236** to dampen the rotation of the flywheel-support body **234** relative to the mounting body **236**. In some embodiments, the damping circuit **312** may be in communication with the roll-stabilizer controller **109** to receive one or more control signals from the roll-stabilizer controller **109**. For example, the roll-stabilizer controller **109** may be operable to provide damping signals to the damping circuit **312**. In response to these damping signals, the switches **318**, **319**, and **320** may be configured to connect the actuator motor **311** to the resistors **315**, **316**, and **317**. The switches **318**, **319**, and **320** may also be configured to connect the actuator motor **311** to the resistors **315**, **316**, and **317** in response to, for example, a failure of the roll-stabilizer controller **109** or a loss of power.

[0348]    In some embodiments, minimizing backlash or lost motion between the flywheel-support body **234** and the precession-control devices **274** and **275**, or between the mounting body **236** and the precession-control devices **274** and **275**, may be important for controlling stability.

[0349]    However, alternative embodiments may differ. For example, alternative embodiments may include more or fewer precession-control devices that may differ from the precession-control devices **274** and **275**. For example, a precession-control device according to an alternative embodiment may include a different electromechanical actuator, a different electric generator, or both, and some embodiments may omit such precession-control devices. Further, alternative embodiments may differ and may include hydraulic actuators, torsional actuators, or both, for example. Also, precession-control devices of alternative embodiments need not be actuators, but could apply only resistive forces or torques that simply resist or dampen movement of the flywheel-support body **234** relative to the mounting body **236**.

Other Precession-Control Devices

[0350]    One example of an alternative embodiment with a different precession-control device is provided in FIGS. **38** and **39**. In FIG. **38**, a roll-stabilizer apparatus according to this alternative embodiment is shown generally at **324** and, similar to the roll-stabilizer apparatus **233**, includes a fly-wheel-support body **325**, a flywheel body (not shown) inside the flywheel-support body **325**, a mounting body **326**, and a precession-control device **327**. The precession-control device **327** of the roll-stabilizer apparatus **324** is similar to the precession-control devices **274** and **275** of the roll-stabilizer apparatus **233**, and is operable to control rotation of the flywheel-support body **325** relative to the mounting body **326** around a precession axis **328**.

[0351]    As with the precession axis of rotation **119** and the precession axis **269**, the precession axis **328** in some embodiments may extend horizontally and perpendicular to the longitudinal axis **106**, namely transversely relative to the hull **101**. However, alternative embodiments may differ. For example, in some embodiments, the precession axis **328** may extend vertically or in another direction that is not parallel (and that may be perpendicular) to the longitudinal axis **106** of the marine vessel **100**.

[0352]    However, as shown in greater detail in FIG. **39**, the precession-control device **327** has a different configuration than the precession-control devices **274** and **275**. More specifically, the precession-control device **327** includes an actuator **329** (such as a screw actuator, for example), a first force-transfer body **330**, and a second force-transfer body **331**. The actuator **329** includes a mounting body end **332** and a force-transfer body end **333**; the first force-transfer body **330** includes a constraining end **334**, an actuator end **335**, and a force-transfer linkage portion **336**; and the second force-transfer body **331** includes a force-transfer linkage end **337** and a flywheel-support body end **338**. The mounting body end **332** of the actuator **329** is rotatably attached to the mounting body **326**. The constraining end **334** of the first force-transfer body **330** is also rotatably attached to the mounting body **326**. The actuator end **335** of the first force-transfer body **330** is rotatably attached to the force-transfer body end **333** of the actuator **329**. The force-transfer linkage end **337** of the second force-transfer body **331** is rotatably attached to the force-transfer linkage portion **336**

33

of the first force-transfer body **330**. The flywheel-support body end **338** of the second force-transfer body **331** is rotatably attached to the flywheel-support body **325**. Through the rotatable connections described above, the first force-transfer body **330** and the second force-transfer body **331** are operable to transfer force between the actuator **329** and the flywheel-support body **325**. Further, the rotatable connection between the second force-transfer body **331** and the flywheel-support body **325** is positioned at a distance away from the precession axis **328**, such that linear extension or contraction of the actuator **329** may, by transferring force through the first force-transfer body **330** and the second force-transfer body **331**, apply a torque to and cause and/or resist rotation of the flywheel-support body **325** around the precession axis **328** relative to the mounting body **326**, and, correspondingly, such that rotation of the flywheel-support body **325** around the precession axis **328** relative to the mounting body **326** may cause linear extension or contraction of the actuator **329**.

