# ATTACHMENT WC-1

## Redacted in its Entirety

# ATTACHMENT WC-2

# SEAKEEPER
## PROMOTIONAL MATERIALS



# PRINT ADVERTISING

18 print ads planned for 2025 within the marine industry.



# DIGITAL ADVERTISING







# BROCHURE



Source: Seakeeper Website
Link: Seakeeper-Sales-Brochure-EN.pdf

# WEBSITE – FAQ



Source: Seakeeper Website
Link: Air-Cooled Gyros vs. Seawater-Cooled Gyros | Gyro Stabilizers

# WEBSITE – FAQ



Source: Seekeeper Website
Link: What Makes a Seakeeper, A Seakeeper | Boat Gyro

# WEBSITE – FAQ



Source: Seakeeper Website
Link: How Does a Seakeeper Boat Stabilizer Work?

# WEBSITE – PRODUCT PAGES



Source: Seakeeper Website
Link: Seakeeper 3 | Gyro Stabilization for 36 to 39 ft Boats

# WEBSITE –
# HOW IT WORKS



Source: Seakeeper Website
Link: How Seakeeper Gyro Works ] Anti Boat Roll Technology

# VIDEO –
# HOW IT WORKS



Source: Seakeeper Website
Link: Seakeeper: How It Works - Cruising Yacht on Vimeo

# SALES PRESENTATION – OEM



Source: Seakeeper 2025 OEM Sales Presentation
Link: 2025 OEM Sales Presentation_Template.pptx

# SALES PRESENTATION – AFTERMARKET



Source: Seakeeper 2024 Aftermarket Sales Presentation
Link: 2024 Seakeeper Aftermarket Presentation .pptx

# ATTACHMENT WC-3

Redacted in its Entirety