IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | C.A. No. 25-cv-0484-RGA<br><br>**REDACTED VERSION**<br><br>**Jury Trial Demanded** |

### DECLARATION OF REBECCA SMITHA

REBECCA SMITHA, under penalty of perjury, declares that the following is true and correct:

1. I am the Chief Financial Officer at Seakeeper, Inc. ("Seakeeper"). I have worked at Seakeeper for almost 18 years in various capacities including Controller, and Vice President of Finance. My day-to-day responsibilities include overseeing finance, accounting, human resources, compliance, business systems and IT. Out of the about 300 employees at Seakeeper, I manage about 36 Seakeeper employees in HR, accounting, finance, business systems, compliance and information technology. In addition, I have extensive experience monitoring the relevant marine system marketplace and have gathered information both on competitive products and customer purchasing patterns and behavior.

2. I am fully familiar with the facts and circumstances underlying this matter, and I make this declaration in support of Plaintiff Seakeeper's motion for preliminary injunction barring Defendant Dometic Corporation ("Dometic") from continuing to make or sell gyroscopic stabilizers products that infringe Seakeeper's patents.

**Seakeeper's Products and the Creation of and Commercial Success in
the Gyroscopic Stabilizer Market for Vessels of All Sizes**

3.     Seakeeper is the global leader in marine stabilization. Seakeeper's innovative technology changes the boating experience by eliminating up to 95 percent of all boat roll, the rocking motion that causes seasickness, fatigue, and anxiety. Seakeeper has developed a growing catalog of models for an expanding range of boat sizes. Seakeeper's gyrostabilizer technology has been widely adopted, with tens of thousands of units installed and demand rapidly growing.

4.     Seakeeper operates through two primary sales channels: OEM (Original Equipment Manufacturer) sales and aftermarket sales. Approximately       of Seakeeper's business is driven by the OEM channel, in which its stabilization systems are sold directly to boat manufacturers and integrated into new boats during production. In these cases, Seakeeper products are offered either as standard equipment or as optional upgrades that customers can select when configuring a new vessel. This integration often involves close collaboration with the boat builder to ensure structural and mechanical compatibility, and the stabilizer is installed on the production line before delivery to the customer. The remaining portion of Seakeeper's business is comprised of aftermarket sales, where stabilizers are installed on existing boats already in use. Aftermarket customers typically work through Seakeeper's authorized dealer network, which evaluates the vessel for retrofit feasibility and completes the installation. This dual-channel approach allows Seakeeper to serve both new boat buyers and current boat owners looking to enhance their onboard experience.

5.     Seakeeper engaged in a massive marketing effort to educate consumers as to its capabilities and benefits in order to overcome initial skepticism. To demonstrate performance of

Seakeeper's gyrostabilizer products, we purchase small boats, install gyros on the boats, hire captains and perform sea trials for small boat designers, builders, dealers and consumers to demonstrate that the Seakeeper technology really resulted in a gyrostabilizer that achieved a high level of roll reduction (65% to 95%) with little compromise to the vessel design in terms of added weight, space consumed or power required.

6. Seakeeper's gyro flywheel spins inside an enclosure in a partial vacuum. Cooling is important to the performance of the Seakeeper product. Seakeeper's patented cooling technology results in a product that delivers significantly more angular momentum per unit of weight, volume and power. True and correct copies of Seakeeper marketing materials provided to customers or published specifically highlights Seakeeper's cooling technology can be found in Attachment RS-1 and RS-2. In addition, specific presentations targeted to OEMs and aftermarket installers can be found in Attachments RS-3 and RS-4, respectively.

7. The marine industry's reception to Seakeeper's vacuum and patented cooling system was initially skeptical. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ unit. The pace of adoption has accelerated since. Specifically, unit sales climbed from ▮ units sold in 2008 to over ▮ in 2024.

