# ATTACHMENT RS-1

# SEAKEEPER

## PROMOTIONAL MATERIALS



# PRINT ADVERTISING

18 print ads planned for 2025 within the marine industry.



# DIGITAL ADVERTISING





# BROCHURE



Source: Seakeeper Website
Link: Seakeeper-Sales-Brochure-EN.pdf

# WEBSITE – FAQ



Source: Seakeeper Website
Link: <u>Air-Cooled Gyros vs. Seawater-Cooled Gyros | Gyro Stabilizers</u>

# WEBSITE – FAQ



WHO WE ARE    JOIN OUR TEAM

PRODUCTS    HOW TO BUY    EXPLORE    OWNERS    CONTACT

Search

## WHAT MAKES A SEAKEEPER, A SEAKEEPER?

If you're looking to stabilize your boat, you know there are options. So, what makes a Seakeeper special? What makes it the one you should consider for your boat? We're revealing the recipe to the Seakeeper special sauce, and it all comes down to three key ingredients.

### 1. Vacuum-Sealed

Everyone knows Seakeeper for its recognizable sphere. But what's going on inside that magic ball? That ball is actually very important. It's vacuum-sealed and contains a steel flywheel spinning at speeds up to 9,750 RPM (ballpark it more than 550 MPH – that's a linear measurement, rather than rotational, so it's not the same thing entirely, but it can be easier to understand that way). Seakeeper's vacuum encapsulation enables the flywheel to spin roughly three times faster, cut the weight by two-thirds, and halve the power requirements. The sphere also houses other critical components, like the bearings and motor, keeping them and the flywheel forever isolated from the harsh marine environment.



**Fun Fact:** The team in our Leesport, PA factory is responsible for machining to extremely tight tolerances. Machining tolerances are the amount of acceptable variance in the dimension of a part. Imagine a single strand of hair – one single strand – sliced vertically into 20 identically sized strands. Our tolerances only allow for variances that come within the width of one of those 20 hair fragments, or 1/20 the width of one single strand of hair. In other words, every Seakeeper 2 flywheel, for example, can only vary in size by 1/20th the width of a single strand of hair. It might sound like we're just splitting hairs here, but those extremely tight tolerances make Seakeeper the lightest, smallest, and most efficient gyroscopes on the market.

### 2. Cooling System

Since the flywheel spins in a vacuum at high speeds, it generates heat. And with Seakeepers installed mostly below deck, in an engine room, or behind a seat, there's nowhere for that trapped heat to go, even if it weren't enclosed. For those reasons, our founders created a cooling system that solves that problem (and that's a lot of why it took 5 years of research and development from the time the company was formed to the time the first Seakeeper hit the market). The cooling system removes heat from within the vacuum enclosure and dissipates it through a glycol/seawater combination.



**Fun Fact:** Our cooling system is the only part of the Seakeeper that is patented! So, sorry, you won't be able to perfectly replicate the secret sauce!



**Categories**

All FAQs

How It Works / Performance

New Build

Refit

Seakeeper Owner

Small Boats

**Looking for More?**

Videos

News

Events

Share

Get on the list to receive updates about new Seakeeper products, exclusive sales and more.

Subscribe for Updates ›

---

Source: Seakeeper Website
Link: <u>What Makes a Seakeeper, A Seakeeper | Boat Gyro</u>

# WEBSITE – FAQ





**HOW DOES A SEAKEEPER WORK?**

Seakeepers apply the physics of gyroscopes to the age-old problem of boat roll. And while we're not the first to solve this problem with a gyroscope (large ships had large gyroscopes more than a century ago), we're the first to do it in a way that makes gyro stabilization a realistic option for everyday boaters.

**SO, HOW *DOES* IT WORK?**

Inside a vacuum-enclosed sphere, a steel flywheel spins at speeds of up to 9,750 rpm. When the boat rolls, the Seakeeper tilts fore and aft (precesses), producing a powerful gyroscopic power known as angular momentum to port and starboard that counteracts the boat roll.

