# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>    Defendant. | C.A. No. 25-0484-RGA<br><br>**PUBLIC VERSION**<br><br>**Jury Trial Demanded** |

## DECLARATION OF THOMAS L. DUSTON

I, Thomas L. Duston, state that I have personal knowledge of the following facts and if called could competently testify thereto:

1. I am an attorney at law, duly admitted to the Illinois bar. I am lead counsel for Plaintiff, Seakeeper, Inc. in the above captioned matter.

2. Attachment TD-1 is a copy of a letter to Dometic Corporation dated March 17, 2025 from Thomas L. Duston (attachment omitted).

3. Attachment TD-2 is a copy of a letter received on or about April 18, 2025 from Oleg Khariton to Thomas L. Duston.

[**SIGNATURE PAGE FOLLOWS.**]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2025                    s/ Thomas L. Duston

                                           _____
                                           Thomas L. Duston