# ATTACHMENT TD-1
Redacted in its Entirety

# ATTACHMENT TD-2
Redacted in its Entirety