IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | C.A. No. 25-0484-JCB<br><br>Jury Trial Demanded |

**PLAINTIFF'S MOTION FOR A**
**TEMPORARY RESTRAINING ORDER WITH NOTICE**

Plaintiff Seakeeper, Incorporated ("Plaintiff" or "Seakeeper") hereby moves the Court to enter a temporary restraining order pursuant to 35 U.S.C. § 283 and Federal Rule of Civil Procedure 65(b), barring Defendant Dometic Corporation ("Dometic" or "Defendant") from marketing, advertising, selling, offering for sale, using, shipping or making within or importing into the United States its infringing DG3 gyrostabilizer product and to maintain the status quo until a hearing is held on Seakeeper's request for a preliminary injunction. Notice of this Motion has been provided to Defendant.

The grounds for this motion are set forth in Seakeeper's opening brief in support of this motion for a temporary restraining order and the exhibits, declarations, and other materials submitted herewith.  This is an emergency motion and Seakeeper has concluded in good faith, pursuant to JCB-CV-7.3(d)(6), that an immediate ruling is needed to preserve Seakeeper's rights and that delaying the filing of the present motion until full briefing has been completed could impair its substantive rights.

|  |  |
|---|---|
| OF COUNSEL:<br><br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 474-6300<br><br><br>Dated: May 15, 2025 | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff*<br>*Seakeeper, Inc*. |