# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 16, 2025

The Honorable J. Campbell Barker  
United States District Court for the  
Eastern District of Texas  
William M Steger Federal Building and  
United States Courthouse  
211 W. Ferguson  
Tyler, TX 75702

VIA ELECTRONIC FILING  
and HAND DELIVERY

Re: *Seakeeper Inc. v. Dometic Corporation*,  
C.A. No. 25-484-JCB

Dear Judge Barker:

Defendant Dometic Corporation is in receipt of Plaintiff Seakeeper, Incorporated's motion for a temporary restraining order (D.I. 28) (the "TRO Motion") as well as Plaintiff's motion for a preliminary injunction (D.I. 8) (the "PI Motion"). Defendant intends to oppose both motions. While Defendant disputes that Plaintiff is entitled to any relief and disputes that Plaintiff's request should be heard on an expedited basis, Defendant respectfully requests that it be permitted to file its opposition to Plaintiff's motion on Thursday, May 22, 2025, and that the Court schedule any hearing on the TRO Motion at a time convenient for the Court thereafter.

As for the PI Motion, the parties had been meeting and conferring regarding an appropriate discovery and briefing schedule until Plaintiff filed its TRO Motion last night. In response to Defendant's proposed schedule to address the PI Motion, Plaintiff filed the TRO Motion and, in the proposed order, requested the Court to set a separate hearing date for the PI Motion. Defendant agrees that the TRO Motion and the PI Motion should be held separately and proposes that the parties continue to meet and confer regarding an appropriate PI Motion schedule.

Counsel is available at the Court's convenience should you have any questions.

Respectfully,

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

ACM/nml  
cc: All Counsel of Record (via electronic mail)