UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:25-cv-00484

**Seakeeper Inc.,**
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

## ORDER

On May 5, 2025, plaintiff filed a motion for a preliminary injunction. Docs. 8, 9. Ten days later, plaintiff filed a motion for a temporary restraining order. Docs. 29, 30. In its TRO motion, plaintiff asks this court to "restrain and enjoin" defendant from shipping, among other commercial activities, its DG3 gyrostabilizer "until a hearing is held on Seakeeper's request for a preliminary injunction." Doc. 30 at 6. The court orders that the following schedule shall govern the briefing of the motions:

- Defendant's response to plaintiff's motion for a preliminary injunction (Docs. 8, 9) is due by May 19, 2025.
- Defendant's response to plaintiff's motion for a TRO (Docs. 29, 30) is due by May 22, 2025.
- Plaintiff's reply brief, if any, as to the preliminary injunction motion is due by May 26, 2025.
- Plaintiff's reply brief, if any, as to the motion for a TRO is due by May 27, 2025.

Additionally, plaintiff requests a hearing on the TRO motion "before the end of May." Doc. 33 at 1. By May 23, 2025, each party is ordered to file a notice stating whether the party consents to holding a TRO hearing in person at the federal courthouse in Tyler, Texas. This does not otherwise displace the broader notice requirement in JCB-CV-77. *See* Doc. 28 at 12 (inviting notice of consent as to *all* hearings and trial).

- 2 -

*So ordered by the court on May 16, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge