## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

       Plaintiff,

    v.

DOMETIC CORPORATION,

       Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

### SEAKEEPER, INCORPORATED'S NOTICE REGARDING TRO HEARING

In accordance with the Court's May 16, 2025 Order (D.I. 38), Plaintiff Seakeeper, Incorporated ("Seakeeper") hereby provides notice that it consents to holding a TRO hearing in person at the federal courthouse in Tyler, Texas.

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 474-6300

Eric H. Findlay
Findlay Craft, P.C.
7270 Crosswater Avenue, Suite B
Tyler, Texas 75703
efindlay@findlaycraft.com

Dated: May 19, 2025

/s/ Kelly E. Farnan
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*