IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-484-JCB |
| ) | |
| DOMETIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

Having reviewed Defendant's Motion for Leave to File Under Seal, the Court GRANTS the motion. Defendant shall file a redacted version of its Opposition to Plaintiff's Motion for a Preliminary Injunction by May 27, 2025.

{02123444;v1}                              1