IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAKEEPER INC.                    )
                                      )
          Plaintiff,        )
                                        )
      v.                    )    C.A. No. 25-484-JCB
                                        )
DOMETIC CORPORATION,   )
                                        )
          Defendant.     )

**DEFENDANT DOMETIC CORPORATION'S CORPORATE
DISCLOSURE STATEMENT AND CERTIFICATE OF INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 and the court's Standing Order JCB-CV-7.1, Dometic Corporation, a Delaware corporation with its principal place of business in Chicago, Illinois, hereby states that it is a wholly owned subsidiary of Dometic Holding AB, a public Swedish company. Dometic Holding AB is wholly owned by Dometic Group AB, a public Swedish company. No publicly-held corporation owns 10% or more of Dometic Group AB's stock.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____

Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

*Of Counsel:*

Oleg Khariton
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200
oleg.khariton@dinsmore.com

*Attorneys for Defendant*

Michael A. Xavier
DINSMORE & SHOHL LLP
1775 Sherman Street, Suite 2600
Denver, CO 80203
(303) 296-3996
michael.xavier@dinsmore.com

Dated: May 19, 2025