IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-484-JCB |
| | ) |
| DOMETIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Having reviewed Defendant's Motion for Leave to File Under Seal, the Court GRANTS the motion. Defendant shall file a redacted version of its Opposition to Plaintiff's Motion for a temporary restraining order by May 29, 2025.

{02124956;v1}   1