*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

       Plaintiff

    v.

DOMETIC CORPORATION,

       Defendant.

C.A. No. 2025-0484-JCB

**REDACTED PUBLIC VERSION**

**DECLARATION OF SEAN D. SHERIDAN, Ph.D.**

**May 14, 2025**

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

**Table of Contents**

1    BACKGROUND AND QUALIFICATIONS ................................................................. 2

2    ASSIGNMENT ................................................................................................. 3

3    INFORMATION RELIED UPON ......................................................................... 3

4    SUMMARY OF OPINIONS ................................................................................. 4

5    BACKGROUND ................................................................................................. 4

    5.1    PARTIES ................................................................................................. 4

        5.1.1    *Seakeeper* ..................................................................... 4

        5.1.2    *Dometic* ......................................................................... 8

    5.2    MARKETPLACE ..................................................................................... 11

6    ANALYSIS OF IRREPARABLE HARM ............................................................... 13

    6.1    LOST SALES AND MARKET SHARE ...................................................... 14

    6.2    PRICE EROSION ................................................................................... 17

    6.3    HARM TO REPUTATION AND GOODWILL .............................................. 19

    6.4    BUSINESS DISRUPTIONS AND REALLOCATION OF RESOURCES ............ 22

7    BALANCE OF THE EQUITIES FAVORS SEAKEEPER ......................................... 24

8    CONCLUSION ................................................................................................. 25

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

## 1    BACKGROUND AND QUALIFICATIONS

1. I am a Vice President at Charles River Associates ("CRA") in its Chicago office.  CRA is an international business consulting firm focusing on, among other things, intellectual property matters in the context of strategy, licensing, valuation, and litigation consulting.  CRA is a leading provider of expert damages analysis and testimony for complex intellectual property litigation matters.

2. I earned a Ph.D. in genetics and an M.B.A. with concentrations in finance and economics from the University of Chicago.  I obtained a Bachelor of Science degree in biology from Appalachian State University.

3. Broadly speaking, my consulting work has focused on the application of financial and economic analyses and expertise to matters involving intellectual property rights.  I have applied my expertise in both litigation matters and in business contexts outside of litigation.  I have valued intellectual property rights in connection with litigation, licensing, divestitures and acquisitions, and in a variety of other contexts.  I have advised clients throughout the intellectual property commercialization process, including strategy development, financial modeling, and transaction negotiation.  My work on intellectual property litigation matters has involved the assessment of irreparable harm, the quantification of economic damages, the evaluation of commercial success, and the assessment of domestic industry.

4. Prior to my work as a consultant, I was an assistant director at the technology transfer office at the University of Chicago.  In that role I was responsible for managing the intellectual property strategy for a broad portfolio of technologies and personally negotiated numerous contracts including patent licenses, option agreements, and collaboration agreements with companies ranging from Fortune 500 firms to small start-ups.  I was also frequently required to assess the value of technology portfolios, related know-how and potential licensed products.

5. I have spoken about or taught workshops on IP damages, valuation, and business strategy issues in a variety of professional forums and have been selected to the IAM Patent 1000 – The World's Leading Patent Professionals (economic experts) based on nominations from industry participants every year since 2019.

6. A copy of my resume, a list of cases in which I have testified, and a list of my publications are included in Appendix D.  CRA is being compensated for work performed on this matter based upon

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

the firm's standard hourly rates ranging from $305 to $850 per hour, and CRA's compensation is not in any way dependent on the outcome of this Investigation.  My current rate is $850 per hour.

## 2   ASSIGNMENT

7.   I understand that Seakeeper Incorporated ("Seakeeper") has accused Dometic Corporation ("Dometic") of infringing U.S. Patent Nos. 7,546,782 ("the '782 patent") and 8,117,930 ("the '930 patent") (collectively, the "Patents-in-Suit") in connection with Dometic's DG3 product, a marine gyrostabilizer designed to enhance boat stability by minimizing roll motion at sea.[1]  I further understand that the Patents-in-Suit are both directed to a gyroscopic roll stabilizer for a boat including a cooling apparatus for transferring heat from and cooling one or more heat-generating components that support or drive a flywheel or other spinning member.[2]

8.   I have been asked by counsel for Seakeeper to evaluate various factors relating to whether Seakeeper will suffer irreparable harm if an interim injunction is not issued preventing Dometic from offering to sell, selling, marketing, promoting, launching and/or shipping its accused DG3 gyrostabilizer product.  I understand that in patent cases, lost sales and market share, price erosion, harm to customer relationships, harm to reputation and goodwill, business disruptions, and reallocations of resources can all be valid grounds for finding irreparable harm.

9.   The opinions set forth in this declaration are based on my personal knowledge, background, training, and experience, as well as my review of the documents and data referred to in this declaration.  To the extent new information becomes available, this new information will be reviewed to determine whether it may have an impact on my opinions and analyses.  I reserve the right to respond to any additional reports concerning irreparable harm put forth by Dometic.

## 3   INFORMATION RELIED UPON

10.   During my analysis, I relied on my personal expertise, documents produced by Seakeeper, legal documents, publicly available information, discussions with Seakeeper personnel, and the following declarations and exhibits:

---

[1] Complaint, 4/21/2025, pp. 1, 10.
[2] Complaint, 4/21/2025, p. 4, 9.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

- Declaration of Will Cimino, Seakeeper's Chief Commercial Officer, dated May 2, 2025, and attachments WC-1 through WC-3 ("Cimino Declaration");

- Declaration of Andrew Semprevivo, Seakeeper's President and Chief Executive Officer, dated May 2, 2025, and attachments AS-1 through AS-7 ("Semprevivo Declaration");

- Declaration of Rebbecca Smitha, Seakeeper's Chief Financial Officer, dated May 2, 2025, and attachments RS-1 through RS-10 ("Smitha Declaration"); and

- Declaration of Nick Troche, Seakeeper's Chief Technology Officer, dated May 2, 2025, and attachments NT-1 through NT-5 ("Troche Declaration");

11. Appendix A and/or the footnotes contained in this declaration lists all information I have relied upon in reaching my conclusions.

## 4    SUMMARY OF OPINIONS

12. Seakeeper faces significant and irreparable harm if an injunction is not issued preventing Dometic from offering to sell, selling, marketing, promoting, launching and shipping its accused DG3 gyrostabilizer.

13. It will be difficult to quantify the full extent of Seakeeper's harms, and regardless, existing legal remedies will likely prevent Seakeeper from recovering the full extent of those harms via monetary damages.

14. Seakeeper stands to lose more absent the imposition of an injunction than Dometic given the relative size of the companies and given that nearly all of Seakeeper's sales and profits are attributable to its sales in the gyrostabilizer market.  As such, it is my opinion that the balance of the equities weighs in favor of Seakeeper, indicating that an injunction should issue.

## 5    BACKGROUND

### 5.1    Parties

#### 5.1.1    *Seakeeper*

15. Seakeeper is a world leader in marine motion control technology, designing, developing, and manufacturing precision gyrostabilizers for motion control in the recreational yacht and commercial

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

marine industries.[3]  Founded in 2003, Seakeeper is based in Leesport, Pennsylvania and has 269 employees worldwide as of January 2024.[4]  I understand that since 2008, Seakeeper has sold more than ███ gyrostabilizers.[5]  In 2024, Seakeeper's total sales of gyrostabilizers were approximately ████████, and its total sales of Seakeeper Ride were approximately ███████.[6]

16. Seakeeper sells Seakeeper gyroscopic stabilizers and Seakeeper Ride vessel attitude control systems.[7] I understand that Seakeeper gyroscopic stabilizers "eliminates up to 95% of boat roll" and Seakeeper Ride vessel attitude control systems "eliminates up to 70% of underway pitch and roll."[8]  I understand that Seakeeper's gyroscopic stabilizers and Seakeeper Ride vessel attitude control systems are part of Seakeeper's product ecosystem and are designed to offer a comprehensive stabilization solution.[9]

17. I understand that Seakeeper gyroscopic stabilizers and Seakeeper Ride are highly complementary systems, and many original equipment manufacturer ("OEM") customers and individual customers install both systems together for optimal stabilization performance.[10]  For example, Seakeeper documents state that "[i]n 2020, Sportsman partnered with Seakeeper to integrate several Seakeeper Gyro products into its existing and upcoming boat models…leveraging another Seakeeper opportunity to differentiate its boats, Sportsman again looked to Seakeeper and further expanded their partnership by standardizing Ride into ten models in 2023, with additional standardizations underway."[11]

18. I understand that in 2008, after more than 5 years of research and development ("R&D") by Shep McKenney and John Adams, Seakeeper launched the Seakeeper M7000 gyro, its first gyroscopic

---

[3] "Seakeeper, Inc. Private Company Profile," CapitalIQ (accessed: https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=60879052); Cimino Declaration, p. 2.
[4] Cimino Declaration, p. 2; Smitha Declaration, Ex. RS-8, p. 58; Complaint, 4/21/2025, p. 1.
[5] Smitha Declaration, p. 4.
[6] Smitha Declaration, Ex. RS-9, p. 1.
[7] "Complete Motion Control at Rest and Underway," Seakeeper website (accessed: https://www.seakeeper.com/); I understand that Seakeeper Ride "attaches directly to the flat vertical section at the rear of the vessel (the "transom") [and] uses real-time motion data and adjusts the blades to create lift at the stern, counteracting unwanted boat movements like pitch and roll." Cimino Declaration, p. 14.
[8] "Once you feel it, you'll never boat without it," Seakeeper website (accessed: https://www.seakeeper.com/home/); "You Thought You Knew Boating," Seakeeper website (accessed: https://ride.seakeeper.com/).
[9] Cimino Declaration, p. 14.
[10] Cimino Declaration, p. 14.
[11] Smitha Declaration, Ex. RS-8, p. 30.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

stabilizer and established the first production builder contract with Azimut Yachts to fit Seakeeper's gyroscopic stabilizer into the design of that boat.[12]

