# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>                 Plaintiff,<br><br>   v.<br><br>DOMETIC CORPORATION,<br><br>                 Defendant. | C.A. No. 2025-0484-JCB<br><br>**REDACTED PUBLIC VERSION**<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF THOMAS L. DUSTON

I, Thomas L. Duston, state that I have personal knowledge of the following facts and if called could competently testify thereto:

1. I am an attorney at law, duly admitted to the Illinois bar. I am lead counsel for Plaintiff, Seakeeper, Inc. in the above captioned matter.

2. Attachment TD-1 is a copy of a letter to Dometic Corporation dated March 17, 2025 from Thomas L. Duston (attachment omitted).

3. Attachment TD-2 is a copy of a letter received on or about April 18, 2025 from Oleg Khariton to Thomas L. Duston.

4. Attachment TD-3 is a copy of a letter received on or about March 28, 2025 from Oleg Khariton to Thomas L. Duston.

5. On May 8, 2025, I spoke with Dometic's counsel, Oleg Khariton. ▮



An email chain reflected communications subsequent to my discussions with Dometic's counsel on May 8, 2025 is attached as Attachment TD-4.

**[SIGNATURE PAGE FOLLOWS.]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2025                    /s/ Thomas L. Duston
                                            _____
                                            Thomas L. Duston

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, a true and correct copy of the foregoing document was caused to be served by e-mail on the following counsel:

**BY E-MAIL**

Andrew C. Mayo
Brian A. Biggs
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Oleg Khariton
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

                              */s/ Kelly E. Farnan*
                              Kelly E. Farnan (#4395)
                              farnan@rlf.com