# ATTACHMENT TD-1
# Redacted in its Entirety