# ATTACHMENT TD-2
Redacted in its Entirety