# ATTACHMENT TD-3

Redacted in its Entirety