# ATTACHMENT TD-4
Redacted in its Entirety