IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>DOMETIC CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 25-484-JCB<br>)<br>)<br>)<br>) |

## DOMETIC CORPORATION'S NOTICE REGARDING TRO HEARING

In accordance with the Court's May 16, 2025 Order (D.I. 38), Dometic Corporation ("Dometic") hereby provides notice that, should the Court wish to schedule oral argument to address Plaintiff's motion for a temporary restraining order (D.I. 29), Dometic would consent to that hearing being held in person at the federal courthouse in Tyler, Texas.  Dometic would also suggest that, as an alternative, the hearing could be held remotely, via videoconference, if the Court is amenable to a videoconference proceeding.

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | |
| Oleg Khariton | */s/ Andrew C. Mayo* |
| DINSMORE & SHOHL LLP | _____ |
| 255 East Fifth Street, Suite 1900 | Andrew C. Mayo (#5207) |
| Cincinnati, OH 45202 | Brian A. Biggs (#5591) |
| (513) 977-8200 | 500 Delaware Avenue, 8th Floor |
| oleg.khariton@dinsmore.com | PO Box 1150 |
| | Wilmington, DE 19899 |
| Michael A. Xavier | (302) 654-1888 |
| DINSMORE & SHOHL LLP | amayo@ashbygeddes.com |
| 1775 Sherman Street, Suite 2600 | bbiggs@ashbygeddes.com |
| Denver, CO 80203 | |
| (303) 296-3996 | *Attorneys for Defendant* |
| michael.xavier@dinsmore.com | |

Dated: May 23, 2025