UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:25-cv-00484

**Seakeeper Inc.,**
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

# ORDER

Plaintiff Seakeeper Inc. filed a motion for a temporary restraining order. Doc. 29. Both parties consented to holding a hearing on this motion in person in Tyler. Docs. 39, 50.

Accordingly, the court sets an in-person hearing on plaintiff's TRO motion for May 28, 2025, at 2:00 p.m. CT. Proceedings will occur in courtroom 306 of the William M. Steger Federal Building and United States Courthouse in Tyler, Texas.

*So ordered by the court on May 23, 2025.*

J. Campbell Barker
United States District Judge

- 1 -