## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

                Plaintiff,

    v.

DOMETIC CORPORATION,

                Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

## <u>DECLARATION OF THOMAS L. DUSTON</u>

I, Thomas L. Duston, state that I have personal knowledge of the following facts and if called could competently testify thereto:

1.      I am an attorney at law, duly admitted to the Illinois bar.  I am lead counsel for Plaintiff, Seakeeper, Inc. in the above captioned matter.

2.      Attachment TD-5 is a true and correct copy of a Dometic press release dated February 12, 2025 issued from Litchfield, IL.

3.      Attachment TD-6 is a true and correct copy of a Linkedin profile retrieved from https://www.linkedin.com/in/laurie-louvier-a3a85414/ for Laurie Louvier, Vice President of Marketing at Dometic, in Litchfield, IL and the press contact mentioned in the press release attached as TD-5.

4.      As evidenced by videos recorded at the Miami Boat Show in February 2025, Dometic installed the infringing DG3 unit on three Regulator Marine 34-foot boats, or caused it to be so installed, and operated the infringing unit to provide hourly "demo rides" to potential purchasers at the Miami show. *See* "Unveiling of the Dometic Electric DG3 Gyro Stabilizer for

Boats" (jmr42054v1_kema_mb_vsquiz-quiz_pc-adapt-lah40307v3_visa_xxdrpi_xxlofe
_xxjome.mp4); *see also* https://www.linkedin.com/posts/eddieoffgrid_miamiboatshow-dbmibs-
activity-7296869587134947328-5J0H/?utm_source=share&utm_medium=
member_desktop&rcm=ACoAAAFKEZQB_4DNUsp3O4kktk7tTsj_wb4NEaw (showing a
Dometic employee demonstrating operation of the DG3 product).

5.      Videos taken at the Miami Boat Show in February 2025 show the display of the
DG3 together with the Dometic trademark and promotional presentations being given by
Dometic employees. *See* "Dometic DG3 gyroscopic stabilizer introduced at MIBS 2025"
(https://youtu.be/NM33FWzQc5c)



6.      Attachment TD-7 is a true and correct copy of a Complaint filed by Dometic
Corporation in the Southern District of Florida in Case No. 1:20-cv-23317-RNS on August 10,
2020.  In that Complaint, Dometic Corporation alleges that it does business as "Dometic
Marine."  *See* Introduction. It further alleges that it employs certain trademarks in which it has
acquired rights through use (the "Dometic Marks). *See* ¶¶9, 11-14, 16-18.  These trademarks
include those described in Paragraph 5, above.  Dometic alleges that it has acquired secondary

meaning in these marks and that they have come to identify Dometic Corporation as the source of goods. *Id.* Dometic Corporation alleged that it controls the production and quality of good bearing such trademarks by taking "substantial steps to ensure that products bearing the Dometic Marks are of the highest quality." *Id.*

7.      Dometic Corporation has offered to sell the DG3 in this District and throughout the United States.  Dometic Corporation offers the DG3 on its website. *See* *https://www.dometic.com/en-us/outdoor/boat/stabilization/gyroscopic-stabilizers/14-1411-141101-141101001-374846?v=9620018742*. The following true and correct images from that website show that Dometic Corporation offers the DG3 for sale:



8.      Dometic Corporation's website directs purchasers to its network of dealers using an interactive "Find in store" feature.  That feature directs purchasers to authorized Dometic dealers throughout the United States, including in this District, as illustrated from the following image of Dometic's website when this feature is invoked in connection with the offer of the

DG3.  Delaware purchasers, for example, are directed to West Marine Delaware locations in Rehoboth Beach and New Castle, among others:



9.      That website thanks users for "accessing the **<u>DOMETIC CORPORATION</u>**

**<u>(U.S.) Website</u>** (the "Website" or "dometic.com/en-us/us") **<u>operated by DOMETIC</u>**

**<u>CORPORATION</u>** ("Dometic")."  *See* Paras. 15-16, *infra.* (Emphasis added.)  The website

invites users to contact the website operator at "Dometic Corporation, 5600 N. River Rd, Suite

250, 60018 Rosemont, IL United States."  Dometic acknowledges that this address is the

principal place of business of Dometic Corporation.

