# ATTACHMENT TD-5

**PRESS RELEASE 2025**

# Dometic expands its Marine business with new innovative gyrostabilizer Dometic DG3

Litchfield IL – February 12, 2025

**The introduction of the groundbreaking DG3 Gyrostabilizer marks Dometic's entry into the rapidly growing vessel stabilizer market. Leveraging its industry-leading engineering technology and seamless ecosystem, Dometic transforms the way boats stay steady amid waves and wakes, delivering a smooth, safe, and seasick-free ride for all.**



Outdoor and marine tech solutions leader Dometic today introduced its revolutionary gyrostabilizer DG3, designed to elevate the boating experience with its cutting-edge technology. This innovation not only enhances the ride for seasoned boaters but also opens up the market to those who have previously avoided boating due to motion sickness.

The DG3 leverages Dometic's proven technologies and advanced manufacturing expertise, seamlessly integrated with Dometic's extensive portfolio of world-class steering systems. This innovative system elevates vessel ride and roll control to a completely new level.

As the first in a planned series of advanced gyrostabilizers, the DG3 marks Dometic's entry into a new market, expanding its offerings into the rapidly growing vessel stabilizer sector. This move supports Dometic's continued growth in the marine industry.

The marine stabilizer market is growing rapidly, with significant growth in the leisure boat sector. The DG3 is specifically designed for the 35- to 41-foot boat market, serving as the first model in this new series.

**What is a vessel stabilizer?**

A vessel stabilizer is a device that helps minimize the rolling motion of a boat, ensuring a smoother sailing experience even in rough seas. It enhances passenger comfort, reduces motion sickness, and improves onboard security by maintaining stability in high waves or deep-water conditions.



# PRESS RELEASE

2025

## Why Dometic DG3?

### 1. Groundbreaking spin up/down time

The DG3 reduces spin-up time by more than 65%, reaching full readiness in just 16 minutes, compared to the typical 50 minutes required by current systems in the market. No more long waits—just get ready to sail out.

The system's downtime is equally impressive, fully lowering in just 20 minutes, a significant improvement over the eight or more hours (15X faster) required by current systems.

This means the DG3 minimizes energy consumption and allowing boaters to continue their activities—whether boating or fishing—without needing to adjust their plans to accommodate stabilization setup or downtime.

### 2. Highly energy efficient

Dometic's solution revolutionizes energy use in gyrostabilizers. The system introduces innovations in energy storage and recapture, enabling the battery to recharge efficiently. It also incorporates Dometic's proprietary, industry-proven Inverted Roller Screw technology for true dynamic control and significantly improved roll reduction performance.

Featuring a slower-spinning flywheel, larger, more robust bearings, patent-pending inner race cooling, parallel path cooling, and a titanium heat exchanger, the DG3 is designed to stay cool and operate reliably. Overall, the DG3 reduces power consumption by an impressive 40% compared to competing solutions.

### 3. Fully electric

Unlike other systems with hydraulic technology, DG3's Roller Screw technology provides actively controlled flywheel procession. Dometic's proprietary all-electric procession actuator replaces hydraulic actuators that require fluid and are prone to troublesome leaks. The solution enhances long-term durability, minimizes required service and reduces total cost of ownership.

"We're not just launching a new product, we're taking Dometic into an important new category for the global boating business," said Dometic Marine Segment President Eric Fetchko. "This introduction also exemplifies our ability to apply our revolutionary Inverted Roller Screw technology in new ways for the benefit of boaters worldwide. Response from our global boat building partners has been very positive, and we're already at work on expanding our gyrostabilizer series," added Fetchko. "We are excited about bringing this new technology to the marine market and exploring new ways we can integrate it with our other ride and control solutions in the future."

Dometic has designed the DG3 as an easy "drop-in" replacement for other comparably sized systems available in the market today. The DG3 fits within the same footprint and clearance specifications and features reversible mounting feet to address common challenges encountered by installers. To meet the needs of today's boating market, Dometic's DG3 is compatible with 12-, 24- and 48-volt house battery systems.

The Dometic DG3 is available for boat manufacturers around the world and the first customer has just announced their new boats with the DG3 as an option at Miami International Boat Show 2025.

[End]

**Note to Editors**

- Photos can be found [here](#)





## About Dometic

Dometic is a global outdoor tech company on a mission to make mobile living easy. Leveraging our core expertise in cooling, heating, power & electronics, mobility, and space optimization, we empower more people to connect with nature and elevate their sense of freedom in the outdoors. We achieve this by creating smart, sustainable, and reliable products with outstanding design. Millions of people around the world use our products while camping and exploring nature with their cars, RVs, or boats. Our range of offerings includes installed products for land vehicles and boats, as well as standalone solutions for outdoor enthusiasts. We employ approximately 7,000 people globally and sell our products in more than 100 countries. In 2024, we reported net sales of SEK 25 billion (USD 2.3 billion) and are headquartered in Stockholm, Sweden.

**For more information on Dometic, please visit:**
http://www.dometic.com.

**PRESS CONTACT**

Minako Nakatsuma Olofzon
pr@dometic.com
+46 8 501 025 41

Laurie Louvier
Laurie.Louvier@dometic.com
+1 217 851 9000

