# ATTACHMENT TD-6

   Home  My Network  Jobs  Messaging  Notifications  Me  For Business



### Laurie Louvier · 3rd
Vice President of Marketing at Dometic

- Dometic
- McKendree University

Litchfield, Illinois, United States · **Contact info**

1,897 followers · 500+ connections

Follow   Message   More

## About

Turning the Ordinary into the Extraordinary – One Marketing Strategy at a Time

With 27 years in the marine industry, I've learned that great marketing isn't just about promotion—it's about storytelling, strategy, and creating real impact. As a ...see more



**Top skills**
Management • Strategic Planning • B2B Marketing • Marketing Communications • Social Media Marketing

## Activity
1,897 followers

+ Follow

Posts   Comments



Laurie Louvier reposted this

**Dometic**
79,367 followers
5d • Edited •

Next Stop: Sanctuary Cove, Gold Coast

Join us at the Sanctuary Cove International ...more

Laurie Louvier reposted

**Dometic**
79,367 followers
5d • Edited •

Marine innovation. Leade

**Eric Fetchko**, President of

 50 · 3 reposts           416 · 70 comments

Show all posts →

## Experience

 **Dometic**
Full-time · 27 yrs 1 mo
Litchfield, Illinois

**Vice President of Marketing**
May 1998 - Present · 27 yrs 1 mo

I joined Dometic, the world's leading manufacturer of marine steering and control systems and engine and drive parts, in 1998 as a Marketi   …see more

**Dometic | LinkedIn**
Learn about working at Dometic. Join LinkedIn today for free. See who you know at Dometic, leverage your…

**Vice President of Marketing**
May 1998 - Present · 27 yrs 1 mo

---

**Legal Assistant**
Bailey & Associates
1993 - 1998 · 5 yrs
Litchfield, IL

Through my early experience with a law firm, I gained a solid foundation in research, project management, documentation preparation, and   …see more

## Education

 **McKendree University**
Master of Business Administration - MBA

 **Greenville University**
Bachelor's degree, Organizational Leadership

Show all 3 educations →

## Skills

**Advertising**

 Endorsed by Alisdair Martin and 1 other who is highly skilled at this

 Endorsed by 6 colleagues at Dometic

👥 26 endorsements

---

**Event Management**

 Endorsed by 5 colleagues at Dometic

👥 20 endorsements

Show all 50 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Laurie receives will appear here.

## Languages

**English**
Native or bilingual proficiency

## Organizations

**National Marine Distributor Association**
Board of Directors · Jan 2021 - Present

Associated with Dometic

**IBEX Planning Committee**
Chairperson · Jan 2018 - Present

Associated with Dometic

Show all 5 organizations →

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

**Adam Grant** in · 3rd
Organizational psychologist at Wharton, #1 NYT bestselling author of HIDDEN POTENTIAL and THINK AGAIN, and host of the TED podcasts WorkLife and Re:Thinking
5,527,608 followers

+ Follow

**James Caan CBE** in · 3rd
Recruitment Entrepreneur Chairman | Serial Entrepreneur | Investor on BBC's Dragons' Den (2007-2010)
3,296,363 followers

+ Follow

Show all Top Voices →

## Causes

Environment • Health • Human Rights • Education

---

Promoted ⋯

**Healthmap Solutions**

Advanced analytics for chronic kidney disease.

Follow the leader in kidney health management.

Follow



## More profiles for you

**Adrienne Berkes** in · 3rd
Global Head of Marketing - Mobile Cooling: Igloo & Dometic Brands
Message

**Todd Seyfert** · 3rd
President and Chief Executive Officer | Sturm, Ruger & Co., Inc.
Message

**Joshua Militello** · 3rd
President Dometic Mobile Cooling: Igloo, Cool Gear, Dometic Brands
Message

**Juan Vargues** · 3rd
President and CEO at Dometic Group
Message

**Marcia Mammolenti** in · 3rd
Talent Acquisition Recruiter 🎯 | Recruiting Top Talent #Recruitment #Talent Acquisition
Message

Show all

## Explore Premium profiles

**Christopher Casieri** in · 2nd
Partner at McNeely Hare & War LLP
Connect

**Dale Bish** in · 2nd
Partner at WSGR
Connect

**Samuel J. Ruggio** in · 2nd
Partner at Benesch Law
Connect

**Shambhavi Patel** in · 2nd
Shareholder at Banner & Witcoff, Ltd.
Connect

## People you may know

From Laurie's industry

**Sylvia Chen**
Google Global Patents Team: Insights from Chaos. Organizer of patent portfolios, law firms, and processes.
Connect

**Kevin Clegg**
President at Americhip

+ Connect

**Stephanie Milani**
Legal Specialist at Google Italy

+ Connect

**David Smith**
Counsel at Google

+ Connect

Show all

**You might like**
Pages for you

**USPTO**
Government Administration
101,903 followers

4 connections work here

+ Follow

**Northwestern University Pritzker School of Law**
Higher Education
30,041 followers

7 connections work here

+ Follow

Show all