# ATTACHMENT TD-9

CONSUMER **BUSINESS**    Support    Business log in    |     US

DOMETIC    Outdoor    Hospitality    Healthcare    Last-Mile Delivery    Special Vehicles & Trucks    Marine    Search...

# PRIVACY POLICY

**DOMETIC CORPORATION (www.dometic.com/en-us/us) PRIVACY POLICY**

**Last updated: July 6, 2023.**

Thank you for accessing the DOMETIC CORPORATION (U.S.) Website (the "Website" or "dometic.com/en-us/us") operated by DOMETIC CORPORATION ("Dometic"). We respect your privacy and want to protect your personal information.

This Privacy Policy applies to our websites, mobile applications, and connected devices, as well as to Dometic For Business, Dometic's offline data collection, to services that link to this Privacy Policy, and in connection with recruitment and pre-employment activities (collectively, the "Services"). For the purposes of this Privacy Policy, Dometic is the controller (i.e., responsible party) of your personal information.  If you are a resident of the European Economic Area, Dometic Group AB (publ), reg. no. 556829-4390, address Hemvärnsgatan 15, SE-171 54 Solna, Sweden, is the controller of the processing of your personal information, and the applicable Privacy Policy can be found here.

Please read this Privacy Policy carefully to understand how we collect, use and (under certain conditions) disclose your personal information. This Privacy Policy also explains the steps we have taken to secure your personal information. Finally, this Privacy Policy explains your options regarding the collection, use and disclosure of your personal information. By engaging with the Services you accept the practices described in this Policy.

**Types Of Information We Collect**

**Use And Processing Of Information**

**Disclosure Of Information**

**Cookies & Similar Tracking Technologies**

**Your Rights & Choices**

**How We Protect Personal Information**

**How Long We Retain Personal Information**

**Other Important Information**

**Contact Information**

Enter To Win $500

## TYPES OF INFORMATION WE COLLECT

We provide branded solutions for mobile living. In that capacity we receive personal information from our clients and process that information on behalf of our clients. In other situations we receive personal information for our own use. "Personal information" refers to information that identifies, relates to, describes, or can be associated with you. The following describes the types of information that we collect, and have collected in the preceding 12 months, and how we use that information.

| Context | Types of Data | Primary Purpose for Collection and Use of Data |
|---|---|---|
| Account Registration | We collect basic identifying information such as your name and contact information when you create a consumer or business account. We also collect your login credentials, and information relating to the actions that you perform while logged into your account. Accounts can be used for easy checkout and to save your preferences and transaction history. | We have an interest in contacting our clients and communicating with them concerning normal business administration such as projects, services, and billing. Accounts can be used for easy checkout and to save your preferences and transaction history. |
| Client and Customer Information | We collect the basic identifying information such as name and business contact information of our customers and of our clients and the employees of our corporate clients with whom we may interact as part of our business relationship. | When we receive personal information from one of our clients in order to carry out a project or a service we process that information on their behalf. When we act in this capacity, our client determines the purpose for which the information was collected and how we should use it. We also have an interest in contacting our customers and clients and communicating with them concerning normal business administration, such as projects, services, and billing. |
| Commercial Information | When purchasing products, you will be asked to provide basic identifying information such as your name, billing address, shipping address, email address, phone number, date of birth, and payment information such as your credit card number (by our authorized service providers). We also collect certain commercial information regarding the products or services you have purchased, returned, exchanged, or considered, and your preferences, as well as your government-issued identifier in connection with return transactions. | We have an interest in in fulfilling our contract with you for the provision of products or services, and to provide you receipts and order updates, send notifications to you related to your account, purchases, returns, and exchanges. |
| Cookies and First Party Tracking | We use cookies, web beacons, clear GIF, pixels, internet tags, and other similar tracking technologies (collectively "tracking technologies") to monitor how you interact with our websites. This may include which links you click on or identifying information about your device or browser. See our Cookies and Similar Tracking Technologies section below for more information. | We have an interest in making our Services operate efficiently, providing account related functionalities, understanding how you interact with our Services to better improve them, and maintaining security standards. We also have an interest in detecting and preventing fraud. |

