# ATTACHMENT TD-10





Home My Network Jobs Messaging Notifications Me For Business Lear

## Tim Hall · 3rd

Executive Leader | Strategic Sales Growth | Proven Builder of High Performing Teams

- Dometic
- Walsh College

Rochester, Michigan, United States · Contact info

500+ connections

Message + Follow More

## About

P&L responsible executive leader with 23+ year track record of growing organizations, building high performing complimentary teams to increase revenue and profitability. I am currently multi-site General Manager for a global market leader in Aerospace Industry producing precision gears, gear boxes, transmissior ...see more

**Top skills**

Profit & Loss Management • Business Development • International Sales • Operations Management

## Activity

1,965 followers

Posts Comments

**Tim Hall** • 3rd+
Executive Leader | Strategic Sales Growth |...
5d •

One of the best!

**Dometic**
79,371 followers

Marine innovation. Leadership recognized.

Eric Fetchko, President of Dometic ...more

12 · 1 comment

Tim Hall reposted this

**Michael Wals**
Business Director
1w •

#DometicAwnings are ba
#MadeinUSA quality kee
down the road...like this 2

60 · 3 comments ·

Show all posts →

## Experience

**Regional President sub-segment Land Vehicles Americas**
Dometic · Full-time
Mar 2025 - Present · 3 mos

**General Manager**
BMT Aerospace · Full-time
Sep 2023 - Present · 1 yr 9 mos
Fraser, Michigan, United States · On-site

P&L Responsible for 2 sites in Michigan with more than 200 team members for BMT Aerospace a Global Belgium based precision gear manufacturer.

Profit & Loss Management, Operations Management and +1 skill

**VP and GM of Commercial & Passenger Vehicle & RVOEM**
Dometic
Mar 2018 - Sep 2023 · 5 yrs 7 mos
Troy, Michigan

While at Dometic Inc. the US subsidiary of Dometic Group AB the Swedish publicly listed company on the Nasdaq in Stockholm I was responsible for…

Business Development, Profit & Loss Management and +4 skills

**President**
MITEC Automotive Inc. · Full-time
Aug 2013 - Mar 2018 · 4 yrs 8 mos
Troy, Michigan, United States

MITEC Automotive Inc. is a subsidiary of MITEC Automotive AG a manufacturer of precision gears, balance shaft systems and oil pumps with…

Business Development, Profit & Loss Management and +2 skills

**Managing Director**
MITEC Powertrain Inc.
Oct 2010 - Jul 2013 · 2 yrs 10 mos

Responsible for all activities of MITEC in North America. First employee in NAFTA and lead company from site selection to SOP in 13 months.

Business Development, Profit & Loss Management and +2 skills

Show all 7 experiences →

## Education

**Walsh College**
MBA, Business Administration
2006 - 2009

Finance focused

**West Virginia University**
MSME, Mechanical Engineering
2000 - 2002

Activities and societies: Focus in thermodynamics

Show all 3 educations →

## Skills

**Program Management**
VP and GM of Commercial & Passenger Vehicle & RVOEM at Dometic

**Operations Management**
4 experiences across BMT Aerospace and 3 other companies

Show all 55 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Tim receives will appear here.

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

**Larry Culp** · 3rd
Chairman & CEO, GE Aerospace
138,496 followers
+ Follow

**Tom Brady** · 3rd
7x Super Bowl Champion, Entrepreneur, Investor, Brand Ambassador
121,839 followers
+ Follow

Show all Top Voices →

Promoted

**Thomas, explore relevant opportunities with Thompson Coburn LLP**

Get the latest jobs and industry news

Follow

### More profiles for you

**Juan Vargues** · 3rd
President and CEO at Dometic Group
Message

**Jonathan Palmer** · 3rd
MBA--

Message

**Bill Corral** · 3rd+
Controller at California Amforge Corp
Message

**June Boda** in · 3rd
Talent leader. Passionate about connecting people and opportunity.
+ Follow

**Joshua Militello** · 3rd
President Dometic Mobile Cooling: Igloo, Cool Gear, Dometic Brands
Message

Show all

## Explore Premium profiles

**Dale Bish** in · 2nd
Partner at WSGR
Connect

**Zach Shook** in · 2nd
Partner at Cray Huber Horstman Heil & VanAusdal LLC
Connect

**Christopher Casieri** in · 2nd
Partner at McNeely Hare & War LLP
Connect

**Samuel J. Ruggio** in · 2nd
Partner at Benesch Law
Connect

## People you may know

**Chrissy Noble**
--
Connect

**Stefan Brooks, Ph.D**
Patent Agent and J.D. Candidate at DePaul College of Law
Connect

**Amanda S.**
Human Resources Coordinator at Marshall, Gerstein & Borun LLP.
Connect

**Kristen Dola**
Patent Attorney at RinLaures LLC
Connect



