IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | C.A. No. 2025-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CHRISTINE D. HAYNES**

I, Christine D. Haynes, state that I have personal knowledge of the following facts and if called could competently testify thereto:

1. I am an attorney at law, duly admitted to the Delaware bar. I am Delaware counsel for Plaintiff, Seakeeper, Inc. in the above-captioned matter.

2. I am a Delaware resident.

3. On May 21, 2025, I accessed the website https://www.regulatormarine.com from my office in Wilmington, Delaware and used the Boat Builder feature. I selected to build a Regulator 35 and was able to select a number of features, including a gyro stabilization system. Upon information and belief, the gyro stabilization system in the Regulator 35 is the accused Dometic DG3 gyroscopic stabilizer.

4. A true and correct image of the Boat Builder feature offering the option of a DG3 at a specified price is shown below:



https://www.regulatormarine.com/boat-builder/35/.

5. After building the boat, I entered my contact information, including my home address in Wilmington, Delaware and personal e-mail address.

6. Shortly after completing my build, on May 21, 2025, I received an e-mail from sales@info.regulatormarine.com, which stated "Your new Regulator is looking good" and included a link to "see my build." A true and correct copy of this e-mail and a printout of the link to "see my build" is attached as Attachment CH-1.

7. On May 22, 2025, I received an e-mail from John Prather of Bluewater Yacht Sales in Ocean City, Maryland. The e-mail included three attachments, an offer and pricing sheet, a model overhead, and standard and optional equipment sheet. A true and correct copy of the e-mail and its attachments is attached as Attachment CH-2.

[**SIGNATURE PAGE FOLLOWS.**]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2025 /s/ *Christine D. Haynes*
Christine D. Haynes

3