# Attachment CH-1

| | |
|---|---|
| **Subject** | Your ^_Regulator^_ 35! |
| **From** | Regulator Marine <sales@info.regulatormarine.com> |
| **To:** | ███████@yahoo.com> |
| **Date** | May 21 at 3:29 PM |

To view this email as a web page, click here.



# Your new Regulator is looking good!

Save this email to access your build summary anytime and share your new ride with family and friends @RegulatorMarine #OffshoreLife.

**SEE MY BUILD**

*Model year specifications and pricing are subject to change at any time and may vary from those shown. Rendering & photos are intended to give you a more detailed look at your Regulator Ride but may vary as well. Please contact us or your local dealer for additional details.*

# YOUR REGULATOR DEALER

**BLUEWATER YACHT SALES - Baltimore Marine Center**



Lighthouse Point Marina
Baltimore, MD 21224
410.342.6600



# FOLLOW US



*#offshorelife*

  



P.O BOX 49 | 187 PEANUT DRIVE • EDENTON, NC 27932 | 252.482.3837

**regulatormarine.com**

If you would not wish to receive future communication, please click Unsubscribe.

# YOUR REGULATOR IS
# **READY TO RIDE**

## REGULATOR 35 BUILD SUMMARY



### MSRP AS EQUIPPED: $739,875
Freight and prep not included

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking on the button or link included, you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**

**Your Privacy Rights**

**Reject All**

**Accept Cookies**

# Upgraded Options

## Exterior Colors

- White
- Entire Hull
- White White White
- Bracket with White Gelcoat Color

## Power & Systems

- Triple White Yamaha Offshore F350 4-Stroke Engines with DES Tilt Helm and DEC – Plus Helm Master™ EX Joystick with Multimode Set Point™, EX Autopilot with Waypoint Deceleration, and Electronic Key Switch with Wireless Fob. Seakeeper Ride™ 750 Ride Control also standard.
- Gyro Stabilization System

## Seating & Upholstery

- White Upholstery

## Electronics

- Factory-Installed Garmin® Offshore 35 Package: Two 22" GPSMAP® 9222XSV Multi-Touch Widescreen Chartplotter/Sonar Displays, Flush-Mounted in Custom Bezel and

# Standard Equipment

## POWER & RIDE CONTROL

- Triple White Yamaha Offshore F350 4-Stroke Engines with DES Tilt Helm, DEC, EX Autopilot with Waypoint Deceleration, and Electronic Key Switch with Wireless Fob
- Helm Master™ EX Joystick with Multimode Set Point™
- Seakeeper Ride™ 750 Ride Control System

## Systems

- Illuminated Machine Room beneath Mezzanine Seat with Watertight Bulkhead, Optional Gyro, and Easy Access to Breaker Panel, Fuel and Water Tanks, and Battery Systems
- E-Hub Lithium Battery System – Includes (3) 300-Amp/Hour, Silent-Running Batteries, seamlessly managed via Regulator MyHelm™
- Isolated Engine Start Batteries w/ 40-Amp Battery Charger
- 30-Amp 50' Shore Power Cord

## T-Top, Helm & Electronics

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalized content. By clicking on the button on the right, you can exercise your privacy rights. For more information privacy notice **Cookie Policy (/cookie-policy/)**

Angled for Optimum Visibility and Glare Reduction; VHF 215 AIS Radio with Remote Mic and Dual 8' Antennas for VHF/AM/FM; GMR™ 424 xHD 4kW Open-Array Radar; Airmar® B275LHW with Wide Beam 1kW CHIRP Transducer; and Yamaha EX Autopilot – Plus Black Flushmount Electronics Faces

## Comfort & Convenience

- Cockpit Freshwater Engine Flush

## Shades & Canvas

- Rear Shade with T-Top Mounted Shade Poles (Black Only)
- Engine Canvas Covers (Various Colors)

- Fiberglass T-Top with Surfboard Edges, Integrated Wraparound Windshield and Windshield Wiper/Washer, new T-Top Drainage Gutters/Handrail, and 11 Rocket Launchers built into Aft Support Frame – Complete with Electronics Box, Integrated Navigation/Dock Lighting, Spreader Lights, and Multi-Colored LED Lights
- Custom T-Top Ventilation System with (2) Directional Vents at Radio Box and (1) Large Center Vent for Maximum Air Distribution and Mist Elimination
- White Powder Coat Package
- Factory-Installed Garmin® Offshore 35 Package: Two 22" GPSMAP® 9222XSV Multi-Touch Widescreen Chartplotter/Sonar Displays, Flush-Mounted in Custom Bezel and Angled for Optimum Visibility and Glare Reduction; VHF 215 AIS Radio with Remote Mic and Dual 8' Antennas for VHF/AM/FM; GMR™ 424 xHD 4kW Open-Array Radar; Airmar® B275LHW with Wide Beam 1kW CHIRP Transducer; and Yamaha EX Autopilot – Plus Black Flushmount Electronics Faces
- Offshore Command Center: Garmin® Multi-Function Displays with Digital Switching and Monitoring, Proprietary Regulator

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking the button on the right, you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**

- MyHelm™ Interface for Seamless and Intuitive Connectivity of Key Functions via Touchscreen, and Dedicated MyHelm™ Key Fob for Main Power and Lighting Circuits
- Integrated Switch Panels with LED Push Button Switches
- Ritchie® SuperSport Compass
- Yamaha Next Generation Digital Boat Control System with Helm Master™ EX Joystick, Digital Electric Steering (DES) Tilt Helm, Multifunction Digital Electronic Control (DEC), EX Autopilot with Waypoint Deceleration, Electronic Key Switches (EKS) with Wireless Fob, and CL5™ Multifunction Touchscreen Display
- Fusion® Apollo 770 Marine Stereo with AM/FM/WB, SiriusXM® Ready, Wi-Fi Audio Streaming, Apple AirPlay 2, Bluetooth®, Integrated DSP, and (4) Backlit Speakers throughout Deck and Cockpit
- Siren 3 Pro "Connected Boat" Alert and Access System
- Dual Illuminated Glove Boxes with Fiberglass Lids
- Recessed Upholstered Console Storage Trays with Black or Egyptian Sand Dash Brow and extended Brow beneath Garmin® Screens

