# Attachment CH-2

| | |
|---|---|
| **Subject** | 35 ^_Regulator^_ |
| **From** | John Prather <jprather@bluewateryachtsales.com> |
| **To:** | Christine Haynes <████@yahoo.com> |
| **Date** | May 22 at 10:21 AM |

Thank you for your interest in the new 35 By Regulator Marine. This is a brand-new design with a ton of innovative features that I can't explain in just 1 email. Take a look at a few of these videos and let me know when you would like to set up a time to discuss. We are excited to have our first boat roll out of the factory in just a few short days. I have attached pricing and build sheet of the 35 we have coming.
John
Cell # 301-991-3308

https://www.youtube.com/watch?v=obPrFz4ya8M


**John Prather**
Yacht Broker
Ocean City, MD

License # 12266
410-390-3043 (Office)
301-991-3308 (Mobile)

301-991-3308 (Mobile)



35 Regulator 2025, 3500…

Reg25_35_ModelOverhe…

Reg25_35_StandardsOpt…



# 2025 Regulator 35
## DJI35005D525

| | Total Cost |
|---|---|
| **Base Price:  2025 Regulator 35** | |
| Triple White Yamaha Offshore F350 4-Stroke Engines with DES Tilt Helm and DEC - Plus Helm Master EX Joystick with Multimode Set Point, EX Autopilot with Waypoint Deceleration and Electronic Key Switch with Wireless Fob | $674,995 |
| Gyro Stabilization System | $57,995 |
| Marine-Grade 110V 8kBTU HVAC Conditioning System with Reverse-Cycle Heat, (4) Helm Vents, Interior Cabin Vent, and Inverter | $8,995 |
| | |
| Regulator® Limited Warranty | Included |
| Yamaha® Limited Engine Warranty | Included |

**POWER & RIDE CONTROL**
Seakeeper Ride 750 Ride Control System

**SYSTEMS**
Illunimated machine room beneath Mezzanine seat with watertight bulkhead, optional gyro and easy access to breaker panel, fuel and water tanks, and battery systems
E-Hub Lithium House Battery System - Includes (3) 300-Amp/Hour, silent-running batteries with charger, seamlessly managed via Regulator MyHelm
Isolated engine start batteries w/40-Amp battery charger
30-Amp 50' Shore Power Cord

**T-TOP, HELM & ELECTRONICS**
Fiberglass T-Top with Surfboard Edges, integrated wraparound windshield and windshield wiper/washer, new T-Top drainage gutters/handrail and 11 rocket launchers built into aft support frame - complete with electronics box, integrated navigation/dock lighting, spreader lights, and multi-colored LED lights
Custom T-Top Ventilation System with (2) directional vents at radiobox and (1) large center vent for maximum air distribution and mist elimination
White Powder Coat Package
Factory installed Garmin Offshore 35 Package: Two 22" GPSMAP 9222XSV Multi-touch widescreen chartplotter/sonar displays, flush-mounted in custom bezel and angled for optimum visibility and glare reduction; VHF 215 AIS radio withremote mic dual 8' antennasfor VHF/AM/FM; GMR 424 xHD 4kW Open-array radar; Airmar B275LHW with wide beam 1kW CHIRP transducer and Yamaha EX Autopilot, Plus black flushmount electronics faces
Offshore command center; Garmin multi-function displays with digital switching and monitoring, proprietary Regulator MyHelm Interface for seamless and intuitive connectivity of key functions via touchscreen, and dedicated MyHelm key fob for main power and lighting circuits
Integrated switch panels with LED push button switches
Ritchie SuperSport Compass



# 2025 Regulator 35

DJI35005D525

Yamaha Next Generation Digital boat control system with Helm Master EX, digital electric steering (DES) tilt helm, multifunction digital electronic control (DEC), EX Autopilot with Waypoint Deceleration, Electronic Key Switches (EKS) w/Wireless Fob and CL5 Multifunction touchscreen display

Fusion Apollo 770 Marine Stereo w/AM/FM/WB, SiriusXM Ready, Wi-Fi Audio Streaming, Apple AirPlay 2, Bluetooth, with Integrated DSP and (4) Backlit Speakers throughout deck and cockpit

