# EXHIBIT C

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE PATENT TRIAL and APPEAL BOARD

| | |
|---|---|
| In re Patent of:  Adams, et al. | ) |
| | ) |
| | ) |
| U.S. Patent No.: 8,117,930 | )    Petition for *Inter-Partes* Review |
| | ) |
| Issue Date: February 12, 2012 | ) |
| | ) |
| Serial No. 12/484,501 | ) |
| | ) |
| Filing Date: June 15, 2009 | ) |
| | ) |
| Title: Cooling Bearings, Motors and Other | ) |
|          Rotating Heat Generating | |
|          Components | |

Attorney's Docket No:  6482-020

**Mail Stop Patent Board**
Patent Trial and Appeal Board
U.S. Patent and Trademark Office (USPTO)
COL.O. Box 1450
Alexandria, VA 22313-1450

## PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 8,117,930 PURSUANT TO 35 U.S.C. §§ 311–319, 37 C.F.R. § 42

Wavetamer Gyros, LLC ("Petitioner") petition for *Inter Partes* Review

under 35 U.S.C. §§ 311-319 and 37 C.F.R § 42 of claims 1-17 of U.S. Patent No.

8,117,930 (the '930 patent).

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

# Table of Contents

I. Mandatory Notices (37 C.F.R. § 42.8(a)(1)) ........................................................6

    A.    Real Party-in-Interest (37 C.F.R. § 42.8(b)(1)) ..........................................6

    B.    Related Matters (37 C.F.R. § 42.8(b)(2)) ...................................................6

    C.    Lead and Back-up Counsel (37 C.F.R. § 42.8(b)(3)) ..................................6

    D.    Service Information ....................................................................................6

II. Payment of Fees (37 C.F.R. § 42.103) ...............................................................6

III. Requirements for IPR (37 C.F.R. § 42.104) .......................................................7

    A.    Grounds for Standing (37 C.F.R. § 42.104(a)) ..........................................7

    B.    Claims Challenged (37 C.F.R. § 42.104(b)(1)) ..........................................7

    C.    Specific Statutory Grounds (37 C.F.R. § 42.104(b)(2)) ..............................7

IV. The '930 Patent ..................................................................................................8

    A.    Subject Matter of '930 Patent, Filed June 15, 2009 ...................................8

    B.    Claim Construction (37 C.F.R. § 42.104(b)(3)) .........................................9

    C.    Level of Ordinary Skill in the Art ...........................................................11

V. Common Knowledge and Art Prior to Jan. 12, 2006 ........................................11

    A.    Common Knowledge................................................................................11

    B.    Gyroscopic Roll Stabilizers.....................................................................14

    C.    Exhibit 1006, U.S. Patent No. 6,973,847 to Adams *et al.*, Issued December 13, 2005 ..................................................................................................15

    D.    Exhibit 1007, U.S. Patent No. 6,959,756 to Woodard *et al.*, Issued November 1, 2005 ...............................................................................................17

    E.    Exhibit 1009, U.S. Patent Publication No. 2005/0040776 to Sibley, Published February 24, 2005 .....................................................................21

    F.    Exhibit 1010, German Patent No. DE19909491 to Jäger, Published September 7, 2000 ...............................................................................................22

    G.    Exhibit 1012, U.S. Patent No. 3,844,341 to Bimshas *et al.*, Issued October 29, 1974 .................................................................................................24

VI. Grounds 1 and 2 ........................................................................................... 26

    A.    Claims 1 and 14 are obvious over Adams in view of Sibley and Common Knowledge (Ground 1) .............................................................................. 26

    B.    Claims 2-5, 7-13, and 15-17 are obvious over Adams in view of Sibley and Common Knowledge (Ground 1) ......................................................... 29

    C.    Claim 6, 9, and 12 are obvious over Adams in view of Sibley and Common Knowledge, and further in view of Bimshas (Ground 2) .................................... 37

VII. Grounds 3-4 ............................................................................................... 39

    A.    Claim 1 is obvious over Adams in view of Jäger and Common Knowledge (Ground 3). ...................................................................................... 40

    B.    Claims 2-5, 7, and 9-17 are obvious over Adams in view of Jäger and Common Knowledge (Ground 3) ......................................................... 42

    C.    Claims 6 is obvious over Adams in view of Jäger and Common Knowedge, and further in view of Bimshas (Ground 4) ......................................................... 49

    A.    Claims 1 and 14 are obvious over Adams in view of Bimshas and Common Knowledge (Ground 5) ............................................................................... 51

    B.    Claims 2-7, 9-13, and 15-17 are obvious over Adams in view of Bimshas and Common Knowledge (Ground 5) ................................................ 54

IX. Ground 6 ..................................................................................................... 62

    A.    Claim 8 is obvious over Adams in view of Jäger, Bimshas and Common Knowledge, and further in view of Sibley (Ground 6) ........................................ 62

IX.  Conclusion ............................................................................................... 62

X. Claim Chart Appendix ................................................................................ 64

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

**Exhibits**

| Exhibit No. | Description |
|---|---|
| 1001 | U.S. Patent No. 8,117,930 to Adams *et al.* |
| 1002 | Prosecution History for the '930 Patent |
| 1003 | Expert Testimony by Dr. Greg Buckner |
| 1004 | Dr. Greg Buckner Curriculum Vitae |
| 1005 | Buckner, Comparing Conductive and Convective Heat Transfer in a Rotating Annular Air Gap |
| 1006 | U.S. Patent No. 6,973,847 to Adams *et al.*, hereafter **Adams** |
| 1007 | U.S. Patent No. 6,959,756 to Woodard *et al.*, hereafter **Woodard** |
| 1008 | PCT Publication WO 02/02943 to Woodard *et al.* |
| 1009 | U.S. Patent Publication No. 2005/0040776 to Sibley, hereafter **Sibley** |
| 1010 | German Patent No. DE19909491 to Jäger |
| 1011 | Certified Translation and Certification of DE19909491 to Jäger, hereafter **Jäger** |
| 1012 | U.S. Patent No. 3,844,341 to Bimshas *et al.* hereafter **Bimshas** |
| 1013 | U.S. Patent No. 4,304,296 to Shaffer |
| 1014 | U.S. Patent No. 4,800,956 to Hamburgen |
| 1015 | U.S. Patent No. 5,787,976 to Hamburgen *et al.* |
| 1016 | U.S. Patent No. 4,144,932 to Voigt |
| 1017 | U.S. Statutory Invention Registration No. H312 to Parker |
| 1018 | Western Research Laboratory Research Report to Hamburgen |
| 1019 | U.S. Patent No. 1,108,761 to Kieser |
| 1020 | U.S. Patent No. 5,948,689 to Hamburgen *et al.* |
| 1021 | D. Ganta, *et al.*, *Optical method for measuring thermal accommodation coefficients using a whispering gallery microresonator*, 135 Journal of Chem. Physics 084313 (2011). |
| 1022 | D. Howey, *et al.*, *Air-Gap Convection in Rotating Electrical Machines*, 59 IEEE Transactions on Indus. Elecs. 1367 (2012) *available at* https://workspace.imperial.ac.uk/opticalandsemidev/Public/Publications/Air-Gap%20Convection.pdf. |
| 1023 | D. Gils, *et al.*, *The Twente turbulent Taylor–Couette (T3C) facility: Strongly turbulent (multiphase) flow between two independently rotating cylinders*, 82 Review of Scientific Instruments 025105 (2011). |
| 1024 | S. Poncet, *et al.*, *Turbulent Couette-Taylor flows with endwall effects: a numerical benchmark*, 44 Int'l. Journal of Heat Fluid Flow 229 (2013). |

| 1025 | F. Incropera & D. DeWitt, Fundamentals of heat and mass transfer (New York: J. Wiley 2002). |
| 1026 | C. Lasance, The Thermal Conductivity of Air at Reduced Pressures and Length Scales, Blowers / Fans / Filters, Design, Number 4, Technical Data, Test & Measurement, Volume 8 (2002) *available at* https://www.electronics-cooling.com/2002/11/the-thermal-conductivity-of-air-at-reduced-pressures-and-length-scales/. |
| 1027 | Atmospheric Properties Calculator *available at* http://www.aerospaceweb.org/design/scripts/atmosphere/ (last visited Aug. 9, 2017). |
| 1028 | U.S. Patent No. 796,893 to Brennan |
| 1029 | U.S. Patent No. 1,150,311 to Sperry |
| 1030 | U.S. Patent No. 5,628,267 to Hoshio (Mitsubishi) |
| 1031 | Mean Free Path, Dept. of Physics and Astronomy, Georgia State Univ., http://hyperphysics.phy-astr.gsu.edu/hbase/Kinetic/menfre.html (last visited Aug. 9, 2017). |
| 1032 | Seakeeper Technical Specification Sheets *available at* https://ww.seakeeper.com/technical-library/ (last visited Aug. 9, 2017). |
| 1033 | Miscellaneous News and Journal Articles |
| 1034 | K. Kadoya *et al.*, *Viscosity and Thermal Conductivity of Dry Air in the Gaseous Phase* 14 Journal of Physical and Chem. Reference Data 947 (Am. Inst. of Physics 1985). |
| 1035 | Dorothy Hoffman *et al.*, Handbook of Vacuum Science and Technology 1-5 (1997). |
| 1036 | Excerpts of European Prosecution History |
| 1037 | J. Kobuchi *et al.*, *Windage loss reduction of flywheel/generator system using He and SF/sub 6/gas mixtures*, 3 Proceedings of the 32nd Intersociety Energy Conversion Eng'g Conference (IEEE 1997). |
| 1038 | J. D. Stienmier, Contributions to the Development of a Flywheel Energy Storage System (Thesis University of Washington 1997). |
| 1039 | Andrea Mancini, "New Frontiers for Onboard Stabilisers: SeaKeeperTM Gyroscopic Stabilisers" (2010) *available at* http://puma.isti.cnr.it/rmydownload.php?filename=cnr.insean/cnr.insean/2010-A0-029/2010-A0-029.pdf. (last visited Aug. 10, 2017). |
| 1040 | NASA, U.S. Standard Atmosphere (1976). |
| 1041 | James Jeans, An Introduction to the Kinetic Theory of Gases 24-52 (1967). |
| 1042 | U.S. Patent No. 7,546,782 to Adams *et al.* |

# I.    Mandatory Notices (37 C.F.R. § 42.8(a)(1))

## A. Real Party-in-Interest (37 C.F.R. § 42.8(b)(1))

Petitioner, Wavetamer Gyros, LLC, is the real party-in-interest in this Petition.

## B. Related Matters (37 C.F.R. § 42.8(b)(2))

Petitioner is not aware of any other judicial or administrative matter that would affect, or be affected by, a decision in the proceeding.

## C. Lead and Back-up Counsel (37 C.F.R. § 42.8(b)(3))

| Lead Counsel | Back-up Counsel |
|---|---|
| David E. Bennett | Brandee N. Woolard |
| Reg. No. 32,194 | Reg. No. 68,785 |
| dbennett@coatsandbennett.com | bwoolard@coatsandbennett.com |
| 1400 Crescent Green, Suite 300 | 1400 Crescent Green, Suite 300 |
| Cary, NC   27518 | Cary, NC   27518 |
| Telephone:  (919) 854-1844 | Telephone:  (919) 854-1844 |
| Facsimile:   (919) 854-2084 | Facsimile:   (919) 854-2084 |

## D. Service Information

Service on Petitioner may be made by mail or hand delivery to: David E. Bennett, COATS & BENNETT, PLLC 1400 Crescent Green, Suite 300, Cary, NC 27518. Petitioners also consent to service by email at bwoolard@coatsandbennett.com.

# II.    Payment of Fees (37 C.F.R. § 42.103)

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

Petitioner pays the fee set forth in 37 C.F.R. § 42.15(a) via EFT Account. Petitioner authorizes the USPTO to charge any deficiencies, or credit any overpayment, related to this fee to Deposit Account No. 18-1167.

## III. Requirements for IPR (37 C.F.R. § 42.104)

### A. Grounds for Standing (37 C.F.R. § 42.104(a))

Petitioner certifies that the patent for which review is sought is available for *inter partes* review, and further certifies that Petitioner is not barred or estopped from requesting an *inter partes* review challenging the patent claims on the grounds identified in this petition.

### B. Claims Challenged (37 C.F.R. § 42.104(b)(1))

Petitioner petitions for *inter partes* review of claims 1-17 of the '930 patent.

### C. Specific Statutory Grounds (37 C.F.R. § 42.104(b)(2))

Ground 1:  Claims 1-5, 7-17 are obvious under 35 U.S.C. §103 over Adams in view of Sibley and Common Knowledge.

Ground 2:  Claims 6, 9 and 12 are obvious under 35 U.S.C. §103 over Adams in view of Sibley and Common Knowledge, and further in view of Bimshas.

Ground 3:  Claims 1-5, 7, and 9-17 are obvious under 35 U.S.C. §103 over Adams in view of Jäger and Common Knowledge.

Ground 4:  Claim 6 is obvious under 35 U.S.C. §103 over Adams in view of Jäger, and further in view of Bimshas and Common Knowledge.

Ground 5:  Claims 1-7, and 9-17 are obvious under 35 U.S.C. §103 over Adams in view of Bimshas and Common Knowledge.

Ground 6: Claim 8 is obvious under 35 U.S.C. §103 over Adams in view of Jäger, Bimshas, and Common Knowledge, and further in view of Sibley.

## IV.    The '930 Patent

### A.    Subject Matter of '930 Patent, Filed June 15, 2009

The '930 patent is a continuation of U.S. Patent No. 7,546,782 having a filing date of January 12, 2006.  The '930 patent relates generally to flywheel devices and, more particularly, to a heat transfer assembly for cooling or dissipating heat from the bearings of a flywheel device.  Exhibit 1001, Col. 1, ll. 15-18.  The specification of the '930 patent teaches a particular application of the heat transfer device in the context of a control moment gyro (CMG) used for roll attenuation in boats, i.e., a boat stabilizer, but explains that embodiments are applicable to cooling bearings in flywheel energy storage devices.  Col. 5, ll. 41-49.

