# EXHIBIT D

Paper No. 1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE PATENT TRIAL and APPEAL BOARD

| | |
|---|---|
| In re Patent of: Adams, et al. ) | |
| ) | |
| U.S. Patent No.: 7,546,782 ) | Petition for *Inter-Partes* Review |
| ) | |
| Issue Date: June 16, 2009 ) | |
| ) | |
| Serial No. 11/330,896 ) | |
| ) | |
| Filing Date: January 12, 2006 ) | |
| ) | |
| Title: Cooling Bearings, Motors and Other ) Rotating Heat Generating Components | |

Attorney's Docket No: 6482-019

**Mail Stop Patent Board**
Patent Trial and Appeal Board
U.S. Patent and Trademark Office (USPTO)
P.O. Box 1450
Alexandria, VA 22313-1450

## PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,546,782 PURSUANT TO 35 U.S.C. §§ 311–319, 37 C.F.R. § 42

Wavetamer Gyros, LLC ("Petitioner") petition for *Inter Partes* Review

under 35 U.S.C. §§ 311-319 and 37 C.F.R § 42 of claims 1-23 of U.S. Patent No.

7,546,782 (the '782 patent).

# Table of Contents

I.    Mandatory Notices (37 C.F.R. § 42.8(a)(1)) ........................................................7

    A.    Real Party-in-Interest (37 C.F.R. § 42.8(b)(1))............................................7

    B.    Related Matters (37 C.F.R. § 42.8(b)(2))......................................................7

    C.    Lead and Back-up Counsel (37 C.F.R. § 42.8(b)(3))....................................7

    D.    Service Information ......................................................................................7

II.   Payment of Fees (37 C.F.R. § 42.103) ...............................................................8

III.  Requirements for IPR (37 C.F.R. § 42.104)........................................................8

    A.    Grounds for Standing (37 C.F.R. § 42.104(a)) .............................................8

    B.    Claims Challenged (37 C.F.R. § 42.104(b)(1))............................................8

    C.    Specific Statutory Grounds (37 C.F.R. § 42.104(b)(2))................................8

IV.   The '782 Patent...................................................................................................10

    A.    Subject Matter of '782 Patent, Filed Jan. 12, 2006....................................10

    B.    Claim Construction (37 C.F.R. § 42.104(b)(3))..........................................11

    C.    Level of Ordinary Skill in the Art ..............................................................13

V.    Common Knowledge and Art Prior to Jan. 12, 2006 ........................................13

    A.    Common Knowledge....................................................................................13

    B.    Gyroscopic Roll Stabilizers........................................................................16

    C.    Exhibit 1006, U.S. Patent No. 6,973,847 to Adams *et al.*, Issued December 13, 2005 ....................................................................................................16

    D.    Exhibit 1007, U.S. Patent No. 6,959,756 to Woodard *et al.*, Issued November 1, 2005 ....................................................................................18

    E.    Exhibit 1009, U.S. Patent Publication No. 2005/0040776 to Sibley, Published February 24, 2005 ....................................................................21

    F.    Exhibit 1010, German Patent No. DE19909491 to Jäger, Published September 7, 2000 ...................................................................................22

    G.    Exhibit 1012, U.S. Patent No. 3,844,341 to Bimshas *et al.*, Issued October 29, 1974 ...............................................................................................24

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

VI. Grounds 1 and 2 ........................................................................27

    A.   Claim 1 is obvious over Jäger in view of Common Knowledge (Ground 1) ……… ....................................................................27

    B.   Claims 3-4, 7, and 9-10 are obvious over Jäger in view of Common Knowledge (Ground 1) .........................................................29

    C.   Claim 8 is obvious in view of Jäger and Common Knowledge and further in view of Sibley (Ground 2) ................................................31

VII. Grounds 3-6 .........................................................................33

    A.   Claim 1 is obvious in view of Sibley in View of Jäger or Bimshas and Further In View of Common Knowledge (Grounds 3 and 4). ............................33

    B.   Claims 2-5 and 7- 9 are obvious over Sibley in view of Jäger or Bimshas, and further in view of Common Knowledge (Grounds 3 and 4). ......................36

    C.   Claim 6 is obvious over Sibley in view of Jäger or Bimshas, and further in view of Common Knowledge and Adams (Grounds 5 and 6) ............................42

VIII. Grounds 7-9 .........................................................................44

    A.   Claim 1 is obvious over an Adams in view of Sibley and Common Knowledge (Ground 7) .........................................................44

    B.   Claims 2-8, and 10 are obvious over an Adams in view of Sibley and Common Knowledge (Ground 7) .........................................................47

    C.   Claims 4 and 9 are obvious over Adams in view of Sibley and Common Knowledge, and further in view of Jäger (Ground 8) or Bimshas (Ground 9) ....51

IX. Grounds 10-11 ........................................................................53

    A.   Claim 11 is obvious over Adams in view of Sibley or Jäger, and further in view of Common Knowledge and Bimshas (Grounds 10 and 11) ......................53

    B.   Claims 12-18, and 20-23 Are Obvious Over Adams in view of Sibley or Jäger, and further in view of Common Knowledge and Bimshas (Grounds 10 and 11) ……………………………………………………………57

    C.   Claim 19 is obvious over Adams in view of Sibley, Bimshas, and Common Knowledge (Ground 10) .........................................................64

X.  Grounds 12-14 .......................................................................65

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

A.    Claim 11 is obvious over Woodard in view of Bimshas and Common Knowledge (Ground 12) ......................................................................65

B.    Claims 12-16, 18, 20, and 22-23 Are Obvious Over Woodard in View Bimshas and Common Knowledge (Ground 12) ...................................67

C.    Claims 16-17 and 21 Are Obvious Over Woodard in View of Bimshas and Common Knowledge, and Further in View of Adams (Ground 13)...................70

D.    Claim 19 is Obvious Over Woodard In View of Bimshas and Common Knowledge, and further in view of Sibley (Ground 14) ......................................72

XI. Conclusion .........................................................................................73

XII. Claim Chart Appendix.......................................................................74

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

## Exhibits

| Exhibit No. | Description |
|---|---|
| 1001 | U.S. Patent No. 7,546,782 to Adams *et al.* |
| 1002 | Prosecution History for the '782 Patent |
| 1003 | Expert Testimony by Dr. Greg Buckner |
| 1004 | Dr. Greg Buckner Curriculum Vitae |
| 1005 | Buckner, Comparing Conductive and Convective Heat Transfer in a Rotating Annular Air Gap |
| 1006 | U.S. Patent No. 6,973,847 to Adams *et al.*, hereafter **Adams** |
| 1007 | U.S. Patent No. 6,959,756 to Woodard *et al.*, hereafter **Woodard** |
| 1008 | PCT Publication WO 02/02943 to Woodard *et al.* |
| 1009 | U.S. Patent Publication No. 2005/0040776 to Sibley, hereafter **Sibley** |
| 1010 | German Patent No. DE19909491 to Jäger |
| 1011 | Certified Translation and Certification of DE19909491 to Jäger, hereafter **Jäger** |
| 1012 | U.S. Patent No. 3,844,341 to Bimshas *et al.* hereafter **Bimshas** |
| 1013 | U.S. Patent No. 4,304,296 to Shaffer |
| 1014 | U.S. Patent No. 4,800,956 to Hamburgen |
| 1015 | U.S. Patent No. 5,787,976 to Hamburgen *et al.* |
| 1016 | U.S. Patent No. 4,144,932 to Voigt |
| 1017 | U.S. Statutory Invention Registration No. H312 to Parker |
| 1018 | Western Research Laboratory Research Report to Hamburgen |
| 1019 | U.S. Patent No. 1,108,761 to Kieser |
| 1020 | U.S. Patent No. 5,948,689 to Hamburgen *et al.* |
| 1021 | D. Ganta, *et al.*, *Optical method for measuring thermal accommodation coefficients using a whispering gallery microresonator*, 135 Journal of Chem. Physics 084313(2011). |
| 1022 | D. Howey, *et al.*, *Air-Gap Convection in Rotating Electrical Machines*, 59 IEEE Transactions on Indus. Elecs. 1367 (2012) *available at* https://workspace.imperial.ac.uk/opticalandsemidev/Public/Publications/Air-Gap%20Convection.pdf. |
| 1023 | D. Gils, *et al.*, *The Twente turbulent Taylor–Couette (T3C) facility: Strongly turbulent (multiphase) flow between two independently rotating cylinders*, 82 Review of Scientific Instruments 025105 (2011). |
| 1024 | S. Poncet, *et al.*, *Turbulent Couette-Taylor flows with endwall effects: a numerical benchmark*, 44 Int'l. Journal of Heat Fluid Flow 229 (2013). |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

| | |
|---|---|
| 1025 | F. Incropera & D. DeWitt, Fundamentals of heat and mass transfer (New York: J. Wiley 2002). |
| 1026 | C. Lasance, The Thermal Conductivity of Air at Reduced Pressures and Length Scales, Blowers / Fans / Filters, Design, Number 4, Technical Data, Test & Measurement, Volume 8 (2002) *available at* https://www.electronics-cooling.com/2002/11/the-thermal-conductivity-of-air-at-reduced-pressures-and-length-scales/. |
| 1027 | Atmospheric Properties Calculator *available at* http://www.aerospaceweb.org/design/scripts/atmosphere/ (last visited Aug. 9, 2017). |
| 1028 | U.S. Patent No. 796,893 to Brennan |
| 1029 | U.S. Patent No. 1,150,311 to Sperry |
| 1030 | U.S. Patent No. 5,628,267 to Hoshio (Mitsubishi) |
| 1031 | Mean Free Path, Dept. of Physics and Astronomy, Georgia State Univ., http://hyperphysics.phy-astr.gsu.edu/hbase/Kinetic/menfre.html (last visited Aug. 9, 2017). |
| 1032 | Seakeeper Technical Specification Sheets *available at* https://ww.seakeeper.com/technical-library/ (last visited Aug. 9, 2017). |
| 1033 | Miscellaneous News and Journal Articles |
| 1034 | K. Kadoya *et al.*, *Viscosity and Thermal Conductivity of Dry Air in the Gaseous Phase* 14 Journal of Physical and Chem. Reference Data 947 (Am. Inst. of Physics 1985). |
| 1035 | Dorothy Hoffman *et al.*, Handbook of Vacuum Science and Technology 1-5 (1997). |
| 1036 | Excerpts of European Prosecution History |
| 1037 | J. Kobuchi *et al.*, *Windage loss reduction of flywheel/generator system using He and SF/sub 6/gas mixtures*, 3 Proceedings of the 32nd Intersociety Energy Conversion Eng'g Conference (IEEE 1997). |
| 1038 | J. D. Stienmier, Contributions to the Development of a Flywheel Energy Storage System (Thesis University of Washington 1997). |
| 1039 | Andrea Mancini, "New Frontiers for Onboard Stabilisers: SeaKeeperTM Gyroscopic Stabilisers" (2010) *available at* http://puma.isti.cnr.it/rmydownload.php?filename=cnr.insean/cnr.insean/2010-A0-029/2010-A0-029.pdf. (last visited Aug. 10, 2017). |
| 1040 | NASA, U.S. Standard Atmosphere (1976). |
| 1041 | James Jeans, An Introduction to the Kinetic Theory of Gases 24-52 (1967). |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

## I.    Mandatory Notices (37 C.F.R. § 42.8(a)(1))

### A. Real Party-in-Interest (37 C.F.R. § 42.8(b)(1))

Petitioner Wavetamer Gyros, LLC is the real party-in-interest in this Petition.

### B. Related Matters (37 C.F.R. § 42.8(b)(2))

U.S. Patent No. 8,117,930 (the '930 patent) resulted from a continuation of the application that issued as the '782 patent. The '930 patent, which includes claims substantially similar to the '782 patent, is the subject of a pending *Inter Partes* Review, filed by Petitioner.

### C. Lead and Back-up Counsel (37 C.F.R. § 42.8(b)(3))

| Lead Counsel | Back-up Counsel |
|---|---|
| David E. Bennett | Brandee N. Woolard |
| Reg. No. 32,194 | Reg. No. 68,785 |
| dbennett@coatsandbennett.com | bwoolard@coatsandbennett.com |
| 1400 Crescent Green, Suite 300 | 1400 Crescent Green, Suite 300 |
| Cary, NC  27518 | Cary, NC  27518 |
| Telephone:  (919) 854-1844 | Telephone:  (919) 854-1844 |
| Facsimile:   (919) 854-2084 | Facsimile:   (919) 854-2084 |

### D. Service Information

Service on Petitioner may be made by mail or hand delivery to: David E. Bennett, COATS & BENNETT, PLLC 1400 Crescent Green, Suite 300, Cary, NC 27518. Petitioners also consent to service by email at bwoolard@coatsandbennett.com.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

## II.    Payment of Fees (37 C.F.R. § 42.103)

Petitioner pays the fee set forth in 37 C.F.R. § 42.15(a) via EFT Account.

Petitioner authorizes the USPTO to charge any deficiencies, or credit any

overpayment, related to this fee to Deposit Account No. 18-1167.

## III.    Requirements for IPR (37 C.F.R. § 42.104)

### A.    Grounds for Standing (37 C.F.R. § 42.104(a))

Petitioner certifies that the patent for which review is sought is available

for *inter partes* review, and further certifies that Petitioner is not barred or

estopped from requesting an *inter partes* review challenging the patent claims on

the grounds identified in this petition.

### B.    Claims Challenged (37 C.F.R. § 42.104(b)(1))

Petitioner petitions for *inter partes* review of claims 1-23 of the '782 patent.

### C.    Specific Statutory Grounds (37 C.F.R. § 42.104(b)(2))

Ground 1:  Claims 1, 3-4, 7 and 9-10 are obvious under 35 U.S.C. §103 over

Jäger in view of common knowledge of a PHOSITA ("**Common Knowledge**").

Ground 2: Claim 8 is obvious over Jäger in view of Common Knowledge

and further in view of Sibley.

Ground 3:  Claims 1-5 and 7-9 are obvious under 35 U.S.C. §103 over

Sibley in view of Jäger and Common Knowledge.

Ground 4:  Claims 1-5 and 7-9 are obvious under 35 U.S.C. §103 over Sibley in view of Bimshas and Common Knowledge.

Ground 5:  Claim 6 is obvious under 35 U.S.C. §103 over Sibley in view of Jäger and Common Knowledge, and further in view of Adams.

Ground 6:  Claim 6 is obvious under 35 U.S.C. §103 over Sibley in view of Bimshas and Common Knowledge, and further in view of Adams.

Ground 7:  Claims 1-8 and 10 are obvious under 35 U.S.C. §103 over Adams in view of Sibley and Common Knowledge.

Ground 8:  Claims 4 and 9 are obvious under 35 U.S.C. §103 over Adams in view of Sibley and Common Knowledge, and further in view of Jäger.

Ground 9:  Claims 4 and 9 are obvious under 35 U.S.C. §103 over Adams in view of Sibley and Common Knowledge, and further in view of Bimshas.

Ground 10:  Claims 11-23 are obvious under 35 U.S.C. §103 over Adams in view of Sibley, Bimshas, and Common Knowledge.

Ground 11:  Claims 11-18, and 20-23 are obvious under 35 U.S.C. §103 over Adams in view of Jäger and Common Knowledge, and further in view of Bimshas.

Ground 12:  Claims 11-16, 18, 20 and 22-23 are obvious under 35 U.S.C. §103 over Woodard in view of Bimshas and Common Knowledge.

