# EXHIBIT G

Attorney's Docket No.: 15437-004001

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : Adams et al. | Art Unit | : 3681 |
| Serial No. | : 11/330,896 | Examiner | : Pang, Roger L. |
| Filed | : January 12, 2006 | Conf. No. | : 8450 |
| Title | : COOLING BEARINGS, MOTORS AND OTHER ROTATING HEAT GENERATING COMPONENTS | | |

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### AMENDMENT IN REPLY TO ACTION OF JUNE 4, 2008

Please amend the above-identified application as follows:

**CERTIFICATE OF MAILING BY EFS-WEB FILING**

I hereby certify that this paper was filed with the Patent and Trademark Office using the EFS-WEB system on this date: July 07, 2008

Applicant : Adams et al.                                          Attorney's Docket No.: 15437-004001
Serial No. : 11/330,896
Filed     : January 12, 2006
Page      : 2 of 7

Amendments to the Claims:

This listing of claims replaces all prior versions and listings of claims in the application:

Listing of Claims:

1. (Original) Cooling apparatus for transferring heat from and cooling one or more heat generating components that support or drive a flywheel or other spinning member; the apparatus comprising:
  a first heat transfer element attached to and spinning with the spinning member;
  a second heat transfer element stationary with respect to the spinning member,
  wherein the first and second heat transfer elements move relative to one another, and
  wherein the first and second heat transfer elements are shaped and positioned in close proximity to one another so that substantial heat is transferred from the first heat transfer element to the second heat transfer element.

2. (Original) The apparatus of claim 1 wherein heat transfer between the first and second heat transfer elements occurs both by gaseous conduction and convection.

3. (Original) The apparatus of claim 1 wherein heat transfer between the first and second heat transfer element is primarily by gaseous conduction.

4. (Original) The apparatus of claim 1 wherein the first and second heat transfer elements have closely spaced exposed surfaces across which heat is transferred.

5. (Original) The apparatus of claim 4 wherein
  the first heat transfer element comprises a plurality of first vanes,

Applicant : Adams et al.
Serial No. : 11/330,896
Filed : January 12, 2006
Page : 3 of 7

Attorney's Docket No.: 15437-004001

the second heat transfer element comprises a plurality of second vanes,

the first vanes move with respect to the second vanes,

the first vanes extend into gaps between the second vanes so that the first and second vanes are interleaved, and

substantial heat is transferred from the first vanes to the second vanes.

6. (Original) The apparatus of claim 5 wherein heat transfer between the first and second heat transfer element is primarily by gaseous conduction.

7. (Original) The apparatus of claim 1 wherein

an enclosure surrounds the spinning member,

the first heat transfer element comprises the outer surface of the spinning member, and

the second heat transfer element comprises the inner surface of the enclosure spaced by a small gap from the spinning member so that substantial heat is transferred by gaseous conduction from the spinning member to the enclosure.

8. (Original) The apparatus of claim 5 wherein the separation between the first vanes and second vanes is greater than 0.025 mm but less than 10 mm.

9. (Original) The apparatus of claim 5 wherein

the spinning member is enclosed within an enclosure containing a gas at below-ambient pressure or below-ambient density,

the first heat transfer element and first vanes spin relative to the enclosure,

the second heat transfer element and second vanes are fixed relative to the enclosure, and

the second heat transfer element is positioned so that heat can be readily transferred from the second heat transfer element to the exterior of the enclosure.

Applicant : Adams et al.  
Serial No. : 11/330,896  
Filed : January 12, 2006  
Page : 4 of 7

Attorney's Docket No.: 15437-004001

10. (Original) The apparatus of claim 9 wherein heat transfer between the first and second heat transfer element is primarily by gaseous conduction.

11. (Original) The apparatus of claim 10 wherein the gas is both below-ambient pressure and below-ambient density.

12. (Original) The apparatus of claim 10 wherein the separation between the first vanes and the second vanes is greater than 0.025 mm but less than 10 mm.

