IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-484-JCB |
| | ) |
| DOMETIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Seakeeper, Inc.'s Motion for Preliminary Injunction, D.I. 8, is hereby DENIED.

{02123448;v1}                                    1