# EXHIBIT B

EXHIBIT 1003

UNITED STATES PATENT AND TRADEMARK OFFICE

_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD

_____

Petitioner

v.

SEAKEEPER, INC.,
Patent Owner

_____

Case IPR2017-
Patent 8,117,930B2 ("the '930 Patent")

_____

**DECLARATION OF GREGORY BUCKNER**

1

## DECLARATION OF DR. GREGORY BUCKNER

Declarant states:

1.    I am a resident of North Carolina, am above the age of eighteen years, and am not subject to any legal disabilities.  I make the following statements on my personal knowledge.

2.    I am a professor of mechanical and aerospace engineering at North Carolina State University (NC State).  At NC State, I teach graduate students in the design of electromechanical systems, and undergraduate students in engineering dynamics and principles of automatic control.  My curriculum vitae is provided as Exhibit 1004 and includes a list of publications authored by myself in the last ten years.

3.    In addition to teaching, I also conduct research at NC State. My research relates to dynamic systems, electromechanical systems, control systems, design optimization and mechatronics.  I have previous experience in the field of energy storage flywheels.

4.    I received a PhD in mechanical engineering from the University of Texas at Austin, a MS in mechanical engineering from Virginia Polytechnic Institute, and a BS in mechanical engineering from Louisiana State University.

Exhibit 1003, Page 2

5.      I have been asked by the Petitioner in the above captioned case, to provide testimony relating to heat transfer devices for cooling bearings and other heat generating components in flywheels and other spinning devices.   I am being paid in connection with this declaration at a rate of $250 per hour.  I am not employed by Petitioner, and I have no personal or financial interest in the outcome of this proceeding.

6.      During the last four years, I have testified as an expert witness in the following trials or *inter partes* reviews.

    a.  Deposition: Cecil v. City of Lexington, NC, May 2, 2016

    b.  Declaration and Deposition: Logic Technology Development, LLC v. Fontem Holdings 1 B.V., IPR2015-00098, Exhibit 1002, October 21, 2014.

    c.  Declaration: Fontem Holdings 1 B.V. v. VMR Products, LLC, IPR2015-00859, Exhibit 1002, March 10, 2015.

7.      In preparation to give testimony in this case, I have reviewed Exhibits 1001-1042 of the *inter partes* review petition.

**Overview of the '930 Patent**

8.      The '930 patent relates generally to flywheel devices and, more particularly, to a heat transfer assembly for cooling or dissipating heat from the bearings of a flywheel device.  Exhibit 1001, Col. 1, ll. 15-18.  The

3

Exhibit 1003, Page 3

specification of the '930 patent teaches a particular application of the heat

transfer device in the context of a control moment gyroscope (CMG) used

for roll attenuation in boats, i.e., a boat stabilizer, but explains that

embodiments are also applicable to cooling in flywheel energy storage

devices.  Col. 5, ll. 41-49.

9.    The background of the '930 patent identifies overheating of

bearings as a problem in flywheel devices such as boat stabilizers and

energy storage flywheels. Flywheels for CMGs and energy storage devices

are often contained within a vacuum environment to reduce aerodynamic

drag on the flywheel.  The '930 patent states conventional air cooling

methods cannot be used to cool the bearings supporting the flywheel.

Exhibit 1001, Col. 1, ll. 23-41.

10.    The '930 patent discloses a heat transfer assembly designed to

work in a partial vacuum.  Exhibit 1001, Col. 1, ll. 15-18.  The heat transfer

assembly includes two sets of interleaved fins: one that rotates with the

flywheel and one that is stationary.

11.    The enclosure is preferably maintained at below ambient

pressure and contains a below ambient-density gas, e.g. helium or hydrogen,

in order to reduce aerodynamic drag.  Exhibit 1001, Col. 6, ll. 38-42.  The

fins of the first and second members are separated by a small gap on the

4

order of 1 mm or less.  Exhibit 1001, Col. 7, ll. 47-60.  The close spacing allows heat transfer by gaseous conduction from the first set of fins to the second set of fins.

