# EXHIBIT E

EXHIBIT 1003

UNITED STATES PATENT AND TRADEMARK OFFICE

————————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

————————————

Petitioner

v.

SEAKEEPER, INC.,
Patent Owner

————————————

Case IPR2017-
Patent 7,546,782B2 ("the '782 Patent")

————————————

**DECLARATION OF GREGORY BUCKNER**

## DECLARATION OF DR. GREGORY BUCKNER

**Declarant states:**

1.      I am a resident of North Carolina, am above the age of eighteen years, and am not subject to any legal disabilities.  I make the following statements on my personal knowledge.

2.      I am a professor of mechanical and aerospace engineering at North Carolina State University (NC State).  At NC State, I teach graduate students in the design of electromechanical systems, and undergraduate students in engineering dynamics and principles of automatic control.  My curriculum vitae is provided as Exhibit 1004 and includes a list of publications authored by myself in the last ten years.

3.      In addition to teaching, I also conduct research at NC State. My research relates to dynamic systems, electromechanical systems, control systems, design optimization and mechatronics.  I have previous experience in the field of energy storage flywheels.

4.      I received a PhD in mechanical engineering from the University of Texas at Austin, a MS in mechanical engineering from Virginia Polytechnic Institute, and a BS in mechanical engineering from Louisiana State University.

5.    I have been asked by the Petitioner in the above captioned case to provide testimony relating to heat transfer devices for cooling bearings and other heat generating components in flywheels and other spinning devices.   I am being paid in connection with this declaration at a rate of $250 per hour.  I am not employed by Petitioner, and I have no personal or financial interest in the outcome of this proceeding.

6.    During the last four years, I have testified as an expert witness in the following trials or *inter partes* reviews.

   a.   Deposition: Cecil v. City of Lexington, NC, May 2, 2016

   b.   Declaration and Deposition: Logic Technology Development, LLC v. Fontem Holdings 1 B.V., IPR2015-00098, Exhibit 1002, October 21, 2014.

   c.   Declaration: Fontem Holdings 1 B.V. v. VMR Products, LLC, IPR2015-00859, Exhibit 1002, March 10, 2015.

   d.   Declaration and Report: Wavetamer Gyros, LLC v. Seakeeper, Inc., IPR2017-01931, Exhibits 1003, 1005, August 10, 2017.

7.    In preparation to give testimony in this case, I have reviewed Exhibits 1001-10341 of the *inter partes* review petition.

**Overview of the '782 Patent**

8.     The '782 patent relates generally to flywheel devices and, more particularly, to a heat transfer assembly for cooling or dissipating heat from the bearings of a flywheel device.  Exhibit 1001, Col. 1, ll. 7-10.  The specification of the '782 patent teaches a particular application of the heat transfer device in the context of a control moment gyroscope (CMG) used for roll attenuation in boats, i.e., a boat stabilizer, but explains that embodiments are also applicable to cooling in flywheel energy storage devices.  Exhibit 1001, Col. 5, ll. 29-37.

9.     The background of the '782 patent identifies overheating of bearings as a problem in flywheel devices such as boat stabilizers and energy storage flywheels. Flywheels for CMGs and energy storage devices are often contained within a vacuum environment to reduce aerodynamic drag on the flywheel.  The '782 patent states conventional air cooling methods cannot be used to cool the bearings supporting the flywheel. Exhibit 1001, Col. 1, ll. 14-30.

10.     The '782 patent discloses a heat transfer assembly designed to work in a partial vacuum.  Exhibit 1001, Col. 1, ll. 29-31.  The heat transfer assembly includes two sets of interleaved fins: one that rotates with the flywheel and one that is stationary.

