# EXHIBIT I

EXHIBIT 1011

DE 199 09 491 A 1

| (19) FEDERAL REPUBLIC OF GERMANY | (12) UNEXAMINED PATENT APPLICATION (10) DE 199 09 491A 1 | (51) Int. Cl.$^7$: F 16 C 37/00 |



**GERMAN PATENT OFFICE**

(21) Reference Number: 199 09 491.8
(22) Application Date: 4. 3. 1999
(43) Publication Date: 7. 9. 2000

DE 199 09 491 A 1

| (71) Applicant: Jäger, Alfred, 61239, Ober-Mörlen, DE  (74) Representative: L Haar und Kollegen, 61231, Bad Nauheim | (73) Inventor: same as applicant  (56) Publications taken into account for determination of patentability: DE-PS 20 21 156 DE-AS 11 99 062 DE-OS 20 13 126 US 23 30 121 JP Patent Abstracts of Japan: 4-304949 A., M-1379, March 12, 1993, Vol. 17, No. 120; 101134845 A; |

**The information below was obtained from documents submitted by the applicant**

(54) Cooling device for a Shaft

(57) A first heat sink (6) is mounted with cooling fins (9) arranged coaxially with a rotatably mounted shaft (3) in a housing (1) so that it is in a thermally conductive contact with cooling fins and arranged coaxial to the shaft axis, attached to the rotation surfaces used for heat output, wherein in the housing (1) is arranged a second cooling device (7), provided with cooling fins (12, 13) that is impacted by a cooling medium having rotational surfaces arranged at a small distance on the opposite side that are used for heat absorption. The space between the rotation surfaces and the cooling surfaces is filled with air or with another gas.



DE 199 09 491 A 1

### Description

The invention relates to a cooling device for a shaft that is rotatably mounted in a housing. As a result of bearing friction, a shaft that is rotatably mounted in a housing generally warms up more strongly than the housing surrounding the shaft. This is in particular the case when the housing is closed off and the shaft protrudes from the housing only by a small section. While it is relatively easy to cool the housing over its jacket surface, the cooling of the interior of the shaft is more difficult because it is often not possible to supply a cooling medium to a rotating shaft due to the type of the bearings, which means that insulation may be possibly also required, and also due to the possibility of turbulence and other factors.

The object of the invention is to provide a cooling device for a shaft that is rotatably mounted in a housing, which can be provided inexpensively and without requiring any special insulation from the shaft, and which is suitable for shafts that are rotated at high speeds.

The object is achieved in accordance with the invention wherein a first heat sink that is in thermal contact with the shaft is mounted on the shaft coaxially to the shaft axis, rotation surfaces that are used for heat output are attached, a second heat sink that is impacted by a cooling medium and provided with rotation surfaces used for heat absorption is arranged on the opposite side at a small distance, and the space between the rotation surfaces and the cooling surfaces is filled with air or with another gas.

The cooling device according to the invention enables efficient cooling of the shaft by generating a heat flux in the direction of the heat sink on the side of the body, which is based both on radiation and on heat transfer carried out through gas that is located between the cooling bodies. The heat transfer is in this case aided by the rotation of the first heat sink on the side of the shaft and by the strong turbulence created in this manner of the gas located between the cooling bodies. In addition to the radiation, only the gas that is present in the housing is required for the heat transport. The constant supplying of a cooling medium or of a cooling liquid into the space between the shaft and the housing with all the associated disadvantages can be avoided. The cooling device according to the invention is thus suitable in particular for cooling shafts that are mounted in lubricated bearings and that are designed for such high rotational speeds that contact insulation may not be provided on the bearings. The performance of the cooling device according to the invention is proportional to the size of the rotational surface, the size of the first heat sink, and the size of the second heat sink. In order to achieve a cooling performance that is as high as possible in a small space, several cooling fins provided with rotational or cooling surfaces may be arranged axially next to each other, wherein each cooling fin or heat sink is adjacent to another cooling fin of another heat sink. A similar design of the heat sink can be created in a simple manner and it is in particularly suitable also for high rotational speeds. The cooling fins of both heat sinks can have parallel rotational or cooling surfaces, or conical rotational or cooling surfaces that are inclined at the same angle. It is preferred when a material that has a good thermal conductivity and that enables production of surfaces with a good radiation emission conduct is used in order to manufacture the heat sinks.

