IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED, | |
| Plaintiff, | |
| v. | C.A. No. 25-0484-JCB |
| DOMETIC CORPORATION, | |
| Defendant. | **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL**

The Court, having considered Plaintiff's Motion for Leave to File Under Seal (the "Motion'), and good cause having been found therefor,

IT IS HEREBY ORDERED this ___ day of May, 2025 that the Motion is Granted. Plaintiff may file its Reply Brief and the Cimino Declaration under seal.

_____

The Honorable J. Campbell Barker