# EXHIBIT A

# Khariton, Oleg

| | |
|---|---|
| **From:** | Khariton, Oleg |
| **Sent:** | Friday, May 30, 2025 11:24 AM |
| **To:** | Thomas L. Duston |
| **Cc:** | Biggs, Brian; Kipp, Michele L.; Mayo, Andrew C.; Xavier, Michael; Lopez, Nancy; efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz; Ray Ricordati |
| **Subject:** | RE: Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB |

Tom,

I assume that, by "public disclosures," you are referring to the cutaway views of the prior DG3 design from Dometic's promotional video. However, those cutaway views included far less technical detail compared to the drawing we've attached to the letter (as well as the comparable drawings of the prior design we've filed with the district court, which we designated as confidential with no objection from you). This is a patent infringement case between two competitors, so I don't think it's at all unreasonable for my client to designate this type of technical information as confidential. Again, you are certainly free to share with your client that the new design eliminates the "cylindrical" "interleaved" "vanes," which is something that you and your team ought to be able to confirm by inspecting the drawing. We are not sure why you would need to consult with your client in order to make that determination.

This being said, we can ask our client if it would be possible to provide an alternative product drawing of the new design that would omit at least some of the confidential technical detail, and that my client would be comfortable with letting you share with Seakeeper. I don't believe any such product drawing currently exists, and I don't know if it would be feasible to create one (or how quickly this could be done), but we will inquire.

Oleg



**Oleg Khariton**
Partner
**Dinsmore & Shohl LLP • Legal Counsel**
255 East Fifth Street, Suite 1900, Cincinnati, OH 45202
**T** (513) 977-8246 • **F** (513) 977-8141

**From:** Thomas L. Duston <tduston@marshallip.com>
**Sent:** Friday, May 30, 2025 10:52 AM
**To:** Khariton, Oleg <Oleg.Khariton@DINSMORE.COM>
**Cc:** Biggs, Brian <BBiggs@ashbygeddes.com>; Kipp, Michele L. <MKipp@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>; Lopez, Nancy <NLopez@ashbygeddes.com>; efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Ray Ricordati <rricordati@marshallip.com>
**Subject:** RE: Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB

Oleg—

That is unacceptable. Your restrictions prevent me from consulting with my client. Dometic has previously made public disclosures of the internal design of its gyrostabilizer.

Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Khariton, Oleg <Oleg.Khariton@DINSMORE.COM>
**Sent:** Friday, May 30, 2025 9:48 AM
**To:** Thomas L. Duston <tduston@marshallip.com>
**Cc:** Biggs, Brian <BBiggs@ashbygeddes.com>; Kipp, Michele L. <MKipp@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>; Lopez, Nancy <NLopez@ashbygeddes.com>; efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Ray Ricordati <rricordati@marshallip.com>
**Subject:** RE: Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB

**External - This email is from an external email address outside the firm.**

Tom,

Feel free to share the letter with your client. We have to ask, however, that you not share the attachment to the letter, as the detailed technical diagram included in the attachment is confidential.

Regarding your statement that you are unable to tell from the diagram what the design of the product is, can you please elaborate on that? As we explained in the letter, the design eliminates the elements that Seakeeper has argued correspond to the "cylindrical" "interleaved" "vanes" of claim 11 of the '782 patent. We think the absence of "cylindrical" "interleaved" "vanes" is something that is clear enough from the diagram, but if you can identify any additional specific information that you think you would need to evaluate that issue, let us know, and we'll see if we can reasonably accommodate the request.

Oleg



**Oleg Khariton**
Partner
Dinsmore & Shohl LLP  •  Legal Counsel
255 East Fifth Street, Suite 1900, Cincinnati, OH 45202
**T** (513) 977-8246  •  **F** (513) 977-8141

**From:** Thomas L. Duston <tduston@marshallip.com>
**Sent:** Thursday, May 29, 2025 5:55 PM
**To:** Lopez, Nancy <NLopez@ashbygeddes.com>; efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Ray Ricordati <rricordati@marshallip.com>
**Cc:** Biggs, Brian <BBiggs@ashbygeddes.com>; Kipp, Michele L. <MKipp@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>; Khariton, Oleg <Oleg.Khariton@DINSMORE.COM>
**Subject:** RE: Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB

Andrew

My client cannot evaluate your proposal if you place it under seal. Moreover, it is impossible to understand from this diagram what the design of the product is.

Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Lopez, Nancy <NLopez@ashbygeddes.com>
**Sent:** Thursday, May 29, 2025 4:13 PM
**To:** efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Ray Ricordati <rricordati@marshallip.com>; Thomas L. Duston <tduston@marshallip.com>
**Cc:** Biggs, Brian <BBiggs@ashbygeddes.com>; Kipp, Michele L. <MKipp@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; michael.xavier@dinsmore.com; oleg.khariton@dinsmore.com
**Subject:** Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB

**External - This email is from an external email address outside the firm.**

Attached please find defendant's as-filed motion and letter to the Court, which was filed **UNDER SEAL**, as set forth below.

| **Case Name:** | Seakeeper Inc. v. Dometic Corporation |

| | |
|---|---|
| **Case Number:** | 1:25-cv-00484-JCB |
| **Filer:** | Dometic Corporation |
| **Document Number:** | 64 |

**Docket Text:**
MOTION For Leave to File Under Seal - filed by Dometic Corporation. (Attachments: # (1) Text of Proposed Order)(Mayo, Andrew)

**Document Number:** 65

**Docket Text:**
[SEALED] Letter to The Honorable J. Campbell Barker from Andrew C. Mayo regarding accused product design. (Attachments: # (1) Exhibit A)(Mayo, Andrew)

**Nancy Lopez | Legal Administrative Assistant | ASHBY & GEDDES**
500 Delaware Avenue **|** P.O. Box 1150 **|** Wilmington, Delaware  19899
(t) 302.654.1888 **|** (f) 302.654.2067 **|** nlopez@ashbygeddes.com

*Assistant to IP Litigation Group*

4