IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>                Plaintiff,<br><br>    v.<br><br>DOMETIC CORPORATION,<br><br>                Defendant. | C.A. No. 2025-0484-JCB<br><br>**REDACTED PUBLIC VERSION**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ANDREW SEMPREVIVO**

    I, Andrews Semprevivo, state that I have personal knowledge of the following facts and if called could competently testify thereto:

    1.    I am currently the President and Chief Executive Officer of Seakeeper. In that role, I am responsible for setting the company's vision, strategic direction, and overall performance. I oversee all core functions of the business from operations and finance to innovation and growth - most directly leading our product strategy and team development.

    2.    My employment background is more fully set forth in my declaration dated May 5, 2025 (D.I. 11).

    3.    I am familiar with and helped prepare the sales and revenue volume projections attached as Attachments RS-8 and RS-9 to the Declaration of Rebecca Smitha dated May 5, 2025. These projections were based on the assumption that current market dynamics would

continue through the end of term of the asserted patents, i.e. a market without the Dometic DG3. If Dometic is allowed to continue its infringement, it will drastically alter these projections.

4.  In addition to any direct sales lost, the reallocation of funds from research and development to marketing that would undoubtedly ensue if Dometic were allowed to sell an infringing DG3 gyrostabilizer would negatively impact Seakeeper's ability to maintain its competitive position as the industry leader in this specialized field that Seakeeper created. For example, the introduction of new models has been and is expected to continue to be a key component of Seakeeper's growth. See, e.g., D.I. 13, Attachment RS-8 at 10, 14 (forecasting impact of new model introduction on units sold) and Attachment RS-9 (forecasting expected revenue). It is difficult to quantify exactly how these effects would impact Seakeeper's future.

5.  The Dometic DG3 is specifically designed for the 35- to 41-foot boat market, which would compete directly with our Seakeeper 3 and Seakeeper 4 gyrostabilizer products. The Seakeeper 3 is one of our bestselling products in terms of units sold per year, averaging over        per year. Even though Seakeeper released its first gyrostabilizer product in 2008 and the Seakeeper 3 was not launched until 2018, it has accounted for nearly       of all gyrostabilizers unit sales to date. In 2024, the Seakeeper 3 and 4 accounted for about       of Seakeeper's gyrostabilizer unit sales.

6.  Seakeeper has strategically avoided engaging with marine industry purchasing groups such as the IBBI to maintain pricing flexibility and sustain profit margins through direct relationships with OEMs.

7.  Nonetheless, the IBBI and its members have consistently pressured Seakeeper to alter this strategy. For example,



██████████████████████ Attachment SAS-1, ████████████████

██████████████████ D.I. 31, Appendix C.

8.  It my understanding the Dometic may have an existing partnership with the IBBI, having been given an IBBI innovation award for one of its "Cup Cooler" marine refrigeration product. See, e.g. https://www.boatingmag.com/dometics-eskimo-cup-wins-ibbi-innovation-award/?srsltid=AfmBOop-KpqLDGsvFyWfrq0bKpQjZjBVJ8kLyx5YGSauCQxzhKH1JTyu (a copy of which is attached as SAS-2).

Signature page follows.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>May 26, 2025</u>

_____
Andrew Semprevivo

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2025, a true and correct copy of the foregoing document was caused to be served by e-mail on the following counsel:

**BY E-MAIL**

Andrew C. Mayo
Brian A. Biggs
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Oleg Khariton
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

**BY E-MAIL**

Michael. A. Xavier
Dinsmore & Shohl LLP
1775 Sherman Street
Suite 2600
Denver, CO 80203

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com