# ATTACHMENT SAS-1

1

[redacted]