# ATTACHMENT SAS-2

PageVault

| | |
|---|---|
| Document title: | Dometic's Eskimo Cup Wins IBBI Innovation Award \| Boating Mag |
| Capture URL: | https://www.boatingmag.com/dometics-eskimo-cup-wins-ibbi-innovation-award/?srsltid=AfmBOop-KpqLDGsvFyWfrq0bKpQjZjBVJ8kLyx5YGSauCQxzhKH1JTyu |
| Page loaded at (UTC): | Fri, 23 May 2025 18:34:35 GMT |
| Capture timestamp (UTC): | Fri, 23 May 2025 18:35:31 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | pwDPt9rbLxByd63LuUY4vg |
| Display Name: | DPocius |

PDF REFERENCE #:    ao7FEeVew4qLixVUxk321v

     

BOAT TESTS    BOATS FOR SALE    HOW TO    GEAR    BOATING SAFETY    NEWSLETTERS    WIN A BOAT    SUBSCRIBE

ADVERTISEMENT



GEAR

# Dometic's Eskimo Cup Wins IBBI Innovation Award

By Boating Staff | Updated: April 9, 2015

Audio Coming Soon — Bestselling book summaries in 15-minute text or audio segments. Enjoy Listening! Instaread



Dometic engineer Bill Liptak holds the IBBI 2015 Innovation Award trophy, awarded for the Eskimo Cup thermoelectric cup cooler

**Pompano Beach, Fla. – April 6, 2015** – Dometic Marine, a division of Dometic Group, a global provider of leisure products for the marine, truck, caravan, motor home and automotive markets, today announced that the Dometic Eskimo Cup – formerly known as the Dometic Cup Cooler – has received the 2015 John "Walkabout" Sisson Innovation

## More Gear

 2025 Father's Day Gift Guide

 Summer Guide to Boating Gear

 Top Water Toys for Summer

 Marine Electronics That Make Boating Safer

ADVERTISEMENT

ADVERTISEMENT

global provider of leisure products for the marine, truck, caravan, motor home and automotive markets, today announced that the Dometic Eskimo Cup – formerly known as the Dometic Cup Cooler – has received the 2015 John "Walkabout" Sisson Innovation Award from the IBBI, the Independent Boat Builders Incorporated. A new product for the 2015 boating season, the Eskimo Cup is the industry's first thermoelectric cup holder for boats. It keeps drinks refrigerator-cold, and can replace most standard cup holders onboard pleasure or workboats.

The Sisson Innovation Award rewards suppliers for their innovative thinking and highlights new products that drive the marine industry forward. "Our members voted amongst several new products during our meeting earlier this month. We had great entries this year, but Dometic's Eskimo Cup really captured the innovative thinking that we look for to honor John Sisson," said IBBI President, Tom Broy.

The Dometic Eskimo Cup brings a new element of luxury and comfort onboard, keeping drinks refrigerator-cold even on the hottest days. A soda or beer may be cold enough when you pull it out of the ice chest, but from that moment on, it starts warming up. Now, for the first time in the history of boating, your beverage will actually get colder as you drink it.

ADVERTISEMENT

"When we developed the technology for the Eskimo Cup, we had a singular mission: To invent a cost-effective, easy-to-install device that would keep drinks cold without the need for ice or a cooler," said Bill Liptak, Dometic product engineer and inventor of the Eskimo Cup. "Boaters can easily and affordably replace their standard 4-inch cup holders with Eskimo Cups. We are delighted to announce to boaters that with this new thermoelectric cup holder, they never need to drink warm beer or soda again."

Designed as a marine-tough, open-top thermoelectric cylinder that replaces nearly any existing standard 4-inch (102 mm) cup holder, the Eskimo Cup is large enough to fit a 20-ounce (591 ml) water or soda bottle, and also accommodates a standard-size beer or soda can. A specially angled bottom insert keeps bottles or cans of any size in constant physical contact with the sidewall thermoelectric cooling element.

The Eskimo Cup is designed for flush-mounting into decks of various thicknesses. A polished marine-quality 316 stainless steel trim ring finishes the surface installation and is accented with two blue LED interior lights. The aluminum interior has a marine-friendly corrosion-resistant, non-stick surface for easy cleaning. A built-in drain eliminates condensation, rain, and water splashes.

ADVERTISEMENT

Powered by the house battery, control of all the boat's Eskimo Cups can be managed with a single switch or set up with zone switching. Each unit includes a low-voltage cut off to avoid a dead battery, a high-voltage cut off to prevent damage to the unit, a high-heat cut off, and an in-line fuse.

To view a video on the Eskimo Cup, go to https://youtu.be/kl_YMG_E5qc .

polished marine-quality 316 stainless steel trim ring finishes the surface installation and is accented with two blue LED interior lights. The aluminum interior has a marine-friendly corrosion-resistant, non-stick surface for easy cleaning. A built-in drain eliminates condensation, rain, and water splashes.

ADVERTISEMENT

Powered by the house battery, control of all the boat's Eskimo Cups can be managed with a single switch or set up with zone switching. Each unit includes a low-voltage cut off to avoid a dead battery, a high-voltage cut off to prevent damage to the unit, a high-heat cut off, and an in-line fuse.

To view a video on the Eskimo Cup, go to https://youtu.be/kl_YMG_E5qc .

See Boating Magazine's Video Test and Review Here .



ADVERTISEMENT

More: boating news, Gear

## Read More


Choosing the Right Watersports Tow Point


Pro Wakeboarder Speaks Out for Boating Safety


Top Water Toys for Summer


Boating Innovator John Rinker Dies Age 93

BOATING   SUBSCRIPTIONS   ABOUT US   FOLLOW US   FIRECROWN BRANDS


ADVERTISEMENT

More: boating news, Gear

## Read More



Choosing the Right Watersports Tow Point



Pro Wakeboarder Speaks Out for Boating Safety



Top Water Toys for Summer



Boating Innovator John Rinker Dies Age 93

### BOATING

**SUBSCRIPTIONS**
- Subscribe
- Renew
- Digital Edition
- Customer Service

**ABOUT US**
- Privacy Policy
- Terms of Use
- Contact Us
- Careers

**FOLLOW US**
- Email Newsletters
- Facebook
- Twitter
- Instagram
- YouTube

**FIRECROWN BRANDS**
- Boating
- Sailing World
- Sport Fishing
- Yachting

- Cruising World
- Salt Water Sportsman
- Wakeboarding

Many products featured on this site were editorially chosen. Boating may receive financial compensation for products purchased through this site.

Copyright © 2025 Boating Firecrown. All rights reserved. Reproduction in whole or in part without permission is prohibited.