UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:25-cv-00484

**Seakeeper Inc.**,
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

# ORDER

Both parties have filed various motions to seal. Plaintiff seeks to seal its opening brief in support of a preliminary injunction (Doc. 9) and the declarations of four witnesses and their accompanying exhibits (Docs. 11, 12, 13, 14). Doc. 7. The court also construes this motion as seeking leave to seal the similar and related TRO filings (Docs. 30, 31, 32). Defendant seeks to seal its responses (Docs. 41, 46) to the PI and TRO motions. Docs. 40, 45.

Although the public has a common-law right to access judicial proceedings and records, that "right is not absolute." *Littlejohn v. Bic Corp.*, 851 F.2d 673, 678 (3d Cir. 1988). The presumption of access may be rebutted where, for example, records "are sources of business information that might harm a litigant's competitive standing." *Id.* Having reviewed the proposed redactions, the court finds that the presumption is rebutted and that sealing the motions and declarations is warranted.

Plaintiff's motion (Doc. 7) is granted, and the proposed documents relating to the PI motion (Docs. 9, 11, 12, 13, 14) and the TRO motion (Docs. 30, 31, 32) may remain sealed. Similarly, defendant's motions (Docs. 40, 45) are granted, and defendant's PI and TRO responses (Docs. 41, 46) may remain sealed.

At the time of the writing of this order, the parties have not yet filed redacted versions of the documents sought to be sealed by later motions (Docs. 52, 61, 64, 66). The court will withhold ruling on these motions until redacted versions are filed. *See* D.

- 1 -

Del. Local Rule 5.1(a) ("Unless specifically exempted by Court order or rule, all documents submitted for filing with the Court shall be filed in accordance with the Court's Administrative Procedures Governing Filing and Service by Electronic Means . . . ."); D. Del., *Admin. Procs. Governing Filing & Serv. by Elec. Means* § G(1) (requiring parties to file "[a] redacted version . . . within 7 days after the filing of the original sealed document").

*So ordered by the court on June 2, 2025.*

J. CAMPBELL BARKER
United States District Judge