# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>                    Plaintiff,<br>v.<br><br>DOMETIC CORPORATION,<br><br>                    Defendant. | C.A. No. 25-0484-JCB<br><br>**REDACTED PUBLIC VERSION** |

## SUPPLEMENTAL DECLARATION OF WILL CIMINO

WILL CIMINO, under penalty of perjury, declares that the following is true and correct:

1. I am the Chief Commercial Officer at Seakeeper, Inc. ("Seakeeper"). My employment background is more fully set forth in my declaration dated May 5, 2025 (D.I. 12).

2. I am fully familiar with the facts and circumstances underlying this matter, and I make this declaration in support of Plaintiff Seakeeper's motion for preliminary injunction barring Defendant Dometic Corporation ("Dometic") from continuing to make or sell gyroscopic stabilizers products that infringe Seakeeper's patents.





Signature page follows.

Date:  May 27, 2025

By: /s/ Will Cimino
    Will Cimino

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, a true and correct copy of the foregoing document was caused to be served by e-mail on the following counsel:

**BY E-MAIL**

Andrew C. Mayo
Brian A. Biggs
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Oleg Khariton
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

**BY E-MAIL**

Michael. A. Xavier
Dinsmore & Shohl LLP
1775 Sherman Street
Suite 2600
Denver, CO 80203

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com