

Steven J. Fineman
Director
302-651-7592
fineman@rlf.com

June 4, 2025

**BY CM/ECF FILING AND HAND DELIVERY**
The Honorable J. Campbell Barker
William M Steger Federal Building and United States Courthouse
211 W. Ferguson Street – Room 106
Tyler, TX 75702

Re:   *Seakeeper, Inc. v. Dometic Corp.*, C.A. No. 25-0484-JCB

Dear Judge Barker:

We write to address Dometic Corporation's continued unsolicited correspondence to this Court. Unless the Court desires a response from Plaintiff, we will refrain from further burdening the Court, other than to state that we disagree with each of the assertions made by Defendant in its recent correspondence, and to note that Dometic Corporation's correspondence makes clear that it and its Canadian subsidiary act as one with respect to the DG3.

We again stress the urgent need for an injunction to address Dometic's infringement. *See, e.g.,* *https://www.dometic.com/en-us/outdoor/boat/stabilization/gyroscopic-stabilizers/14-1411-141101-141101001-374846?v=9620018742* (accessed 6/4/2025 at 8:53 a.m. CDT)(offering the existing DG3 for sale and touting performance metrics achieved through use of infringing "cooling methods" and FAQs "*How much does DG3 cost?*")(copy attached); *https://www.dometic.com/en-us/outdoor/terms-of-sale-b2b* ("Buyer shall purchase the Goods from Seller at the price[s] (the 'Price[s]') set forth in Seller's published price list in force as of Seller's shipping date.").[1]

We appreciate the Court's consideration.

Respectfully,

*/s/ Steven J. Fineman*

Steven J. Fineman (#4025)

cc:   Counsel of Record
      Enclosure

---

[1] *See also Fisher-Price, Inc. v. Safety 1st, Inc.*, 279 F. Supp. 2d 530, 546 (D. Del. 2003), *aff'd in part, modified in part and rev'd in part*, 109 F. App'x 387 (Fed. Cir. 2004) (depiction of infringing product together with reference to price constituted infringing offer); *Marposs Societa Per Azioni v. Jenoptik Auto. N. Am., LLC*, 262 F. Supp. 3d 611, 616-17 (N.D. Ill. 2017) (price may be determined with reference to other evidence).