# EXHIBIT







