# EXHIBIT A

# REDACTED IN ITS ENTIRETY

{00925327;v1 }