IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION d/b/a<br>DOMETIC MARINE,<br><br>Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

### SEAKEEPER, INCORPORATED'S NOTICE OF ADDITIONAL RELEVANT DEVELOPMENTS

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiff Seakeeper Inc. submits this notice of additional relevant developments to alert the Court to new actions of Defendant Dometic Corporation bearing on the issues raised in Plaintiff's Motion for Preliminary Injunction (Dkt. 8), Motion for Temporary Restraining Order With Notice (D.I 29), and related responses (D.I. 41 and 46) and replies (D.I 53 and 62).

Since the May 28, 2025 hearing on the above referenced motions, it has come to Plaintiff's attention that a Regulator 35 equipped with Dometic's DG3 gyrostabilizer is listed as "in stock" and being offered for sale by Bluewater Yacht Sales, as shown in the below screenshot of Bluewater Yacht's website:

- 1 -

- 2 -



See https://bluewateryachtsales.com/inventory/yachts-for-sale/regulator-35-2025/2828698/#i17 (a copy which is attached hereto as Exhibit A).

As the Court may recall, Bluewater Yacht Sales also provided an offer and pricing sheet for a DG3-equipped Regulator 35 to Plaintiff's Delaware counsel in response to her using the Boat Builder feature on Regulator's website. D.I. 55, ¶¶3-7.

Bluewater Yacht Sales is listed as an official Regulator dealer, and is recommended on Regulator's dealer search page when using the Court's zip code (19801) as input:

- 3 -



*See* https://www.regulatormarine.com/dealers/ (a copy of which is attached as Exhibit B).

In addition to its website listing, Bluewater Yacht Sales is actively offering the Regulator 35 for sale and prominently featuring its gyroscopic stabilizer in email advertisements, one of which was sent to Plaintiff's Delaware counsel today:



*See* Email dated June 10, 2025 from J. Prather to C. Haynes (a copy of which is attached as Ex. C).

      Plaintiff contends that these continued acts of infringement may be helpful to the Court given its relevancy to the issues to be decided in this matter.

- 5 -

| | |
|---|---|
| OF COUNSEL:<br><br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 474-6300<br><br><br><br>Dated: June 11, 2025 | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff*<br>*SEAKEEPER, INC.* |