# EXHIBIT A

PageVault

| | |
|---|---|
| Document title: | 2025 Regulator 35' 35, In Stock, For Sale in Hampton, Virginia | Bluewater Yacht Sales | Yacht For Sale |
| Capture URL: | https://bluewateryachtsales.com/inventory/yachts-for-sale/regulator-35-2025/2828698/#i17 |
| Page loaded at (UTC): | Mon, 09 Jun 2025 19:02:07 GMT |
| Capture timestamp (UTC): | Mon, 09 Jun 2025 19:03:09 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | aQNVPVLSAiCNHi7VgBNKnM |
| Display Name: | SCummings |

PDF REFERENCE #:   hyqd98JGaTQuDCCUZkkecs

# 2025 Regulator 35 *In Stock*

New Boat For Sale | ID# 2828698



2025 Regulator 35 17



**Listing Agent**
**Bluewater Sales Hampton**
877-269-3021

**Get More Info**

First name*  Last name*

Email*

Phone number*

Postal Code*

Message



Send

  Trade-in Estimate


**In Stock**
35' Regulator 2025
Regulator 35 2025 For Sale in Hampton, Virginia


Call for price

Hampton, Virginia

### ⇌ Dimensions
**Length Overall:** 35'
**Beam:** 11' 9"
**Maximum Draft:** 3' 4"
**Dry Weight:** —

### Tank Capacities
**Fuel:** 405.00 gal
**Water:** 36.00 gal
**Holding:** 12.00 gal

### Engine Information
Engine 1 : Yamaha 350 - 350hp
Engine 2 : Yamaha 350 - 350hp
Engine 3 : Yamaha 350 - 350hp

## General Description

High Tech Systems, In-Deck Fishboxes, Oval Pressurized Center Livewell, Triple Helm with Center Set Steering Wheel & Mezz Seat, up to 49 rod holders, and the option for Standard Split Forward Seating or optional Wraparound Forward Seating answer the call of anglers and boaters who want it all.



### Standard Features
Base Price: 2025 Regulator 35

---

Document title: 2025 Regulator 35&#39; 35, In Stock, For Sale in Hampton, Virginia | Bluewater Yacht Sales | Yacht For Sale
Capture URL: https://bluewateryachtsales.com/inventory/yachts-for-sale/regulator-35-2025/2828698/#i17
Capture timestamp (UTC): Mon, 09 Jun 2025 19:03:09 GMT                                                                                        Page 1 of 5

High Tech Systems, In-Deck Fishboxes, Oval Pressurized Center Livewell, Triple Helm with Center Set Steering Wheel & Mezz Seat, up to 49 rod holders, and the option for Standard Split Forward Seating or optional Wraparound Forward Seating answer the call of anglers and boaters who want it all.

## Standard Features

Base Price: 2025 Regulator 35

- Triple White Yamaha Offshore F350 4-Stroke Engines with DES Tilt Helm and DEC - Plus Helm Master EX Joystick with Multimode Set Point, EX Autopilot with Waypoint Deceleration and Electronic Key Switch with Wireless Fob
- Gyro Stabilization System
- Marine-Grade 110V 8kBTU HVAC Conditioning System with Reverse-Cycle Heat, (4) Helm Vents, Interior Cabin Vent, and Inverter
- Regulator® Limited Warranty
- Yamaha® Limited Engine Warranty

### POWER & RIDE CONTROL

- Seakeeper Ride 750 Ride Control System

### SYSTEMS

- Illunimated machine room beneath Mezzanine seat with watertight bulkhead, optional gyro and easy access to breaker panel, fuel and water tanks, and battery systems
- E-Hub Lithium House Battery System - Includes (3) 300-Amp/Hour, silent-running batteries with charger, seamlessly managed via Regulator MyHelm
- Isolated engine start batteries w/40-Amp battery charger
- 30-Amp 50' Shore Power Cord

