# EXHIBIT B

PageVault

| | |
|---|---|
| Document title: | Find Your Local Regulator Dealer |
| Capture URL: | https://www.regulatormarine.com/dealers/ |
| Page loaded at (UTC): | Mon, 09 Jun 2025 18:58:47 GMT |
| Capture timestamp (UTC): | Mon, 09 Jun 2025 19:00:03 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | wLZ79yWxQzkia4ga2BFZio |
| Display Name: | SCummings |

PDF REFERENCE #:    dPMMAeMWtSeRBU72GqXoWz

# FIND YOUR DEALER

Our dealers are an extension of the Regulator family — dedicated to excellence, passionate about quality, and service-oriented above all. We are proud to partner with an extensive network of dealers across the United States, Europe, Central America, Australia and beyond.



19801 | United States

**BLUEWATER YACHT SALES**
2740 Lighthouse Point E, Baltimore, MD, US

CONTACT →

**BLUEWATER YACHT SALES**
750 Boucher Ave, Annapolis, MD, US







Events & Boat Shows    Find Your Dealer    Store    Careers    Contact

Boats    Boat Builder    Discover    Owners    Blog    About

| | |
|---|---|
| I have technical questions on electronics, engines, wiring and more. | ✓ |
| I am looking to re-power my Regulator and want to explore my options. | ✓ |
| I have an early model or pre-owned Regulator and need background on parts, parts replacement. | ✓ |
| I want more info on the models you will show at my local boat show and to stay up to date on events. | ✓ |
| I want to book a factory tour! | ✓ |

## CONTACT REGULATOR

VIEW OUR **CONTACT OPTIONS** →



**VIEW OUR CONTACT OPTIONS** →

### Boats

| | |
|---|---|
| 23 | 24XO |
| 25 | 26XO |
| 28 | 30XO |
| 31 | |
| 34 | |
| 35 | |
| 37 | |
| 41 | |

### Discover

| | |
|---|---|
| WHY REGULATOR | BROCHURES |
| FISHING | WARRANTY |
| LEISURE | BLOG |
| | GALLERY |
| | NEW FOR 2025 |

### About

### Careers

### Events & Boat Shows

### Contact

### Find Your Dealer

**DEALER LOGIN**

© Copyright Regulator Marine, Inc. All Rights Reserved. Specifications, standards, options and availability are subject to change.

Regulator Marine and the Regulator Marine fish logo are registered trademarks of Regulator Marine, Inc.

Privacy Policy  |  Cookie Policy  |  Terms of Service