# EXHIBIT C

| | |
|---|---|
| **Subject** | Our first Regulator 35 has arrived! |
| **From** | John Prather <jprather@bluewateryachtsales.com> |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Date** | Today at 12:16 PM |

[View in browser](#)



## YOUR CUSTOM & PRODUCTION YACHT AUTHORITY

# REGULATOR MARINE NEWS



# New Arrival: Regulator 35 Center Console

*Our first Regulator 35 is now in stock!*

The wait is over and our first Regulator 35 has arrived! The innovative design makes Regulator's latest center console one that you will definitely want to see for yourself.

The cockpit is highlighted by two flip-up transom seats, a centerline livewell, transom bait stations, two in deck fishboxes (one

refrigerated), and a comfortable mezzanine bench. Beneath the mezzanine seat is a mechanical space with access to the gyrostabilizer and the all-new E-Hub lithium battery system that replaces the need for a generator.

The advanced helm includes a ventilated windshield, two 22" Garmin displays, a 12" Garmin display above, dual VHF radios, A/C and heat, autopilot, and a joystick. This is all accented by an upgraded upholstery package and faux teak throughout.



The bow of the 35 contains seating for a crowd, including a forward lounge with a cooler below,

wraparound seating with a removable forward insert, an actuated table, and a huge in-deck fish box. This boat also has a climate controlled interior with a head, sink, rod storage, and sleeping accommodations for two.
Click to learn more.

See our first Regulator 35!



## Take the Tour: Regulator 31

*Serious performance for serious offshore fishing!*

The Regulator 31 has a reputation for its fantastic ride and great performance, and this one is no different. This 2025 model comes with twin 450hp Yamaha power, along with joystick controls, autopilot, Garmin electronics and radar, and Seakeeper Ride automatic trim tabs. It is rigged for a gyro, and also includes an upgraded entertainment system, Gemlux carbon fiber outriggers, top-of-the-line upholstery, and much more. View the full listing.

Tour the 2025 Regulator 31!



View Bluewater's Listings



Search the MLS

## SERVING THE MID-ATLANTIC SINCE 1968



Discover Your Boat's Value



Read OnBoard Magazine



## CONNECT WITH US



Bluewater Yacht Sales, 1450 Sensation Weigh, Beaufort, NC 28516

Unsubscribe