IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>                Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION d/b/a DOMETIC MARINE,<br><br>                Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

## SEAKEEPER, INCORPORATED'S NOTICE OF CONSENT TO TRIAL

Pursuant to the Court's May 15, 2025 Order Regulating Practice JCB-CV-77 (D.I. 28 at 12), Plaintiff Seakeeper, Inc. provides notice of its consent to trial and hearings in the Eastern District of Texas, Tyler Division.

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 474-6300

Dated: June 12, 2025

/s/ Christine D. Haynes
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*SEAKEEPER, INC.*