# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>DOMETIC CORPORATION,<br><br>  Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF INTENT TO SEAL AND REDACT

Plaintiff Seakeeper, Incorporated ("Plaintiff" or "Seakeeper"), by and through its counsel, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and this Court's Policy on the Electronic Availability of Transcripts of Court Proceedings, hereby submits its Notice of Intent to Seal and redact portions of the transcript from the May 28, 2025 Motion Hearing (D.I. 75). Seakeeper will submit papers in support of this notice promptly.

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 474-6300


Dated: June 25, 2025

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*