IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-484-JCB |
| | ) |
| DOMETIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This _____ day of _____, 2025, upon consideration of

Defendant Dometic Corporation's Motion to Dismiss Plaintiff Seakeeper's Complaint for failure

to state a claim upon which this Court can grant relief; now therefore,

IT IS HEREBY ORDERED THAT Defendant's Motion is GRANTED and Plaintiff's

Complaint is dismissed with prejudice.

{02131593;v1 }