# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEAKEEPER, INCORPORATED, | |
| Plaintiff, | |
| v. | CA No. 1:25-cv-00484-JCB |
| DOMETIC CORPORATION, | |
| Defendant. | |

## <u>SECOND DECLARATION OF TIMOTHY HALL</u>

I, Timothy Hall, declare and state as follows:

1.     I am over the age of eighteen (18).  This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business.

2.     I am President of Dometic Corporation.

3.     I previously submitted a declaration in this action, dated May 19, 2025, in connection with Dometic Corporation's Answering Brief in Opposition to Plaintiff Seakeeper, Inc.'s Motion for a Preliminary Injunction.  The contents of that earlier declaration are incorporated in this declaration by reference.

4.     Dometic Corporation makes and sells a variety of products, including those designed for use in outdoor recreation (coolers, portable batteries, camping gear, etc.), recreational vehicles (air conditioners, refrigerators, cooking appliances, etc.), and the marine industry (marine air conditioners, power generators, ice machines, etc.).

5.     Thus, among other things, Dometic Corporation manufactures and sells certain marine-related products under the "Dometic Marine" brand.

1

6.      However, as stated in my earlier declaration, Dometic Corporation has not made, sold, offered to sell, or imported the Dometic DG3 gyroscopic stabilizer product (either the prior version of that product accused of infringement in the Complaint or the new version of the product that I understand is replacing the prior, accused version).  The Dometic DG3 product is made and distributed by Dometic Marine Canada, Inc., which is a separate entity in the Dometic corporate family headquartered in Vancouver, Canada.

7.      Dometic Corporation does not have a place of business at 1 Sierra Place, Litchfield, Illinois, 62056.  That address belongs to Sierra International LLC ("Sierra International"), which is another, separate entity in the Dometic corporate family.  Sierra International also transacts business as "Dometic Marine."  (*See* Attachment 1.)

8.      The DOMETIC trademark, **DOMETIC**, is owned by Dometic Sweden AB ("Dometic Sweden"), an IP holding company separately owned by Dometic Group AB (publ).  The DOMETIC trademark is used by all Dometic Group companies via intra-corporate license from Dometic Sweden.  Dometic Corporation does not own the DOMETIC trademark.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/11/2025

Timothy Hall