# Exhibit B

**For assistance with TSDR,** email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS   DOCUMENTS   MAINTENANCE                                                   Back to Search            Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-06-12 09:22:45 EDT |
| Mark: | DOMETIC |
| US Serial Number: | 79199874 |
| Application Filing Date: | Jun. 21, 2016 |
| US Registration Number: | 5403863 |
| Registration Date: | Feb. 20, 2018 |
| Register: | Principal |
| Mark Type: | Trademark, Service Mark |
| TM5 Common Status Descriptor: |  LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. |
| Status: | A Section 71 and 15 declaration has been accepted and acknowledged. |
| Status Date: | Mar. 04, 2025 |
| Publication Date: | Dec. 05, 2017 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | DOMETIC |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| Description of Mark: | The mark consists of two stylized arrows, one pointing up and one pointing right, to the left of the word "DOMETIC". |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 24.15.04 - Arrowheads<br>24.15.10 - Arrows, more than one; More than one arrow<br>26.17.12 - Angles (geometric); Chevrons |

## Related Properties Information

| | |
|---|---|
| International Registration Number: | 1327238 |
| International Registration Date: | Jun. 21, 2016 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| For: | Disinfectants for chemical toilets |
| International Class(es): | 005 - Primary Class |
| U.S Class(es): | 006, 018, 044, 046, 051, 052 |
| Class Status: | ACTIVE |
| For: | Safes, namely, strong boxes made of metal; security boxes, namely, safes made of metal; ducts of metal for ventilating and air conditioning installations in vehicles and boats; [ metal wash-down spray nozzles for household, commercial and industrial use; ] metal flanges [ ; metal sashes for windows in vehicles and boats; metallic insect screens for doors; metallic insect screens for windows; aluminum roll shutters for use in vehicles and boats; exterior roller blinds of steel for guiding light; refuse skips of metal in the nature of dumpsters, namely, metal containers for receiving, transporting and dumping waste materials ] |

| | | | |
|---|---|---|---|
| **International Class(es):** | 006 - Primary Class | **U.S Class(es):** | 002, 012, 013, 014, 023, 025, 050 |
| **Class Status:** | ACTIVE | | |

**For:** Electric compressors; compressors for air conditioners; electrical generators using solar cells; mobile electric power generators; [ power generators for land and water vehicles; engine driven generators, namely, gasoline powered generators for air conditioning, cooling, and heating, and powerizing appliances; ] current generators; [ alternators; electric vacuum cleaners; replacement bags of paper for vacuum cleaners; vacuum cleaners; electric suction cleaners in the nature of vacuum cleaners; ] centrifugal pumps for pumping liquids for heating; centrifugal pumps for pumping liquids for cooling; air-cooled condensers; [ rinsing machines, namely, washing machines for clothes and household purposes; ] pumps for machines; pump control valves; vacuum pumps; electric vacuum generators; [ clamping devices being parts of machine tools, namely, duct clamps for use in the precision clamping of work pieces; separators, namely, oil separators, gas separators, dust separators, and water separators; ] valves as parts of machines

| | | | |
|---|---|---|---|
| **International Class(es):** | 007 - Primary Class | **U.S Class(es):** | 013, 019, 021, 023, 031, 034, 035 |
| **Class Status:** | ACTIVE | | |

