# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOMETIC CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 25-0484-JCB |

### [PROPOSED] ORDER

The Court, having considered Defendant Dometic Corporation's Motion to Dismiss Plaintiff Seakeeper's Complaint for failure to state a claim upon which this Court can grant relief,

IT IS HEREBY ORDERED this _____ day of _____, 2025, that Defendant's Motion to Dismiss is DENIED. Defendant must answer Seakeeper's Complaint within fourteen (14) days.

_____
The Honorable J. Campbell Barker