# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED, | |
| Plaintiff, | |
| v. | C.A. No. 25-0484-JCB |
| DOMETIC CORPORATION, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

The Court, having considered Plaintiff's Motion for Reconsideration of Order Denying Preliminary Injunction Following TRO Hearing (the "Motion") as well as submissions related thereto, and good cause having been found therefor:

IT IS HEREBY ORDERED this ___ day of _____, 2025 that the Motion is GRANTED. The portion of the July 7, 2025 Memorandum Order denying Plaintiff's Motion for Preliminary Injunction is withdrawn.

_____

The Honorable J. Campbell Barker