**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMETIC CORPORATION d/b/a<br>DOMETIC MARINE,<br><br>        Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

### SEAKEEPER, INCORPORATED'S NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE that pursuant to JCB-CV-7.3(c), Plaintiff's Motion for Reconsideration of Order Denying Preliminary Injunction Following TRO Hearing (D.I. 98) has been fully briefed (D.I. 98, 99) and is now ready for resolution.

|  |  |
|---|---|
| | /s/ Kelly E. Farnan |
| | Steven J. Fineman (#4025) |
| OF COUNSEL: | Kelly E. Farnan (#4395) |
| | Christine D. Haynes (#4697) |
| MARSHALL, GERSTEIN & BORUN LLP | RICHARDS, LAYTON & FINGER, P.A. |
| 6300 Willis Tower | One Rodney Square |
| 233 S. Wacker Drive | 920 North King Street |
| Chicago, Illinois 60606 | Wilmington, DE 19801 |
| (312) 474-6300 | (302) 651-7700 |
| | fineman@rlf.com |
| | farnan@rlf.com |
| | haynes@rlf.com |
| | |
| | *Attorneys for Plaintiff* |
| | *SEAKEEPER, INC.* |
| Dated: August 4, 2025 | |

- 1 -