UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:25-cv-00484

**Seakeeper Inc.,**
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

# ORDER

Plaintiff filed an unopposed motion for leave to file limited portions of May 28, 2025, hearing transcript under seal. Doc. 88. Although the public has a common law right to access judicial proceedings and records, that "right is not absolute." *Littlejohn v. Bic Corp.*, 851 F.2d 673, 678 (3d Cir. 1988). The presumption of access may be rebutted where, for example, records "are sources of business information that might harm a litigant's competitive standing." *Id.* Having reviewed the proposed redactions, the court finds that the presumption is rebutted and sealing limited portions of the transcript is warranted. Plaintiff's motion (Doc. 88) is granted and the May 28, 2025 motion hearing transcript (Doc. 75) shall be partially redacted. The redacted version of the hearing transcript (Doc. 88-3) shall be filed as the public version.

*So ordered by the court on September 2, 2025.*

J. CAMPBELL BARKER
United States District Judge