IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>DOMETIC CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-484-JCB<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE OF**
**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR**
**COMMENCEMENT OF DISCOVERY AND TO COMPEL A RULE 26(F)**
**CONFERENCE**

I hereby certify that on the 2nd day of September, 2025, pursuant to Regulation JCB-CV-7.3 of the Court's May 15, 2025 Standing Order Regulating Practice in Delaware Cases (D.I. 28), Defendant Dometic Corporation's Response in Opposition to Plaintiff's Motion for Commencement of Discovery and to Compel a Rule 26(f) Conference was served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Steven J. Fineman, Esquire<br>Kelly E. Farnan, Esquire<br>Christine Dealy Haynes, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | <u>VIA ELECTRONIC MAIL</u> |
| Thomas L. Duston, Esquire<br>Mark H. Izraelewicz, Esquire<br>Raymond R. Ricordati, III, Esquire<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606 | <u>VIA ELECTRONIC MAIL</u> |

| | |
|---|---|
| Eric H. Findlay, Esquire<br>Findlay Craft, P.C.<br>7270 Crosswater Avenue, Suite B<br>Tyler, TX 75703 | VIA ELECTRONIC MAIL |

*Of Counsel:*

Oleg Khariton
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200
oleg.khariton@dinsmore.com

Michael A. Xavier
DINSMORE & SHOHL LLP
1775 Sherman Street, Suite 2600
Denver, CO 80203
(303) 296-3996
michael.xavier@dinsmore.com

Dated: September 2, 2025

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

*Attorneys for Defendant*