UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:25-cv-00484

**Seakeeper Inc.,**
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

# ORDER

Defendant filed a motion to seal a letter to the undersigned regarding an accused product. Doc. 64. Plaintiff has filed motions to seal three documents: (1) a reply brief in support of a preliminary injunction, Doc. 52; (2) a reply brief in support of a temporary restraining order, Doc. 61; and (3) a response to defendant's letter to the undersigned, Doc. 66.

Although the public has a common-law right to access judicial proceedings and records, that "right is not absolute." *Littlejohn v. Bic Corp.*, 851 F.2d 673, 678 (3d Cir. 1988). The presumption of access may be rebutted where, for example, records "are sources of business information that might harm a litigant's competitive standing." *Id.* Having reviewed the proposed redactions, the court finds that the presumption is rebutted and that sealing the motions and declarations is warranted.

Plaintiff's motions (Docs. 52, 61, 66) are granted, and its reply briefs (Docs. 53, 62) and response to defendant's letter (Doc. 67) may remain sealed. Defendant's motion (Doc. 64) is granted, and its letter to the undersigned (Doc. 65) may remain sealed.

*So ordered by the court on September 8, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge