IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>    Defendant. | C.A. No. 25-0484-JCB<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR COMMENCEMENT OF DISCOVERY AND TO COMPEL A RULE 26(F) CONFERENCE**

WHEREAS, the Court having considered Plaintiff's Motion for Commencement of Discovery and to Compel a Rule 26(f) Conference (the "Motion"), as well as submissions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2025 as follows:

1. The Motion is GRANTED.

2. Plaintiff may commence discovery upon entry of this Order pursuant to Federal Rule of Civil Procedure 26(d)(1).

3. Defendant shall produce documents and provide written responses to the discovery requests attached to the Motion as Exhibit E within thirty (30) days of the entry of this Order.

4. The parties shall meet and confer as required by Rule 26(f) within fourteen (14) days of the entry of this Order.

_____
The Honorable J. Campbell Barker