# EXHIBIT A

| | |
|---|---|
| **From:** | Khariton, Oleg <Oleg.Khariton@DINSMORE.COM> |
| **Sent:** | Friday, July 11, 2025 3:45 PM |
| **To:** | Thomas L. Duston |
| **Cc:** | Fineman, Steven J.; Farnan, Kelly E.; Ray Ricordati; Mark Izraelewicz; Eric Findlay; Sarah Hene; Isaku Begert; Haynes, Christine D.; Mayo, Andrew C.; Biggs, Brian; Xavier, Michael |
| **Subject:** | RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation |

**External - This email is from an external email address outside the firm.**

Tom,

Thanks for the note. Although Plaintiff has filed a Notice of Readiness, the Court is yet to set this case for a Rule 16 scheduling conference. Therefore, a Rule 26(f) conference of the parties would be premature at this time. We believe the parties should hold their Rule 26(f) conference once the Court acts on Plaintiff's Notice of Readiness.

Best,
Oleg

**Dinsmore**

**Oleg Khariton**
Partner
Dinsmore & Shohl LLP • Legal Counsel
255 East Fifth Street, Suite 1900, Cincinnati, OH 45202
**T** (513) 977-8246 • **F** (513) 977-8141

**From:** Thomas L. Duston
**Sent:** Friday, July 11, 2025 3:21 PM
**To:** Mayo, Andrew C. ; Biggs, Brian ; Khariton, Oleg ; Xavier, Michael
**Cc:** Fineman, Steven J. ; Farnan, Kelly E. ; Ray Ricordati ; Mark Izraelewicz ; Eric Findlay ; Sarah Hene ; Isaku Begert ; Haynes, Christine D.
**Subject:** RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation

Counsel

Would appreciate your response.

Thanks you, Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive

6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Thomas L. Duston
**Sent:** Wednesday, July 9, 2025 4:42 PM
**To:** Mayo, Andrew C. ; Biggs, Brian ; Khariton, Oleg ; Xavier, Michael
**Cc:** Fineman, Steven J. ; Farnan, Kelly E. ; Ray Ricordati ; Mark Izraelewicz ; Eric Findlay ; Sarah Hene ; Isaku Begert ; Haynes, Christine D.
**Subject:** RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation

Counsel

Please provide us with a date and time next week that would be convenient for a Rule 26(f) conference.

Thank you, Tom.