# **EXHIBIT C**

| | |
|---|---|
| **From:** | Khariton, Oleg <Oleg.Khariton@DINSMORE.COM> |
| **Sent:** | Wednesday, July 16, 2025 2:30 PM |
| **To:** | Thomas L. Duston |
| **Cc:** | Fineman, Steven J.; Farnan, Kelly E.; Ray Ricordati; Mark Izraelewicz; Eric Findlay; Sarah Hene; Isaku Begert; Haynes, Christine D.; Mayo, Andrew C.; Biggs, Brian; Xavier, Michael |
| **Subject:** | RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation |

**External - This email is from an external email address outside the firm.**

Tom,

Our position is consistent with Rule 26(f), the D. Del. Default Standard for Discovery, and the Court's individual practices.

First, it is not "practicable" to hold a Rule 26(f) conference or start discovery at this stage of the case at least because our motion to dismiss is pending. That motion may result in dismissal of the case or at least changes to the operative pleading. Holding a Rule 26(f) conference or beginning discovery before the pleadings are finalized would be premature and may result in wasted effort.

We also note that, under this District's Default Standard for Discovery, the timing of the Rule 26(f) conference is expressly tied to "the Fed. R. Civ. P. 16 scheduling conference." In addition, the Default Standard contemplates that "initial" patent discovery will not occur until after the Rule 16 conference.

Finally, we again note that Seakeeper has filed the Notice of Readiness under JCB-CV-16.1, which requires the plaintiff to alert the Court that "the case is ready for a scheduling conference." The fact that the Court has not yet set a scheduling conference in view of Seakeeper's notice further supports our position that a Rule 26(f) conference or service of any discovery would be premature at this time.

Oleg



**Oleg Khariton**
Partner
Dinsmore & Shohl LLP • Legal Counsel
255 East Fifth Street, Suite 1900, Cincinnati, OH 45202
**T** (513) 977-8246 • **F** (513) 977-8141

**From:** Thomas L. Duston <tduston@marshallip.com>
**Sent:** Monday, July 14, 2025 3:39 PM
**To:** Khariton, Oleg <Oleg.Khariton@DINSMORE.COM>
**Cc:** Fineman, Steven J. <Fineman@RLF.com>; Farnan, Kelly E. <Farnan@RLF.com>; Ray Ricordati <rricordati@marshallip.com>; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Eric Findlay <efindlay@findlaycraft.com>; Sarah Hene <shene@findlaycraft.com>; Isaku Begert <IBegert@marshallip.com>; Haynes, Christine D. <haynes@rlf.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Biggs, Brian <BBiggs@ashbygeddes.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>
**Subject:** RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation

Oleg—

I am not aware of any provision of the Federal Rules of Civil Procedure that provided a Rule 26(f) conference may only be scheduled in response to an order setting the matter for a Rule 16 conference. Rule 26(f)(1) directs the parties to confer "as soon as practicable."  Could you provide me with the authority upon which you rely for refusing our request for such a conference?

Notwithstanding your decision with respect to the required Rule 26(f) conference, we nevertheless request your stipulation pursuant to Rule 26(d)(1) and Rule 29(b) that the parties may presently seek discovery.

Thank you for your anticipated cooperation.

Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Khariton, Oleg <Oleg.Khariton@DINSMORE.COM>
**Sent:** Friday, July 11, 2025 3:45 PM
**To:** Thomas L. Duston <tduston@marshallip.com>
**Cc:** Fineman, Steven J. <Fineman@RLF.com>; Farnan, Kelly E. <Farnan@RLF.com>; Ray Ricordati <rricordati@marshallip.com>; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Eric Findlay <efindlay@findlaycraft.com>; Sarah Hene <shene@findlaycraft.com>; Isaku Begert <IBegert@marshallip.com>; Haynes, Christine D. <haynes@rlf.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Biggs, Brian <BBiggs@ashbygeddes.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>
**Subject:** RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation

**External - This email is from an external email address outside the firm.**

Tom,

Thanks for the note. Although Plaintiff has filed a Notice of Readiness, the Court is yet to set this case for a Rule 16 scheduling conference. Therefore, a Rule 26(f) conference of the parties would be premature at this time. We believe the parties should hold their Rule 26(f) conference once the Court acts on Plaintiff's Notice of Readiness.

Best,
Oleg



**Oleg Khariton**
Partner
Dinsmore & Shohl LLP • Legal Counsel
255 East Fifth Street, Suite 1900, Cincinnati, OH 45202
**T** (513) 977-8246 • **F** (513) 977-8141

**From:** Thomas L. Duston <tduston@marshallip.com>
**Sent:** Friday, July 11, 2025 3:21 PM
**To:** Mayo, Andrew C. <AMayo@ashbygeddes.com>; Biggs, Brian <BBiggs@ashbygeddes.com>; Khariton, Oleg <Oleg.Khariton@DINSMORE.COM>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>
**Cc:** Fineman, Steven J. <Fineman@RLF.com>; Farnan, Kelly E. <Farnan@RLF.com>; Ray Ricordati <rricordati@marshallip.com>; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Eric Findlay <efindlay@findlaycraft.com>; Sarah Hene <shene@findlaycraft.com>; Isaku Begert <IBegert@marshallip.com>; Haynes, Christine D. <haynes@rlf.com>
**Subject:** RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation

Counsel

Would appreciate your response.

Thanks you, Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Thomas L. Duston
**Sent:** Wednesday, July 9, 2025 4:42 PM
**To:** Mayo, Andrew C. <AMayo@ashbygeddes.com>; Biggs, Brian <BBiggs@ashbygeddes.com>; Khariton, Oleg

<[Oleg.Khariton@DINSMORE.COM](mailto:Oleg.Khariton@DINSMORE.COM)>; Xavier, Michael <[Michael.Xavier@DINSMORE.COM](mailto:Michael.Xavier@DINSMORE.COM)>
**Cc:** Fineman, Steven J. <[Fineman@RLF.com](mailto:Fineman@RLF.com)>; Farnan, Kelly E. <[Farnan@RLF.com](mailto:Farnan@RLF.com)>; Ray Ricordati <[rricordati@marshallip.com](mailto:rricordati@marshallip.com)>; Mark Izraelewicz <[Mizraelewicz@marshallip.com](mailto:Mizraelewicz@marshallip.com)>; Eric Findlay <[efindlay@findlaycraft.com](mailto:efindlay@findlaycraft.com)>; Sarah Hene <[shene@findlaycraft.com](mailto:shene@findlaycraft.com)>; Isaku Begert <[IBegert@marshallip.com](mailto:IBegert@marshallip.com)>; Haynes, Christine D. <[haynes@rlf.com](mailto:haynes@rlf.com)>
**Subject:** RE: Activity in Case 1:25-cv-00484-JCB Seakeeper Inc. v. Dometic Corporation

Counsel

Please provide us with a date and time next week that would be convenient for a Rule 26(f) conference.

Thank you, Tom.

4