# EXHIBIT E

# Thomas L. Duston

| | |
|---|---|
| **From:** | Thomas L. Duston |
| **Sent:** | Thursday, July 24, 2025 3:51 PM |
| **To:** | Haynes, Christine D.; Mayo, Andrew C.; Biggs, Brian; Khariton, Oleg; Xavier, Michael |
| **Cc:** | Fineman, Steven J.; Farnan, Kelly E.; Ray Ricordati; Mark Izraelewicz; Eric H. Findlay (efindlay@findlaycraft.com) |
| **Subject:** | RE: Seakeeper v. Dometic - meet and confer |
| **Attachments:** | DIS-List of Discovery (4931-3815-4072).docx |

Oleg—

Please see list of discovery requests.  Look forward to speaking with you tomorrow afternoon.

Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

-----Original Appointment-----
**From:** Haynes, Christine D. <haynes@rlf.com>
**Sent:** Wednesday, July 23, 2025 3:10 PM
**To:** Haynes, Christine D.; Thomas L. Duston; Mayo, Andrew C.; Biggs, Brian; Khariton, Oleg; Xavier, Michael
**Cc:** Fineman, Steven J.; Farnan, Kelly E.; Ray Ricordati; Mark Izraelewicz; Eric H. Findlay (efindlay@findlaycraft.com)
**Subject:** Seakeeper v. Dometic - meet and confer
**When:** Thursday, July 24, 2025 11:00 AM-11:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://rlf.zoom.us/j/88678155233

Christine Haynes is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://rlf.zoom.us/j/88678155233

Meeting ID: 886 7815 5233

---

One tap mobile
+13052241968,,88678155233# US
+13092053325,,88678155233# US

---

Dial by your location
- +1 305 224 1968 US
- +1 309 205 3325 US
- +1 312 626 6799 US (Chicago)
- +1 646 558 8656 US (New York)
- +1 646 931 3860 US
- +1 301 715 8592 US (Washington DC)
- +1 360 209 5623 US
- +1 386 347 5053 US
- +1 507 473 4847 US
- +1 564 217 2000 US
- +1 669 444 9171 US
- +1 689 278 1000 US
- +1 719 359 4580 US
- +1 720 707 2699 US (Denver)
- +1 253 205 0468 US
- +1 253 215 8782 US (Tacoma)
- +1 346 248 7799 US (Houston)

Meeting ID: 886 7815 5233

Find your local number: https://rlf.zoom.us/u/ktjyz7vsI

REQUESTS FOR PRODUCTION

1. Documents that depict or describe the past, present, or future design of the DG3 or other actual or potential Dometic-brand gyrostablizers, including but not limited to the composition and pressure of the gas within their enclosures, the components that transmit heat and those that cool the device.
2. Market studies, forecasts, projections, business plans and documents reflecting strategies for the gyrostablizers identified in RFP No. 1.
3. Documents discussing, describing or explaining the performance, capabilities or testing of the gyrostablizers identified in RFP No. 1, including testing relating to the heat generated and cooling achieved thereby.
4. Documents reflecting demonstrations, offers to sell, sales or potential sales of the gyrostablizers identified in RFP No. 1, including but not limited to the use or display of the DG3 at the Miami Boat Show and any agreements with customers such as Regulator.
5. Communications with actual or potential customers of the gyrostablizers identified in RFP No. 1 that promoted those products or that discussed the possible terms of their purchase or use.
6. Documents reflecting the importation or shipment of any of the gyrostablizers identified in RFP No. 1 into or within the United States.
7. Documents identifying or mentioning the benefits or advantages derived from the ability to offer or supply any of the gyrostablizers identified in RFP No. 1, or the potential impact thereof on sales of other products.
8. Communications with buying groups that concerned or related to any of the gyrostablizers identified in RFP No. 1.
9. Documents and communications that referred to Seakeeper's gyrostablizers.
10. Documents and communications that referred to Seakeeper's patents.

INTERROGATORY

1. Identify the persons and parties responsible for each of the following, and describe their role therein:  (1) the decision to develop the gyrostablizers identified in RFP No. 1; (2) the design of the gyrostablizers identified in RFP No. 1; (3) the manufacture of gyrostablizers identified in RFP No. 1; (4) the importation of gyrostablizers identified in RFP No. 1; (5) the promotion of the gyrostablizers identified in RFP No. 1; and, (6) offers to sell and/or the sale of gyrostablizers identified in RFP No. 1.