# EXHIBIT G

CLOSED,PATENT

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:23-cv-01053-GBW

SonarSource SA v. Sonar Software, Inc.
Assigned to: Judge Gregory B. Williams
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 09/26/2023
Date Terminated: 08/14/2024
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**SonarSource SA**                    represented by    **Frederick L. Cottrell , III**
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
Email: cottrell@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Dealy Haynes**
Richards, Layton & Finger
920 North King Street
Wilmington, DE 19801
302-651-7508
Email: haynes@rlf.com
*ATTORNEY TO BE NOTICED*

**Jacqueline S. Salwa**
Email: jsalwa@sunsteinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John T. Gutkoski**
Email: john.gutkoski@pierferd.com
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**Kerry L. Timbers**
Email: KTimbers@sunsteinlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sonar Software, Inc.**    represented by    **Michael J. Flynn**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9661
Fax: 302-498-6217
Email: mflynn@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Ball**
Email: eball@fenwick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Esther D. Galan**
Email: egalan@fenwick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yukiu M. Chan**
Email: mchan@fenwick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sonar Software, Inc.**    represented by    **Michael J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Ball**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Esther D. Galan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Yukiu M. Chan**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**SonarSource SA**    represented by    **Frederick L. Cottrell , III**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Dealy Haynes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline S. Salwa**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John T. Gutkoski**
(See above for address)
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**Kerry L. Timbers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

Sonar Software, Inc.                    represented by **Michael J. Flynn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Ball**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Esther D. Galan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yukiu M. Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

SonarSource SA                    represented by **Frederick L. Cottrell , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Dealy Haynes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacqueline S. Salwa**
(See above for address)

*ATTORNEY TO BE NOTICED*

**John T. Gutkoski**
(See above for address)
*TERMINATED: 04/10/2024*
*PRO HAC VICE*

**Kerry L. Timbers**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2024 | | SO ORDERED, re 28 Stipulation of Dismissal filed by SonarSource SA, ***Civil Case Terminated. Signed by Judge Gregory B. Williams on 8/14/2024. (lnb) (Entered: 08/14/2024) |
| 08/05/2024 | 28 | STIPULATION of Dismissal *With Prejudice* by SonarSource SA. (Haynes, Christine) (Entered: 08/05/2024) |
| 06/17/2024 | 27 | NOTICE OF SERVICE of (1) Defendant Sonar Software, Inc.'s Responses and Objections to Plaintiff SonarSource SA's First Requests for the Production of Documents and (2) Sonar Software, Inc.'s Responses and Objections to Plaintiff SonarSource SA's First Set of Interrogatories - filed by Sonar Software, Inc..(Flynn, Michael) (Entered: 06/17/2024) |
| 05/20/2024 | | SO ORDERED, re 23 MOTION for Pro Hac Vice Appearance of Attorney Sharona H. Sternberg filed by SonarSource SA. Signed by Judge Gregory B. Williams on 5/16/2024. (lnb) (Entered: 05/20/2024) |
| 05/17/2024 | 26 | NOTICE OF SERVICE of Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) filed by SonarSource SA.(Haynes, Christine) (Entered: 05/17/2024) |
| 05/17/2024 | 25 | NOTICE OF SERVICE of (1) Sonar Software, Inc.'s Initial Disclosures Pursuant to Rule 26(a)(1) and Paragraph 3 of the Default Standard for Discovery, (2) Defendant Sonar Software, Inc.'s First Set of Requests for the Production of Documents to Plaintiff SonarSource SA and (3) Defendant Sonar Software, Inc.'s First Set of Interrogatories to Plaintiff SonarSource SA - filed by Sonar Software, Inc..(Flynn, Michael) (Entered: 05/17/2024) |
| 05/16/2024 | 24 | Pro Hac Vice Fee - Credit Card Payment received for Sharona H. Sternberg. ( re 23 MOTION for Pro Hac Vice Appearance of Attorney Sharona H. Sternberg )( Payment of $ 50, receipt number ADEDC-4408709).(Haynes, Christine) (Entered: 05/16/2024) |
| 05/16/2024 | 23 | MOTION for Pro Hac Vice Appearance of Attorney Sharona H. Sternberg - filed by SonarSource SA. (Haynes, Christine) (Entered: 05/16/2024) |
| 05/14/2024 | 22 | ORAL ORDER: Plaintiff's Motion to Dismiss (D.I. 12) is DENIED AS MOOT. It is directed to a counterclaim that has since been amended (D.I. 14). ORDERED by Judge Gregory B. Williams on 5/14/24. (ntl) (Entered: 05/14/2024) |
| 05/03/2024 | 21 | NOTICE OF SERVICE of 1) First Request for the Production of Documents; and 2) First Set of Interrogatories filed by SonarSource SA.(Haynes, Christine) (Entered: 05/03/2024) |
| 04/24/2024 | | Pro Hac Vice Attorney Kerry L. Timbers for SonarSource SA added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 04/24/2024) |

