IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>    Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

## D. DEL. L.R. 7.1.1 STATEMENT

Counsel for Plaintiff certifies that they met and conferred with counsel for Defendant concerning the foregoing motion. Defendant opposes the relief sought.

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 474-6300

*/s/ Christine D. Haynes*
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff
Seakeeper, Inc.*

Dated: August 19, 2025