IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>                  Plaintiff,<br><br>    v.<br><br>DOMETIC CORPORATION d/b/a<br>DOMETIC MARINE,<br><br>                  Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

## SEAKEEPER, INCORPORATED'S NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE that pursuant to JCB-CV-7.3(c), Plaintiff's Motion for Commencement of Discovery and to Compel a Rule 26(f) Conference has been fully briefed (D.I. 107, 108, and 109) and is now ready for resolution.

|  |  |
|---|---|
| | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025) |
| OF COUNSEL: | Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697) |
| MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 474-6300 | RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff*<br>*SEAKEEPER, INC.* |
| Dated: September 10, 2025 | |