IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>                Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION d/b/a<br>DOMETIC MARINE,<br><br>                Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF SEAKEEPER INCORPORATED'S NOTICE OF CONSENT TO PRE-TRIAL HEARINGS**

Pursuant to the Court's October 9, 2025 Oral Order (D.I. 111), Plaintiff Seakeeper, Inc. provides notice of its consent to holding pre-trial hearings in either Washington, D.C. or in the Dallas-Ft. Worth metroplex.

| | |
|---|---|
| | */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025) |
| OF COUNSEL: | Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697) |
| MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606<br>(312) 474-6300 | RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>fineman@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com |
| | *Attorneys for Plaintiff*<br>*SEAKEEPER, INC.* |
| Dated:  October 15, 2025 | |

- 1 -

RLF1 34028360v.1