# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>DOMETIC CORPORATION, )<br>)<br>  Defendant. ) | CA No. 1:25-cv-00484-JCB<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S NOTICE REGARDING LOCATION OF PRETRIAL HEARINGS**

In response to the Court's Order regarding the location of pretrial hearings (D.I. 111), Defendant Dometic Corporation hereby provides notice that it consents to pretrial hearings in this matter being held in Washington, D.C.

|  | ASHBY & GEDDES |
|---|---|
|  | */s/ Andrew C. Mayo* |
| OF COUNSEL: | Andrew C. Mayo (#5207)<br>Brian A. Biggs (#5591) |
| DINSMORE & SHOHL LLP | 500 Delaware Avenue, 8th Floor<br>PO Box 1150 |
| Oleg Khariton<br>255 East Fifth Street, Suite 1900,<br>Cincinnati, OH 45202<br>(513) 977-8200<br>oleg.khariton@dinsmore.com | Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com<br>bbiggs@ashbygeddes.com<br><br>*Attorneys for Defendant* |
| Michael A. Xavier<br>1775 Sherman Street, Suite 2600<br>Denver, CO 80203<br>(303) 831-6980<br>michael.xavier@dinsmore.com | |

Dated: October 16, 2025