

Steven J. Fineman
Director
302-651-7592
fineman@rlf.com

November 7, 2025

**BY CM/ECF FILING AND HAND DELIVERY**

The Honorable Judge J. Campbell Barker
William M Steger Federal Building and United States Courthouse
211 W. Ferguson
Tyler, TX 75702

      Re: *Seakeeper, Inc. v. Dometic Corp,* C.A. No. 25-484-JCB

Dear Judge Barker,

      We write concerning Seakeeper's pending motion to direct the parties to engage in a Rule 26(f) discovery conference and to permit discovery in this matter to commence. D.I. 107.

      By Oral Order dated October 9, 2025, the Court acknowledged that this motion and two others remained pending before this Court. D.I. 111. The Court sought consent from the parties for pre-trial hearings on these motions at an agreed upon location. More recently, however, the Court advised the parties it would not be scheduling a hearing in this action for November.

      Seakeeper appreciates that the current Federal budget impasse may be having an impact on Court operations, notwithstanding the announcement by the Federal District Court for the District of Delaware that the court intended to "continue judicial operations without interruption." *See https://www.ded.uscourts.gov/.*

      To ease the burden on the Court, Seakeeper would be amenable to a telephonic or video hearing on its motion to order a discovery planning conference and to permit commencement of discovery. D.I. 107. In the alternative, Seakeeper is willing to waive oral argument on that motion altogether.

      As Seakeeper pointed out in its motion, the Court properly may resolve that motion without awaiting resolution of either of the two remaining motions. D.I. 107 at 21 (citing *SonarSource SA v. Sonar Software, Inc.*, No. 1:23-CV-01053 (D. Del. April 19, 2024) (Williams, J.) (Oral Order) (Exh. G thereto) (noting "long-standing practice" of Delaware Courts not to delay Rule 26(f) conference until after motion to dismiss resolved)). Dometic's continued delay in engaging in a Rule 26(f) conference and commencing discovery impairs Seakeeper's substantive rights given the limited life remaining on Seakeeper's U.S. Patent.

      We appreciate the Court's consideration.

■ ■ ■

                                                Respectfully,

                                                */s/ Steven J. Fineman*

                                                Steven J. Fineman (#4025)

cc:      Counsel of Record (by CM/ECF and e-mail)