IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-484-JCB |
| | ) |
| DOMETIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of November 2025, **DEFENDANT DOMETIC CORP.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF SEAKEEPER, INC.** and **DEFENDANT DOMETIC CORP.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF SEAKEEPER, INC.** were served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Thomas L. Duston, Esquire<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606 | VIA ELECTRONIC MAIL |
| Eric H. Findlay, Esquire<br>Findlay Craft, P.C.<br>7270 Crosswater Avenue, Suite B<br>Tyler, TX 75703 | VIA ELECTRONIC MAIL |

{02119248;v1 }

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| *Of Counsel:* | _____ |
| | Andrew C. Mayo (#5207) |
| Oleg Khariton | Brian A. Biggs (#5591) |
| DINSMORE & SHOHL LLP | 500 Delaware Avenue, 8th Floor |
| 255 East Fifth Street, Suite 1900 | PO Box 1150 |
| Cincinnati, OH 45202 | Wilmington, DE 19899 |
| (513) 977-8200 | (302) 654-1888 |
| oleg.khariton@dinsmore.com | amayo@ashbygeddes.com |
| | bbiggs@ashbygeddes.com |
| Michael A. Xavier | |
| DINSMORE & SHOHL LLP | *Attorneys for Defendant* |
| 1775 Sherman Street, Suite 2600 | |
| Denver, CO 80203 | |
| (303) 296-3996 | |
| michael.xavier@dinsmore.com | |

Dated: November 21, 2025

{02119248;v1 }