IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 25-484-JCB ) |
| DOMETIC CORPORATION, | ) ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED by Plaintiff Seakeeper Inc. and Defendant Dometic Corporation, subject to the approval and Order of the Court, that the deadline for Defendant to respond to the Complaint shall be extended to December 22, 2025.

RICHARDS, LAYTON & FINGER, P.A.

/s/ Steven J. Fineman

Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorney for Plaintiff*

ASHBY & GEDDES

/s/ Brian A. Biggs

Andrew C. Mayo (#5207)
Brian A. Biggs (#5591)
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
bbiggs@ashbygeddes.com

*Attorney for Defendant*

{02187323;v1 }

**SO ORDERED** this _____ day of _____, 2025.

_____
United States District Judge

{02187323;v1 }