

Steven J. Fineman
Director
302-651-7592
fineman@rlf.com

December 12, 2025

**BY CM/ECF FILING**

The Honorable Judge J. Campbell Barker
William M Steger Federal Building and United States Courthouse
211 W. Ferguson
Tyler, TX 75702

    Re: *Seakeeper, Inc. v. Dometic Corp*, C.A. No. 25-484-JCB

Dear Judge Barker:

    Pursuant to the Court's November 12, 2025 Order (D.I. 116), the parties hereby submit a Proposed Scheduling Order. The parties were able to resolve some disputes regarding the schedule but a number of disputes remain. The parties' competing positions are set forth in the table of competing dates appended to the Proposed Scheduling Order. The parties will be prepared to address the disputes at the Rule 16 pretrial conference scheduled for December 19, 2025.

    If your Honor has any questions concerning the foregoing, counsel remain available at the Court's convenience.

    Respectfully,

    */s/ Steven J. Fineman*

    Steven J. Fineman (#4025)

cc:    Counsel of Record (by CM/ECF and e-mail)