# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

———

No. 1:25-cv-00484

———

**Seakeeper Inc.,**
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

———

## ORDER

Pursuant to the court's prior order, the parties were directed to "email a Word version of the proposed scheduling order to: Judge_Barker_ECFDocs@txed.uscourts.gov." Doc. 116 at 3. Further, the court directed that "[i]f the parties cannot agree on a proposal for a particular item" in the Federal Rule of Civil Procedure 26(f) joint report, that report "shall contain each party's suggestion and the reasons why the parties disagree." *Id.*

The parties filed their joint Rule 26(f) report (Doc. 130) and proposed scheduling order (Doc. 131). The parties listed competing dates but did not provide any reasoning for their competing positions beyond "[t]he parties will be prepared to address the disputes at the Rule 16 pretrial conference scheduled for December 19, 2025." Doc. 131-1. The parties also failed to email a Word version of the proposed scheduling order to the email address provided.

Accordingly, by December 19, 2025, each party shall file a letter to the court, not to exceed three pages, on the reasons the parties disagree on the proposed scheduling-order dates. Further, each party is directed to email its proposed scheduling order to Judge_Barker_ECFDocs@txed.uscourts.gov. The conference scheduled for December 19, 2025, is cancelled.

*So ordered by the court on December 16, 2025.*

J. CAMPBELL BARKER
United States District Judge