# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | C.A. No. 25-0484-JCB |

## PLAINTIFF'S ANSWER TO COUNTERCLAIMS

Plaintiff Seakeeper, Incorporated ("Seakeeper" or "Plaintiff"), by and through its undersigned counsel, provides the following Answer and Affirmative Defenses to the Counterclaims (D.I. 138) of Defendant Dometic Corporation ("Dometic"). Except as expressly admitted herein, Seakeeper denies the allegations in the Counterclaims.

## DOMETIC'S COUNTERCLAIMS

1. Seakeeper objects to Dometic's efforts to incorporate 106 paragraphs of its Answer and its ten Affirmative Defenses, without further specifics concerning the facts or allegations sought to be incorporated. Seakeeper denies each of Dometic's Affirmative Defenses. To the extent that Paragraphs 1-106 of Dometic's Answer has admitted the allegations of these paragraphs of Seakeeper's Complaint, Seakeeper acknowledges those admissions and the facts admitted. To the extent that Dometic has denied the allegations reflected in those Paragraphs, Seakeeper rejects and denies Dometic's denial of the facts alleged. To the extent that Dometic asserts in those 106 paragraphs that it lacks information sufficient to form a belief as to the truth of the allegations alleged in those paragraphs, Seakeeper denies Dometic's assertions.

## NATURE OF THE COUNTERCLAIMS

2. Seakeeper admits that Dometic purports to bring an action against Seakeeper under the Declaratory Judgement Act and the patent laws of the United States. Seakeeper denies that Dometic is entitled to the relief it seeks.

## PARTIES

3. Admitted.

4. Admitted.

## JURISDICTION AND VENUE

5. Counterclaim Paragraph 5 contains legal conclusions to which no response is required. To the extent a response is required, Seakeeper does not contest subject matter jurisdiction.

6. Counterclaim Paragraph 6 contains legal conclusions to which no response is required. To the extent a response is required, Seakeeper does not contest subject matter jurisdiction.

7. Counterclaim Paragraph 7 contains legal conclusions to which no response is required. To the extent a response is required, Seakeeper does not contest personal jurisdiction.

8. Counterclaim Paragraph 8 contains legal conclusions to which no response is required. To the extent a response is required, Seakeeper does not contest venue.

## FACTUAL BACKGROUND

9. Admitted.

10. Seakeeper admits there exists a substantial and actual controversy between it and Dometic regarding the infringement of the '782 and '930 Patent. Seakeeper denies that a declaratory judgment of non-infringement or invalidity is warranted and denies the remaining allegations of this paragraph.

**COUNTERCLAIM I – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,546,782**

11. Insofar as Dometic incorporates each of the preceding paragraphs of the Counterclaims, Seakeeper repeats and realleges its responses thereto, as if fully set forth herein.

12. Denied.

13. Seakeeper admits that there exists an actual, continuing, justiciable case or controversy between it and Dometic concerning Dometic's infringement of the '782 Patent. Seakeeper denies that this controversy is the result of Seakeeper's actions as alleged.

14. Denied.

**COUNTERCLAIM II – DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 7,546,782**

15. Insofar as Dometic incorporates each of the preceding paragraphs of the Counterclaims, Seakeeper repeats and realleges its responses thereto, as if fully set forth herein.

16. Denied.

17. Seakeeper admits that there exists an actual, continuing, justiciable case or controversy between it and Dometic concerning Dometic's infringement of valid claims of the '782 Patent. Seakeeper denies that this controversy is the result of Seakeeper's actions as alleged.

18. Denied.

**COUNTERCLAIM III – DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 8,117,930**

19. Insofar as Dometic incorporates each of the preceding paragraphs of the Counterclaims, Seakeeper repeats and realleges its responses thereto, as if fully set forth herein.

20. Seakeeper admits that claims 1 and 14 of the '930 Patent each recite an enclosure containing "a below-ambient density gas[,] … wherein the below ambient density gas has a thermal conductivity at least 5 times greater than air[.]" Seakeeper presently denies the remaining allegations of this Paragraph, consistent with the allegations made in Paragraph 93 of its Complaint

3

and its identification of Accused Products in its Initial Disclosures pursuant to Para. 4(a) of the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), served December 5, 2025.

21. Seakeeper admits that there currently exists an actual, continuing, justiciable case or controversy between it and Dometic concerning Dometic's infringement of the '930 Patent. Seakeeper denies that this controversy is the result of Seakeeper's actions as alleged.

22. Denied.

### COUNTERCLAIM IV – DECLARATORY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 8,117,930

23. Insofar as Dometic incorporates each of the preceding paragraphs of the Counterclaims, Seakeeper repeats and realleges its responses thereto, as if fully set forth herein.

24. Denied.

25. Seakeeper admits that there currently exists an actual, continuing, justiciable case or controversy between it and Dometic concerning Dometic's infringement of valid claims of the '930 Patent. Seakeeper denies that this controversy is the result of Seakeeper's actions as alleged.

26. Denied.

|  |  |
|---|---|
| OF COUNSEL:<br><br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 474-6300 | /s/ Steven J. Fineman<br>Steven J. Fineman (#4025)<br>Kelly E. Farnan (#4395)<br>Christine D. Haynes (#4697)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>fineman@rlf.com<br>farnan@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Plaintiff Seakeeper, Inc.* |

Dated: January 12, 2026