IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOMETIC CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

### **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, as follows:

1.　The deadline for Plaintiff Seakeeper, Incorporated to serve its Paragraph 4(c) disclosures under the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") ("Default Standard") is extended through and including February 6, 2026.

2.　The deadline for Defendant Dometic Corporation to serve its Paragraph 4(d) disclosures under the Default Standard is extended through and including March 9, 2026.

RLF1 34938631v.1

| | |
|---|---|
| /s/ Christine D. Haynes | /s/ Andrew C. Mayo |
| Steven J. Fineman (#4025) | Andrew C. Mayo (#5207) |
| Kelly E. Farnan (#4395) | John G. Day (#2403) |
| Christine D. Haynes (#4697) | Ashby & Geddes |
| Richards, Layton & Finger, P.A. | 500 Delaware Avenue, 8th Floor |
| One Rodney Square | PO BOX 1150 |
| 920 North King Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 654-1888 |
| 302-651-7700 | amayo@ashbygeddes.com |
| fineman@rlf.com | jday@ashbygeddes.com |
| farnan@rlf.com | |
| haynes@rlf.com | |
| | *Attorneys for Defendant Dometic Corporation* |
| *Attorneys for Plaintiff Seakeeper, Inc.* | |

SO ORDERED this ___ day of _____, 2026

_____

The Honorable J. Campbell Barker

2