# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED, | |
| Plaintiff, | |
| v. | C.A. No. 25-0484-JCB |
| DOMETIC CORPORATION, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## JOINT SUBMISSION REGARDING IN-PERSON HEARINGS

Pursuant to the Scheduling Order (D.I. 141), the parties submit this joint statement. The parties consent to in-person *Markman* and other pretrial hearings in Washington, D.C. The parties do not consent to in-person *Markman* and other pretrial hearings in Plano, Texas.

| | |
|---|---|
| /s/ Christine D. Haynes | /s/ Andrew C. Mayo |
| Steven J. Fineman (#4025) | Andrew C. Mayo (#5207) |
| Kelly E. Farnan (#4395) | John G. Day (#2403) |
| Christine D. Haynes (#4697) | Ashby & Geddes |
| Richards, Layton & Finger, P.A. | 500 Delaware Avenue, 8th Floor |
| One Rodney Square | PO BOX 1150 |
| 920 North King Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 654-1888 |
| 302-651-7700 | amayo@ashbygeddes.com |
| fineman@rlf.com | jday@ashbygeddes.com |
| farnan@rlf.com | |
| haynes@rlf.com | |
| | *Attorneys for Defendant Dometic Corporation* |
| *Attorneys for Plaintiff Seakeeper, Inc.* | |

Dated: January 30, 2026

RLF1 34936644v.1