UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:25-cv-00484

**Seakeeper Inc.,**
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

### ORDER

The parties' joint stipulation to extend case deadlines (Doc. 152) is granted. Plaintiff shall serve its disclosures under paragraph 4(c) of the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information, by February 6, 2026. Defendant shall serve its disclosures under paragraph 4(d) of the Delaware Default Standard by March 9, 2026. All other deadlines in the case remain unchanged.

*So ordered by the court on February 3, 2026.*

J. Campbell Barker
United States District Judge