# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | C.A. No. 25-0484-JCB |

**SEAKEEPER, INCORPORATED'S INITIAL DISCLOSURE OF
ACCUSED PRODUCTS, ASSERTED PATENTS, AND DAMAGES MODEL**

Pursuant to Paragraph 7(a) of Judge Noreika's form scheduling order and Paragraph 4(a) of the Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), Plaintiff Seakeeper, Incorporated ("Plaintiff" or "Seakeeper"), through its attorneys hereby serves the following disclosure of accused products, asserted patents, and damages model. Seakeeper's investigation is ongoing, and it reserves the right to supplement and amend these disclosures based on further discovery (including discovery from Dometic Corporation), as well as expert discovery.

**I.    IDENTIFICATION OF ASSERTED PATENT AND ACCUSED PRODUCTS**

Seakeeper alleges that U.S. Patent No. 7,546,782 was and is infringed by Dometic's past and, on information and belief, its current DG3 product, and any other similarly configured gyroscopic stabilization products (collectively, the "Accused Products"). In addition, on information and belief, Seakeeper also conditionally asserts that U.S. Patent No. 8,117,930 was and currently is infringed by the Accused Products pending the outcome of discovery about certain technical features of the Accused Products. Copies of the asserted patents and related file histories are being produced concurrently herewith.

## II.     DAMAGES MODEL

Seakeeper seeks compensatory damages under 35 U.S.C. § 284 in the form of profits lost on lost sales of its patented products and those products and services whose sale is related to those products and/or a reasonable royalty for Defendant's infringement of the Asserted Patents. A specific computation of these damages is not possible at this time in part because Seakeeper has not yet received any discovery from Defendant including Defendant's sales information for the Accused Products. Seakeeper reserves the right to supplement this response following the production of such information by Defendant. Seakeeper further seeks enhanced damages of three times the amount of compensatory damages for Defendant's willful infringement.

Under 35 U.S.C. § 285, Seakeeper further seeks an award of attorney fees and costs because this is an exceptional case.

Further, to the extent discovery reveals that Defendant and its agents have made false and misleading claims with respect to the Accused Products, Plaintiff reserves the right to seek compensatory and punitive damages related thereto.

| | |
|---|---|
| OF COUNSEL: | */s/ Steven J. Fineman* |
| | Steven J. Fineman (#4025) |
| | Kelly E. Farnan (#4395) |
| MARSHALL, GERSTEIN & BORUN LLP | Christine D. Haynes (#4697) |
| 6300 Willis Tower | Richards, Layton & Finger, P.A. |
| 233 S. Wacker Drive | One Rodney Square |
| Chicago, IL 60606 | 920 North King Street |
| (312) 474-6300 | Wilmington, DE 19801 |
| | 302-651-7700 |
| | fineman@rlf.com |
| | farnan@rlf.com |
| | haynes@rlf.com |
| | |
| | *Attorneys for Plaintiff* |
| | *Seakeeper, Inc.* |

Dated: December 5, 2025

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a true and correct copy of the foregoing document was caused to be served by e-mail on the following counsel:

**BY E-MAIL**

Andrew C. Mayo
Brian A. Biggs
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Oleg Khariton
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

**BY E-MAIL**

Michael. A. Xavier
Dinsmore & Shohl LLP
1775 Sherman Street
Suite 2600
Denver, CO 80203

*/s/ Christine D. Haynes*
Christine D. Haynes (#4697)
haynes@rlf.com