# EXHIBIT G

| | |
|---|---|
| **From:** | Khariton, Oleg |
| **To:** | Mayo, Andrew C.; Ray Ricordati |
| **Cc:** | VanDeusen, Christopher; Kipp, Michele L.; Xavier, Michael; Myers, Nikki; efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz; Thomas L. Duston |
| **Subject:** | Re: Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB |
| **Date:** | Tuesday, December 23, 2025 3:32:40 PM |
| **Attachments:** | image001.png |
| | image001.png |

**External - This email is from an external email address outside the firm.**

Ray,

I am on vacation and not available for a meet and confer this week. In any event, there is no emergency here. As I have stated on a number of occasions, we do intend to produce technical documents sufficient to show the redesign. We plan on producing those documents along with the core technical documents relating to the accused version of the DG3 on January 16. And, if Seakeeper's first set of requests for production had included a request narrowly tailored to documents sufficient to show the redesign, we wouldn't have objected to it. However, Seakeeper's first set of RFPs included no such reasonably tailored request. Instead, by including the redesigned version of the DG3 within the definition of "Accused Products," Seakeeper's first set of RFPs purported to require Dometic to produce all documents relating in any way to the design, development, manufacture, sale, marketing, testing, etc. of the redesigned version. As our objections made clear (and as I have stated to Tom in a number of our calls), we strongly disagree that Seakeeper is entitled to such broad discovery into this non-accused version of the product. The fact that Seakeeper purported to include it in its identification of accused products does not change that. We do not believe that a plaintiff can obtain unfettered discovery into products not accused of infringement in the complaint by simply referencing those products in its Section 4(a) disclosures.

Have a good holiday.

Oleg

---
Sent from Workspace ONE Boxer
On December 23, 2025 at 2:55:16 PM EST, Mayo, Andrew C. <AMayo@ashbygeddes.com> wrote:

> Hi Ray,
>
> I don't know if Oleg or another member of his team can do a call today, but I cannot. After we connect on our end, we'll follow-up with some options for a call. In the meantime, I hope everyone has a great holiday,
>
> -Andrew
>
> **Andrew C. Mayo**
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150

Wilmington, Delaware 19801

(302) 504-3735 (Office)

(302) 898-1405 (Cell)

amayo@ashbygeddes.com

---

**From:** Ray Ricordati <rricordati@marshallip.com>
**Sent:** Tuesday, December 23, 2025 2:42 PM
**To:** Oleg Khariton <Oleg.Khariton@dinsmore.com>
**Cc:** Christopher VanDeusen <Christopher.VanDeusen@dinsmore.com>; Kipp, Michele L. <MKipp@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Michael Xavier <Michael.Xavier@dinsmore.com>; Myers, Nikki <NMyers@ashbygeddes.com>; efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Thomas L. Duston <tduston@marshallip.com>
**Subject:** Re: Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB

Christopher,

I received an out of office notice from Oleg. Please let me know your availability for a meet and confer today to discuss the issues raised below.

Ray



Ray Ricordati
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.6617
T: +1.312.474.6300
F: +1.312.474.0448
rricordati@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

> On Dec 23, 2025, at 1:31 PM, Ray Ricordati <rricordati@marshallip.com> wrote:

Oleg,

Our letter requested your availability for a meet and confer yesterday to discuss, inter alia, your improper objection to requests seeking information about the purported redesigned version of Dometic's DG3 gyrostabilizer. This version is alleged to infringe the asserted patents in Seakeeper's Paragraph 4(a) statement. Information on this design is critical. Dometic's core document production is due January 16, 2026 and, if Dometic intends not to provide technical documents concerning this design, this issue needs to be raised with the Court immediately.

Let me know your availability for a meet and confer today to discuss the issues raised in my letter and confirm in your response if Dometic will similarly object and refuse to produce core technical documents relating to the purported redesign in its Paragraph 4(b) production.

Ray

---

**From:** Khariton, Oleg <Oleg.Khariton@DINSMORE.COM>
**Sent:** Monday, December 22, 2025 4:51 PM
**To:** Ray Ricordati <rricordati@marshallip.com>
**Cc:** VanDeusen, Christopher <Christopher.VanDeusen@Dinsmore.com>; Kipp, Michele L. <MKipp@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>; Myers, Nikki <NMyers@ashbygeddes.com>; efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Thomas L. Duston <tduston@marshallip.com>
**Subject:** Re: Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB

**External - This email is from an external email address outside the firm.**

Ray,

We are in receipt of your letter. We will review it and provide a response in due course.

Oleg

---
Sent from Workspace ONE Boxer
On December 19, 2025 at 8:07:59 PM EST, Ray Ricordati <rricordati@marshallip.com> wrote:

> Counsel,
>
> Please see the attached letter.
>
> Regards,

Ray

—

Ray Ricordati
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.474.6617
T: +1.312.474.6300
F: +1.312.474.0448
rricordati@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Myers, Nikki <NMyers@ashbygeddes.com>
**Sent:** Monday, December 15, 2025 3:56 PM
**To:** efindlay@findlaycraft.com; farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; Mark Izraelewicz <Mizraelewicz@marshallip.com>; Ray Ricordati <rricordati@marshallip.com>; Thomas L. Duston <tduston@marshallip.com>
**Cc:** Biggs, Brian <BBiggs@ashbygeddes.com>; christopher.vandeusen@dinsmore.com; Kipp, Michele L. <MKipp@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>; michael.xavier@dinsmore.com; oleg.khariton@dinsmore.com
**Subject:** Seakeeper Inc. v. Dometic Corporation, C.A. No. 25-484-JCB

**External - This email is from an external email address outside the firm.**

Attached is your service copy of the below-referenced Notice of Service, which was filed today in this matter, as well as the referenced discovery:

**D.I. 132 Docket Text:**
**NOTICE OF SERVICE of Defendant Dometic Corp.'s Responses to Plaintiff Seakeeper, Inc.'s First Set of Requests for Production filed by Dometic Corporation.(Mayo, Andrew)**


**Nikki L. Myers** | Legal Assistant | ASHBY & GEDDES

500 Delaware Avenue | P.O. Box 1150 | Wilmington, Delaware 19899
(t) 302.654.1888 | (f) 302.654.2067 | ashbygeddes.com

*Assistant to IP Litigation Group*