# EXHIBIT K

| | |
|---|---|
| **From:** | Khariton, Oleg |
| **To:** | Thomas L. Duston |
| **Cc:** | Ray Ricordati; Isaku Begert; Gwen Collins; Sandy Hart; Xavier, Michael; VanDeusen, Christopher |
| **Subject:** | RE: SK/DOMETIC Inspection |
| **Date:** | Thursday, February 19, 2026 4:32:41 PM |
| **Attachments:** | image001.png |

**External - This email is from an external email address outside the firm.**

Tom,

This follows up on your request to inspect or purchase a physical specimen of the current DG3 product.

As an initial matter, I want to reiterate that we have already provided extensive technical documentation (including detailed production drawings and CAD files) that, collectively, is more than sufficient to show the design of the current DG3 product. This documentation clearly shows that the product lacks any components that could reasonably be described as the claimed "interleaved" "vanes," and it is fully consistent with every prior representation that we have made to you and the Court about this product.

When I asked you in our call on Friday why your client still insisted on inspecting a specimen of this clearly non-infringing product (in spite of all of the detailed documentation that we have provided), you stated that Seakeeper "doesn't believe" that Dometic Marine Canada has in fact implemented the design change that we informed you and the Court of last May. Frankly, this justification strikes us as quite bizarre. We are surprised that your client actually believes that all of the technical documents that we have provided to you somehow aren't genuine.

Nevertheless, in the interests of compromise, we are open to permitting an inspection of a specimen of the current DG3 product. The inspection would have to take place at Dometic Marine Canada's Vancouver facilities and would need to proceed on an "Attorneys' Eyes Only" basis, as I've explained before. Furthermore, we would need you to agree that Seakeeper would forgo seeking any other discovery-related relief (including an early Rule 30(b)(6) deposition of Dometic) at least until the completion of the inspection, as the inspection alone should be more than enough to address Seakeeper's purported concerns as you have explained them to us.

Please let me you thoughts.

Oleg

**From:** Khariton, Oleg
**Sent:** Tuesday, February 17, 2026 1:30 PM
**To:** Thomas L. Duston <tduston@marshallip.com>
**Cc:** Ray Ricordati <rricordati@marshallip.com>; Isaku Begert <IBegert@marshallip.com>; Gwen Collins <Gcollins@marshallip.com>; Sandy Hart <SHart@marshallip.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>; VanDeusen, Christopher

&lt;Christopher.VanDeusen@Dinsmore.com&gt;
**Subject:** RE: SK/DOMETIC Inspection

Tom,

Not yet.  The GC has been out of the office since last week.  We will get you a response as soon as we're able.

Oleg

---

**From:** Thomas L. Duston &lt;tduston@marshallip.com&gt;
**Sent:** Monday, February 16, 2026 7:28 PM
**To:** Khariton, Oleg &lt;Oleg.Khariton@DINSMORE.COM&gt;
**Cc:** Ray Ricordati &lt;rricordati@marshallip.com&gt;; Isaku Begert &lt;IBegert@marshallip.com&gt;; Gwen Collins &lt;Gcollins@marshallip.com&gt;; Sandy Hart &lt;SHart@marshallip.com&gt;
**Subject:** RE: SK/DOMETIC Inspection

Oleg—

Do you have a response to our request?

Thanks, Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.

**From:** Thomas L. Duston
**Sent:** Wednesday, February 11, 2026 4:49 PM

**To:** Khariton, Oleg <oleg.khariton@dinsmore.com>
**Cc:** Ray Ricordati <rricordati@marshallip.com>; Isaku Begert <IBegert@marshallip.com>; Gwen Collins <Gcollins@marshallip.com>; Sandy Hart <SHart@marshallip.com>
**Subject:** SK/DOMETIC Inspection

Oleg—

As you know, Seakeeper has made repeated requests to inspect a specimen of the most recent design of Dometic's DG3, including its component parts. To date, Dometic has refused to requested inspection. Without prejudice to our inspection request, Seakeeper wishes to purchase a DG3. Could you advise of the cost and the earliest date such a shipment could be made. Seakeeper reserves the right to recovery the purchase price of the unit.

Thank you, Tom.



Thomas L. Duston
Partner
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA
D: +1.312.423.3446
T: +1.312.474.6300
F: +1.312.474.0448
tduston@marshallip.com
marshallip.com

The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at +1.312.474.6300. Thank you.