# EXHIBIT O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MEZZALINGUA ASSOCIATES, LLC d/b/a JMA WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>AMPHENOL CORPORATION and CHANGZHOU AMPHENOL FUYANG COMMUNICATION EQUIPMENT CO., LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-576-JFM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL
DEFENDANTS TO PROVIDE DISCOVERY ON ACCUSED PRODUCTS**

WHEREAS, the Court having considered the parties' submissions and arguments regarding Plaintiff John Mezzalingua Associates, LLC d/b/a JMA Wireless's ("JMA") motion to compel defendants to provide discovery on Accused Products and the papers submitted in connection therewith ("Motion");

**IT IS HEREBY ORDERED** this 13th day of February, 2026, that:

1. JMA's Motion (DI 84) is **GRANTED**;[1]

2. Defendants Amphenol Corporation and Changzhou Amphenol Fuyang Communication Equipment Co., Ltd. (collectively, "Defendants") shall produce core technical documents for all 55 products listed by specific product number in JMA's Disclosure of Accused Products (Motion, Ex. A at 2-3) and JMA's Initial Infringement Contentions (Motion, Ex. G at 3-4) within seven (7) days of entry of this Order;

---

[1] The issues presented should have been joined and presented for resolution sooner, but on the merits, this is not a close call. We adopt JMA's arguments as the reasons for granting.

3. Defendants shall supplement their responses to the following of JMA's discovery requests within fourteen (14) days of entry of this Order to address all 55 products listed by specific product number in JMA's Disclosure of Accused Products and Initial Infringement Contentions:

   a. JMA's Requests for Production Nos. 1, 2, 8, 11-19, 22-34, 36-50, 54-59, 72, 75-78, 80, 84-88, 90-101, and 103-119 (Motion, Exs. B, D); and

   b. JMA's Interrogatory Nos. 1, 2, 3, 4, 5, 7, and 12 (Motion, Ex. C); and

4. JMA shall supplement its Final Infringement Contentions within thirty (30) days of receiving Defendants' core technical documents pursuant to this Order.

5. The parties certainly may reach agreement on variations of the requirements and dates of this order and proceed accordingly.

_____
The Honorable John F. Murphy
United States District Judge