# EXHIBIT P

ORAL ORDER by Judge Leonard P. Stark: Having reviewed the parties letters and associated materials relating to protective order and discovery disputes (D.I. 61 - 64 ), IT IS HEREBY ORDERED that: (1) Defendants proposal with respect to experts copying portions of source code into their notes (see D.I. 62 Ex. A at 6.4(d)) is ADOPTED, as this provision will adequately protect Defendants highly valuable source code while still permitting Plaintiffs experts to adequately advise and assist their client (see generally D.I. 62 at 1) (GoPro is willing to allow CIPHs expert to review and take notes to summarize the functionalities implemented by the source code files based on the names of functions and comments embedded in the functions without copying the source code from the source code files.); and (2) Plaintiffs request to compel production of core technical documents sufficient to show how the accused products work is GRANTED, as such information must be produced pursuant to the scheduling order (D.I. 37 at 3), is required by Plaintiff in order for this case to proceed efficiently, and because Defendants decision not to produce any non-publicly available documentation and to limit its production only to documents directed to users is more unreasonable than Plaintiffs refusal to identify accused functionalities. IT IS FURTHER ORDERED that the parties shall submit a proposed protective order, consistent with todays Order, no later than July 8 and that Defendant shall produce the documentation ordered here no later than July 18. The teleconference scheduled for July 8 is CANCELLED. (rpg) (Entered: 07/06/2016)

As of July 7, 2016, PACER did not contain a publicly available document associated with this docket entry. The text of the docket entry is shown above.

*Contour IP Holding, LLC et al v. GoPro, Inc.*
1-15-cv-01108 (DED), 7/6/2016, docket entry 65