# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　-v-<br><br>DOMETIC CORPORATION<br><br>　　　　　　　Defendant. | C.A. No. 25-0484-JCB |

### PLAINTIFF SEAKEEPER, INC.'S NOTICE
### OF DEPOSITION FOR NOAM DAVIDSON

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff Seakeeper, Inc. shall take the deposition upon oral examination of Noam Davidson on March 23, 2026, beginning at 9:00 a.m. Pacific time, via videoconference before an officer duly authorized to administer oaths, and shall continue until completed. The deposition will be recorded by stenographic means. You are invited to attend the deposition and cross-examine the witness.

|  |  |
|---|---|
| OF COUNSEL: | */s/ Christine D. Haynes* |
|  | Steven J. Fineman (#4025) |
| MARSHALL, GERSTEIN & BORUN LLP | Kelly E. Farnan (#4395) |
| 6300 Willis Tower | Christine D. Haynes (#4697) |
| 233 S. Wacker Drive | Richards, Layton & Finger, P.A. |
| Chicago, IL 60606 | One Rodney Square |
| (312) 474-6300 | 920 North King Street |
|  | Wilmington, DE 19801 |
|  | 302-651-7700 |
|  | fineman@rlf.com |
|  | farnan@rlf.com |
|  | haynes@rlf.com |
|  |  |
|  | *Attorneys for Plaintiff* |
|  | *Seakeeper, Inc.* |

Dated: March 12, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I caused a true and correct copy of the foregoing document, PLAINTIFF SEAKEEPER, INC.'S NOTICE OF DEPOSITION FOR NOAM DAVIDSON, to be served by email on counsel of record for Defendant Dometic Corporation.

_/s/_