## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

    Plaintiff,

    v.

DOMETIC CORPORATION,

    Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

## JOINT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES

Plaintiff Seakeeper, Inc. ("Seakeeper") and Defendant Dometic Corp. ("Dometic") (collectively the "Parties") hereby jointly move to extend the deadlines for substantial document production, pleading amendments/joinder of parties and fact discovery as follows:

1.  Pursuant to the terms of the Scheduling Order, "The parties may agree to extend this [completion of fact] discovery deadline, provided that (1) the extension does not affect the trial setting, dispositive-motions deadline, challenges to experts deadline, or pretrial submission dates; and (2) the parties jointly file with the court written notice of the extension." D.I. 141 at 4.

2.  The requested extension to the fact discovery, pleading amendments/joinder of parties and substantial document production deadlines will not affect any other deadlines, including the trial setting, dispositive-motions deadline, or deadlines for challenges to experts and/or pretrial submission. Nor will these extensions result in any other delays.

3.  In addition, good cause also exists to modify the Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4). The Parties' current deadline for the substantial completion of document production is April 2, 2026. On March 25, 2026, the Court granted Plaintiff's motion to compel

the production of documents and testimony relating to Dometic's updated DG3 design. As a result, the scope of Dometic's document production was expanded. At the same time, Dometic was additionally ordered to prioritize production of documents describing the configuration and operation of the current design, testing data relating to heat transfer, and sales documents relating to the current DG3 design.  Dometic also was ordered to present a corporate representative for deposition. D.I. 165 at 3.  The requested additional time to otherwise complete document production, amend the pleadings, join additional parties, and complete fact discovery  is warranted to meet these expanded obligations on the timeframe ordered by the Court and to streamline subsequent discovery.

4.      The deadline for amending the pleadings and/or joining parties was selected to permit consideration of discovery. In view of the extension to the deadline for substantial completion, good cause exists to reset that deadline.

5.      Accordingly, the Parties request that the deadlines to substantially complete document production, amend the pleadings and join additional parties be extended through and including April 27, 2026 and the deadline to complete fact discovery be extended by an equal amount through and including June 26, 2026.

6.      Attached as Exhibits A and B are charts showing a comparison of the current and modified deadlines and a clean listing of the modified deadlines, respectively.

7.      Pursuant to D. Del. L.R. 16.4, counsel certify that a copy of this request to extend the fact discovery deadline has been provided to their respective clients.

/s/ Christine D. Haynes
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff
Seakeeper, Inc.*

/s/ John G. Day
Andrew C. Mayo (#5207)
John G. Day (#2403)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO BOX 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jday@ashbygeddes.com

*Attorneys for Defendant Dometic Corporation*

3