# Exhibit A – Deadline Comparison Chart

| Scheduling Item | Current Deadline | Modified Deadline |
|---|---|---|
| JURY SELECTION AND TRIAL at 9:30 a.m. EST, at 844 N. King Street, Wilmington, Delaware. | May 25, 2027 | N/A |
| A pretrial conference will be conducted, in person, at 844 N. King Street, Wilmington, Delaware. | May 18, 2027 | N/A |
| Parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c). Deadline for parties to file proposed voir dire, preliminary jury instructions, final jury instructions, and special verdict forms. Areas of dispute shall be identified as narrowly as possible and in a manner that makes it readily apparent what the dispute is. | May 11, 2027 | N/A |
| Deadline for all other parties to provide the plaintiff with their responses to the plaintiffs' draft order. Such responses shall include the party's response to plaintiffs' proposed language for the sections of the pretrial order to be jointly submitted by all parties, as well as the sections relating to the party's case. If the parties have not yet exchanged trial exhibits, the party shall provide plaintiff and each other party with a copy of, or reasonable access to, the party's proposed trial exhibits. Local Rule 16.3(d)(2). | April 27, 2027 | N/A |
| Deadline for plaintiff to provide a draft pretrial order to all other parties. The draft shall include proposed language for the sections of the pretrial order jointly submitted by all parties, as well as the sections relating to plaintiffs' case. If the parties have not yet exchanged trial exhibits, plaintiffs shall provide all other parties with a copy of, or reasonable access to, the plaintiffs' proposed trial exhibits. Local Rule 16.3(d)(1). | April 13, 2027 | N/A |
| Deadline by which all reply briefs shall be served and filed. Reply briefs shall be limited to 20 pages absent an order of the court upon a showing of good cause. | March 17, 2027 | N/A |
| Deadline by which all responsive briefs shall be served and filed. Responsive briefs shall be limited to 40 pages absent an order of the court upon a showing of good cause. | March 10, 2027 | N/A |

1

| | | |
|---|---|---|
| Deadline by which all case dispositive motions shall be served and filed. Dispositive motions shall be limited to 40 pages absent an order of the court upon a showing of good cause. Deadline for any objection to expert testimony under Federal Rule of Evidence 702, unless otherwise ordered by the court. | February 24, 2027 | N/A |
| All expert discovery shall be completed by this date. The parties may agree to extend this discovery deadline, provided that (1) the extension does not affect the trial setting, dispositive-motions deadline, challenges to experts deadline, or pretrial submission dates; and (2) the parties jointly file with the court written notice of the extension. | February 10, 2027 | N/A |
| Parties may provide further expert disclosure of expert testimony or evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party. | January 11, 2027 | N/A |
| Party without the burden of proof on an issue shall serve a written designation of the name and address of each expert witness, if any, who will testify at trial for that party and shall otherwise comply with Federal Rule of Civil Procedure 26(a)(2). | December 28, 2026 | N/A |
| Party with the burden of proof on an issue shall serve a written designation of the name and address of each expert witness, if any, who will testify at trial for that party and shall otherwise comply with Federal Rule of Civil Procedure 26(a)(2). | November 27, 2026 | N/A |
| *Markman* hearing and hearing on any motion for summary judgment of indefiniteness at 10 a.m. EST. As the date of the *Markman* approaches, the court will decide whether the *Markman* will be in-person or remote. | October 26, 2026 | N/A |
| Parties shall file a Joint Claim Construction Brief. The parties shall copy and paste their unfiled briefs into one brief, with their positions on each claim term in sequential order, in substantially the form below. If the joint brief as submitted is more than 80 pages, the parties must certify that the page limits (or equivalent word counts) in the Scheduling Order have been complied with and provide a brief explanation (e.g., formatting issues, listing of agreed-upon terms) as to why the brief is longer than 80 pages. | October 12, 2026 | N/A |
| Defendant shall serve, but not file, its sur-reply brief, not to exceed 10 pages | October 5, 2026 | N/A |

| | | |
|---|---|---|
| Plaintiff shall serve, but not file, its reply brief, not to exceed 20 pages | September 28, 2026 | N/A |
| Defendant shall serve, but not file, its answering brief, not to exceed 30 pages | September 21, 2026 | N/A |
| Plaintiff shall serve, but not file, its opening brief, not to exceed 20 pages | September 7, 2026 | N/A |
| Parties to file Joint Claim Construction Chart identifying for the Court the term(s)/phrase(s) of the claim(s) in issue, each party's proposed construction of the disputed claim language with citation(s) only to the intrinsic evidence in support of their respective proposed constructions. Parties shall include a joint appendix with the joint claim construction brief, and the joint appendix shall include a copy of the patent(s) at issue and portions of all relevant intrinsic evidence that would have otherwise been included with the joint claim construction chart, as well as any additional evidence cited in the parties' briefing. | July 20, 2026 | N/A |
| Parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s). | May 6, 2026 | N/A |
| Plaintiff shall provide final validity contentions. | June 29, 2026 | N/A |
| Defendant shall provide final non-infringement contentions. | June 29, 2026 | N/A |
| Defendant shall provide final invalidity contentions. | June 15, 2026 | N/A |
| Plaintiff shall provide final infringement contentions. | June 15, 2026 | N/A |
| All non-expert fact discovery shall be initiated so that it will be completed on or before this date. The parties may agree to extend this discovery deadline, provided that (1) the extension does not affect the trial setting, dispositive-motions deadline, challenges to experts deadline, or pretrial submission dates; and (2) the parties jointly file with the court written notice of the extension. | June 1, 2026 | **June 26, 2026** |
| Deadline for (1) motions for leave to join parties and (2) motions for leave to amend pleadings. This deadline does not modify the requirements of the Federal Rules of Civil Procedure regarding leave of court to amend pleadings and court action to join parties. See, e.g., Fed. R. Civ. P. 15(a), 21. Parties may petition the court to modify this deadline for good cause. | April 2, 2026 | **April 27, 2026** |

| | | |
|---|---|---|
| Deadline by which document production shall be substantially complete. Parties to exchange privilege logs. | April 2, 2026 | **April 27, 2026** |