UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

———

No. 1:25-cv-00484

———

**Seakeeper Inc.,**
*Plaintiff,*

v.

**Dometic Corporation,**
*Defendant.*

———

## ORDER

The parties filed a joint motion to extend certain discovery deadlines. Doc. 167. That motion is granted. The following deadlines are amended:

| Event | Amended deadline |
|---|---|
| All non-expert fact discovery shall be initiated so that it will be completed on or before this date. The parties may agree to extend this discovery deadline, provided that (1) the extension does not affect the trial setting, dispositive motions deadline, challenges to experts deadline, or pretrial submission dates; and (2) the parties jointly file with the court written notice of the extension. | June 26, 2026 |

- 1 -

| | |
|---|---|
| Deadline for (1) motions for leave to join parties and (2) motions for leave to amend pleadings. This deadline does not modify the requirements of the Federal Rules of Civil Procedure regarding leave of court to amend pleadings and court action to join parties. *See*, *e.g.*, Fed. R. Civ. P. 15(a), 21. Parties may petition the court to modify this deadline for good cause. | April 27, 2026 |
| Deadline by which document production shall be substantially complete. Parties to exchange privilege logs. | April 27, 2026 |

All deadlines not amended remain as ordered in the court's scheduling order (Doc. 141).

*So ordered by the court on April 6, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 2 -