# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER, INCORPORATED, | |
| Plaintiff, | |
| v. | C.A. No. 25-0484-JCB |
| DOMETIC CORPORATION, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO FURTHER EXTEND CERTAIN DISCOVERY DEADLINES

Plaintiff Seakeeper, Inc. ("Seakeeper") and Defendant Dometic Corp. ("Dometic") (collectively the "Parties") hereby jointly move to further extend the deadlines for substantial document production, pleading amendments/joinder of parties and fact discovery by two additional weeks as follows:

1.      Pursuant to the terms of the Scheduling Order, "The parties may agree to extend this [completion of fact] discovery deadline, provided that (1) the extension does not affect the trial setting, dispositive-motions deadline, challenges to experts deadline, or pretrial submission dates; and (2) the parties jointly file with the court written notice of the extension." D.I. 141 at 4.

2.      The requested extension to the fact discovery, pleading amendments/joinder of parties and substantial document production deadlines will not affect any other deadlines, including the trial setting, dispositive-motions deadline, or deadlines for challenges to experts and/or pretrial submission. Nor will these extensions result in any other delays.

3.      In addition, good cause also exists to modify the Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4). The Parties' current deadline for the substantial completion of document

production, amendment of pleadings and joinder of parties were originally set for April 2, 2026, and the parties' fact discovery deadline was originally June 1, 2026. D.I 141. These deadlines were extended by the Court to April 27, 2026, and June 26, 2026, respectively. D.I. 168. The original extension was granted to allow Dometic time to produce certain documents relating to Dometic's updated DG3 design and testimony from a corporate representative pursuant to the Court's March 25, 2026, Order. D.I. 165. The production of this supplemental discovery has sparked settlement discussions, and a brief extension is warranted to allow the parties to explore possible resolution of their dispute.

4.      Accordingly, the Parties request that the deadlines to substantially complete document production, amend the pleadings and join additional parties be extended through and including May 11, 2026, and the deadline to complete fact discovery be extended by an equal amount through and including July 10, 2026.

5.      Attached as Exhibits A and B are charts showing a comparison of the current and modified deadlines and a clean listing of the modified deadlines, respectively.

6.      Pursuant to D. Del. L.R. 16.4, counsel certify that a copy of this request to extend the fact discovery deadline has been provided to their respective clients.

/s/ Christine D. Haynes
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*

/s/ Andrew C. Mayo
Andrew C. Mayo (#5207)
John G. Day (#2403)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO BOX 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jday@ashbygeddes.com

*Attorneys for Defendant Dometic Corporation*

3