# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

      Plaintiff,

   v.

DOMETIC CORPORATION,

      Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on May 12, 2026 true and correct copies of Seakeeper's Motion for Leave to File an Amended Complaint and Add Parties were caused to be served on the counsel listed below in the manner indicated:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Andrew C. Mayo | |
| John G. Day | Oleg Khariton |
| Ashby & Geddes | Dinsmore & Shohl LLP |
| 500 Delaware Avenue, 8th Floor | 255 E. Fifth Street |
| Wilmington, DE 19801 | Suite 1900 |
| | Cincinnati, OH 45202 |

**BY E-MAIL**

Michael. A. Xavier
Dinsmore & Shohl LLP
1775 Sherman Street
Suite 2600
Denver, CO 80203

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 474-6300


Dated:  May 12, 2026

/s/ Christine D. Haynes
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*

2