## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

Plaintiff,

v.

DOMETIC CORPORATION,

Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

## [PROPOSED] ORDER GRANTING SEAKEEPER'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND ADD PARTIES

The Court, having considered Seakeeper's Motion for Leave to File an Amended Complaint and Add Parties (the "Motion"), as well as submissions related thereto, and good cause having been found therefor,

IT IS HEREBY ORDERED this ___ day of _____, 2026 that:

1.    The Motion is GRANTED.

2.    Within 3 days of the date of this Order, Seakeeper shall file the proposed Amended Complaint in substantially the form attached as Exhibit 1 to the Motion.

_____
The Honorable J. Campbell Barker

RLF1 35914088v.1