**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SEAKEEPER, INCORPORATED,

        Plaintiff,

    v.

DOMETIC CORPORATION

        Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

### SEAKEEPER, INCORPORATED'S NOTICE OF COMPLIANCE

PLEASE TAKE NOTICE that pursuant to JCB-CV-7.2(c), Seakeeper's Motion for Leave

to File an Amended Complaint and Add Parties has been fully briefed (D.I. 181, 182, and 183) and

is now ready for resolution.

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 474-6300

/s/ Kelly E. Farnan
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*SEAKEEPER, INC.*

Dated: June 10, 2025

- 1 -