# EXHIBIT D

| | |
|---|---|
| **From:** | Khariton, Oleg |
| **Sent:** | Tuesday, March 3, 2026 6:01 PM |
| **To:** | 'farnan@rlf.com'; 'fineman@rlf.com'; 'haynes@rlf.com'; 'mizraelewicz@marshallip.com'; 'rricordati@marshallip.com'; 'tduston@marshallip.com' |
| **Cc:** | VanDeusen, Christopher; Xavier, Michael; 'Day, John G.'; 'Mayo, Andrew C.' |
| **Subject:** | RE: Seakeeper Inc. v. Dometic Corporation - Discovery Correspondence |
| **Attachments:** | 2026.02.03 Ltr to Ricordati.pdf |

Counsel,

It's been a full month since we sent the attached deficiency letter.  We followed up with you in regards to the letter on 2/22.  We still have had no response from you.  Does Seakeeper intend to respond to the letter at all?

Oleg

---

**From:** Khariton, Oleg
**Sent:** Tuesday, February 3, 2026 5:35 PM
**To:** farnan@rlf.com; fineman@rlf.com; haynes@rlf.com; mizraelewicz@marshallip.com; rricordati@marshallip.com; tduston@marshallip.com
**Cc:** VanDeusen, Christopher <Christopher.VanDeusen@Dinsmore.com>; Xavier, Michael <Michael.Xavier@DINSMORE.COM>; Day, John G. <JDay@ashbygeddes.com>; Mayo, Andrew C. <AMayo@ashbygeddes.com>
**Subject:** Seakeeper Inc. v. Dometic Corporation - Discovery Correspondence

Counsel,

Please see the attached letter.

Oleg

**Oleg Khariton**
Partner

**T** (513) 977-8246
**F** (513) 977-8141
**E** oleg.khariton@dinsmore.com



255 East Fifth Street, Suite 1900
Cincinnati, OH 45202

    dinsmore.com