# EXHIBIT H

**RFP Nos. 2 and 4**

- Communications between Seakeeper and Wavetamer referring to or discussing the Wavetamer IPRs and internal, non-privileged documents discussing the Wavetamer IPRs.

**RFP Nos. 5 and 6**

- Assignments of the patents-in-suit that have not been recorded, if any.

**RFP 8**

- To the extent not already produced, documents sufficient to establish the first offer of a product embodying an invention claimed in the patents-in-suit.

**RFP No. 9 and 34**

> Diagrams or other documents sufficient to confirm practice of the asserted claims by each Seakeeper products that Seakeeper has identified as practicing the invention.

- With respect to the "Glycol Seawater" cooling feature, if any, employed in Seakeeper marine gyro stabilizers identified as practicing the invention, documents sufficient to show (i) how the feature works, (ii) what it does, (iii) that discuss the benefits and/or disadvantages of that feature; and (iv) that report results of testing of the cooling, if any, achieved by that feature.

- Summaries or similar reports that collectively summarize customer feedback received through formal or dedicated channels (web review forms, etc.) that is directed to their satisfaction or dissatisfaction with the Seakeeper products identified as practicing the asserted claims.

- Specific customer complaints received by or communicated to Seakeeper employees identified in Seakeeper's Rule 26(a)(1) disclosures, located by means of a reasonable search of documents in their possession.

**RFP Nos. 16, 17 and 34**

- Confirm there are no actual licenses to the patents-in-suit.
- Documents describing terms of any license offered by Seakeeper to the patents in suit.
- Any licenses taken by Seakeeper covering gyrostabilizers identified as incorporating the asserted claims.

- Any documents describing non-Seakeeper licenses covering marine gyrostabilizers of which Seakeeper's upper management is aware.

**RFP Nos. 16**

- Confirm that there are no actual settlement agreements involving the patents-in-suit.

**RFP Nos. 21–23**

- Correspondence, if any, to/from third-parties alleging infringement or practice of the asserted patents (whether they would give rise to DJ jurisdiction or not).

**RFP No. 24**

- Documents sufficient to identify the date of Seakeeper's first awareness of the DG3, to the extent not previously produced.

**RFP Nos. 30 & 39**

- Non-privileged reports technically evaluating the DG3

**RFP Nos. 37, 40, 41**

- High-level executive analyses (quarterly reports and the like) describing the marine gyrostabilizer market
- High-level executive analyses discussing DG3's impact on market, DG3's impact on Seakeeper's customer relationships

**RFP No. 43**

- High-level executive documents discussing Seakeeper's overall marketing strategy for its marine gyrostabilizers practicing the asserted claims

**RFP No. 44**

- Formal valuations of the patents-in-suit or the patented technology

- [Dometic requested to provide caselaw supporting request for company valuation]