# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

SEAKEEPER, INCORPORATED,

      Plaintiff,

    v.

DOMETIC CORPORATION,

      Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 17, 2026, true and correct copies of Plaintiff Seakeeper, Incorporated's First Set of Requests for Admission (Nos. 1-25) to Defendant Dometic Corporation were caused to be served on the counsel listed below in the manner indicated:

**BY E-MAIL**

John G. Day
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Oleg Khariton
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

**BY E-MAIL**

Christoper K. VanDeusen
Dinsmore & Shohl LLP
755 West Big Beaver Road, Suite 1900
Troy, MI 48084

**BY E-MAIL**

Michael. A. Xavier
Dinsmore & Shohl LLP
1775 Sherman Street
Suite 2600
Denver, CO 80203

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 474-6300

Dated:  June 17, 2026

/s/ Christine D. Haynes
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*

2