**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEAKEEPER, INC.<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | C.A. No. 25-0484-JCB |

**NOTICE OF DEPOSITION OF ANTON LUNDQVIST**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Seakeeper, Inc. ("Seakeeper"), through its undersigned counsel, will take the deposition upon oral examination of Anton Lundqvist on July 15, 2026, beginning at 9:00 a.m. Central Daylight Time remotely via video conferencing software and shall continue day to day until completed. The deposition will occur before a notary public, court reporter, or any other person qualified to administer oaths, will be conducted in accordance with the Federal Rules of Civil Procedure and the Local Rules of the District of Delaware and may be recorded by stenographic, sound, video, audiovisual, and/or any other such appropriate means.

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 474-6300

*<u>/s/ Christine D. Haynes</u>*
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*

Dated: June 22, 2026