IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAKEEPER INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-484-JCB |
| | ) | |
| DOMETIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on the 29th day of June 2026, **DEFENDANT DOMETIC CORP.'S FINAL NON-INFRINGEMENT CONTENTIONS** were served upon the below-named counsel of record at the addresses and in the manner indicated:

Kelly E. Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

VIA ELECTRONIC MAIL

Thomas L. Duston, Esquire
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606

VIA ELECTRONIC MAIL

Eric H. Findlay, Esquire
Findlay Craft, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703

VIA ELECTRONIC MAIL

ASHBY & GEDDES

*/s/ John G. Day*

______________________________
Andrew C. Mayo (#5207)
John G. Day (#2403)
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jday@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

Oleg Khariton
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
(513) 977-8200
oleg.khariton@dinsmore.com

Michael A. Xavier
DINSMORE & SHOHL LLP
1775 Sherman Street, Suite 2600
Denver, CO 80203
(303) 296-3996
michael.xavier@dinsmore.com

Christopher K. VanDeusen
DINSMORE & SHOHL LLP
755 West Big Beaver Rd, Suite 1900
Troy, MI 48084
(248) 203-1642
christopher.vandeusen@dinsmore.com

Dated: June 29, 2026