**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

SEAKEEPER, INCORPORATED,

Plaintiff,

v.

DOMETIC CORPORATION,

Defendant.

C.A. No. 25-0484-JCB

**JURY TRIAL DEMANDED**

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 29, 2026, true and correct copies of Seakeeper's Final Validity Contentions were caused to be served on the counsel listed below in the manner indicated:

**BY E-MAIL**

John G. Day
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**BY E-MAIL**

Oleg Khariton
Dinsmore & Shohl LLP
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

**BY E-MAIL**

Christoper K. VanDeusen
Dinsmore & Shohl LLP
755 West Big Beaver Road, Suite 1900
Troy, MI 48084

**BY E-MAIL**

Michael. A. Xavier
Dinsmore & Shohl LLP
1775 Sherman Street
Suite 2600
Denver, CO 80203

OF COUNSEL:

MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 S. Wacker Drive
Chicago, IL 60606
(312) 474-6300

Dated: June 29, 2026

*/s/ Christine D. Haynes*
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*