**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEAKEEPER, INCORPORATED, Plaintiff, | |
| v. | C.A. No. 25-0484-JCB |
| DOMETIC CORPORATION, Defendant. | **JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE FACT DEPOSITIONS**

WHEREAS, on January 9, 2026, this Court entered its initial Scheduling Order (D.I. 141)

WHEREAS, on May 20, 2026, this Court orally amended that order to extend the close of fact discovery by seven (7) days to July 17, 2026 (D.I. 178);

WHEREAS, the Scheduling Order provides that "[t]he parties may agree to extend this [completion of fact] discovery deadline, provided that (1) the extension does not affect the trial setting, dispositive-motions deadline, challenges to experts deadline, or pretrial submission dates; and (2) the parties jointly file with the court written notice of the extension" (D.I. 141 at 4);

WHEREAS, the parties have agreed to extend the fact discovery deadline to complete fact depositions as to the existing claims alleged in the operative Complaint (D.I. 1), but not to permit parties to seek additional written discovery from one another without prior approval of the Court;[1]

[1] Plaintiff Seakeeper, Inc. ("Seakeeper") has filed a Motion for Leave to File an Amended Complaint and Add Parties, which is currently pending before the Court. (D.I. 181.) Defendant Dometic Corporation ("Dometic") has opposed that motion. (D.I. 182.) Dometic's stipulation herein is without prejudice to any of the arguments made in its opposition to Seakeeper's Motion for Leave. (*See, e.g.*, *id.* at 9-12.)

WHEREAS, the requested extension will not affect any other deadlines, including the trial setting, dispositive-motions deadline, or deadlines for challenges to experts and/or pretrial submissions; or result in any other delays;

WHEREAS, good cause exists to modify the Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4) because the parties must schedule and take the depositions of various witnesses;

WHEREAS, pursuant to D. Del. L.R. 16.4, counsel certify that a copy of this request to extend the fact discovery deadline has been provided to their respective clients; and

WHEREAS, attached as Exhibits A and B are charts showing a comparison of the current and modified deadlines and a clean listing of the modified deadlines, respectively.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline to complete fact depositions shall be extended through and including August 17, 2026.

*<u>/s/ Christine D. Haynes</u>*
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff*
*Seakeeper, Inc.*

*<u>/s/ Andrew C. Mayo</u>*
Andrew C. Mayo (#5207)
John G. Day (#2403)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO BOX 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jday@ashbygeddes.com

*Attorneys for Defendant Dometic Corporation*

SO ORDERED this _____ day of July, 2026

________________________________________

The Honorable J. Campbell Barker