IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAKEEPER INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-484-JCB |
| | ) |
| DOMETIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY ALL DEADLINES**

Plaintiff Seakeeper, Inc. and Defendant Dometic Corporation (collectively, the "Parties") hereby notify the Court that they have reached an agreement in principle to settle all matters in controversy between them. In furtherance of their agreement, the Parties expect to move to dismiss this case in the next thirty (30) days. The Parties therefore respectfully request that the Court stay all deadlines in this case for thirty (30) days to allow the Parties time to finalize the long-form settlement agreement and move to dismiss.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | ASHBY & GEDDES |
| | |
| */s/ Kelly E. Farnan* | */s/ Andrew C. Mayo* |
| | |
| Steven J. Fineman (#4025) | Andrew C. Mayo (#5207) |
| Kelly E. Farnan (#4395) | John G. Day (#2403) |
| Christine D. Haynes (#4697) | Ashby & Geddes |
| Richards, Layton & Finger, P.A. | 500 Delaware Avenue, 8th Floor |
| One Rodney Square | PO BOX 1150 |
| 920 North King Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 654-1888 |
| 302-651-7700 | amayo@ashbygeddes.com |
| fineman@rlf.com | jday@ashbygeddes.com |
| farnan@rlf.com | |
| haynes@rlf.com | *Attorneys for Defendant* |
| | *Dometic Corporation* |
| *Attorneys for Plaintiff* | |
| *Seakeeper, Inc.* | |