UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

No. 1:25-cv-00484

**Seakeeper Inc.,**
*Plaintiff,*
v.
**Dometic Corporation,**
*Defendant.*

# ORDER

The parties filed a joint notice of settlement and motion to stay all deadlines. Doc. 203. The parties have agreed in principle to settle the dispute and request the court stay all deadlines for 30 days. That request is granted. All deadlines in this case are stayed. The parties are ordered to file appropriate dismissal documents or otherwise update the court within 30 days of this order.

*So ordered by the court on July 20, 2026.*

J. CAMPBELL BARKER
United States District Judge