**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEAKEEPER, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>DOMETIC CORPORATION,<br><br>Defendant. | C.A. No. 25-0484-JCB<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between, Plaintiff Seakeeper, Inc. and Defendant Dometic Corporation, through their undersigned counsel and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a), all claims and counterclaims asserted in the above-captioned action (the "Action") are dismissed with prejudice. Each party shall bear its own costs and expenses, including fees and expenses of attorneys and experts, incurred in connection with the Action.

*/s/ Christine D. Haynes*
Steven J. Fineman (#4025)
Kelly E. Farnan (#4395)
Christine D. Haynes (#4697)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
fineman@rlf.com
farnan@rlf.com
haynes@rlf.com

*Attorneys for Plaintiff Seakeeper, Inc.*

*/s/ Andrew C. Mayo*
Andrew C. Mayo (#5207)
John G. Day (#2403)
Ashby & Geddes
500 Delaware Avenue, 8th Floor
PO BOX 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jday@ashbygeddes.com

*Attorneys for Defendant Dometic Corporation*

SO ORDERED this _____ day of August, 2026

The Honorable J. Campbell Barker