Mounting Body

[0353] In the embodiment shown in FIGS. **25** and **26**, the base **260** of the mounting body **236** also includes mounting feet, such as mounting foot **339** and mounting foot **340** attached to the base structure **264**. The mounting feet **339** and **340** are operable to mount the base **260**, and thus the mounting body **236**, to at least one hull of a vessel, such as the hull **101** of the marine vessel **100**. In some embodiments, the mounting feet **339** and **340** may be interchangeable with other mounting feet to allow for different mounting configurations. For example, the mounting feet of some embodiments may allow for adjustable mounting or for mounting to non-flat surfaces.

[0354] The mounting feet **339** and **340** are examples only, and alternative embodiments may differ. For example, alternative embodiments may include openings, which may be threaded, to receive bolts or other structures that may mount the base **260**, and thus the mounting body **236**, to at least one hull of a vessel. Other embodiments may include clamps, connectable support bodies, or other structures that may be interchangeable and that may mount the base **260**, and thus the mounting body **236**, to at least one hull of a vessel.

[0355] As with the precession axis of rotation **119**, the precession axis **269** in some embodiments may extend horizontally and perpendicular to the longitudinal axis **106**, namely transversely relative to the hull **101**. However, alternative embodiments may differ. For example, in some embodiments, the precession axis **269** may extend vertically or in another direction that is not parallel (and that may be perpendicular) to the longitudinal axis **106** of the marine vessel **100**.

[0356] The mounting feet **339** and **340**, or other structures such as those described above for example, may be positioned, orientated, or both such that the mounting body **236** is configured to be attached to at least one hull of a marine vessel such that the precession axis **269** extends transversely relative to the at least one hull. Other mounting bodies, such as the mounting bodies **114** and **326**, may include similar mounting feet or other structures that as those described above to mount the mounting bodies to at least one hull of a vessel.

Interchangeability of Embodiments

[0357] Elements of embodiments as described above may be interchangeably used in other embodiments described above. For example, the flywheel assembly **115**, the stators **138** and **139**, and the axial active magnetic bearing **140** of the roll-stabilizer apparatus **108** may be interchangeable with the flywheel body **235**, the rotation-support body **250**, and the bearings **252** and **253** of the roll-stabilizer apparatus **233**. Similarly, the precession-control devices **274** and **275**, and/or the precession bearings **267** and **268**, of the roll-stabilizer apparatus **233** may be used to control and support rotation of the flywheel-support body **113** around the precession axis of rotation **119** in the roll-stabilizer apparatus **108**. The mounting feet **339** and **340** of the mounting body **236** of the roll-stabilizer apparatus **233** may also be used to mount the mounting body **114** of the roll-stabilizer apparatus **108** to the hull **101**.

CONCLUSION

[0358] Roll-stabilization apparatuses such as those described herein, for example, may be for marine vessels and may be preferable to other roll-stabilization apparatuses. For example, other active magnetic bearings may not have sufficient strength or controllability, or may be too large, for practical applications in roll stabilization.

[0359] Although specific embodiments have been described and illustrated, such embodiments should be considered illustrative only and not as limiting the invention as construed according to the accompanying claims.

1. A roll-stabilizer apparatus comprising:

a flywheel-support body comprising a rotation-support body;

a flywheel body surrounding at least a portion of the rotation-support body, wherein the rotation-support body supports the flywheel body for rotation relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body; and

a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation.

2. The roll-stabilizer apparatus of claim 1 further comprising at least one bearing operable to support the flywheel body for rotation relative to the flywheel-support body around the at least one axis of rotation, wherein:

the at least one bearing comprises at least one mechanical bearing;

the at least one mechanical bearing comprises:

an inner race; and

an outer race operable to rotate relative to the inner race and relative to the flywheel-support body; and

the outer race is fixed to the flywheel body.

3-12. (canceled)

13. The roll-stabilizer apparatus of claim 1 further comprising at least one bearing operable to support the flywheel body for rotation relative to the flywheel-support body around the at least one axis of rotation, wherein the at least one bearing comprises a first bearing and a second bearing and the rotation-support body comprises:

a first rotation-support-body portion attached to the first bearing; and

a second rotation-support-body portion attached to the second bearing and slidable relative to the first rotation-support-body portion.

14. (canceled)

US 2024/0400167 A1

**15.** (canceled)

**16.** The roll-stabilizer apparatus of claim **1** wherein:

the flywheel body defines at least an axial through hole; and

the at least a portion of the rotation-support body is positioned through the axial through hole such that the rotation-support body supports the flywheel body for rotation relative to the flywheel-support body around the at least one axis of rotation.