8. Over years, the company's product line has expanded from one single model to a family of gyros, scaled to both larger and smaller boats. Today, Seakeeper® gyros are offered in twelve (12) sizes that can be found on vessels from 23-foot center-console fishing boats to 200-foot mega-yachts. The following chart shows how our marketing efforts developed the market for smaller vessels over this time.



9. Seakeeper's patented cooling technology was a major component of that market success. Seakeeper's marketing materials repeatedly emphasized that this patented cooling technology was responsible for the ability of the system's flywheel to spin at high speeds within the vacuum enclosure, thus enabling the stabilizing force using a device having Seakeeper's small footprint and power consumption. True and correct excerpts from Seakeeper's promotional literature are reflected below:



Seakeeper brochure



https://www.seakeeper.com/faqs/cool-as-a-seakeeper/

5



https://www.seakeeper.com/faqs/what-makes-a-seakeeper-a-seakeeper/



https://www.seakeeper.com/technology/

10. Based upon the performance achieved by the Seakeeper products through these patented features, Seakeeper has enjoyed great commercial success. To date, Seakeeper has shipped nearl ▮▮▮▮ units. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.



11. Seakeeper's innovative products have also been repeatedly and widely recognized.

12. In 2020, Seakeeper's Seakeeeper 1 gyrostabilizer was awarded the Innovation Award at the Miami International Boat Show. The Innovation Award is managed by the National Marine Manufacturers Association (NMMA) and judged by Boating Writers International (BWI), a professional organization consisting of writers, editors, publishers, photographers, videographers, broadcasters, public relations specialists and other stakeholders associated with the boating industry. The Innovation Award is one of the industry's most prestigious honors recognizing manufacturers and suppliers who bring new, innovative products for the boating industry to market and "recogniz[es] exceptionally groundbreaking new consumer marine products[.]" The judges committee comprised seven

BWI members who perform product testing throughout the year and have specific expertise in marine products and equipment. In making the award, the committee observed that Seakeeper's Seakeeper 1 "[brought] the magic of Seakeeper and a stable boat all the way down to a 23-foot boat and makes installation easy[.]" The ability to install a Seakeeper gyrostabilizer in boats having he space and power limitations synonymous with 23-foot boats is a result of Seakeeper's superior ability to dissipate heat generated at bearings that support the high speed flywheel spin rates necessary to achieve stabilization.

13. In 2019, Seakeeper's Seakeeper 2 gyrostabilizer product was awarded the Gold Edison Award. The Edison Awards™ were established in 1987. The award is named in honor of Thomas Edison and his legacy and vision and that of his Menlo Park team who were responsible for successfully bringing an unprecedented number of innovations to the market. The Edison Award is among the most prestigious accolades honoring excellence in new product and service development, marketing, design and innovation. Nominations for the Edison Award are first reviewed by a high-power focus group consisting of the members of the Edison Awards Sterring Committee comprised of hand-picked industry experts. Semi-finalists are then reviewed by 3000+ industry experts, business executives and academics who comprise a Panel of Judges, who select the winners. Products were judged on their concept, value, delivery and impact. As discussed above, Seakeeper's patented cooling technology makes possible the performance and advantages of the Seakeeper gyrostabilizer products.



10

**Damage Seakeeper Will Suffer If Dometic is Allowed to
Sell Products Incorporating Seakeeper's Patented Technology**

21. Dometic's introduction of products incorporating the inventions of U.S. Patent Nos. 7,546,782 (the "'782 Patent") and 8,117,930 (the "'930 Patent") (collectively the Asserted Patents) has forced Seakeeper the reallocation resources. ██████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████ Further information regarding research and development projects is provided in Attachment RS-7. As a result of Dometic's entrance to the market, ███████████

██████████████████████████████████████████████████████████████████████

██████ I expect that Dometic's entry into the market with a product incorporating Seakeeper's patented technology, unless enjoined, will necessitate additional research and development spending beyond that which Seakeeper has budgeted. ████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████