The Seakeeper has a few main features that allow it to operate as efficiently and effectively as possible:

**1. VACUUM ENCAPSULATION**

The vacuum containment enables us to spin the flywheel three times faster, cut its weight by two-thirds, and halve the power requirements. The vacuum also allows us to protect the most critical components (flywheel, bearings, and motor) from the marine environment, preventing corrosion.

*Is the vacuum necessary?*

No. A gyro can operate outside of a vacuum, but then you have to consider air friction working against you. The vacuum encapsulation makes the Seakeeper the most efficient gyro stabilizer. Without it, weight and power increase to combat that air friction.

**2. ACTIVE CONTROL**

Every Seakeeper has a hydraulic braking system and active control, smart technology that automatically gauges the sea state and reacts instantaneously. This allows for optimal performance at all speeds and sea conditions.

*So I don't have to change any settings based on the wave action?*

Correct – just turn it on and forget about it! Your Seakeeper will pace its reaction seamlessly throughout the wave period. You won't feel hard it's working, but you'll certainly notice if it's off!

**3. COOLING SYSTEM**

Spinning a steel flywheel so fast inside the vacuum-enclosed sphere creates a bit of heat, which we have to move so it doesn't overheat. We do that through a proprietary closed-loop cooling system, which removes the heat and dissipates it through a glycol/seawater combination.

*Are air-cooled systems better?*

With a vacuum encapsulated sphere, air cooling isn't possible. So, to have an air-cooled system, you'd need either a heavier/bigger gyroscope or more power, which often isn't an option for smaller boats. And air-cooled systems have to be well-ventilated. Your Seakeeper does not – it can take salt spray, as long as you rinse it clean afterwards. We actually broke down the pros and cons (yes, even of ours!) of both air-cooled gyros vs. seawater-cooled gyros in this FAQ article.

You can see these features on our interactive technology page.

## Categories

All FAQs

How It Works / Performance

New Build

Refit

Seakeeper Owner

Small Boats

## Looking for More?

Videos

News

Events

Share

Get on the list to receive updates about new Seakeeper products, exclusive sales and more.

**Subscribe for Updates ›**

Source: Seakeeper Website
Link: How Does a Seakeeper Boat Stabilizer Work?

# WEBSITE – PRODUCT PAGES



**Innovative Cooling System**
Our patented cooling system allows the flywheel to spin at an extremely high rate of speed, providing ultimate performance in the smallest and lightest package possible.

**Vacuum Sealed**
Seakeeper's vacuum encapsulation enables the flywheel to spin roughly three times faster, cuts flywheel weight by two-thirds and halves power requirements. Moreover, because the critical components (flywheel, bearings, and motor) are sealed in a vacuum, they are isolated from the marine environment.

**Active Control**
Seakeeper's active control optimizes gyro torque, providing an unsurpassed level of performance. Unlike a passively controlled gyro, which must be turned off in the roughest conditions and/or at higher speeds, the Seakeeper is effective at all speeds and can be used in all sea conditions.

Source: Seakeeper Website
Link: Seakeeper 3 | Gyro Stabilization for 36 to 39 ft Boats

# WEBSITE – HOW IT WORKS



Source: Seakeeper Website
Link: How Seakeeper Gyro Works | Anti Boat Roll Technology

# VIDEO – HOW IT WORKS



Source: Seakeeper Website
Link: Seakeeper: How It Works - Cruising Yacht on Vimeo

# ATTACHMENT RS-2

**71**% OF **OUR**  IS COVERED BY **WATER.** WE WANT EVERYONE TO **MAKE THE MOST OF IT.**

**SEAKEEPER, INC.**
+1-410-326-1590
5460 Pottsville Pike
Leesport, PA 19533

SEAK196






**seakeeper.com**
©2024 Seakeeper, Inc.



## IT DOES WHAT?

That's right, Seakeeper eliminates up to 95% of boat roll. Gone are the days of seasick guests, sea legs and spilled drinks. Seakeeper ensures every day on the boat is a comfortable one.