19. According to Mr. Troche:

> Seakeeper's breakthrough—compact, fully internal gyros with efficient vacuum-enclosed flywheels and a proprietary cooling system—made stabilization viable for vessels of all sizes at rest or low speed. The gyroscopic stabilizers could now run without overheating, even in the hottest engine rooms or tropical climates.
>
> The improved Seakeeper gyro could spin roughly three times faster than an equivalent non-vacuum gyro without extra power. It could deliver the same stabilizing ability with a flywheel weighing only one-third of what earlier designs required, and it needed only about half the electrical power to operate, making it feasible on much smaller boats. The innovative cooling system is what makes all these improvements possible.[13]

20. I understand that designing a gyrostabilizer that spins a gyroscope in a vacuum is not possible without first solving the problem of how to cool it properly.[14]

21. On its website, Seakeeper markets its vacuum-sealed gyrostabilizer products as having an "Innovative Cooling System," which it describes as a "patented cooling system [that] removes heat from within the vacuum enclosure and dissipates it through a glycol/seawater combination.  This enables the flywheel to spin at an extremely high rate of speed, providing ultimate performance in the smallest and lightest package possible."[15]

22. I understand that in 2019, the Seakeeper 2 gyrostabilizer was awarded the prestigious Gold Edison Award.[16]  The Edison Awards "honor excellence in new product and service development, marketing, human-centered design, and innovation."[17]  The winners of the Edison Award are selected by a "panel

---

[12] "About Us," Seakeeper website (accessed: https://www.seakeeper.com/about-us/); Cimino Declaration, p. 2; Smitha Declaration, Ex. RS-4, p. 6.

[13] Troche Declaration, p. 10.

[14] Discussion with Nick Troche.

[15] Seakeeper Technology, Innovative Cooling System (accessed: https://www.seakeeper.com/technology/).  See also, Smitha Declaration, Ex. RS-3, p. 10, RS-4, p. 17.

[16] Smitha Declaration, p. 9; "Seakeeper Wins 2019 Edison Award," Seakeeper website, April 5, 2019 (accessed: https://www.seakeeper.com/press-releases/seakeeper-wins-2019-edison-award/).

[17] "Seakeeper Wins 2019 Edison Award," Seakeeper website, April 5, 2019 (accessed: https://www.seakeeper.com/press-releases/seakeeper-wins-2019-edison-award/).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

of more than 3,000 judges comprised of senior business executives and academics."[18]  I understand that in 2020, the Seakeeper 1 gyrostabilizer was awarded the Innovation Award for Mechanical & Electrical Systems at the Miami International Boat Show ("MIBS"), which is one of the industry's most prestigious awards to honor companies with the most innovative and groundbreaking new marine products.[19]  I understand that the award committee noted that Seakeeper 1 brought stability for even 23-foot boats with easy installations.[20]  I understand the "ability to install a Seakeeper gyrostabilizer in boats having the space and power limitations synonymous with 23-foot boats is a result of Seakeeper's superior ability to dissipate heat generated at bearings that support the high speed flywheel spin rates necessary to achieve stabilization."[21]  I understand that these awards are possible due to Seakeeper's patented cooling technology, which enables "the performance and advantages of the Seakeeper gyrostabilizer products."[22]

23.  According to Ms. Smitha, since its inception through April 1, 2025, Seakeeper has spent more than ▮▮▮▮▮ on R&D and continues to invest significant time and money in R&D to advance and extend its gyrostabilizer product line.[23]  I understand that over this same time period, Seakeeper has spent more than ▮▮▮▮▮ marketing its products.[24]  According to Ms. Smitha, Seakeeper marketing presentations highlight its patented cooling technology and the performance and features of the gyrostabilizers that are a result of this patented technology.[25]  I understand that Seakeeper's marketing activities include attending approximately 65 trade shows per year, updating its website, operating demo boats, creating brochures, and engaging in print and digital advertising, among other efforts.[26]

---

[18] "Seakeeper Wins 2019 Edison Award," Seakeeper website, April 5, 2019 (accessed: https://www.seakeeper.com/press-releases/seakeeper-wins-2019-edison-award/).

[19] Smitha Declaration, p. 8; "18 Products Receive 2020 Innovation Awards, Honored During Miami Boat Show's Innovation Breakfast," NMMA website, February 14, 2020 (accessed: https://www.nmma.org/press/article/23114).

[20] "18 Products Receive 2020 Innovation Awards, Honored During Miami Boat Show's Innovation Breakfast," NMMA website, February 14, 2020 (accessed: https://www.nmma.org/press/article/23114).

[21] Smitha Declaration, p. 9.

[22] Smitha Declaration, p. 9.

[23] Smitha Declaration, p. 10.

[24] Smitha Declaration, p. 10.

[25] Smitha Declaration, p. 10.

[26] Smitha Declaration, p. 10; I understand that operating boat demo, or sea trial, is a vital part of Seakeeper's strategy since they "provide real-world performance data that validates the effectiveness of Seakeeper's gyroscopic stabilizers on specific boat models." Cimino Declaration, p. 13.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

### 5.1.2    *Dometic*

24.  Dometic is a subsidiary of a global outdoor tech company headquartered in Stockholm, Sweden.[27]  It operates through four segments:

- Land Vehicles – This segment accounts for 44% of Dometic's total net revenue and provides products and solutions for recreational vehicles, commercial and passenger vehicles, and standalone outdoor products.  Products include air conditioners, toilets, and kitchen appliances.[28]

- Marine – This segment accounts for 23% of Dometic's total net revenue and provides products for customers in the marine industry, including air conditioners, toilets, kitchen appliances, blinds, furnishing, holding tanks & pumps, marine steering system, and stabilization.[29]

- Mobile Cooling Solutions – This segment accounts for 24% of Dometic's total net revenue and provides Igloo and Dometic branded mobile cooling and drinkware products, such as electric coolers, ice chests, soft coolers, and center console refrigerators.[30]

- Global Ventures – This segment accounts for 9% of Dometic's total net revenue and provides mobile power products and residential/hospitality business products, such as solar panels, minibars, and outdoor kitchens.[31]

---

[27] Dometic Annual and Sustainability Report 2024, Dometic website, p. 1 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF).

[28] Dometic Annual and Sustainability Report 2024, Dometic website, p. 42 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF); "RV & Van," Dometic website (accessed: https://www.dometic.com/en/outdoor/rv-and-van).

[29] Dometic Annual and Sustainability Report 2024, Dometic website, p. 42 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF); "Boat," Dometic website (accessed: https://www.dometic.com/en/outdoor/boat).

[30] Dometic Annual and Sustainability Report 2024, Dometic website, p. 42 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF); "Coolers," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/coolers).

[31] Dometic Annual and Sustainability Report 2024, Dometic website, pp. 42, 48 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF); "Power & Solar," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/power-and-solar).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

25. In 2024, Dometic's net sales totaled 24.6 billion SEK[32] (approximately $2.2 billion).[33] Dometic has more than 7,000 employees worldwide and sells its products in 100 countries.[34] 58% of Dometic's net sales are from the Americas region.[35] OEM sales account for 40% of its total net sales, service/aftermarket sales account for 29% of its total net sales, and distribution sales account for 31% of its total net sales.[36]

26. Dometic announced an expansion of its marine business with the introduction of the Dometic DG3 Gyrostabilizer ("DG3") in February 11, 2025 at the MIBS.[37] According to the Dometic press release, DG3 "marks Dometic's entry into the rapidly growing vessel stabilizer market…specifically designed for the 35- to 41-foot boat market" and serves "as the first model in this new series."[38] The DG3 is compatible with 12-, 24- and 48-volt house battery systems.[39] On February 13, 2025, Dometic DG3

---

[32] Dometic Annual and Sustainability Report 2024, Dometic website, p. 76 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF).

[33] "Monthly Average 2024," X-Rates website (accessed: https://www.x-rates.com/average/?from=SEK&to=USD&amount=1&year=2024). Calculated as: 24.6 billion SEK x 0.091012 (December 2024 average exchange rate).

[34] Dometic Annual and Sustainability Report 2024, Dometic website, p. 1 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF).

[35] Dometic Annual and Sustainability Report 2024, Dometic website, p. 1 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF).

[36] Dometic Annual and Sustainability Report 2024, Dometic website, p. 1 (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF).

[37] "Unveiling of the Dometic Electric DG3 Gyro Stabilizer for Boats," YouTube website, February 13, 2025 (accessed: https://www.youtube.com/watch?v=mcfgMCTFv0M); Complaint, 4/21/2025, p. 10; Semprevivo Declaration, p. 22, Ex. AS-7.

[38] "Dometic Expands its Marine Business with New Innovative Gyrostabilizer Dometic DG3," Dometic website, February 12, 2025 (accessed: https://www.dometicgroup.com/en-us/investors/press-releases/dometic-expands-its-marine-business-with-new-innovative-gyrostabilizer-dometic-dg3); Semprevivo Declaration, Ex. AS-7, p. 2.

[39] "Dometic Expands its Marine Business with New Innovative Gyrostabilizer Dometic DG3," Dometic website, February 12, 2025 (accessed: https://www.dometicgroup.com/en-us/investors/press-releases/dometic-expands-its-marine-business-with-new-innovative-gyrostabilizer-dometic-dg3); Semprevivo Declaration, Ex. AS-7, p. 3.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

gyrostabilizer won the Miami Innovation Award in the category of Mechanical & Electrical Systems at the 2025 MIBS.[40]  I understand that Seakeeper was also a nominee for this award.[41]

27. According to Eric Fetchko, Dometic's Marine Segment President, Dometic is "not just launching a new product, [they are] taking Dometic into an important new category for the global boating business."[42]  In an interview with *Soundings Trade Only*, Mr. Fetchko talked about the ability of DG3 to ramp up and ramp down quickly.[43]  According to Mr. Fetchko, "[w]ith heat gradients in the bearings between the inner and outer race, if they sped up how fast the current ones on the market ramped up or slowed it down, it could explode their bearings because the differential can only be a few degrees between the inner race and the outer race. As the tolerances are so tight, you'd explode the ceramic balls. [Dometic] got around that with [its] cooling methods."[44]

28. At the 2025 MIBS, Regulator Marine ("Regulator") announced it had partnered with Dometic and would use Dometic's DG3 system in its 35-foot boat, the "Regulator 35."[45]  I understand that Regulator is an existing OEM customer of Seakeeper, and Seakeeper products are offered on several Regulator models, including the 30XO, 31, 34, 37, and 41.[46]

29. According to Mr. Fetchko, Dometic is "already at work on expanding [its] gyrostabilizer series" and is "exploring new ways [it] can integrate it with its other ride and control solutions in the future."[47]

---

[40] "Dometic Gyrostabilizer DG3 won Innovation Award 2025," Dometic website, February 13, 2025 (accessed: https://www.dometicgroup.com/en-us/press-media/nyheter/americas/dometic-gyrostabilizer-dg3-won-innovation-award-2025).