10.     It advises that purchasers may "Buy Now and Pay Later with Klarna."[1]  It shares

the cost of the unit. https://www.dometic.com/en-us/support/faq/gyro-01 (""How much does it

cost?") and https://www.dometic.com/en-us/outdoor/terms-of-sale-b2b ("Buyer shall purchase

the Goods from Seller at the price[s] (the "Price[s]") set forth in Seller's published price list in

force as of Seller's shipping date[.]")

11.     It provides terms and conditions for both consumer purchasers, as well as

business customers.  *See* https://www.dometic.com/en-us/outdoor/boat/stabilization/gyroscopic-

stabilizers/14-1411-141101-141101001-374846?v=9620018742 ("Product Page"),

https://www.dometic.com/en-us/outdoor/terms-of-sale-b2b and https://www.dometic.com/en-

us/terms-and-conditions-consumer:

---

[1]  Klarna is a third-party who facilitates purchases by instalment. *See*

https://www.klarna.com/us/payments/.



12.    Dometic's Standard Terms and Conditions of Sale (B2B) provide that they apply to the sale of all goods by "**<u>Dometic Corporation</u>** or any Dometic Corporation subsidiary (respectively, a "Seller") to any customer ("Buyer").") *See* Attachment TD-8 (emphasis added). The terms and conditions specify delivery terms.  *See* Section 2.  They specify the transfer of title and risk of loss.  *See* Section 5. They specify the price at which products will be purchased. *See* Section 8(a) ("Buyer shall purchase the Goods from Seller at the price[s] (the 'Price[s]') set forth in Seller's published price list in force as of Seller's shipping date."). They detail the terms relating to payments and invoicing.  *See* section 9.  They set forth  warranty terms, and limitations on liability. *See* Sections 10 and 11. The terms specifically contemplate the consequences of Dometic's infringement of other parties' patents as a consequence of the sale of the DG3.  *See* Section 10(c) ("Products manufactured by a third party ("Third Party Product") may constitute, contain, be contained in, incorporated into, attached to or packaged together with, the Goods. … SELLER MAKES NO REPRESENTATIONS OR WARRANTIES WITH RESPECT TO ANY THIRD PARTY PRODUCT, INCLUDING ANY … (B) WARRANTY AGAINST INFRINGEMENT OF INTELLECTUAL PROPERTY RIGHTS OF A THIRD PARTY[.]")

13.    Dometic's website promises that Dometic will begin shipping the DG3 in June 2025.  *See* https://www.dometic.com/en-us/outdoor/lp/marinelp-gyroscopic-stabilization/contact-form.

14.    It invites interested purchasers to provide contact information and promises to have one of Dometic's specialist reach out for purchasing assistance.  *Id.*



15.     The web form invites recipients to review "how **we** handle your personal data[.]" The party handling the data solicited by this form in connection with a purchaser's interest in the infringing DG3 product is identified in the linked Privacy Policy as "DOMETIC CORPORATION" who is further equated with the following web subdomains: www.dometic.com/en-us/us.  The Privacy Policy further provides:

> Thank you for accessing the **DOMETIC CORPORATION (U.S.) Website** (the "Website" or "dometic.com/en-us/us") **operated by DOMETIC CORPORATION** ("Dometic").

16.     The Privacy Policy further specifies that the operator of the above website may be contacted by mail at "Dometic Corporation, 5600 N. River Rd, Suite 250, 60018 Rosemont, IL United States." *See https://www.dometic.com/en-us/professional/privacy-policy* (Attachment TD-9, hereto).

17.     Defendant's declarant, Mr. Timothy Hall, has evidently been at Dometic for less than three months.  https://www.dometic.com/en-us/professional/privacy-policy (Attachment TD-10, hereto). Moreover, Mr. Hall's LinkedIn Profile suggests that he, personally, has not involvement in Dometic's marine products, calling into question his personal knowledge of Dometic Corporation's activities doing business as "Dometic Marine."

18.     Dometic reports its financial performance is as a single unit. As shown below, it does not separately report results for its Marine sales. *See https://www.dometicgroup.com/globalassets/4-dometicgroup/investors/financial-reports/2025/dometic-q1-2025-interim-report-q1-2025-eng.pdf?ref=151A90C724* (Attachment TD-11).

**[SIGNATURE PAGE FOLLOWS.]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2025                    *s/ Thomas L. Duston*
                                            Thomas L. Duston