| | | |
|---|---|---|
| Cookies and Third Party Tracking | We collect information about your internet activity so that we can provide advertising about products and services tailored to your interests on our websites, or on other websites. See our Cookies and Similar Tracking Technologies section below for more information. | We have an interest in engaging in behavior-based advertising and capturing website analytics. |
| Email Interconnectivity | If you receive email from us, we use certain tools to capture data related to when you open or interact with our messages. | We have an interest in understanding how you interact with our communications to you. |
| Job Applicant Information | For visitors who apply for employment through our career website, we may collect information about you, such as your personal identifiers and demographic information such as name, location, prior employment history, references, and/or curriculum vitae. | We have an interest in considering applicants for employment, managing on-boarding procedures, administering and improve our recruitment processes, and to compliance with our obligations and rights, and those of the applicants, in the fields of employment and social security. |
| Applicant Sensitive (special) Personal Information | Where permitted and in accordance with applicable law, we may collect special categories of data such as your social security number, driver's license number, racial or ethnic origin, health and medical information (including where required, drug screening results), sexual orientation, and/or criminal history. | We have an interest to evaluate our progress in achieving its diversity hiring goals, to ensure equal opportunity monitoring and reporting, to meet legal obligations, including providing workforce accommodations and for disability and workplace safety tracking administration.  In many instances, the provision of the Applicant Sensitive (special) Personal Information is voluntary. We will let you know when that is the case, and if you decide not to share these with us, not doing so will not impact your application. |
| Supplier Relationship Management | We collect certain contact and related business information (name, email address, professional contact information) when you or your organization provides us with certain products or services. In some instances, we may collect certain background or screening information to the extent needed and in accordance with applicable law. | We have an interest in administering our relationship with our suppliers and performing our contract with your organization. We also use such information to administer and maintain our relationship with your organization. |
| Feedback/Support | If you provide us feedback or contact us for support we will collect your name and e-mail address, as well as any other content that you send to us, in order to reply. | We have an interest in receiving, and acting upon, your feedback or issues. |
| Mailing List | When you sign up for one of our mailing lists we collect your email address or postal address. | We disclose information about our products and services with individuals who consent to receive such information. We have an interest in sharing information about our products or services. |
| Online Product Registration | When you register your product(s), you will be asked to complete an online registration form. During registration, you will be prompted to provide to us | We have an interest in contacting you if there is information about your product we need to |

| | | |
|---|---|---|
| | certain personal information, including but not limited to your name, shipping and billing address(es), date(s) of purchase, phone number, and email address. We use your personal information to communicate with you about your product and for marketing purposes. | communicate with you and in marketing products to you. |
| Surveys | When you participate in a survey we collect information that you provide through the survey. If the survey is provided by a third party service provider, the third party's privacy policy applies to the collection, use, and disclosure of your information. | We have an interest in understanding your opinions, and collecting information relevant to our organization. |
| Gift Information | Our websites provide the opportunity to send gifts to businesses, family, or friends. In order to properly provide these services, we may collect your name and contact and payment information, as well as the name, email address, and/or shipping address of the gift recipient. | We have an interest in fulfilling our contract with you. |
| Shows & Exhibitions | We collect basic identifying and contact information from you such as your name, email address, and employer when you sign up for and/or attend an event or conference. | We have an interest in engaging with prospective clients and business partners, and communicating with them about events we sponsor or co-sponsor. |
| Social Media | If you post on social media (e.g., Instagram, Twitter or other), we may request that you allow us to share your content on our Dometic social media account. This could include collecting your name, social media handle, or other personal information that you choose to share. | We use this information to understand your usage of and interactions with our social media as it relates to us and to generate related content. |
| Web logs | We collect information, including your browser type, operating system, Internet Protocol (IP) address (a number that is automatically assigned to a computer when the Internet is used), domain name, click-activity, referring website, and/or a date/time stamp for visitors. | We have an interest in monitoring our networks and the visitors to our websites. |
| Product Reviews | You may choose to submit a product review directly on this website or through a separate website affiliated with Dometic products. As part of your submission, you will be asked for your email address, age and gender. If you submit a review, your geographic location may be visible to other users (your Email Address will be kept private). In addition, other visitors to this Website may read any personally identifiable information that you submit as part of your review. We are not responsible for any personal information that you choose to submit as part of your review. | Your participation in product reviews is voluntary, and we process any data you submit in connection with a review based on your consent. |