Stainless Steering Wheel with Knob

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking the button on the right, you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**

- USB Charging Ports

## Console Interior/Cabin

- Entry via Flush Integrated Port Side Door with Friction Hinges
- Sleeping Accommodations for Two with Flip-Down Berth Extension and Reading Lights
- Stand-Up Electric Head with Solid Surface Countertop and Sink – Plus (3) Large Storage Compartments and Mirrors
  12 gal. Holding Tank and Overboard Discharge for Electric Head
- In-Floor Cabin Dry Storage Box
- Rod Storage for up to (12) Rods throughout Cabin and In-Floor Cabin Dry Storage Box
- Integrated, Ventilated Console Step Storage Box (for Optional A/C or Dry Storage)
- Sump Box and Overboard Discharge (for Sink, Optional A/C, and Arid Dry Bilge Pump)
- Vented Port Light in Console
- Overhead LED Lights with Courtesy LED Lights on Steps and Floor Level
- Wood-Grain Laminate Flooring
- Custom Regulator 35 Sunbrella® Interior Curtains, Accent Pillows, and Super Soft, Weather-Resistant Throw for Console Interior

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking the button on the right, you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**

- Sunbrella® Fabric Accents on Interior Walls
- CO Detector
- Bilge High-Water Alarm

## Deck & Cockpit

- Forward Deck Anchor Locker with Freshwater Wash Down and Overboard Drain – directly accessible via Split Forward Seating
- Full Walkthrough Forward to Anchor Locker
  Raised Bullnose Toe Rail on Extra-Wide Forward Gunwale
- Flush-Mounted Fiberglass Table with Electric Pedestal
- NEW Self-Bailing Cockpit System with Transom-Mounted, Stainless Steel Scuppers with Drip-Edge, and In-Deck Stainless Grate, Removable for Easy Cleaning
- Starboard Boarding and Dive Door with Removable Folding Ladder and Ladder Storage in Bilge Compartment
- Oversized Bilge Compartment with Gutttered, Watertight Lazarette Hatch for easy access to Gel-Finished Bilge and Equipment – with Raised Floor to Deliver a Flat,

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking the button on the right, you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**

- Dry Platform for Maintenance and Gear Storage
- Engine Bracket with Integrated Telescoping Ladder
- 36 gal. Freshwater System with (2) Wash Downs: (1) in Anchor Locker, (1) near Helm; Plus Freshwater Sink and Toilet in Console Interior and Freshwater Shower on Aft Deck
- Molded, Non-Skid Horizontal Surfaces
- 360° Coaming Pads
- Stainless Steel Hardware Through-Bolted with Elastic Stop Nuts
- (2) Pull-Up Bow Cleats, (2) Spring Cleats/Hawse Rings, and (2) Stern Cleats/Hawse Rings
- Four (4) JL Audio® Backlit Speakers

## Seating

- Split Forward Seating with Center Walkthrough and Forward Port & Starboard Seating, with Magnetic Cushions and Illuminated Storage beneath
- Flushmount Flip-Up Backrests Integrated into Forward Seats (1 Port, 1 Starboard)
- Upholstered Forward Console Settee for Two with Reclined Seat Pitch, (6) Rod Holders, (2) Cup Holders, Handrail, and Insulated, Illuminated Cooler below Settee

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking the button on the right, you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**

- E-Series Deluxe Helm and Mezzanine Seating features Raised Helm Deck, Triple Helm Seating with Power Slide Center Seat, Armrests, Flip-Up Bolsters, and (3) Individual Folding Footrests with SoftGrip Foot Rail – Plus Mezzanine Seat for Two with Built-In Armrests, (2) Cup Holder Rod Holders, Tackle Storage, Trash Bin, (11) Rocket Launchers built into Aft Support Frame, and Machine Room Access below Mezzanine Seat
- Dual Integrated Flush-Folding Transom Seats Port and Starboard

## Fishing Equipment

- Oval Pressurized Center Transom Livewell with High-Volume Livewell Pump – Illuminated and Finished in Bait-Calming Blue with Regulator-Branded, Clear Acrylic Lid
- Port Transom Bait Prep Station with Integrated Stainless Steel Bait Tray, Raw Water Sink, and Overboard Drains
- Starboard Transom Bait Prep Station with (2) Cutting Boards, Bait Prep Sink with Saltwater Wash Down, and Overboard Drain
- NEW Raw Water Sea Chest – Self-Cleaning, Self-Flushing, and Macerated

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking the button on the right you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**

- Raw-Water Aft-Deck Wash Down
- Dual Aft In-Deck Fishboxes – Insulated, Illuminated, and Macerated
- Forward In-Deck Fishbox – Insulated, Illuminated, and Macerated
- Dual Forward Seat Fishboxes/Dry Storage – Illuminated, with Overboard Drains
- (6) Stainless Steel Aft Gunwale Conventional Rod Holders
- (6) Stainless Steel Conventional Rod Holders integrated into Forward Settee

*Some standards may be upgraded based on the options you choose.

We process your personal information to measure and improve our sites and service, to assist our marketing campaigns and to provide personalised content and advertising. By clicking the button on the right, you can exercise your privacy rights. For more information see our privacy notice **Cookie Policy (/cookie-policy/)**