Siren 3 Pro "Connected Boat" alert and access system

Dual Illuminated Glove Boxes w/Fiberglass Lids

Recessed Upholstered Console storage trays with black or egyptian sand dash brow and extended brow beneath Garmin screens

Stainless steering wheel with knob

USB Charging Ports

**CONSOLE INTERIOR/CABIN**

Entry via flush integrated port side door with friction hinges

Sleeping accomodations for two with flip-down berth extension and reading lights

Console skylight

Stand-up electric head with solid surface countertop and sink - Plus (3) large storage compartments and mirrors

12 gallon holding tank and overboard discharge for electric head

In-floor cabin dry storage box

Rod storage for up to (12) rods throughout cabin and within in-floor cabin dry storage box

Integrated, ventilated console steo storage box (for optical A/C or dry storage)

Sump box and overboard discharge (for sink, optional A/C and arid dry bilge pump)

Ventilated port light in console

Overhead LED lights with courtesy LED lights on steps and floor level

Wood-grain laminate flooring

Custom Regulator 35 Sunbrella interior cutains, accent pillows and super soft, weather-resistant throw for console interior

Sunbrella fabric accents on interior walls

CO Detector

Bilge high-water alarm

**DECK & COCKPIT**

Forward Deck Anchor Locker with freshwater wash down and overboard drain - directly accessible via split forward seating

Full walk-through forward to anchor locker

Raised bullnose toe rail on extra-wide forward gunwale

Flush-mounted fiberglass table with electric pedestal



# 2025 Regulator 35

**DJI35005D525**

NEW self-bailing cockpit system with transom-mounted, stainless steel scuppers with drip-edge and in-deck stainless grate, removable for easy cleaning

Starboard Boarding and Dive Door w/Removable Folding Ladder and Ladder storage in Bilge compartment

Oversized Bilge compartment with guttered, watertight lazarette hatch for easy access to gel-finished bilge and equipment - with raised floor to deliver a flat, dry platform for maintenance and gear storage

Engine bracket with Integrated Telescoping ladder

36 Gallon freshwater system with (2) wash downs: (1) in anchor locker, (1) near helm, plus freshwater sink and toilet in console interior and freshwater shower on aft deck

Molded, non-skid horizontal surfaces

360 Degree Coaming Pads

Stainless Steel hardware through-bolted with elestic stop nuts

(2) Pull-up bow cleats, (2) spring cleats/hawse rings and (2) stern cleats/hawse rings

(4) JL Audio Backlit speakers

**SEATING**

Split forward seating with center walkthrough and forward port & starboard seating, with magnetic cushions and illuminated storage beneath

Flushmount, flip-up backrests integrated into forward seats (1-port, 1-starboard)

Upholstered forward console sette for two with reclined seat, (6) rod holders, (2) cup holders, handrail and insulated, illuminated cooler below settee

E-Series Deluxe Helm & Mezzanine seating features raised helm deck, triple helm seating with power slide center seat, armrests, flip-up bolsters, and (3) individual folding footrests with softgrip foot rail - Plus mezzanine seat for tow with built-in armrests, (2) cup holder rod holders, tackle storage, trash bin, (11) rocket launchers built into Aft support fram and machine room access below mezzanine seat

Dual Integrated Flush-Folding Transom Seats port & starboard

**FISHING EQUIPMENT**

Oval pressurized center transom livewell with high-volume livewell pump - Illuminated and finished in boat-calming blue with Regulator-Branded, clear acrylic lid

Port transom bait prep station with integrated stainless steel bait tray, raw water sink and overboard drains

Starboard transom bait prep station with (2) cutting boards, bait prop sink with saltwater wash down and overboard drain

NEW Raw Water Sea Chest - Self-cleaning, self-flushing & macerated

Raw Water aft-deck wash down

Dual aft in-deck fishboxes - Insulated, illuminated and macerated

Forward in-deck fishbox - Insulated, illuminated and macerated



## 2025 Regulator 35

DJI35005D525

Dual forward seat fishboxes/dry storage - illuminated, with overboard drains
(6) Stainless steel aft gunwale conventional rod holders
(6) Stainless steel conventional rod holders integrated into forward settee