The background of the '930 patent identifies overheating of bearings as a problem in flywheel devices such as boat stabilizers and energy storage flywheels. Col. 1, ll. 23-41.  Flywheels for CMGs and energy storage devices are often

contained within a vacuum environment to reduce aerodynamic drag on the flywheel. *Id.* In this case, conventional air cooling methods cannot be used to cool the bearings supporting the flywheel. *Id.*

The heat transfer assembly as shown in Figures 1-3 in the '930 patent is designed to work in a vacuum environment. Exhibit 1001, Col. 1, ll. 15-18. The heat transfer assembly includes two sets of interleaved fins 62, 66 for conducting heat away from the bearings. The first set of fins 66 rotates with the flywheel and the second set of fins 62 is fixed relative to the housing. Col. 6, l. 52 – Col. 7, 1. 19; Figs 2&3. The interleaved fins 62, 66 are closely spaced to allow heat transfer from the first set of fins to the second set of fins by both gaseous convection and gaseous conduction. *Id.* The enclosure is preferably maintained at below ambient pressure and contains a below ambient-density gas, e.g. helium or hydrogen. *Id.* The enclosure is preferably maintained at below ambient pressure and contains a below ambient-density gas, e.g. helium or hydrogen. Col. 6, ll. 38-42. The fins of the first and second members are separated by a small gap on the order of 1 mm or less. *Id.* at ll. 62-67.

## B.    Claim Construction (37 C.F.R. § 42.104(b)(3))

In *inter partes* review proceedings, claims are given their broadest reasonable interpretation in light of the claims and specification. *Corning Optical Commc'ns RF, LLC v. PPC Broadband, Inc.*, IPR2013-00340, Paper 89, Col. 4,

(PTAB Nov. 16, 2016) (summarizing the findings of the Federal Court in remanding the *inter partes* review); *see also* 37 C.F.R. § 42.100(b).

### 1.    Construction of "Adjacent"

The ordinary meaning of the term "adjacent" is "close to; lying near" or "next to; adjoining."  *Adjacent*, The American Heritage Dictionary, https://ahdictionary.com/ (last visited Mar. 8, 2017).  In one sense, the term "adjacent" is used to convey the idea that two items are next to one another or adjoin one another.  This is the narrowest meaning of adjacent.  In other cases, the term "adjacent" is used to mean that two items are near one another or close to one another.  This later construction is the broadest reasonable construction and is consistent with the usage of the term adjacent in the specification and claims of the '930 patent.

### 2.    Construction of "Vane"

Vane as used in the context of the claims and specification should be construed to mean a fin.  The term "vane" is used in the context of the claims and specification as part of a cooling apparatus for transferring heat from and cooling heat generating component(s).  This use of the term "vane": is synonymous with the term "fin" defined as "a projecting vane used for cooling."  "Fin", *The American Heritage Dictionary*, https://ahdictionary.com/ (last visited Mar. 8 2017).  This is consistent with the prosecution history in which the Patent Office

considered the term "vane" to be synonymous with a "fin or projection". *See*

Exhibit 1002, Prosecution History, pp. 33, 64.

### C.    Level of Ordinary Skill in the Art

The issue of obviousness is determined with reference to a person having

ordinary skill in the art (PHOSITA).  A person having ordinary skill in the art to

which the invention pertains would have a Bachelor of Science degree in

mechanical engineering with several years' experience in the design of flywheel

devices, such as CMGs and energy storage flywheels.   [Buckner Decl. ¶14].

### V.    Common Knowledge and Art Prior to Jan. 12, 2006

### A.    Common Knowledge

Heat transfer occurs when a temperature differential exists within a medium

or between media.  Due to the Second Law of Thermodynamics, heat travels in the

direction from the warmer media to the cooler media.  There are three basic modes

of heat transfer in a partial vacuum: conduction, convection, and radiation.  The

heat transfer mechanisms discussed below are natural phenomena known to a

PHOSITA.  [Buckner Decl. ¶15].

Conduction occurs when a temperature differential exists in a stationary

medium.  The stationary medium may be solid, fluid, or gas.  Heat transfer by

conduction is due to the random movement of and collisions between molecules in

the stationary medium.  When two molecules collide, energy is transferred from

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

the molecule with higher energy to the molecule with lower energy. [Buckner Decl. ¶15].

Convection refers to heat transfer between a fluid (liquid or gas) moving relative to a surface, when the two are at different temperatures. [Buckner Decl. ¶15]. Convection is comprised of two distinct mechanisms: energy transfer due to the random motion of molecules (conduction), and energy transfer associated with the relative bulk movement of the fluid (advection). *Id.* The term convection is sometimes used to refer only to the advection component when distinguished from conduction. *See* Exhibit 1001, Col. 1, ll. 50-57 (distinguishing conduction from convection by defining convection by referring only to advection).

Heat transfer by radiation occurs when the thermal emissions of matter are transported across space by electromagnetic waves. Heat transfer by radiation is dependent on the temperature differential between surfaces. [Buckner Decl. ¶15]. Thermal conductivity is a material property describing its ability to conduct heat. The thermal conductivity of gases is dependent on factors such as temperature and pressure. Gases of higher thermal conductivity have a greater capacity to transfer heat. For example, at atmospheric pressure and 25°C, air has a conductivity of 0.026W/mK, hydrogen has a conductivity of 0.182W/mk, and helium has a greater conductivity of 0.151W/mK. [Buckner Decl. ¶16].

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

A heat sink is a device that transfers thermal energy from a higher temperature medium to a lower temperature medium.  A heat sink may employ any or multiple modes of heat transfer: conduction, convention, and radiation.  The rate at which heat is transferred depends upon the temperature gradient and the surface area across which the heat is transferred.  Heat sinks are commonly provided with cooling fins to increase the surface area over which heat is transferred, and thus increase the rate of heat transfer.  It is common practice to cool the fins of a heat sink with a moving liquid or gas (e.g., air).  [Buckner Decl. ¶17].

Interleaved fin thermal connectors are well-known tools to a PHOSITA to apply these same principles to transfer heat between closely spaced surfaces.  In interleaved fin thermal connectors, cooling fins extend from two surfaces to form an array of interleaved fins.  The convoluted interface between the interleaved fins provides a much larger surface area than the original planar surfaces to greatly enhance heat transfer.  The interleaved fins may be designed to translate linearly relative to one another, or to rotate relative to one another.  Exhibits 1009 – 1020 show various prior art interleaved fin thermal connectors.  Heat transfer by radiation, gaseous conduction, and gaseous convection naturally occurs in interleaved fin thermal connectors, depending on the gas temperature and pressure. Generally, at low temperature differentials, only a small amount of heat is transferred by radiation.  In comparison to radiation, significantly more heat can be

transferred by gaseous conduction and gaseous convection in an interleaved fin thermal connector.  [Buckner Decl. ¶18].

The term "partial vacuum" is used to describe vacuums that include some gaseous material, but the gas is held at pressure below atmospheric pressure (760 Torr). [Buckner Decl. ¶19].  As noted in the '930 patent, heat transfer occurs in a partial vacuum.  The '930 patent states:

> The thermal conductivity of the gas (K) is constant irrespective of pressure until the pressure is so low that the gas molecular mean free path is equal to or greater than the distance between the surfaces ($\Delta X$). This means that the amount of heat transferred will be independent of pressure until the gas molecular mean free path is greater than the distance between the surfaces. Below the pressure where the gas molecular mean free path is greater than the distance between the surfaces, the gas molecules will continue to conduct heat but now there is a reduction in the thermal conductivity (and the amount heat transferred) with further reductions in the gas pressure.

Exhibit 1001, Col. 2, ll. 17-23.  In partial vacuums, heat transfer by gaseous conduction is largely unaffected until a vacuum pressure of approximately 1 Torr is reached.  [Buckner Decl. ¶19].

### B.    Gyroscopic Roll Stabilizers

A gyroscopic roll stabilizer comprises a flywheel mounted in a gimbal that is attached to the hull of a boat.  When the flywheel is rotated at high speeds, the

angular momentum of the flywheel causes the flywheel to rotate or precess about the gimbal axis.  By controlling the precession rate, a torque may be created to dampen or suppress the rolling motion of the boat.

Gyroscopic roll stabilizers have been in use for over 100 years.  For example, early gyroscopic roll stabilizers are disclosed in US Patent No. 796,893 to Brennan (Exhibit 1028) and US Patent No. 1,150,311 to Elmer Sperry (Exhibit 1029).  More recent roll stabilizers are shown in US Patent No. 5,628,267 to Hoshio (Exhibit 1030).

### C.    Exhibit 1006, U.S. Patent No. 6,973,847 to Adams *et al.*, Issued December 13, 2005

Adams discloses a gyroscopic roll stabilizer for a boat.   Adams, Abstract. Figure 5 of the '847 patent reproduced below shows main components of the gyroscopic roll stabilizer.



**'847 Patent, Fig. 5**

The gyroscopic roll stabilizer in Adams includes a flywheel 16, shaft 18,

spin motor 24, and bearings 20 (heat generating elements). Adams, Col. 6, ll. 41-

49; Figs. 5, 6. An enclosure 30 surrounds the flywheel 16, shaft 18, bearings 20,

and spin motor 24. *Id.* Describing the enclosure, Adams states:

> An enclosure 30 surrounds the flywheel. In some implementations,
> the enclosure is configured to maintain a below-ambient pressure
> within its interior, so that the flywheel spins in a below ambient
> pressure, and thus with less aerodynamic drag than would be the case
> were it to spin at ambient pressure. In other implementations, a below
> ambient density gas (e.g., helium) is contained within the enclosure,
> also for the purpose of reducing aerodynamic drag. **Below-ambient
> pressure and below-ambient density could both be employed
> simultaneously**, or used independently (e.g., a below-ambient gas at

ambient pressure or an ambient-density gas at below-ambient

pressure), **as either can assist in reducing aerodynamic drag.**

Adams, Col. 6, l. 57 – Col. 7, l. 2 (emphasis added).

Adams also discloses the need for a cooling device to cool the flywheel

bearings.  Discussing the need to cool the bearings, Adams states:

> Preferably, the flywheel is driven at high tip speeds above 650 ft/sec
> on ships, and above 450 ft/sec on small boats. More preferably, the tip
> speed on small boats is above 650 ft/sec, and most preferably above
> 850 ft/sec. The enclosures maintaining a below ambient pressure
> and/or below ambient density makes the higher tip speeds possible.
> Still higher tip speeds (e.g., 1200 to 1500 ft/sec) may provide
> improved performance. **Provision for cooling the flywheel bearings
> may be necessary at very high tip speeds.**

Adams, Col. 7, ll. 21-30 (emphasis added).  Adams, however, does not disclose

any details of the bearing cooling device.

### D.    Exhibit 1007, U.S. Patent No. 6,959,756 to Woodard *et al.*, Issued November 1, 2005

Woodard discloses a flywheel energy storage system.  Woodard, Col. 19, ll.

24-28.  The flywheel energy storage system includes an enclosure maintained

under vacuum to reduce aerodynamic drag on the flywheel.  *Id*. at ll. 33-38.

Woodard recognizes the problem of bearing heating and describes a cooling device

that is intended to work in a vacuum.  Col. 1, ll. 9-12.  Describing the bearing

heating problem, Woodard states:

> The typical flywheel assembly 104 includes a flywheel, a shaft to
> which is secured the flywheel and one or more bearings or bearing
> assemblies that rotatably support the shaft. … Because the rotatable
> supporting of the rotating flywheel results in the production of heat
> energy in the bearings or bearing assemblies, the operational life of
> the flywheel assembly 104 as well as the operational life of the
> flywheel energy storage system 100 is dependent in part upon the
> ability of the flywheel energy storage system to dissipate heat energy
> developed in the bearings or bearing assemblies.

Woodard, Col. 1, ll. 42-58.  Woodard also describes several known solutions for

cooling bearings in a flywheel assembly:

> One conventional technique to dissipate this heat energy involves
> cooling the fluid that lubricates the bearings or providing a separate
> fluid cooling system for the bearings. This technique, however,
> necessarily requires that the lubricated bearings and/or cooling
> systems be sealed and not exposed to the vacuum environment within
> the flywheel housing 102 as well as providing a mechanism for
> putting the cooling medium in thermal connection with the
> environment outside of the flywheel housing.
>
> Another technique involves the use of the supporting structure(s) for
> the flywheel and the bearings or bearing assemblies as a thermal
> conduction path to conduct the heat energy of the bearings to the

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

flywheel housing 102. The heat energy is thence communicated to the
external environment via the flywheel housing.

Woodard, Col. 1, l. 53 – Col. 2, l. 4.

Woodard's approach to heat dissipation is a variant of the second prior art

technique described above that allows for some relative radial and axial movement

of the heat transfer components. Describing in general how this heat transfer

assembly 200 works, Woodard states:

> The present invention features a heat transferring device that dissipate
> [sic] heat energy being generated by a device that produces or
> generates unusable heat energy during operation such **as a bearing(s)**,
> more particularly the one or more bearing assemblies of a flywheel
> energy storage system **being under a vacuum environment**. Such a
> heat transferring device is advantageously configured and arranged so
> that at least some of the heat energy of the heat generating device or
> bearing is communicated directly from the locus of the bearing or heat
> generating device directly to a heat sink structure remote from the
> locus of the bearing or heat generating device.

Woodard, Col. 2, ll. 30-41 (emphasis added).

The heat transfer assembly 200 in Woodard is shown in Figure 8 reproduced

below.

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020



**Woodard, Fig. 8**

The heat transfer assembly 200 includes a first conductive member (i.e., inner member 202) that is thermally coupled to the flywheel bearings (e.g., bearings 604, 606), and a second conductive member (i.e., outer member 204) that is thermally coupled to a heat sink (e.g., housing 602, not shown in Fig. 8, for the energy storage flywheel).  Woodard, Col. 7, ll. 44-46, 65 – Col. 8, l. 16); Fig. 6. Third conductive members 206 transfer heat from the inner member to the outer member.  *Id.*  The third conductive members are described as being flexible to allow for some relative radial and axial movement between the inner member and outer member.  Col. 4, ll. 29-32.  The entire assembly is contained within an enclosure that maintains a vacuum within the enclosure.  Col. 19, ll. 25-28.