Ground 13:  Claims 16-17 and 21 is obvious under 35 U.S.C. §103 over Woodard in view of Bimshas and Common Knowledge, and further in view of Adams.

Ground 14:  Claim 19 is obvious under 35 U.S.C. §103 over Woodard in view of Bimshas and Common Knowledge, and further in view of Sibley.

## IV.    The '782 Patent

### A.    Subject Matter of '782 Patent, Filed Jan. 12, 2006

The '782 patent relates generally to flywheel devices and, more particularly, to a heat transfer assembly for cooling or dissipating heat from the bearings of a flywheel device.  Exhibit 1001, col. 1, ll. 7-10.  The specification of the '782 patent teaches a particular application of the heat transfer device in the context of a control moment gyroscope (CMG) used for roll attenuation in boats, i.e., a boat stabilizer, but explains that embodiments are applicable to cooling bearings in flywheel energy storage devices.  Col. 5, ll. 29-37.

The background of the '782 patent identifies overheating of bearings as a problem in flywheel devices such as boat stabilizers and energy storage flywheels. Exhibit 1001, col. 1, ll. 14-30.  Flywheels for CMGs and energy storage devices are often contained within a vacuum environment to reduce aerodynamic drag on the flywheel.  *Id.*  In this case, conventional air cooling methods cannot be used to cool the bearings supporting the flywheel.  *Id.*

The heat transfer assembly  as shown in Figures 1-3 of the '782 patent is designed to work in a vacuum environment.  Exhibit 1001, col. 1, ll. 7-10.  The heat transfer assembly includes two sets of interleaved fins 62, 66 for conducting heat away from the bearings.  The first set of fins 66 rotates with the flywheel and the second set of fins 62 is fixed relative to the housing.  Col. 6, l. 39-col. 7, l. 5. The interleaved fins 62, 66 are closely spaced to allow heat transfer from the first set of fins to the second set of fins by both gaseous convection and gaseous conduction.  *Id.*  The enclosure is preferably maintained at below-ambient pressure and contains a below-ambient density gas (e.g., helium or hydrogen).  Col. 6, ll. 25-29.

## B.    Claim Construction (37 C.F.R. § 42.104(b)(3))

In *inter partes* review proceedings, claims are given their broadest reasonable interpretation in light of the claims and specification.  *Corning Optical Commc'ns RF, LLC v. PPC Broadband, Inc.*, IPR2013-00340, Paper 89, p. 4, (PTAB Nov. 16, 2016) (summarizing the findings of the Federal Court in remanding the *inter partes* review); *see also* 37 C.F.R. § 42.100(b).

### 1.    Construction of "Adjacent"

The ordinary meaning of the term "adjacent" is "close to; lying near" or next to; adjoining."  *Adjacent*, The American Heritage Dictionary, https://ahdictionary.com/ (last visited Mar. 8, 2017).  The term "adjacent" is used

to convey the idea that two items are next to one another or adjoin one another. This is the narrowest meaning of adjacent. The term "adjacent" is often used to mean that two items are near or close to one another, which is the broadest reasonable construction and is consistent with the usage of the term adjacent in the specification and claims of the '782 patent.

## 2. Construction of "Vane"

Vane as used in the context of the claims and specification should be construed to mean a fin. The term "vane" is used in the context of the claims and specification as part of a cooling apparatus for transferring heat from and cooling heat generating component(s). The use of the term "vane" is synonymous with the term "fin" defined as "a projecting vane used for cooling." *Fin*, The American Heritage Dictionary, https://ahdictionary.com/ (last visited Mar. 8 2017). This is consistent with the prosecution history in which the Patent Office considered the term "vane" to be synonymous with a "fin or projection". *See* Exhibit 1002, Prosecution History, pp. 26, 57.

## 3. Construction of "primarily by conduction"

The ordinary meaning of the term "primarily" is "for the most part; mainly." Abate, Frank, and Elizabeth J. Jewell, "Primarily" Def. 1. *The New Oxford American Dictionary*. New York: Oxford UP, 2001. The phrase "primarily by conduction" therefore means mainly by conduction. In other words, the term

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

"primarily" requires only that conduction be the main mode of heat transfer, i.e., more than any other heat transfer mode.

### C.    Level of Ordinary Skill in the Art

The issue of obviousness is determined with reference to a person having ordinary skill in the art (PHOSITA).  The prior art indicates the level of ordinary skill in the art.  *Chore-Time Equip., Inc. v. Cumberland Corp*., 713 F.2d 774 (Fed. Cir. 1983).  A person having ordinary skill in the art to which the invention pertains would have a bachelor of science degree in mechanical engineering with several years' experience in the design of flywheel devices. Exhibit 1003, ¶14.

## V.    Common Knowledge and Art Prior to Jan. 12, 2006

### A.    Common Knowledge

Heat transfer occurs when a temperature differential exists within a medium or between media.  Due to the Second Law of Thermodynamics, heat travels in the direction from the warmer media to the cooler media.  There are three basic modes of heat transfer in a partial vacuum:  conduction, convection, and radiation.  The heat transfer mechanisms are natural phenomena presumed to be known to a PHOSITA.  Exhibit 1003, ¶15.

Conduction occurs when a temperature differential exists in a stationary medium.  The stationary medium may be solid, fluid, or gas.  Heat transfer by conduction is due to the random movement of and collisions between molecules in

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

the stationary medium.  When two molecules collide, energy is transferred from the molecule with higher energy to the molecule with lower energy.  Convection refers to heat transfer between a fluid (liquid or gas) moving relative to a surface, when the two are at different temperatures.  *Id.*

Convection is comprised of two distinct mechanisms: energy transfer due to the random motion of molecules (conduction) and energy transfer associated with the relative bulk movement of the fluid (advection).  *Id.*  Convection is sometimes used to refer only to the advection component when distinguished from conduction.  *See* Exhibit 1001, col. 1, ll. 39-51 (distinguishing conduction from convection by defining convection by referring only to the advection component).

Heat transfer by radiation occurs when the thermal emissions of matter are transported across space by electromagnetic waves.  Heat transfer by radiation is dependent on the temperature differential between surfaces.  Exhibit 1003, ¶15.

Thermal conductivity is a material property describing its ability to conduct heat.  The thermal conductivity of gases is dependent on factors such as temperature and pressure.  Gases of higher thermal conductivity have a greater capacity to transfer heat.  For example, at atmospheric pressure and 25°C, air has a conductivity of 0.026W/mK, hydrogen has a conductivity of 0.182W/mk, and helium has a greater conductivity of 0.151W/mK.  Exhibit 1003, ¶16.

A heat sink is a device that transfers thermal energy from a higher temperature medium to a lower temperature medium.  A heat sink may employ any or multiple modes of heat transfer: conduction, convention, and radiation.  The rate at which heat is transferred depends upon the temperature gradient and the surface area across which the heat is transferred.  Heat sinks are commonly provided with cooling fins to increase the surface area over which heat is transferred, and thus increase the rate of heat transfer.  It is common practice to cool the fins of a heat sink with a moving liquid or gas (e.g., air).  Exhibit 1003, ¶17.

Interleaved fin thermal connectors are well-known tools to a PHOSITA to apply these same principles to transfer heat between closely spaced surfaces.  In interleaved fin thermal connectors, cooling fins extend from two surfaces to form an array of interleaved fins.  The convoluted interface between the interleaved fins provides a much larger surface area than the original planar surfaces to greatly enhance heat transfer.  The interleaved fins may be designed to translate linearly relative to one another, or to rotate relative to one another.  Exhibits 1008 – 1020 show various interleaved fin thermal connectors.  Exhibit 1003, ¶18.

Interleaved fin thermal connectors can be used in partial vacuums.  *See* Exhibits 1008, 1016, and 1021.  The term "partial vacuum" is used to describe vacuums that include some gaseous material, but the gas is held at pressure below atmospheric pressure (760 Torr).  Exhibit 1003, ¶19.  As noted in the '782 patent,

heat transfer occurs in a partial vacuum.  Col. 2, ll. 5-16.  In partial vacuums, heat transfer by gaseous conduction is largely unaffected until a vacuum pressure of approximately 1 Torr is reached.  Exhibit 1003, ¶19.

### B.    Gyroscopic Roll Stabilizers

A gyroscopic roll stabilizer comprises a flywheel mounted in a gimbal that is attached to the hull of a boat.  When the flywheel is rotated at high speeds, the angular momentum of the flywheel causes the flywheel to rotate or precess about the gimbal axis.  By controlling the precession rate, a torque may be created to dampen or suppress the rolling motion of the boat.

Gyroscopic roll stabilizers have been in use for over 100 years.  For example, early gyroscopic roll stabilizers are disclosed in U.S. Patent No. 796,893 to Brennan (Exhibit 1028) and U.S. Patent No. 1,150,311 to Elmer Sperry (Exhibit 1029).  More recent roll stabilizers are shown in U.S. Patent No. 5,628,267 to Hoshio (Exhibit 1030).

### C.    Exhibit 1006, U.S. Patent No. 6,973,847 to Adams *et al.*, Issued December 13, 2005

Adams discloses a gyroscopic roll stabilizer for a boat.  Adams, Abstract.  Figure 5 of the '847 patent reproduced below shows main components of the gyroscopic roll stabilizer.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019



**'847 Patent, Fig. 5**

The gyroscopic roll stabilizer in Adams includes a flywheel 16, shaft 18, spin motor 24, and bearings 20 (heat generating elements).  Col. 6, ll. 41-49; Figs. 5-6.  An enclosure 30 surrounds the flywheel 16, shaft 18, bearings 20, and spin motor 24.  *Id.*  The enclosure maintains a below-ambient pressure and/or includes a below ambient density gas (e.g., helium) to reduce aerodynamic drag.  Adams, col. 6, l. 57-col. 7, l. 2.  Adams also discloses that "[p]rovision for cooling the flywheel bearings may be necessary at very high tip speeds."  Col. 7, ll. 21-30.  Adams, however, does not disclose any details of the bearing cooling device.

### D.    Exhibit 1007, U.S. Patent No. 6,959,756 to Woodard *et al.*, Issued November 1, 2005

Woodard discloses a flywheel energy storage system.  Woodard, Col. 19, ll. 24-28.  The flywheel energy storage system includes an enclosure maintained under vacuum to reduce aerodynamic drag on the flywheel.  *Id*. at ll. 33-38. Woodard recognizes the problem of bearing heating and describes a cooling device that is intended to work in a vacuum.  Col. 1, ll. 9-12.  Describing the bearing heating problem, Woodard states:

> The typical flywheel assembly 104 includes a flywheel, a shaft to which is secured the flywheel and one or more bearings or bearing assemblies that rotatably support the shaft. … Because the rotatable supporting of the rotating flywheel results in the production of heat energy in the bearings or bearing assemblies, the operational life of the flywheel assembly 104 as well as the operational life of the flywheel energy storage system 100 is dependent in part upon the ability of the flywheel energy storage system to dissipate heat energy developed in the bearings or bearing assemblies.

Woodard, Col. 1, ll. 42-58.

Woodard also describes several known solutions for cooling bearings in a flywheel assembly.  Woodard, col. 1, l. 53-col. 2, l. 4.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

Woodard's approach to heat dissipation allows for some relative radial and axial movement of the heat transfer components.  Describing in general how his heat transfer assembly 200 works, Woodard states:

> The present invention features a heat transferring device that dissipate [sic] heat energy being generated by a device that produces or generates unusable heat energy during operation such **as a bearing(s)**, more particularly the one or more bearing assemblies of a flywheel energy storage system **being under a vacuum environment**. Such a heat transferring device is advantageously configured and arranged so that at least some of the heat energy of the heat generating device or bearing is communicated directly from the locus of the bearing or heat generating device directly to a heat sink structure remote from the locus of the bearing or heat generating device.

Woodard, col. 2, ll. 30-41 (emphasis added).

The heat transfer assembly 200 in Woodard is shown in Figure 8 reproduced below.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019



**Woodard, Fig. 8**

The heat transfer assembly 200 includes a first conductive member (i.e., inner member 202) thermally coupled to the flywheel bearings (e.g., bearings 604, 606), and a second conductive member (i.e., outer member 204) thermally coupled to a heat sink (e.g., housing 602, not shown in Fig. 8, for the energy storage flywheel). Woodard, col. 7, ll. 44-46, 65-col. 8, l. 16; Figs. 6, 8. Third conductive members 206 transfer heat from the inner member to the outer member. *Id.* The third conductive members are described as being flexible to allow for some relative radial and axial movement between the inner member and outer member. Col. 4, ll. 29-32. The entire assembly is contained within an enclosure that maintains a vacuum within the enclosure. Col. 19, ll. 25-28.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

### E.    Exhibit 1009, U.S. Patent Publication No. 2005/0040776 to Sibley, Published February 24, 2005

Sibley discloses a flywheel energy storage system.  Sibley, Abstract.  Figure 4 of Sibley is reproduced below.



**Sibley, Fig. 4**

Sibley's flywheel energy storage system includes a flywheel 412, motor 414, and shaft 416 enclosed within a vacuum enclosure 418.  Sibley, [0129-0134]; Fig. 4.  The energy storage system further includes a bearing assembly 436 including an inner ring 446, an outer ring 444, and a plurality of bearing balls 442.

Sibley, [0134]. Sibley explains that if the bearings overheat due to bearing friction, the bearings will self-destruct during operation. Sibley, [0011].

The shaft 416 in Sibley is provided with cooling fins 438 to dissipate heat that builds up due to bearing friction. Sibley, [0142], Fig. 4; *see also* Fig. 24, [0177] (cooling fins 703). Fins 438 extend radially from the shaft 416 and rotate with the shaft 416. *Id.* Stationary heat transfer fins 440 are integrally formed with the vacuum enclosure 448. *Id.* The rotating fins 438 and stationary fins 440 are interleaved. *Id.* In the cooling device described by Sibley, heat flows by solid conduction from the inner race of the bearings and rotating shaft 416 to the rotating fins 438, across the gap between the rotating fins 438 and to the stationary fins 440, and by solid conduction from the stationary fins 440 to the exterior of the enclosure 418. Sibley, [0141-0144].

### F.    Exhibit 1010, German Patent No. DE19909491 to Jäger, Published September 7, 2000

German patent DE 19909491 to Jäger discloses a cooling device for cooling a rotatably mounted shaft. Jäger, Col. 1, ll. 5-6. The shaft is rotatably journaled in bearings that include an inner race and an outer race. Fig. 1 (as shown below). As described by Jäger, bearing friction causes heat buildup in the inner race and in the rotating shaft. Col. 4, ll. 4-11. Jäger discloses a cooling device for dissipating heat generated by bearings. *Id.*

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019



**Jäger, Figure 1**

The cooling device in Jäger comprises two thermally conductive members or heat sinks that rotate relative to one another.  Jäger, col. 1, ll. 26-35; Fig. 1.  The inner heat sink 6 is attached to the rotating shaft 3 and includes a first set of

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

equally-spaced cooling fins 9.  Col. 2, l. 51-col. 3, l. 12.  The cooling fins are in the form of flat, planar discs that extend radially outward from the outer surface of the first cooling body.  *Id.*  The outer heat sink 7 is connected to the housing 1 surrounding the rotating shaft 3 and includes equally-spaced cooling fins 12, 13 that extend radially inward towards the shaft.  Col. 3, ll. 16-22.  The fins on the heat sinks are staggered relative to one another and interleaved.  *Id.* at 22-30.  The space between the fins is filled "with air or another gas."  Col. 1, ll. 33-35.