13. (Original) The apparatus of claim 9 wherein
the axis of rotation about which the spinning member spins defines an axial direction,
the first vanes are cylindrical elements extending in a first axial direction from a first base attached to the spinning member,
the second vanes are cylindrical elements extending in a second axial direction, opposite the first axial direction, from a second base attached to the enclosure, and
the gaps between the second vanes are cylindrical channels shaped and positioned to receive the cylindrical first vanes.

14. (Original) The apparatus of claim 13 wherein heat transfer between the first and second heat transfer element is primarily by gaseous conduction.

15. (Original) The apparatus of claim 9 wherein
the axis of rotation about which the spinning member spins defines an axial direction,
the first and second vanes are planar elements extending in radial directions perpendicularly to the axial direction, and
the gaps between the second vanes are planar channels shaped and positioned to receive the planar first vanes.

Applicant : Adams et al.
Serial No. : 11/330,896
Filed : January 12, 2006
Page : 5 of 7

Attorney's Docket No.: 15437-004001

16. (Original) The apparatus of claim 9 wherein

the first and second heat transfer elements are located adjacent a bearing that supports the spinning member,

the bearing has an inner race and an outer race,

the first vanes and inner race are attached to the spinning member so heat flows by conduction from the inner race to the first vanes and from the spinning member to the first vanes,

the outer race is attached to the enclosure, and

the inner race, spinning member, first vanes and second vanes are sized and positioned so that heat from the inner race of the bearing flows by solid conduction from the inner race to the spinning member and to the first vanes, by solid conduction from the spinning member to the first vanes, and by gaseous conduction and convection from the first vanes to the second vanes, and by solid conduction from the second vanes to the exterior of the enclosure.

17. (Original) The apparatus of claim 16 wherein heat transfer between the first and second heat transfer element is primarily by gaseous conduction.

18. (Original) The apparatus of claim 16 wherein the apparatus comprises at least two bearings, each with its own first and second heat transfer elements as described.

19. (Original) The apparatus of claim 9 wherein the spinning member is a flywheel and the flywheel and enclosure are part of gyroscopic roll stabilizer for a boat.

20. (Original) The apparatus of claim 19 wherein heat transfer between the first and second heat transfer element is primarily by gaseous conduction.

21. (Original) The apparatus of claim 9 further comprising a heat sink to which heat flows from the second vanes.

Applicant : Adams et al.  
Serial No. : 11/330,896  
Filed : January 12, 2006  
Page : 6 of 7

Attorney's Docket No.: 15437-004001

22. (Original) The apparatus of claim 21 wherein the heat sink comprises air-cooled fins on the exterior of the enclosure.

23. (Original) The apparatus of claim 6 wherein the gas between the first and second transfer elements has a molecular mean free path equal to or less than the distance between the heat transfer elements.

24. (Original) The apparatus of claim 9 comprising a plurality of sets of first and second vanes.

25. (Original) The apparatus of claim 10 wherein the gas has a higher thermal conductivity than air.

26. (Original) The apparatus of claim 1 wherein the heat generating component comprises one or more bearings.

27. (Original) The apparatus of claim 1 wherein the heat generating component comprises one or more electrical motors.

28-37. (Canceled)

| | |
|---|---|
| Applicant : Adams et al.<br>Serial No. : 11/330,896<br>Filed : January 12, 2006<br>Page : 7 of 7 | Attorney's Docket No.: 15437-004001 |

## REMARKS

The examiner has made a species restriction. Applicant elects the species of FIGS. 1-9, without traverse. Claims 1-27 cover the elected species. Claims 28-37 cover the nonelected species, and have been canceled.

Please apply any other charges or credits to deposit account 06-1050.

Respectfully submitted,

Date: 7/7/2008

/grogerlee/
G. Roger Lee
Reg. No. 28,963

Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile: (877) 769-7945

21964716.doc