12.    The heat transfer assembly of the '930 patent provides a heat transfer path for conducting heat away from the bearings to the heat sinks/cooling collar assemblies.  Exhibit 1001, Col. 4, ll. 26-34.  More specifically, heat is transferred by solid conduction from the bearings and flywheel shaft to the first set of fins, by gaseous conduction from the first set of fins to the second set of fins, and by solid conduction from the second set of fins to the heat sinks/cooling collar assemblies outside of the enclosure. As long as a temperature differential is maintained between the first and second sets of fins, heat will be transferred away from the bearings to the outer enclosure.

**Claim Construction** (37 C.F.R. § 42.104(b)(3))

13.    I understand that in *inter partes* review proceedings, claims are given their broadest reasonable interpretation in light of the claims and specification.  Consistent with this principle, I have construed several terms of the '930 claims as follows:

    a.    Adjacent - close to or near

    b.    Vane – a fin used for heat transfer or cooling

Exhibit 1003, Page 5

  c.  Closely spaced – close enough for heat transfer

  d.  Exposed surface - a surface exposed to the gas within the

enclosure

**Level of Ordinary Skill**

  14.  I understand that in *inter partes* review proceedings, the issue

of obviousness is determined with reference to a person having ordinary skill

in the art (PHOSITA) at the time of the effective filing date of the patent at

issue (January 12, 2006). In my opinion, a person having ordinary skill in

the art to which the invention pertains would have a bachelor of science

degree in mechanical engineering with several years of experience in the

design of flywheel devices, such as control moment gyroscopes (CMGs) and

energy storage flywheels.

**Heat Transfer Principles That Would Have Been Known To A PHOSITA At The Time Of The Effective Filing Date Of The Patent At Issue (January 12, 2006)**

  15.  Heat transfer occurs when a temperature differential exists

within a medium or between media. Due to the Second Law of

Thermodynamics, heat inherently transfers from the warmer media to the

cooler media. There are three basic modes of heat transfer in a partial

vacuum: conduction, convection, and radiation. Conduction occurs when a

temperature differential exists in a material medium, which may be solid,

6

liquid, or gas. Heat transfer by conduction is due to the random movement of and collisions between molecules in this medium. When two molecules collide, energy is transferred from the molecule with higher energy to the molecule with lower energy. Convection refers to heat transfer between a fluid (liquid or gas) moving relative to a surface, when the two are at different temperatures. Convection is comprised of two distinct mechanisms: energy transfer due to random molecular motion (conduction), and energy transfer associated with the relative bulk motion of the fluid (advection). Heat transfer by radiation occurs when the thermal emissions of matter are transported across space by electromagnetic waves. Exhibit 1025, pp. 2-12. Radiative heat transfer between two surfaces is dependent on the temperature differential between these surfaces, the radiative properties of these surfaces, and the characteristics of the medium between these surfaces.

16.     Thermal conductivity is a material property describing its ability to conduct heat. The thermal conductivity of gases is dependent on factors such as temperature and pressure. Exhibit 1025, p. 39. Gases with a higher thermal conductivity have a greater capacity to transfer heat. At atmospheric pressure (760 Torr) and 25°C, air has a thermal conductivity of 0.026 W/m·K. Exhibit 1025, p. 767. Helium and hydrogen are known to have higher thermal conductivities than air: at atmospheric pressure and

7

25°C, helium has a thermal conductivity of 0.151 W/m·K, and hydrogen has an even greater thermal conductivity of 0.182 W/m·K. Exhibit 1025, p. 769. For many gases, thermal conductivity is not strongly dependent on pressure, remaining relatively constant at low vacuum pressures (0.987-0.033 atmospheres, or 750-25 Torr). This characteristic relationship is illustrated in Exhibit 1021, which plots thermal conductivity vs. vacuum pressure for helium and air. Exhibit 1021, p. 084313-6, Figs. 6, 7.