11.    The enclosure is preferably maintained at below ambient pressure and contains a below ambient-density gas, e.g. helium or hydrogen, in order to reduce aerodynamic drag.  Exhibit 1001, Col. 6, ll. 25-29.  The fins of the first and second members are separated by a small gap on the order of 1 mm or less.  *Id.* at ll. 62-67.  The close spacing allows heat transfer by gaseous conduction from the first set of fins to the second set of fins.  *Id.*

12.    The heat transfer assembly of the '782 patent provides a heat transfer path for conducting heat away from the bearings to the heat sinks/cooling collar assemblies.  Exhibit 1001, Col. 4, ll. 14-23.  More specifically, heat is transferred by solid conduction from the bearings and flywheel shaft to the first set of fins, by gaseous conduction from the first set of fins to the second set of fins, and by solid conduction from the second set of fins to the heat sinks/cooling collar assemblies outside of the enclosure. *Id.*  As long as a temperature differential is maintained between the first and second sets of fins, heat will be transferred away from the bearings to the outer enclosure.

**Claim Construction** (37 C.F.R. § 42.104(b)(3))

13.    I understand that in *inter partes* review proceedings, claims are given their broadest reasonable interpretation in light of the claims and

specification.  Consistent with this principle, I have construed several terms of the '782 claims as follows:

      a.     Adjacent - close to or near

      b.     Vane – a fin used for heat transfer or cooling

      c.     Closely spaced – close enough for heat transfer

      d.     Exposed surface - a surface exposed to the gas within the enclosure.

**Level of Ordinary Skill**

14.     I understand that in *inter partes* review proceedings, the issue of obviousness is determined with reference to a person having ordinary skill in the art (PHOSITA) at the time of the filing of the patent at issue (January 12, 2006).  In my opinion, a person having ordinary skill in the art to which the invention pertains would have a bachelor of science degree in mechanical engineering with several years of experience in the design of flywheel devices, such as control moment gyroscopes and energy storage flywheels.

**Heat Transfer Principles That Would Have Been Known To A PHOSITA At The Time Of The Filing Of The Patent At Issue (January 12, 2006)**

15.     Heat transfer occurs when a temperature differential exists within a medium or between media.  Due to the Second Law of

Thermodynamics, heat inherently transfers from the warmer media to the cooler media. There are three basic modes of heat transfer in a partial vacuum: conduction, convection, and radiation. Conduction occurs when a temperature differential exists in a material medium, which may be solid, liquid, or gas. Heat transfer by conduction is due to the random movement of and collisions between molecules in this medium. When two molecules collide, energy is transferred from the molecule with higher energy to the molecule with lower energy. Convection refers to heat transfer between a fluid (liquid or gas) moving relative to a surface, when the two are at different temperatures. Convection is comprised of two distinct mechanisms: energy transfer due to random molecular motion (conduction), and energy transfer associated with the relative bulk motion of the fluid (advection). Heat transfer by radiation occurs when the thermal emissions of matter are transported across space by electromagnetic waves. Exhibit 1025, pp. 2-12. Radiative heat transfer between two surfaces is dependent on the temperature differential between these surfaces, the radiative properties of these surfaces, and the characteristics of the medium between these surfaces.

16.     Thermal conductivity is a material property describing its ability to conduct heat. The thermal conductivity of gases is dependent on

factors such as temperature and pressure.  Exhibit 1025, p. 39.  Gases with a higher thermal conductivity have a greater capacity to transfer heat.  At atmospheric pressure (760 Torr) and 25°C, air has a thermal conductivity of 0.026 W/m·K.  Exhibit 1025, p. 767.  Helium and hydrogen are known to have higher thermal conductivities than air: at atmospheric pressure and 25°C, helium has a thermal conductivity of 0.151 W/m·K, and hydrogen has an even greater thermal conductivity of 0.182 W/m·K.  Exhibit 1025, p. 769.  For many gases, thermal conductivity is not strongly dependent on pressure, remaining relatively constant at low vacuum pressures (0.987-0.033 atmospheres, or 750-25 Torr).  This characteristic relationship is illustrated in Exhibit 1021, which plots thermal conductivity vs. vacuum pressure for helium and air.  Exhibit 1021, p. 084313-6, Figs. 6, 7.