The second heat sink can be equipped according to another proposal of the invention with a sleeve that can be inserted into the housing in whose bore are arranged to cooling fins, wherein the jacket surface of the sleeve defines a sleeve surrounding the channel for conducting the cooling medium through the channel. The sleeve can be sealed against the housing on both sides of the channel by means of sealing rings. This design makes it possible to realize a heat sink that is impacted with a cooling medium on the side of the housing by using simple means and with a small processing expense.

The invention will now be described in more detail on an exemplary embodiment which is illustrated in the figure.

The figure shows a cross-sectional view of a section of a housing **1** of a drive spindle with controlled speed that is used for driving machining processing tools at a very high rotational speed. The housing **1** is provided with a central bore **2**, in which is mounted a shaft **3** by means of two pairs of ball bearings **4**, **5** arranged at a distance from each other. Between the ball bearings pairs **4**, **5** is arranged on the shaft **3** an inner heat sink **6** and in the bore **2** is arranged an outer heat sink **7**.

The inner heat sink **6** consists of a

DE 199 09 491 A 1

cylindrical sleeve 8, which is firmly attached to the shaft 3 and which is supported in the axial direction on both pairs of ball bearings 4, 5. The transfer of heat from the shaft 3 to the sleeve 8 can be improved by a low surface roughness of the contact surfaces and/or by using means improving heat conductivity. The sleeve 8 is provided on the surface of the sleeve with six cooling fins 9, which have the shape of flat annular disks with a rectangular cross-section and which are formed integrally with the sleeve 8. The cooling fins 9 are arranged parallel to each other at a uniform distance and their surfaces form rotational surfaces arranged coaxially to the shaft axis.

The outer heat sink 7 is provided with a cylindrical sleeve 10 inserted in the bore 2, which is insulated against the housing 1 at its axial end with a sealing ring 11. In the boring of the sleeve 10 are located seven cooling fins 12, 13, which are arranged at the same axial distance from each other in the same manner as the cooling fins 9. The inner cooling fins 12, which are enclosed by both outer cooling fins 13, respectively project into the intermediate space between the cooling fins 9 of the heat sink 6 in the vicinity of the sleeve 6, wherein their outer measurements are dimensioned in such a way that a gap with a width of 0.1 - 0.2 mm remains in the axial direction between the cooling fins 9 and the cooling fins 12 in each intermediate space. Both outer cooling fins 13 cover respectively the adjacent cooling fins 9 on the side of the ball bearings and they are arranged at a distance from the sleeve 8 corresponding to the size of the width mentioned above. The cooling fins 12, 13 have the form of flat annular disks provided with a rectangular cross-section and they carry at their outer edge an axially projecting collar 14, which serves to determine the distance between the cooling fins 12, 13. The collar 14 lies with their outer jacket surface that is free of play on the sleeve 10, so that a good heat transfer is ensured from the sleeve 10 to the cooling fins 12, 13. Additional measures for improving the heat transfer can be also provided. In order to assemble the inner cooling fins 12, they can be either divided or interrupted by a radial slot.

In the section surrounding the sleeve 10 is formed a helical slot 15 between the sealing rings 11 in the bore 2 of the housing 1, whose ends are communicating with radially penetrating connection bores 16, 17. A cooling circuit is connected to the connecting bores 16, 17, which is impacted by a coolant that is preferably a liquid.