### T-TOP, HELM & ELECTRONICS

- Fiberglass T-Top with Surfboard Edges, integrated wraparound windshield and windshield wiper/washer, new T-Top drainage gutters/handrail and 11 rocket launchers built into aft support frame - complete with electronics box, integrated navigation/dock lighting, spreader lights, and multi-colored LED lights
- Custom T-Top Ventilation System with (2) directional vents at radiobox and (1) large center vent for maximum air distribution and mist elimination
- White Powder Coat Package
- Factory installed Garmin Offshore 35 Package: Two 22" GPSMAP 9222XSV Multi-touch widescreen chartplotter/sonar displays, flush-mounted in custom bezel and angled for optimum visibility and glare reduction; VHF 215 AIS radio withremote mic dual 8' antennasfor VHF/AM/FM; GMR 424 xHD 4kW Open-array radar; Airmar B275LHW with wide beam 1kW CHIRP transducer and Yamaha EX Autopilot, Plus black flushmount electronics faces
- Offshore command center; Garmin multi-function displays with digital switching and monitoring, proprietary Regulator MyHelm Interface for seamless and intuitive connectivity of key functions via touchscreen, and dedicated MyHelm key fob for main power and lighting circuits
- Integrated switch panels with LED push button switches
- Ritchie SuperSport Compass
- Yamaha Next Generation Digital boat control system with Helm Master EX, digital electric steering (DES) tilt helm, multifunction digital electronic control (DEC), EX Autopilot with Waypoint Deceleration, Electronic Key Switches (EKS) w/Wireless Fob and CL5 Multifunction touchscreen display
- Fusion Apollo 770 Marine Stereo w/AM/FM/WB, SiriusXM Ready, Wi-Fi Audio Streaming, Apple AirPlay 2, Bluetooth, with Integrated DSP and (4) Backlit Speakers throughout deck and cockpit
- Siren 3 Pro "Connected Boat" alert and access system
- Dual Illuminated Glove Boxes w/Fiberglass Lids
- Recessed Upholstered Console storage trays with black or egyptian sand dash brow and extended brow beneath Garmin screens
- Stainless steering wheel with knob
- USB Charging Ports

### CONSOLE INTERIOR/CABIN

- Entry via flush integrated port side door with friction hinges
- Sleeping accomodations for two with flip-down berth extension and reading lights
- Console skylight
- Stand-up electric head with solid surface countertop and sink - Plus (3) large storage compartments and mirrors
- 12 gallon holding tank and overboard discharge for electric head
- In-floor cabin dry storage box
- Rod storage for up to (12) rods throughout cabin and within in-floor cabin dry storage box



- Stand-up electric head with solid surface countertop and sink - Plus (3) large storage compartments and mirrors
- 12 gallon holding tank and overboard discharge for electric head
- In-floor cabin dry storage box
- Rod storage for up to (12) rods throughout cabin and within in-floor cabin dry storage box
- Integrated, ventilated console steo storage box (for optical A/C or dry storage)
- Sump box and overboard discharge (for sink, optional A/C and arid dry bilge pump)
- Ventilated port light in console
- Overhead LED lights with courtesy LED lights on steps and floor level
- Wood-grain laminate flooring
- Custom Regulator 35 Sunbrella interior cutains, accent pillows and super soft, weather-resistant throw for console interior
- Sunbrella fabric accents on interior walls
- CO Detector
- Bilge high-water alarm

DECK & COCKPIT

- Forward Deck Anchor Locker with freshwater wash down and overboard drain - directly accessible via split forward seating
- Full walk-through forward to anchor locker
- Raised bullnose toe rail on extra-wide forward gunwale
- Flush-mounted fiberglass table with electric pedestal
- NEW self-bailing cockpit system with transom-mounted, stainless steel scuppers with drip-edge and in-deck stainless grate, removable for easy cleaning
- Starboard Boarding and Dive Door w/Removable Folding Ladder and Ladder storage in Bilge compartment
- Oversized Bilge compartment with guttered, watertight lazarette hatch for easy access to gel-finished bilge and equipment - with raised floor to deliver a flat, dry platform for maintenance and gear storage
- Engine bracket with Integrated Telescoping ladder
- 36 Gallon freshwater system with (2) wash downs: (1) in anchor locker, (1) near helm, plus freshwater sink and toilet in console interior and freshwater shower on aft deck
- Molded, non-skid horizontal surfaces
- 360 Degree Coaming Pads
- Stainless Steel hardware through-bolted with elestic stop nuts
- (2) Pull-up bow cleats, (2) spring cleats/hawse rings and (2) stern cleats/hawse rings
- (4) JL Audio Backlit speakers

SEATING

- Split forward seating with center walkthrough and forward port & starboard seating, with magnetic cushions and illuminated storage beneath
- Flushmount, flip-up backrests integrated into forward seats (1-port, 1-starboard)
- Upholstered forward console sette for two with reclined seat, (6) rod holders, (2) cup holders, handrail and insulated, illuminated cooler below settee
- E-Series Deluxe Helm & Mezzanine seating features raised helm deck, triple helm seating with power slide center seat, armrests, flip-up bolsters, and (3) individual folding footrests with softgrip foot rail - Plus mezzanine seat for tow with built-in armrests, (2) cup holder rod holders, tackle storage, trash bin, (11) rocket launchers built into Aft support fram and machine room access below mezzanine seat
- Dual Integrated Flush-Folding Transom Seats port & starboard