**For:** Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely [ electric conductors, ] electric switches, [ transformers, accumulators, voltage regulators, ] and controllers in the nature of electrical controlling devices; voltage conversion apparatus, namely, electric power converters; voltage monitor modules; capacitors; power adapters; charging apparatus, namely, charging appliances for rechargeable equipment; rechargers for electric accumulators; [ electrical transducers; ] inverters for power supply; apparatus for controlling air conditioning installations, heating installations, toilets in vehicles and ships, namely, climate control systems consisting of digital thermostats, air conditioning, heating, [ ventilation and drying control devices; ] thermostats for vehicles; temperature control apparatus, namely, thermostats; electric sensors; electro-optical sensors; [ optical sensors; ] sensors for the determination of temperatures, [ positions and distances; ] humidity sensors; electric humidity switches; apparatus for controlling humidity levels, namely, environmental monitoring system comprised of meters and sensors that measure pressure, humidity, temperature [ and includes alarm and reporting functions; ] computer software for controlling heating, ventilating, air conditioning systems, water heaters, [ water chillers, defrosters, [ electric cool boxes, refrigerators, freezers, ] electric wine coolers and wine cellars, minibars, toilets, furnaces, vacuum systems, lighting systems, inverters for power supplies, electric power generators, ] battery usage, [ gas ranges and gas cooktops, gas detectors, alarm systems, safes, metal strong boxes, security boxes, security locks, rear view cameras for vehicles, dashboard cameras for vehicles, video surveillance cameras for use in vehicles; ] computer application software for electric control panels, namely, software for controlling heating, ventilating, air conditioning systems, water heaters, [ water chillers, defrosters, ] electric cool boxes, refrigerators, freezers, [ electric wine coolers and wine cellars, minibars, toilets, ] furnaces, [ vacuum systems, lighting systems, inverters for power supplies, electric power generators, ] battery usage, [ gas ranges and gas cooktops, gas detectors, alarm systems, safes, metal strong boxes, security boxes, security locks, rear view cameras for vehicles, dashboard cameras for vehicles, video surveillance cameras for use in vehicles; automatic electronic vehicle speed controllers; digital cameras; cameras; camera mounts; rearview cameras for vehicles; dashboard cameras; video surveillance cameras for use in vehicles; ] gas, fire, [ burglar, ] smoke, and carbon monoxide alarms; remote controls for air conditioning systems, heating and ventilation systems, [ security systems, ] and appliances; [ safety signals in the form of flashing luminous beacons; ] security and gas alarms; gas sensors for measuring gas levels and concentration

| | | | |
|---|---|---|---|
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |

**For:** Lavatories; toilets; [ toilets with sterilizing functions; ] toilets with washing functions; bidets; toilets, portable; toilets for incorporation i portable buildings; [ toilet stool units with a washing water squirter; ] toilet cisterns; sanitary installations, namely, sewage holding tanks; sanitary installations composed primarily of [ toilets, ] sewage holding tanks, [ water filters, ] automatic flush valves for toilets and hoses and plumbing fittings in the nature of couplers, drains, traps, valves, spouts, hoses and hose fittings; toilet tanks; wastewater treatment tanks; [ filter elements for the air vents of water supply tanks; ] installations for airing, namely, electric fans, roof fans, electric window fans, and ventilation hoods; electrically powered blowers for ventilation, namely, ventilating fans for household use and air conditioners; ventilating exhaust fans; electric air conditioners; air conditioners for vehicles; air conditioners for ships; air filters for air conditioning units; fans being parts for air conditioning installations; air conditioning fans; installations for heating; [ heating apparatus for solid, liquid or gaseous fuels; ] gas fired water heaters; electric water heaters; [ diesel fuel line heaters; defrosters for vehicles; ] heating apparatus for seat covers for use in vehicles; [ air conditioning apparatus for seat covers for use in vehicles; ] electric cool boxes, namely, refrigerators; portable electric cold boxes, namely, freezers and ice boxes; electric refrigerators; freezers; electric wine coolers namely, refrigerated cabinets containing racks for wine bottles and storage shelves and wine cellars, namely, temperature controlled wine cellars; minibars; [ electric laundry dryers; ] halogen lamps; electric lamps; [ electric rotisseries; gas broilers; kilns; ] gas and electric stoves; [ hot plates; electric hot plates; ] electric furnaces; gas fired furnaces; baking oven; microwave cookers, namely, microwave ovens; hobs in the nature of electric cooktops sold as a part of cooking stoves and separately; electric coffee brewers; electric coffee machines; sinks; sink units, namely, sinks integrated into cabinets, counters or countertops; tap water faucets; [ waste fittings for sanitary ware, namely, plumbing fittings in the nature of couplers, drains, traps, valves, spouts; ] range hoods; [ filters for range hoods; ] air purifiers; [ demisters, namely, separators used to clean and purify vapour streams; pervaporisers, namely, separators used to clean and purify liquids; ] ice machines and apparatus; [ filters for water purifiers; ] lights for vehicles