| 04/23/2024 | | SO ORDERED, re 19 MOTION for Pro Hac Vice Appearance of Attorney Kerry L. Timbers filed by SonarSource SA. Signed by Judge Gregory B. Williams on 4/22/24. (ntl) (Entered: 04/23/2024) |
|---|---|---|
| 04/22/2024 | 20 | Pro Hac Vice Fee - Credit Card Payment received for Kerry L. Timbers. ( re 19 MOTION for Pro Hac Vice Appearance of Attorney Kerry L. Timbers )( Payment of $ 50, receipt number ADEDC-4389951).(Haynes, Christine) (Entered: 04/22/2024) |
| 04/22/2024 | 19 | MOTION for Pro Hac Vice Appearance of Attorney Kerry L. Timbers - filed by SonarSource SA. (Haynes, Christine) (Entered: 04/22/2024) |
| 04/19/2024 | 18 | ORAL ORDER: Having reviewed Plaintiff SonarSource SA's letter dated March 27, 2024, D.I. 16, the Court hereby orders the parties to engage in a Rule 26(f) conference "as soon as practicable." Fed. R. Civ. P. 26(f). To the extent that Defendant Sonar Software Inc. believes that a Rule 26(f) conference need not occur until the Court schedules and/or holds a Rule 16 conference, Defendant is mistaken. As Plaintiff notes, the "setting of a Rule 16 scheduling conference is not a prerequisite to the parties' obligation to meet and confer under Rule 26(f)." D.I. 16 at 1. Similarly, any attempt to delay the Rule 26(f) conference until the Court resolves the pending Motion to Dismiss is contrary to the long-standing practices of Courts in this District. See Infineon Technologies AG v. Volterra Semiconductor Corp., No. 10-47-GMS. Thus, the parties are HEREBY ORDERED to meet and confer under Rules 16 and 26 regarding a case schedule and the next stages of litigation. ORDERED by Judge Gregory B. Williams on 4/19/24. (ntl) (Entered: 04/19/2024) |
| 04/10/2024 | 17 | NOTICE requesting Clerk to remove John T. Gutkoski as co-counsel.. (Haynes, Christine) (Entered: 04/10/2024) |
| 03/27/2024 | 16 | Letter to The Honorable Gregory B. Williams from Christine D. Haynes regarding Rule 16 conference. (Attachments: # 1 Exhibit A)(Haynes, Christine) (Entered: 03/27/2024) |
| 02/29/2024 | 15 | ANSWER to 14 Counterclaim by SonarSource SA.(Haynes, Christine) (Entered: 02/29/2024) |
| 02/15/2024 | 14 | Amended COUNTERCLAIM against SonarSource SA - filed by Sonar Software, Inc.. (Flynn, Michael) (Entered: 02/15/2024) |
| 01/25/2024 | 13 | OPENING BRIEF in Support re 12 MOTION to Dismiss for Failure to State a Claim filed by SonarSource SA.Answering Brief/Response due date per Local Rules is 2/8/2024. (Cottrell, Frederick) (Entered: 01/25/2024) |
| 01/25/2024 | 12 | MOTION to Dismiss for Failure to State a Claim - filed by SonarSource SA. (Attachments: # 1 Text of Proposed Order)(Cottrell, Frederick) (Entered: 01/25/2024) |
| 12/14/2023 | | SO ORDERED, re 11 STIPULATION TO EXTEND TIME for SonarSource SA to respond to Counterclaims (D.I.9) to through and including January 25, 2024 filed by SonarSource SA. Signed by Judge Gregory B. Williams on 12/14/23. (ntl) (Entered: 12/14/2023) |
| 12/13/2023 | 11 | STIPULATION TO EXTEND TIME for SonarSource SA to respond to Counterclaims (D.I.9) to through and including January 25, 2024 - filed by SonarSource SA. (Haynes, Christine) (Entered: 12/13/2023) |
| 12/08/2023 | | Pro Hac Vice Attorney Eric Ball, Esther D. Galan, and Yukiu M. Chan for Sonar Software, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 12/08/2023) |