**17.** (canceled)

**18.** (canceled)

**19.** The roll-stabilizer apparatus of claim **1** wherein the rotation-support body defines at least a first internal fluid conduit comprising a first opening and a second opening, the first internal fluid conduit operable to convey a fluid through at least some of the rotation-support body between the first opening and the second opening.

**20-58.** (canceled)

**59.** The roll-stabilizer apparatus of claim **196** wherein the at least one precession-control device comprises at least one actuator.

**60.** The roll-stabilizer apparatus of claim **59** wherein:

the at least one actuator is rotatably attached to the mounting body;

the at least one precession-control device further comprises a first force-transfer body and a second force-transfer body;

the first force-transfer body is rotatably attached to each of the flywheel-support body, the at least one actuator, and the second force-transfer body;

the second force-transfer body is further rotatably attached to the mounting body; and

the first force-transfer body is operable to transfer force at least between the at least one actuator and the flywheel-support body.

**61.** The roll-stabilizer apparatus of claim **59** wherein:

the at least one actuator is rotatably attached to the mounting body;

the at least one precession-control device further comprises a first force-transfer body and a second force-transfer body;

the first force-transfer body is rotatably attached to each of the mounting body, the at least one actuator, and the second force-transfer body;

the second force-transfer body is further rotatably attached to the flywheel-support body; and

the first force-transfer body and the second force transfer body are operable to transfer force at least between the at least one actuator and the flywheel-support body.

**62-65.** (canceled)

**66.** The roll-stabilizer apparatus of claim **59** wherein the at least one actuator comprises at least one linear actuator.

**67.** The roll-stabilizer apparatus of claim **59** wherein the at least one actuator comprises at least one electromechanical actuator.

**68.** (canceled)

**69.** (canceled)

**70.** The roll-stabilizer apparatus of claim **59** wherein the at least one actuator is operable to apply a torque, independent of rotation of the flywheel-support body relative to the mounting body, to the flywheel-support body relative to the mounting body to rotate the flywheel-support body relative to the mounting body.

**71.** The roll-stabilizer apparatus of claim **59** wherein the at least one precession-control device is operable to convert rotational kinetic energy, from rotation of the flywheel-support body relative to the mounting body, to electrical energy.

**72-79.** (canceled)

**80.** The roll-stabilizer apparatus of claim **196** wherein the mounting body comprises at least one precession bearing operable to support the flywheel-support body for rotation relative to the mounting body around the precession axis, and wherein the at least one precession-control device is operable to apply a force at least partly overlapping a width of the at least one precession bearing along the precession axis.

**81.** (canceled)

**82.** (canceled)

**83.** The roll-stabilizer apparatus of claim **80** wherein the at least one precession bearing comprises an outer precession body surrounding an inner precession body, the outer precession body rotatable relative to the inner precession body and relative to the mounting body.

**84-119.** (canceled)

**120.** The roll-stabilizer apparatus of claim **71** further comprising at least one roll-stabilizer energy-storage device operable to store energy, wherein the at least one roll-stabilizer energy-storage device is electrically connected to receive, and operable to store, at least some of the electrical energy converted from the rotational kinetic energy from the rotation of the flywheel-support body relative to the mounting body.

**121-195.** (canceled)

**196.** A roll-stabilizer apparatus comprising:

a flywheel body;

a flywheel-support body supporting the flywheel body and permitting rotation of the flywheel body relative to the flywheel-support body around at least one axis of rotation comprising a spin axis of rotation of the flywheel body and a central-rotation axis of the flywheel-support body;

a mounting body supporting the flywheel-support body and permitting rotation of the flywheel-support body relative to the mounting body around a precession axis non-parallel to the at least one axis of rotation;

at least one precession-control device operable to control rotation of the flywheel-support body relative to the mounting body; and

a roll-stabilizer controller programmed to, at least, cause the at least one precession-control device to apply a torque to the flywheel-support body relative to the mounting body.

**197-222.** (canceled)

**223.** The roll-stabilizer apparatus of claim **196** wherein the roll-stabilizer controller is further programmed to, at least, control movement of at least one stabilizing fin.

**224.** The roll-stabilizer apparatus of claim **223** further comprising the at least one stabilizing fin on a vessel, wherein the roll-stabilizer controller is programmed to, at least, control at least the at least one precession-control device and the at least one stabilizing fin to resist rotation of the mounting body around a roll axis different from the spin axis of rotation and different from the precession axis.