22. Dometic's introduction of products practicing the patented invention has also

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████ ███████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████

**Damage to Seakeeper's Business Relationships**

23. Dometic's entry into the market has also already caused irreparable harm to Seakeeper's relationship with boat builders, and threatens to further harm those relationships in ways that it would be difficult, if not impossible, to adequately compensate Seakeeper. Independent Boat Builders, Inc. ("IBBI") is a purchasing cooperative composed of independently owned boat manufacturing companies. IBBI allows its members to pool their purchasing power to negotiate more favorable pricing and terms with suppliers of marine components and materials. The organization represents a significant share of the North American recreational boat market, giving it substantial leverage in supplier negotiations.

24. Because IBBI members commit to incorporating only components from approved vendors, acceptance of Dometic infringing product likely lead to the incorporation of Dometic's infringing product across multiple boat lines produced by a number of different boat builders. Such manufacturers would necessarily design their hulls and internal layouts around Dometic's system specifications.  This would effectively lock Seakeeper out of future sales opportunities for years.  This design-based exclusion would not only cause Seakeeper immediate market share loss, but also result in lasting damage to its customer relationships, competitive position, and ability to re-enter key OEM channels—harms that cannot be adequately remedied by monetary damages alone.

25. As explained further below, Seakeeper has invested significant resources into the research and development of its proprietary marine stabilization technology, which represents

years of innovation, engineering expertise, and market cultivation. If Dometic is allowed to continue its infringement, it will undermine Seakeeper's ability to maintain its competitive position as the industry leader in this specialized field that Seakeeper created. For example, the introduction of new models has been and is expected to continue to be a key component of Seakeeper's growth. ███████████████████████████████████

███████████████████████████████████.

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████

26. The presence of an infringing product in the market—particularly one offered through influential purchasing groups like IBBI—dilutes the value of Seakeeper's technological advancements and discourages further investment in innovation. This erosion of competitive differentiation and the disincentive to continue R&D efforts constitute irreparable harm, as they affect Seakeeper's long-term ability to lead, grow, and compete in a high-tech, evolving marketplace.

**Reputational Harm to Seakeeper**

27.     Seakeeper will also suffer irreparable harm to its reputation and brand if Dometic, is permitted to freely promote and sell its infringing product.  Seakeeper has built its brand on innovation, performance, and reliability in marine stabilization technology. For example, trade industry analysts have noted Seakeeper's brand reputation as being synonymous with gyrostabilizers generally: "It's a new gyrostabilizer from the manufacturer, whose brand name—like *Kleenex* or *Xerox*—has become interchangeable with its product." RS-10 at 10.  Seakeeper's brand image as the industry leader may be irreversibly damaged. This erosion of trust and differentiation in a competitive, reputation-driven industry cannot be completely undone through monetary compensation and constitutes irreparable harm.

28.     At the 2025 Miami International Boat Show, by means of its incorporation of Seakeeper's patented technology into its product, Dometic was able to secure an Innovation Award for its's DG3 product.  Dometic's use of Seakeeper's patented technology to compete with Seakeeper's own products deprives Seakeeper of the ability to continue its receipt of industry recognition for its innovative products, and undermines Seakeeper's position as the recognized innovator in the marine stabilization space.  Dometic's securing of such acknowledgments using Seakeeper's technology further extends apparent legitimacy to its infringing product.  Such an award significantly influences market perception, dealer confidence, and OEM purchasing decisions, all of which are deeply tied to brand prestige and technological leadership. The reputational damage resulting from the unfair competition for this high-profile recognition from an infringing competitor cannot be undone, nor can it be fully compensated by

monetary damages, as the long-term impact on Seakeeper's brand credibility, perceived innovation, and market influence constitutes clear irreparable harm.

**[SIGNATURE APPEARS ON FOLLOWING PAGE.]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/2/2025                               /s/ Rebecca Smitha