# ELIMINATE BOAT ROLL.

Azimut 51 Atlantis with a Seakeeper 6



**SEAKEEPER**

## OFTEN IMITATED, NEVER DUPLICATED

We are marine motion control experts, and it's not just one of many things we do–it's the only thing we do.

We are focused solely on making everyone's time on the water safer and more enjoyable. Whether you have a small boat or a mega-yacht, Seakeeper is the only true stabilization choice.

## HOW IT WORKS

Inside a vacuum encapsulation, a flywheel spins at speeds of up to 9,750 rpm. When the boat rolls, the sphere tilts fore and aft (precesses), producing a powerful gyroscopic force to port and starboard that counteracts the boat roll.

## BUILT TO PERFORM

The Seakeeper is designed to virtually eliminate boat roll on vessels 23 feet and up. It requires modest electrical power, has no outside appendages, and can be installed virtually anywhere on board. Its computerized control and vacuum technology make it the first truly practical, and only modern, anti-roll gyro.

### INNOVATIVE COOLING SYSTEM

Patented cooling system enables the flywheel to spin at high speeds inside of the vacuum containment.

### ANGULAR MOMENTUM

Angular momentum, measured in Newton-meter-seconds, or N-m-s, is the measuring stick for how much stabilizing power a gyroscope has. Greater angular momentum indicates a higher roll reduction potential. Think of angular momentum to a gyro, like horsepower to an engine.

### VACUUM SEALED

Seakeeper's vacuum encapsulation enables the flywheel to spin roughly three times faster, cuts flywheel weight by two-thirds, and halves power requirements. Moreover, because the critical components (flywheel, bearings, and motor) are sealed in a vacuum, they are isolated from the marine environment.

### ACTIVE CONTROL

Seakeeper's active control optimizes gyro force, providing an unsurpassed level of performance. Unlike a passively controlled gyro, which must be turned off in the roughest conditions and/or at higher speeds, the Seakeeper is effective at all speeds and can be used in all sea conditions.



Tiara Yachts 34 LS with a Seakeeper 2

## REFITS
# HAVE AN EXISTING BOAT?

If you're not in the market for a new boat, you can still have the latest technology available. With more than 4,000 refits under our belt, we can confidently say that most boats can be refit with a Seakeeper! They can fit anywhere there is available space, and don't need to be installed on the centerline. View the database of refits we have already performed at **seakeeper.com/refit**.

## NEW BUILD
# BUYING A NEW BOAT?

As Seakeeper becomes a must-have item on all boats, more and more manufacturers are installing them at the factory every day. New boat owners now have the benefit of thoughtful installation right from the boat's initial design. View the complete list of builders offering Seakeeper at **seakeeper.com/standard**.

# CAN WE STABILIZE ANY BOAT? HULL YEAH, WE CAN.

With a Seakeeper model for boats as small as 23 ft. and as big as 200+ ft., plus the ability to combine units for even more stabilization, Seakeeper is available for nearly every boat.

View all models at
**seakeeper.com/products**



**LEISURE**
Kick back, enjoy the wind in your hair and shake up an evening cocktail– Seakeeper makes your cruise comfortable.



**COMMERCIAL**
What happens when your crew can safely spend more time on the water and go out when others can't? More success and more profit.



**FISHING**
From tournaments to family time, backing down on the big one or reeling in dinner, there's a Seakeeper for your center console or sportfish boat.



**YACHT**
Ultimate luxury deserves the best in stabilization. Your guests will notice there's something special about your yacht. And there's one for your tender, too.