[41] Complaint, 4/21/2025, p. 17; "Miami Boat Show: NMMA and BWI honor Innovation Award winners," BoatingIndustry website, February 13, 2025 (accessed: https://boatingindustry.com/news/2025/02/13/miami-boat-show-nmma-and-bwi-honor-innovation-award-winners/).

[42] "Dometic Expands its Marine Business with New Innovative Gyrostabilizer Dometic DG3," Dometic website, February 12, 2025 (accessed: https://www.dometicgroup.com/en-us/investors/press-releases/dometic-expands-its-marine-business-with-new-innovative-gyrostabilizer-dometic-dg3); Semprevivo Declaration, Ex. AS-7, p. 3.

[43] "The Dometic Marine President speaks with Gary Reich at the Miami International Boat Show," Soundings Trade Only website, February 26, 2025 (accessed: https://tradeonlytoday.com/post-type-feature/eric-fetchko-q-a/).

[44] "The Dometic Marine President speaks with Gary Reich at the Miami International Boat Show," Soundings Trade Only website, February 26, 2025 (accessed: https://tradeonlytoday.com/post-type-feature/eric-fetchko-q-a/); Cimino Declaration, p. 12.

[45] "Regulator 35 launches at Miami International Boat Show," Regulator Marine website, February 12, 2025 (accessed: https://www.regulatormarine.com/blog/regulator-35-updates/).

[46] Discussion with Will Cimino.

[47] "Dometic Debuts New Gyro The stabilization system takes the roll out of an offshore ride," Soundings website, April 16, 2025 (accessed: https://soundingsonline.com/gear/equipment/dometic-debuts-new-gyro/).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

### 5.2    Marketplace

30. Prior to the launch of Seakeeper's M7000 product, I understand that the market for boat stabilizers was "niche, fragmented, and largely focused on larger vessels such as commercial ships, mega-yachts, and military craft."[48]  I understand that introducing the Seakeeper M7000 in 2008 effectively created a new market for gyroscopic stabilizers in recreational and smaller commercial boats.[49]

31. Seakeeper has commercialized a suite of products that utilizes its proprietary cooling system.[50]  I understand that Seakeeper sells gyrostabilizer products in twelve sizes and typically operates at 12 volts.[51]  I understand that Seakeeper has been able to market its products as technologically differentiated from the competition due the products having vacuum encapsulation and a patented cooling system.[52]  As discussed, I understand that "Seakeeper's market dominance in the gyroscopic stabilization market is based on its use of its patented vacuum-enclosed cooling system, which enables the flywheel to spin at extremely high speeds while minimizing heat buildup and energy loss."[53]  I understand that Seakeeper's patented vacuum-enclosed cooling system is critical for its products and is a central message behind its marketing.[54]

32. According to Mr. Cimino, Dometic's share of the gyrostabilizer market for recreational and small commercial boats is approximately a 95%, with Quick Spa ("Quick") accounting for the remaining 5%.[55]  I understand that Quick is unable to compete effectively in this market because its products to not have Seakeeper's proprietary vacuum and cooling technology.[56]

33. Gyrostabilizers are sold through OEM sales and aftermarket sales.[57]  I understand that OEM channel sales involve selling stabilizers directly to boat manufacturers, and that customers can choose a

---

[48] Cimino Declaration, p. 2.
[49] Cimino Declaration, p. 2.
[50] Seakeeper Technology, Innovative Cooling System (accessed: https://www.seakeeper.com/technology/).
[51] Smitha Declaration, p. 3; "How much power does a Seakeeper use?" Seakeeper website (accessed: https://www.seakeeper.com/faqs/how-much-power-does-a-seakeeper-use/).
[52] Cimino Declaration, p. 11.
[53] Cimino Declaration, p. 11.
[54] Cimino Declaration, p. 11.
[55] Cimino Declaration, p. 5.
[56] Cimino Declaration, p. 5.
[57] Cimino Declaration, p. 2; "Builders all around the world are installing Seakeeper," Seakeeper website

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

gyrostabilizer as either standard equipment or an optional upgrade when buying a new boat.[58]  I also understand that OEM channel sales require delivering a boat with pre-installed gyrostabilizer to customers through "close collaboration with the boat builder to ensure structural and mechanical compatibility."[59]  Aftermarket (or refit) sales involve installing gyrostabilizers on existing boats.[60]  I understand that Seakeeper's authorized dealer network works with customers to evaluate the boats for retrofit feasibility and to complete the installation.[61]  According to Mr. Cimino, approximately ██ of Seakeeper's sales are OEM sales.[62]

34. Seakeeper's OEM partners design their boats with a specific area to install Seakeeper.[63]  I understand that when an OEM selects a gyrostabilizer, "the boat is designed specifically to structurally and mechanically integrate a specific gryostabilizing product. Once a stabilizer is designed into a boat model, it typically remains for the entire five- to ten-year lifecycle of that model."[64]

35. As discussed above, I understand that Seakeeper gyroscopic stabilizers and Seakeeper Ride are highly complementary systems, and many customers (including OEMs) install both systems together for optimal stabilization performance.  As such, I understand that the "success in selling gyroscopic products at the OEM level directly supports the adoption of Seakeeper Ride, strengthening customer relationships, expanding Seakeeper's footprint on each vessel, and increasing the company's overall revenue per unit."[65]

36. I understand that Seakeeper also maintains a strong relationship with boat builders, including those that belong to Independent Boat Builders, Inc. ("IBBI").[66]  IBBI "is a collaborative effort to negotiate the best sources and arrangements for raw materials. It's a purchasing cooperative founded by a group

---

(accessed: https://www.seakeeper.com/standard/); "Love your current boat, but hate the roll? Add a Seakeeper," Seakeeper website (accessed: https://www.seakeeper.com/refit/).
[58] Cimino Declaration, p. 2.
[59] Cimino Declaration, p. 2.
[60] Cimino Declaration, p. 2; "Love your current boat, but hate the roll? Add a Seakeeper," Seakeeper website (accessed: https://www.seakeeper.com/refit/).
[61] Cimino Declaration, pp. 2-3; "Love your current boat, but hate the roll? Add a Seakeeper," Seakeeper website (accessed: https://www.seakeeper.com/refit/).
[62] Cimino Declaration, p. 2.
[63] Smitha Declaration, Ex. RS-8, p. 20.
[64] Cimino Declaration, p. 3.
[65] Cimino Declaration, p. 14.
[66] Cimino Declaration, p. 6.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

of independent boat builders who are continually looking for ways to add value to their businesses."[67] I understand that IBBI operates by allowing its members to negotiate favorable pricing and terms with suppliers by pooling their purchasing power.[68] IBBI is comprised of a 15-owner network of leading boat brands that collectively build more than 25% of all boats sold in the U.S.[69] Regulator Marine is listed as one of IBBI's owner's brands.[70]

37. Seakeeper relies on its installed base of existing customers to market its gyrostabilizer products via customer testimonials.[71] In addition, I understand that Seakeeper generates recurring income on its installed base through extended warranties, spare parts, and aftermarket trade-ins, which are tied to units installed at the OEM stage.[72] For example, I understand that Seakeeper offers up to a 40% discount on new Seakeeper units to customers who trade in their current Seakeeper.[73]

## 6    ANALYSIS OF IRREPARABLE HARM

38. I understand that courts have found that "[w]here two companies are in competition against one another, the patentee suffers the harm—often irreparable—of being forced to compete against products that incorporate and infringe its own patented inventions."[74] With DG3 available in the marketplace, instead of Seakeeper having exclusive access to the competitive advantages created by the inventions claimed in the Patents-in-Suit, these advantages have become the basis of head-to-head competition between Seakeeper and Dometic. I also understand that the likelihood of irreparable harm increases in cases involving markets with few competitors.[75]

39. As discussed in the following sections, Seakeeper faces significant and irreparable harm if DG3 is allowed to launch. This is because if DG3 is launched and subsequently removed from the market, it

---

[67]"What IBBI is All About," IBBI website (accessed: https://ibbi.com/).

[68] "The IBBI Advantage," IBBI website (accessed: https://ibbi.com/)

[69] "Garmin named 2025 IBBI Supplier of the Year," PR Newswire, March 20, 2025 (accessed: https://www.prnewswire.com/news-releases/garmin-named-2025-ibbi-supplier-of-the-year-302406107 html).

[70] "Our Owners," IBBI website (accessed: https://ibbi.com/).

[71] "Videos," Seakeeper website (accessed: https://www.seakeeper.com/videos/); Smitha Declaration, RS-8, pp. 18-20.

[72] Cimino Declaration, pp. 3-4.

[73] "Trade-In & Save," Seakeeper website (https://www.seakeeper.com/trade-in/).

[74] *Douglas Dynamics, LLC v. Buyers Prods. Co.*, 717 F.3d 1336, 1344 (Fed. Cir. 2013).

[75] Opinion, *Incyte Corporation v. Sun Pharmaceuticals*, No. 24-06944 (D.N.J 2024), pp. 38-39, citing *Lonza Walkersville, Inc. v. Adva Biotech., Ltd.,* 581 F. Supp. 3d 736, 750 (D. Md. 2022).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

will not only affect Seakeeper's sales during the pre-injunction period but also continue to impact sales after the injunction. It is unlikely that Seakeeper will, or could, be fully compensated for its losses for the reasons explained below.