| | | |
|---|---|---|
| Demographic Information | We collect personal information such as your age or location. | We have an interest in understanding our users and providing tailored services. In some contexts our use is also based upon your consent to provide us with geolocation information. |
| Mobile & Connected Devices | We collect information including unique device identifying information and may collect geolocation data from your mobile and/or connected device. | We have an interest in understanding how users interact with us from their mobile and connected devices. We also use information about your geolocation to provide our Services. We will ask for your permission before using your precise location from GPS-based functionality on your mobile or connected devices. |
| Partner Promotion | We collect information that you provide as part of a co-branded promotion with another company. | We have an interest in fulfilling our promotions. |
| Sweepstakes or Contests. | When you participate in a sweepstakes or contest, we collect information about you, including contact information, to notify you if you are selected. We have a legitimate interest in operating the sweepstakes. In some contexts, we are also required by law to collect information about those that enter into our sweepstakes, and we have a legitimate interest in complying with those laws. As a condition of entering a contest or sweepstakes, we may require you to consent to receiving our email newsletter and special offers. This will be disclosed in the official rules governing the contest or sweepstakes. | As a condition of entering a contest or sweepstakes, we may require you to consent to receiving our email newsletter and special offers. This will be disclosed in the official rules governing the contest or sweepstakes. |

## SOURCES OF INFORMATION

We collect your personal information in the following ways, pursuant to applicable law:

- **Directly From You,** when you use our engage with our websites, shop with us, register for an account, contact us, respond to a survey, sign up to receive emails, text messages, and/or postal mailings.
- **Through Our Use of Cookies and Other Automatic Data Collection Technologies,** when you visit our websites, open or click on emails we send you, or interact with our advertisements. We or third parties we work with automatically collect certain information using technologies such as cookies, web beacons, clear GIF, pixels, internet tags, web server logs, and other data collection tools. For more information, please see the Cookies and Similar Tracking Technologies section below.
- **Through in-store and other offline technologies.**  In some cases, we record customer service calls for quality assurance. We may also use Closed Circuit Television or CCTV in our pop-ups or stores for safety, security, fraud, loss prevention, and operational purposes.
- **From Our Third-Party Partners,** including from third parties that we have partnered with to provide you the products and services that you have requested from us.
- **Other Sources,** including data analytics providers or publicly available sources.

# USE AND PROCESSING OF INFORMATION.

In addition to the purposes and uses described above, we use information in the following ways:

- To identify you when you visit our websites.
- To administer, maintain, evaluate, and improve our websites, and services, and to develop new products and services.
- To improve our services and product offerings.
- To streamline the checkout process.
- To conduct analytics.
- To respond to inquiries related to support, employment opportunities, or other requests.
- To send marketing and promotional materials, including information relating to our products, services, sales, or promotions.
- For internal administrative purposes, to manage our business operations, to perform our obligations and exercise our rights under any agreement that you or your organization has with us.
- To comply with applicable laws, legal obligations, and/or protect our legal interests and rights.
- To detect, investigate, prevent, or take action regarding possible malicious, deceptive, fraudulent, or illegal activity, including fraudulent transactions, attempts to manipulate or violate our policies, procedures, and terms and conditions, security incidents, and harm to the rights, property, or safety of Dometic and our customers, employees, or others.

Although the sections above describe our primary purpose in collecting your information, in many situations we have more than one purpose. For example, if you purchase products from us, we may collect your information to perform our contract with you, but we also collect your information because we have a legitimate interest in understanding who our clients are and what goods we sell to you.

# DISCLOSURE OF INFORMATION

Dometic may disclose, and may have disclosed in the preceding 12 months, all categories of Personal Information described above to the following parties for the purposes identified within this policy:

**Affiliates and Acquisitions.** We may disclose information to our corporate affiliates (e.g., parent company, sister companies, subsidiaries, joint ventures, or other companies under common control). If another company acquires, or anticipates acquiring, our company, business, or our assets, we will also disclose information to that company.

**Other Disclosures with Your Consent.** We may ask if you would like us to disclose your information to other unaffiliated third parties who are not described elsewhere in this policy.