### OPTIONS

**COLOR**

| | |
|---|---:|
| Hull color:  Entire hull - White | NC |
| Bracket with Synthetic Teak Marine Decking | $2,595 |
| Boot Stripe Color: Navy/Charcoal/Navy | |

**T-TOP & TOWER**

| | |
|---|---:|
| New TACO Grand Slam 300 Single-Handle Outrigger Bases with 22' Carbon Fiber Poles (Internally Rigged and Collapsible), Plus Double Rigger Kit | $9,995 |

**SEATING & UPHOLSTERY**

| | |
|---|---:|
| Flush-Folding Center Forward Seat with Magnetic Cushion at Bow | $1,595 |
| Diamond Quilted Upholstery - Standard White Upholstery | $3,595 |
| Teak Ladder-Back Helm Chairs, Helm Armrests, and Forward Settee Armrests | $37,995 |
| Teak Helm Pod | $4,995 |

**COMFORT & CONVENIENCE**

| | |
|---|---:|
| Through Stem Bow Roller with Anchor Windlass in Forward-Deck Anchor Locker, Freshwater anchor wash, Bow and Helm Controls, Rode with Galvanized Chain, Anchor, Freshwater Wash Down and Overboard Drain | $8,995 |
| Edson Elite Carbon Wheel with Power Knob (In lieu of standard) | $2,295 |
| Cockpit Freshwater Engine Flush | $1,495 |
| Phender Pro with (4) Quick Release Fender Cleats | $795 |
| Bucket Holder with (2) Buckets in Bilge Compartment | $695 |
| Hose coil racks (2) for raw water and freshwater wash downs | $695 |

**ELECTRONICS**

| | |
|---|---:|
| Additional T-Top Garmin 12" GPSMAP 1243XSV Touchscreen Chartplotter | $4,995 |
| Factory-Installed Garmin GMR Fantom 54 Open-Array Radar (In lieu of standard) | $3,295 |
| Factory-Installed Garmin GXM 54 SiriusXM Marine Weather Receiver Upgrade | $1,095 |
| Second VHF 215 AIS radio | $1,395 |
| Entertainment Upgrade Package:  Includes Fusion Dynamically Calibrated system with (10) premium backlit speakers, subwoofer, amps and Integrated Wi-Fi | $7,595 |
| (2) Inductive cell phone charger cubbies at bow seating | $595 |
| (2) Inductive cell phone chargers in recessed console trays | $595 |



## 2025 Regulator 35
**DJI35005D525**

| | |
|---|---:|
| (2) Inductive cell phone chargers: (1) at Helm; (1) Inside console | $595 |
| Multi-Colored Underwater LED Lights (2) | $3,595 |
| Forward Center LED Light Bar on T-Top | $2,595 |
| **FISHING UPGRADES** | |
| Refrigerated Port Aft In-Deck Fishbox | $8,995 |
| (5) Additional Stainless Steel/Poly Balt Trays with Integrated Storage in Port Aft In-Deck Fishbox | $995 |
| (6) Aft gunwale cup holder rod holders (Converted from standard) | $695 |
| (4) Conventional transom rod holders (cannot be selected with Burnewiin mounts) | $1,095 |
| (2) Electric Reel hook-ups | $2,995 |
| Under Gunwale Rod/Brush storage | $2,295 |
| Quick-Release under Gunwale Gaff Holder | $595 |
| **SHADES & CANVAS** | |
| Forward Sun Shade, color choice: Navy | $3,795 |
| Rear shade with T-Top mounted shade poles (Black only) | $2,995 |
| Helm, console, forward settee, and Mezz seating Canvas Covers, color choice: Navy | $3,995 |
| **Total of Optional Equipment** | **$197,530** |
| **SUBTOTAL** | **$872,525** |
| Freight, estimate only | $1,710 |
| Make Ready (Fuel, commissioning) estimate only | $4,471 |
| Safety Package - (2) 1/2" x 15' fender lines; (4) 1/2" x 20' Docklines; (2) 1/2" x 25' Docklines; (2) 8" x 20" Fenders; (2) Fire extinguishers 2.5 lb Ty-B1 ABC; (1) First aid kit; (6) TY-II PFD's; (1) Life vest storage bag; (1) Flare kit; (1) Throw cushion | $1,500 |
| **SUBTOTAL** | **$7,681** |
| **TOTAL RETAIL PRICE** | **$880,206** |
| **LESS DISCOUNT** | **($43,626)** |
| ***TOTAL SALES PRICE*** | ***$836,580*** |