20

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

### E.    Exhibit 1009, U.S. Patent Publication No. 2005/0040776 to Sibley, Published February 24, 2005

Sibley discloses a flywheel energy storage system.  Sibley, Abstract.

Figure 4 of Sibley is reproduced below.



**Sibley, Fig. 4**

Sibley's flywheel energy storage system includes a flywheel 412, motor 414,

and shaft 416 enclosed within a vacuum enclosure 418.  Sibley, [0129-0134];

Fig. 4.  The energy storage system further includes a bearing assembly 436

including an inner ring 446, an outer ring 444, and a plurality of bearing balls 442.

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

Sibley, [0134]. Sibley explains that if the bearings overheat due to bearing friction, the bearings will self-destruct during operation.  Sibley, [0011].

The shaft 416 in Sibley is provided with cooling fins 438 to dissipate heat that builds up due to bearing friction.  Sibley, [0142]; Fig. 4; *see also* Fig. 24, [0177] (cooling fins 703).  Fins 438 extend radially from the shaft 416 and rotate with the shaft 416.  *Id.*  Stationery heat transfer fins 440 are integrally formed with the vacuum enclosure 448.  *Id.*  The rotating fins 438 and stationery fins 440 are interleaved.  *Id.*  In the cooling device described by Sibley, heat flows by solid conduction from the inner race of the bearings and rotating shaft 416 to the rotating fins 438 across the gap between the rotating fins 438 to the stationery fins 440, and by solid conduction from the stationery fins 440 to the exterior of the enclosure 418.  Sibley, [0141-0144].

### F.    Exhibit 1010, German Patent No. DE19909491 to Jäger, Published September 7, 2000

German patent DE 19909491 to Jäger discloses a cooling device for cooling a rotatably mounted shaft.  Jäger, Col. 1, ll. 3-4.  The shaft is rotatably journaled in bearings that include an inner race and an outer race.  Fig. 1 (as shown below).  As described by Jäger, bearing friction causes heat buildup in the inner race and in the rotating shaft.  Col. 4, ll. 4-11.  Jäger discloses a cooling device for dissipating heat generated by the bearing.  *Id.*

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020



**Jäger, Figure 1**

The cooling device in Jäger comprises two thermally conductive members or heat sinks that rotate relative to one another.  Jäger, Fig. 1; Col. 1, ll. 26-35.  The inner heat sink 6 is attached to the rotating shaft 3 and includes a first set of equally-spaced cooling fins 9.  Col. 2, l. 51 – Col. 3, l. 12. The cooling fins are in

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

the form of flat, planar discs that extend radially outward from the outer surface of the first cooling body. *Id.* The outer heat sink 7 is connected to the housing 1 surrounding the rotating shaft 3 and includes equally-spaced cooling fins 12, 13 that extend radially inward towards the shaft. Col. 3, ll. 16-22. The fins on the heat sinks are staggered relative to one another and interleaved. *Id.* at 22-30.

### G. Exhibit 1012, U.S. Patent No. 3,844,341 to Bimshas *et al.*, Issued October 29, 1974

Bimshas discloses a rotatable heat transfer device 10 with interleaved fins 12, 16 for transferring heat from a heat source to a relatively rotating heat sink without the use of blowers. Bimshas, Col. 1, ll. 29-31. Bimshas indicates that his heat transfer device 10 can be used in inertial guidance system to transfer heat between relatively rotating gimbals. *Id.* at ll. 22-26.

Figure 1 of Bimshas is reproduced below.



**Bimshas, Fig. 1,**

In Bimshas, first and second thermally conductive members 10, 14 are mounted for relative rotation.  Bimshas, Col. 2, ll. 31-36; Fig. 1.  The first member 10 connects to a heat source (not shown), which may be any component that generates heat.  *Id.* at ll. 5-8.  First member 10 includes a first set of equally spaced fins 12.  *Id.* at ll. 8-10.  The second member 14 connects to a heat sink (not shown) and includes a second set of equally spaced fins 16.  *Id.* at ll. 11-13.  The fins 16 are interleaved so that the fins 16 on the second member extend into the gaps between the fins 12 on the first member 10, and vice versa.  *Id*. at ll. 13-16.  The spacing between the fins is between 0.005-0.007 inches (or 0.127 mm-0.178mm).  *Id*. at ll. 24-26.  Bimshas teaches that the space between the fins may be filled with a thermally conductive gas such as helium to reduce thermal impedance. Col. 3, ll. 22-24.

In the embodiment shown in Figure 1, the fins 12 and 16 are in the form of concentric cylinders and extend in a direction parallel to the axis of relative rotation.  Bimshas, Col. 1, ll. 37-39.  In other embodiments, the fins 12, 16 are in the form of flat, annular disks that extend in a direction perpendicular to the rotational axis.  *Id.* at ll. 40-50; Fig. 2.

## VI.    Grounds 1 and 2

The Claim Chart Appendix (Section X) provides a claim mapping of all the elements of claims 1-17 in accordance with Grounds 1 and 2.

### A.    Claims 1 and 14 are obvious over Adams in view of Sibley and Common Knowledge (Ground 1).

Adams discloses a gyroscopic roll stabilizer for a boat.  Abstract; Col. 6, ll. 9-34; Figs. 1-7.  The gyroscopic roll stabilizer in Adams includes a flywheel 16 and bearings 20 (i.e., heat generating elements) contained within a vacuum enclosure 30.  Col. 6, ll. 41-49; Figs. 5, 6.  Adams also discloses the need for a cooling device to cool the flywheel bearings.  Adams, Col. 7, ll. 28-29 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds.").  Adams, however, does not disclose any details of the bearing cooling device.

In a closely related technology area, Sibley discloses a flywheel energy storage system 10, which like Adams includes a flywheel 412 supported by bearings 436 and enclosed within a vacuum enclosure 448. Sibley, [0129-0134]; [0142]; Fig. 4.  Sibley recognizes that heat caused by bearing friction is a problem. Sibley teaches a cooling device comprising interleaved fins 438, 440 to cool the flywheel bearings 436.  Sibley, [0142-0144]; Fig. 4.  Similarly, the two Woodard references likewise teach that heat due to bearing friction is a problem in an energy storage flywheel and describes heat transfer paths to transfer heat away from flywheel bearings.  Exhibits 1007-1008.   Further, the Patent Owner in background

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

discusses that cooling problems applicable to flywheels in a CMG may also exist in flywheel energy storage devices and acknowledges that flywheel energy storage solutions can present sources of information for cooling solutions applicable to flywheels in a CMG. Exhibit 1001, col. 1, ll. 36-41.

It would be obvious to a PHOSITA to use the cooling fins 438 and 440 of Sibley in Adams' gyroscopic roll stabilizer. Adams explicitly discloses a need to cool the bearings 20, but does not describe the cooling device. Adams, Col. 7, ll. 28-29 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds."). A PHOSITA would recognize that the teachings of Sibley related to cooling bearings in a flywheel energy storage device are also applicable to other flywheel devices such as Adams' roll stabilizer. [Buckner Decl. ¶26]. A PHOSITA would be motivated to incorporate interleaved cooling fins 438, 440 as described by Sibley into the flywheel device of Adams to cool Adams' flywheel bearings 20. More particularly, it would be obvious to a PHOSITA to add rotating fins 438 to the shaft 18 of the Adams flywheel 16 and stationary fins 440 to the enclosure 30 in Adams. The motivation to combine Adams and Sibley is that Adams explicitly discloses the need for a cooling device to cool the flywheel bearings 20, and Sibley discloses a cooling device for cooling flywheel bearings in a closely related technology. [Buckner Decl. ¶26].

The Adams/Sibley combination discloses all of the limitations of claims 1 and 14 as shown in the Claim Chart Appendix (Section X). Adams discloses a flywheel device mounted on a gimbal and configured as a gyroscopic boat stabilizer to damp rolling motion when installed on a boat. Col. 6, ll. 9-34. Adams' gyroscopic boat stabilizer includes a flywheel 16 within an enclosure 30 containing a below ambient density gas (e.g., helium) and maintaining a below ambient pressure. Col. 6, ll. 40 – Col. 7, l. 11. Helium has a thermal conductivity at least 5 times greater than air. [Buckner Decl. ¶16]. Adams further discloses a rotating heat generating component (bearings 20) coupled to the flywheel 16. Col. 6, ll. 46-48; Figs. 5, 6.

Sibley discloses a cooling device for cooling flywheel bearings. The cooling device in Sibley includes a first plurality of vanes (fins 438) that rotate with the flywheel 412 relative to the enclosure 448, and a second plurality of vanes (fins 440) fixed relative to the enclosure 448. Sibley, [0140-0142]; Fig. 4. The second set of fins 440 define gaps into which the first set of fins 438 extend so that the first set of fins 438 and second set of fins 440 are interleaved. Sibley, Fig. 4. Sibley also teaches that the flywheel bearings 436 are positioned adjacent to the first set of fins 438 such that heat is transferred from the flywheel bearings 436 to the first set of fins 438. Sibley, [0134-0140]; Fig. 4. In Sibley, heat flows by solid conduction from the inner race of the bearings 436 and flywheel shaft to the first

set of fins 438.  [Buckner Decl. ¶23].  Therefore, using interleaved fins 438, 440 as taught by Sibley to transfer heat from the bearings 20 in Adams' gyroscopic boat stabilizer results in a structure that meets all of the limitations of claims 1 and 14.

### B.    Claims 2-5, 7-13, and 15-17 are obvious over Adams in view of Sibley and Common Knowledge (Ground 1)

Claims 2 and 15 depend respectively from claims 1 and 14, which are discussed above.  Claims 2 and 15 further recite that the heat generating component includes "at least one bearing supporting the flywheel" and states that the bearing has "an inner race and an outer race."  Adams discloses flywheel bearings 20 that generate heat during operation.  The bearings have an inner race and an outer race.  Col. 6, ll. 44-49; Col. 7, ll. 28-29; Figs 5, 6.  Likewise, Sibley discloses bearings 436 supporting the flywheel, which have an "inner ring 446," and "an outer ring 444." Sibley, [0134]; Fig. 4.

Claims 2 and 15 further state that the "bearing is located adjacent the first plurality of vanes such that heat flows from the inner race to the first plurality of vanes, from the first plurality of vanes to the second plurality of vanes, and from the second plurality of vanes to the exterior of the enclosure."  Sibley explicitly teaches the same heat transfer path recited in claims 2 and 15.  Specifically, Sibley teaches that heat is transferred from the bearings 436 to the first set of fins 438, from the first set of fins 438 to the second set of fins 440, and then to the exterior of the enclosure 448 via exterior cooling fins 452. Sibley, [0140-0144].  Therefore,

using interleaved fins 438, 440 as taught by Sibley to transfer heat from the

bearings 20 in Adams' gyroscopic boat stabilizer results in a structure that meets

all of the limitations of claims 2 and 15.  [Buckner Decl. ¶27].

Claims 3, 11 and 16 depend respectively from claim 2, 1 and 15.  As

discussed above, the limitations of claims 2, 1 and 15 are fully disclosed by the

Adams/Sibley combination.  Claims 3, 11 and 16 further recite that "the first

plurality of vanes and the second plurality of vanes are sized and spaced such that

the heat flows from the first plurality of vanes to the second plurality of vanes by

gaseous conduction."  The purpose of the cooling fins 438, 440 in Sibley is to

dissipate heat that builds up due to bearing friction.  Sibley, [0142]; Fig. 4; *see also*

Fig. 24; [0177] (cooling fins 703).  A PHOSITA would understand that, in order to

cool the flywheel bearings 20 in Adams, it is necessary (and common sense) to

space the interleaved fins close enough so that heat is transferred from the first set

of fins to the second set of fins.  Otherwise there is no point in using fins 438, 440.

Sibley does not explicitly mention heat transfer by gaseous conduction

between the first and second sets of fins 438, 440.  However, gaseous conduction

would naturally occur in an enclosure filled with a below ambient density gas at

the operating pressures taught by Adams.  Specifically, Adams teaches that "the

pressure is preferably below 190 Torr (0.25 atmosphere), and more preferably

below 7.6 Torr (0.01 5 atmosphere)." Col. 7, ll. 4-6. At the pressures taught by

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

Adams, there would be a sufficient gas in the space between the interleaved fins so that heat transfer by gaseous conduction would naturally occur due to the Second Law of Thermodynamics.  [Buckner Decl. ¶¶29, 38-40]; Ex. 1005.

Petitioner's expert, Dr. Buckner, has conducted simulations to show that heat transfer across a viscous fluid confined in a gap between two relatively rotating cylinders using a Taylor-Couette flow model.  [Buckner Decl. ¶¶29, 33-34]; Ex. 1005.   His simulations analyzed the relative amounts of heat transfer by conduction, advection, and radiation at pressures of 760 Torr, 76 Torr, 7.6 Torr, 0.76 Torr, and 0.076 Torr.  Dr. Buckner's analysis shows that in the range of 76 Torr-0.076 Torr, a range where a flywheel devices are likely to operate, heat is transferred by gaseous conduction. [Buckner Decl. ¶¶29, 32-34]; Ex. 1005.  This range encompasses the preferred operating pressure disclosed Adams and in the '930 patent.

Further, a PHOSITA would recognize that, in an interleaved fin thermal connector for a boat stabilizer, radiation alone could not provide sufficient heat transfer to cool the bearings in a partial vacuum as taught by Adams.   Only a small amount of heat can be transferred by radiation due to the limited surface area of the fins and the relatively low temperature differential at desired operating temperatures.  In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection.  Therefore, reliance on

gaseous conduction to get significant heat transfer is almost certainly necessary.