### G.    Exhibit 1012, U.S. Patent No. 3,844,341 to Bimshas *et al.*, Issued October 29, 1974

Bimshas discloses a rotatable heat transfer device 10 with interleaved fins 12, 16 for transferring heat from a heat source to a relatively rotating heat sink without the use of blowers.  Bimshas, col. 1, ll. 29-31.  Bimshas indicates that the heat transfer device 10 can be used in inertial guidance system to transfer heat between relatively rotating gimbals.  *Id.* at ll. 22-26.

Figure 1 of Bimshas is reproduced below.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019



**Bimshas, Fig. 1,**

In Bimshas, first and second thermally conductive members 10, 14 are mounted for relative rotation.  Col. 2, ll. 31-36; Fig. 1.  The first member 10 connects to a heat source (not shown), which may be any component that generates heat.  *Id.* at ll. 5-8.  First member 10 includes a first set of equally spaced fins 12.  *Id.* at ll. 8-10.  The second member 14 connects to a heat sink (not shown) and includes a second set of equally spaced fins 16.  *Id.* at ll. 11-13.  The fins 16 are interleaved so that the fins 16 on the second member extend into the gaps between the fins 12 on the first member 10, and vice versa.  *Id.* at ll. 13-16.  The spacing between the fins is between 0.005-0.007 inches (or 0.127mm-0.178mm).  *Id.* at ll. 24-26.  Bimshas teaches that the space between the fins may be filled with a thermally conductive gas such as helium to reduce thermal impedance.  Col. 3, ll. 22-24.

25

In the embodiment shown in Figure 1, the fins 12 and 16 are in the form of concentric cylinders extending in a direction parallel to the axis of relative rotation. Bimshas, col. 1, ll. 37-39.  In other embodiments, the fins 12, 16 are in the form of flat, annular disks extending in a direction perpendicular to the rotational axis.  *Id.* at ll. 40-50; Fig. 2.

## VI.    Grounds 1 and 2

The Claim Chart Appendix (Section XII) provides a claim mapping of all the elements of claims 1, 3-4, 7-10 in accordance with Grounds 1 and 2.

### A.    Claim 1 is obvious over Jäger in view of Common Knowledge (Ground 1)

Jäger explicitly or implicitly discloses all of the limitations of claim 1, except the limitation that the gas between the interleaved fins is "at below ambient pressure or below ambient density." Jäger discloses an enclosure (housing 1) filled with air "or another gas," first plurality of vanes (fins 9) attached to a spinning member (rotating shaft 3), a second plurality of vanes (cooling fins 12, 13) fixed relative to the housing 1, and heat generating components (bearings 4, 5) supporting the shaft 3. The first set of fins 9 rotate with the shaft 3 relative to the housing 1. The second set of fins 12, 13 define gaps into which the first set of fins 9 extend so that the first set of fins 9 and second set of fins 12, 13 are interleaved. The first set of fins 9 and second set of fins 12, 13 are located adjacent the bearings 4, 5 that support the rotating shaft 3. The bearings 4, 5 include an inner race attached to the rotating shaft 3 so as to rotate with the rotating shaft 3, and an outer race attached to the housing 1.

The cooling device in Jäger is configured so that heat is transferred from the bearings 4, 5 to the outside of the housing 1. Heat flows by solid conduction from

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

the inner race of the bearings 4, 5 and rotating shaft 3 to the first set of fins 9, through a gaseous medium from the first set of fins 9 to the second set of fins 12, 13, and by solid conduction from the second set of fins 12, 13 to the exterior of the housing 1.  Jäger explicitly discloses that air "or another gas" fills the space between the interleaved fins to enable gaseous conduction and convection. Abstract.  Jäger explains:

> The cooling device according to the invention enables efficient cooling of the shaft by generating a heat flux in the direction of the heat sink on the side of the body, **which is based both on radiation and on heat transfer carried out through gas that is located between the cooling bodies**.

Because the fins are closely spaced to enable heat transfer and the relative motion of the fins would necessarily cause bulk movement of the air or gas, heat would necessarily be transferred by both gaseous conduction and gaseous convection.  Exhibit 1003, ¶28.

Jäger does not explicitly disclose that the housing 1 contains "a gas at below ambient pressure or below ambient density."  However, Jäger does state that the housing 1 may contain air "or another gas."   Because the purpose of the cooling device in Jäger is to create a heat flux in the direction of the housing 1, a PHOSITA would likely consider other gases that improve thermal conduction. Exhibit 1003, ¶28.

28

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

It is well-known that both hydrogen and helium are below-ambient density gases with significantly higher thermal conductivity than air. Exhibit 1003, ¶16. Therefore, a PHOSITA would be motivated to use hydrogen or helium as the gas between the fins to improve heat conduction and convection. Using hydrogen or helium would also reduce aerodynamic drag, providing another reason for replacing air with hydrogen or helium.

## B. Claims 3-4, 7, and 9-10 are obvious over Jäger in view of Common Knowledge (Ground 1)

Claim 3 recites that "first and second vanes have closely spaced exposed surfaces across which heat is transferred." Claims 4 recites that "the separation between the first vanes and the second vanes is greater than 0.025 mm but less than 10 mm." Jäger discloses that the fins are spaced close enough so that heat is transferred from the first fins to the second fins, which is "closely spaced" as recited in claim 3 under the broadest reasonable construction of the term. Jäger further discloses interleaved heat transfer fins with a gap between 0.1-0.2 mm, within the range recited in claim 4. Selecting the dimension of the gap between the fins would involve only routine skill to optimize a known result-dependent variable. Exhibit 1003, ¶34. Accordingly, claims 3 and 4 are obvious over Jäger in view of common knowledge.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

Claim 7 recites "a heat sink to which heat flows from the second vanes."
Jäger discloses a sleeve 10 that functions as a heat sink.  Heat is transferred by the
second fins 12, 13 to the sleeve 10 and from the sleeve 10 to the outside of the
housing 1.  A cooling gas or cooling fluid may cool the outer surface of the heat
sink/sleeve 10 and carry the heat to the outside of the housing.

Claim 9 recites that "the gas has a molecular mean free path equal to or less
than the distance between the first and second vanes."  Under normal flywheel
operating conditions, the mean free path of air is between 0.000068  mm (at 25˚C,
760 Torr) and 0.065 mm (at 100˚C, 1 Torr).  Exhibit 1003, ¶42.  These values are
well below the maximum gap size of 10 mm, and well below the gap size disclosed
in Jäger.

Also, it is generally known that the viscosity of a moving fluid confined in
the gap between two cylinders is affected by the mean free path.  *Id.*  A mean free
path exceeding the distance between the cylinders would greatly increase
kinematic viscosity and reduce heat transfer.  Exhibit 1003, ¶42 (citing Exhibit
1008, p. 23, ll. 3-9 (explaining that to be insulating, the molecules must generally
be able to traverse a gap without colliding into one another, which occurs when the
mean free path of the gas molecules is greater than or equal to the distance between
surfaces of the gap).  This is consistent with the description in the background of
the '782 patent noting that heat conduction is reduced at low pressures when the

mean free path of the gas exceeds that distance between the surfaces. '782 Patent, col. 2, ll. 5-16. Therefore, a person designing an interleaved fin cooling device would select parameters such as fin spacing, gas type, and operating pressure so that the mean free path of the gas is less than the fin spacing to improve heat transfer. Exhibit 1003, ¶42.

Claim 10 recites that the gas in the enclosure has a higher thermal conductivity than air. Jäger discloses that air "or another gas" occupies the space between the first set of fins 9 and the set of fins 12, 13. As noted above, both helium and hydrogen are below-ambient density gases and have higher thermal conductivity than air. Exhibit 1003, ¶16. Therefore, for the reasons set forth in Section VI.A, it would be obvious to use hydrogen or helium gas in Jäger to increase heat conduction.

### C.    Claim 8 is obvious in view of Jäger and Common Knowledge and further in view of Sibley (Ground 2)

Claim 8 recites that "the heat sink comprises air-cooled fins on the exterior of the enclosure." Sibley discloses air-cooled fins on the exterior of an enclosure to increase heat transfer. It would be obvious to have air-cooled fins on the exterior of the housing 1 in Jäger as taught by Sibley in place of liquid cooling to dissipate heat from the sleeve 10. Using air-cooled fins in place of liquid cooling is nothing more than the substitution of one known equivalent for another. Further,

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

a PHOSITA would recognize that having air-cooled fins on the exterior of the

housing would increase heat dissipation from the exterior of the housing.  Exhibit

1003, ¶37.

## VII. Grounds 3-6

The Claim Chart Appendix (Section XII) provides a claim mapping of all the elements of claims 1-10 in accordance with Grounds 3-6.

### A. Claim 1 is obvious in view of Sibley in View of Jäger or Bimshas and Further In View of Common Knowledge (Grounds 3 and 4).

Sibley discloses all of the limitations of claim 1, except for the limitations regarding the mode of heat transfer between the interleaved fins. Sibley discloses a spinning member (flywheel assembly 412, 416) within an enclosure (enclosure 418) containing a gas at "high vacuum," a first plurality of vanes (cooling fins 438) attached to the flywheel assembly 412, 416, a second plurality of vanes (cooling fins 440) fixed relative to the enclosure 418, and heat generating components (bearings 436) supporting the flywheel assembly 412, 416. The first set of fins 438 rotate with the flywheel assembly 412, 416 relative to the enclosure 418. The second set of fins 440 define gaps into which the first set of fins 438 extend so that the first set of fins 438 and second set of fins 440 are interleaved. Sibley, [0129-0134]; [0142-0144]; Fig. 4.

The first set of fins 438 and second set of fins 440 are located adjacent the bearing assembly 436 that supports the flywheel assembly 412. The fins 348, 440 are close enough so that heat is transferred from the bearings 436 to the cooling fins 438, 440, which under the broadest reasonable construction is adjacent the

bearings 436. The bearings 436 include an inner ring or race attached to the

flywheel assembly 412 to rotate with the flywheel assembly 412, and an outer race

fixed relative to the enclosure 418. Heat flows by solid conduction from the inner

race of the bearings 436 and shaft 416 to the first set of fins 438, across the gap

from the first set of fins 438 to the second set of fins 440, and by solid conduction

from the second set of fins 440 to the exterior of the enclosure 418.

Sibley notes that heat is transferred between the first set of fins 438 and the

second set of fins 440 by radiation. Sibley is silent about other modes of heat

transfer in its high vacuum environment. [0133]. At high vacuum, some gas is

present in the gaps between the first set of fins 438 and the second set of fins 440.

Exhibit 1003, ¶21. Because gas is present, heat transfer by gaseous conduction

naturally occurs. *Id*.

It would be obvious to a PHOSITA designing a system with interleaved fins

as taught by Sibley to consider the design of other interleaved-fin thermal

connectors in selecting parameters such as fin spacing, gas type, and operating

pressure. Exhibit 1003, ¶22. Jäger and Bimshas are related to the design of

interleaved fin thermal connectors for transferring heat away from a heat

generating component. Jäger explicitly discloses that air "or another gas" fills the

space between the interleaved fins to enable gaseous conduction and convection.

Abstract. Jäger explains:

The cooling device according to the invention enables efficient cooling of the shaft by generating a heat flux in the direction of the heat sink on the side of the body, **which is based both on radiation and on heat transfer carried out through gas that is located between the cooling bodies**. The heat transfer is in this case aided by the rotation of the first heat sink on the side of the shaft and by the strong turbulence created in this manner of the gas located between the cooling bodies. **In addition to the radiation, only the gas that is present in the housing is required for the heat transport.**

Bimshas also explicitly discloses that a **thermally efficient** gas <u>such as helium</u> may be used in the space between interleaved fins to improve gaseous conduction. Implicitly, the reason for using a thermally efficient gas is to increase gaseous conduction and convection. Therefore, it would be obvious to use air or helium in the air gap between the interleaved fins 438, 440 in Sibley to provide for heat transfer by gaseous conduction and gaseous convection as taught by Jäger and Bimshas. Exhibit 1003, ¶22. The reason for doing so is that radiation can achieve only a very small amount of heat transfer due to a low temperature differential and relatively small surface areas on the fins, which by itself may be insufficient to keep the bearings cool. *Id.* In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection. *Id.*

Accordingly, claim 1 is obvious over Sibley in view of Jäger or Bimshas and further in view of Common Knowledge.

### B.    Claims 2-5 and 7- 9 are obvious over Sibley in view of Jäger or Bimshas, and further in view of Common Knowledge (Grounds 3 and 4).

Claim 2 recites that the "heat transfer between the first and second vanes is primarily by gaseous conduction." This limitation simply describes the most obvious, and perhaps the only, solution to the problem of transferring heat away from a bearing in a partial vacuum environment.

Operation of the flywheel in a partial vacuum environment is desirable or necessary to reduce aerodynamic drag. Exhibit 1003, ¶¶11, 23. At the pressure ranges needed to significantly reduce aerodynamic drag, there is likely to be only small amounts of heat transfer by advection and radiation. Exhibit 1003, ¶¶23, 39-41. As noted in the '782 patent, in a vacuum "convective cooling with air becomes more difficult because of the reduced pressure, and radiant heat transfer may be negligible because the temperature differentials may not be large enough to transfer a significant amount [of heat]." Col. 4, ll. 27-32. For a practical flywheel device where heat transfer between interleaved fins is an important design objective, the heat transfer will be primarily by gaseous conduction because 1) advection diminishes rapidly at pressures lower than 1 atmosphere (760 Torr); and 2) only a small amount of heat can be transferred by radiation due to the limited

surface area of the fins and the relatively low temperature differential at desired operating temperatures. Exhibit 1003, ¶23. In comparison to radiation, significantly more heat transfer can be achieved by gaseous conduction. Exhibit 1003, ¶22.

Therefore, reliance on gaseous conduction to get significant heat transfer is almost certainly necessary. Reliance on gaseous conduction is not simply one of several ways of transferring heat, but rather is the only practical way to transfer significant amount of heat in a partial vacuum.

In proceedings before the European Patent Office for a corresponding EP application, the Patent Owner admitted that neither gaseous convection nor radiation provided a suitable mechanism for heat transfer in a partial vacuum, leaving gaseous conduction as the only practical solution. *See* Exhibit 1036 (including an EPO office action, Patent Owner response, and published EP application). The EPO cited the Jäger reference in rejecting the claims in the corresponding EP application in an opinion issued January 2, 2013. *Id.* at pp. 1, 4. The Applicant amended the pending claim in response to recite that heat transfer between the fins occurred by gaseous conduction. *Id.* at pp. 8, 16-21. Distinguishing the claimed invention, the Patent Owner argued that Jäger and another cited reference EP 1,193,837 relied on heat transfer by gaseous convection,

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

rather than gaseous conduction, "which is <u>not</u> compatible with providing a partial vacuum." *Id.* at p. 9 (emphasis original). The Patent Owner further argued that:

> The amount of heat that can be removed from a rotating shaft by radiation using interleaved fins is low. Radiant heat transfer relies on a large temperature differential and/or a large surface area neither of which is desirable in the rotating machine arrangements of the present invention. The rotating and stationary components should not operate at the required high temperature differentials because of the adverse effects on lubricant life and thermal expansions. The necessary fins surface area cannot be incorporated in the machine to allow the rotating and stationary components to operate at low temperature differentials.