17.    A heat sink is a device that transfers thermal energy from a higher temperature medium to a lower temperature medium. A heat sink may employ all modes of heat transfer, conduction, convention, and radiation, alone or in combination. The rate at which heat is transferred depends upon the temperature gradient and the surface area across which the heat is transferred. Heat sinks are commonly provided with cooling fins to increase the surface area over which heat is transferred, and thus increase the rate of heat transfer. It is common practice to cool the fins of a heat sink with a moving liquid or gas. Exhibit 1025, pp. 95-110.

18.    Interleaved fin thermal connectors apply these same principles to transfer heat between closely spaced surfaces. In interleaved fin thermal connectors, cooling fins extend from both surfaces to form an array of interleaved fins. The convoluted interface between the interleaved fins

8

provides a much larger surface area than the original planar surfaces to greatly enhance heat transfer. The interleaved fins may be designed to translate linearly relative to one another, or to rotate relative to one another. Exhibits 1009-1020 show various interleaved fin thermal connectors. Heat transfer by radiation, gaseous conduction and gaseous convection naturally occurs in interleaved fin thermal connectors, depending on the gas temperature and pressure. Generally, at low temperature differentials, only a small amount of heat is transferred by radiation. In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection in an interleaved fin thermal connector.

19.    The term partial vacuum is used to describe an environment containing a gas at below-ambient pressure. There is no universally accepted standard for partial vacuum ranges. *See, e.g.*, Exhibit 1035, p. 2. One publication associates low, medium, and high vacuums with pressure ranges of 750-25 Torr, 25 to $7.5 \times 10^{-4}$ Torr, and $7.5 \times 10^{-4}$ to $7.5 \times 10^{-7}$ Torr, respectively. Heat transfer by gaseous conduction is largely unaffected until a vacuum pressure of approximately 1 Torr is reached. Heat transfer by radiation is largely unaffected by a vacuum since the mechanism of heat transfer is by electromagnetic waves.

**Obviousness of Claims 1 – 17 of the '930 Patent**

Exhibit 1003, Page 9

20.    In formulating my opinions, I have relied on my experience, education, and knowledge in the relevant art. I have also considered the viewpoint of a person having ordinary skill in the art as defined above.  For reasons described in detail below, it is my opinion that the subject matter claimed in claims 1 – 17 of the '930 patent would have been obvious to a PHOSITA at the time the patent at issue was filed (January 12, 2006).

**It Would Be Obvious To Modify Adams (US 6,973,847) To Include Interleaved Cooling Fins As Taught By Sibley (US 2005/0040776), Jäger (DE19909491), Or Bimshas (US 3,844,341).**

21.    Adams discloses the basic structure of a gyroscopic roll stabilizer for a boat.  Adams, Abstract; Col. 6, ll. 9-18; Fig. 2.  The gyroscopic roll stabilizer in Adams includes a flywheel 16 and bearings 20 (i.e., heat generating elements) contained within a vacuum enclosure 30. Col. 6, ll. 41-49; Figs. 5 & 6.  Adams also discloses the need for a cooling device to cool the flywheel bearings. Adams, Col. 7, ll. 21-30.  Adams, however, does not disclose any details of the bearing cooling device.

22.    Sibley, Jäger, and Bimshas all disclose cooling devices that may be used to cool bearings or other heat generating components (e.g., motors) in a flywheel.  A PHOSITA would recognize that the cooling devices in any of these three patents could be adapted for use in a gyroscopic boat stabilizer as described by Adams.

Exhibit 1003, Page 10

23.    Sibley discloses a flywheel energy storage system 10 which, like Adams, includes a flywheel 412 supported by bearings 346 and enclosed within a vacuum enclosure 418. Sibley, ¶ 0011.  Sibley also teaches a cooling device comprising interleaved fins 438, 440 to cool the flywheel bearings 436.  Sibley, ¶ 0142-0144.  The interleaved fins are separated by a gap.  Heat is transferred from the bearings 436 to the first set of fins 438 by solid conduction along the flywheel shaft, across the gap from the first set of fins 438 to the second set of fins 440, and by solid conduction from the second set of fins to the exterior of the enclosure 418.  Sibley does not mention heat transfer by gaseous conduction though such would naturally occur.