17.    A heat sink is a device that transfers thermal energy from a higher temperature medium to a lower temperature medium.  A heat sink may employ all modes of heat transfer, conduction, convention, and radiation, alone or in combination.  The rate at which heat is transferred depends upon the temperature gradient and the surface area across which the heat is transferred.  Heat sinks are commonly provided with cooling fins to increase the surface area over which heat is transferred, and thus increase the

rate of heat transfer.  It is common practice to cool the fins of a heat sink with a moving liquid or gas.  Exhibit 1025, pp. 95-110.

18.    Interleaved fin thermal connectors apply these same principles to transfer heat between closely spaced surfaces.  In interleaved fin thermal connectors, cooling fins extend from both surfaces to form an array of interleaved fins.  The convoluted interface between the interleaved fins provides a much larger surface area than the original planar surfaces to greatly enhance heat transfer.  The interleaved fins may be designed to translate linearly relative to one another, or to rotate relative to one another. Exhibits 1009-1020 show various interleaved fin thermal connectors.  Heat transfer by radiation, gaseous conduction and gaseous convection naturally occurs in interleaved fin thermal connectors, depending on the gas temperature and pressure.  Generally, at low temperature differentials, only a small amount of heat is transferred by radiation. In comparison to radiation, significantly more heat can be transferred by gaseous conduction and gaseous convection in an interleaved fin thermal connector.

19.    The term partial vacuum is used to describe an environment containing a gas at below-ambient pressure.  There is no universally accepted standard for partial vacuum ranges.  *See, e.g.*, Exhibit 1035, p. 2 One publication associates low, medium, and high vacuums with pressure

ranges of 750-25 Torr, 25 to $7.5 \times 10^{-4}$ Torr, and $7.5 \times 10^{-4}$ to $7.5 \times 10^{-7}$ Torr, respectively.  Heat transfer by gaseous conduction is largely unaffected until a vacuum pressure of approximately 1 Torr is reached. Heat transfer by radiation is largely unaffected by a vacuum since the mechanism of heat transfer is by electromagnetic waves.

**Obviousness of Claims 1 – 23 of the '782 Patent**

20.    In formulating my opinions, I have relied on my experience, education, and knowledge in the relevant art. I have also considered the viewpoint of a person having ordinary skill in the art as defined above.  For reasons described in detail below, it is my opinion that the subject matter claimed in claims 1 – 23 of the '782 patent would have been obvious to a PHOSITA at the time the patent at issue was filed (January 12, 2006).

**It Would Be Obvious To Modify Sibley (US 2005/0040776) To Include A Gaseous medium Between the Fins, as taught by Jäger (DE19909491) Or Bimshas (US 3,844,341).**

21. Sibley relates to the design of a flywheel energy storage system. Abstract.  To reduce aerodynamic drag on the flywheel, Sibley encloses it in a partial vacuum environment.  Sibley, ¶ [0133].  Another important objective in Sibley's design is to provide cooling for the high heat produced in the bearings and motor/generator.  Sibley, ¶ [0026].  To remove heat from the bearings, Sibley uses interleaved fins: a first set of fins 438 that rotates

with the flywheel and a second set of fins 440 that remains stationary relative to the enclosure.  Sibley, Fig. 4, [0129-0134; 0142-0144].  Sibley notes that heat is transferred between the first set of fins and the second set of fins by radiation.  Sibley is silent about heat transfer by gaseous conduction and convection, even though these modes occur naturally at partial vacuums in accordance with the principles of heat transfer and thermodynamics.  At partial vacuum, some gas is present in the gaps between the first set of fins 438 and the second set of fins 440.  Because gas is present, heat transfer by gaseous conduction and convection inherently occurs due to the Second Law of Thermodynamics.