By cooling the shaft with the above-described cooling device, the friction heat generated on the inner rings of the ball bearings can be dissipated and the temperature of the shaft can be maintained so much lower that a disadvantageous change of the clearance of the bearings can be avoided and a longer useful service life of the bearings is achieved. Since foreign cooling media are kept away from the vicinity of the bearings with the cooling device, there is no need for any special sealing measures and the shaft can be rotated with conventional frequency-controlled motor spindles at high rotational speeds. If an increased cooling performance is required, the cooling devices can be provided with an increased number of cooling fins based on a corresponding increase of the structural length. It is also possible to create larger cooling fins in the radial direction with a suitable design of the housing 1. If the shaft bearings are arranged at a greater distance from each other, a separate cooling device can be arranged for the bearings for a matching cooling output. The use of the cooling device according to the invention is not limited to a particular type of the construction of the bearings, although the advantages are particularly striking with grease-lubricated bearings. Cooling can be also obtained with the cooling device according to the invention with a shaft that is mounted with oil-lubricated ball bearings or with sliding bearings.

Patent Claims

1. Cooling device for a shaft that is rotatably mounted in a housing, **characterized in that** a first heat sink (6) is arranged coaxially to the shaft axis on the shaft (3) so that it is in thermally conductive contact with the shaft (3), which is provided with rotational surfaces that are used for heat dissipation, wherein in the housing (1) is arranged a second heat sink (7), which is impacted by a cooling medium and provided with rotational surfaces used for heat absorption at a small distance on the opposite side, wherein the space between the rotational surfaces and the cooling surfaces is filled with air or another gas.

2. The cooling device according to claim 1, characterized in that both heat sinks (6, 7) are provided with a plurality of cooling fins (9, 12, 13)

3

DE 199 09 491 A 1

5

are arranged axially next to each other and provided with rotational or cooling surfaces, wherein in each case, a cooling fin (9) of a heat sink (6) is adjacent to a cooling fin (12 or 13) of another heat sink (7).

3. The cooling device according to claim 2, characterized in that the cooling fins (9, 12, 13) of both heat sinks (6, 7) are provided with parallel rotational or cooling surfaces.

4. The cooling device according to claim 2, characterized in that the cooling fins (9, 12, 13) of both heat sinks (6, 7) are provided with conical rotational or cooling surfaces arranged at the same angle.

5. The cooling device according to one of the preceding claims, characterized in that the second heat sink (7) is provided with a sleeve that can be inserted into the housing (1), equipped with cooling

6

fins (12, 13) arranged in its bore, wherein the lateral surface of the jacket of the sleeve (10) defines a channel (14) enabling through-flow of the cooling medium flowing through the channel surrounding the sleeve (10).

6. The cooling device according to claim 5, characterized in that the sleeve (10) is insulated in the housing (1) by means of seals (11).

7. The cooling device according to one of the preceding claims, characterized in that the shaft (3) is a frequency-controlled motor spindle mounted in grease-lubricated ball bearings that can be operated at a high operational speed for operating machining processing tools.

1 page of drawings is attached

DE 199 09 491 A 1

5  FIGURES PAGE 1

Number: DE 199 09 491 A1
Int. Cl.$^7$: F 16 C 37/00
Publication Date: September 7, 2000



5



# PatentTranslators.com

Translation of patents from Japanese, Chinese, Korean, and European languages since 1987

1304 False Creek Way, Chesapeake, VA 23322
Office: 757-550-1579 • Toll Free: 1-800-405-2826
Direct Line: 757-324-8998 • E-mail: mail@pattran.com

## CERTIFICATE OF ACCURACY OF TRANSLATION

I, Stephen Vlasta Vitek, translator and owner of PatentTranslators.com, declare:

that I am well versed in both German and English, as well as a voting member of the American Translators Association (ATA), and that the translation of the document listed below is a true and accurate translation:

Translation of German Patent Application DE 199 09 491 A1, patent title: Cooling Device for Shaft, patent applicant: Alfred Jäger.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed this 9th day of March, 2017, at 1304 False Creek Way, Chesapeake, VA 23322.

Stephen Vlasta Vitek

Patent • 特許 • 专利 • 특허 • Offenlegunsschrift • Brevet • Patente • Патент