FISHING EQUIPMENT

- Oval pressurized center transom livewell with high-volume livewell pump - Illuminated and finished in boat-calming blue with Regulator-Branded, clear acrylic lid
- Port transom bait prep station with integrated stainless steel bait tray, raw water sink and overboard drains
- Starboard transom bait prep station with (2) cutting boards, bait prop sink with saltwater wash down and overboard drain
- NEW Raw Water Sea Chest - Self-cleaning, self-flushing & macerated
- Raw Water aft-deck wash down
- Dual aft in-deck fishboxes - Insulated, illuminated and macerated
- Forward in-deck fishbox - Insulated, illuminated and macerated
- Dual forward seat fishboxes/dry storage - illuminated, with overboard drains
- (6) Stainless steel aft gunwale conventional rod holders
- (6) Stainless steel conventional rod holders integrated into forward settee



- Forward in-deck fishbox - Insulated, illuminated and macerated
- Dual forward seat fishboxes/dry storage - illuminated, with overboard drains
- (6) Stainless steel aft gunwale conventional rod holders
- (6) Stainless steel conventional rod holders integrated into forward settee

## Options

### COLOR

- Hull color: Entire hull - White
- Bracket with Synthetic Teak Marine Decking

### T-TOP & TOWER

- New TACO Grand Slam 300 Single-Handle Outrigger Bases with 22' Carbon Fiber Poles (Internally Rigged and Collapsible), Plus Double Rigger Kit
- T-Top storage compartment

### SEATING & UPHOLSTERY

- Flush-Folding Center Forward Seat with Magnetic Cushion at Bow
- Diamond Quilted Upholstery - Standard White Upholstery
- Teak Ladder-Back Helm Chairs, Helm Armrests, and Forward Settee Armrests
- Teak Helm Pod

### COMFORT & CONVENIENCE

- Through Stem Bow Roller with Anchor Windlass in Forward-Deck Anchor Locker, Freshwater anchor wash, Bow and Helm Controls, Rode with Galvanized Chain, Anchor, Freshwater Wash Down and Overboard Drain
- Edson Elite Carbon Wheel with Power Knob (In lieu of standard)
- Cockpit Freshwater Engine Flush
- Phender Pro with (4 ) Quick Release Fender Cleats
- Bucket Holder with (2) Buckets in Bilge Compartment
- Hose coil racks (2) for raw water and freshwater wash downs

### ELECTRONICS

- Additional T-Top Garmin 12" GPSMAP 1243XSV Touchscreen Chartplotter
- Factory-Installed Garmin GMR Fantom 54 Open-Array Radar (In lieu of standard)
- Factory-Installed Garmin GXM 54 SiriusXM Marine Weather Receiver Upgrade
- Second VHF 215 AIS radio
- Entertainment Upgrade Package: Includes Fusion Dynamically Calibrated system with (10) premium backlit speakers, subwoofer, amps and Integrated Wi-Fi
- (3) Inductive cell phone chargers: (1) at Helm, (2) in Dash Brow storage trays
- (2) Inductive cell phone chargers in Console interior
- Multi-Colored Underwater LED Lights (2)
- Forward Center LED Light Bar on T-Top

### FISHING UPGRADES

- Refrigerated Port Aft In-Deck Fishbox
- (5) Additional Stainless Steel/Poly Bait Trays with Integrated Storage in Port Aft In-Deck Fishbox
- (6) Aft gunwale cup holder rod holders (Converted from standard)
- (4) Transom Burnewiin Gunwale Mounts (When selected, (1) standard cutting board is removed at Transom Bait Station (1) remains), Cannot be selected w/Transom Rod Holders)
- (2) Electric Reel hook-ups
- Under Gunwale Rod/Brush storage
- Quick-Release under Gunwale Gaff Holder



### SHADES & CANVAS

- (4) Transom Barrel with Gunwale Mounts (when selected, (1) standard cutting board is removed at Transom Bait Station (1) remains), Cannot be selected w/ Transom Rod Holders)
- (2) Electric Reel hook-ups
- Under Gunwale Rod/Brush storage
- Quick-Release under Gunwale Gaff Holder

SHADES & CANVAS

- Forward Sun Shade, color choice: Navy
- Rear shade with T-Top mounted shade poles (Black only)
- Helm, console, forward settee, and Mezz seating Canvas Covers, color choice: Navy

Listing MLS by Yachtr.com

« Back to Inventory Results

## Boating's Best Brands
(New model representation varies by territory)