| | | | |
|---|---|---|---|
| **International Class(es):** | 011 - Primary Class | **U.S Class(es):** | 013, 021, 023, 031, 034 |
| **Class Status:** | ACTIVE | | |

| | | | |
|---|---|---|---|
| **For:** | Sun-blinds and visors for vehicles; structural parts of vehicles, namely, skylights in the nature of sunroofs for land and recreational vehicles (RV), motorhomes, caravans, passenger vehicles, vans and trucks; structural parts of vehicles, namely, windows; [ fitted covers for boats; fitted covers for vehicles; ] sun-blinds adapted for vehicles; vehicle hardware, namely, [ doors for vehicles, ] vehicle door hinges, vehicle door latches, vehicle door handles, [ handbrake knobs for vehicles, transmission selector levers, seat adjusters, trailer couplers and hitches, trailer coupler balls, trailer jack holders specifically adapted for land and water vehicles, brakes for vehicles, brake actuators; ] recreational vehicle accessories, namely, patio awnings, awnings for slide-out rooms; [ fitted seat covers for use in vehicles; ] heated seats and heated fitted seat covers for use in vehicles [ ; security systems for vehicles, namely, security alarms for vehicles ] | | |
| **International Class(es):** | 012 - Primary Class | **U.S Class(es):** | 019, 021, 023, 031, 035, 044 |
| **Class Status:** | ACTIVE | | |
| **For:** | [ non-metal insect screens for doors; ] jalousies, not of metal | | |
| **International Class(es):** | 019 - Primary Class | **U.S Class(es):** | 001, 012, 033, 050 |
| **Class Status:** | ACTIVE | | |
| **For:** | [ Refuse containers, namely, refuse bins; ] heat retaining containers for food, namely, thermally insulated containers for food; cool boxes, namely, insulated containers for food and beverages; coolers for wine | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **For:** | canvas canopies for vehicles, [ boats ] and camping; [ windbreakers, namely, windscreens made of textile to be used with boats and vehicles; ] tents in the nature of awnings for vehicles of textiles or synthetic materials; tents in the nature of awnings for caravans of textiles or synthetic materials | | |
| **International Class(es):** | 022 - Primary Class | **U.S Class(es):** | 001, 002, 007, 019, 022, 042, 050 |
| **Class Status:** | ACTIVE | | |
| **For:** | [ Installation, repair and maintenance of recreational vehicles (RV), motorhomes, caravans, yachts and boats, passenger vehicles, vans and trucks; installation, ] repair and maintenance of products and accessories installed and used in recreational vehicles (RV), motorhomes, caravans, yachts and boats, passenger vehicles, vans and trucks, not including software; [ installation, ] repair and maintenance of safes and security boxes | | |
| **International Class(es):** | 037 - Primary Class | **U.S Class(es):** | 100, 103, 106 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Dometic Sweden AB | | |
| **Owner Address:** | Hemvärnsgatan 15<br>SE-171 54 Solna<br>SWEDEN | | |
| **Legal Entity Type:** | AKTIEBOLAG | **State or Country Where Organized:** | SWEDEN |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | April L. Besl | **Docket Number:** | 140571-47 |