| 12/05/2023 | 10 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Sonar Software, Inc.. (Flynn, Michael) (Entered: 12/05/2023) |
| 12/05/2023 | 9 | ANSWER to 1 Complaint with Jury Demand , COUNTERCLAIM against SonarSource SA by Sonar Software, Inc..(Flynn, Michael) (Entered: 12/05/2023) |
| 11/29/2023 | | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Eric Ball, Y. Monica Chan, and Esther D. Galan filed by Sonar Software, Inc. Signed by Judge Gregory B. Williams on 11/29/23. (ntl) (Entered: 11/29/2023) |
| 11/28/2023 | 8 | MOTION for Pro Hac Vice Appearance of Attorney Eric Ball, Y. Monica Chan, and Esther D. Galan - filed by Sonar Software, Inc.. (Flynn, Michael) (Entered: 11/28/2023) |
| 11/21/2023 | | Pro Hac Vice Attorneys John T. Gutkoski and Jacqueline S. Salwa for SonarSource SA added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (mpb) (Entered: 11/21/2023) |
| 11/21/2023 | 7 | WAIVER OF SERVICE returned executed by SonarSource SA: For Sonar Software, Inc. waiver sent on 10/6/2023, answer due 12/5/2023. (Haynes, Christine) (Entered: 11/21/2023) |
| 11/09/2023 | | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney John T. Gutkoski and Jacqueline S. Salwa filed by SonarSource SA. Signed by Judge Gregory B. Williams on 11/9/23. (ntl) (Entered: 11/09/2023) |
| 11/07/2023 | 6 | MOTION for Pro Hac Vice Appearance of Attorney John T. Gutkoski and Jacqueline S. Salwa - filed by SonarSource SA. (Haynes, Christine) (Entered: 11/07/2023) |
| 10/04/2023 | | Case Assigned to Judge Gregory B. Williams. Please include the initials of the Judge (GBW) after the case number on all documents filed. (rjb) (Entered: 10/04/2023) |
| 09/26/2023 | 5 | Summons Issued as to Sonar Software, Inc. on 9/26/2023. (apk) (Entered: 09/26/2023) |
| 09/26/2023 | 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Insight SonarSource SARL for SonarSource SA filed by SonarSource SA. (apk) (Entered: 09/26/2023) |
| 09/26/2023 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 6,132,431 ;5,883,273 ;4,177,620 ;6,197,489 ;4,966,998 ;4,680,353. (Attachments: # 1 Exhibit A)(apk) (Entered: 09/26/2023) |
| 09/26/2023 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (apk) (Entered: 09/26/2023) |
| 09/26/2023 | 1 | COMPLAINT filed with Jury Demand against Sonar Software, Inc. ( Filing fee $ 402, receipt number ADEDC-4232890.) - filed by SonarSource SA. (Attachments: # 1 Exhibit 1-6, # 2 Civil Cover Sheet)(apk) (Entered: 09/26/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/18/2025 17:56:58 | | | |
| **PACER Login:** | tlduston | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-01053-GBW Start date: 1/1/1975 End date: 8/18/2025 |

| Billable Pages: | 5 | Cost: | 0.50 |
|---|---|---|---|