**225.** (canceled)

**226.** The roll-stabilizer apparatus of claim **224** wherein the roll-stabilizer controller is programmed to, at least,

US 2024/0400167 A1

35

Dec. 5, 2024

control at least the at least one precession-control device and the at least one stabilizing fin to resist rotation of the mounting body according to an estimated rate of water flow laterally across a hull of the marine vessel.

**227**. (canceled)

**228**. The roll-stabilizer apparatus of claim **224** wherein the roll-stabilizer controller is programmed to, at least, control at least the at least one precession-control device and the at least one stabilizing fin to resist rotation of the mounting body around the roll axis by, at least:

causing the at least one precession-control device to resist rotation of the mounting body during a precession-control-device portion of a roll of the mounting body around the roll axis; and

causing the at least one stabilizing fin to resist rotation of the mounting body during a stabilizing-fin portion of the roll.

**229-280**. (canceled)

* * * * *

# ATTACHMENT AS-7

Page Vault

| | |
|---|---|
| Document title: | \| Dometicgroup undefined |
| Capture URL: | https://www.dometicgroup.com/en-us/investors/press-releases/dometic-expands-its-marine-business-with-new-innovative-gyrostabilizer-dometic-dg3 |
| Page loaded at (UTC): | Thu, 24 Apr 2025 03:47:47 GMT |
| Capture timestamp (UTC): | Thu, 24 Apr 2025 03:48:37 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 3bZNSrDQx9HZoPakJGtbBc |
| Display Name: | DPocius |

# DOMETIC EXPANDS ITS MARINE BUSINESS WITH NEW INNOVATIVE GYROSTABILIZER DOMETIC DG3

Miami FL, USA – February 12, 2025

**The introduction of the groundbreaking DG3 Gyrostabilizer marks Dometic's entry into the rapidly growing vessel stabilizer market. Leveraging its industry-leading engineering technology and seamless ecosystem, Dometic transforms the way boats stay steady amid waves and wakes, delivering a smooth, safe, and seasick-free ride for all.**



Outdoor and marine tech solutions leader Dometic today introduced its revolutionary gyrostabilizer DG3, designed to elevate the boating experience with its cutting-edge technology. This innovation not only enhances the ride for seasoned boaters but also opens up the market to those who have previously avoided boating due to motion sickness.

The DG3 leverages Dometic's proven technologies and advanced manufacturing expertise, seamlessly integrated with Dometic's extensive portfolio of world-class steering systems. This innovative system elevates vessel ride and roll control to a completely new level.

As the first in a planned series of advanced gyrostabilizers, the DG3 marks Dometic's entry into a new market, expanding its offerings into the rapidly growing vessel stabilizer sector. This move supports Dometic's continued growth in the marine industry.

The marine stabilizer market is growing rapidly, with significant growth in the leisure boat sector. The DG3 is specifically designed for the 35- to 41-foot boat market, serving as the first model in this new series.

**What is a vessel stabilizer?**

A vessel stabilizer is a device that helps minimize the rolling motion of a boat, ensuring a smoother sailing experience even in rough seas. It enhances passenger comfort, reduces motion sickness, and improves onboard security by maintaining stability in high waves or deep-water conditions.

**Why Dometic DG3?**

1.  **Groundbreaking spin up/down time**

The DG3 reduces spin-up time by more than 65%, reaching full readiness in just 16 minutes, compared to the typical 50 minutes required by current systems in the market. No more long waits—just get ready to sail out.

The system's downtime is equally impressive, fully lowering in just 20 minutes, a significant improvement over the eight or more hours (15X faster) required by current systems.

This means the DG3 minimizes energy consumption and allowing boaters to continue their activities—whether boating or fishing—without needing to adjust their plans to accommodate stabilization setup or downtime.

The system's downtime is equally impressive, fully lowering in just 20 minutes, a significant improvement over the eight or more hours (15X faster) required by current systems.

This means the DG3 minimizes energy consumption and allowing boaters to continue their activities—whether boating or fishing—without needing to adjust their plans to accommodate stabilization setup or downtime.

2.  **Highly energy efficient**

Dometic's solution revolutionizes energy use in gyrostabilizers. The system introduces innovations in energy storage and recapture, enabling the battery to recharge efficiently. It also incorporates Dometic's proprietary, industry-proven Inverted Roller Screw technology for true dynamic control and significantly improved roll reduction performance.