# AND JUST IN CASE YOU'RE WONDERING...



**LIGHTWEIGHT**
Seakeeper weighs a small fraction of the vessel displacement.



**LOW POWER CONSUMPTION**
Due to its vacuum encapsulation, Seakeeper requires minimal power. Select Seakeeper models even run off 12V DC power.



**QUICK & SIMPLE INSTALL**
Can be installed in as little as 1-3 weeks. For smaller boats, a unique leaning post design enables a refit to be done in a matter of days!



**FLEXIBLE**
It can be installed virtually anywhere on the boat and any combination of units can be used to reach targeted performance.



**INCREASED RESALE VALUE**
Boats with a Seakeeper resell faster, and for more money, than boats without.



**INTERNAL**
No external appendages and completely self-contained, which means no drag and no hull modifications.



**NEVER TURN IT OFF**
Thanks to the smart technology of active control, it can be used at rest and underway in all sea conditions.



**QUIET**
With all Seakeeper models operating between 68 and 75 dCB, you won't be bothered by any noise.

# MORE STABILIZATION. SMALLER PACKAGE.

Our new models feature our latest innovations, making them the most efficient and most effective gyrostabilizers ever built in their size range.

**ASYMMETRIC FLYWHEEL**
An all-new flywheel design features a deeper, lower hemisphere, enabling the motor to be tucked inside the flywheel. This design reduces overall height and provides the most efficient flywheel shape to maximize performance per pound and footprint.

**SINGLE CYLINDER BRAKE**
The single-cylinder brake design saves space, weight, and enhances reliability by eliminating hoses and connections. It requires no annual service and incorporates redundant safety mechanisms.

**ALL NEW**
The latest features allow for faster installation, economical maintenance, and easier access.



## OUR LATEST INNOVATIONS

**Seakeeper 4**
for boats 38-44'

**Seakeeper 4.5**
for boats 40-46'

**Seakeeper 10**
for boats 50-60'

**Seakeeper 14**
for boats 55-68'



## FIELD REPLACEABLE BEARINGS

Now with field replaceable bearings (FRB) on the Seakeeper 9 and above, lifecycle maintenance is simple and cost-effective.




## CONTROL FROM HERE OR THE HELM

Mounted on the Seakeeper, the ConnectBox integrates with compatible onboard MFDs for display functionality.



SEAKEEPER



## INTUITIVE DASHBOARD DISPLAY

An intuitive operator interface allows you to simply turn it on and forget about it. There are no complex settings or adjustments for the operator. Seakeeper does all of this automatically, you simply enjoy. With the option to use our 5-inch display or integrate with your current electronics, make your helm, your own.



## EXTREMELY SMALL WITH FLEXIBLE INSTALLATION OPTIONS

The Seakeeper weighs only a small fraction of the boat's displacement. It can be installed anywhere on the boat, including off centerline.

A Seakeeper 1 in a 26-foot center console is shown here, to scale.

An off-centerline Seakeeper 18 in a 65-foot sportfish is shown here, to scale.



# DO YOU GO OUT IN THE TOUGH STUFF?

## GO OFFSHORE

### WHEN OTHERS STAY IN, YOU GO OUT.

Durable enough to handle the extreme conditions faced offshore, Seakeeper provides added safety and comfort for crews of military, commercial, and offshore fishing vessels, extending time on the water when it's needed most.



Sportsman Open 262 with a Seakeeper 1

## STABILIZATION FOR SMALLER BOATS

From day one, our focus has been on making stabilization a reality for every boater. Now, boats as small as 23 feet (7 meters) can have the stabilizing power of Seakeeper.

Visit **seakeeper.com/sizing-guide** to find the perfect Seakeeper for your boat.

## SEAKEEPER 1 DECK MOUNT

The optional Seakeeper 1 Deck Mount Enclosure enables the Seakeeper 1 to be installed in a non-enclosed space.