### 6.1    Lost Sales and Market Share

40. Seakeeper stands to lose sales and market share of its products, including but not limited to the Seakeeper 3, because of Dometic's launch of DG3. This is because virtually every DG3 sale represents a potential lost sale for Seakeeper, given its ▮▮▮ market share of gyrostabilizers for recreational and small commercial boats. As explained below, Seakeeper's losses would not be limited to its gyrostabilizers and these losses would persist even if DG3 is later forced to exit the market.

41. I understand that Seakeeper prioritizes generating customer demand by fostering deep relationships with OEMs, distributors, and dealers.[76] Between 2017 and 2023, Seakeeper retained over ▮▮▮ of its channel partners.[77] In 2023, more than ▮▮▮ of its revenue came from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[78] Seakeeper reports that high-end user satisfaction drives demand by forcing boat OEMs to design their boats to include Seakeeper products as standard equipment.[79]

42. Competition from Dometic's DG3 poses a threat to Seakeeper's OEM opportunities for specific boat models. In fact, Regulator has already announced it has partnered withDometic to use its DG3 system in its "Regulator 35" model.[80] Currently, Seakeeper is tracking ▮▮ sales opportunities with OEMs for boat models that have the potential to incorporate Seakeeper 3 or Seakeeper 4 gyrostabilizers.[81] Seakeeper anticipates that these deals will be finalized between now and June 30, 2026.[82]

---

[76] Smitha Declaration, Ex. RS-8, p. 20.

[77] Smitha Declaration, Ex. RS-8, p. 19.

[78] Smitha Declaration, Ex. RS-8, p. 19.

[79] Smitha Declaration, Ex. RS-8, pp. 18, 20.

[80] "Regulator 35 launches at Miami International Boat Show," Regulator Marine website, February 12, 2025 (accessed: https://www.regulatormarine.com/blog/regulator-35-updates/).

[81] Cimino Declaration, Ex. WC-1, p. 1.

[82] Cimino Declaration, Ex. WC-1, p. 1.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

43. According to Mr. Cimino, any lost opportunities with OEMs for specific boat models now may lead to Seakeeper being unable to sell its products for use on those boats for five to ten years.[83] As such, competition from Dometic's DG3 will likely harm Seakeeper both now and in the future, as any lost OEM opportunities for specific boat models today will likely cause Seakeeper to lose new and existing Seakeeper customers who purchase those boats in the future.

44. These losses will be compounded further by lost repeat business from loyal customers, as a portion of any lost new and existing Seakeeper customers also represent potential repeat customers for additional Seakeeper products in the future.  Seakeeper also prioritizes generating customer demand through loyal end-users.[84]  End-users who purchase Seakeeper products often become "customers for life," as Seakeeper owners often upgrade to better models, encouraged by significant discounts on replacements.[85]  For example, I understand that Seakeeper offers up to a 40% discount on new Seakeeper units to customers who trade in their current Seakeeper.[86]

45. In addition to lost gyrostabilizer sales both now and in the future, I understand that if Dometic's DG3 is integrated into these boat models, Seakeeper would also lose future revenue streams from downstream warranties and spare parts.[87]

46. If Seakeeper is effectively locked out of these sales for a five-to-ten-year period, it would suffer forward-looking, post-patent lost profits from lost sales and loss of market share that it would be unlikely to be fully compensated for.

47. I also understand that because Seakeeper's gyroscopic products are highly complementary with Seakeeper Ride, a decline in sales of Seakeeper's gyroscopic products will likely result in reduced complementary sales of Seakeeper Ride.[88]  Seakeeper only recently launched Seakeeper Ride in 2023, generating revenue of ███████ that year.[89]  Illustrating the complementary nature of these products, Seakeeper reported in March 2024 that Sportsman plans to integrate Seakeeper gyroscopic products

---

[83] Cimino Declaration, p. 3.
[84] Smitha Declaration, Ex. RS-8, p. 20.
[85] Smitha Declaration, Ex. RS-8, pp. 18, 38.
[86] "Trade-In & Save," Seakeeper website (https://www.seakeeper.com/trade-in/).
[87] Cimino Declaration, pp. 3-4.
[88] Cimino Declaration, p. 14.
[89] Smitha Declaration, Ex. RS-8, pp. 20, 23.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

and Seakeeper Ride into its existing and upcoming boat models, further expanding their partnership by standardizing Ride into ten models in 2023, with additional standardizations underway.[90]

48. In March 2024, Seakeeper indicated that the launch of Seakeeper Ride "massively expanded Seakeeper's current addressable market and strong growth trajectory."[91]  At that time, the company reported that it had penetrated less than ███ of the current addressable market for that product.[92]  For comparative purposes, in March 2024, Gyro products were offered as standard or an option with 310 boat OEMs compared to 14 for Seakeeper Ride.[93]  Seakeeper's projections from March 2024 indicate that the 2023 launch of Seakeeper Ride is in its early stages, but it is anticipated to become a major component of Seakeeper's business by 2028.[94]  Given the complementary nature of Seakeeper's gyroscopic and Ride products, competition from Dometic's DG3 is likely to disrupt the market adoption of Seakeeper Ride during this initial launch period, when revenues are projected to increase ████████ from 2024 to 2025 and ██████████ from 2024 to 2028.[95]

49. Seakeeper's lost sales and market share would likely continue in the future if the DG3 is launched before being excluded or otherwise exiting the marketplace.  Additionally, existing legal remedies may not adequately compensate Seakeeper for its losses, as it stands to lose sales for many years beyond the end of this litigation and the period for which lost profits damages may be awarded.  Further, it will be difficult to quantify the full extent of Seakeeper's lost sales and market share.  While it's clear that competition from Dometic's DG3 will likely harm Seakeeper in the ways described above, precisely measuring the magnitude of this harm is subject to significant uncertainty and estimation challenges.  It will involve making numerous assumptions regarding future sales of various Seakeeper products (gyrostabilizers and Seakeeper Ride) and downstream revenues, customer behavior, the strength of product interdependencies, and the long-term evolution of the market and Seakeeper's offerings.

---

[90] Smitha Declaration, Ex. RS-8, p. 30.
[91] Smitha Declaration, Ex. RS-8, p. 28.
[92] Smitha Declaration, Ex. RS-8, p. 28.
[93] Smitha Declaration, Ex. RS-8, p. 20.
[94] Smitha Declaration, Ex. RS-8, p. 23.
[95] ███████████████████████ (Smitha Declaration, Ex. RS-8, p. 23).

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY**

### 6.2    Price Erosion

50. Price erosion damages can occur when the patent holder is forced to lower the price of its product(s) in the face of the competition due to the actions of the infringer. In addition, a patent holder can suffer harm from price erosion if it is not able to raise prices, or maintain its historic rate of price increases, in the face of the competition caused by the actions of the infringer.[96] As discussed below, I understand that Seakeeper is already facing price erosion due to competition from Dometic's DG3 product and Dometic's infringement threatens to reduce Seakeeper's long-term pricing power for all of its products.

51. Seakeeper's March 2024 projections reflect a strategy to increase the average selling price (ASP) of gyrostabilizer products from 2023 to 2028.[97] However, competition from DG3 appears to have now led to price erosion for at least the Seakeeper 4 product. The Seakeeper 3 and DG3 are designed for boats ranging from 35 to 41 feet, whereas the Seakeeper 4 is designed for boats ranging from 38-44 feet.[98] The advertised price for DG3 is $43,999.[99] The Seakeeper 4 has an advertised price of $46,200.[100] I understand that Seakeeper has offered the more powerful Seakeeper 4 at a promotional price of ███████ ████████████████████████████████████████████████████ ██████████████ .[101]

52. In addition to this evidence of price erosion in direct response to competition from the DG3, I also understand that Dometic's DG3 threatens to reduce Seakeeper's long-term pricing power for its products. As discussed above, IBBI "is a collaborative effort to negotiate the best sources and arrangements for raw materials. It's a purchasing cooperative founded by a group of independent boat

---

[96] Gordon v. Smith and Russel L. Parr, *Intellectual Property: Valuation, Exploitation and Infringement Damages*, 2005, p. 620.
[97] Smitha Declaration, Ex. RS-8, p. 27.
[98] "Seakeeper 3," Seakeeper website (accessed: https://www.seakeeper.com/seakeeper-products/seakeeper-3/); "Frequently Asked Questions," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/lp/marinelp-gyroscopic-stabilization/faq?srsltid=AfmBOorjEetVWrOmejdnEtzz1ISF_TmZLLcYqfT5JIctF0EPXOKL8-Ru); "Seakeeper 4," Seakeeper website (accessed: https://www.seakeeper.com/seakeeper-products/seakeeper-4/).
[99] "Frequently Asked Questions," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/lp/marinelp-gyroscopic-stabilization/faq?srsltid=AfmBOorjEetVWrOmejdnEtzz1ISF_TmZLLcYqfT5JIctF0EPXOKL8-Ru).
[100] "Seakeeper 4," Seakeeper website (accessed: https://www.seakeeper.com/seakeeper-products/seakeeper-4/).
[101] Cimino Declaration, p. 8; Appendix B – ███████████████████████████████████████████ ███████████████

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

builders who are continually looking for ways to add value to their businesses."[102]  IBBI operates by allowing its members to negotiate favorable pricing and terms with suppliers by pooling their purchasing power.[103]  IBBI is comprised of a 15-owner network of leading boat brands that collectively build more than 25% of all boats sold in the U.S.[104]

53. I understand that Seakeeper has strategically avoided engaging with marine industry purchasing groups such as the IBBI to maintain pricing flexibility and sustain profit margins through direct relationships with OEMs.[105]  I understand that boat builders have now begun using Dometic's entry as leverage in direct pricing negotiations, seeking better terms by mentioning the competition, which has weakened Seakeeper's pricing power.[106]  Dometic's presence threatens to force Seakeeper into negotiating with these purchasing groups.[107]  This will allow these OEMs to leverage their collective purchasing power to secure higher discounts and other favorable purchasing terms.[108]