**Other Disclosures without Your Consent.** We may disclose information in response to subpoenas, warrants, or court orders, or in connection with any legal process, or to comply with relevant laws. We may also disclose your information in order to establish or exercise our rights, to defend against a legal claim, to investigate, prevent, or take action regarding possible illegal activities, suspected fraud, safety of person or property, or a violation of our policies, or to comply with your request for the shipment of products to or the provision of services by a third party intermediary.

**Public.** Some of our websites may provide the opportunity to post comments, or reviews, on a message board or in a public forum. If you decide to submit information on these pages, that information may be publically available.

**Service Providers.** We may share your information with service providers. Among other things service providers may help us to administer our website, conduct surveys, provide technical support, process payments, and assist in the fulfillment of orders.

**De-identified Personal Information.** We may disclose or use aggregated or de-identified data for any lawful purpose. De-identified information is generally not considered to be Personal Information under applicable laws.

# COOKIES & SIMILAR TRACKING TECHNOLOGIES

We use various technologies to collect and store information, including cookies, pixel tags, local storage, such as browser web storage or application data caches, databases, and server logs (collectively for purposes of this section, "cookies"). Cookies are small bits of data cached or stored on your computer or mobile device based on your Internet activity. We may use cookies to monitor individual activity in aggregate to improve the Services and provide features that are tailored to your needs. This section describes how we use cookies and other data-collection technologies and how you can manage cookies that are not required to operate our sites and mobile applications.

We differentiate between cookies that are essential for the technical features of our services and optional analytics and advertising cookies.

| Type | Description |
|---|---|
| Essential Cookies | These are cookies that our websites need in order to function, and that enable you to move around our websites and features. Without these essential cookies, our websites will not perform as smoothly for you as we would like them to and we may not be able to provide certain services or features you request. Examples of where these cookies are used include to determine when you are signed in, to determine when your account has been inactive, and for other troubleshooting and security purposes. |
| Analytics Cookies | Analytics cookies allow us to understand more about how many visitors we have to our websites, how many times they visit us, and how many times a user viewed specific pages within our websites. Although analytics cookies allow us to gather specific information about the pages that you visit and whether you have visited our websites multiple times, we cannot use them to find out details such as your name or address. We use Google Analytics. For more information about Google Analytics, please refer to "How Google Uses Information From Sites or Apps that Use Our Services," which can be found at www.google.com/policies/privacy/partners/, or any other URL Google may provide from time to time. |
| Advertising Cookies | Depending on your location and in certain circumstances, we may work with third-party online or mobile network advertisers that use cookies to help us manage advertising and measure its effectiveness. These cookies enable third-party ad networks to recognize a unique cookie on your computer or mobile device and may be placed by us or our network advertising firm that works with our third-party network advertiser. The information that is collected and shared by cookies may be linked to the device identifier of the device you are using to allow us to keep track of all the sites you have visited that are associated with the ad network. This information may be used for the purpose of targeting advertisements on our Sites and third-party sites based on those interests. |

Depending on your location and applicable laws, we may give you the option of adjusting your preferences with regard to the advertising cookies we use.

# YOUR RIGHTS & CHOICES

You can make the following choices regarding your personal information if required of Dometic by applicable law:

**Promotional Emails.** If you receive an email from us, you may (i) unsubscribe from all future unsolicited emails from us through a link, typically at the bottom of the e-mail, or (ii) use our email preference center, also typically available through a link at the bottom of the e-mail, to opt out of receiving certain types of emails from us while continuing to receive other types of emails. If you have an account with the website, you may opt-out of some or all future unsolicited communications by updating your account's personal information settings. In addition, you may request that we delete your personal information by emailing your request to shop.support@dometic.com and we will process your request within a reasonable time after receipt, and pursuant to applicable law.

**Promotional Mailings.** If at any time you do not want to receive offers and/or circulars from us you can remove yourself from our mailing lists by emailing us (our contact information is below) with "NO SNAIL MAIL" in the subject line along with your name, address and zip code. Please note that our mailings are prepared in advance of their being sent. Although we will remove your name from our mailing list after receiving your request, you may still receive mailings from us that had been initiated prior to your name being removed.