**Accepted:**

_____
Buyer

_____
Seller: Bluewater Yacht Sales

Updated 4/3/2025

# REGULATOR 35

| | |
|---|---|
| LOA | 35' 1" |
| LOA with Bracket & Engines | 40' 8" |
| Beam | 11' 9" |
| Height in Console | 6' 4" |
| Bridge Height† | 123" |
| Height from Keel† | 154" |
| Dry Weight with Engines | 16,500 lbs |
| Fuel Capacity | 405 gal |
| Deadrise | 24 deg. |
| Center Fwd Insulated In-Deck Fishbox | 210 qts |
| Fwd Seat Fishbox/ Dry Storage (2) | 211 qts ea |
| Forward Settee Cooler | 121 qts |
| In-Floor Cabin Dry Storage Box | 220 qts |
| Head with Holding Tank | 12 gal |
| Freshwater Tank | 36 gal |
| Center Transom Livewell | 43 gal |
| Aft In-Deck Fishbox (2) | 161 qts ea |
| Draft Engines Up | 27" |
| Draft Engines Down | 40" |

† Measurement is to tallest available option (Open-Array Radar)

* Indicates Option; additional options may be pictured; specifications subject to change without notice



- Raised Bullnose Toe Rail on Extra-Wide Forward Gunwale
- Anchor Locker with Fresh Water Wash Down & Overboard Drain
- Up to 49 Rod Holders (25 standard; 24 optional)*
- Standard: Split Forward Seating with Walkthrough to Bow
- Optional: Flush-Folding Center Forward Seat with Magnetic Cushion at Bow*
- Electric Flush-Mounted Fiberglass Table
- Forward In-Deck Fishbox – Insulated, Illuminated, and Macerated
- Integrated Flip-Up Backrests & Forward Seat Storage
- Forward Console Settee with Reclined Seat Pitch, (6) Rod Holders, (2) Cup Holders & Insulated, Illuminated Cooler
- All new T-Top w/ Wraparound Drainage Gutters, Overhead Handrails & Ventilation System, plus Wraparound Windshield, Wiper/Washer, and (11) Rocket Launchers in Aft Support Frame
- Berth for 2, Stand-Up Electric Head, Sink & Storage including In-Floor Cabin Dry Storage Box, Rod Storage for 12 Rods & more
- Offshore Command Center with Two Garmin® 9222XSV Displays, Flush-Mounted in Custom Bezel and Angled for Optimum Visibility and Glare Reduction
- Raised Helm Deck with Triple Helm Seating & Center-Set Wheel
- Mezzanine Seat for Two with Cup Holder Rod Holders, Tackle Storage and Illuminated Machine Room w/ Access to Breaker Panel, Fuel & Water Tanks, E-Hub Lithium Battery System, and Optional Gyro
- Starboard Boarding & Dive Door
- Dual Aft In-Deck Fishboxes – Insulated, Illuminated, and Macerated
- Oversized Bilge Compartment with easy access
- Oval Pressurized Center Transom Livewell with High-Volume Livewell Pump (Illuminated with Regulator Clear Acrylic Lid), Flanked by Dual Transom Blue Water Bait Stations
- Triple Yamaha Offshore 350 Engines w/ Helm Master™ EX Joystick
- Standard Seakeeper Ride™ 750 Ride Control System



REGULATOR
the offshore life

# 35 STANDARD EQUIPMENT*

## Power & Ride Control
- Triple White Yamaha Offshore F350 4-Stroke Engines with DES Tilt Helm, DEC, EX Autopilot with Waypoint Deceleration, and Electronic Key Switch with Wireless Fob
- Helm Master™ EX Joystick with Multimode Set Point™
- Seakeeper Ride™ 750 Ride Control System