Reliance on gaseous conduction is not simply one of several ways of transferring

heat, but rather is the only practical way to transfer significant amount of heat in a

partial vacuum.  [Buckner Decl. ¶31].

In proceedings before the European Patent Office (EPO) of an application

claiming priority to the same US application as the '930 patent, the Patent Owner

admitted that neither gaseous convection nor radiation provided a suitable

mechanism for heat transfer in a partial vacuum, leaving gaseous conduction as the

only practical solution.  *See* Exhibit 1036 (including an EPO office action, Patent

Owner response, and published EP application).  The EPO cited the Jäger

reference in rejecting the claims in the corresponding EP application in an opinion

issued January 2, 2013.  *Id.* at pp. 1, 4.  The Applicant amended the pending claim

in response to recite that heat transfer between the fins occurred by gaseous

conduction.  *Id.* at pp. 8, 16-21.  Distinguishing the claimed invention, the Patent

Owner argued that Jäger and another cited reference EP 1,193,837 relied on heat

transfer by gaseous convection, rather than gaseous conduction, "which is <u>not</u>

compatible with providing a partial vacuum."  *Id.* at p. 9 (emphasis in original).

The Patent Owner further argued that:

> The amount of heat that can be removed from a rotating shaft by
> radiation using interleaved fins is low.  Radiant heat transfer relies on
> a large temperature differential and/or a large surface area neither of

which is desirable in the rotating machine arrangements of the present invention.  The rotating and stationary components should not operate at the required high temperature differentials because of the adverse effects on lubricant life and thermal expansions.  The necessary fins surface area cannot be incorporated in the machine to allow the rotating and stationary components to operate at low temperature differentials. *Id.* at pp. 9-10.

Patent Owner's admissions in the proceedings before the European Patent Office show that gaseous conduction is, for most practical applications, required to get significant heat transfer between interleaved fins in a partial vacuum.

Use of a partial vacuum environment involves a known tradeoff between two competing design criteria in flywheel systems: reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer by gaseous conduction and convection. If heat transfer is an important design objective, a PHOSITA would design the system to operate at pressures that significantly reduce aerodynamic drag (which reduces heat generation) while providing significant heat transfer by gaseous conduction and gaseous convection. *Id*.  Significant reductions in aerodynamic drag can be achieved at medium vacuum pressures, Exhibit 1038, p. 105-16 for example, documents an 85% reduction in skin drag coefficient and a 70% reduction in viscous drag as air pressure is reduced from atmospheric, 760

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

Torr, to 0.01 Torr.  [Buckner Decl. ¶32].   In this range, heat transfer would be

primarily by gaseous conduction and convection.  Adjusting parameters such as fin

spacing, gas type, and operating pressure to optimize heat transfer by gaseous

conduction involves only routine skill.   Therefore, claims 3, 11 and 16 are obvious

over the Adams/Sibley combination. [Buckner Decl. ¶32]

Claim 4 depends from claim 3, which as discussed above is disclosed by the

Adam/Sibley combination.  Claim 4 further recites that the below ambient density

gas in the enclosure comprises hydrogen.  Adams explicitly teaches that the

enclosure is preferably maintained at below ambient pressure and contains a

below-ambient density gas.  Adams, Col. 6, l. 57 – Col. 7, l. 2.  The purpose of the

below ambient density gas in Adams is to reduce aerodynamic drag.  Adams

further teaches that the below-ambient density gas may comprise helium, but does

not specifically disclose using hydrogen gas.  Like helium, hydrogen is a below-

ambient density gas with a higher thermal conductivity than air.  [Buckner Decl.

¶16].  Moreover, hydrogen has lower density and higher thermal conductivity than

helium.  *Id.*  It would be obvious to a PHOSITA to use hydrogen as recited in

claim 4 in place of helium in the Adams/Sibley combination in order to reduce

aerodynamic drag on the flywheel in Adams.  Further, a PHOSITA would

recognize that using hydrogen would increase heat transfer gaseous conduction

between the interleaved fins.  Therefore, claim 4 is obvious over the Adams/Sibley combination. [Buckner Decl. ¶36].

Claims 5 and 17 depend respectively from claims 3 and 16.  As discussed above, the limitations of claims 3 and 16 are disclosed by the Adams/Sibley combination.   Claims 5 and 17 further recite that the below ambient density gas comprises helium.  Adams explicitly teaches that the enclosure is preferably maintained at below ambient pressure and contains a below-ambient density gas. Adams, Col. 6, l. 57 – Col. 7, l. 2.  The purpose of the below ambient density gas in Adams is to reduce aerodynamic drag.  Adams further teaches that the below-ambient density gas may comprise helium as recited in claims 5 and 17. Therefore, claims 5 and 17 are obvious over the Adams/Sibley combination. [Buckner Decl. ¶37].

Claim 7 depends from claim 5.  As discussed above, the limitations of claim 5 are disclosed by the Adams/Sibley combination.  Claim 7 further recites "a heat sink configured such that heat flows from the second plurality of vanes to the heat sink."  Claim 8 depends from claim 7 and recites that the "heat sink comprises air-cooled fins on the exterior of the enclosure."  Sibley discloses a heat sink with air-cooled fins 452 on the exterior of an enclosure 448 to increase heat transfer. Sibley, [0144]; Fig. 4.  It would be obvious to use the enclosure 30 of Adams as a heat sink and to have air-cooled fins on the enclosure as taught by Sibley.  The

reasons to do so is for the same reason Sibley includes air-cooled fins: to improve heat transfer from the bearings. Therefore, claims 7 and 8 are obvious over Adams in view of Sibley. [Buckner Decl. ¶39].

Claims 9 and 12 depend respectively from claims 1 and 11. As discussed above, the limitations of claims 1 and 11 are disclosed by the Adams/Sibley combination. Claims 9 and 12, further recite that "a distance between the first plurality of vanes and the second plurality of vanes is less than 5 mm." Sibley discloses interleaved fins that are spaced closely enough to allow heat transfer between the fins, but does not give any specific dimensions. Selecting the dimension of the gap between the fins to get a desired amount of heat transfer would involve only routine skill to optimize a known result-dependent variable. Therefore, claims 9 and 12 are obvious over the Adams/Sibley combination. [Buckner Decl. ¶35].

Claim 10 depends from claim 5, which as discussed above is disclosed by the Adams/Sibley combination. Claim 10 further recites that the pressure within the enclosure of the boat stabilizer is less than 390 Torr. Adams explicitly teaches that the enclosure should be maintained at pressure below 390 Torr as recited in claim 10 in order to reduce aerodynamic drag on the flywheel. Adams, Col. 7, ll. 1-11. Therefore, claim 10 is obvious over the Adams/Sibley combination. [Buckner Decl. ¶38].

Claim 13 depends from claim 1, which is discussed above. Claim 13 further recites that the stabilizer includes "a flywheel drive motor configured to spin the flywheel about a spin axis; and a device for applying a torque to the flywheel." Adams' boat roll stabilizer comprises a flywheel drive motor 24 configured to spin a flywheel about a spin axis. Abstract; Col. 6, ll. 50-56; Figs. 5&6. Adams' boat stabilizer also includes a device for applying a torque to a flywheel rotating about a gimbal axis. Col. 7, l. 62 – Col. 8, l. 65 (describing various types of torque applying devices). Thus, claim 13 is obvious over the Adams/Sibley combination. [Buckner Decl. ¶41].

### C.    Claim 6, 9, and 12 are obvious over Adams in view of Sibley and Common Knowledge, and further in view of Bimshas (Ground 2)

Claim 6 depends from claim 5. As discussed above, the limitations of claim 5 are disclosed by the Adams/Sibley combination. Claim 6 further recites limitations regarding geometric arrangement of the interleaved fins. Specifically, claim 6 recites that "the first plurality of vanes are cylindrical elements extending in a first direction substantially parallel to the spin axis," and that "the second plurality of vanes are cylindrical elements extending in a second direction substantially parallel to the spin axis and opposite the first direction." The specific geometric arrangement of the interleaved fins recited in claim 6 is disclosed in Bimshas.

Bimshas discloses a rotatable heat transfer device with interleaved fins 12, 16 that rotate relative to one another.  A first set of fins 12 is connected to a heat source and a second set of fins 16 is connected to a heat sink.  Bimshas, Col. 2, ll. 4-16; Fig. 1.  In the embodiment shown in Figure 1, the fins 12 and 16 are in the form of concentric cylinders and extend in a direction parallel to the axis of rotation.  Bimshas, Col. 2, ll. 37-39.  This fin geometry is referred to herein as the cylindrical fin geometry.  In the cylindrical fin geometry, the cooling fins 12 and 16 extend in opposite directions.  In another embodiment shown in Figure 2, the fins 12, 16 are in the form of flat annular disks and extend in a direction perpendicular to the rotational axis.  Bimshas, Col. 2, ll. 40-50; Fig. 2.  This geometry is referred to herein as the planar disc fin geometry.  In the planar disc fin geometry, the cooling fins 12 and cooling fins 16 extend radially outward relative to the rotational axis of the rotatable heat transfer device.

It would be obvious to modify the Adams/Sibley combination to use the cylindrical fin geometry as taught by Bimshas.  Sibley uses the same planar disc fin geometry that is disclosed in Figure 2 in Bimshas.  Bimshas teaches that the planar disc fin geometry and the cylindrical fin geometry are simply two alternative fin geometries available to a PHOSITA.  Thus, a PHOSITA would recognize that the cylindrical fin geometry and planar disc fin geometry are interchangeable depending on other design constraints, such as the size and shape

of the enclosure. That is, the use of cylindrical fin geometry in place of the planar disc fin geometry is simply the substitution of one element (planar disc fin geometry) of the Adams/Sibley with a known equivalent (cylindrical fin geometry) to produce predictable results. Therefore, claim 6 is obvious over Adams/Sibley/Bimshas combination. [Buckner Decl. ¶¶25-26].

Claims 9 and 12 depend respectively from claims 1 and 11. As discussed above, the Adams/Sibley combination discloses the limitations of claims 1 and 11. Claims 9 and 12 further recite that "a distance between the first plurality of vanes and the second plurality of vanes is less than 5 mm." The gap between interleaved fins 9 and 12 in Bimshas is between .005 (.127 mm) to .007 (.178 mm) inches. Bimshas, Col. 2, ll. 23-26. This gap is below the maximum 5 mm spacing recited in claims 9 and 12. Further, selecting the dimension of the gap between the fins to get a desired amount of heat transfer would involve only routine skill to optimize a known result-dependent variable. Therefore, claims 9 and 12 are obvious over Adams/Sibley/Bimshas combination. [Buckner Decl. ¶35].

## VII. Grounds 3-4

The Claim Chart Appendix (Section X) provides a claim mapping of all the elements of claims 1-7, 9-17 in accordance with Grounds 3-4.

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

### A.    Claim 1 is obvious over Adams in view of Jäger and Common Knowledge (Ground 3).

Adams discloses a gyroscopic stabilizer for a boat.  Adams, Abstract; Col. 6, ll. 9-34; Figs. 1-7.  The gyroscopic boat stabilizer in Adams includes a flywheel 16 and bearings 20 (i.e., heat generating elements) contained within a vacuum enclosure 30.  Col. 6, ll. 41-49; Figs. 5&6.  Adams also discloses the need for a cooling device to cool the flywheel bearings. Adams, Col. 7, ll. 28-29 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds.").  Adams, however, does not disclose any details of the bearing cooling device.

In a closely related technology area, Jäger discloses a cooling device comprising closely spaced, interleaved fins 9, 12, and 13 to cool bearings 4, 5 supporting a rotating shaft 3.  Jäger, Col. 1, ll. 26-35; Fig. 1; Abstract.  More particularly, Jäger discloses a first set of cooling fins 9 disposed adjacent the bearings 4, 5 and supporting the rotating shaft 3, and a second set of fins 12, 13 that are fixed relative to the enclosure.  Jäger, Col. 2, l. 51 – Col. 3, l. 22; Fig. 1. The first set of fins 9 and second set of fins 12, 13 are closely spaced so that heat is transferred from the bearings 4, 5, to the first set of fins 9, and from the first set of fins 9, to the second set of fins 12, 13.  Jäger, Col. 3, ll. 22-30.

It would be obvious to a PHOSITA to use the cooling fins 9, 12, and 13 as disclosed by Jäger in Adams' gyroscopic boat stabilizer.  Adams explicitly

discloses a need to cool the bearings 20, but does not describe the cooling device. Adams, Col. 7, ll. 29-30 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds."). A PHOSITA would recognize that the teachings in Jäger on how to cool bearings are applicable to bearings supporting a flywheel as described in Adams. It would be obvious to a PHOSITA to incorporate interleaved rotating fins 9 and stationary fins 12, 13 as described by Jäger into the gyroscopic boat stabilizer of Adams to cool Adams' flywheel bearings 20. More particularly, it would be obvious to add rotating fins 9 as described by Jäger to the shaft 18 of the Adams flywheel 16, and stationary fins 12, 13 as described by Jäger to the enclosure 30 in Adams. The motivation to combine Adams and Jäger is that Adams explicitly discloses the need for a cooling device to cool the flywheel bearings 20, and Jäger discloses a cooling device for cooling bearings supporting a rotating shaft. [Buckner Decl. ¶26].

The Adams/Jäger combination discloses all of the limitations of claims 1 and 14 as shown in the Claim Chart Appendix (Section X). Adams discloses a flywheel device configured as a gyroscopic boat stabilizer to damp rolling motion when installed on a boat. Adams, Col. 6, ll. 9-34. Adams' gyroscopic boat stabilizer includes a flywheel 16 within a vacuum enclosure 30 containing a below ambient density gas (e.g., helium) and maintaining a below ambient pressure. Col. 6, l. 40 – Col. 7, l. 11. Helium has a thermal conductivity more than five times

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

greater than air. [Buckner Decl., ¶16]. Adams further discloses heat generating components (bearings 20) that rotate with the flywheel 16. Col. 6, ll. 46-48; Figs. 5, 6.