Patent Owner's admissions in the proceedings before the European Patent Office show that gaseous conduction is, for most practical purposes, required to get significant heat transfer between interleaved fins in a partial vacuum.

Use of a partial vacuum environment involves a known tradeoff between two competing design criteria in flywheel systems: reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer by gaseous conduction and convection. Exhibit 1003, ¶23. If effective heat transfer is an important design objective as suggested by Sibley, this tradeoff may be addressed by reducing pressure to achieve a significant reduction in aerodynamic drag while

38

maintaining sufficient pressure for gaseous conduction and convection. *Id.*
Significant reduction in aerodynamic drag can be achieved with slight reduction in
pressure (e.g., from atmospheric pressure, 760 Torr, to .01 Torr) while maintaining
significant gaseous conduction. *Id.* In the range of .076 to 76 Torr, heat transfer
would be primarily by gaseous conduction. Exhibit 1003, ¶¶39-41.

Petitioner's expert, Dr. Buckner, has conducted simulations to analyze heat
transfer across a viscous fluid confined in a gap between two relatively rotating
cylinders using a Taylor-Couette flow model. *Id.*; Exhibit 1005. His analysis
shows that in the range of 7.6 Torr-0.076 Torr, a range where flywheel devices are
likely to operate, gaseous conduction will be the dominant mode of heat transfer.
Exhibit 1005, pp. 2, 6-7. This range encompasses preferred operating pressure
disclosed in the '782 patent, and in the Patent Owner's own prior patent (the '847
patent). Col. 7, ll. 6-8; col. 4, ll. 23-31.

While further reductions in aerodynamic drag could be achieved at even
lower pressures, this benefit would be offset by significantly reduced heat transfer.
Exhibit 1003, ¶23. Such solutions are not likely to be considered by a PHOSITA
designing a system to transfer heat as in Sibley.

Balancing the tradeoff to address Sibley's objectives of reducing
aerodynamic drag losses and enhancing cooling of the bearings and motor is the
type of routine design optimization task within the skill level of a PHOSITA. *Id.*,

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

*see In re Aller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955) ("[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation."). In balancing this trade-off, a PHOSTA would be hard pressed to create and design a flywheel device that achieved both significant reductions in aerodynamic drag and significant heat transfer without relying on gaseous conduction as the primary mode of heat transfer. Accordingly, the subject matter of claim 2 is obvious to a PHOSITA.

Claim 3 recites that "first and second vanes have closely spaced exposed surfaces across which heat is transferred." Claims 4 recites that "the separation between the first vanes and the second vanes is greater than 0.025 mm but less than 10 mm." Sibley discloses that the fins are spaced close enough so that heat is transferred from the first fins 438 to the second fins 440, which are "closely spaced" as recited in claim 3 under the broadest reasonable construction of the term. Sibley does not disclose the dimensions of the gap. Bimshas and Jäger both expressly disclose an interleaved fin structure with spacing squarely within the range recited in claim 4. Jäger discloses interleaved heat transfer fins with a gap between 0.1-0.2 mm. Col. 3, ll. 22-30. Bimshas discloses interleaved heat transfer fins with a gap between .005 (.127 mm) to .007 (.178 mm) inches. Col. 2, ll. 23 – 26. Thus, it would be obvious to use the fin spacing of Jäger or Bimshas in the

Sibley fin structure to enhance heat transfer.  Selecting the dimension of the gap
between the fins to optimize the amount of heat transfer according to design
objectives would involve only routine skill to optimize a known result-dependent
variable. Exhibit 1003, ¶34.

Claim 5 depends from claim 1 and further recites that "the gas is both below
ambient pressure and below ambient density."  Sibley explicitly discloses that the
enclosure is maintained at below-ambient pressure.   Jäger discloses that the
enclosure contains air or another gas.  Col. 1, ll. 33-35.  As noted above, a
PHOSITA would be motivated to use below-ambient density gases such as helium
or hydrogen within the enclosure to reduce aerodynamic drag and increase heat
transfer by gaseous conduction.  Bimshas explicitly discloses use of helium to fill
the gap between the interleaved heat transfer fins.  Col. 3, ll. 22-24.  Accordingly,
claim 5 is obvious over Sibley in view of Jäger or Bimshas and further in view of
Common Knowledge.

Claim 7 depends from claim 1 and further recites "a heat sink to which heat
flows from the second vanes." Claim 8 depends from claim 7 and recites that "the
heat sink comprises air-cooled fins on the exterior of the enclosure."  Sibley
discloses that heat is transferred from the second set of fins 440 to the enclosure,
which functions as a heat sink as recited in claim 7.  Sibley further discloses that
the enclosure 418 includes air-cooled fins as recited in claim 8 to dissipate heat to

the ambient air.  Accordingly, claims 7 and 8 are obvious over Sibley in view of Jäger or Bimshas and further in view of Common Knowledge.

Claim 9 recites that "the gas has a molecular mean free path equal to or less than the distance between the first and second vanes."  Under operating conditions normal for a flywheel, the mean free path of air is between 0.068 mm (at 25˚C, 760 Torr) and 0.065 mm (at 100˚C, 1 Torr).  Exhibit 1003, ¶42.  These values are well below the maximum gap size of 10 mm recited in claim 4, and well below the gap size disclosed in Jäger and Bimshas size.  *Id.*

Also, it is generally known that the viscosity of a moving fluid confined in the gap between two cylinders is affected by the mean free path.  *Id.*  A mean free path exceeding the distance between the cylinders would greatly increase kinematic viscosity and reduce heat transfer.  *Id.*; *see also* Exhibit 1008, p. 23, ll. 3-9. Therefore, a PHOSITA designing an interleaved fin cooling device for a flywheel in a partial vacuum would likely select parameters such as fin spacing, gas type, and operating pressure so that the mean free path of the gas is less than the fin spacing.  Exhibit 1003, ¶42.

## C.    Claim 6 is obvious over Sibley in view of Jäger or Bimshas, and further in view of Common Knowledge and Adams (Grounds 5 and 6)

In a similar technology area, Adams discloses a flywheel device used as a roll stabilizer for a boat as recited in claim 6.  It would be obvious to a PHOSITA

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

to apply the cooling techniques of Sibley to the flywheel and enclosure of the boat roll stabilizer of Adams. Adams explicitly discloses a need to cool the bearings 20, but does not describe the cooling device. Col. 7, ll. 21-30. A PHOSITA would recognize that the teachings of Sibley related to cooling bearings in a flywheel energy storage device are generally applicable to other flywheel devices (e.g., Adams roll stabilizer). The '782 Patent acknowledges in its background section that it is known that the same cooling problems exists in different flywheel devices that have a vacuum enclosure containing heat generating bearings. Col. 1, ll. 24-30. The motivation to combine Adams and Sibley is that Adams explicitly discloses the need for a cooling device to cool the flywheel bearings, and Sibley discloses a cooling device for cooling flywheel bearings. Adapting the flywheel device described by Sibley for use as a roll stabilizer as taught by Adams requires only routine skill.

## VIII. Grounds 7-9

The Claim Chart Appendix (Section XII) provides a claim mapping of all
the elements of claims 1-10 in accordance with Grounds 7-9.

### A.    Claim 1 is obvious over an Adams in view of Sibley and Common Knowledge (Ground 7)

Adams discloses a gyroscopic roll stabilizer for a boat.  Adams, Abstract;
col. 6, ll. 9-34; Figs. 1-7.  The gyroscopic roll stabilizer in Adams includes a
flywheel 16 and bearings 20 (i.e., heat generating elements) contained within a
vacuum enclosure 30.  Col. 6, ll. 41-49; Figs. 5-6.  Adams also discloses the need
for a cooling device to cool the flywheel bearings.  Col. 7, ll. 28-29.  Adams,
however, does not disclose any details of the bearing cooling device.

In a closely related technology area, Sibley discloses a flywheel energy
storage system 10, which like Adams includes a flywheel 412 supported by
bearings 346 and enclosed within a vacuum enclosure 418. Sibley, [0011].  Sibley
also teaches a cooling device comprising interleaved fins 438, 440 to cool the
flywheel bearings 346.  [0142-0144].

It would be obvious to a PHOSITA to use the cooling fins 438, 440 of
Sibley in Adams' gyroscopic roll stabilizer.  Adams explicitly discloses a need to
cool the bearings 20, but does not describe the cooling device.  Col. 7, ll. 29-30.  A
PHOSITA would recognize that the teachings of Sibley related to cooling bearings

in a flywheel energy storage device are applicable to other flywheel devices (e.g., Adams roll stabilizer). Exhibit 1003, ¶30. A PHOSITA would be motivated to incorporate interleaved cooling fins 438, 440 as described by Sibley into the flywheel device of Adams to cool Adams' flywheel bearings 20. *Id.* It would be obvious to add rotating fins 438 to the shaft 18 of the Adams flywheel 16 and stationary fins 440 to the enclosure 30 in Adams. The motivation to combine Adams and Sibley is that Adams explicitly discloses the need for a cooling device to cool the flywheel bearings 20, and Sibley discloses a cooling device for cooling flywheel bearings. *Id.*

The Adams/Sibley combination discloses all of the limitations of claim 1 as shown in the Claim Chart Appendix (Section XII). Adams discloses a spinning member (flywheel assembly 16, 18) within an enclosure (enclosure 30) containing a gas at below-ambient pressure. Adams further discloses heat generating components (bearings 20) supporting the flywheel assembly. The bearings 20 in the Adams/Sibley combination include an inner ring or race attached to the flywheel assembly 412 to rotate with the flywheel assembly 412, and an outer race attached to the enclosure 30.

Sibley discloses a cooling device including a first plurality of vanes (fins 438) attached to a flywheel shaft, and a second plurality of vanes (cooling fins 440) fixed relative to an enclosure. The first set of fins 438 rotate with the flywheel

shaft relative to the enclosure 30. The second set of fins 440 define gaps into which the first set of fins 438 extend so that the first set of fins 438 and second set of fins 440 are interleaved. The first set of fins 438 and second set of fins 440 are disposed in close proximity to the bearings 20 to enable heat transfer from the bearings 20 to the cooling fins, 438, 440, which under the broadest reasonable construction is adjacent the bearings 20 of the Adams/Sibley combination. In Sibley, heat flows by solid conduction from the inner race of the bearings and flywheel shaft to the first set of fins 438, across the gap from the first set of fins 438 to the second set of fins 440, and by solid conduction from the second set of fins 440 to the exterior of the enclosure 30.

Sibley does not mention conductive or convective heat transfer between the first and second sets of fins. However, both conductive and convective heat transfer would naturally occur at the operating pressures taught by Adams. Exhibit 1003, ¶¶21-23; 39-41. Specifically, Adams teaches that "the pressure is preferably below 190 Torr (0.25 atmosphere), and more preferably below 7.6 Torr (0.01 atmosphere)." Col. 7, ll. 4-6. At the pressures taught by Adams, there would be a significant amount of gas in the space between the fins so that heat transfer by gaseous conduction and convection would naturally occur due to the Second Law of Thermodynamics. Exhibit 1003, ¶¶21, 39-41; Exhibit 1005. Petitioner's expert, Dr. Buckner, has performed simulations confirming that conductive and convective

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

heat transfer both occur between the interleaved fins in the pressure range taught by Adams. *Id*.

Further, as noted in Sections VII.A and VII.B above, a PHOSITA would recognize that, in an interleaved fin thermal connector for a boat stabilizer, radiation alone would not be likely to provide sufficient heat transfer to cool the bearings. Exhibit 1003, ¶22. In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection. *Id*. If heat transfer is an important design objective, a PHOSITA would design the system to operate at pressures that significantly reduce aerodynamic drag (which reduces heat generation) while providing significant heat transfer by gaseous conduction and gaseous convection. Exhibit 1003, ¶23.

Accordingly, claim 1 is obvious over Adams in view of Sibley and common knowledge.

## B.    Claims 2-8, and 10 are obvious over an Adams in view of Sibley and Common Knowledge (Ground 7)

Claim 2 recites that the "heat transfer between the first and second vanes is primarily by gaseous conduction." This limitation simply describes the most obvious solution, if not the only solution, to the problem of transferring heat away from a bearing in a medium vacuum as taught by Adams.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

Operation of the flywheel in a partial vacuum environment is desirable or necessary to reduce aerodynamic drag. Exhibit 1003, ¶11. As explained in Section VII.B, for a practical flywheel device where heat transfer is an important design objective, the heat transfer will almost certainly be primarily by gaseous conduction . Further, as discussed in Section VII.B., the Patent Owner admitted in proceedings before the European Patent Office on a counterpart EP application, that neither gaseous convection nor radiation provided a suitable mechanism for heat transfer in a partial vacuum, leaving gaseous conduction as the only practical solution. Exhibit 1036, p. 9.

Use of a partial vacuum in the enclosure of Adams' boat stabilizer involves a known tradeoff between two competing design criteria in flywheel systems: reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer by gaseous conduction and convection. Exhibit 1003, ¶23. If effective heat transfer is an important design objective as suggested by both Adams and Sibley, this tradeoff may be addressed by reducing pressure to achieve a significant reduction in aerodynamic drag while maintaining sufficient pressure for gaseous conduction and convection. *Id.* As explained in Section VII.B, the analysis of Petitioner's expert shows that in the range of 7.6 Torr-0.076 Torr, a range where flywheel devices are likely to operate, gaseous conduction will be the

dominant mode of heat transfer.  This range encompasses preferred operating pressure disclosed in Adams. Col. 4, ll. 23-31.

While further reductions in aerodynamic drag could be achieved at even lower pressures, this benefit would be offset by significantly reduced heat transfer. Exhibit 1003, ¶23.  Such solutions are not likely to be considered by a PHOSITA designing a system to transfer heat as taught in Adams and Sibley.

Balancing the tradeoff to address Sibley's objectives of reducing aerodynamic drag losses and enhancing cooling of the bearings and motor is the type of routine design optimization task within the skill level of a PHOSITA.  *Id.*, *see In re Aller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955).  In balancing this trade-off, a PHOSTA would be hard pressed to design a flywheel device that achieves significant reductions in aerodynamic drag and significant heat transfer without relying on gaseous conduction as the primary mode of heat transfer.  Accordingly, the subject matter of claim 2 is obvious to a PHOSITA.

Claim 3 recites that "first and second vanes have closely spaced exposed surfaces across which heat is transferred."  Claim 4 recites that "the separation between the first vanes and the second vanes is greater than 0.025 mm but less than 10 mm."  Sibley discloses that the fins 438, 440 are spaced close enough so that heat is transferred from the first fins 438 to the second fins 440, which is "closely spaced" as recited in claim 3 under the broadest reasonable construction of the

term. Sibley does not disclose the dimensions of the gap. As noted above, selecting the dimension of the gap between the fins to optimize the amount of heat transfer according to design objectives would involve only routine skill to optimize a known result-dependent variable. Exhibit 1003, ¶34.

Claim 5 recites that "the gas is both below ambient pressure and below ambient density." Adams explicitly teaches that the gas within the enclosure around the flywheel 16 is maintained at below-ambient pressure and that helium gas, a below-ambient density gas, can be used to reduce aerodynamic drag. Therefore, the limitations recited in claim 5 are taught by the Adams/Sibley combination. A PHOSITA would be motivated to operate at a partial vacuum and use a below-ambient density gas to reduce aerodynamic drag and increase heat transfer by gaseous conduction and convection.

Claim 6 recites that "the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat." Adams explicitly discloses a boat stabilizer having a flywheel so the limitations recited in claim 6 are disclosed by the Adams/Sibley combination.