24.    Jäger discloses a cooling device for cooling the bearings supporting a rotating shaft, i.e., a spinning member.  Jäger, Col. 1, ll. 3-4. As described by Jäger, bearing friction causes heat buildup in the inner race and in the rotating shaft.  Col. 4, ll. 4-11.  Jäger discloses a cooling device for dissipating heat that builds up in the inner race and in the rotating shaft. The cooling device comprises two relatively rotating cooling bodies or heat sinks 6, 7 with interleaved fins 8 (first cooling body) and 12, 13 (second cooling body).  Air or "another gas" is present in the space between the interleaved fins.  The relative movement of the interleaved fins would

11

necessarily cause bulk motion of this air or gas.  Due to the presence of a

moving fluid in the space between the interleaved fins, heat transfer by

gaseous conduction and convection would naturally occur.  Jäger does not

state what "other gases" could be used between the interleaved fins.

Because the purpose of the interleaved fins is to transfer heat away from the

bearings 4, 5, the most logical choices would be gases with thermal

conductivities significantly higher than air, most notably hydrogen and

helium.

25.    Bimshas discloses a rotatable heat transfer device 10 with

interleaved fins 12, 16 for transferring heat from a heat source to a relatively

rotating heat sink.  Bimshas, Col. 1, ll. 29-31.  Bimshas indicates that his

heat transfer device 10 can be used in inertial guidance systems to transfer

heat between relatively rotating gimbals.  Bimshas, Col. 1, ll. 22-26.  The

heat transfer device in Bimshas relies on gaseous conduction for heat

transfer. Bimshas teaches to "further reduce thermal impedance, a

substantially thermally efficient gas such as helium" could be used within

the gaps between interleaved fins.  Bimshas, Col. 3, ll. 22-24.

26.    A PHOSITA would recognize that the teachings of Sibley,

Jäger and Bimshas could be applied to cool the bearings or motors in

flywheel devices, such as shown by Adams.  Therefore, it would be obvious

Exhibit 1003, Page 12

to a PHOSITA to incorporate interleaved cooling fins as described by

Sibley, Jäger, and Bimshas into the flywheel device of Adams to cool

Adams' flywheel bearings. More specifically, it would be obvious to add a

first set of fins to the rotating shaft 18 in Adams and a second set of

stationary fins to transfer heat from the first set of fins to the enclosure 30 in

Adams. The motivation to modify Adams to include cooling fins is Adams'

explicit suggestion of the need for a cooling device to cool the flywheel

bearings. Modifying Adams to include cooling fins, as described by Sibley,

Jäger, and Bimshas, would require only routine skill and would meet all of

the limitations of claims 1 and 14.

**The Claim Limitations On The Heat Transfer Path Are Obvious.**

27.    Claims 2 and 15 recite additional details about the structure of

the bearings and the heat transfer path between the bearings and the

enclosure. Specifically, claims 2 and 15 recite that the bearings include an

inner race and an outer race. This bearing structure is disclosed by Adams,

Sibley, and Jäger, and is a standard form of a bearing. Claims 2 and 15

further recite that the bearings are "located adjacent [to] the first plurality of

[fins] such that heat flows from the inner race to the first plurality of [fins],

from the first plurality of [fins] to the second plurality of [fins], and from the

second plurality of [fins] to the exterior of the enclosure." Both Adams and

13

Sibley disclose flywheel bearings that generate heat during operation and both recognize that some means of cooling the bearings is needed.    Sibley goes further and describes an interleaved fin thermal connector to transfer heat from the bearings 436 to the enclosure 418.  In Sibley, heat is transferred from the bearings 436 to the first set of fins 438, across the gap from the first set of fins to the second set of fins 440, and from the second set of fins to the enclosure 418.   Therefore, including an interleaved fin thermal connector as taught by Sibley, Jäger or Bimshas in Adams' boat stabilizer meets the limitations of clams 2 and 15.