22. It would be obvious to a PHOSITA designing a system with interleaved fins as taught by Sibley to consider the design of other interleaved-fin thermal connectors in selecting parameters such as fin spacing, gas type, and operating pressure.  Jäger and Bimshas are related to the design of interleaved fin thermal connectors for transferring heat away from heat generating components.  Jäger discloses that air or "another gas" occupies the space between the interleaved fins.  Jäger, Abstract.  It is commonly known to those skilled in the art that helium is significantly more thermally conductive than air, so it would be obvious to a PHOSITA to use helium based on common knowledge.  Bimshas explicitly discloses that a

thermally efficient gas such as helium may be used in the space between interleaved fins to improve gaseous conduction. Therefore, it would be obvious to use helium in the air gap between the interleaved fins in Sibley to improve heat transfer by gaseous conduction and convection. The reason for doing so is that radiation can achieve only a limited amount of heat transfer due to relatively low temperature differentials and limited surface area of the fins, thus radiation alone could be insufficient to provide adequate cooling of the bearings. In comparison to radiation, significantly more heat can be transferred by gaseous conduction and convection.

23. Use of a partial vacuum environment is a well-known design tradeoff in flywheel systems: reductions in aerodynamic drag at lower gas pressures are accompanied by reductions in heat transfer via gaseous conduction and convection. If heat transfer is an important design objective, a PHOSITA would reduce pressure enough to achieve a significant reduction in aerodynamic drag while maintaining sufficient pressure for gaseous conduction. Balancing the tradeoff between reducing aerodynamic drag and enhancing cooling of the bearing is a routine design optimization task. Significant reductions in aerodynamic drag can be achieved at medium vacuum pressures, Exhibit 1038, pp. 105-16 for example, documents an 85% reduction in skin drag coefficient and a 70% reduction in viscous drag as air

pressure is reduced from atmospheric, 760 Torr, to 0.01 Torr. At this pressure, heat transfer via gaseous conduction is significant. While further reductions in aerodynamic drag could be achieved at even lower pressures, this benefit would be offset by significantly reduced heat transfer. For a practical flywheel device where heat transfer between interleaved fins is an important design objective, the heat transfer will be primarily by gaseous conduction because 1) advection diminishes rapidly at pressures lower than 1 atmosphere (760 Torr); and 2) only a small amount of heat can be transferred by radiation due to the limited surface area of the fins and the relatively low temperature differential at desired operating temperatures.

24. Another option a PHOSITA would consider to address this design tradeoff is to use a thermally efficient gas such as helium in gap between the interleaved fins. This would allow simultaneous increases in heat transfer (due to increased thermal conductivity) and reductions in aerodynamic drag (due to reduced density). Exhibit 1037, for example, documents a 35% reduction in power loss by replacing air with helium. Thus, it is possible to reduce aerodynamic drag without further reducing pressure, at the expense of reduced conductive heat transfer, by replacing air with helium. This is simply a design choice that a PHOSITA would make to address Sibley's

objectives of reducing aerodynamic drag losses and enhancing cooling of the bearings and motor.

**It Would Be Obvious To Modify Adams (US 6,973,847) To Include Interleaved Cooling Fins As Taught By Sibley (US 2005/0040776), Jäger (DE19909491), Or Bimshas (US 3,844,341).**

25.    Adams discloses the basic structure of a gyroscopic roll stabilizer for a boat.  Adams, Abstract; Col. 6, ll. 9-18; Fig. 2.  The gyroscopic roll stabilizer in Adams includes a flywheel 16 and bearings 20 (i.e., heat generating elements) contained within a vacuum enclosure 30. Col. 6, ll. 41-49; Figs. 5 & 6.  Adams also discloses the need for a cooling device to cool the flywheel bearings. Adams, Col. 7, ll. 21-30.  Adams, however, does not disclose any details of the bearing cooling device.

26.    Sibley, Jäger, and Bimshas all disclose cooling devices that may be used to cool bearings or other heat generating components (e.g., motors) in a flywheel.  A PHOSITA would recognize that the cooling devices in any of these three patents could be adapted for use in a gyroscopic boat stabilizer as described by Adams.

27.    Sibley discloses a flywheel energy storage system 10 which, like Adams, includes a flywheel 412 supported by bearings 346 and enclosed within a vacuum enclosure 418. Sibley, ¶ 0011.  Sibley also teaches a cooling device comprising interleaved fins 438, 440 to cool the

flywheel bearings 436.  Sibley, ¶ 0142-0144.  The interleaved fins are separated by a gap.  Heat is transferred from the bearings 436 to the first set of fins 438 by solid conduction along the flywheel shaft, across the gap from the first set of fins 438 to the second set of fins 440, and by solid conduction from the second set of fins to the exterior of the enclosure 418.  Sibley does not mention heat transfer by gaseous conduction though such would naturally occur.