| | | | |
|---|---|---|---|
| Attorney Primary Email Address: | april.besl@dinsmore.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | April L. Besl<br>Dinsmore & Shohl LLP<br>255 E. 5th St., Suite 1900<br>Cincinnati, OHIO United States 45202 |
| Phone: | 513-977-8200, ext. 8527 |
| Fax: | 513-977-8141 |
| Correspondent e-mail: | april.besl@dinsmore.com<br>trademarks@dinsmore.com<br>kristi.wells@dinsmore.com<br>luke.curran@dinsmore.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 04, 2025 | NOTICE OF ACCEPTANCE OF SEC. 71 & 15 - E-MAILED | |
| Mar. 04, 2025 | REGISTERED - SEC. 71 ACCEPTED & SEC. 15 ACK. | |
| Feb. 10, 2025 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Aug. 20, 2024 | TEAS SECTION 71 & 15 RECEIVED | |
| Feb. 20, 2023 | COURTESY REMINDER - SEC. 71 (6-YR) E-MAILED | |
| Jan. 24, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Jan. 24, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 24, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 24, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 24, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 12, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Mar. 12, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 12, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 12, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 12, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 13, 2018 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| May 24, 2018 | FINAL DISPOSITION NOTICE SENT TO IB | |
| May 24, 2018 | FINAL DISPOSITION PROCESSED | |
| May 20, 2018 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Feb. 20, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 18, 2017 | ATTORNEY REVIEW COMPLETED | |
| Dec. 12, 2017 | LIMITATION FROM THE IB - REQUEST EXAM REVIEW | |
| Dec. 08, 2017 | NOTIFICATION PROCESSED BY IB | |
| Dec. 05, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 05, 2017 | PUBLISHED FOR OPPOSITION | |
| Nov. 22, 2017 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Nov. 22, 2017 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Nov. 15, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 02, 2017 | LAW OFFICE PUBLICATION REVIEW COMPLETED | |
| Oct. 30, 2017 | EXPARTE APPEAL TERMINATED | 199874 |
| Oct. 30, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| | | |
|---|---|---|
| Oct. 30, 2017 | EXAMINER'S AMENDMENT ENTERED | |
| Oct. 30, 2017 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Oct. 30, 2017 | EXAMINERS AMENDMENT E-MAILED | |
| Oct. 30, 2017 | EXAMINERS AMENDMENT -WRITTEN | |
| Oct. 27, 2017 | LIMITATION OF GOODS RECEIVED FROM IB | |
| Oct. 25, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Oct. 25, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Oct. 18, 2017 | ASSIGNED TO LIE | |
| Oct. 05, 2017 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Oct. 05, 2017 | EX PARTE APPEAL-INSTITUTED | 199874 |
| Oct. 05, 2017 | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 199874 |
| Oct. 05, 2017 | EXPARTE APPEAL RECEIVED AT TTAB | |
| Apr. 05, 2017 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Apr. 05, 2017 | FINAL REFUSAL E-MAILED | |
| Apr. 05, 2017 | FINAL REFUSAL WRITTEN | |
| Mar. 17, 2017 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Mar. 16, 2017 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Mar. 16, 2017 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Feb. 03, 2017 | REFUSAL PROCESSED BY IB | |
| Jan. 19, 2017 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Jan. 19, 2017 | REFUSAL PROCESSED BY MPU | |
| Jan. 14, 2017 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Jan. 14, 2017 | APPLICATION FILING RECEIPT MAILED | |
| Jan. 13, 2017 | NON-FINAL ACTION WRITTEN | |
| Jan. 10, 2017 | ASSIGNED TO EXAMINER | |
| Jan. 10, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 05, 2017 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

## International Registration Information (Section 66a)

| | | | |
|---|---|---|---|
| **International Registration Number:** | 1327238 | **International Registration Date:** | Jun. 21, 2016 |
| **Priority Claimed Flag:** | Yes | **Date of Section 67 Priority Claim:** | Dec. 22, 2015 |
| **Intl. Registration Status:** | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | **Date of International Registration Status:** | Jan. 05, 2017 |
| **Notification of Designation Date:** | Jan. 05, 2017 | **Date of Automatic Protection:** | Jul. 05, 2018 |
| **International Registration Renewal Date:** | Jun. 21, 2026 | | |
| **First Refusal Flag:** | Yes | | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | BULLOFF, TOBY | **Law Office Assigned:** | Not Assigned |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | Historical data usage | **Date in Location:** | Mar. 04, 2025 |

## Assignment Abstract Of Title Information - Click to Load

Feedback