Featuring a slower-spinning flywheel, larger, more robust bearings, patent-pending inner race cooling, parallel path cooling, and a titanium heat exchanger, the DG3 is designed to stay cool and operate reliably. Overall, the DG3 reduces power consumption by an impressive 40% compared to competing solutions.

3.  **Fully electric**

Unlike other systems with hydraulic technology, DG3's Roller Screw technology provides actively controlled flywheel procession. Dometic's proprietary all-electric procession actuator replaces hydraulic actuators that require fluid and are prone to troublesome leaks. The solution enhances long-term durability, minimizes required service and reduces total cost of ownership.

"We're not just launching a new product, we're taking Dometic into an important new category for the global boating business," said Dometic Marine Segment President Eric Fetchko. **"**This introduction also exemplifies our ability to apply our revolutionary Inverted Roller Screw technology in new ways for the benefit of boaters worldwide. Response from our global boat building partners has been very positive, and we're already at work on expanding our gyrostabilizer series," added Fetchko. "We are excited about bringing this new technology to the marine market and exploring new ways we can integrate it with our other ride and control solutions in the future."

Dometic has designed the DG3 as an easy "drop-in" replacement for other comparably sized systems available in the market today. The DG3 fits within the same footprint and clearance specifications and features reversible mounting feet to address common challenges encountered by installers. To meet the needs of today's boating market, Dometic's DG3 is compatible with 12-, 24- and 48-volt house battery systems.

The Dometic DG3 is available for boat manufacturers around the world and the first customer has just announced their new boats with the DG3 as an option at Miami International Boat Show 2025.

[End]

**Note to Editors**

- Photos can be found here

**About Dometic**

Dometic is a global outdoor tech company on a mission to make mobile living easy. Leveraging our core expertise in cooling, heating, power & electronics, mobility, and space optimization, we empower more people to connect with nature and elevate their sense of freedom in the outdoors. We achieve this by creating smart, sustainable, and reliable products with outstanding design. Millions of people around the world use our products while camping and exploring nature with their cars, RVs, or boats. Our range of offerings includes installed products for land vehicles and boats, as well as standalone solutions for outdoor enthusiasts. We employ approximately 7,000 people globally and sell our products in more than 100 countries. In 2024, we reported net sales of SEK 25 billion (USD 2.3 billion) and are headquartered in Stockholm, Sweden.

**For more information on Dometic, please visit:**  http://www.dometic.com.

**PRESS CONTACT**

Minako Nakatsuma Olofzon

pr@dometic.com

+46 8 501 025 41

Laurie Louvier

Laurie.Louvier@dometic.com

+1 217 851 9000



The DG3 fits within the same footprint and clearance specifications, reducing potential issues to address common challenges encountered by installers. To meet the needs of today's boating market, Dometic's DG3 is compatible with 12-, 24- and 48-volt house battery systems.

The Dometic DG3 is available for boat manufacturers around the world and the first customer has just announced their new boats with the DG3 as an option at Miami International Boat Show 2025.

[End]

**Note to Editors**

- Photos can be found [here](here)

**About Dometic**

Dometic is a global outdoor tech company on a mission to make mobile living easy. Leveraging our core expertise in cooling, heating, power & electronics, mobility, and space optimization, we empower more people to connect with nature and elevate their sense of freedom in the outdoors. We achieve this by creating smart, sustainable, and reliable products with outstanding design. Millions of people around the world use our products while camping and exploring nature with their cars, RVs, or boats. Our range of offerings includes installed products for land vehicles and boats, as well as standalone solutions for outdoor enthusiasts. We employ approximately 7,000 people globally and sell our products in more than 100 countries. In 2024, we reported net sales of SEK 25 billion (USD 2.3 billion) and are headquartered in Stockholm, Sweden.

**For more information on Dometic, please visit:** [http://www.dometic.com](http://www.dometic.com).

**PRESS CONTACT**

Minako Nakatsuma Olofzon

[pr@dometic.com](mailto:pr@dometic.com)

+46 8 501 025 41

Laurie Louvier

[Laurie.Louvier@dometic.com](mailto:Laurie.Louvier@dometic.com)

+1 217 851 9000



**DometicDG3 FINAL FINAL**
**Download**



**Support**

Benefits enrollment guide

Machine-Readable Files (by UnitedHealthcare, UMR and HealthSCOPE)

**Contact us**

Headquarters

Investor Relations

Public Relations

© Dometic Group AB (publ)    Cookie Preferences    Privacy Notice    Cookie Notice    Terms of Use