# SEAKEEPER SPECS



View Product Pricing at
seakeeper.com/products

 
 
 

| | SEAKEEPER 1 | SEAKEEPER 2 | SEAKEEPER 3 |
|---|---|---|---|
| Boat Size Range | ~23-30' (7 - 9 meters) | ~30-36' (9 - 11 meters) | ~35-41' (10.5 - 12.5 meters) |
| Boat Weight | up to ~5.5 tons | up to ~8 tons | up to ~11 tons |
| Dimensions | 22.9 L x 23.6 W x 15.9 H (inches) | 25.5 L x 24.6 W x 20.4 H (inches) | 26.8 L x 27.0 W x 23.1 H (inches) |
| | 0.582 L x 0.598 W x 0.403 H (meters) | 0.648 L x 0.625 W x 0.518 (meters) | 0.680 L x 0.688 W x 0.587 H (meters) |
| Weight | 365 lbs (165 kg) | 414 lbs (188 kg) | 550 lbs (249 kg) |
| Max Rated Speed | 9,750 RPM | 9,000 RPM | 8,450 RPM |
| Angular Momentum at Max Rated RPM* | 1,000 N-M-S | 2,000 N-M-S | 3,000 N-M-S |
| Spool-up Time to Max Rated RPM* | 35 minutes (9,750 RPM) | 35 minutes (9,000 RPM) | 50 minutes (8,450 RPM) |
| Spool-up Time to Stabilization* | 18 minutes (7,310 RPM) | 19 minutes (6,750 RPM) | 29 minutes (6,337 RPM) |
| Spool-up Power | 600 Watts Max @ 12 VDC | 850 Watts Max @ 12 VDC | 900 Watts Max @ 12 VDC |
| Operating Power* | 225 - 600 Watts | 278 - 850 Watts | 400 - 900 Watts |
| Power Input | 12 VDC @ 19-50 Amps | 12 VDC @ 23-71 Amps | 12 VDC @ 33-75 Amps |
| Control Power | N/A | 125 Watts Max | 125 Watts Max |
| Control Power Input | N/A | 12 VDC @ 15 Amps Max | 12 VDC @ 15 Amps Max |



*Spool-up time and operating power may vary depending on operating conditions.

  
  

| | SEAKEEPER 4 | SEAKEEPER 4.5 | SEAKEEPER 6 |
|---|---|---|---|
| Boat Size Range | ~38-44' (11.5 - 13.5 meters) | ~40-46' (12 - 14 meters) | ~44-53' (13.5 - 16 meters) |
| Boat Weight | up to ~16 tons | up to ~18 tons | up to ~25 tons |
| Dimensions | 26.56 L x 28.05 W x 20.98 H (inches) | 26.56 L x 28.05 W x 20.98 H (inches) | 30.09 L x 29.72 W x 24.47 H (inches) |
| | 0.675 L x 0.713 W x 0.533 H (meters) | 0.675 L x 0.713 W x 0.533 H (meters) | 0.764 L x 0.755 W x 0.621 H (meters) |
| Weight | 746 lbs (338 kg) | 736 lbs (333.8 kg) | 870 lbs (395 kg) |
| Max Rated Speed | 8,250 RPM | 9,300 RPM | 9,700 RPM |
| Angular Momentum at Max Rated RPM | 4,000 N-M-S | 4,500 N-M-S | 6,000 N-M-S |
| Spool-up Time to Max Rated RPM* | 57 minutes (8,250 RPM) | 35 minutes (9,300 RPM) | 42 minutes (9,700 RPM) |
| Spool-up Time to Stabilization* | 34 minutes (6,188 RPM) | 19 minutes (6,975 RPM) | 21 minutes (7,275 RPM) |
| Spool-up Power | 1,050 Watts Max @ 12 VDC | 1,950 Watts Max | 2,300 Watts Max |
| Operating Power* | 550 - 1,050 Watts | 950 - 1,600 Watts | 1,100 - 2,300 Watts |
| Power Input | 12 VDC @ 46-88 Amps | 220 VAC @ 20 Amps (50/60 Hz, Single Phase) 110 VAC @ 30 Amps (50/60 Hz) | 220 VAC @ 20 Amps (50/60 Hz, Single Phase) 110 VAC @ 30 Amps (50/60 Hz) |
| Control Power | 120 Watts Max | 120 Watts Max | 125 Watts Max |
| Control Power Input | 12 VDC @15 Amps Max | 12 VDC @15 Amps Max | 12 VDC @ 15 Amps Max |