54. ██████████████████████████████████████████████████████████████
██████████████████████████████████████[109]

55. I understand that IBBI members commit to incorporating components primarily from approved vendors, meaning acceptance of only Dometic as an approved product could result in widespread adoption of Dometic's DG3.[110]  If this occurs, Seakeeper will face a challenging decision: either (1) refuse to negotiate with purchasing groups like IBBI to reduce harm from price erosion, resulting in lasting exclusion from selling to OEMs affiliated with these groups, thereby increasing current and future lost sales opportunities, or (2) negotiate on price with purchasing groups to reduce harm from

---

[102] "What IBBI is All About," IBBI website (accessed: https://ibbi.com/).
[103] "The IBBI Advantage," IBBI website (accessed: https://ibbi.com/).
[104] "Garmin named 2025 IBBI Supplier of the Year," PR Newswire, March 20, 2025 (accessed: https://www.prnewswire.com/news-releases/garmin-named-2025-ibbi-supplier-of-the-year-302406107 html).
[105] Cimino Declaration, p. 6; Appendix C – Email from IBBI's Tom Broy to Seakeeper's Will Cimino and Andrew Semprevivo, February 17, 2025.
[106] Cimino Declaration, pp. 6-8.
[107] Cimino Declaration, pp. 6-8; Appendix C – Email from IBBI's Tom Broy to Seakeeper's Will Cimino and Andrew Semprevivo, February 17, 2025.
[108] "The IBBI Advantage," IBBI website (accessed: https://ibbi.com/).
[109] Appendix C – ████████████████████████████████████████████████████████
██████
[110] Cimino Declaration, p. 7.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

lost sales by maintaining access to affiliated OEMs, which will lead to increased price erosion, reducing margins and affecting established commercial relationships.

56. In terms of the direct financial impact of price erosion, existing legal remedies may prevent Seakeeper from being fully compensated for future lost profits associated with continuing price erosion.  Contractual agreements extending beyond litigation could further exacerbate this issue.[111]

57. Additionally, Seakeeper's pricing negotiations with OEMs will strain these relationships, providing OEM's with leverage due to competition from Dometic's DG3, thereby introducing an adversarial dynamic that did not exist previously.  If Dometic's DG3 is later removed from the market, raising prices back to pre-DG3 levels will continue to strain these relationships, as OEMs will want to continue paying the lower prices they have become accustomed to due to competition with DG3.  Quantifying the harm to these relationships will be difficult, if not impossible.  Moreover, competing on price with higher-performing products like the Seakeeper 4 has disrupted Seakeeper's original plans and positioning for that product, which will have long-term consequences for how that product is marketed, sold, and perceived by customers.  It will be difficult to quantify the long-term impact this could have on Seakeeper 4 sales and profit margins.

### 6.3    Harm to Reputation and Goodwill

58. Seakeeper has developed a strong reputation and goodwill.  In 2020, referring to the Seakeeper brand name and its gyrostabilizers, Trade Only Today's Jeff Moser was quoted as saying "[i]t's a new gyrostabilizer from the manufacturer, whose brand name – like Kleenex or Xerox – has become interchangeable with its product."[112]  Seakeeper reported in March 2024 that it had "unmatched brand recognition," noting that gyrostabilizer uptake is tied to "market and end user brand recognition," which "drives aftermarket installations of Seakeeper Gyro on existing boats."[113]

---

[111] See, e.g., Appendix B – ███████████████████████████████████████████████

[112] "Seakeeper Unveils Smallest Unit Yet," Trade Only Today website, April 1, 2020 (accessed: https://tradeonlytoday.com/post-type-feature/seakeeper-unveils-smallest-unit-yet/).
[113] Smitha Declaration, Ex. RS-8, pp. 23, 34.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY

59. Seakeeper documents indicate that "recognition as an innovator [is] critical to driving growth."[114]  To that end, Seakeeper has won multiple awards for its innovations related to marine stabilization technologies, including the MIBS Innovation Award,[115] the IBEX Innovation Award,[116] and the Edison Award,[117] among others.  Boating publications describe these award programs as "offer[ing] companies a chance to put products in the spotlight and demonstrate [their] innovation to a global audience."[118]  Seakeeper reported in March 2024 that it "frequently receives coverage in the biggest marine industry outlets globally, while reaching all audiences through digital advertising and email marketing campaigns with high engagement rates."[119]

60. Dometic's DG3 has and will continue to harm Seakeeper's reputation as a leader in marine stabilization technology development, as discussed below.

61. The DG3's use of the Patents-in-Suit has enabled it to offer additional product features that Seakeeper has not yet introduced in its products.  For example, I understand that the DG3 has a 48-volt design which provides for faster spool times.[120]  Dometic markets the DG3 as "boast[ing] industry-leading spin up and down times" on its website[121] and publicly credits these spool times to its cooling methods.  In an interview with *Soundings Trade Only*, Eric Fetchko, Dometic's Marine Segment President, talked about the ability of DG3 to ramp up and ramp down quickly.[122]  Mr. Fetchko stated, "We ramp up to full stabilization in 16½ minutes. The other thing was ramp down. They take six to eight hours. They just let it slow down on itself. We do it in 16½ minutes… [w]ith heat gradients in the bearings between the inner and outer race, if they sped up how fast the current ones on the market

---

[114] Smitha Declaration, Ex. RS-8, p. 14.

[115]"18 Products Receive 2020 Innovation Awards, Honored During Miami Boat Show's Innovation Breakfast," NMMA website, February 14, 2020 (accessed: https://www.nmma.org/press/article/23114).

[116] "2017 IBEX Innovation Award Winners Announced," NMMA website, September 20, 2017 (accessed: https://www.nmma.org/press/article/21520).

[117]"Seakeeper Wins 2019 Edison Award," Seakeeper website, April 5, 2019 (accessed: https://www.seakeeper.com/press-releases/seakeeper-wins-2019-edison-award/).

[118] "NMMA seeks 2025 Miami Innovation Award entries," Boating Industry website, November 26, 2024 (accessed: https://boatingindustry.com/top-news/2024/11/26/nmma-seeks-2025-mibs-innovation-award-entries/).

[119] Smitha Declaration, Ex. RS-8, p. 17.

[120] Cimino Declaration, p. 10.

[121] "Dometic DG3," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/boat/stabilization/gyroscopic-stabilizers/14-1411-141101-141101001-374846?v=9620018742).

[122] "The Dometic Marine President speaks with Gary Reich at the Miami International Boat Show," Soundings Trade Only website, February 26, 2025 (accessed: https://tradeonlytoday.com/post-type-feature/eric-fetchko-q-a/).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

ramped up or slowed it down, it could explode their bearings because the differential can only be a few degrees between the inner race and the outer race. As the tolerances are so tight, you'd explode the ceramic balls. [Dometic] got around that with [its] cooling methods."[123]

62. I understand that the MIBS judges recognized the significance of the DG3's 48-volt design and the resulting quicker spool-up times as primary distinguishing factors.[124]  However, without the DG3's use of the Patent-in-Suit, it is doubtful whether Dometic would have even had a product to put forward as a potential nominee for the MIBS Innovation Award, let alone have been able to win the award.

63. Since winning the MIBs innovation award in 2025, Dometic's DG3 has received favorable coverage from publications casting it as "innovative," a "game changer," and a product that has "upped the game," at times in direct comparison to Seakeeper:

- **Yahoo! Tech:** "Dometic has one significant competitor in the sector, Seakeeper, which does a great job with its range of gyro-stabilizers. But the Dometic newcomer has upped the game with the ability to spool up and down much faster, consume less power, and be compatible with 12, 24, or 48V systems. 'The first all-electric precession control gyro fully winds up in 16 minutes and draws from a dedicated battery to do so, then recaptures energy back into its battery during wind down,' said one of the awards judges from Boating Writers International. 'The leap in efficiency is more than significant.'"[125]

- **Vessel Star:** "If you've been keeping an ear to the water, you may have already heard the buzz about the newly released Dometic DG3 Gyroscopic Stabilizer. This nifty piece of technology is making waves as a direct competitor to the well-known Seakeeper stabilizers. So, whether you're a seasoned sailor or just dipping your toes into the world of boating, let's dive into what makes the DG3 a game-changer for your on-water adventures…. When you're in the market for a stabilizer, you'll want to consider the following features that set the DG3 apart

---

[123] "The Dometic Marine President speaks with Gary Reich at the Miami International Boat Show," Soundings Trade Only website, February 26, 2025 (accessed: https://tradeonlytoday.com/post-type-feature/eric-fetchko-q-a/); Cimino Declaration, p. 12.

[124] Cimino Declaration, pp. 10-11.

[125] "The 6 Most Exciting Innovation Award Winners at the Miami Boat Show This Year," Yahoo! Tech, February 14, 2025 (accessed: https://tech.yahoo.com/transportation/articles/6-most-exciting-innovation-award-200000593.html).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

from the competition, especially its biggest rival, the Seakeeper… As we mentioned earlier, the Dometic DG3 is going head-to-head with the Seakeeper brand, which has been a trusted name in the stabilizer market for years. While Seakeeper has established a solid reputation, the DG3 is carving out its niche with its competitive pricing and innovative features."[126]

- **Coastal Angler Magazine:** "The Dometic DG3 Gyro Sets New Standard in Marine Stabilization."[127]

- **Boating Industry Canada:** "The Miami Innovation Awards, presented annually by the National Marine Manufacturers Association (NMMA) and Boating Writers International (BWI), recognize outstanding new products in the boating industry. The Dometic DG3 was selected for its innovative design and cutting-edge technology, marking a significant achievement in the marine industry."[128]

64. As such, the DG3 has caused, and will continue to cause, harm to Seakeeper's reputation.

65. I understand that courts have found that damage to reputation and loss of goodwill are intangible harms for which it is "virtually impossible to ascertain the precise economic consequences."[129] Thus, traditional damages measures will not provide a mechanism for Seakeeper to be fully compensated for the DG3's harm to its reputation or goodwill.