**Access To Your Personal Information.** You have the right to request access to the personal information we hold about you, along with other information such as the purposes of the processing, the recipients or categories of recipients to whom the personal information has been or will be disclosed, the sources of the personal information, retention, and transfers of personal information. If required by law, upon request, we will grant you with reasonable access to the personal information that have about you. Where required by law, we may also transfer a machine-readable copy of your personal information to you or a third party of your choice. If we are processing your information on behalf of one of our clients we will forward your request to that client and await instructions on whether access should be granted.  Note that California residents may be entitled to ask us for a notice describing what categories of personal information (if any) we disclose to third parties or affiliates for direct marketing.

**Changes To Your Personal Information.** If you would like to update or correct certain information, contact us using the contact information below. If we are processing your information on behalf of one of our clients we will forward your request to that client and await instructions on any changes that they believe are appropriate.

**Deletion Of Your Personal Information.** We typically retain personal information that we collect on our own behalf for the period necessary to fulfill the purposes outlined in this policy, unless a longer retention period is required or permitted by law. You may request information about how long we keep a specific type of information, or request that we delete your personal information, by contacting us at the address described below. If required by law, we will grant such a request. However, when we delete personal information it will be removed from our active database, but it may remain in archives where it is not practical or possible to delete it.  In addition, in many situations we must keep your personal information to comply with our legal obligations, resolve disputes, enforce our agreements, or for another one of our business purposes.  If we are processing your information on behalf of one of our clients we will forward your request to that client and await instructions from them on whether your information should be deleted.

**Revocation Of Consent or Objections.** You may revoke consent to processing (where our processing is based upon consent), or object to our processing (where our processing is not based upon your consent) by contacting us at the address described below. If you revoke your consent / object we may no longer be able to provide you goods or services. In some cases we may limit or deny your request to revoke consent / object if the law permits or requires us to do so, or if we are unable to adequately verify your identity. If we are processing your information on behalf of one of our clients we will forward a revocation of consent to that client and await instructions from them on whether the processing to your information should cease.

**Online Tracking.** Some web browsers incorporate a "Do Not Track" (DNT) or similar feature that signals to websites that a visitor does not want to have his/her online activity and behavior tracked. Not all browsers offer a DNT option and there is currently no industry consensus for how to recognize or respond to a DNT signal. We will endeavor to recognize commercially recognized opt out signals (e.g., Global Privacy Control). Recognition of this signal will only take place with respect to the device and/or browser that communicates the signal.

**Restriction of processing of Sensitive Personal Information:** You have the right to request the restriction of processing of your sensitive personal information. Where applicable, the respective sensitive personal information will be marked accordingly and may only be processed by us for certain purposes.  At the current time, however, we do not use or disclose sensitive personal

information for purposes other than those expressed in this Policy or otherwise permitted by applicable law, and these uses cannot be limited under California law.

**Automated Processing:** Under certain circumstances, you have the right to object to a significant decision based solely on automated processing (i.e., without human intervention) unless that decision is required or authorized by law. We do not currently perform any automated processing without human intervention.

**Right of Non-Discrimination/Retaliation:** We do not discriminate against individuals who exercise any of their rights described in this Privacy Policy, nor do we retaliate against individuals who exercise these rights.

Please note that many of the above rights are subject to exceptions and limitations. Your rights and our responses will vary based on the circumstances of the request. If you choose to assert any of these rights under applicable law, we will respond within the time period prescribed by such law.

In certain jurisdictions, a person authorized to act on your behalf may make a verifiable request related to your Personal Information. If you designate an authorized person to submit requests to exercise certain privacy rights on your behalf, we will require verification that you provided the authorized agent permission to make a request on your behalf. In any circumstance, your request must: (i) provide sufficient information that allows us to reasonably verify that you are the person about whom we collected Personal Information or an authorized representative of that person; and (ii) describe the request with sufficient detail that allows us to properly understand, evaluate, and respond to it. We will only use Personal Information provided in a verifiable consumer request to verify the requestor's identity or authority to make the request.