## Systems
- Illuminated Machine Room beneath Mezzanine Seat with Watertight Bulkhead, Optional Gyro, and Easy Access to Breaker Panel, Fuel and Water Tanks, and Battery Systems
- E-Hub Lithium House Battery System – Includes (3) 300-Amp/Hour, Silent-Running Batteries with Charger, seamlessly managed via Regulator MyHelm™
- Isolated Engine Start Batteries w/ 40-Amp Battery Charger
- 30-Amp 50' Shore Power Cord

## T-Top, Helm & Electronics
- Fiberglass T-Top with Surfboard Edges, Integrated Wraparound Windshield and Windshield Wiper/Washer, new T-Top Drainage Gutters/Handrail and 11 Rocket Launchers built into Aft Support Frame – Complete with Electronics Box, Integrated Navigation/Dock Lighting, Spreader Lights, and Multi-Colored LED Lights
- Custom T-Top Ventilation System with (2) Directional Vents at Radio Box and (1) Large Center Vent for Maximum Air Distribution and Mist Elimination
- White Powder Coat Package
- Factory-Installed Garmin® Offshore 35 Package: Two 22" GPSMAP® 9222XSV Multi-Touch Widescreen Chartplotter/Sonar Displays, Flush-Mounted in Custom Bezel and Angled for Optimum Visibility and Glare Reduction; VHF 215 AIS Radio with Remote Mic and Dual 8' Antennas for VHF/AM/FM; GMR™ 424 xHD 4kW Open-Array Radar; Airmar® B275LHW with Wide Beam 1kW CHIRP Transducer; and Yamaha EX Autopilot – Plus Black Flushmount Electronics Faces
- Offshore Command Center: Garmin® Multi-Function Displays with Digital Switching and Monitoring. Proprietary Regulator MyHelm™ Interface for Seamless and Intuitive Connectivity of Key Functions via Touchscreen, and Dedicated MyHelm™ Key Fob for Main Power and Lighting Circuits
- Integrated Switch Panels with LED Push Button Switches
- Ritchie® SuperSport Compass

## T-Top, Helm & Electronics *(Cont'd)*
- Yamaha Next Generation Digital Boat Control System with Helm Master™ EX, Digital Electric Steering (DES) Tilt Helm, Multifunction Digital Electronic Control (DEC), EX Autopilot with Waypoint Deceleration, Electronic Key Switches (EKS) with Wireless Fob, and CL5™ Multifunction Touchscreen Display
- Fusion® Apollo 770 Marine Stereo with AM/FM/WB, SiriusXM® Ready, Wi-Fi Audio Streaming, Apple AirPlay 2, Bluetooth®, Integrated DSP, and (4) Backlit Speakers throughout Deck and Cockpit
- Siren 3 Pro "Connected Boat" Alert and Access System
- Dual Illuminated Glove Boxes with Fiberglass Lids
- Recessed Upholstered Console Storage Trays with Black or Egyptian Sand Dash Brow and extended Brow beneath Garmin® Screens
- Stainless Steering Wheel with Knob
- USB Charging Ports

## Console Interior/Cabin
- Entry via Flush Integrated Port Side Door with Friction Hinges
- Sleeping Accommodations for Two with Flip-Down Berth Extension and Reading Lights
- Stand-Up Electric Head with Solid Surface Countertop and Sink – Plus (3) Large Storage Compartments and Mirrors
- 12 gal. Holding Tank and Overboard Discharge for Electric Head
- In-Floor Cabin Dry Storage Box
- Rod Storage for up to (12) Rods throughout Cabin and within In-Floor Cabin Dry Storage Box
- Integrated, Ventilated Console Step Storage Box *(for Optional A/C or Dry Storage)*
- Sump Box and Overboard Discharge (for Sink, Optional A/C, and Arid Dry Bilge Pump)
- Vented Port Light in Console
- Overhead LED Lights with Courtesy LED Lights on Steps and Floor Level
- Wood-Grain Laminate Flooring
- Custom Regulator 35 Sunbrella® Interior Curtains, Accent Pillows, and Super Soft, Weather-Resistant Throw for Console Interior
- Sunbrella® Fabric Accents on Interior Walls
- CO Detector
- Bilge High-Water Alarm

Rendering may show both Standards and Options



*the offshore life*

252.482.3837
Edenton, North Carolina
regulatormarine.com

*Some standards may be upgraded based on the options you choose.