Jäger discloses a cooling device for cooling bearings supporting a rotating shaft 3. The cooling device in Jäger includes a first plurality of vanes (fins 9) that rotate with the flywheel, and a second plurality of vanes (cooling fins 12, 13) fixed relative to a housing 1. The second set of fins 12, 13 define gaps into which the first set of fins 9 extend so that the first set of fins 9 and second set of fins 12, 13 are interleaved. Jäger also teaches that the bearings 4, 5 are positioned close to the first set of fins 9 such that heat is transferred from the bearings 4, 5 to the first set of fins 9, and from the first set of fins 9 to the second set of fins 12, 13. Therefore, using interleaved fins as taught by Jäger to cool the bearings 20 in Adams' gyroscopic boat stabilizer results in a structure that meets all of the limitations of claim 1 and 14. *Id*.

B.    **Claims 2-5, 7, and 9-17 are obvious over Adams in view of Jäger and Common Knowledge (Ground 3)**

Claims 2 and 15 depend respectively from claims 1 and 14, which are discussed above. Claims 2 and 15 further recite that the heat generating component includes "at least one bearing supporting the flywheel," and states that the bearing has "an inner race and an outer race." Adams discloses flywheel bearings that generate heat during operation. The bearings have an inner race and

an outer race.  Col. 6, ll. 44-49; Col. 7, ll. 28-29; Figs 5, 6.  Likewise, Jäger

discloses bearings 4, 5 supporting the flywheel, which have an inner race and an

outer race.  Jäger, Fig. 1.  [Buckner Decl. ¶27].

Claims 2 and 15 further state that the "bearing is located adjacent the first

plurality of vanes such that heat flows from the inner race to the first plurality of

vanes, from the first plurality of vanes to the second plurality of vanes, and from

the second plurality of vanes to the exterior of the enclosure."  Jäger teaches the

same heat transfer path recited in claims 2 and 15.  Specifically, Jäger teaches that

heat is transferred from the bearings 4, 5 to the first set of fins 9, from the first set

of fins 9 to the second set of fins 12, 13, and then to the exterior of the housing 1.

Therefore, using interleaved fins 9, 12, 13 as taught by Jäger to transfer heat from

the bearings 20 in Adams results in a structure that meets all of the limitations of

claims 2 and 15.  [Buckner Decl. ¶27].

Claims 3, 11, and 16 depend respectively from claim 2, 1, and 15.  As

discussed above, the limitations of claims 2, 1, and 15 are fully disclosed by the

Adams/Jäger combination.  Claims 3, 11, and 16 further recite that "the first

plurality of vanes and the second plurality of vanes are sized and spaced such that

the heat flows from the first plurality of vanes to the second plurality of vanes by

gaseous conduction."  The purpose of the interleaved fins in Jäger is to dissipate

heat that builds up due to bearing friction.  A PHOSITA would understand that, in

order to cool the flywheel bearings 20 in Adams, it is necessary (and common sense) to space the interleaved fins close enough so that heat is transferred from the first set of fins to the second set of fins. Otherwise there is no point in using fins 9, 12, 13. [Buckner Decl. ¶28].

Jäger also explicitly discloses that heat is transferred between the interleaved fins by gaseous conduction. Specifically, Jäger states that the heat transfer "is based on both radiation and on heat transfer carried out through the gas that is located between the cooling bodies. … In addition to the radiation, only the gas that is present in the housing is required for the heat transport." Col. 1, ll. 39-47. [Buckner Decl. ¶30].

Even without the explicit teachings of Jäger, a PHOSITA would recognize that heat transfer by gaseous conduction would naturally occur at the operating pressures taught by Adams. Specifically, Adams teaches that "the pressure is preferably below 190 Torr (0.25 atmosphere), and more preferably below 7.6 Torr (0.01 atmosphere)." Col. 7, ll. 4-6. At the pressures taught by Adams, there would be a sufficient gas in the space between the interleaved fins so that heat transfer by gaseous conduction would naturally occur due to the Second Law of Thermodynamics. [Buckner Decl. ¶¶29, 32-34]; Ex. 1005.

Petitioner's expert, Dr. Buckner has conducted simulations to show that heat transfer across a viscous fluid confined in a gap between two relatively rotating

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

cylinders using a Taylor-Couette flow model. [Buckner Decl. ¶¶29, 33-40]; Ex. 1005. His simulations analyzed the relative amounts of heat transfer by conduction, advection, and radiation at pressures of 760 Torr, 76 Torr, 7.6 Torr, 0.76 Torr, and 0.076 Torr. Dr. Buckner's analysis shows that in the range of 76 Torr-0.076 Torr, a range where a flywheel devices are likely to operate, heat is transferred by gaseous conduction. [Buckner Decl. ¶¶29, 32-34]; Ex. 1005. This range encompasses the preferred operating pressure disclosed Adams and in the '930 patent.

Further, a PHOSITA would recognize that, in an interleaved fin thermal connector for a boat stabilizer, radiation alone could not provide sufficient heat transfer to cool the bearings in a partial vacuum as taught by Adams. Only a small amount of heat can be transferred by radiation due to the limited surface area of the fins and the relatively low temperature differential at desired operating temperatures. *Id*. In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection. *Id*. Therefore, reliance on gaseous conduction to get significant heat transfer is almost certainly necessary. Reliance on gaseous conduction is not simply one of several ways of transferring heat, but rather is the only practical way to transfer significant amount of heat in a partial vacuum. [Buckner Decl. ¶31].

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

Use of a partial vacuum environment involves a known tradeoff between two competing design criteria in flywheel systems: reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer by gaseous conduction and convection. If heat transfer is an important design objective, a PHOSITA would design the system to operate at pressures that significantly reduce aerodynamic drag (which reduces heat generation) while providing significant heat transfer by gaseous conduction and gaseous convection. *Id*. Significant reductions in aerodynamic drag can be achieved at medium vacuum pressures, Exhibit 1038, p. 105-16 for example, documents an 85% reduction in skin drag coefficient and a 70% reduction in viscous drag as air pressure is reduced from atmospheric, 760 Torr, to 0.01 Torr. [Buckner Decl. ¶32]. In this range, heat transfer would be primarily by gaseous conduction and convection. Adjusting parameters such as fin spacing, gas type, and operating pressure to optimize heat transfer by gaseous conduction involves only routine skill. Therefore, claims 3, 11, and 16 are obvious over the Adams/ Jäger combination. [Buckner Decl. ¶32].

Claim 4 depends from claim 3, which as discussed above is disclosed by the Adam/ Jäger combination. Claim 4 further recites that the below ambient density gas in the enclosure comprises hydrogen. Adams explicitly teaches that the enclosure is preferably maintained at below ambient pressure and contains a below-ambient density gas. Adams, Col. 6, l. 57 – Col. 7, l. 2. The purpose of the

below ambient density gas in Adams is to reduce aerodynamic drag. Adams further teaches that the below-ambient density gas may comprise helium, but does not specifically disclose using hydrogen gas. Like helium, hydrogen, is a below-ambient density gas with a higher thermal conductivity than air. [Buckner Decl. ¶16]. Moreover, hydrogen has lower density and higher thermal conductivity than helium. *Id*. It would be obvious to a PHOSITA use hydrogen as recited in claim 4 in place of helium in the Adams/Jäger combination in order to further reduce aerodynamic drag on the flywheel in Adams. Further, a PHOSITA would recognize that using hydrogen would increase heat transfer gaseous conduction between the interleaved fins. Therefore, claim 4 is obvious over the Adams/ Jäger combination. [Buckner Decl. ¶36].

Claims 5 and 17 depend respectively from claims 3 and 16. As discussed above, the limitations of claims 3 and 16 are disclosed by the Adams/Jäger combination. Claims 5 and 17 further recite that the below ambient density gas comprises helium. Adams explicitly teaches that the enclosure is preferably maintained at below ambient pressure and contains a below-ambient density gas. Adams, Col. 6, l. 57 – Col. 7, l. 2. The purpose of the below ambient density gas in Adams is to reduce aerodynamic drag. Adams further teaches that the below-ambient density gas may comprise helium as recited in claims 5 and 17. Therefore,

claims 5 and 17 are obvious over the Adams/Jäger combination.  [Buckner Decl. ¶37].

Claim 7 depends from claim 5.  As discussed above, the limitations of claim 5 are disclosed by the Adams/Jäger combination.  Claim 7 further recites "a heat sink configured such that heat flows from the second plurality of vanes to the heat sink."  Jäger discloses a liquid-cooled sleeve 10 that functions as a heat sink.  Therefore, claim 7 is obvious over the Adams/Jäger combination.  [Buckner Decl. ¶39].

Claims 9 and 12 depend respectively from claims 1 and 11.  As discussed above, the limitations of claims 1 and 11 are disclosed by the Adams/Jäger combination. Claims 9 and 12 further recite that "a distance between the first plurality of vanes and the second plurality of vanes is less than 5 mm."  This limitation is explicitly disclosed by Jäger.  Specifically, Jäger teaches that the gap between the rotating fins 9 and the stationary fins 12, 13 is between $0.1 - 0.2$ mm, which is below the maximum 5 mm spacing recited in claims 9 and 12.  Jäger, Col. 3, ll. 22-30.  Further, selecting the dimension of the gap between the fins to get a desired amount of heat transfer would involve only routine skill to optimize a known result-dependent variable.  Therefore, claims 9 and 12 are obvious over the Adams/Jäger combination.  [Buckner Decl. ¶35].

Claim 10 depends from claim 5, which as discussed above is disclosed by the Adams/Sibley combination.  Claim 10 further recites that the pressure within the enclosure of the boat stabilizer is less than 390 Torr.  Adams explicitly teaches that the enclosure should be maintained at pressure below 390 Torr as recited in claim 10 in order to reduce aerodynamic drag on the flywheel.  Adams, Col. 7, ll. 1-11.  Therefore, claim 10 is obvious over the Adams/Jäger combination. [Buckner Decl. ¶38].

Claim 13 depends from claim 1, which is discussed above.  Claim 13 further recites that the stabilizer includes "a flywheel drive motor configured to spin the flywheel about a spin axis; and a device for applying a torque to the flywheel." Adams' boat roll stabilizer comprises a flywheel drive motor 24 configured to spin a flywheel about a spin axis. Adams, Abstract; Col. 6, ll. 50-56; Figs. 5&6. Adams' boat stabilizer also includes a device for applying a torque to a flywheel rotating about a gimbal axis.  Adams, Col. 7, l. 62 – Col. 8, l. 65 (describing various types of torque applying devices).  Thus, claim 13 is obvious over the Adams/Jäger combination. [Buckner Decl. ¶41].

### C.    Claims 6 is obvious over Adams in view of Jäger and Common Knowedge, and further in view of Bimshas (Ground 4)

Claim 6 depends from claim 5.  As discussed above, the limitations of claim 5 are disclosed by the Adams/Jäger combination.  Claim 6 further recites limitations regarding geometric arrangement of the interleaved fins.  Specifically,

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

claim 6 recites that "the first plurality of vanes are cylindrical elements extending in a first direction substantially parallel to the spin axis," and that "the second plurality of vanes are cylindrical elements extending in a second direction substantially parallel to the spin axis and opposite the first direction." The specific geometric arrangement of the interleaved fins recited in claim 6 is disclosed in Bimshas.

As described above, Bimshas discloses a rotatable heat transfer device with interleaved fins 12, 16 that rotate relative to one another. A first set of fins 12 is connected to a heat source and a second set of fins 16 is connected to a heat sink. Bimshas, Col. 2, ll. 4-16; Fig. 1. In the embodiment shown in Figure 1, the fins 12 and fins 16 are in the form of concentric cylinders and extend in a direction parallel to the axis of relative rotation. Bimshas, Col. 2, ll. 37-39. This fin geometry is referred to herein as the cylindrical fin geometry. In the cylindrical fin geometry, the cooling fins 12 and cooling fins 16 extend in opposite directions. In another embodiment shown in Figure 2, the cooling fins 12, 16 are in the form of flat annular disks and extend in a direction perpendicular to the rotational axis. Bimshas, Col. 2, ll. 40-50; Fig. 2. This geometry is referred to herein as the planar disc geometry. In the planar disc fin geometry, the cooling fins 12 and cooling fins 16 extend radially outward relative to the rotational axis of the rotatable heat transfer device.

It would be obvious to modify the Adams/Jäger combination to use the cylindrical fin geometry as taught by Bimshas.  Jäger uses the same planar disc fin geometry that is disclosed in Figure 2 in Bimshas.  Bimshas teaches that the planar disc fin geometry and the cylindrical fin geometry are simply two alternative fin geometries available to a PHOSITA.  Thus, a PHOSITA would recognize that the cylindrical fin geometry and planar disc fin geometry are interchangeable depending on other design constraints, such as the size and shape of the enclosure.  That is, the use of cylindrical fin geometry in place of the planar disc fin geometry is simply the substitution of one element (planar disc fin geometry) of the Adams/Jäger with a known equivalent (cylindrical fin geometry).  *Id.*  Therefore, claim 6 is obvious over Adams/Jäger/Bimshas combination.  [Buckner Decl. ¶40].

## VIII.  Ground 5

The Claim Chart Appendix (Section XII) provides a claim mapping of all the elements of claims 1-7, and 9-17 in accordance with Ground 5.

### A.    Claims 1 and 14 are obvious over Adams in view of Bimshas and Common Knowledge (Ground 5)

Adams discloses a gyroscopic roll stabilizer for a boat.  Abstract; Col. 6, ll. 9-34; Figs. 1-7.  The gyroscopic boat stabilizer in Adams includes a flywheel 16 and bearings 20 (i.e., heat generating elements) contained within a vacuum enclosure 30.  Col. 6, ll. 41-49; Figs. 5, 6.  Adams also discloses the need for a cooling device to cool the flywheel bearings. Adams, Col. 7, ll. 28-29 ("Provision

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

for cooling the flywheel bearings may be necessary at very high tip speeds."). Adams, however, does not disclose any details of the bearing cooling device.