Claim 7 depends from claim 1 and further recites "a heat sink to which heat flows from the second vanes." Claim 8 depends from claim 7 and recites that "the heat sink comprises air-cooled fins on the exterior of the enclosure." Sibley discloses that heat is transferred from the second set of fins 440 to the enclosure

418, which functions as a heat sink as recited in claim 7. Sibley further discloses
that the enclosure 418 includes air-cooled fins as recited in claim 8. A PHOSITA
would be motivated to use the enclosure in Adams as a heat sink to dissipate heat
and have cooling fins on the exterior of the enclosure as taught by Sibley to
increase heat transfer.

Claim 10 recites that the gas within the enclosure "has a higher thermal
conductivity than air." Adams discloses that the enclosure may be filed with
helium gas, which has a higher thermal conductivity than air. A PHOSITA would
be motivated to use helium in the enclosure in Adams to reduce aerodynamic drag
and increase heat transfer by gaseous conduction and convection. Accordingly, the
additional limitations recited in claim 10 are disclosed by the Adams/Sibley
combination.

### C. Claims 4 and 9 are obvious over Adams in view of Sibley and Common Knowledge, and further in view of Jäger (Ground 8) or Bimshas (Ground 9)

Claim 4 recites that "the separation between the first vanes and the second
vanes is greater than 0.025 mm but less than 10 mm." The Adams/Sibley
combination does not disclose the dimensions of the gap between Sibley's
interleaved fins. Jäger discloses an interleaved fin thermal connector where the
gap between the first and second fins is 0.1-0.2 mm. Bimshas discloses that the
gap between the interleaved fins is between .005 (.127 mm) to .007 (.178 mm)

inches.  Col. 2, ll. 23-26.  In both cases, the spacing between the fins falls squarely within the range recited in claim 4.  Further, selecting the dimension of the gap between the fins would involve only routine skill to optimize a known result-dependent variable.  Exhibit 1003, ¶37.

Claim 9 recites that "the gas has a molecular mean free path equal to or less than the distance between the first and second vanes."  Under operating conditions normal for a flywheel, the mean free path of air is between 0.068  mm (at 25˚C, 760 Torr) and 0.065 mm (at 100˚C, 1 Torr).  Exhibit 1003, ¶42.  These values are well below the maximum gap size of 10 mm recited in claim 4, and well below the gap size disclosed in Jäger and Bimshas size.  *Id.*

Also, it is generally known that the viscosity of a moving fluid confined in the gap between two cylinders is affected by the mean free path.  *Id.*  A mean free path exceeding the distance between the cylinders would greatly increase kinematic viscosity and reduce heat transfer.  Exhibit 1003, ¶42; *see also* Exhibit 1008, p. 23, ll. 3-9. Therefore, a PHOSITA designing an interleaved fin cooling device for a flywheel in a partial vacuum would select parameters such as fin spacing, gas type, and operating pressure so that the mean free path of the gas is less than the fin spacing.  Exhibit 1003, ¶42.

## IX.    Grounds 10-11

The Claim Chart Appendix (Section XII) provides a claim mapping of all the elements of claims 11-23 in accordance with Grounds 10-11.

### A.    Claim 11 is obvious over Adams in view of Sibley or Jäger, and further in view of Common Knowledge and Bimshas (Grounds 10 and 11)

Adams discloses a gyroscopic roll stabilizer for a boat. Adams, Abstract; col. 6, ll. 9-18; Fig. 2. The gyroscopic roll stabilizer in Adams includes a flywheel 16 and bearings 20 (i.e., heat generating elements) contained within a vacuum enclosure 30. Col. 6, ll. 41-49; Figs. 5-6. Adams also discloses the need for a cooling device to cool the flywheel bearings. Col. 7, ll. 21-30. Adams, however, does not disclose any details of the bearing cooling device.

In a closely related technology area, Sibley discloses a flywheel energy storage system 10, which like Adams includes a flywheel 412 supported by bearings 346 and enclosed within a vacuum enclosure 418. Sibley, [0011]. Sibley also teaches a cooling device comprising interleaved fins 438, 440 to cool the flywheel bearings 346. [0142-0144].

It would be obvious to a PHOSITA to use the cooling fins 438, 440 of Sibley in Adams' gyroscopic roll stabilizer. Adams explicitly discloses a need to cool the bearings 20, but does not describe the cooling device. Col. 7, ll. 21-30. A PHOSITA would recognize that the teachings of Sibley related to cooling bearings

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

in a flywheel energy storage device are generally applicable to other flywheel devices (e.g., Adams roll stabilizer). Exhibit 1003, ¶30. It would be obvious to a PHOSITA to incorporate interleaved cooling fins as described by Sibley into the flywheel device of Adams to cool Adams' flywheel bearings. *Id*. It would be obvious to add rotating fins 438 to the shaft 18 of the Adams flywheel 16 and stationary fins 440 to the enclosure 30 in Adams. The motivation to combine Adams and Sibley is that Adams explicitly discloses the need for a cooling device to cool the flywheel bearings, and Sibley discloses a cooling device for cooling flywheel bearings. *Id*.

Jäger discloses a cooling device similar to Sibley to cool the bearings of a rotating element. A PHOSITA would recognize that the teachings of Jäger are generally applicable to cool the bearings flywheel devices. *Id*. It would be obvious to a PHOSITA to incorporate interleaved cooling fins as described by Jäger into the flywheel device of Adams to cool Adams' flywheel bearings. *Id*. It would be obvious to add rotating fins 9 as described by Jäger to the shaft 18 of the Adams flywheel 16 and stationary fins 12, 13 in Jäger to the enclosure 30 in Adams. The motivation to combine Adams and Jäger is that Adams explicitly discloses the need for a cooling device to cool the flywheel bearings, and Jäger discloses a cooling device for cooling bearings supporting a rotating element. *Id*.

The Adams/Sibley combination and the Adams/Jäger combination disclose all of the limitations of claim 11 except for the specific geometric arrangement of the interleaved fins.  Adams discloses a spinning member (flywheel assembly 16, 18) within an enclosure (enclosure 30) containing a gas at below-ambient pressure. Adams further discloses heat generating components (bearings 20) supporting the flywheel assembly.  The bearings 20 in the Adams/Sibley combination include an inner ring or race attached to the flywheel assembly 412 so as to rotate with the flywheel assembly 412, and an outer race attached to the enclosure 30.  Both Sibley and Jäger disclose interleaved fin thermal connectors for transferring heat from a heat generating components.  The interleaved fin thermal connectors with two sets of relatively rotating fins: one attached to the flywheel and one fixed relative to the housing or enclosure.  Heat is transferred by solid conduction from the bearing to the first set of fins, across the gap between the first and second sets of fins, and by solid conduction to the exterior of the housing or enclosure.

Sibley and Jäger do not disclose the cylindrical geometry recited in claim 11. Specifically, claim 11 recites that "the first vanes are cylindrical elements extending in a first direction substantially parallel to the axial direction," and that "the second vanes are cylindrical elements extending in a second direction substantially parallel to the axial direction and opposite the first direction."  The

55

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

specific geometric arrangement of the interleaved fins recited in claim 11 is disclosed in Bimshas.

As described above, Bimshas discloses a rotatable heat transfer device with interleaved fins 12, 16.  A first set of fins 12 is connected to a heat source and a second set of fins 16 is connected to a heat sink.  Bimshas, col. 2, ll. 4-16; Fig. 1. In the embodiment shown in Fig. 1, the fins 12, 16 are concentric cylinders extending in a direction parallel to the axis of relative rotation.  Bimshas, col. 2, ll. 36-38.  This fin geometry is referred to herein as the cylindrical fin geometry.  In the cylindrical fin geometry, the cooling fins 12, 16 extend in opposite directions parallel to the rotational axis of the rotatable heat transfer device.  In another embodiment shown in Fig. 2, the fins 12, 16 are flat annular disks extending in a direction perpendicular to the rotational axis.  Bimshas, col. 2, ll. 40-50; Fig. 2. This geometry is referred to herein as the planar disc geometry.  In the planar disc fin geometry, the cooling fins 12, 16 extend radially outward relative to the rotational axis of the rotatable heat transfer device.

It would be obvious to modify the Adams/Sibley or Adams/Jäger combinations to use the cylindrical fin geometry as taught by Bimshas.  Sibley uses the same planar disc fin geometry that is disclosed in Fig. 2 in Bimshas and in Fig. 1 of Jäger.  Bimshas teaches that the planar disc fin geometry and the cylindrical fin geometry are simply two alternative fin geometries available to a

PHOSITA.  Thus, a PHOSITA would recognize that the cylindrical fin geometry and planar disc fin geometry are interchangeable depending on other design constraints, such as the size and shape of the enclosure.  Exhibit 1003, ¶38.  The use of cylindrical fin geometry in place of the planar disc fin geometry is simply the substitution of one element (planar disc fin geometry) of the Adams/Sibley or Adams/Jäger combination with a known equivalent (cylindrical fin geometry).

### B. Claims 12-18, and 20-23 Are Obvious Over Adams in view of Sibley or Jäger, and further in view of Common Knowledge and Bimshas (Grounds 10 and 11)

Once the gyroscopic roll stabilizer Adams is combined with the interleaved fin thermal connector of either Sibley or Jäger to cool the bearings in the Adams stabilizer, with the fin geometry of Bimshas, the respective combinations each meet all the limitations of claims 12-18, and 21-23.

Claim 12 recites that "heat transfer between the first and second vanes occurs both by gaseous conduction and convection."  Claim 12 does not require any specific amount of heat transfer.  Sibley is silent as to conductive or convective heat transfer between the first and second sets of fins.  Heat transfer by gaseous conduction and convection is disclosed by Jäger.  Both conductive and convective heat transfer would naturally occur at the operating pressures taught by Adams.  Specifically, Adams teaches that "the pressure is preferably below 190 Torr (0.25 atmosphere), and more preferably below 7.6 Torr (0.01 5 atmosphere)." Col. 7, ll.

4-6.  At the pressures taught by Adams, there would be a significant amount of gas in the space between the fins so that heat transfer by gaseous conduction and convection would naturally occur due to the Second Law of Thermodynamics. Exhibit 1003, ¶¶39-41; Exhibit 1005. Petitioner's expert, Dr. Buckner, has performed simulations confirming that conductive and convective heat transfer both occur between the interleaved fins in the pressure range taught by Adams.  *Id*.

Further, as noted in Sections VIII.B above, a PHOSITA would recognize that, in an interleaved fin thermal connector for a boat stabilizer, radiation alone would not be likely to provide sufficient heat transfer to cool the bearings.  Exhibit 1003, ¶22.  In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection.  *Id*.  If heat transfer is an important design objective, a PHOSITA would design the system to operate at pressures that significantly reduce aerodynamic drag (which reduces heat generation) while providing significant heat transfer by gaseous conduction and gaseous convection. Exhibit 1003, ¶¶23.  Adjusting parameters such as fin spacing, gas type, and operating pressure to optimize heat transfer by gaseous conduction and convection involves only routine skill.

Claim 13 recites that the "heat transfer between the first and second vanes is primarily by gaseous conduction."  The arguments made above in Section VIII.B regarding claim 2 also apply to claim 13, which simply describes the most obvious

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

solution to the problem of transferring heat away from a bearing in a medium

vacuum as taught by Adams.  Operation of the flywheel in a partial vacuum

environment is desirable or necessary to reduce aerodynamic drag.  Exhibit 1003,

¶11.  At the pressure ranges needed to significantly reduce aerodynamic drag, there

is likely to be only negligible amounts of heat transfer by advection and a

relatively small amount of heat transfer by radiation.  Exhibit 1003, ¶23, 39-41.

For virtually any practical flywheel device where heat transfer is an important

design objective, the heat transfer will almost certainly be primarily by gaseous

conduction.  Exhibit 1003, ¶23.  Therefore, as noted in Section VIII. B, reliance on

gaseous conduction to get significant heat transfer is almost certainly necessary.

Reliance on gaseous conduction is not simply one of several ways of transferring

heat, but rather is the only practical way to transfer significant amount of heat in a

partial vacuum.

As discussed in Section VII.B., the Patent Owner admitted in proceedings

before the European Patent Office on a counterpart EP application, that neither

gaseous convection nor radiation provided a suitable mechanism for heat transfer

in a partial vacuum, leaving gaseous conduction as the only practical solution.

Exhibit 1036.

Use of a partial vacuum in the enclosure of Adams' boat stabilizer involves a

known tradeoff between two competing design criteria in flywheel systems:

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer by gaseous conduction and convection.  Exhibit 1003, ¶23.  If effective heat transfer is an important design objective as suggested by Adams, Sibley, Jäger, and Bimshas, this tradeoff may be addressed by reducing pressure enough to achieve a significant reduction in aerodynamic drag while maintaining sufficient pressure for gaseous conduction and convection. *Id.*

Significant reduction in aerodynamic drag can be achieved with slight reduction in pressure (e.g., from atmospheric pressure, 760 Torr, to .01 Torr) while maintaining significant gaseous conduction.  *Id.*  In the range of .076 to 76 Torr, heat transfer would be primarily by gaseous conduction and convection. Exhibit 1003, ¶¶39-41.

As explained above with respect to Grounds 3 and 4, the analysis of Petitioner's expert shows that in the range of 76 Torr-0.076 Torr, a range where flywheel devices are likely to operate, gaseous conduction will be the dominant mode of heat transfer.  Exhibit 1003, ¶41.  This range encompasses preferred operating pressure disclosed in Adams.  Col. 4, ll. 23-31.

While further reductions in aerodynamic drag could be achieved at even lower pressures, this benefit would be offset by significantly reduced heat transfer. Exhibit 1003, ¶23.  Such solutions are not likely to be considered by a PHOSITA designing a system to transfer heat as in Adams, Sibley, Jäger, and Bimshas.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

Balancing the tradeoff to address Sibley's objectives of reducing aerodynamic drag losses and enhancing cooling of the bearings and motor is the type of routine design optimization task within the skill level of a PHOSITA. *Id.*, *see In re Aller*, 220 F.2d 454, 456, 105 USPQ 233, 235 (CCPA 1955). In balancing this trade-off, a PHOSTA would be hard pressed to create a design a flywheel device that achieved significant reductions in aerodynamic drag and significant heat transfer without relying on gaseous conduction as the primary mode of heat transfer. Accordingly, the subject matter of claim 2 is obvious to a PHOSITA.

Claim 14 recites that "the first and second vanes have closely spaced exposed surfaces across which heat is transferred." Claim 15 recites that "the separation between the first vanes and second vanes is greater than 0.025 mm but less than 10 mm." Both Jäger and Bimshas disclose the interleaved cooling fins are spaced close enough so that heat is transferred from the first fins to the second fins, which is "closely spaced" as recited in claim 14 under the broadest reasonable construction of the term. Jäger discloses interleaved heat transfer fins with a gap between 0.1-0.2 mm. Col. 3, ll. 22-30. Bimshas further discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches. Col. 2, ll. 23-26. The spacing between the fins in Bimshas falls squarely within the range

recited in claim 15.  Further, selecting the dimension of the gap between the fins would involve only routine skill to optimize a known result-dependent variable.

Claim 16 recites that the "the gas is both below ambient pressure and below ambient density."  Adams teaches that the enclosure may be filled with helium (a below ambient density gas) and maintained at below ambient pressure.  Col. 10, ll. 50-51.