**The Claim Limitations On Heat Transfer Mode.**

28.    Claims 3, 11, and 16 recite limitations on the heat transfer mode of the interleaved fin thermal connector.  Specifically, claims 3, 11, and 16 recite that heat transfers by gaseous conduction between the vanes/fins.  It is my opinion that these limitations would be met by incorporating an interleaved fin thermal connector as taught by Sibley, Jäger, or Bimshas into Adams' boat stabilizer.   The purpose of the interleaved fin thermal connectors in Sibley, Jäger and Bimshas is to dissipate heat that builds up in heat generating components such as bearings.  A PHOSITA would understand that, in order to cool the flywheel bearings in Adams, it is necessary (and common sense) to space the fins close enough so that heat is

14

transferred from the first set of fins to the second set of fins. Otherwise, there is no use for the interleaved fin thermal connector. It is also apparent that, at the pressure levels taught by Adams, both gaseous conduction and convection, as well as radiation, are involved in the heat transfer between interleaved fins as taught by Sibley, Jäger, and Bimshas.

29.      Sibley does not explicitly mention heat transfer by gaseous conduction between the first and second sets of fins 438, 440. However, gaseous conduction would naturally occur at the operating pressures taught by Adams. Specifically, Adams teaches that "the pressure is preferably below 190 Torr (0.25 atmosphere), and more preferably below 7.6 Torr (0.015 atmosphere)." Col. 7, ll. 4-6. At the pressures taught by Adams, there would be sufficient gas in the space between the interleaved fins so that heat transfer by gaseous conduction would naturally occur due to the Second Law of Thermodynamics.

30.      The Jäger and Bimshas references both disclose heat transfer by gaseous conduction between interleaved fins. Jäger states that the heat transfer "is based on both radiation and on heat transfer carried out through the gas that is located between the cooling bodies. … In addition to the radiation, only the gas that is present in the housing is required for the heat transport." Col. 1, 39-47. A PHOSITA would understand that the phrase

15

"heat transfer carried out through the gas" is referring to gaseous conduction and gaseous convection. Bimshas states that "a substantially thermally efficient gas such as helium or a liquid" could be used in the gaps between the fins 12, 16 to "reduce thermal impedance." Col. 3, ll. 22-24. A PHOSITA would understand the phrase "thermally efficient" to mean a gas with high thermal conductivity. Therefore, a PHOSITA would recognize that Bimshas teaches heat transfer by gaseous conduction, otherwise, the "thermal efficiency" of the gas would be irrelevant.

31.    Further, a PHOSITA would recognize that, in an interleaved fin thermal connector for a boat stabilizer, radiation alone could not provide sufficient heat transfer to cool the bearings in a partial vacuum as taught by Adams. Only a small amount of heat can be transferred by radiation due to the limited surface area of the fins and the relatively low temperature differential at desired operating conditions. In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection. Therefore, reliance on gaseous conduction to get significant heat transfer is almost certainly necessary. Reliance on gaseous conduction is not simply one of several ways of transferring heat, but rather is the only practical way to transfer a significant amount of heat in a partial vacuum.

16

32.    Use of a partial vacuum environment involves a known tradeoff between two competing design criteria in flywheel systems: reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer by gaseous conduction and convection. If heat transfer is an important design objective, a PHOSITA would design the system to operate at pressures that significantly reduce aerodynamic drag (which reduces heat generation) while providing significant heat transfer by gaseous conduction and gaseous convection.    Significant reductions in aerodynamic drag can be achieved at medium vacuum pressures. Exhibit 1038, p. 105-16 for example, documents an 85% reduction in skin drag coefficient and a 70% reduction in viscous drag as air pressure is reduced from atmospheric, 760 Torr, to 0.01 Torr.   In this range, heat transfer would be primarily by gaseous conduction and convection.  Adjusting parameters such as fin spacing, gas type, and operating pressure to optimize heat transfer by gaseous conduction involves only routine skill.