28.    Jäger discloses a cooling device for cooling the bearings supporting a rotating shaft, i.e. spinning member.  Jäger, Col. 1, ll. 3-4.  As described by Jäger, bearing friction causes heat buildup in the inner race and in the rotating shaft.  Col. 4, ll. 4-11.  Jäger discloses a cooling device for dissipating heat that builds up in the inner race and in the rotating shaft.  *Id*. The cooling device comprises two relatively rotating cooling bodies or heat sinks 6, 7 with interleaved fins 8 (first cooling body) and 12, 13 (second cooling body).  Air or "another gas" is present in the space between the interleaved fins.  The relative movement of the interleaved fins would necessarily cause bulk motion of this air or gas.  Due to the presence of a moving fluid in the space between the interleaved fins, heat transfer by gaseous conduction and convection would naturally occur.  Jäger does not state what "other gases" could be used between the interleaved fins.

Because the purpose of the interleaved fins is to transfer heat away from the bearings 4, 5, the most logical choices would be gases with thermal conductivities significantly higher than air, most notably hydrogen and helium.

29.    Bimshas discloses a rotatable heat transfer device 10 with interleaved fins 12, 16 for transferring heat from a heat source to a relatively rotating heat sink.  Bimshas, Col. 1, ll. 29-31.  Bimshas indicates that his heat transfer device 10 can be used in inertial guidance systems to transfer heat between relatively rotating gimbals.  Id. at ll. 22-26.  The heat transfer device in Bimshas relies on gaseous conduction for heat transfer. Bimshas teaches to "further reduce thermal impedance, a substantially thermally efficient gas such as helium" could be used within the gaps between interleaved fins. Bimshas, Col. 3, ll. 22-24.

30.    A PHOSITA would recognize that the teachings of Sibley, Jäger, and Bimshas could be applied to cool the bearings or motors in flywheel devices, such as shown by Adams.  Therefore, it would be obvious to a PHOSITA to incorporate interleaved cooling fins as described by Sibley, Jäger, and Bimshas into the flywheel device of Adams to cool Adams' flywheel bearings.  More specifically, it would be obvious to add a first set of fins to the rotating shaft 18 in Adams and a second set of

stationary fins to transfer heat from the first set of fins to the enclosure 30 in

Adams.  The motivation to modify Adams to include cooling fins is Adams'

explicit suggestion of the need for a cooling device to cool the flywheel

bearings.  Modifying Adams to include cooling fins, as described by Sibley,

Jäger, and Bimshas, would require only routine skill and would meet all the

limitations of claims 1 and 11.

**It Would Be Obvious To Modify Woodard (US 6,959,756) To Include
Interleaved Fins As Taught By Sibley (US 2005/0040776), Jäger
(DE19909491), Or Bimshas (US 3,844,341).**

31.    Woodard discloses the basic structure of an energy storage

flywheel.  The energy storage flywheel in Woodard includes a flywheel 610,

rotating shaft 612, and rolling-element bearings 604, 606 enclosed within a

vacuum enclosure 602.  Woodard further discloses a heat transfer assembly

200 for dissipating heat from the flywheel bearings 604, 606.  The heat

transfer assembly in Woodard does not include interleaved fins.  Rather,

Woodard disclose two conductive rings connected by flexible conductive

members.  Heat transfer is primarily by solid conduction in the Woodard

device.

32.    The patents to Sibley, Jäger, and Bimshas all disclose

interleaved fin cooling devices that may be used to cool the bearings or

motor in a flywheel.  A PHOSITA would recognize that the cooling devices

in any of these three patents could be adapted for uses in a gyroscopic boat stabilizer as described by Adams.  These patents are discussed in ¶¶ 20-22.