# SEAKEEPER SPECS



View Product Pricing at
seakeeper.com/products

  

| | SEAKEEPER 9 | SEAKEEPER 10 | SEAKEEPER 14 |
|---|---|---|---|
| Boat Size Range | ~50-59' (15 - 18 meters) | ~50-60' (16 - 18 meters) | ~55-68' (17 - 20 meters) |
| Boat Weight | up to ~32 tons | up to ~36 tons | up to ~45 tons |
| Dimensions | 33.5 L x 35.6 W x 28.3 H (inches) | 30.95 L x 34.88 W x 23.78 H (inches) | 34.62 L x 37.24 W x 26.95 H (inches) |
| | 0.85 L x 0.90 W x 0.72 H (meters) | 0.786 L x 0.886 W x 0.604 H (meters) | 0.879 L x 0.946 W x 0.685 H (meters) |
| Weight | 1,210 lbs (550 kg) | 1,288 lbs (584 kg) | 1,739 lbs (789 kg) |
| Max Rated Speed | 9,000 RPM | 8,250 RPM | 7,600 RPM |
| Angular Momentum at Max Rated RPM* | 9,000 N-M-S | 10,000 N-M-S | 14,000 N-M-S |
| Spool-up Time to Max Rated RPM* | 55 minutes (9,000 RPM) | 37 minutes (8,250 RPM) | 44 minutes (7,600 RPM) |
| Spool-up Time to Stabilization* | 28 minutes (6,750 RPM) | 24 minutes (6,188 RPM) | 24 minutes (5,700 RPM) |
| Spool-up Power | 3,000 Watts Max | 3,500 Watts Max | 3,700 Watts Max |
| Operating Power* | 1,250 - 2,000 Watts | 1,100 - 2,300 Watts | 1,000 - 3,000 Watts |
| Power Input | 220 VAC @ 20 Amps (50/60 Hz, Single Phase) | 220 VAC @ 20 Amps (50/60 Hz, Single Phase) | 220 VAC @ 30 Amps (50/60 Hz, Single Phase) |
| Control Power | 240 Watts Max | 240 Watts Max | 240 Watts Max |
| Control Power Input | 24 VDC @ 10 Amps Max | 24 VDC @ 10 Amps Max | 24 VDC @ 10 Amps Max |

*Spool-up time and operating power may vary depending on operating conditions.

  