### 6.4    Business Disruptions and Reallocation of Resources

66. Competition from Dometic's DG3 has disrupted Seakeeper's business operations and planning, allocation of resources, and potential business opportunities. Given that these disruptions have and will cause lasting harm to Seakeeper, it will be difficult, if not impossible, to quantify the full extent of these harms, as explained below.

---

[126] "Dometic Takes on Seakeeper with New Stabilizer," Vessel Star (accessed: https://vesselstar.ca/posts/2025/02/17/).

[127] "The Dometic DG3 Gyro Sets New Standard in Marine Stabilization," Coastal Angler Magazine, March 31, 2025 (accessed: https://coastalanglermag.com/the-dometic-dg3-gyro-sets-a-new-standard-in-marine-stabilization/).

[128] "Dometic gyrostabilizer DG3 won Innovation Award 2025," Boating Industry Canada, March 4, 2025 (accessed: https://boatingindustry.ca/current-news/dometic-gyrostabilizer-dg3-innovation-award/).

[129] *Abbott Labs. v. Mead Johnson & Co.*, 971 F.2d 6, 16 (7th Cir.1992).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

67. Competition from the DG3 has disrupted Seakeeper's plans for an entirely new generation of products. ███████████████████████████████

████████████████████████████████████████

68. Moreover, I understand that Dometic's premature entry into the market has forced Seakeeper to adjust its product development priorities and has required Seakeeper to redirect its resources ███████████ ███████████████████████████████████[132] I understand that Seakeeper is now delaying the launch of certain new products to focus on those that compete directly with Dometic's DG3 product and potential future Dometic models.[133]  Additionally, according to Mr. Cimino, Seakeeper has shifted its attention and a greater proportion of its marketing budget to address competition from Dometic, which has the potential to adversely impact the sales of other products and has taken away from time that could have otherwise been spent growing Seakeeper's business.[134]

69. 

---

[130] Cimino Declaration, p. 10.
[131] Cimino Declaration, p. 10.
[132] Cimino Declaration, p. 10.
[133] Cimino Declaration, p. 10.
[134] Cimino Declaration, p. 12.
[135] Semprevivo Declaration, p. 26; Cimino Declaration, p. 6.
[136] Cimino Declaration, pp. 5-6. Semprevivo Declaration, pp. 25-26.
[137] Cimino Declaration, pp. 5-6.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

[REDACTED]

70. For at least the reasons discussed above, it will be difficult to quantify the full extent of harms attributable to DG3's disruption of Seakeeper's business operations and planning, allocation of resources, and potential business opportunities. Even if it could be quantified, existing legal remedies may prevent Seakeeper from receiving full compensation for these harms.

## 7    BALANCE OF THE EQUITIES FAVORS SEAKEEPER

71. For the reasons set forth above, the harms that Seakeeper will sustain from allowing the DG3 to remain on the market are significant and are not fully quantifiable or compensable. Absent an injunction, Seakeeper will be forced to compete against products containing its own proprietary cooling system which effectively created the market for gyroscopic stabilizers in recreational and smaller commercial boats, and which has enabled Seakeeper to maintain its leading share in the market. Conversely, Dometic has not yet begun to rely on profits from sales of the DG3.

72. Additionally, Seakeeper stands to lose more absent the imposition of an interim injunction than Dometic given the relative size of the companies. As previously mentioned, Dometic has about 7,000 employees and earned $2.2 billion in sales from a broad range of products sold in a variety of different markets, although none in the gyrostabilizer market. In contrast, Seakeeper has 269 employees and earned [REDACTED] in sales, with gyrostabilizers accounting for approximately [REDACTED] of the company's total revenue.[139] And on a profit basis, gyrostabilizers accounted for nearly [REDACTED] of Seakeeper's total profit in 2024.[140]

---

[138] Cimino Declaration, pp. 5-6. Semprevivo Declaration, p. 26.
[139] Smitha Declaration, Ex. RS-9, p. 1; [REDACTED];
Smitha Declaration, Ex. RS-8, p. 58.
[140] Smitha Declaration, Ex. RS-9, p. 1); [REDACTED].

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

73. Accordingly, the balance of the equities weighs in favor of Seakeeper and indicates that an injunction should issue.

## 8    CONCLUSION

74. Seakeeper faces significant and irreparable harm if an injunction is not issued preventing Dometic from offering to sell, selling, marketing, promoting, launching and shipping its accused DG3 gyrostabilizer.

75. It will be difficult to quantify the full extent of Seakeeper's harms, and regardless, existing legal remedies will likely prevent Seakeeper from recovering the full extent of those harms via monetary damages.

76. Seakeeper stands to lose more absent the imposition of an injunction than Dometic given the relative size of the companies and given that nearly all of Seakeeper's sales and profits are attributable to its sales in the gyrostabilizer market.  As such, it is my opinion that the balance of the equities weighs in favor of Seakeeper, indicating that an injunction should issue.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2025                                _____

                                                        Sean D. Sheridan, Ph.D.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

**Appendix A – Information Relied Upon**

- "18 Products Receive 2020 Innovation Awards, Honored During Miami Boat Show's Innovation Breakfast," NMMA website, February 14, 2020 (accessed: https://www.nmma.org/press/article/23114).

- "2017 IBEX Innovation Award Winners Announced," NMMA website, September 20, 2017 (accessed: https://www.nmma.org/press/article/21520).

- *Abbott Labs. v. Mead Johnson & Co.*, 971 F.2d 6, 16 (7th Cir.1992).

- "About Us," Seakeeper website (accessed: https://www.seakeeper.com/about-us/).

- "Boat," Dometic website (accessed: https://www.dometic.com/en/outdoor/boat).

- "Builders all around the world are installing Seakeeper," Seakeeper website (accessed: https://www.seakeeper.com/standard/).

- Complaint, April 21, 2025.

- "Complete Motion Control at Rest and Underway," Seakeeper website (accessed: https://www.seakeeper.com/).

- "Coolers," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/coolers).

- Declaration of Will Cimino dated May 2, 2025, and attachments WC-1 through WC-3.

- Declaration of Andrew Semprevivo dated May 2, 2025, and attachments AS-1 through AS-7.

- Declaration of Rebbecca Smitha dated May 2, 2025, and attachments RS-1 through RS-10.

- Declaration of Nick Troche dated May 2, 2025, and attachments NT-1 through NT-5.

- Dometic Annual and Sustainability Report 2024, Dometic website, (accessed: https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/annual-report/2024/dometic_asr_2024_eng.pdf?ref=8208EFF2AF).

- "Dometic Debuts New Gyro The stabilization system takes the roll out of an offshore ride," Soundings website, April 16, 2025 (accessed: https://soundingsonline.com/gear/equipment/dometic-debuts-new-gyro/).

- "Dometic DG3," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/boat/stabilization/gyroscopic-stabilizers/14-1411-141101-141101001-374846?v=9620018742).

- "Dometic Expands its Marine Business with New Innovative Gyrostabilizer Dometic DG3," Dometic website, February 12, 2025 (accessed: https://www.dometicgroup.com/en-us/investors/press-releases/dometic-expands-its-marine-business-with-new-innovative-gyrostabilizer-dometic-dg3).

- "Dometic gyrostabilizer DG3 won Innovation Award 2025," Boating Industry Canada, March 4, 2025 (accessed: https://boatingindustry.ca/current-news/dometic-gyrostabilizer-dg3-innovation-award/).

- "Dometic Gyrostabilizer DG3 won Innovation Award 2025," Dometic website, February 13, 2025 (accessed: https://www.dometicgroup.com/en-us/press-media/nyheter/americas/dometic-gyrostabilizer-dg3-won-innovation-award-2025).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

- "Dometic Takes on Seakeeper with New Stabilizer," Vessel Star (accessed: https://vesselstar.ca/posts/2025/02/17/).

- *Douglas Dynamics, LLC v. Buyers Prods. Co.*, 717 F.3d 1336, 1344 (Fed. Cir. 2013).

- "Frequently Asked Questions," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/lp/marinelp-gyroscopic-stabilization/faq?srsltid=AfmBOorjEetVWrOmejdnEtzz1ISF_TmZLLcYqfT5JIctF0EPXOKL8-Ru).

- "Garmin named 2025 IBBI Supplier of the Year," PR Newswire, March 20, 2025 (accessed: https://www.prnewswire.com/news-releases/garmin-named-2025-ibbi-supplier-of-the-year-302406107.html).

- Gordon v. Smith and Russel L. Parr, *Intellectual Property: Valuation, Exploitation and Infringement Damages,* 2005, p. 620.

- "How much power does a Seakeeper use?" Seakeeper website (accessed: https://www.seakeeper.com/faqs/how-much-power-does-a-seakeeper-use/).

- "Love your current boat, but hate the roll? Add a Seakeeper," Seakeeper website (accessed: https://www.seakeeper.com/refit/).

- "Miami Boat Show: NMMA and BWI honor Innovation Award winners," Boating Industry website, February 13, 2025 (accessed: https://boatingindustry.com/news/2025/02/13/miami-boat-show-nmma-and-bwi-honor-innovation-award-winners/).

- "Monthly Average 2024," X-Rates website (accessed: https://www.x-rates.com/average/?from=SEK&to=USD&amount=1&year=2024).

- "NMMA seeks 2025 Miami Innovation Award entries," Boating Industry website, November 26, 2024 (accessed: https://boatingindustry.com/top-news/2024/11/26/nmma-seeks-2025-mibs-innovation-award-entries/).

- "Once you feel it, you'll never boat without it," Seakeeper website (accessed: https://www.seakeeper.com/home/).

- Opinion, *Incyte Corporation v. Sun Pharmaceuticals,* No. 24-06944 (D.N.J 2024), pp. 38-39, citing *Lonza Walkersville, Inc. v. Adva Biotech., Ltd.,* 581 F. Supp. 3d 736, 750 (D. Md. 2022).