To exercise your rights, please call us at 1-800-544-4881, or our online portal at https://www.dometic.com/en-us/outdoor/lp/privacy-request-web-form. In certain jurisdictions, you may appeal our decision to your request regarding your personal information.  To do so, pleasure contact us in any of the ways listed in the "Contact Information" section.  We respond to all appeal requests as soon as we reasonably can, and no later than legally required.

## HOW WE PROTECT PERSONAL INFORMATION

No method of transmission over the Internet, or method of electronic storage, is fully secure. While we use reasonable efforts designed to protect your personal information from unauthorized access, use, or disclosure, we cannot guarantee the security of your personal information. In the event that we are required by law to inform you of any unauthorized access to your personal information we may notify you electronically, in writing, or by telephone, if permitted to do so by law.

Some of our websites permit you to create an account. When you do you will be prompted to create a password. You are responsible for maintaining the confidentiality of your password, and you are responsible for any access to or use of your account by someone else that has obtained your password, whether or not such access or use has been authorized by you. You should notify us of any unauthorized use of your password or account.

## HOW LONG WE RETAIN PERSONAL INFORMATION

We retain information about you and your relationship with us for as long as is needed to fulfill our legitimate business purposes outlined in this Privacy Policy. The specific periods for which we keep information about you vary depending on the nature of the information, why we need it, and whether the personal information is de-identified. We also consider the minimum necessary retention period prescribed by applicable laws, recommended by industry standards, and stated in contracts and other legal obligations.

## OTHER IMPORTANT INFORMATION

The following additional information relates to our privacy practices:

- **Transmission Of Information To Other Countries.** By submitting your personal information to us you agree to the transfer, storage and processing of your information in a country other than your country of residence including, but not necessarily limited to, the United States. If you would like more information concerning our attempts to apply the privacy principles applicable in one jurisdiction to data when it goes to another jurisdiction you can contact us using the contact information below.
- **Changes To This Privacy Policy.** We may change our privacy policy and practices over time. To the extent that our policy changes in a material way, the policy that was in place at the time that you submitted personal information to us will generally govern that information unless we receive your consent to the new privacy policy.
- **Children's privacy.** We will not knowingly collect any personally identifiable information from children under the age of 13 and our websites and our services are not directed to children under the age of 13. If a child under 13 submits personal information to Dometic and we learn that the information is from a child under 13, we will attempt to delete the information as soon as possible. In addition, we do not knowingly sell the personal information of minors under the age of 16.
- **Notice of Financial Incentive under California Law.** Dometic offers programs, benefits, and other offerings to consumers related to the collection of personal information that may be deemed a "financial incentive" under California law. We may offer you one-time percentage off coupons, discounts, or other promotions from time to time, such as when you provide us your email address and agree to receive marketing emails in exchange for a one-time coupon or for the chance to win a product giveaway. Such offers may not be available at all times. The amount and terms of such offers will be presented to you at the time of the offer. You can terminate participation at any time by contacting us using the contact information below. The value of your personal information to us is related to the value of the free or discounted products or services, or other benefits that you obtain or that are provided as part of the applicable program, less the expense related to offering those products, services, and benefits to program participants.

# CONTACT INFORMATION

If you have any questions, comments, or complaints concerning our privacy practices please contact us at the appropriate address below. We will attempt to respond to your requests and to provide you with additional privacy-related information.

E-Mail Contact: shop.support@dometic.com

Mail Contact: Dometic Corporation, 5600 N. River Rd, Suite 250, 60018 Rosemont, IL United States

Toll Free Phone Contact: 1-800-544-4881

**Effective Date:**   January 6, 2020

**Stay updated! Sign up for news, exclusive offers, events and more.**

Email

Areas of interest

☐ I consent to receiving e-mails from Dometic.

Subscribe

**Support**
- Support & Service
- Business Contact Form

**Discover**
- About Us
- News
- Shows & Exhibitions
- Dometic Residential

**Corporate Info**
- Dometic Group
- Sustainability
- PR & Media
- Career at Dometic
- Supplier Information

**Business Area**
- Dealer Portal
- Dealer Application Form

| © Dometic Group AB (PUBL) | Privacy Policy | Cookie Notice | Cookie Preferences | Accessibility | CA Disclosure Statement | Purchase Order Terms (B2B) | Terms of Sale (B2B) | Terms & Conditions (Consumer) |