Page 1 of 4

# SPECIFICATIONS

| | |
|---|---|
| LOA | 35' 1" |
| LOA w/ Bracket & Engines | 40' 8" |
| Beam | 11' 9" |
| Height in Console Interior | 6' 4" |
| Bridge Height* | 123" |
| Height from Keel* | 154" |
| Dry Weight w/ Engines | 16,500 lbs |
| Fuel Capacity | 405 gal |
| Deadrise | 24 Degrees |
| Draft | 27" Engines Up |
| Draft | 40" Engines Down |
| Center Fwd Insulated In-Deck Fishbox | 210 qts |
| Fwd Seat Fishbox/ Dry Storage (2) | 211 qts ea |
| Forward Settee Cooler | 121 qts |
| In-Floor Cabin Dry Storage Box | 220 qts |
| Head w/ Holding Tank | 12 gal |
| Freshwater Tank | 36 gal |
| Aft In-Deck Fishbox (2) | 161 qts ea |
| Center Transom Livewell | 43 gal |

*Measurement is to tallest available option (Open-Array Radar)*

# 35 STANDARD EQUIPMENT* *(Cont'd)*

## Deck & Cockpit

- Forward Deck Anchor Locker with Freshwater Wash Down and Overboard Drain – directly accessible via Split Forward Seating
- Full Walkthrough Forward to Anchor Locker
- Raised Bullnose Toe Rail on Extra-Wide Forward Gunwale
- Flush-Mounted Fiberglass Table with Electric Pedestal
- NEW Self-Bailing Cockpit System with Transom-Mounted, Stainless Steel Scuppers with Drip-Edge, and In-Deck Stainless Grate, Removable for Easy Cleaning
- Starboard Boarding and Dive Door with Removable Folding Ladder and Ladder Storage in Bilge Compartment
- Oversized Bilge Compartment with Guttered, Watertight Lazarette Hatch for easy access to Gel-Finished Bilge and Equipment – with Raised Floor to Deliver a Flat, Dry Platform for Maintenance and Gear Storage
- Engine Bracket with Integrated Telescoping Ladder
- 36 gal. Freshwater System with (2) Wash Downs: (1) in Anchor Locker, (1) near Helm; Plus Freshwater Sink and Toilet in Console Interior and Freshwater Shower on Aft Deck
- Molded, Non-Skid Horizontal Surfaces
- 360° Coaming Pads
- Stainless Steel Hardware Through-Bolted with Elastic Stop Nuts
- (2) Pull-Up Bow Cleats, (2) Spring Cleats/Hawse Rings, and (2) Stern Cleats/Hawse Rings
- Four (4) JL Audio® Backlit Speakers

## Seating

- Split Forward Seating with Center Walkthrough and Forward Port & Starboard Seating, with Magnetic Cushions and Illuminated Storage beneath
- Flushmount Flip-Up Backrests integrated into Forward Seats (1 Port, 1 Starboard)
- Upholstered Forward Console Settee for Two with Reclined Seat Pitch, (6) Rod Holders, (2) Cup Holders, Handrail, and Insulated, Illuminated Cooler below Settee
- E-Series Deluxe Helm & Mezzanine Seating features Raised Helm Deck, Triple Helm Seating with Power Slide Center Seat, Armrests, Flip-Up Bolsters, and (3) Individual Folding Footrests with SoftGrip Foot Rail – Plus Mezzanine Seat for Two with Built-In Armrests, (2) Cup Holder Rod Holders, Tackle Storage, Trash Bin, (11) Rocket Launchers built into Aft Support Frame, and Machine Room Access below Mezzanine Seat
- Dual Integrated Flush-Folding Transom Seats Port & Starboard