In a closely related technology area, Bimshas discloses a rotating heat transfer device with interleaved fins 12, 16 to transfer heat from a heat source to a relatively rotating heat sink.  Bimshas, Col. 1, ll. 29-31. Bimshas indicates that his heat transfer device 10 can be used in an inertial guidance system to transfer heat between relatively rotating gimbals.  *Id.* at ll. 22-26.

It would be obvious to a PHOSITA to use the cooling fins 12 and 16 of Bimshas in Adams' gyroscopic boat stabilizer.  Adams explicitly discloses a need to cool the bearings 20, but does not describe the cooling device.  Adams, Col. 7, ll. 28-29.  A PHOSITA would recognize that the teachings of Bimshas are applicable to cool bearings supporting a flywheel.  A PHOSITA would be motivated to incorporate interleaved cooling fins 12, 16 as described by Bimshas into the gyroscopic boat stabilizer of Adams to cool Adams' flywheel bearings 20. More particularly, it would be obvious to a PHOSITA to add rotating fins 12 as taught by Bimshas to the shaft 18 of the Adams flywheel 16 and stationary fins 16 as taught by Bimshas to the enclosure 30 in Adams.  The motivation to combine Adams and Bimshas is that Adams explicitly discloses the need for a cooling device to cool the flywheel bearings 20, and Bimshas discloses a cooling device for cooling a heat generating component (e.g. bearings).

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

The Adams/Bimshas combination discloses all of the limitations of claims 1 and 14 as shown in The Claim Chart Appendix (Section X). Adams discloses a flywheel device supported by a gimbal and configured as a gyroscopic boat stabilizer to damp rolling motion when installed on a boat. Col. 6, ll. 9-34. Adams' boat stabilizer includes a flywheel 16 within an enclosure 30 containing a below ambient density gas (e.g., helium) and maintaining a below ambient pressure. Adams, Col. 6, ll. 40 – Col. 7, l. 11. Helium has a thermal conductivity at least 5 times greater than air. [Buckner Decl. ¶16]. Adams further discloses heat generating components (bearings 20) that rotate with the flywheel 16. Col. 6, ll. 46-48; Figs. 5, 6.

Bimshas discloses a cooling device for cooling a heat generating component (e.g., bearings). The cooling device in Bimshas includes a first plurality of vanes (fins 12) in contact with the heat generating component, and a second plurality of vanes (cooling fins 16) connected to a heat sink. Bimshas, Col. 2, ll. 4-16; Fig. 1. The second set of fins 16 define gaps into which the first set of fins 12 extend so that the first set of fins 12 and second set of fins 16 are interleaved. Bimshas, Fig. 1. A PHOSITA would recognize that in order to cool the flywheel bearings 20 in Adams, it is necessary (and common sense) to position the fins 12 of Bimshas adjacent to the bearings 20 so that heat is transferred to the fins 12. In the Adams/Bimshas combination, heat flows by solid conduction from the heat

generating component to the first set of fins 12. Therefore, using interleaved fins 12, 16 as taught by Bimshas to transfer heat from the bearings 20 in Adams' gyroscopic boat stabilizer results in a structure that meets all of the limitations of claims 1 and 14.

## B.    Claims 2-7, 9-13, and 15-17 are obvious over Adams in view of Bimshas and Common Knowledge (Ground 5)

Claims 2 and 15 depend respectively from claims 1 and 14 which are discussed above. Claims 2 and 15 further recite that the heat generating component includes "at least one bearing supporting the flywheel," and states that the bearing has "an inner race and an outer race." Adams discloses flywheel bearings that generate heat during operation. Col. 6, ll. 44-49; Col. 7, ll. 28-29. The flywheel bearings 20 in Adams include an inner race and an outer race as recited in claims 2 and 15. Adams also discloses bearings 20 that generate heat during operation. Col. 7, ll. 28-29.

Claims 2 and 15 further state that the "bearing is located adjacent the first plurality of vanes such that heat flows from the inner race to the first plurality of vanes, from the first plurality of vanes to the second plurality of vanes, and from the second plurality of vanes to the exterior of the enclosure." Bimshas teaches the same heat transfer path recited in claims 2 and 15. Specifically, Bimshas teaches that heat is transferred from the heat source (e.g., bearings 20 in Adams) to the first set of fins 12, from the first set of fins 12 to the second set of fins 16 by gaseous

conduction, and then to a heat sink (e.g., the housing 1). Bimshas, Col. 2, ll. 4-16; Col. 3, ll. 22-24; Fig. 1. A PHOSITA would recognize that the enclosure in Adams could function as the heat sink to dissipate the heat to the atmosphere. Therefore, using interleaved fins 12, 16 as taught by Bimshas to transfer heat from the bearings 20 in Adams to the enclosure 30 results in a structure that meets all of the limitations of claims 2 and 15. [Buckner Decl. ¶27].

Claims 3, 11, and 16 depend respectively from claim 2, 1, and 15. As discussed above, the limitations of claims 2, 1, and 15 are fully disclosed by the Adams/ Bimshas  combination. Claims 3, 11, and 16 further recite that "the first plurality of vanes and the second plurality of vanes are sized and spaced such that the heat flows from the first plurality of vanes to the second plurality of vanes by gaseous conduction." The purpose of the interleaved fins in Bimshas is to dissipate heat that builds up in a heat generating component. A PHOSITA would understand that, in order to cool the flywheel bearings 20 in Adams using the fins 12, 16 of Bimshas, it is necessary (and common sense) to space the interleaved fins close enough so that heat is transferred from the first set of fins to the second set of fins. Otherwise there is no point in using fins 12, 16. Further, Bimshas implicitly discloses that heat is transferred between the interleaved fins by gaseous conduction. Specifically, Bimshas states that "a substantially thermally efficient gas such as helium or a liquid" could be used in the gaps between the fins 12, 16 to

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

"reduce thermal impedance." Bimshas, Col. 3, ll. 22-24. A PHOSITA would understand the phrase "thermally efficient" to mean a gas with high thermal conductivity. [Buckner Decl. ¶30]. Therefore, a PHOSITA would recognize that Bimshas teaches heat transfer by gaseous conduction, otherwise, the "thermal efficiency" of the gas would be irrelevant.

Even without the explicit teachings of Bimshas, a PHOSITA would recognize that heat transfer by gaseous conduction would naturally occur at the operating pressures taught by Adams. Specifically, Adams teaches that "the pressure is preferably below 190 Torr (0.25 atmosphere), and more preferably below 7.6 Torr (0.01 5 atmosphere)." Col. 7, ll. 4-6. At the pressures taught by Adams, there would be a sufficient gas in the space between the interleaved fins so that heat transfer by gaseous conduction would naturally occur due to the Second Law of Thermodynamics. [Buckner Decl. ¶¶29, 32-34]; Ex. 1005.

Petitioner's expert, Dr. Buckner, has conducted simulations to show that heat transfer across a viscous fluid confined in a gap between two relatively rotating cylinders using a Taylor-Couette flow model. [Buckner Decl. ¶¶29, 33-34]; Ex. 1005. His simulations analyzed the relative amounts of heat transfer by conduction, advection, and radiation at pressures of 760 Torr, 76 Torr, 7.6 Torr, 0.76 Torr, and 0.076 Torr. Dr. Buckner's analysis shows that in the range of 76 Torr-0.076 Torr, a range where flywheel devices are likely to operate, heat is

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

transferred by gaseous conduction. [Buckner Decl. ¶¶29, 32-34]; Ex. 1005.  This range encompasses the preferred operating pressure disclosed Adams and in the '930 patent.

Further, a PHOSITA would recognize that, in an interleaved fin thermal connector for a boat stabilizer, radiation alone could not provide sufficient heat transfer to cool the bearings in a partial vacuum as taught by Adams.  Only a small amount of heat can be transferred by radiation due to the limited surface area of the fins and the relatively low temperature differential at desired operating temperatures.  *Id*.  In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection.  *Id*.  Therefore, reliance on gaseous conduction to get significant heat transfer is almost certainly necessary.  Reliance on gaseous conduction is not simply one of several ways of transferring heat, but rather is the only practical way to transfer significant amount of heat in a partial vacuum.  [Buckner Decl. ¶31].

Use of a partial vacuum environment involves a known tradeoff between two competing design criteria in flywheel systems: reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer by gaseous conduction and convection.  If heat transfer is an important design objective, a PHOSITA would design the system to operate at pressures that significantly reduce aerodynamic drag (which reduces heat generation) while providing significant heat

transfer by gaseous conduction and gaseous convection.  *Id*.   Significant reductions in aerodynamic drag can be achieved at medium vacuum pressures, Exhibit 1038, p. 105-16 for example, documents an 85% reduction in skin drag coefficient and a 70% reduction in viscous drag as air pressure is reduced from atmospheric, 760 Torr, to 0.01 Torr.  [Buckner Decl. ¶32].  In this range, heat transfer would be primarily by gaseous conduction and convection.  Adjusting parameters such as fin spacing, gas type, and operating pressure to optimize heat transfer by gaseous conduction involves only routine skill.   Therefore, claims 3, 11, and 16 are obvious over the Adams/Bimshas combination.  [Buckner Decl. ¶32].

Claim 4 depends from claim 3, which as discussed above is disclosed by the Adam/Bimshas combination.  Claim 4 further recites that the below-ambient density gas in the enclosure comprises hydrogen.  Adams explicitly teaches that the enclosure is preferably maintained at below ambient pressure and contains a below-ambient density gas.  Adams, Col. 6, l. 57 – Col. 7, l. 2.  The purpose of the below ambient density gas in Adams is to reduce aerodynamic drag.  Adams further teaches that the below-ambient density gas may comprise helium, but does not specifically disclose using hydrogen gas.  Like helium, hydrogen is a below-ambient density gas with a higher thermal conductivity than air.  [Buckner Decl. ¶16].  Moreover, hydrogen has lower density and higher thermal conductivity than helium.  *Id*.  It would be obvious to a PHOSITA use hydrogen as recited in claim 4

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

in place of helium in the Adams/Bimshas combination in order to further reduce aerodynamic drag on the flywheel in Adams.  Further, a PHOSITA would recognize that using hydrogen would increase heat transfer gaseous conduction between the interleaved fins.   Therefore, claim 4 is obvious over the Adams/Bimshas combination. [Buckner Decl. ¶36].

Claims 5 and 17 depend respectively from claims 3 and 16.  As discussed above, the limitations of claims 3 and 16 are disclosed by the Adams/Bimshas combination.   Claims 5 and 17 further recite that the below ambient density gas comprises helium.  Adams explicitly teaches that the enclosure is preferably maintained at below ambient pressure and contains a below-ambient density gas. Adams, Col. 6, l. 57 – Col. 7, l. 2.  The purpose of the below ambient density gas in Adams is to reduce aerodynamic drag.  Adams further teaches that the below-ambient density gas may comprise helium as recited in claims 5 and 17. Therefore, claims 5 and 17 are obvious over the Adams/Bimshas combination.  [Buckner Decl. ¶37].

Claim 6 depends from claim 5.  As discussed above, the limitations of claim 5 are disclosed by the Adams/Jäger combination.  Claim 6 further recites that "the first plurality of vanes are cylindrical elements extending in a first direction substantially parallel to the spin axis," and that "the second plurality of vanes are cylindrical elements extending in a second direction substantially parallel to the

spin axis and opposite the first direction." The specific geometric arrangement of the interleaved fins recited in claim 6 is disclosed in Bimshas. Specifically, Bimshas discloses that the fins 12, 16 may be in the form of concentric cylinders and extend in opposite directions parallel to the axis of rotation. Bimshas, Col. 2, ll. 4-16; Fig. 1. Bimshas teaches that the cylindrical fin geometry is essentially one of two ways to arrange the fins. A PHOSITA would recognize that the cylindrical fin geometry and planar disc fin geometry taught by Bimshas are interchangeable depending on other design constraints, such as the size and shape of the enclosure. Selecting between to alternative designs based on design constraints would involve only routine skill. Therefore, claim 6 is obvious over the Adams/Bimshas combination. [Buckner Decl. ¶40].

Claim 7 depends from claim 5. As discussed above, the limitations of claim 5 are disclosed by the Adams/Bimshas combination. Claim 7 further recites "a heat sink configured such that heat flows from the second plurality of vanes to the heat sink." Bimshas teaches that the second fins 16 transfers heat to a heat sink. Col. 1, l. 29-44; Col. 2, ll. 11-13. Therefore, claim 7 is obvious over the Adams/Bimshas combination. [Buckner Decl. ¶39].

Claims 9 and 12 depend respectively from claims 1 and 11. As discussed above, the limitations of claims 1 and 11 are disclosed by the Adams/Bimshas combination. Claims 9 and 12 further that "a distance between the first plurality of

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

vanes and the second plurality of vanes is less than 5 mm." This limitation is explicitly disclosed by Bimshas. In Bimshas, the gap between the fins 12 and second set of fins 16 is between .005 inches (.127 mm) and .007 inches (.178 mm), which is below the maximum 5 mm spacing recited in claims 9 and 12. Bimshas, Col. 2, ll. 20-26. Further, selecting the dimension of the gap between the fins to get a desired amount of heat transfer would involve only routine skill to optimize a known result-dependent variable. Therefore, claims 9 and 12 are obvious over the Adams/Bimshas combination. [Buckner Decl. ¶35].

Claim 10 depends from claim 5, which as discussed above is disclosed by the Adams/Sibley combination. Claim 10 further recites that the pressure within the enclosure of the boat stabilizer is less than 390 Torr. Adams explicitly teaches that the enclosure should be maintained at pressure below 390 Torr as recited in claim 10 in order to reduce aerodynamic drag on the flywheel. Adams, Col. 7, ll. 1-11. Therefore, claim 10 is obvious over the Adams/Bimshas combination. [Buckner Decl. ¶38].

Claim 13 depends from claim 1, which is discussed above. Claim 13 further recites that the stabilizer includes "a flywheel drive motor configured to spin the flywheel about a spin axis; and a device for applying a torque to the flywheel." Adams' boat roll stabilizer comprises a flywheel drive motor 24 configured to spin a flywheel about a spin axis. Adams, Abstract; Col. 6, ll. 50-56; Figs. 5&6.