Claim 17 recites that the "the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat."  Adams discloses a flywheel device used as a gyroscopic roll stabilizer for a boat.  Col. 10, ll. 31-35.

Claim 18 recites "a heat sink to which heat flows from the second vanes." Sibley teaches that the enclosure can function as a heat sink.  [0144].  Jäger discloses that the fins 12 and 13 transfer heat to a liquid cooled sleeve 10 that functions as a heat sink and then to the outside of housing 1.  Jäger, p. 3.   It would be obvious to use a heat sink as disclosed in Sibley and Jäger in the Adam flywheel device to dissipate heat.

Claim 20 recites that "the gas has a molecular mean free path equal to or less than the distance between the first and second vanes."  Under operating conditions normal for a flywheel, the mean free path of air is between 0.068  mm (at 25˚C, 760 Torr) and 0.065 mm (at 100˚C, 1 Torr).  Exhibit 1003, ¶42.   These values are

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

well below the maximum gap size of 10 mm, and well below the gap size disclosed in Jäger and Bimshas size that may be used. *Id.*

Also, it is generally known that the viscosity of a moving fluid confined in the gap between two cylinders is affected by the mean free path. *Id.* A mean free path exceeding the distance between the cylinders would increase kinematic viscosity and reduce heat transfer. *Id* (citing Exhibit 1008, p. 23, ll. 3-9). Therefore, a person designing an interleaved fin cooling device would select parameters such as fin spacing, gas type and operating pressure so that the mean free path of the gas is less than the fin spacing. *Id*.

Claim 21 recites that "the gas has a higher thermal conductivity than air." Adams teaches that the enclosure may be filled with helium (a below-ambient density gas) and maintained at below-ambient pressure. Col. 10, ll. 50-51. Helium has a higher thermal conductivity than air. Exhibit 1003, ¶16.

Claim 22 recites that "the heat generating component comprises one or more bearings." Adams and Sibley both explicitly teach that a cooling device is needed to cool the flywheel bearings. The interleaved fins in Sibley are provided specifically for the purpose of cooling the flywheel.

Claim 23 recites "the heat generating component comprises one or more electrical motors." Adams and Sibley both disclose motors inside the enclosure that generate heat. A PHOSITA would recognize that the fin arrangement could

also be used to cool the motor.  Exhibit 1003, ¶21.  In Sibley, the fins are located adjacent the motor, so heat generated by the motor would also be dissipated by the fins.

### C.    Claim 19 is obvious over Adams in view of Sibley, Bimshas, and Common Knowledge (Ground 10)

Claim 19 depends from claim 18 and recites that "the heat sink comprises air-cooled fins on the exterior of the enclosure."  Sibley discloses that the enclosure functions as a heat sink and includes exterior fins to dissipate heat to the ambient air.  It would be obvious to a PHOSITA to use air-cooled fins as described in Sibley to increase heat transfer from the enclosure in Adams.  The use of air-cooled fins to increase heat transfer is a well-known and standard technique in the field of heat transfer.  Exhibit 1003, ¶37.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

## X.    Grounds 12-14

The Claim Chart Appendix (Section XII) provides a claim mapping of all

the elements of claims 11-23 in accordance with Grounds 12-13.

### A.    Claim 11 is obvious over Woodard in view of Bimshas and Common Knowledge (Ground 12)

Woodard discloses the basic structure of a flywheel device as recited in

claim 11.  Specifically, Woodard discloses a flywheel 610, rotating shaft 612, and

rolling-element bearings 604, 606 enclosed within a vacuum enclosure 602.

Woodard further discloses a heat transfer assembly 200 for dissipating heat from

the flywheel bearings 604, 606.  In Woodard, heat is transferred by solid

conduction from the bearings 604, 606 to the enclosure 602, which functions as a

heat sink to dissipate heat to the atmosphere.  While Woodard discloses conductive

members attached to the rotating shaft, Woodard does not propose the recited

interleaved vanes.

It would be obvious to a PHOSITA to substitute the rotating heat transfer

device of Bimshas in place of the heat transfer assembly 200 of Woodard.  The

heat transfer assembly 200 of Woodard is specifically designed to allow for some

relative radial and axial movement of the heat transfer components.  Bimshas

allows for relatively axial movement but not relative radial movement.  A

PHOSITA would recognize that the heat transfer arrangement assembly of

Woodard and the heat transfer device of Bimshas are interchangeable in applications where relative radial movement is not required. Exhibit 1003, ¶33. Thus, the substitution of the heat transfer device of Bimshas for the heat transfer assembly in Woodard is a simple substitution of one known cooling device for an equivalent cooling device with predictable results.

The combination of Woodard and Bimshas discloses all of the limitations of claim 11. Woodard teaches a flywheel 610 (spinning member) and bearings 604, 606 (heat generating components) enclosed within a vacuum enclosure 602 maintained at below-ambient pressure. The flywheel spins about an axis of rotation. Bimshas discloses a first plurality of vanes (fins 12) that may be attached to the flywheel 610 and a second plurality of vanes (fins 16) that may be fixed relative to the enclosure 602. The cooling fins 12, 16 in Bimshas extend in opposite directions parallel to the axis of rotation of the flywheel. The second set of cooling fins 16 define cylindrical-shaped channels into which the first set of cooling fins 12 extend so that the first and second fins 16 are interleaved. The first and second cooling fins 12, 16 in Bimshas are positioned in close proximity so that heat is transferred from the first fins to the second fins to cool the heat generating component (e.g. bearing). The second fins in Bimshas are connected to a heat sink.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

**B.    Claims 12-16, 18, 20, and 22-23 Are Obvious Over Woodard in View Bimshas and Common Knowledge (Ground 12)**

Once the heat transfer device of Bimshas is substituted for the heat transfer assembly in Woodard, the combination meets the claim limitations of claims 12-16, 18, 20, and 22-23.

Claim 12 recites that "heat transfer between the first and second vanes occurs both by gaseous conduction and convection."  Claim 12 does not require any specific amount of heat transfer.  Bimshas teaches the use of a thermally efficient gas, such as helium, between the interleaved fins. Implicit in the Bimshas disclosure is that a thermally efficient gas will improve heat transfer by gaseous conduction and convection.  It would have no effect on radiative transfer. Therefore, the combined teaching of Woodard/Bimshas discloses heat transfer by gaseous conduction and convection as recited in claim 12.

Claim 13 recites that the "heat transfer between the first and second vanes is primarily by gaseous conduction."  The arguments made above with regard to claim 2 (Sections and VII.B and VIII.B) also apply to claim 13.  At the pressure ranges needed to significantly reduce aerodynamic drag, there is likely only negligible amounts of heat transfer by advection and a relatively small amount of heat transfer by radiation.  Exhibit 1003, ¶23.  For a practical flywheel device where heat transfer is an important design objective, the heat transfer will almost

certainly be primarily by gaseous conduction.  *Id*.  Therefore, reliance on gaseous conduction to get significant heat transfer is almost certainly necessary.

For reasons set forth in above regarding claim 2, designing a system to balance the trade-off between heat transfer by gaseous conduction and reduction in aerodynamic drag is nothing more than the exercise of routine skill to optimize a known result effective variable.  *Id*.  Accordingly, claim 13 is obvious over Woodard/Bimshas in view of common knowledge.

Claim 14 recites that "the first and second vanes have closely spaced exposed surfaces across which heat is transferred."  Claim 15 recites that "the separation between the first vanes and second vanes is greater than 0.025 mm but less than 10 mm."  Bimshas discloses that the fins are spaced close enough so that heat is transferred from the first fins to the second fins, which is "closely spaced" as recited in claim 14 under the broadest reasonable construction of the term. Bimshas further discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches.  Col. 2, ll. 23-26.  The spacing between the fins in Bimshas falls squarely within the range recited in claim 15.  Further, selecting the dimension of the gap between the fins would involve only routine skill to optimize a known result-dependent variable.

Claim 16 recites that the "the gas is both below ambient pressure and below ambient density."  Woodard teaches a below-ambient pressure to reduce

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

aerodynamic drag.  Col. 19, ll. 24-28.  Bimshas teaches the use of helium, a below-ambient density gas, to improve heat transfer.  Col. 3, ll. 22-24.  Thus, the Woodard/Bimshas combination discloses a below-ambient pressure and a below-ambient density gas as recited in claim 16.

Claim 18 recites "a heat sink to which heat flows from the second vanes." Bimshas disclose that the cooling fins 16 connect to a heat sink.  Col. 2, ll. 11-13. A heat sink may comprise any structure, such as the enclosure in Woodard, to which the heat generated by the bearing is transferred.  This limitation is disclosed by the Woodard/Bimshas combination.

Claim 20 recites that "the gas has a molecular mean free path equal to or less than the distance between the first and second vanes."  Under operating conditions normal for a flywheel, the mean free path of air is between 0.068 mm (at 25˚C, 760 Torr) and 0.065 mm (at 100˚C, 1 Torr).  Exhibit 1003, ¶42.  These values are well below the maximum gap size of 10 mm, and well below the gap size disclosed in Jäger and Bimshas size that may be used.  *Id*.

Also, it is generally known that the viscosity of a moving fluid confined in the gap between two cylinders is affected by the mean free path.  *Id*.  A mean free path exceeding the distance between the cylinders would greatly increase kinematic viscosity and reduce heat transfer.  Exhibit 1003, ¶42; *see also* Exhibit 1008, p. 23, ll. 3-9. Therefore, a person designing an interleaved fin cooling device

would select parameters such as fin spacing, gas type, and operating pressure so that the mean free path of the gas is less than the fin spacing. Exhibit 1003, ¶42.

Claim 22 recites "the heat generating component comprises one or more bearings." Woodard teaches that the flywheel bearings generate heat that needs to be dissipated and discloses a cooling device to cool the bearings. Replacing the cooling device in Woodard with interleaved fins as described in Bimshas would perform the same function, so this limitation is taught by the Woodard/Bimshas combination.

Claim 23 recites the heat generating component comprises one or more electrical motors. Woodard discloses a motor inside the enclosure that generates heat. It would be obvious that the fin arrangement of Bimshas could also be used to cool the motor in Woodard. Exhibit 1003, ¶¶26, 31-33.

## C.    Claims 16-17 and 21 Are Obvious Over Woodard in View of Bimshas and Common Knowledge, and Further in View of Adams (Ground 13)

Claim 16 recites that the "the gas is both below-ambient pressure and below-ambient density." Woodard discloses that the enclosure is at below-ambient pressure, but does not address the density of the gas. In a closely related technology, Adams teaches that the enclosure surrounding the flywheel may contain a below-ambient pressure gas, a below-ambient density gas (e.g. helium), or both to reduce aerodynamic drag on the flywheel. Col. 6, l. 57-col. 7, l. 2.

Further, Bimshas recommends using helium between the interleaved fins to increase heat transfer.  Col. 3, ll. 22-24.  It would be obvious to use helium or another below-ambient density gas in Woodard for the same reasons expressed in Adams or Bimshas. Exhibit 1003, ¶35.

Claim 17 recites that the "the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat."  Adams discloses a flywheel device used as a roll stabilizer for a boat.  Col. 10, ll. 31-35.  It would be obvious to a PHOSITA to adapt the flywheel device in Woodard to be used as a flywheel device in a boat stabilizer by mounting it in a gimbal to as taught by Adams.  Exhibit 1003, ¶43.

Claim 21 recites that "the gas has a higher thermal conductivity than air." Adams teaches that the enclosure may be filled with helium (a below-ambient density gas) and maintained at below-ambient pressure.  Col. 10, ll. 50-51.  Helium has a higher thermal conductivity than air.  Exhibit 1003, ¶16.  Further, Bimshas recommends using helium between the interleaved fins to increase heat transfer. Col. 3, ll. 22-24.  As noted above, it would be obvious to use helium, a below-ambient density gas, in the Woodard energy storage device to reduce aerodynamic drag.  Thus, the Woodard/Bimshas/Adams combination discloses this limitation.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

**D.    Claim 19 is Obvious Over Woodard In View of Bimshas and Common Knowledge, and further in view of Sibley (Ground 14)**

Claim 19 recites that "the heat sink comprises air-cooled fins on the exterior of the enclosure." Sibley discloses exterior fins on the enclosure of the energy storage device that function as a heat sink. Also, the use of air-cooled fins is a standard technique of heat dissipation. Exhibit 1003, ¶37. Therefore, it would be obvious to incorporate air-cooled fins as described by Sibley into the enclosure of Woodard's energy storage flywheel.

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

## XI.  Conclusion

Petitioner respectfully submits that this petition shows a reasonable likelihood that Petitioner will prevail with respect to at least one of the claims of the '782 patent for which Petitioner seeks review. Petitioner requests the PTAB grant this Petition and initiate *inter partes* review to find claims 1-23 to be invalid.

Respectfully submitted August 25, 2017,
COATS & BENNETT, P.L.L.C.

David E. Bennett
Registration:  32,194

Brandee N. Woolard
Registration: 68,795

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

## XII.   Claim Chart Appendix

| Patent US 7,546,782 | Adams, Woodard, Bimshas, Sibley, & Jäger |
|---|---|
| 1. Cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member; the apparatus comprising: | **Adams, Woodard, Bimshas, Sibley,** and **Jäger** disclose a cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a spinning member.<br><br>**Adams** discloses a gyroscopic roll stabilizer for a boat including a flywheel. 10:31-35.  A flywheel driven at very high tip speeds requires provision for cooling the flywheel bearings (heat generating components). 7:21-30.<br><br>**Woodard** discloses a heat transferring device for energy generated by a heat producing device (e.g., a bearing that supports a shaft rotating a flywheel).  Abstract; 1:42-45.<br><br>**Bimshas** discloses a device to transfer heat from a heat source to a relatively rotating heatsink. The heat transfer device may be used in an inertial guidance system to provide a heat transfer path between relatively rotating gimbals.  1:22-32.<br><br>**Sibley** discloses cooling fins to facilitate cooling of a bearing assembly 436 (heat generating component).  [0142-0143]; Fig. 4. The bearing assembly 436 facilitates rotation of a shaft 416 and flywheel 412 about an axis. [0134].<br><br>**Jäger** discloses a cooling device for a rotating shaft (e.g., due to bearing friction). 1:5-6. |

| | |
|---|---|
| an enclosure enclosing the spinning member, the enclosure containing a gas at below-ambient pressure or below-ambient density; | **Adams, Woodard, Bimshas** and **Jäger** disclose that the enclosure can be filled with a gas that could be below-ambient density or pressure.<br><br>**Adams** discloses that enclosure 30 contains helium (a below ambient density gas) and is maintained at below-ambient pressure. Col. 6:56-col. 7:11.<br><br>**Woodard** discloses that the flywheel energy storage system includes a main housing 602 sealed to maintain gas pressure at a below predetermined level of vacuum.  19:24-28.<br><br>**Bimshas** discloses that the gaps between interleaved fins may be filed with helium. 2:31-36; 3:22-25.<br><br>**Jäger** teaches that the casing surrounding the shaft may be filled with air 'or another gas.' 1:33-35.  Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the other gas to increase thermal conduction which would result in the enclosure containing gas at below-ambient density. |
| a first plurality of vanes attached to the spinning member such that the first plurality of vanes spin with the spinning member relative to the enclosure; | **Bimshas, Sibley,** and **Jäger** disclose a first set of fins or conductive members (vanes) connected to a heat generating element to conduct heat away from the heat generating element.  The first set of fins in these references are attached to a spinning member.<br><br>**Bimshas** discloses a relatively rotating member 10 including a first set of fins 12 that attaches to a heat source.  2:4-10; Fig. 1-2. |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

| | |
|---|---|
| | **Sibley** discloses a first set of fins 438 extending from rotating shaft 412. [0142], Fig. 4.<br><br>**Jäger** discloses a first set of fins 9 connected to a rotating shaft 3 to dissipate heat due to bearing friction. Fig. 1; 2:51-3:15. |
| a second plurality of vanes fixed relative to the enclosure and the spinning member such that the first vanes move with respect to the second vanes, the second vanes defining gaps into which the first vanes extend so that the first and second vanes are interleaved; and | **Bimshas, Sibley,** and **Jäger** disclose a second set of fins (vanes) interleaved with the first set of fins. The second set of fins in these references is fixed relative to an enclosure or housing.<br><br>**Bimshas** discloses a second set of fins 16 that connects to a heat sink. 2:11-13; Fig. 1-2. The second set of fins 16 define gaps to receive the first set of fins 12. The first and second sets of fins 12, 16 are interleaved.<br><br>**Sibley** discloses a second set of fins 440 ("clam-shell type set of stationary heat transfer fins") that first fins 438. [0142]; Fig. 4. The second set of fins 440 define gaps to receive the first set of fins 438 the first and second sets of fins 438, 440 are interleaved. [0142]; Fig. 4<br><br>**Jäger** discloses a second set of fins 12, 13 connected to the housing 1. Fins 12, 13 define gaps to receive the fins 9 connected to the rotating shaft. Fins 12, 13 are interleaved with fins 9. 3:16-30; Fig. 1. |
| wherein: the first and second vanes are located adjacent a bearing that supports the spinning member, | **Bimshas, Sibley,** and **Jäger** disclose that the first set of fins can be disposed adjacent to a bearing or heat generating element.<br><br>**Bimshas** teaches that the first set of fins 12 |