33.    The mode of heat transfer present in the interstitial gap between the interleaved fins will depend on the operating parameters of the system. Specifically, the mode of heat transfer will be affected by the rotational speed, temperature, and pressure.  We used a Taylor-Couette flow model to analyze how heat is transferred across a viscous fluid (e.g. dry air) confined

17

Exhibit 1003, Page 17

in the gap between two rotating cylinders. This Taylor-Couette flow model and the results of my analyses are described more fully in Exhibit 1005, which is incorporated herein by reference. Generally, our analyses showed that at low rotational speeds, the fluid flow is laminar and heat transfer across such gaps is dominated by gaseous conduction, with minimal advection (i.e., convection), as the radial components of fluid velocity are negligible. However, as the rotational speed increases, the fluid flow becomes more unstable. Above critical rotor speeds, Taylor vortices form within the fluid, enhancing radial flow. In this case, both conductive and advective heat transfer modes occur, the ratio strongly dependent on temperature and pressure. Figures 2-6 of Exhibit 1005 show graphs of the heat transfer modes as functions of rotor speed at different pressures.

34. Based on our analyses, at pressures in the range of .076 Torr ($10^{-4}$ atmospheres) to 76 Torr ($10^{-1}$ atmospheres), or medium to low vacuums, conductive heat transfer will generally be dominant. Figures 11-15 of Exhibit 1005 show the relative contributions of radiative, conductive, and advective heat transfer modes as functions of rotor speed at different pressures. At pressures below 76 Torr and rotational speeds below 10,000 RPM, which are typical operating conditions of flywheels for boat stabilizers

as described by Adams (Exhibit 1001), the heat transfer will be primarily by conduction.

**The Claim Limitations On Fin Spacing Are Obvious.**

35.    Claims 9 and 12 recite that the spacing between the fins are less than 5 mm.  In a cooling device with interleaved fins, the cooling fins would necessarily be spaced to enable effective heat transfer between the exposed surfaces of the interleaved fins, which is the purpose of the cooling device. It is known that heat transfer is a function of the distance between the fins. Selecting an effective spacing is a routine design optimization task involving known design variables and tradeoffs.  Also, both Jäger and Bimshas disclose fin spacing in the range recited in claims 9 and 12 of the '930 patent.  Therefore, claims 9 and 12 are obvious over the Adams in view of Sibley, Jäger, or Bimshas combination.

**The Claim Limitations On The Use Hydrogen or Helium Are Obvious.**

36.    Claim 4 recites that the gas within the enclosure around the flywheel is hydrogen.  Adams teaches that the enclosure is preferably maintained at below ambient pressure and contains a <u>below-ambient density gas</u>.  Adams, Col. 6, l. 57 – Col. 7, l. 2.  The purpose of the below ambient density gas in Adams is to reduce aerodynamic drag.  Adams further teaches that the below-ambient density gas may comprise helium, but does not

19

Exhibit 1003, Page 19

specifically disclose using hydrogen gas.  As explained above in paragraph 16, like helium, hydrogen is a below-ambient density gas with a higher thermal conductivity than air.  Moreover, hydrogen has lower density and higher thermal conductivity than helium.  It would be obvious to a PHOSITA to use hydrogen as recited in claim 4 in place of helium in Adams' boat stabilizer in order to further reduce aerodynamic drag on the flywheel in Adams.  Further, a PHOSITA would recognize that using hydrogen would increase heat transfer gaseous conduction between the interleaved fins.   Therefore, claim 4 is obvious over Adams in view of Sibley, Jäger, or Bimshas.