33.    It would be obvious to a PHOSITA to substitute any of the rotating interleaved fin heat transfer devices of Sibley, Jäger, or Bimshas in place of the heat transfer assembly 200 of Woodard.  A PHOSITA would recognize that the heat transfer arrangement assembly of Woodard and the heat transfer devices Sibley, Jäger, or Bimshas are interchangeable in applications where relative radial and axial movement are not required. Thus, the replacement of the heat transfer devices of Sibley, Jäger, or Bimshas for the heat transfer assembly in Woodard is a simple substitution of one known cooling device for another with predictable results and would meet all the limitation of claims 1 and 11.

**The Claim Limitations On Fin Spacing Are Obvious.**

34.    The limitations of claims 3, 4, 14, and 15 relating to the spacing of fins would also be either inherent or obvious over Adams in view of Sibley, Jäger, or Bimshas.  In a cooling device with interleaved fins, the cooling fins would necessarily be closely spaced to enable effective heat transfer between the exposed surfaces of the interleaved fins, which is the purpose of the cooling device.  Also, both Jäger and Bimshas disclose fin spacing in the range claimed in the '782 patent.  Selecting an effective

spacing is a routine design optimization task involving known design variables and tradeoffs.

**The Claim Limitations On The Use Of A Below Ambient Density/High Thermal Conductivity Gas Are Obvious.**

35.    All of the claims recite that the enclosure contains a below ambient pressure gas. Claims 5 and 16 further recite that the enclosure contains a below ambient density gas.  Helium and hydrogen are known to have densities lower than air at the same temperature and pressure.  As explained in Adams, the use of below ambient density and below ambient pressure gas reduces aerodynamic drag on the flywheel.  Adams teaches specifically that helium is one below ambient density gas suitable for use in a flywheel device.  Therefore, it would be obvious to use helium gas in the enclosure in order to reduce aerodynamic drag as taught by Adams.

36.    Claims 10 and 21 also recite that the gas contained within the enclosure has a higher thermal conductivity than air.  With regards to heat transfer, the thermal conductivity of helium is approximately 5.9 times that of air, so using helium in place of air would obviously result in improved heat transfer.

**The Claim Limitations On Use Of A Heat Sink Are Obvious.**

37.    Claims 7 and 18 recite that heat is transferred from the second set of fins to a heat sink.  Claims 8 and 19 depend respectively from claims 7

and 18 and further recite that the heat sink comprises air-cooled fins. As used in the claims, the term heat sink applies to any structure to which heat is transferred. Sibley, Jäger, and Bimshas all disclose heat sinks. In Sibley, the enclosure functions as a heat sink and includes air-cooled fins. The purpose of the air-cooled fins is to increase the surface area exposed to the air flow and thereby increase the amount of heat that can be dissipated by the heat sink. The use of air-cooled fins or liquid-cooled fins on a heat sink is ubiquitous in the field and would be an obvious design choice to a PHOSITA in the field of heat transfer.

**The Claim Limitations On Fin Geometry Are Obvious.**

38.    Independent claim 11 includes limitations on the geometry of the interleaved fins. As discussed above, it would be obvious to a PHOSITA to modify Adams or Woodard to include interleaved fins for cooling the flywheel bearings. The prior art teaches that the interleaved fins for a heat transfer assembly can be in the form of flat, planar discs that extend perpendicular to the axis of rotation, or in the form of cylinders that extend parallel to the axis of rotation. The patent to Bimshas, for example, teaches both fin geometries. Sibley and Jäger both teach flat planar discs for interleaved cooling fins. A PHOSITA would recognize that the planar fin geometry and cylindrical fin geometry are interchangeable; the choice

between the two depending primarily on physical constraints. Therefore, it would be obvious to a PHOSITA that the interleaved cooling fins could be cylindrical and extend parallel to the rotational axis as recited in claim 11. The cylindrical form is one of two known forms that allow relative rotation between the fins.