| | SEAKEEPER 18 | SEAKEEPER 26 | SEAKEEPER 40 |
|---|---|---|---|
| Boat Size Range | ~60-75' (18.5 - 23 meters) | ~70-85' (21.5 - 26 meters) | ~85-110' (26 - 33 meters) |
| Boat Weight | up to ~60 tons | up to ~75 tons | up to ~120 tons |
| Dimensions | 42.5 L x 43.2 W x 33.6 H (inches) | 52.7 L x 55.9 W x 39.6 H (inches) | 54.3 L x 55.9 W x 40.6 H (inches) |
| | 1.078 L x 1.096 W x 0.854 H (meters) | 1.338 L x 1.419 W x 1.006 H (meters) | 1.38 L x 1.42 W x 1.04 H (meters) |
| Weight | 2,460 lbs (1,116 kg) | 3,155 lbs (1,431 kg) | 4,074 lbs (1,848 kg) |
| Max Rated Speed | 6,150 RPM | 5,000 RPM | 5,150 RPM |
| Angular Momentum at Max Rated RPM | 18,000 N-M-S | 26,000 N-M-S | 40,000 N-M-S |
| Spool-up Time to Max Rated RPM* | 42 minutes (6,150 RPM) | 75 minutes (5,000 RPM) | 70 minutes (5,150 RPM) |
| Spool-up Time to Stabilization* | 27 minutes (4,613 RPM) | 43 minutes (3,750 RPM) | 40 minutes (3,863 RPM) |
| Spool-up Power | 3,000 Watts Max | 3,000 Watts Max | 5,000 Watts Max |
| Operating Power* | 1,425 - 3,000 Watts | 1,375 - 3,000 Watts | 1,900 - 4,400 Watts |
| Power Input | 220 VAC @ 30 Amps (50/60 Hz, Single Phase) | 220 VAC @ 30 Amps (50/60 Hz, Single Phase) | 220 VAC @ 30 Amps (50/60 Hz, Single Phase) |
| Control Power | 240 Watts Max | 240 Watts Max | 240 Watts Max |
| Control Power Input | 24 VDC @ 10 Amps Max | 24 VDC @ 10 Amps Max | 24 VDC @ 15 Amps Max |

# STUFF HAPPENS!

**But that's why you have a warranty**

All of Seakeeper's products come with a two-year/2,000-hour complete system warranty.

View warranty details at:
**seakeeper.com/warranty**



## SEAKEEPER EXTENDED WARRANTY

Our extended warranty program provides you with an added peace of mind and reliable service beyond the duration of your standard factory warranty.

Extended warranty coverage is available for customers currently within their factory warranty period.

| | SILVER | GOLD | PLATINUM |
|---|---|---|---|
| Extended Duration | +2 years | +2 years | +3 years |
| Extended SEA Hours (Active Stabilization) | -- | +1,000 SEA Hours | +2,000 SEA Hours |
| Total Coverage | 4 years / 2,000 SEA Hours | 4 years / 3,000 SEA Hours | 5 years / 4,000 SEA Hours |

## Register Your Seakeeper for Greater Rewards

The first step to receiving any service or support is to register your Seakeeper. Plus, we'll send you a gift as a thank you for being a part of the Seakeeper family!
**Register your Seakeeper at seakeeper.com/register**

View all pricing and full policies at **seakeeper.com/extended-warranty.**



# REDUCE.
# REUSE.
# REMANUFACTURE.

**2 YEAR** WARRANTY

Seakeeper's remanufactured product benefits are two-fold:

- You get a Seakeeper for less.
- We reuse materials and keep used parts out of landfills.

Plus, we test and certify all Seakeeper remanufactured products through the same rigorous process we put new units through, and each comes with a new 2-year/2,000-hour warranty. That's the same warranty we provide on our new products.

## Seakeeper Remanufactured Inventory

Remanufactured inventory, offered at a discount, is limited and ever-changing. Contact Seakeeper to get on a wait list for the next available model.

seakeeper.com/remanufactured

## 40% OFF

**TRADE-IN & SAVE**
Trade in your current Seakeeper for up to 40% off a new unit!

seakeeper.com/trade-in



# A NETWORK THAT WORKS FOR YOU

With certified sales and service personnel across the globe, there's always a helping hand nearby when you need it. All dealers go through an extensive Seakeeper factory training program, including hands-on training at one of our two training facilities. So, whether you're considering a refit, scheduling annual maintenance, or experiencing a technical issue, Seakeeper's support network has you covered.

Find a dealer at
**seakeeper.com/find-us**

300+
DEALERS

## Interested in becoming a Dealer?

Learn more at
**seakeeper.com/ become-a-dealer**

- ⊙ Seakeeper Office Locations
- ○ Exclusive Distributors
- ● Dealers



**TECHNICAL SUPPORT**
**+1-410-326-1590**
**support@seakeeper.com**
We stand behind our product with a global support network and a 24/7 technical support hotline.