- "Our Owners," IBBI website (accessed: https://ibbi.com/).

- "Power & Solar," Dometic website (accessed: https://www.dometic.com/en-us/outdoor/power-and-solar).

- "Regulator 35 launches at Miami International Boat Show," Regulator website, February 12, 2025 (accessed: https://www.regulatormarine.com/blog/regulator-35-updates/).

- "RV & Van," Dometic website (accessed: https://www.dometic.com/en/outdoor/rv-and-van).

- "Seakeeper 3," Seakeeper website (accessed: https://www.seakeeper.com/seakeeper-products/seakeeper-3/).

- "Seakeeper 4," Seakeeper website (accessed: https://www.seakeeper.com/seakeeper-products/seakeeper-4/).

- "Seakeeper Technology," Innovative Cooling System (accessed: https://www.seakeeper.com/technology/).

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

- "Seakeeper Unveils Smallest Unit Yet," Trade Only Today website, April 1, 2020 (accessed: https://tradeonlytoday.com/post-type-feature/seakeeper-unveils-smallest-unit-yet/).

- "Seakeeper Wins 2019 Edison Award," Seakeeper website, April 5, 2019 (accessed: https://www.seakeeper.com/press-releases/seakeeper-wins-2019-edison-award/).

- "Seakeeper, Inc. Private Company Profile," CapitalIQ (accessed: https://www.capitaliq.com/CIQDotNet/company.aspx?companyId=60879052).

- "The 6 Most Exciting Innovation Award Winners at the Miami Boat Show This Year," Yahoo! Tech, February 14, 2025 (accessed: https://tech.yahoo.com/transportation/articles/6-most-exciting-innovation-award-200000593.html).

- "The Dometic DG3 Gyro Sets New Standard in Marine Stabilization," Coastal Angler Magazine, March 31, 2025 (accessed: https://coastalanglermag.com/the-dometic-dg3-gyro-sets-a-new-standard-in-marine-stabilization/).

- "The Dometic Marine President speaks with Gary Reich at the Miami International Boat Show," Soundings Trade Only website, February 26, 2025 (accessed: https://tradeonlytoday.com/post-type-feature/eric-fetchko-q-a/).

- "The IBBI Advantage," IBBI website (accessed: https://ibbi.com/)

- "Trade-In & Save," Seakeeper website (https://www.seakeeper.com/trade-in/).

- "Unveiling of the Dometic Electric DG3 Gyro Stabilizer for Boats," YouTube website, February 13, 2025 (accessed: https://www.youtube.com/watch?v=mcfgMCTFv0M).

- "Videos," Seakeeper website (accessed: https://www.seakeeper.com/videos/); Smitha Declaration, RS-8, pp. 18-20.

- "What IBBI is All About," IBBI website (accessed: https://ibbi.com/).

- "You Thought You Knew Boating," Seakeeper website (accessed: https://ride.seakeeper.com/).

- Appendix B – ██████████████████████████
  ██████████

- Appendix C – ██████████████████████████
  ████████████████████████.

*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

**Appendix B – 2026 OEM Annual Purchase Agreement between Seakeeper and Sportsman Boats**

[See Next Page]





*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

**Appendix C –**



*HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY*

**Appendix D - CV and Testimony**

[See Next Page]



## Sean D. Sheridan
Vice President

PhD, Genetics
The University of Chicago

MBA, Finance and Economics
The University of Chicago
Booth School of Business

BS, Biology
Appalachian State University

Dr. Sheridan has served as an expert witness in cases brought before federal and state courts, the Patent Trial and Appeal Board, the International Trade Commission (ITC), and domestic and international arbitration tribunals.  He has developed numerous damages analyses related to patent infringement, breach of contract, and trade secret misappropriation, including analyses quantifying lost profits, reasonable royalties, and unjust enrichment.  He has also analyzed the issues of commercial success, irreparable harm, and the economic prong of the domestic industry requirement in ITC Section 337 proceedings.  Outside of litigation, Dr. Sheridan has provided financial consulting services for purposes such as transaction due diligence, license negotiations, and strategic decision-making.  The engagements he has worked on span a wide range of industries and products, including pharmaceuticals, biologics, medical devices, diagnostics, research tools, electronic health records, telecommunications, mobile devices, oil and gas, automotive technologies, robotics, computer software and hardware, insurance, and financial products, among others.

Previously, Dr. Sheridan was as an assistant director at the technology transfer office at the University of Chicago where he was responsible for managing the intellectual property strategy for a broad range of technologies and was frequently required to assess the value of new discoveries and potential products.  In that role he personally negotiated a variety of contracts including licenses, option agreements, and collaboration agreements with companies ranging from Fortune 500 firms to small start-ups.

Dr. Sheridan is a frequent speaker and instructor on intellectual property valuation and publishes on related topics.  He was named to the *IAM Patent 1000: The World's Leading Patent Professionals* (economic experts) every year since 2019.

## Selected affiliations

- Licensing Executives Society, Life Sciences Royalty Rates and Deal Terms Survey, committee member (2016–present)
- Law360, Life Sciences Editorial Board
- IAM Patent 1000: The World's Leading Patent Professionals (economic experts) (2019–present)
- American Intellectual Property Law Association, Member
- Association of University Technology Managers, Member

Charles River Associates

## Professional history

- 2023–Present  *Vice President*, Charles River Associates, Chicago, IL

- 2016–2023  *Principal*, Charles River Associates, Chicago, IL

- 2014–2016  *Associate Principal*, Charles River Associates, Chicago, IL

- 2014  *Director*, Ocean Tomo, Chicago, IL

- 2013–2014  *Associate*, Ocean Tomo, Chicago, IL

- 2012–2013  *Assistant Director*, UChicagoTech, Chicago, IL

- 2009–2012  *Project Manager*, UChicagoTech, Chicago, IL

- 2008–2009  *Associate Project Manager*, UChicagoTech, Chicago, IL

- 2001–2008  *Graduate Researcher*, The University of Chicago, Chicago, IL

## Publications and presentations

- "Valuation as a Tool for Early-Stage Tech Transfer Agreements" Department of Energy, Technology Transfer Working Group, Webcast, 2024.

- "Negotiating Successful Biopharma Partnerships" LES Annual Meeting, Chicago, IL, 2023, Moderator.

- "Hot Topic: Pharmaceuticals and Biotechnology Patent Litigation," *Corporate Disputes Magazine*, Jan-Mar 2023 Issue, Co-author.

- "Determining Royalty Rates for University IP: A Webinar Workshop for Tech Transfer and IP Professionals" Technology Transfer Tactics, Webcast, 2022.

- "LES Life Sciences Global Royalty Rate Survey Report" Webcast, 2022, Co-presenter.

- "LES@BIO 2022, Royalty Rates & Deal Terms Survey" BIO International Convention, San Diego, CA, 2022, Co-presenter.

- "Biologically similar but competitively not so? Economic considerations of IP litigation settlements involving biosimilars" Podcast, *Our Curious Amalgam*, 2022, Guest.

- "What's New for Hatch-Waxman Litigation: Exploring Trends, Updates, and Critical Issues" Webcast, The Knowledge Group, 2022, Co-presenter.

- "IP Valuation and Licensing" Guest Lecture, University of Chicago Booth School of Business, Chicago, IL, 2022.

- "FDA Biosimilar Approval Foreshadows IP Litigation Issues" With Archan Ruparel. *Law360*, 2021.

- "Balancing Financial Risk in IP Licensing" Webcast, Washington State Bar Association, 2021.

- "Intellectual Property Valuation" Guest Lecture, University of Chicago Booth School of Business, Chicago, IL, 2021.

- "IP Valuation Basics" LES Course, Webcast, 2020, Co-instructor.

- "Early Stage Intellectual Property Valuation" LES Course, Webcast, 2020, Co-instructor.

- "Mini-Roundtable: Patent Disputes," *Corporate Disputes Magazine*, April-June 2020 Issue, Co-author.

- "BPCIA Patent Dance: Navigating the Biosimilar Litigation Landscape in 2020" Webcast, The Knowledge Group, 2020, Co-presenter.

- "Global Life Sciences Royalty Rate and Deal Terms Survey 2018" LES Annual Meeting, Phoenix, AZ, 2019, Co-presenter.

- "Business Development for Life Sciences" LES Annual Meeting, Phoenix, AZ, 2019, Co-instructor.

- "Apportionment and the Entire Fair Market Value Rule (EMVR) in Patent Damages: Trends, Methods and Best Practices in 2019" Webcast, The Knowledge Group, 2019, Co-presenter.

- "Deal Terms - Do You Really Know What's Happening in Your Therapeutic Areas?" LES Webinar, 2019, Co-presenter.

- "IP Valuation" LES University Course, Vancouver, BC, 2019, Co-instructor.

- "Managing Risks and Uncertainty in Licensing Early-Stage Therapies" *Bloomberg Law*, 2018, Co-author.

- "Navigating Implications for Reasonable Royalty Damages in Light of Exmark v. Briggs & Stratton and Other Recent Court Rulings" Webcast, The Knowledge Group, 2018, Co-presenter.

- "Valuation and Negotiation" Polsky Center for Entrepreneurship and Innovation, Chicago, IL, 2017.

- "Business Development for Life Sciences" LES University Course, Chicago, IL, 2017, Co-presenter.

- "Global Life Sciences Royalty Rates and Deal Terms Survey, Implications and Applications" Webinar, 2017, Co-presenter.

- "LES U.S.A. and Canada & LESI Global Life Sciences Royalty Rate and Deal Terms Survey 2016" Webinar, 2017, Co-presenter.

- "Release of 5th Global Life Sciences Royalty Rate and Deal Terms Survey" LES 2016 Annual Meeting, Vancouver, BC, Canada, 2016, Co-presenter.

- "Valuing IP" Guest Lecture, University of Notre Dame, Notre Dame, IN, 2016.

- "Portfolio Analysis and Due Diligence for Monetization" IP Enforcement Summit, Chicago, IL, 2016, Co-presenter.