## Fishing Equipment

- Oval Pressurized Center Transom Livewell with High-Volume Livewell Pump – Illuminated and Finished in Bait-Calming Blue with Regulator-Branded, Clear Acrylic Lid
- Port Transom Bait Prep Station with Integrated Stainless Steel Bait Tray, Raw Water Sink, and Overboard Drains
- Starboard Transom Bait Prep Station with (2) Cutting Boards, Bait Prep Sink with Saltwater Wash Down, and Overboard Drain
- NEW Raw Water Sea Chest – Self-Cleaning, Self-Flushing & Macerated
- Raw Water Aft-Deck Wash Down
- Dual Aft In-Deck Fishboxes – Insulated, Illuminated, and Macerated
- Forward In-Deck Fishbox – Insulated, Illuminated, and Macerated
- Dual Forward Seat Fishboxes/Dry Storage – Illuminated, with Overboard Drains
- (6) Stainless Steel Aft Gunwale Conventional Rod Holders
- (6) Stainless Steel Conventional Rod Holders integrated into Forward Settee

*Some standards may be upgraded based on the options you choose.



252.482.3837
Edenton, North Carolina
regulatormarine.com

# 35 OPTIONAL EQUIPMENT

### Exterior Colors
- Featured or Custom Hull Color – Entire Hull or Sides Only
- Bracket with Matching Gelcoat Color
- Bracket with Synthetic Teak Marine Decking
- Black Powder Coat Package

### Power & Systems
- Gyro Stabilization System
- Gyro Stabilization System READY *(for Future Installation)*
- Marine-Grade 110V 8kBTU HVAC Conditioning System with Reverse-Cycle Heat, (4) Helm Vents, Interior Cabin Vent, and Inverter
- Arid Dry Bilge Systems Series 2 *(12V, Dual-Zone with Watertight Bulkhead in Pump Room)*

### T-Top
- NEW TACO Grand Slam 300 Single-Handle Outrigger Bases with 22' Carbon Fiber Poles *(Internally Rigged and Collapsible)*, Plus Double Rigger Kit
- T-Top Underside to Match Hull Sides
- T-Top Underside Different Than Hull Sides
- T-Top Storage Compartment

### Seating & Upholstery
- Flush-Folding Center Forward Seat with Magnetic Cushion at Bow
- Fiberglass Sun Bed with Magnetic Filler Cushion *(Converted from Standard Electric Table; Requires Flush-Folding Forward Center Seat)*
- Dove Gray Upholstery
- Sandbar Upholstery
- Diamond Quilted Upholstery
- Teak Ladder-Back Helm Chairs, Helm Armrests, and Forward Settee Armrests
- Teak Helm Pod

### Electronics
- Additional T-Top Garmin® 12" GPSMAP® 1243XSV Touchscreen Chartplotter
- Factory-Installed Garmin® GMR™ 1224 xHD 12kW Open-Array Radar\*\*
- Factory-Installed Garmin® GMR™ Fantom 54 Open-Array Radar\*\*
- Factory-Installed Garmin® GXM™ 54 SiriusXM® Marine Weather Receiver Upgrade
- Factory-Installed Garmin® GT36UHD-TM Ultra High-Def ClearVü and SideVü Side Scan Transducer *(Requires Additional T-Top Garmin® 12" GPSMAP® 1243XSV Touchscreen Chartplotter)*
- Factory-Installed Garmin® Panoptix™ PS70 Transducer\*\*
- Second VHF 215 AIS Radio
- Entertainment Upgrade Package: Includes Fusion® Dynamically Calibrated System with (10) Premium Backlit Speakers, Subwoofer, Amps, and Integrated Wi-Fi
- (3) Inductive Cell Phone Chargers: (1) at Helm, (2) in Dash Brow Storage Trays
- (2) Inductive Cell Phone Chargers in Console Interior
- (2) Inductive Cell Phone Charger Cubbies at Bow Seating
- Electric Anchor Light and Antenna Mounts\*\*
- Sionyx Nightwave Marine Night Vision Camera
- Multi-Colored Underwater LED Lights (2)
- Forward Center LED Light Bar on T-Top
- Port and Starboard LED Light Bars on T-Top