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

Adams' boat stabilizer also includes a device for applying a torque to a flywheel rotating about a gimbal axis.  Adams, Col. 7, l. 62 – Col. 8, l. 65 (describing various types of torque applying devices).  Thus, claim 13 is obvious over the Adams/Bimshas combination.  [Buckner Decl. ¶41].

## IX.    Ground 6

The Claim Chart Appendix (Section X) provides a claim mapping of all the elements of claim 8 in accordance with Ground 6.

### A.    Claim 8 is obvious over Adams in view of Jäger, Bimshas and Common Knowledge, and further in view of Sibley (Ground 6)

Claim 8 depends from claim 7, which is discussed in sections VI, B and VII, B above. Claim 8 further recites the heat sink comprising air-cooled fans on the exterior of the enclosure. Sibley expressly teaches of air-cooled fins 452 on an exterior of the enclosure 448 functioning as a heat sink. Sibley, [0144]. It would be obvious to use the enclosure 30 of Adams as a heat sink and to have air-cooled fins on the enclosure as taught by Sibley.  The reasons to do so is for the same reasons Sibley includes air-cooled fins: to improve heat transfer from the bearings. Therefore, claim 8 is obvious over Adams, in view of Jäger and Bimshas, and further in view of Sibley.

## IX.  Conclusion

Petitioner respectfully submits that this petition shows a reasonable likelihood that Petitioner will prevail with respect to at least one of the claims of

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

the '930 patent for which Petitioner seeks review. Petitioner requests the PTAB

grant this Petition and initiate *inter partes* review to find claims 1-17 to be invalid.

Respectfully submitted,
COATS & BENNETT, COL.L.L.C.

Dated:    August 10, 2017    David E. Bennet
Registration No.: 32,194

Brandee N. Woolard
Registration No.: 68,795

63

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

### X. Claim Chart Appendix

| Patent US 8,117,930 | Adams, Bimshas, Sibley, & Jäger |
|---|---|
| 1. A gyroscopic roll stabilizer for a boat, the stabilizer comprising: | **Adams** and **Sibley** suggest applications for a gyroscopic roll stabilizer for a boat.<br><br>**Adams** discloses a gyroscopic roll stabilizer for a boat including a flywheel. Abstract; Col. 6:9-40; Col. 9:4-55 (describing operation of stabilizer); Figs. 8-10.<br><br>**Sibley** discloses that the enclosure may be supported within gimbals or in soft elastomeric rings to minimize gyroscopic maneuvering loads on the bearings when the disclosed flywheel energy storage system is used in vehicular applications. [0164]. |
| a flywheel, the flywheel being configured to be spun about a spin axis; | **Adams** discloses a flywheel 16 that spins around a spin axis. Abstract; Col. 6:40-55; Figs. 5, 6.<br><br>**Sibley** discloses a flywheel 412 that spins about an axis. [0129-0134]; Fig. 4. |
| a first plurality of vanes coupled to the flywheel such that the first plurality of vanes spin with the flywheel relative to an enclosure; | **Bimshas** discloses a first relatively rotating member 10 including a first set of fins 12. Col. 2:4-26; Fig. 1.<br><br>**Sibley** discloses a first set of fins 438 attached to a rotating shaft 416 for the flywheel 412. [0140-0142]; Fig. 4.<br><br>**Jäger** discloses a first set of fins 9 |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | connected to a rotating shaft 3 to dissipate heat due to bearing friction. Col. 1:36-45; Col. 2:51-Col. 3:15; Fig. 1. |
|---|---|
| a second plurality of vanes fixed relative to the enclosure and the flywheel such that the first plurality of vanes spin with respect to the second plurality of vanes, the second plurality of vanes defining gaps into which the first plurality of vanes extend so that the first and second plurality of vanes are interleaved; the second plurality of vanes defining gaps into which the first plurality of vanes extend so that the first and second plurality of vanes are interleaved; | **Bimshas** discloses a second set of fins 16 connected to a heat sink (e.g., an enclosure). The second set of fins 16 define gaps to receive the first set of fins 12. The first and second sets of fins 12, 16 are interleaved. Col. 1:37-45; Col. 2:11-13; Figs. 1-4.<br><br>**Sibley** discloses a second set of fins 440 that extend from the vacuum enclosure 448 ("clam-shell type set of stationary heat transfer fins"). The second set of fins 440 define gaps to receive the first set of fins 438. The first and second sets of fins 438, 440 are interleaved. [0142]; Fig. 4.<br><br>**Jäger** discloses a second set of fins 12, 13 connected to the housing 1. Fins 12, 13 define gaps to receive the fins 9 connected to the rotating shaft. Fins 12, 13 are interleaved with fins 9. Col. 3:16-30; Fig. 1. |
| at least one rotating heat generating component coupled to the flywheel and positioned such that heat is transferred from the heat generating component to the first plurality of vanes; | **Adams** discloses bearings 20 supporting the flywheel 16. Col. 6:41-49; Figs. 5&6. **Adams** further discloses that the bearing 20 generates heat. Col. 7:28-29 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds."). |

65

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | |
|---|---|
| | **Bimshas** discloses that relatively rotating member 10 connects to a heat source (i.e., heat generating component) so that heat is transferred from the heat source to the first set of fins 12. Col. 1, ll. 30-45; Col. 2:4-10. The heat transfer device may be used in an inter-gimbal assembly of an inertial guidance system to provide a heat path between relatively rotating gimbals. Col. 1:22-32.

**Sibley** discloses a bearing assembly 436 (i.e., heat generating component). Heat is transferred from the bearing assembly 436 to the cooling fins 438. [134]; [0140-0143]; Fig. 4.

**Jäger** discloses bearings 4,5 supporting a rotating shaft. Heat generated due to bearing friction is transferred to the first set of fins 9. Col. 4:4-11. |
| the enclosure surrounding the first plurality of vanes, the second plurality of vanes, | **Sibley** discloses that cooling fins 438 and stationary fins 440 are inside the vacuum enclosure 448. [0140-142]; Fig. 4.

**Jäger** discloses that cooling fins 9 and cooling fins 12, 13 are within a housing 1. Abstract; Fig. 1. |
| the heat generating component, and a portion or all of the flywheel, | **Adams** discloses an enclosure 30 surrounding the flywheel 16 and bearings 20 (i.e., heat generating components). Fig. 5; Col. 3:55-56; Col. 6:55-Col. 7:11; Figs. 5&6. |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | |
|---|---|
| | **Sibley** discloses an enclosure 448 surrounding the shaft 416, bearing assembly 436, and flywheel 412 to provide a high vacuum environment to minimize heat generation and frictional losses as the flywheel 412 rotates.  [0133-0134]; Fig. 4. |
| the enclosure containing a below-ambient density gas and maintaining a below-ambient pressure, wherein the below ambient density gas has a thermal conductivity at least 5 times greater than air; and | **Adams, Bimshas, Sibley** and **Jäger** disclose that the enclosure can be filled with a below-ambient density gas and maintained at below-ambient pressure. <br><br> **Adams** discloses that enclosure 30 contains helium (a below ambient density gas) and is maintained at below-ambient pressure. Col. 6:56-Col. 7:11.  The thermal conductivity of helium is more than 5 times greater than air. [Buckner Decl. ¶16]. <br><br> **Bimshas** discloses that the gaps between interleaved fins may be filed with helium.  Col. 3:22-25.  The thermal conductivity of helium is more than 5 times greater than air. [Buckner Decl. ¶16]. <br><br> **Sibley** discloses a vacuum enclosure 448 maintained at below ambient pressure to minimize heat generation and frictional losses as the flywheel 412 rotates.  [0133]; Fig. 4. <br><br> **Jäger** teaches that the casing surrounding the shaft may be filled |

| | |
|---|---|
| | with air or another gas. Col. 1:33-35. Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the gas in the enclosure to increase thermal conduction which would result in the enclosure containing gas at below-ambient density. |
| wherein the flywheel, the first plurality of vanes, the second plurality of vanes, the heat generating component, the enclosure, and the gimbal structure are configured so that, when installed in the boat, the stabilizer damps roll motion of the boat. | **Adams** discloses a gyroscopic roll stabilizer for a boat including a flywheel. The flywheel, enclosure and gimbal structure of the stabilizer are configured so that when installed in the boat the stabilizer damps roll motion of the boat. Abstract; Col. 6:9-18; Col. 9:4-55; Figs. 1-3, 8.<br><br>**Sibley** discloses that the enclosure may be supported within gimbals or in soft elastomeric rings to deflect to minimize gyroscopic maneuvering loads on the bearings when the disclosed flywheel energy storage system is used in vehicular applications. [0164]. |
| 2. The stabilizer of claim 1 wherein: the heat generating component includes at least one bearing supporting the flywheel, the bearing having an inner race and an outer race; and | **Adams** discloses a bearing 20 having an inner race and an outer race. Col. 6, ll. 44-49; Figs. 5&6. Adams further discloses that the bearing 20 generates heat. Col. 7:28-29 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds.").<br><br>**Sibley** discloses a bearing 436 including an inner race 446, an outer race 444, and a bearing ball 442. The |

| | |
|---|---|
| | bearing 436 supports a rotating shaft for a flywheel. [0134]; Fig. 4.<br><br>**Jäger** discloses roller bearings 4, 5 with an inner race and an outer race. The bearing 4, 5 support a rotating shaft. Col. 2:44-50; Col. 4:4-11; Fig. 1. |
| the bearing is located adjacent the first plurality of vanes such that heat flows from the inner race to the first plurality of vanes, from the first plurality of vanes to the second plurality of vanes, and from the second plurality of vanes to the exterior of the enclosure. | In **Sibley,** the cooling fins 438 and inner ring 446 of bearing assembly 436 are arranged about a shaft 416 to transfer heat from the bearing assembly 436 to a second set of cooling fins 440 and then to outside of the vacuum enclosure. [0134], [0142-0144]; Figs. 4, 24.<br><br>In **Jäger**, the first set of fins 9 are arranged to dissipate heat from the inner race of the bearings 4, 5 and from the shaft (spinning member) to a second set of fins 12, 13 and then to the outside the housing 1. Fig. 1; Col. 4:4-10. |
| 3. The stabilizer of claim 2 wherein the first plurality of vanes and the second plurality of vanes are sized and spaced such that heat flows from the first plurality of vanes to the second plurality of vanes by gaseous conduction. | **Sibley, Bimshas,** and **Jäger** disclose interleaved fins with gaps between the fins for permitting heat flow by gaseous conduction.<br><br>**Bimshas** discloses that the gap between fins is between .005-.007 inches (.127 -.178 mm). Col. 2:23-26. **Bimshas** implicitly discloses that heat transfer is by gaseous conduction. ("Also, to further reduce thermal impedance, a substantially thermally efficient gas such as |

| | |
|---|---|
| | helium or a liquid could be provided under pressure within the gaps. ") |
| | **Jäger** discloses a gap between fins of 0.1 – 0.2 mm.  Col. 3:22-30.  Further, **Jäger** discloses that the heat transfer "is based on both radiation and on heat transfer carried out through the gas that is located between the cooling bodies." Col. 1:39-47. |
| | At the operating pressures taught in Dams, heat is inherently transferred between the fins by gaseous conduction in **Sibley, Bimshas,** and **Jäger.**  [Buckner Decl. ¶¶29, 38-40]. |
| 4. The stabilizer of claim 3 wherein the below-ambient density gas is hydrogen. | **Adams** discloses that a below ambient density gas could be used.  Col. 6:62-65.  Hydrogen is a below ambient density gas. |
| | **Bimshas** discloses that a thermally efficient gas could be used in the gaps between the fins.  Col. 3:22-24.  It is known that hydrogen is more thermally conductive than either air or helium. |
| | **Jäger** teaches that the space between the rotating surfaces may be filled with air or another gas.  Hydrogen is known to have a higher thermal conductivity than air or helium, so it would be obvious to use hydrogen as the other gas to increase thermal conduction. |