76

| | |
|---|---|
| | can be "adapted for connection to a heat source." 2:4-10; Fig. 1-2. **Bimshas** does not explicitly state that the heat source is a bearing, but the prior art recognizes that dissipation of heat energy from a bearing supporting a flywheel is a known problem. Adapting **Bimshas** to dissipate heat from a bearing involves only routine skill.<br><br>**Sibley** discloses that the fins are close enough to the bearings so that heat is transferred from the bearings to the fins. Thus, the fins are adjacent the bearing assembly 436. Fig. 4.<br><br>**Jäger** discloses that the first set of fins 9 is adjacent to the inner race of the shaft bearings. 4:4-9; Fig. 1. |
| the bearing has an inner race and an outer race, | This element recites a conventional structure of a rolling-element bearing shown in **Jäger** and **Sibley.**<br><br>**Sibley** discloses a bearing 436 including an inner race 446, an outer race 444, and a bearing ball 442. The bearing 436 supports a rotating shaft for a flywheel. [0134]; Fig. 4.<br><br>**Jäger** discloses roller bearings 4, 5 with an inner race and an outer race. The bearing 4, 5 support a rotating shaft. 2:44-50; 4:4-11; Fig. 1.<br><br>**Woodard** describes a heat transferring device for heat generated by a rolling-element bearing. 22:66-67. |
| the first vanes and inner race are attached to the spinning member so heat flows by conduction | **Sibley** and **Jäger** disclose conduction from a heat source (e.g. bearings) to the first set of fins. |

| | |
|---|---|
| from the inner race to the first vanes and from the spinning member to the first vanes, | In **Sibley** the cooling fins 438 and inner ring 446 of a bearing assembly 436 are arranged about a shaft 416 to dissipate heat from the bearing assembly to a second set of cooling fins 440 to outside of the vacuum enclosure. [0134], [0142-0144]; Figs. 4, 24.<br><br>In **Jäger**, the first set of fins 9 and inner race are attached to the shaft. Heat from the inner race of the bearings and shaft (spinning member) flows by solid conduction to the first set of fins 9.  2:51-3:8; Fig. 1.<br><br>**Bimshas** discloses that the first member 10 is connected to the heat generating component. 2:4-10. |
| the outer race is attached to the enclosure, and | This element recites a conventional use of a roller bearing for rotating machinery<br><br>In **Sibley**, the outer ring 444 is attached to the enclosure 448.<br><br>In **Jäger**, the outer race of the rollers bearing is attached to the housing 1.  Fig. 1. |
| the inner race, spinning member, first vanes and second vanes are sized and positioned so that heat from the inner race of the bearing flows by solid conduction from the inner race to the spinning member and to the first vanes, by solid conduction from the spinning member to the first vanes, and by gaseous conduction and convection from the first vanes | **Bimshas, Sibley,** and **Jäger** disclose a heat transfer path (1) from the heat source to the first set of fins by solid conduction and (2) from the first set of fins to the second set of fins; and (3) from the second set of fins to the exterior of an enclosure or heat sink. **Bimshas** and **Jäger** disclose heat transfer by gaseous conduction and convection.<br><br>**Bimshas** provides a heat path from a heat source to a relatively rotating heat sink.  3:25-4:3.  Heat flows by solid conduction from the |

| | |
|---|---|
| to the second vanes, and by solid conduction from the second vanes to the exterior of the enclosure. | heat source to the fins 12 of the first member 10, by gaseous conduction and convection from the fins 12 to the fins 16 of the second member 14, and by solid conduction from the fins 16 to a heat sink (e.g. enclosure).

**Jäger** discloses a heat conducting path for conducting heat from the bearings 4, 5 to the outside of the housing. Heat flows by solid conduction from the bearings 4, 5 and shaft 3 to the first set of fins 9, by gaseous conduction and convection from the first set of fins 9 to the second set of fins 12, 13, and by solid conduction to a cylindrical sleeve 10 and then to the outside of housing 1. 1:36-47; 2:1-4:11; Fig. 1.

**Sibley** discloses (1) solid conduction from the inner race to cooling fins 438 extending from the shaft 416; (2) heat transfer between the fins 438 and secondary cooling fins 440; (3) solid conduction from fins 440 two the with a vacuum enclosure 448. [0141-0143]; Fig. 4. The heat paths are used to transfer heat through a vacuum for dumping heat generated within the vacuum enclosure 448 to ambient air outside the vacuum enclosure 448. *Id.* Due to the Second Law of Thermodynamics, heat transfer by gaseous conduction and/or convection naturally occurs across a gaseous medium when there is a temperature differential. Exhibit 1003, ¶23. |
| 2. The apparatus of claim 1 wherein heat transfer between the first and second vanes is **primarily** by gaseous conduction. | In **Bimshas** and **Jäger**, heat is inherently transferred between the first and second fins (vanes) by gas conduction. The close spacing of the fins inherently enable heat transfer by gas conduction as well as convection. |

| | |
|---|---|
| | **Bimshas** discloses that the gap between fins is between .005-.007 inches (.127-.178 mm). 2:23-26. Bimshas further discloses that a thermally efficient gas such as helium could be provided within the gaps to improve heat transfer by gaseous conduction and gaseous convection. 3:22-24.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm and that the space between these fins (cooling surfaces) is filled with air or another gas. 3:26-30. Heat transfer is based on radiation and heat transfer through the gas, i.e., gaseous conduction and gaseous convection. 1:36-47.<br><br>In a partial vacuum under normal operating conditions for a flywheel (e.g., low pressure, high speed), the heat transfer is primarily by gaseous conduction. Exhibit 1003, ¶39-41. |
| 3. The apparatus of claim 1 wherein the first and second vanes have closely spaced exposed surfaces across which heat is transferred. | **Bimshas**, **Sibley,** and **Jäger** all disclose fins that are closely spaced to permit heat transfer by convection, conduction, and/or radiation.<br><br>**Bimshas** discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches. 2:23-26. Heat is implicitly transferred across the gap.<br><br>**Sibley** discloses that the first and second fins should fit together and are shown closely spaced in. [0142]; Fig. 4. Heat is inherently transferred across the gap.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm. 3:26-30. Heat transfer between the fins is based on radiation and heat transfer through the gas, i.e., gaseous conduction and |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

| | |
|---|---|
| | gaseous convection.  1:36-47. |
| 4. The apparatus of claim 1 wherein the separation between the first vanes and second vanes is greater than 0.025 mm but less than 10 mm. | **Bimshas** discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches.  2:23-26.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm.  3:26-30. |
| 5. The apparatus of claim 1 wherein the gas is both below-ambient pressure and below-ambient density. | **Adams** and **Woodard** disclose that there is gas in the flywheel enclosure that is both below-ambient pressure and below-ambient density.<br><br>**Adams** discloses that the gas in the enclosure is maintained at below ambient pressure and below ambient density to reduce aerodynamic drag.  6:57-7:11.<br><br>**Woodard**'s PCT applications (incorporated by reference in Woodard) discloses that the flywheel energy storage can have hydrogen within the flywheel enclosure and pumps are used to effect the level of hydrogen gas to maintain a below-ambient pressure.  3:1-15; 6:23-26; 31:4-10, 32-34.<br><br>**Bimshas** discloses that the space between the fins may be filled with "a thermally efficient gas such as helium."  3:22-24.  Helium is a below-ambient density gas.<br><br>**Jäger** states that the gap between the interleaved fins may be filled with air or another gas. Abstract.  Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the other gas to increase thermal conduction which would result in the enclosure containing gas at |

| | below-ambient density. |
|---|---|
| 6. The apparatus of claim 1 wherein the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat. | **Adams** discloses a gyroscopic roll stabilizer for a boat including a flywheel. The flywheel, enclosure and gimbal structure of the stabilizer are configured so that when installed in the boat the stabilizer damps roll motion of the boat. Abstract; 6:9-18; 9:4-55; Figs. 1-3, 8.<br><br>**Sibley** discloses that the enclosure may be supported within gimbals or in soft elastomeric rings to deflect to minimize gyroscopic maneuvering loads on the bearings when the disclosed flywheel energy storage system is used in vehicular applications. [0164]. |
| 7. The apparatus of claim 1 further comprising a heat sink to which heat flows from the second vanes. | In **Bimshas**, **Sibley**, and **Jäger**, heat is transferred from second vanes to a heat sink.<br><br>**Bimshas** teaches that the second fins 16 transfer heat to a heat sink. 2:11-13.<br><br>In **Sibley**, the enclosure 448, and the fins 452 on the enclosure function as a heat sink. [0144]; Fig. 4.<br><br>**Jäger** discloses that the fins 12 and 13 transfer heat to a liquid cooled sleeve 10 and then to the exterior of housing 1. 1:36-41; 3:16-22. The sleeve 10 functions as a heat sink. |
| 8. The apparatus of claim 7 wherein the heat sink comprises air-cooled fins on the exterior of the enclosure. | **Sibley** discloses air-cooled fins 452 on an exterior of the enclosure 448 functioning as a heat sink. [0144]. |
| 9. The apparatus of claim | **Bimshas** discloses that the gap between fins is |

| | |
|---|---|
| 1 wherein the gas has a molecular mean free path equal to or less than the distance between the first and second vanes. | between .005-.007 inches (.127-.178 mm). 2:23-26.<br><br>**Jäger** discloses gap between fins of 0.1 – 0.2 mm. 3:26-30.<br><br>Under typical operating conditions for a flywheel device, the mean free path of air will be between 0.000068 mm (at 25 ˚C, 760 Torr) and 0.065 mm (at 100 ˚C, 1 Torr). Exhibit 1003, ¶41. These distances are both well below the typical spacing between fins.<br><br>It is well-known that a mean free path greater than the distance between the fins reduces heat transfer by gaseous conduction so a PHOSITA. Exhibit 1003, ¶42. |
| 10. The apparatus of claim 1 wherein the gas has a higher thermal conductivity than air. | **Adams, Bimshas, Woodard,** and **Jäger** disclose use of a gas (e.g., helium or hydrogen) that has higher thermal conductivity than air.<br><br>**Adams** and **Bimshas** disclose that the enclosure may be filed with helium. Adams, 6:62-64; Bimshas, 3:22-24.<br><br>**Woodard**'s PCT (incorporated by reference) discloses that the enclosure may contain hydrogen. 31:4-10, 32-34.<br><br>**Bimshas** discloses that the space between the fins may be filled with "a thermally efficient gas such as helium." 3:22-24. Helium has higher thermal conductivity than air. Exhibit 1003, ¶16. Hydrogen is another thermally efficient gas. *Id.*<br><br>**Jäger** teaches that the space between the |

| | |
|---|---|
| | rotating surfaces may be filled with air "or another gas."  Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the other gas to increase thermal conduction.  Helium also has a lower density than air at the same pressure so using helium in place of air would also reduce aerodynamic drag. |
| 11. Cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member; the apparatus comprising: | **Adams, Woodard, Bimshas, Sibley,** and **Jäger** disclose a cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a spinning member.<br><br>**Adams** discloses a gyroscopic roll stabilizer for a boat including a flywheel.  10:31-35.  A flywheel driven at very high tip speeds requires provision for cooling the flywheel bearings (heat generating components).  7:21-30.<br><br>**Woodard** discloses a heat transferring device for energy generated by a heat producing device (e.g., a bearing that supports a shaft rotating a flywheel).  Abstract; 1:42-45.<br><br>**Bimshas** discloses a device to transfer heat from a heat source for applications of intergimbal assembly where the heat path is between relatively rotating gimbals.  1:22-32.<br><br>**Sibley** discloses cooling fins to facilitate cooling of a bearing assembly 436 (heat generating component) in an energy storage flywheel.  [0142-0143]; Fig. 4.  The bearing assembly 436 facilitates rotation of a shaft 416 and flywheel 412 about an axis.  [0134]. |

| | |
|---|---|
| | **Jäger** discloses a cooling device for a rotating shaft (e.g., due to bearing friction). 4:4-11. |
| an enclosure enclosing the spinning member, the enclosure containing a gas at below-ambient pressure or below-ambient density, | **Adams, Woodard, Bimshas** and **Jäger** disclose that the enclosure can be filled with a gas that could be below-ambient density or pressure.<br><br>**Adams** discloses that enclosure 30 contains helium (a below ambient density gas) and is maintained at below-ambient pressure. 6:56-7:11.<br><br>**Woodard** discloses that the flywheel energy storage system includes a main housing 602 sealed to maintain gas pressure at a below predetermined level of vacuum. 19:24-28.<br><br>**Bimshas** discloses that the gaps between interleaved fins may be filed with helium. 2:31-36; 3:22-25. Helium is a below-ambient density gas.<br><br>**Jäger** teaches that the casing surrounding the shaft may be filled with air or another gas. 1:33-35. Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the other gas to increase thermal conduction which would result in the enclosure containing gas at below-ambient density. |
| wherein an axis of rotation about which the spinning member spins defines an axial direction; | **Adams, Sibley, Jäger, Bimshas,** and **Woodard** disclose an axis of rotation about which the spinning member spins, which defines an axial direction.<br><br>**Adams** discloses that the flywheel 16 spins around a spin axis. Abstract. |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