37.    Claims 5 and 17 recite that the gas within the enclosure surrounding the flywheel is helium.  Adams explicitly teaches that the enclosure is preferably maintained at below ambient pressure and contains a below-ambient density gas.  Adams, Col. 6, l. 57 – Col. 7, l. 2.  The purpose of the below ambient density gas in Adams is to reduce aerodynamic drag.  Adams further teaches that the below-ambient density gas may comprise helium as recited in claims 5 and 17.  Therefore, claims 5 and 17 are obvious over Adams in view of Sibley, Jäger, or Bimshas.

**The Claim Limitations On The Pressure Within the Enclosure Are Obvious.**

Exhibit 1003, Page 20

38.    Claim 10 recites that the pressure within the enclosure is below 390 Torr.  For reference, 760 Torr is equal to 1 atmosphere.  Thus, claim 10 is suggesting reducing the pressure below atmospheric pressure as is consistent with a vacuum environment useful for reducing aerodynamic drag.  Adams teaches that the enclosure should be maintained at a pressure below 390 Torr as recited in claim 10 in order to reduce aerodynamic drag on the flywheel.  Adams, Col. 7, ll. 1-11.  Therefore, claim 10 is obvious over Adams in view of Sibley, Jäger, or Bimshas.

**The Claim Limitations On Use Of A Heat Sink Are Obvious.**

39.    Claim 7 recites that heat is transferred from the second set of fins to a heat sink.  Claim 8 depends from claim 7 and further recites that the heat sink comprises air-cooled fins.  As used in the claims, the term heat sink applies to any structure to which heat is transferred.   Sibley, Jäger, and Bimshas all disclose heat sinks.  In Sibley, the enclosure functions as a heat sink and includes air-cooled fins.  The purpose of the air-cooled fins is to increase the surface area exposed to the air flow and thereby increase the amount of heat that can be dissipated by the heat sink.  The use of a heat sink to dissipate heat to the atmosphere is a well-known technique for mitigating heat build-up.  Also, the use of air-cooled fins or liquid-cooled

Exhibit 1003, Page 21

fins on a heat sink is ubiquitous in the field and would be an obvious design choice to a PHOSITA in the field of heat transfer.

**The Claim Limitations On Fin Geometry Are Obvious.**

40.    Claim 6 includes limitations on the geometry of the interleaved fins.  As discussed above, it would be obvious to a PHOSITA to modify Adams to include interleaved fins for cooling the flywheel bearings.  The prior art teaches that the interleaved fins for a heat transfer assembly can be in the form of flat, planar discs that extend perpendicular to the axis of rotation, or in the form of cylinders that extend parallel to the axis of rotation.  The patent to Bimshas, for example, teaches both fin geometries. Sibley and Jäger both teach flat planar discs for interleaved cooling fins.  A PHOSITA would recognize that the planar fin geometry and cylindrical fin geometry are interchangeable; the choice between the two depending primarily on physical constraints. Therefore, it would be obvious to a PHOSITA that the interleaved cooling fins could be cylindrical and extend parallel to the rotational axis as recited in claim 6.  The cylindrical form is one of two known forms that allow relative rotation between the fins.

**The Claim Limitations On Fin Geometry Are Obvious.**

41.    Claim 13 recites additional details of a gyroscopic boat stabilizer.  Specifically, claim 13 recited that the stabilizer includes "a

22

Exhibit 1003, Page 22

flywheel drive motor configured to spin the flywheel about a spin axis; and a device for applying a torque to the flywheel." Adams' boat roll stabilizer comprises a flywheel drive motor 24 configured to spin a flywheel about a spin axis. Abstract; Col. 6:50-56; Figs. 5 & 6. Adams' boat stabilizer also includes a device for applying a torque to a flywheel rotating about a gimbal axis. Col. 7, l. 62 – Col. 8, l. 65 (describing various types of torque applying devices). Thus, claim 13 is obvious over the Adams in view of Sibley, Jäger, or Bimshas.

42.    I hereby acknowledge that any willful false statement made in the declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment, or both.

43.    I declare that all statements made in this declaration of my own knowledge are true and that all statements made on information and belief are believed to be true.

GREGORY BUCKNER                    DATE    8/9/2017

23