**The Claim Limitations On Heat Transfer Mode Are Obvious.**

39.    Claim 12 recites that the heat transfer between the first and second fins is occurs by gaseous conduction and convection. Claims 2 and 13 recite that the heat transfer between the first and second fins is primarily by gaseous conduction.  It is apparent that gaseous conduction and convection, as well as radiation, are involved in the heat transfer between interleaved fins.  The mode of heat transfer that dominates in the interstitial gap between the interleaved cooling fins depends on the operating parameters of the system.  Specifically, the dominant mode of heat transfer is affected by the rotational speed, temperature, and pressure.

40.    We used a Taylor-Couette flow model to analyze how heat is transferred across a viscous fluid (e.g. dry air) confined in the gap between two rotating cylinders.  This Taylor-Couette flow model and the results of my analyses are described more fully in Exhibit 1005, which is incorporated herein by reference.  Generally, our analyses showed that at low rotational

speeds, the fluid flow is laminar and heat transfer across such gaps is dominated by gaseous conduction, with minimal advection (i.e., convection), as the radial components of fluid velocity are negligible.  However, as the rotational speed increases, the fluid flow becomes more unstable.  Above critical rotor speeds, Taylor vortices form within the fluid, enhancing radial flow.  In this case, both conductive and advective heat transfer modes occur, the ratio strongly dependent on temperature and pressure.  Figures 2-6 of Exhibit 1005 show graphs of the heat transfer modes as functions of rotor speed at different pressures.

41.  Based on our analyses, at pressures in the range of .076 Torr ($10^{-4}$ atmospheres) to 76 Torr ($10^{-1}$ atmospheres), or medium to low vacuums, conductive heat transfer will generally be dominant.  Figures 11-15 of Exhibit 1005 show the relative contributions of radiative, conductive, and advective heat transfer modes as functions of rotor speed at different pressures.  At pressures below 76 Torr and rotational speeds below 10,000 RPM, which are typical operating conditions of flywheels for boat stabilizers as described by Adams (Exhibit 1001), the heat transfer will be primarily by gaseous conduction.

**The Claim Limitations Regarding Mean Free Path Are Obvious.**

42.  Claims 9 and 18 further recite that the mean free path of the gas within the enclosure is equal to or less than the spacing between the first and second fins.  The term "mean free path" refers to the average distance that gas molecules travel before they collide.  The mean free path of the gas in the enclosure will depend on the type of gas, and its pressure and temperature.  However, under typical operating conditions for a flywheel device, the mean free path of air will be between 0.000068 mm (at 25 ˚C, 760 Torr) and 0.065 mm (at 100˚C, 1 Torr).  These distances are both well below the upper fin spacing range of 10 mm described in the '782 patent, and well below the spacing described in both Jäger and Bimshas.  Also, it is generally known that the viscosity of a moving fluid confined in the gap between two cylinders is affected by the mean free path.  A mean free path exceeding the distance between the cylinders would greatly increase kinematic viscosity and reduce heat transfer.  *See* Exhibit 1008, p. 23, ll. 3-9 (explaining that to be insulating, the molecules must generally be able to traverse a gap without colliding into one another, which occurs when the mean free path of the gas molecules is greater than or equal to the distance between surfaces of the gap). Therefore, a person designing an interleaved fin cooling device would select parameters such as fin spacing, gas type and

operating pressure so that the mean free path of the gas is less than the fin spacing.

**Using A Flywheel For A Boat Stabilizer**

43.    The flywheel devices in Sibley, Woodard, and Adams are essentially the same, the primary difference being that the Adams flywheel is mounted on a gimbal and used as a boat stabilizer. A PHOSITA would recognize that the teachings of Sibley and Woodard relating to heat transfer are also applicable in other flywheel devices. It would be obvious to a PHOSITA to adapt the flywheel in Woodard to be used as a flywheel device in a boat stabilizer by mounting it in a gimbal as taught by Adams.

44.    I hereby acknowledge that any willful false statement made in the declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment, or both.

45.    I declare that all statements made in this declaration of my own knowledge are true and that all statements made on information and belief are believed to be true.

8/24/17

GREGORY BUCKNER          DATE

Exhibit 1003, Page 24