# SEAKEEPER SCHEDULED MAINTENANCE PLAN

Seakeepers are designed to require minimal maintenance since most of the critical components operate in a sealed enclosure, protected from the corrosive moisture involved with life on the water. Outside of the sphere, the closed-loop hydraulic circuit and the cooling circuit should be periodically inspected.

**Every 200 Hours or 3 Months**

Replace Zinc Anode (Seakeeper 5, 6, 9, 16, 18, 26, 35, and 40)

**Every 1000 Hours or Annually**

Inspect hydraulic manifold components and fittings

Inspect hydraulic cylinders and hoses

Inspect brake bushings

Inspect heat exchanger and cooling hoses

Inspect all electrical connections, cables, components

Inspect all mounting hardware/bolts

Inspect isolators, clevis assemblies, bushings, pins & clips (Seakeeper 26, 35, and 40)

Clean/Descale heat exchanger

Confirm proper seawater flow

Confirm hydraulic oil pressure (Seakeeper 2, 3, 5, 6, 9, 16, 18, 26, 35, and 40)*

Inspect and lubricate the latch assembly (Seakeeper 1)*

**Every 2000 Hours**

Inspect the Igus chain assembly (Seakeeper 1)*

Flush the glycol cooling circuit (Every 2000 hours or 5 Years)*

Replace brake bushings*

Replace heat exchanger*

Replace the latch assembly (Seakeeper 1)*

*These tasks must be performed by a certified Seakeeper Dealer. Find a local Dealer at www.seakeeper.com/find-us.

Perform the Recommended Maintenance after the indicated number of Running (RUN) hours or Years since last maintenance, whichever occurs first.

The single cylinder hydraulic brake systems on the Seakeeper 1, 4, 4.5, 10, and 14 require minimal service with only an inspection every 12 months, and a bushing replacement every 2000 hours.

Seakeepers are designed for use in a marine environment and to withstand occasional water spray or splash. Prolonged exposure to seawater, however, can cause premature wear and damage to the unit; therefore, it is important to apply a gentle fresh water rinse following exposure to seawater. https://www.seakeeper.com/wp-content/uploads/2019/04/SJB_90106-2-Fresh-Water-Rinse-1.pdf

The service intervals are based on 'average' use, including operating in various Sea conditions, such as zero or low-speed usage in/around marinas and anchorages vs. different speeds while underway in light of heavy sea conditions. If the customer's normal operating conditions include extended SEA operation, more frequent service should be considered.

# IT'S ALL ABOUT PERFORMANCE

There's a reason you choose Seakeeper, and it's because it works. But you don't have to just take our word for it, we created a library of sea trial reports that show real, measurable results of Seakeeper on hundreds of boats.

seakeeper.com/performance



BOAT ROLL

SEAKEEPER OFF          SEAKEEPER ON



View all models at
seakeeper.com/products

VISIT
## SEAKEEPER.COM
TO SCHEDULE A DEMO &
FIND A DEALER NEAR YOU

# ONCE YOU FEEL IT, YOU'LL NEVER BOAT WITHOUT IT.

We've heard thousands of "wows" as people have experienced Seakeeper for the first time. We have no doubt that you'll believe it too - once you feel it. So, what are you waiting for? Schedule your Seakeeper demo today!



SEAKEEPER
TAKE A RIDE. BE AMAZED.

# ATTACHMENT RS-3

Redacted in its Entirety

# ATTACHMENT RS-4

Redacted in its Entirety

# ATTACHMENT RS-5

Redacted in its Entirety

# ATTACHMENT RS-6

## Redacted in its Entirety

# ATTACHMENT RS-7

Redacted in its Entirety

# ATTACHMENT RS-8

Redacted in its Entirety

# ATTACHMENT RS-9

Redacted in its Entirety

# ATTACHMENT RS-10

Redacted in its Entirety