- "How Mayo, Myriad and Alice May Impact Patent Valuations" *Law360*, 2015.

- "Intellectual Property Valuation" Guest Lecture, University of Notre Dame, Notre Dame, IN, 2015.

- CRA Insights: Intellectual Property, Editor, 2015 to 2021.

- "Maximizing IP Value" Guest Lecture, Chicago-Kent College of Law, Chicago, IL, 2014.

- "A chemical compound that stimulates the human homologous recombination protein RAD51." With Krishanthi Jayathilaka, Tyler D Bold, Katarzyna Bochenska, Hillary L Logan, Ralph R. Weichselbaum, Douglas K. Bishop, and Philip P. Connell. *Proceedings of the National Academy of Sciences*, 2008.

- "A comparative analysis of Dmc1 and Rad51 nucleoprotein filaments." With Xiong Yu, Robyn Roth, John E. Heuser, Michael G. Sehorn, Patrick Sung, Edward H. Egelman, and Douglas K. Bishop. *Nucleic Acids Research*, 2008.

- "Red Hed regulation: recombinase Rad51, though capable of playing the leading role, may be relegated to supporting Dmc1 in budding yeast meiosis." With Douglas K. Bishop. Genes & Development, 2006.

## Expert witness experience

- <u>Agensys, Inc., and Astellas Pharma, Inc.</u> v. Hans David Ulmert and Norbert Peekhaus
  Civil Action No. 2:24-cv-03961 (PDx)
  United States District Court for the District of Delaware
  Expert report.

- <u>Merck Sharp & Dohme LLC</u> v. The Johns Hopkins University
  Inter Partes Review Nos. IPR2024-00240, IPR2024-00622, IPR2024-00623, IPR2024-00624, and IPR2024-00625
  Patent Trial and Appeal Board
  Declaration and deposition testimony.

- <u>Abbvie Inc., Abbvie Ltd, and Neurocrine Biosciences, Inc.</u> v. Alkem Laboratories Limited, et al.
  Civil Action No. 1:22-cv-01423 (JLH)
  United States District Court for the District of Delaware
  Expert report and deposition testimony.

- Certain Liquid Coolers for Electronic Components in Computers, Components Thereof, Devices for Controlling Same, and Products Containing Same
  Cooler Master Co. Ltd. et al. v. <u>SilverStone Technology Co., Ltd. et al.</u>
  U.S. International Trade Commission
  Investigation No. 337-TA-1394.
  Expert report, deposition testimony and hearing testimony.

- Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al.
  Civil Action No. 1:22-cv-01387-GBW
  United States District Court for the District of Delaware
  Expert report, reply report, and deposition testimony.

- Certain Icemaking Machines and Components Thereof
  Hoshizaki America Inc. v. Bluenix Co. Ltd., Blue Air FSE LLC.
  U.S. International Trade Commission
  Investigation No. 337-TA-1369
  Expert report, deposition testimony and hearing testimony.

- Regeneron Pharmaceuticals, Inc. v. Amgen, Inc., Celltrion, Inc., Samsung Bioepis, Co.,
  LTD., Formycon AG, and Mylan Pharmaceuticals, Inc.
  Case Nos. 1:24-cv-00039-TSK, 1:23-cv-00089-TSK, 1:23-cv-00094-TSK, 1:23-cv-00097-
  TSK, 1:22-cv-00061-TSK
  United States District Court for the Northern District of West Virginia
  Declaration and deposition testimony.

- Consolidated Arbitration re: AltaThera Pharmaceuticals LLC, Hyloris Pharmaceuticals SA,
  Academic Pharmaceuticals Inc., and Dr. John Somberg
  Case No. 01-22-0004-8710
  American Arbitration Association
  Expert report, deposition testimony and hearing testimony.

- Certain Botulinum Toxin Products and Processes for Manufacturing or Relating to Same
  Medytox Inc. v. Hugel, Inc., et al.
  U.S. International Trade Commission
  Investigation No. 337-TA-1313
  Expert report, deposition testimony and hearing testimony.

Charles River Associates

- Adimab, LLC v. LinkedUp Bioscience, Inc., et al.
  Civil Action No. 2084CV00843 BLS2
  Commonwealth of Massachusetts, Suffolk County Superior Court, Business Litigation Session
  Initial expert report, rebuttal report and deposition testimony.

- Northwestern University v. Universal Robots A/S and Universal Robots USA, Inc.
  Case No. 1:21-cv-00149-MN
  United States District Court for the District of Delaware
  Expert report and deposition testimony.

- University of Tennessee Research Foundation v. Caelum Biosciences, Inc., et al.
  Case No. 3:19-cv-00508-CEA-HBG
  United States District Court for the Eastern District of Tennessee at Knoxville
  Expert report and deposition testimony.

- Certain Integrated Circuits, and Products Containing the Same
  Realtek Semiconductor Corporation v. Advanced Micro Devices, Inc.
  U.S. International Trade Commission
  Investigation No. 337-TA-1350
  Two declarations, expert report, deposition testimony and hearing testimony.

- Acadia Pharmaceuticals Inc. v. Aurobindo Pharma Limited, et al.
  Civil Action No. 1:20-cv-00985-GBW
  United States District Court for the District of Delaware
  Initial expert report, reply report and deposition testimony.

- Becton Dickinson and Company v. Sage Products, LLC
  Inter Partes Review Nos. IPR2021-01201 and IPR2021-01202
  Patent Trial and Appeal Board
  Two expert reports and deposition testimony.

- W.H. Wall Family Holdings, LLLP v. Stryker Corporation
  Case No. 6:21-cv-00127-ADA
  United States District Court for the Western District of Texas
  Expert report and deposition testimony.

- The United States of America v. Gilead Sciences, Inc., et al.
  Case No. 1:19-cv-02103-MN
  United States District Court for the District of Delaware
  Expert report.

Charles River Associates

---

- <u>Bausch Health Ireland Ltd., et al.</u> v. Padagis Israel Pharmaceuticals Ltd., et al.
  Civil Action No. 2-20-cv-05426 (SRC) (CLW)
  United States District Court for the District of New Jersey
  Expert report, deposition testimony and trial testimony.

- Gilead Sciences, Inc. v. <u>The United States of America</u>
  Case No. 1:20-cv-00499-CFL
  United States Court of Federal Claims
  Initial expert report, rebuttal report, deposition testimony and trial testimony.

- <u>Baxter International, Inc. and Baxter Healthcare Corp.</u> v. CyDex Pharmaceuticals, Inc.
  Case No. 01-21-0002-6106
  American Arbitration Association
  Initial expert report, rebuttal report, deposition testimony and hearing testimony.

- Syngenta Crop Protection AG v. FMC Corp.
  Case Nos. 01-19-0002-4208 and 01-19-0002-4192
  <u>American Arbitration Association</u>, International Centre for Dispute Resolution
  Expert report, flexible valuation model and hearing testimony.

- <u>Soligenix, Inc.</u> v. Emergent BioSolutions, Inc., et al.
  Case No. 01-20-0007-5817
  American Arbitration Association
  Expert report, deposition testimony and hearing testimony.

- Certain Electrical Connectors and Cages, Components Thereof, and Products Containing the Same
  Amphenol Corporation v. <u>Luxshare Precision Industry Co., Ltd., et al.</u>
  U.S. International Trade Commission
  Investigation No. 337-TA-1241
  Expert report, deposition testimony and hearing testimony.

- Certain Polycrystalline Diamond Compacts and Products Containing Same
  US Synthetic Corporation v. <u>CR Gems Superabrasives Co., Ltd., et al.</u>
  U.S. International Trade Commission
  Investigation No. 337-TA-1236
  Expert report, deposition testimony and hearing testimony.

- <u>My Sweet Petunia, Inc.</u> v. Stampin' Up! Inc.
  Case No. 2:18-CV-00796-CMR
  United States District Court for the District of Utah
  Expert report for mediation.

- <u>UOP, LLC and Nikki-Universal Co. Ltd.</u> v. Hyosung Corporation
  Case No. 2019Na2058149

Seoul High Court, South Korea
Expert report.

- Certain Liquid Crystal Display Devices, Components Thereof, and Products Containing Same
  Sharp Corporation and Sharp Electronics Corporation v. VIZIO, Inc. et al.
  U.S. International Trade Commission
  Investigation No. 337-TA-1201
  Declaration.

- CR Bard, Inc. et al v. Medline Industries, Inc.
  Inter Partes Review Nos. IPR2019-00035, IPR2019-00036, IPR2019-00109, IPR2019-00208 and IPR2019-00223
  Patent Trial and Appeal Board
  Four expert reports.

- Arbor Pharmaceuticals, LLC v. Taro Pharmaceuticals USA, Inc., and Taro Pharmaceutical Industries, Ltd.
  Case No. 1:17-cv-09846-SHS
  United States District Court for the Southern District of New York
  Expert report.

- Falcon Group, LLC v. The Estate of Dennis Maetzold by and through its personal representative, David Logelin, and OCNA, L.L.C.
  Civil Case No. 27-CV-17-15503
  State of Minnesota – District Court, Hennepin County, Fourth Judicial District
  Expert report and deposition testimony.

- Batteries and Electrochemical Devices Containing Composite Separators, Components Thereof, and Products Containing Same
  LG Chem, Ltd., et al. v. Amperex Technology Limited, et al.
  U.S. International Trade Commission
  Investigation No. 337-TA-1087
  Expert report, deposition testimony and hearing testimony.

- Rutgers, The State University v. BioArray Solutions, Ltd., Immucor, Inc. and Michael Seul
  Civil Action No. L-4747-14
  Superior Court of New Jersey, Law Division, Middlesex County
  Expert report and deposition testimony.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2025, a true and correct copy of the foregoing document

was caused to be served by e-mail on the following counsel:

**<u>BY E-MAIL</u>**

Andrew C. Mayo
Brian A. Biggs
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801


**<u>BY E-MAIL</u>**

Oleg Khariton
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202


*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com

RLF1 32919998v.1