Rendering may show both Standards and Options



*the offshore life*

252.482.3837
Edenton, North Carolina
regulatormarine.com

\*\*In Lieu of Standard

Page 3 of 4

# SPECIFICATIONS *(Cont'd)*

LOA................................................35' 1"
LOA w/ Bracket & Engines ...............40' 8"
Beam..............................................11' 9"
Height in Console Interior................6' 4"
Bridge Height*................................123"
Height from Keel*............................154"
Dry Weight w/ Engines..................16,500 lbs
Fuel Capacity...............................405 gal
Deadrise.....................................24 Degrees
Draft..............................27" Engines Up
Draft...........................40" Engines Down
Center Fwd Insulated
In-Deck Fishbox............................210 qts
Fwd Seat Fishbox/
Dry Storage (2) ........................211 qts ea
Forward Settee Cooler....................121 qts
In-Floor Cabin Dry Storage Box....220 qts
Head w/ Holding Tank......................12 gal
Freshwater Tank............................36 gal
Aft In-Deck Fishbox (2)..............161 qts ea
Center Transom Livewell..................43 gal

*\* Measurement is to tallest
available option (Open-Array Radar)*

# 35 OPTIONAL EQUIPMENT

## Fishing Upgrades

- Refrigerated Port Aft In-Deck Fishbox
- Refrigerated Starboard Aft In-Deck Fishbox
- Refrigerated Forward Settee Cooler
- Clear Acrylic Livewell Window *(on Front of Livewell Face)*
- (5) Additional Stainless Steel/Poly Bait Trays with Integrated Storage in Port Aft In-Deck Fishbox
- (6) Aft Gunwale Cup Holder Rod Holders *(Converted from Standard)*
- (14) Additional Forward Gunwale Conventional Rod Holders OR (14) Additional Forward Gunwale Cup Holder Rod Holders
- (4) Conventional Transom Rod Holders OR
  (4) Transom Burnewiin Gunwale Mounts *(If either selected, one standard Starboard Cutting Board is removed at Transom Bait Prep Station)*
- (2) Downrigger Bases for Burnewiin Mounts *(Requires Burnewiin Gunwale Mounts)*
- (2) Burnewiin Rod Holders for Burnewiin Mounts *(Requires Burnewiin Gunwale Mounts)*
- (4) Burnewiin Stainless Rod Holders for Burnewiin Mounts *(Requires Burnewiin Gunwale Mounts)*
- Burnewiin Cutting Board with Fillet Knife for Burnewiin Mounts *(Requires Burnewiin Gunwale Mounts)*
- Magma Grill and Grill Mount for Burnewiin Mounts *(Requires Burnewiin Gunwale Mounts)*
- (2) Electric Reel Hook-Ups
- Under Gunwale Rod/Brush Storage
- Quick-Release Under Gunwale Gaff Holder

## Comfort & Convenience

- Through Stem Bow Roller with Anchor Windlass in Forward-Deck Anchor Locker, Freshwater Anchor Wash, Bow and Helm Controls, Rode with Galvanized Chain, Anchor, Freshwater Wash Down and Overboard Drain
- Edson™ Elite Carbon Wheel with Power Knob**
- Cockpit Freshwater Engine Flush
- Phender Pro™ with (4) Quick-Release Fender Cleats
- Bucket Holder with (2) Buckets in Bilge Compartment
- Hose Coil Racks (2) for Raw Water and Freshwater Wash Downs
- Built-In 12V Watersports Inflation Station
- Gray Helm Pad with Black Regulator Logo and Matching 35-Branded Footrest Pads
- Sandbar Helm Pad with Black Regulator Logo and Matching 35-Branded Footrest Pads
- Digital, Password-Protected Cabin Safe

## Shades & Canvas

- Rear Shade with T-Top Mounted Shade Poles *(Black Only)*
- Forward Sun Shade *(Various Colors)*
- All-Weather Spray Curtain Enclosure
- Helm, Console, Forward Settee, and Mezz Seating Canvas Covers *(Various Colors)*
- Engine Canvas Covers *(Various Colors)*

**REGULATOR**
*the offshore life*

252.482.3837
Edenton, North Carolina
regulatormarine.com

\*\*In Lieu of Standard