| 5. The stabilizer of claim 3 wherein the below-ambient density gas includes helium. | **Adams** discloses an enclosure containing helium (a below ambient density gas). Col. 6:56-Col. 7:11.<br><br>**Bimshas** discloses that the gaps between interleaved fins may be filed with helium.  Col. 3:22-25.<br><br>**Jäger** teaches that the casing surrounding the shaft may be filled with air or another gas.  Col. 1:33-35. Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the other gas to increase thermal conduction. |
|---|---|
| 6. The stabilizer of claim 5 wherein: the first plurality of vanes are cylindrical elements extending in a first direction substantially parallel to the spin axis; the second plurality of vanes are cylindrical elements extending in a second direction substantially parallel to the spin axis and opposite the first direction. | **Bimshas** discloses the geometric arrangement of the vanes/fins recited in claim 6.<br><br>Fig. 1 of **Bimshas** discloses that the first fins 12 and second fins 16 are cylindrical and extend in opposite directions parallel to the shaft axis. Col. 2:17-18, 37-39; Fig. 1. |
| 7. The stabilizer of claim 5 further comprising a heat sink configured such that heat flows from the second plurality of vanes to the heat sink. | **Bimshas, Sibley,** and **Jäger** disclose a heat transfer path from the second set of fins (vanes) to the exterior of an enclosure or heat sink.<br><br>**Bimshas** teaches that the second fins 16 transfers heat to a heat sink. Col. 1:29-44; Col. 2:11-13.<br><br>**Sibley** teaches that the enclosure 448, and the fins 452 on the enclosure function as a heat sink. Fig. 4; |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | [0144]. |
|---|---|
| | **Jäger** discloses that the fins 12 and 13 transfer heat to a liquid cooled sleeve 10 that functions as a heat sink. Col. 3:16-Col. 4:1; Fig. 1. |
| 8. The stabilizer of claim 7 wherein the heat sink comprises air-cooled fins on the exterior of the enclosure. | **Sibley** discloses air-cooled fins 452 on an exterior of the enclosure 448 functioning as a heat sink. [0144]. |
| 9. The stabilizer of claim 5 wherein a distance between the first plurality of vanes and the second plurality of vanes is less than 5 mm. | **Bimshas** discloses that the gap between fins is between .005-.007 inches (.127 -.178 mm). Col. 2:23-26.<br><br>**Jäger** discloses a gap between fins of $0.1 - 0.2$ mm. Col. 3:22-30.<br><br>The distance between the fins is a known result-effective variable that is important to heat transfer. |
| 10. The stabilizer of claim 5 wherein the enclosure maintains a below-ambient pressure of less than 390 torr (0.5 atmosphere). | **Adams** discloses that the enclosure may maintain a below-ambient pressure (e.g., <190, <7.6, or <1 Torr). Col. 4:28-31; Col 7:2-11.<br><br>**Sibley** discloses that the flywheel energy storage system of Fig. 4 can be in a "high vacuum environment." [0133]. A high vacuum is commonly understood to be significantly less than 390 Torr. |
| 11. The stabilizer of claim 1 wherein the first plurality of vanes and the second plurality of vanes are sized and spaced such that heat flows from the first plurality of vanes to the second plurality of vanes by | **Sibley, Bimshas,** and **Jäger** disclose interleaved fins with gaps between the fins for permitting heat flow by gaseous conduction. |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | |
|---|---|
| gaseous conduction. | **Bimshas** discloses that the gap between fins is between .005-.007 inches (.127 -.178 mm). Col. 2:23-26. **Bimshas** implicitly discloses that heat transfer is by gaseous conduction. ("Also, to further reduce thermal impedance, a substantially thermally efficient gas such as helium or a liquid could be provided under pressure within the gaps.")<br><br>**Jäger** discloses a gap between fins of $0.1 – 0.2$ mm. Col. 3:22-30. Further, **Jäger** discloses that the heat transfer "is based on both radiation and on heat transfer carried out through the gas that is located between the cooling bodies." Col. 1:39-47.<br><br>At the operating pressures taught in Dams, heat is inherently transferred between the fins by gaseous conduction in **Sibley, Bimshas,** and **Jäger.** [Buckner Decl. ¶¶29, 38-40] |
| 12. The stabilizer of claim 11 wherein a distance between the first plurality of vanes and the second plurality of vanes is less than 5 mm. | **Bimshas** discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches. Col. 2:23-26.<br><br>**Jäger** discloses a gap between fins of $0.1 – 0.2$ mm. Col. 3:26-30. |
| 13. The stabilizer of claim 1 further comprising: a flywheel drive motor configured to spin the flywheel about a spin axis; and | **Adams** discloses a flywheel drive motor 24 configured to spin a flywheel about a spin axis. Abstract; Col. 6:50-56; Figs. 5&6. |

| | |
|---|---|
| | **Sibley** discloses a flywheel drive motor 414 configured to spin a flywheel about a spin axis.  [0134]; Fig. 4. |
| a device for applying a torque to the flywheel. | **Adams** discloses a device for applying a torque to a flywheel rotating about a gimbal axis.  Col. 7:62-Col. 8:65 (describing various types of torque applying devices).<br><br>**Sibley** discloses that the enclosure containing the flywheel may be supported within gimbals to deflect gyroscopic maneuvering loads. [0164]. |
| 14. A method of stabilizing a boat, the method comprising: | **Adams** and **Sibley** suggest applications for a gyroscopic roll stabilizer for a boat.<br><br>**Adams** discloses a gyroscopic roll stabilizer for a boat including a flywheel. Abstract; Col. 6:9-40; Col. 9:4-55 (describing operation of stabilizer); Figs. 8-10.<br><br>**Sibley** discloses that the enclosure may be supported within gimbals or in soft elastomeric rings to deflect to minimize gyroscopic maneuvering loads on the bearings when the disclosed flywheel energy storage system is used in vehicular applications.  [0164]. |
| spinning a flywheel about a spin axis; | **Adams** discloses a flywheel 16 that spins around a spin axis.  Abstract; Col. 6:40-55; Figs. 5, 6. |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | |
|---|---|
| | **Sibley** discloses a flywheel 412 that spins about an axis. [0129-0134]; Fig. 4. |
| permitting flywheel precession; | **Adams** and **Sibley** disclose that the flywheel precesses.<br><br>**Adams** discloses a gimbal structure configured to permit flywheel precession about a gimbal axis. Abstract; Col 7:46-61; Col. 9:18-24; Figs. 10A-10E.<br><br>**Sibley** discloses that the enclosure may be supported within gimbals or in soft elastomeric rings to deflect to minimize gyroscopic maneuvering loads on the bearings when the disclosed flywheel energy storage system is used in vehicular applications. [0164]. |
| spinning a first plurality of vanes with the flywheel relative to an enclosure, | **Bimshas** discloses a first relatively rotating member 10 including a first set of fins 12. Col. 2:4-26; Fig. 1.<br><br>**Sibley** discloses a first set of fins 438 attached to a rotating shaft 416 for the flywheel 412. [0142]; Fig. 4.<br><br>**Jäger** discloses a first set of fins 9 connected to a rotating shaft 3 to dissipate heat due to bearing friction. Col. 1:36-45; Col. 2:51-Col. 3:15; Fig. 1. |
| wherein at least one rotating heat generating component is positioned such that heat is transferred from the heat | **Adams** discloses bearings 20 supporting the flywheel 16. Col. 6:41-49; Figs. 5&6. **Adams** further |

| | |
|---|---|
| generating component to the first plurality of vanes; | discloses that the bearing 20 generates heat.  Col. 7:28-29 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds.").

**Bimshas** discloses that relatively rotating member 10 connects to a heat source (i.e., heat generating component) so that heat is transferred from the heat source to the first set of fins 12. Col. 1:30-45; Col. 2:4-10. The heat transfer device may be used in an intergimbal assembly of an inertial guidance system to provide a heat path between relatively rotating gimbals.  Col. 1:22-32.

**Sibley** discloses a bearing assembly 436 (i.e., heat generating component).  Heat is transferred from the bearing assembly 436 to the cooling fins 438.  [134]; [0140-0143]; Fig. 4.

**Jäger** discloses bearings 4, 5 supporting a rotating shaft. Heat generated due to bearing friction is transferred to the first set of fins 9. Col. 4:4-11. |
| maintaining a second plurality of vanes fixed relative to the enclosure and the flywheel such that the first plurality of vanes spin with respect to the second plurality of vanes, the second plurality of vanes defining gaps into which the first plurality of vanes extend so that the first and second plurality of vanes are | **Bimshas** discloses a second set of fins 16 connected to a heat sink (e.g., an enclosure). The second set of fins 16 define gaps to receive the first set of fins 12. The first and second sets of fins 12, 16 are interleaved. Col. 1:37-45; Col. 2:11-13; Figs. 1-4. |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | |
|---|---|
| interleaved; and | **Sibley** discloses a second set of fins 440 that extend from the vacuum enclosure 448 ("clam-shell type set of stationary heat transfer fins"). The second set of fins 440 define gaps to receive the first set of fins 438. The first and second sets of fins 438, 440 are interleaved.  [0142]; Fig. 4.

**Jäger** discloses a second set of fins 12, 13 connected to the housing 1. Fins 12, 13 define gaps to receive the fins 9 connected to the rotating shaft. Fins 12, 13 are interleaved with fins 9. Col. 3:16-30; Fig. 1. |
| wherein the enclosure surrounds the first plurality of vanes, the second plurality of vanes, | **Sibley** discloses that cooling fins 438 and stationary fins 440 are inside the vacuum enclosure 448.  [0140-0142]; Fig. 4.

**Jäger** discloses that cooling fins 9 and cooling fins 12, 13 are within a housing 1.  Abstract; Fig. 1. |
| the heat generating component, and a portion or all of the flywheel, | **Adams** discloses an enclosure 30 surrounding the flywheel 16 and bearings 20 (i.e., heat generating components).  Fig. 5; Col. 3:55-56; Col. 6:55-Col. 7:11; Figs. 5&6.

**Sibley** discloses an enclosure 448 surrounding the shaft 416, bearing assembly 436, and flywheel 412 to provide a high vacuum environment to minimize heat generation and frictional losses as the flywheel 412 rotates.  [0133-0134]; Fig. 4. |
| the enclosure containing a below-ambient | **Adams** discloses that enclosure 30 |

| | |
|---|---|
| density gas and maintaining a below-ambient pressure, wherein the below ambient density gas has a thermal conductivity at least 5 times greater than air. | contains helium (a below ambient density gas) and is maintained at below-ambient pressure. Col. 6:56-Col. 7:11.<br><br>**Bimshas** discloses that the gaps between interleaved fins may be filed with helium.  Col. 3:22-25.<br><br>**Sibley** discloses a vacuum enclosure 448 maintained at below ambient pressure to minimize heat generation and frictional losses as the flywheel 412 rotates.  [0133]; Fig. 4.<br><br>**Jäger** teaches that the casing surrounding the shaft may be filled with air or another gas.  Col. 1:33-35. Helium is a below-ambient density gas and is known to have a conductivity 5 times greater than air, so it would be obvious to use helium as the gas in the enclosure. |
| 15. The method of claim 14 wherein: the heat generating component includes at least one bearing supporting the flywheel, the bearing having an inner race and an outer race; and | **Adams** discloses a bearing 20 having an inner race and an outer race. Col. 6:44-49; Figs 5&6. Adams further discloses that the bearing 20 generates heat.  Col. 7:28-29 ("Provision for cooling the flywheel bearings may be necessary at very high tip speeds.").<br><br>**Sibley** discloses a bearing 436 including an inner race 446, an outer race 444, and a bearing ball 442. The bearing 436 supports a rotating shaft for a flywheel. [0134]; Fig. 4. |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

| | |
|---|---|
| | **Jäger** discloses roller bearings 4, 5 with an inner race and an outer race. The bearing 4, 5 support a rotating shaft. Col. 2:44-50; Col. 4:4-11; Fig. 1. |
| the bearing is located adjacent the first plurality of vanes such that heat flows from the inner race to the first plurality of vanes, from the first plurality of vanes to the second plurality of vanes, and from the second plurality of vanes to the exterior of the enclosure. | In **Sibley,** the cooling fins 438 and inner ring 446 of bearing assembly 436 are arranged about a shaft 416 to transfer heat from the bearing assembly 436 to a second set of cooling fins 440 and then to outside of the vacuum enclosure.  [0134], [0142-0144]; Figs. 4, 24.

In **Jäger**, the first set of fins 9 are arranged to dissipate heat from the inner race of the bearings 4, 5 and from the shaft (spinning member) to a second set of fins 12, 13 and then to the outside the housing 1.  Fig. 1; Col. 4:4-10. |
| 16. The method of claim 15 wherein the first plurality of vanes and the second plurality of vanes are sized and spaced such that heat flows from the first plurality of vanes to the second plurality of vanes by gaseous conduction. | **Sibley, Bimshas,** and **Jäger** disclose interleaved fins with gaps between the fins for permitting heat flow by gaseous conduction.

**Bimshas** discloses that the gap between fins is between .005-.007 inches (.127 -.178 mm).  Col. 2:23-26.  **Bimshas** implicitly discloses that heat transfer is by gaseous conduction.  ("Also, to further reduce thermal impedance, a substantially thermally efficient gas such as helium or a liquid could be provided under pressure within the gaps.") |

| | |
|---|---|
| | **Jäger** discloses a gap between fins of $0.1 - 0.2$ mm.  Col. 3:22-30. Further, **Jäger** discloses that the heat transfer "is based on both radiation and on heat transfer carried out through the gas that is located between the cooling bodies" Col. 1:39-47.<br><br>At the operating pressures taught in Dams, heat is inherently transferred between the fins by gaseous conduction in **Sibley, Bimshas,** and **Jäger.**  [Buckner Decl. ¶¶29, 38-40] |
| 17. The method of claim 16 wherein the below-ambient density gas includes helium. | **Adams** discloses an enclosure containing helium (a below ambient density gas).  Col. 6:56-Col. 7:11.<br><br>**Bimshas** discloses that the gaps between interleaved fins may be filed with helium.  Col. 3:22-25.<br><br>**Jäger** teaches that the casing surrounding the shaft may be filled with air or another gas.  Col. 1:33-35. Helium is a below-ambient density gas and is known to have a conductivity 5 times greater than air, so it would be obvious to use helium as the other gas to increase thermal conduction. |

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 8,117,930 and

supporting materials (Exhibits 1001-1042) has been served in its entirety the 10th

day of August 2017, by EXPRESS MAIL®, on the Patent Owner to the law firm of

record for the '930 patent last shown in USPTO PAIR:

Fish & Richardson P.C.
P.O. Box 1022
Minneapolis MN 55440-1022


Fish and Richardson indicated by e-mail correspondence on April 21, 2017 that

representation of the patent had been transferred to Edward Kelly at Ropes & Gray

LLP.  A courtesy copy has also been served on this attorney:

Ropes & Gray
800 Boylston Street
Boston, Massachusetts   02199

Edward J. Kelly
Reg. No. 38,936


COATS & BENNETT, P.L.L.C.


David E. Bennet
Registration No.: 32,194
Attorney for the Petitioners

IPR Petition for U.S. Patent No. 8,117,930
Attorney Docket No. 6482-020

# CERTIFICATE OF WORD COUNT

## FOR INTER PARTES REVIEW PETITION

Pursuant to 37 C.F.R. § 42.24(d), I certify that on August 10, 2017 I reviewed the word count associated with the Inter Partes Review Petition being filed by the Petitioner on August 10, 2017.  The word count of the Petition, excluding the table of contents, mandatory notices under § 42.8, certificate of service, certificate of word count and appendices of claims and exhibits, is 13,058 words.

RESPECTFULLY SUBMITTED,
COATS & BENNETT, P.L.L.C.

David E. Bennet
Registration No.: 32,194
Attorney for the Petitioners

1400 Crescent Green, Suite 300
Cary, NC 27518
Telephone:  (919) 854-1844
Facsimile:   (919) 854-2084