|  |  |
|---|---|
|  | **Woodard** discloses that a flywheel mounted to a rotating shaft having an axis of rotation. 4:9-18. |
|  | **Sibley** discloses a flywheel 412 mounted to a rotating 416 having an axis of rotation. [0134]. |
|  | **Jäger** teaches a shaft 3 that rotates about an axis. |
|  | **Bimshas** teaches that the members 10 and 14 are relatively rotating, implicitly suggesting that the member 10 may rotate about an axis. 2:27-36. |
| a first plurality of vanes attached to the spinning member such that the first plurality of vanes spin with the spinning member relative to the enclosure, | **Bimshas, Sibley,** and **Jäger** disclose a first set of fins or conductive members (vanes) connected to a heat generating element to conduct heat away from the heat generating element.  The first set of fins in these references are attached to a spinning member.<br><br>**Bimshas** discloses a relatively rotating member 10 including a first set of fins 12 that attaches to a heat source, which can be rotating.  2:4-10; Figs. 1-2.<br><br>**Woodard** discloses that heat transferring assembly 200 is constructed to allow axial, radial and angular movement between inner and outer members 202, 204 within an enclosure 608.  20:32-36; Figs. 6-7.<br><br>**Sibley** discloses a first set of fins 438 extending from rotating shaft 412.  [0142]; Fig. 4. |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

| | |
|---|---|
| | **Jäger** discloses a first set of fins 9 connected to a rotating shaft 3 to dissipate heat due to bearing friction.  2:51-3:15; Fig. 1. |
| wherein the first vanes are cylindrical elements extending in a first direction substantially parallel to the axial direction; | **Bimshas** discloses that the first fins (vanes) 12 are cylindrical elements extending in a first direction substantially parallel to the axial direction. 2:17-18, 37-39. |
| a second plurality of vanes fixed relative to the enclosure and the spinning member such that the first vanes move with respect to the second vanes, | **Bimshas**, **Sibley,** and **Jäger** disclose a second set of fins (vanes) interleaved with the first set of fins. The second set of fins in these references is fixed relative to an enclosure or housing.<br><br>**Bimshas** discloses a second set of fins 16 that connect to a heat sink, which may be fixed. 2:11-13; Figs. 1-2.<br><br>**Sibley** discloses a second set of fins 440 ("clam-shell type set of stationary heat transfer fins") that first fins 438 fit into. [0142]; Fig. 4.<br><br>**Jäger** discloses a second set of fins 12, 13 connected to the housing 1.  3:16-45; 3:22-26; Fig. 1. The first set of fins 9 rotate relative to the second set of fins 12, 13. |
| wherein the second vanes are cylindrical elements extending in a second direction substantially parallel to the axial direction and opposite the first direction, | **Bimshas** discloses that second set of fins 16 are cylindrical.  2:17-18, 37-39.  As shown in Fig. 1, the fins 16 extend in a direction parallel to the axial direction and opposite the direction of the fins 12. |
| the second vanes defining cylindrical shaped channels into which the first vanes extend so | **Bimshas**, **Sibley,** and **Jäger** disclose the second vanes defining cylindrical shaped channels into which the first vanes extend so |

| | |
|---|---|
| that the first and second vanes are interleaved; and | that the first and second vanes are interleaved.<br><br>**Bimshas** discloses that the second fins 16 define cylindrical shaped channels into which the first fins 12 extend so that the fins 12 and fins 16 are interleaved.  2:13-16; Figs. 1, 4.<br><br>The second set of fins 440 in **Sibley** define gaps to receive the first set of fins 438 such that the first and second sets of fins 438, 440 are interleaved. [0142]; Fig. 4.<br><br>In **Jäger,** fins 12, 13 define gaps to receive the fins 9 connected to the rotating shaft. Fins 12, 13 are interleaved with fins 9.  3:16-30; Fig. 1. |
| wherein the first and second vanes are positioned in close proximity to one another so that substantial heat is transferred from the first vanes to the second vanes | **Bimshas**, **Sibley,** and **Jäger** all disclose fins vanes that are closely spaced to permit heat transfer between the fins.<br><br>**Bimshas** discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches. 2:23-26.  The gap is filled with a thermally efficient gas to improve gaseous conduction and convection. 3:22-24.<br><br>**Sibley** discloses that the first and second fins are cooling fins that should fit together and are shown closely spaced in Fig. 4. [0142]. The cooling fins are used to dissipate heat generated inside the vacuum enclosure to outside the vacuum enclosure. [0144].  Thus, heat is necessarily transferred from the first set of fins to the second set of fins.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm.  3:26-30.  Heat is transferred across the gap from the first set of fins 9 to the |

| | |
|---|---|
| | second set of fins 12, 13. 1:36-47. |
| and the second vanes are configured such that that heat can be readily transferred from the second vanes to the exterior of the enclosure. | **Bimshas** and **Jäger** disclose a heat transfer path from the second set of fins (vanes) to the exterior of an enclosure or heat sink.<br><br>**Bimshas** provides a heat path from the fins 16 to a heat sink (e.g., enclosure). 2:11-16.<br><br>**Sibley** discloses that the cooling fins 438 and 440 are used to dump heat generated inside the vacuum enclosure to outside the vacuum enclosure. [0144].<br><br>**Jäger** discloses that the fins 12, 13 transfer heat by solid conduction to a liquid cooled sleeve 10 and then to the exterior of housing 1. 1:36-41; 3:16-22. |
| 12. The apparatus of claim 11 wherein heat transfer between the first and second vanes occurs both by gaseous conduction and convection. | In **Bimshas** and **Jäger**, heat is inherently transferred between the first and second fins (vanes) by gaseous conduction and gaseous convection. The close spacing of the fins inherently enable heat transfer by gas conduction as well as convection.<br><br>**Bimshas** discloses that the gap between fins is between .005-.007 inches (.127-.178 mm). 2:23-26. Bimshas further discloses that a thermally efficient gas such as helium could be provided within the gaps. 3:22-24. Heat is implicitly transferred by gaseous conduction and gaseous convection.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm and that the space between these fins (cooling surfaces) is filled with air or another gas. 3:26-30. Heat is implicitly transferred by gaseous conduction and gaseous |

|  | convection. 1:36-47. Due to the Second Law of Thermodynamics, heat transfer by gaseous conduction and/or convection naturally occurs across a gaseous medium when there is a temperature differential. Exhibit 1003, ¶23. |
|---|---|
| 13. The apparatus of claim 12 wherein heat transfer between the first and second vanes is primarily by gaseous conduction. | In **Bimshas** and **Jäger**, heat is inherently transferred between the first and second fins (vanes) by gaseous conduction. In a partial vacuums under normal operating conditions for a flywheel (e.g., low pressure, high speed), the heat transfer is primarily by gaseous conduction. Exhibit 1003, ¶39-41.<br><br>**Bimshas** discloses that the gap between fins is between .005-.007 inches (.127-.178 mm). 2:23-26. Bimshas further discloses that a thermally efficient gas such as helium is provided within the gaps to increase gaseous conduction and convection. 3:22-24.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm and that the space between these fins (cooling surfaces) is filled with air or another gas. 3:26-30. |
| 14. The apparatus of claim 12 wherein the first and second vanes have closely spaced exposed surfaces across which heat is transferred. | **Bimshas**, **Sibley,** and **Jäger** all disclose fins that are closely space to permit heat transfer by convection, conduction, and/or radiation.<br><br>**Bimshas** discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches. 2:23-26. Bimshas further discloses that a thermally efficient gas such as helium is provided within the gaps to increase gaseous conduction and convection. 3:22-24. Heat is implicitly transferred by gaseous conduction and gaseous convection. |

| | |
|---|---|
| | **Sibley** shows that the cooling fins 428 and 440 have closely spaced exposed surfaces, and that these fins are used to transfer heat. [0144]; Fig. 4. Heat is inherently transferred across the gap.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm. 3:26-30. Heat transfer between the fins is based on radiation and heat transfer through the gas, i.e., gaseous conduction and gaseous convection. 1:36-47. Adjusting the spacing between fins is a routine optimization task. |
| 15. The apparatus of claim 14 wherein the separation between the first vanes and second vanes is greater than 0.025 mm but less than 10 mm. | **Bimshas** discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches. 2:23-26.<br><br>**Jäger** discloses a gap between fins of 0.1 – 0.2 mm. 3:26-30. |
| 16. The apparatus of claim 11 wherein the gas is both below-ambient pressure and below-ambient density. | **Adams** and **Woodard** disclose that there is gas in the flywheel enclosure that is both below-ambient pressure and below-ambient density.<br><br>**Adams** discloses that the gas in the enclosure is maintained at below ambient pressure and below ambient density to reduce aerodynamic drag. 6:57-7:11.<br><br>**Woodard**'s PCT applications (incorporated by reference in Woodard) disclose that the flywheel energy storage can have hydrogen within the flywheel enclosure and pumps are used to effect the level of hydrogen gas to main a below-ambient pressure. 3:1-15; 6:23- |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

| | |
|---|---|
| | 26; 31:4-10, 32-34.<br><br>**Bimshas** discloses that the space between the fins may be filled with "a thermally efficient gas such as helium." 3:22-24. Helium is a below-ambient density gas.<br><br>**Jäger** states that the gap between the interleaved fins may be filled with air or another gas. Abstract. Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the other gas to increase thermal conduction which would result in the enclosure containing gas at below-ambient density. |
| 17. The apparatus of claim 11 wherein the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat. | **Adams** discloses a gyroscopic roll stabilizer for a boat including a flywheel. The flywheel, enclosure and gimbal structure of the stabilizer are configured so that when installed in the boat the stabilizer damps roll motion of the boat. Abstract; 6:9-18; 9:4-55; Figs. 1-3, 8.<br><br>**Sibley** discloses that the enclosure may be supported within gimbals or in soft elastomeric rings to deflect to minimize gyroscopic maneuvering loads on the bearings when the disclosed flywheel energy storage system is used in vehicular applications. [0164]. |
| 18. The apparatus of claim 11 further comprising a heat sink to which heat flows from the second vanes. | **Bimshas, Sibley,** and **Jäger** disclose a heat transfer path from the second set of fins (vanes) to the exterior of an enclosure or heat sink. |

|  |  |
|---|---|
|  | **Bimshas** teaches that the second fins 16 transfer heat to a heat sink.  2:11-3.<br><br>In **Sibley,** the enclosure 448, and the fins 452 on the enclosure function as a heat sink.  [0144]; Fig. 4.<br><br>**Jäger** discloses that the fins 12, 13 transfer heat to a liquid cooled sleeve 10 and then to the exterior of housing 1.  1:36-41; 3:16-22. |
| 19. The apparatus of claim 18 wherein the heat sink comprises air-cooled fins on the exterior of the enclosure. | **Sibley** discloses air-cooled fins 452 on an exterior of the enclosure 448 functioning as a heat sink.  [0144]; Fig. 4. |
| 20. The apparatus of claim 11 wherein the gas has a molecular mean free path equal to or less than the distance between the first and second vanes. | **Bimshas** discloses that the gap between fins is between .005 (.127 mm) to .007 (.178 mm) inches.  2:23-26.<br><br>**Jäger** discloses gap between fins of 0.1 – 0.2 mm.  3:26-30.<br><br>Under typical operating conditions for a flywheel device, the mean free path of air will be between 0.000068 mm (at 25 ˚C, 760 Torr) and 0.065 mm (at 100 ˚C, 1 Torr).  Exhibit 1003, ¶42. These distances are both well below the typical spacing between fins.<br><br>It is well-known that a mean free path greater than the distance between the fins reduces heat transfer by gaseous conduction so a PHOSITA.  Exhibit 1003, ¶42. |
| 21. The apparatus of claim 11 wherein the gas has a higher thermal conductivity than air. | **Adams, Bimshas, Woodard,** and **Jäger** disclose use of a gas (e.g., helium or hydrogen) that has higher thermal |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

| | |
|---|---|
| | conductivity than air.<br><br>**Adams** and **Bimshas** disclose that the enclosure may be filed with helium.  Adams, 6:62-64; Bimshas, 3:22-25.<br><br>**Woodard**'s PCT (incorporated by reference) discloses that the enclosure may contain hydrogen.  31:4-10, 32-34.  Hydrogen has a higher thermal conductivity than air.  Exhibit 1003, ¶16.<br><br>**Bimshas** discloses that the space between the fins may be filled with "a thermally efficient gas such as helium."  3:22-24.  Helium has higher thermal conductivity than air.<br><br>**Jäger** teaches that the space between the rotating surfaces may be filled with air or another gas.  Helium is known to have a higher thermal conductivity than air, so it would be obvious to use helium as the other gas to increase thermal conduction.  Helium also has a lower density than air at the same pressure so using helium in place of air would also reduce aerodynamic drag. |
| 22. The apparatus of claim 11 wherein the heat generating component comprises one or more bearings. | **Adams, Woodard, Bimshas, Sibley,** and **Jäger** disclose that the heat generating component comprises one or more bearings.<br><br>**Adams** discloses a flywheel driven at very high tip speeds requires provision for cooling the flywheel bearings.  7:21-30.<br><br>**Woodard** discloses heat transferring devices to cool bearing assemblies.  4:9-12.<br><br>**Bimshas** discloses a device to transfer heat |

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

| | |
|---|---|
| | from a heat source to a relatively rotating heatsink. The heat source could be a ball bearing or motor.<br><br>**Sibley** discloses cooling fins to facilitate cooling of a motor (e.g., motor 414) and bearings (e.g., bearing assembly 436). [0026], [0133], [0143].<br><br>**Jäger** discloses that the disclosed cooling device is applicable to bearings. 4:25-32. |
| 23. The apparatus of claim 11 wherein the heat generating component comprises one or more electrical motors. | **Adams, Woodard, Sibley,** and **Jäger** disclose the heat generating component comprises one or more electrical motors.<br><br>**Adams** discloses a flywheel drive motor that spins a flywheel about a spin axis. Abstract.<br><br>**Woodard** discloses that the heat generating component comprises a motor of the flywheel storage system. 4:9-12.<br><br>**Bimshas** discloses a device to transfer heat from a heat source to a relatively rotating heatsink. The heat source could be a ball bearing or motor.<br><br>**Sibley** cooling fins to facilitate cooling of a motor (e.g., motor 414) and bearings (e.g., bearing assembly 436). [0026], [0133], [0143]. |

95

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing

PETITION FOR *INTER PARTES* REVIEW OF U.S. PATENT NO. 7,546,782 and

supporting materials (Exhibits 1001-1041) has been served in its entirety this 25

day of August 2017, by EXPRESS MAIL® on the Patent Owner at the

correspondence address for the attorney of record for the '782 patent:

Fish & Richardson P.C.
P.O. Box 1022
Minneapolis, MN  55440-1022

Edward J. Kelly
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199-3600

COATS & BENNETT, P.L.L.C.

David E. Bennett
Registration No.: 32,194

1400 Crescent Green, Suite 300
Cary, NC  27518
Telephone:  (919) 854-1844
Facsimile:   (919) 854-2084

96

IPR Petition for U.S. Patent No. 7,546,782
Attorney Docket No. 6482-019

# CERTIFICATE OF WORD COUNT

# FOR INTER PARTES REVIEW PETITION

Pursuant to 37 C.F.R. § 42.24(d), I certify that on August 10, 2017 I reviewed the word count associated with the Inter Partes Review Petition being filed by the Petitioner on August 25, 2017.  The word count of the Petition, excluding the table of contents, mandatory notices under § 42.8, certificate of service, certificate of word count and appendices of claims and exhibits, is 13,945 words.

RESPECTFULLY SUBMITTED,
COATS & BENNETT, P.L.L.C.

David E. Bennett
Registration No.: 32,194
Attorney for the Petitioners

1400 Crescent Green, Suite 300
Cary, NC 27518
Telephone:  (919) 854-1844
Facsimile:   (919) 854-2084